UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

William E. Amor
                Plaintiff,

v.                                             Case No.: 1:18−cv−02523
                                                Honorable John Z. Lee

Michael Cross, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 19, 2018:

      MINUTE entry before the Honorable John Z. Lee:Minute order [27] is corrected: Status hearing held on 7/18/18. The deadline for MIDP disclosures is 7/26/18; initial written discovery requests are to be served by 8/9/18. The deadline to amend the pleading and join parties is 10/6/18. Fact discovery shall close on 6/17/19 including discovery as to treating physicians. Motion for ESI discovery protocol shall be due by 8/31/18 and should be noticed up for presentment the following week. Plaintiff should provide Defendant with a written demand by 8/15/18; Defendant should provide a written response by 9/12/18. Status hearing set for 11/6/18 at 9:00 a.mMailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.