# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

William E. Amor
                Plaintiff,

v.                                           Case No.: 1:18−cv−02523
                                                    Honorable John Z. Lee

Michael Cross, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2019:

    MINUTE entry before the Honorable John Z. Lee:Status hearing held on 4/23/19. The parties report that they are proceeding with discovery. The parties should file a status report including a proposed schedule by 7/10/19. Status hearing set for 7/17/19 at 9:00 a.m. Mailed notice(ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.