**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM E. AMOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 18-CV-2523 |
| | ) | |
| NAPERVILLE POLICE OFFICERS MICHAEL | ) | |
| CROSS; ROBERT GUERRERI; THE ESTATE | ) | JUDGE JOHN Z. LEE |
| OF MARK CARLSON; BRIAN CUNNINGHAM; | ) | |
| JON LIPSKY; OTHER UNIDENTIFIED | ) | |
| NAPERVILLE POLICE OFFICERS AND | ) | |
| THE CITY OF NAPERVILLE, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED JOINT MOTION TO VACATE AND RESET FACT DISCOVERY DEADLINE

Plaintiff, William Amor, by his attorneys, Kathleen T. Zellner & Associates, P.C., and Defendants Michael Cross, Robert Guerrieri, Brian Cunningham, John Ripsky, and the City of Naperville, by their attorneys, The Sotos Law Firm, P.C., move this court to vacate and reset the June 17, 2019 fact discovery deadline. In support thereof, the parties state:

1. On July 18, 2018, the Court entered an order closing fact discovery on June 17, 2019 including discovery as to treating physicians. (Docket #27).

2. Document discovery in this matter proved challenging and voluminous given the passage of over 23 years since the date of the incident, including a 1997 underlying state criminal trial, a 2016 third-stage post-conviction hearing, and a 2018 retrial. The parties have worked diligently to complete document discovery.

3. On April 23, 2019, the Court held a status hearing at which the parties reported the above status of document discovery and the intention to proceed with depositions now that the necessary documents had been obtained. The Court entered an order directing the parties to

file a status report including a proposed discovery schedule by July 10, 2019, and set a status hearing for July 17, 2019. (Docket # 45). This order, however, did not vacate the previously entered June 17, 2019 fact discovery deadline.

4. The parties will file their joint status report with a proposed discovery schedule by July 10, 2019, but did not want the previously entered June 17, 2019 fact discovery date to lapse without the Court being advised.

5. In light of the pending status report and proposed discovery schedule, the parties jointly request the Court to vacate the previously entered June 17, 2019 fact discovery deadline and to reset this date accordingly at the upcoming July 17, 2019 status hearing.

WHEREFORE, in light of the foregoing, Plaintiff and Defendants respectfully request this Court to vacate the June 17, 2019 fact discovery deadline, to reset the fact discovery closing date at the July 17, 2019 status hearing, and for such other relief as the Court deems appropriate. Respectfully submitted,

| /s/ Kathleen T. Zellner | /s/ Joseph M. Polick |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Kathleen T. Zellner | James G. Sotos |
| Douglas H. Johnson | Joseph M. Polick |
| Nicholas M. Curran | Laura M. Ranum |
| Kathleen T. Zellner & Associates, P.C. | Lisa M. Meador |
| 1901 Butterfield Road – Suite 650 | The Sotos Law Firm, P.C. |
| Downers Grove, IL 60515 | 141 W. Jackson Blvd. – Suite 1240A |
| (630) 955-1212 | Chicago, IL 60604 |
| kathleenzellner@gmail.com | (630) 735-3300 |
| dhjohnson43@aol.com | jsotos@jsotoslaw.com |
| nmcurran@hotmail.com | jpolick@jsotoslaw.com |
| | lranum@jsotoslaw.com |
| | lmeador@jsotoslaw.com |