William E. Amor
                        Plaintiff,

v.                                               Case No.: 1:18−cv−02523
                                                      Honorable John Z. Lee

Michael Cross, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 17, 2019:

      MINUTE entry before the Honorable John Z. Lee:Agreed joint motion to vacate and reset the fact discovery deadline [46] is granted. The fact discovery deadline date will be reset at the next status hearing. No appearance is required on the motion. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.