IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. AMOR,                              )<br>                                               )<br>     Plaintiff,                               )<br>  v.                                          )     Case No. 1:18-cv-02523<br>                                               )<br>NAPERVILLE POLICE OFFICERS                    )<br>MICHAEL CROSS; ROBERT                         )<br>GUERRERI; THE ESTATE OF MARK                  )<br>CARLSON; BRIAN CUNNINGHAM; JON                )<br>LIPSKY; OTHER UNIDENTIFIED                    )<br>NAPERVILLE POLICE OFFICERS; AND               )<br>THE CITY OF NAPERVILLE,                       )<br>                                               )<br>     Defendants.                              ) | |

## PROPOSED DISCOVERY PLAN

Plaintiff and Defendants through their respective attorneys submit the following discovery plan:

1. **Fact Discovery Completion Date**

    Plaintiff anticipates taking 15 depositions

    Defendants anticipate taking 15-20 depositions

    The parties expect that they will reasonably need until January 31, 2020 to complete these depositions in light of other professional obligations.

2. **Expert Discovery Completion Date, including dates for delivery of expert reports;**

    Plaintiff to disclose expert report(s) by February 28, 2020

    Plaintiff's expert(s) to be deposed by April 15, 2020

    Defendant to disclose expert report(s) by May 15, 2020

    Defendant's expert(s) to be deposed by July 1, 2020

1

Plaintiff to disclose expert rebuttal reports by August 1, 2020

Plaintiff's rebuttal expert's deposed by September 15, 2020

### 3. Date for filing Dispositive Motions:

October 15, 2020

Respectfully submitted,

/s/ Kathleen T. Zellner
Kathleen T. Zellner
On behalf of Plaintiff
Kathleen T. Zellner & Associates
1901 Butterfield Road, #650
Downers Grove, IL  60515
(Ph): (630) 955-1212
Email:  attorneys@zellnerlawoffices.com

/s/ Joseph M. Polick
Joseph M. Polick
On behalf of Defendant City
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, IL  60604
(Ph) (630) 735-3300
Email:  jpolick@jsotoslaw.com

## Proof of Service

I hereby certify that I have served the foregoing document to all counsel of record on July 10, 2019, by means of the Court's electronic case filing system.

Respectfully submitted,

/s/ Kathleen T. Zellner
Kathleen T. Zellner
Kathleen T. Zellner & Associates, P.C.
1901 Butterfield Road, Suite 650
Downers Grove, Illinois  60515
Phone:  (630) 955-1212
Email:  attorneys@zellnerlawoffices.com