IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM AMOR, ) | |
| ) | Case No. 18-CV-2523 |
| *Plaintiff*, ) | |
| ) | Hon. John Z. Lee |
| v. ) | |
| ) | |
| OFFICER MICHAEL CROSS, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## NOTICE OF MOTION

To: Counsel of Record

    Please take notice that on Tuesday, September 10, 2019 at 9:00 am, counsel for Plaintiff shall appear before Judge Lee in the courtroom usually occupied by him at 219 South Dearborn St., Chicago, Illinois, and then and there present Plaintiff's Motion for Leave to Substitute Counsel.

                                          RESPECTFULLY SUBMITTED,

                                          /s/ Jon Loevy

                                          Jon Loevy
                                          Tara Thompson
                                          Loevy & Loevy
                                          311 N. Aberdeen
                                          Third Floor
                                          Chicago, Illinois 60607
                                          (312) 243-5900
                                          jon@loevy.com