William E. Amor
                    Plaintiff,

v.                                                  Case No.: 1:18−cv−02523
                                                    Honorable John Z. Lee

Michael Cross, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 9, 2019:

      MINUTE entry before the Honorable John Z. Lee:The Court has reviewed Plaintiff's motion to substitute attorney [51] and the response by Mr. Amor's current attorney [53]. Given the issues raised, Plaintiffs motion to substitute attorney [51] is entered and continued to 9/24/19 at 9:00 a.m. to provide the attorneys and Mr. Amor time for further discussions. No appearance is required on 9/10/19. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.