**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

William E. Amor
                        Plaintiff,

v.                                                Case No.: 1:18−cv−02523
                                                          Honorable John Z. Lee

Michael Cross, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 12, 2021:

      MINUTE entry before the Honorable John Z. Lee: Defendants' unopposed motion for leave to depose plaintiff's expert four days after the April 8 deadline [96] is granted. Defendants have leave to depose Richard Leo on or before 4/12/21. Motion presentment hearing set for 4/13/21 is stricken. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.