IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. AMOR, | ) | |
| | ) | 18-CV-02523 |
| Plaintiff, | ) | |
| | ) | Honorable Judge John Z. Lee |
| v. | ) | |
| | ) | |
| NAPERVILLE POLICE OFFICERS | ) | |
| MICHAEL CROSS; ROBERT GUERRERI; | ) | |
| THE ESTATE OF MARK CARLSON; | ) | |
| BRIAN CUNNINGHAM; JON RIPSKY; | ) | |
| OTHER UNIDENTIFIED NAPERVILLE POLICE | ) | |
| OFFICERS; and THE CITY OF NAPERVILLE, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO COMPLETE EXPERT DISCOVERY**

Defendants Michael Cross, Robert Guerrieri, Brian Cunningham, John Ripsky, and the City of Naperville, by their attorneys, The Sotos Law Firm, P.C., move this court for an extension of the expert discovery deadlines. In support thereof, Defendants state:

1. On January 22, 2021, Plaintiff made his expert disclosures to Defendants. On March 5, 2021, the parties filed an agreed motion to extend expert discovery because Defendants were waiting on responses to the subpoenas to Plaintiff's experts in order to proceed with the depositions. (Dkt. 93.) That motion was granted. (Dkt. 95.) Defendants deposed Plaintiff's fire science expert, Doug Carpenter, on March 31, 2021, and Plaintiff's confession expert, Richard Leo, on April 12, 2021.[1]

2. Pursuant to this Court's March 8, 2021 Order, the deadline for Defendants Rule 26(a)(2) disclosures is Monday, May 24, 2021. (Dkt. 95.)

---

[1] Due to scheduling conflicts, Defendants sought, and this Court granted, leave to depose Dr. Leo 4 days after the April 8 cut-off. (Dkt. 100.)

3. Defendants' experts have been working diligently to complete their reports. However, one of Defendants' experts has experienced delay in completing his report due to other professional obligations, and another has requested to review additional materials to provide a comprehensive opinion. Thus, Defendants request an additional 22 days to make their expert disclosures pursuant to FED.R.CIV.P. 26(a)(2).

4. The parties have been in contact regarding the extension of time for Defendants' expert disclosures. Plaintiff's counsel, Mariah Garcia, indicated by email on May 19, 2021, that Plaintiff has no objection to the requested extension of time for Defendants' Rule 26(a)(2) Expert Disclosures. With that in mind, Defendants respectfully request an extension of the current expert deadline to afford them until June 15, 2021, to disclose their experts. This extension would further amend the remainder of the schedule as follows: Plaintiff's deadline to depose Defendants' Experts due by July 16, 2021; Deadline for Rebuttal experts: July 23, 2021; Deadline to depose Rebuttal Experts: August 6, 2021; Dispositive Motion Deadline is September 21, 2021.

5. This motion is not made for purposes of delay but rather to afford Defendants' experts the necessary time to bring their reports to completion and generate a comprehensive report.

WHEREFORE, in light of the foregoing, Defendants respectfully request this Court to extend the current expert discovery and summary judgment deadlines as detailed above, and for such other relief as the Court deems appropriate.

Date: May 19, 2021 Respectfully submitted,

/s/ Laura M. Ranum
LAURA M. RANUM, Attorney No. 6300636
*One of the Attorneys for Defendants*

James G. Sotos
Joseph M. Polick
Laura M. Ranum
Lisa M. Meador
Carson W Canonie
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
Tel: (630) 735-3300
lranum@jsotoslaw.com

## CERTIFICATE OF SERVICE

   I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on **May 19, 2021**, I electronically filed the foregoing **Defendants' Unopposed Motion for Extension of Time to Complete Expert Discovery** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed on the below Service List:

**_Attorneys for Plaintiff:_**
Jon Loevy
Mariah Garcia
Gayle Horn
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
mariah@loevy.com
gayle@loevy.com

                /s/ Laura M. Ranum
                LAURA M. RANUM, Attorney No. 6300636
                *One of the Attorneys for Defendants*