# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

William E. Amor
                Plaintiff,

v.                                           Case No.: 1:18−cv−02523
                                           Honorable John Z. Lee

Michael Cross, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 20, 2021:

      MINUTE entry before the Honorable John Z. Lee:Motion for extension of time to complete expert discovery [102] is granted. Defendant's Rule 26(a)(2) Expert Disclosures are due by June 15, 2021; Plaintiff's deadline to depose Defendants 9; Experts is July 16, 2021; Deadline for Rebuttal experts is July 23, 2021; Deadline to depose Rebuttal Experts is August 6, 2021; Dispositive Motion Deadline is September 21, 2021. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.