# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. AMOR, | ) | |
| | ) | 18-CV-02523 |
| Plaintiff, | ) | |
| | ) | Honorable Judge John Z. Lee |
| v. | ) | |
| | ) | |
| NAPERVILLE POLICE OFFICERS MICHAEL CROSS, et al. | ) ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS' RULE 26(a)(2) EXPERT DISCLOSURES

Defendants Michael Cross, Robert Guerrieri, Brian Cunningham, Jon Ripsky, and the City of Naperville, by their attorneys, The Sotos Law Firm, P.C., move this court for a three day extension of the Defendants' Rule 26(a)(2) expert disclosure deadline. In support thereof, Defendants state:

1. On January 22, 2021, Plaintiff made his expert disclosures to Defendants. On March 5, 2021, the parties filed an agreed motion to extend expert discovery because Defendants were waiting on responses to the subpoenas to Plaintiff's experts in order to proceed with the depositions. (Dkt. 93.) That motion was granted. (Dkt. 95.) Defendants deposed Plaintiff's fire science expert, Doug Carpenter, on March 31, 2021, and Plaintiff's confession expert, Richard Leo, on April 12, 2021.[1]

2. On May 19, 2021, Defendants filed an unopposed motion for extension of time to complete expert discovery, seeking an extension of their May 24, 2021 disclosure date to June 15, 2021. (Dkt. 102.) The motion was granted on May 20, 2021. (Dkt. 104.)

---

[1] Due to scheduling conflicts, Defendants sought, and this Court granted, leave to depose Dr. Leo 4 days after the April 8 cut-off. (Dkt. 100.)

3. Pursuant to this Court's May 20, 2021 Order, the deadline for Defendants Rule 26(a)(2) disclosures is Tuesday, June 15, 2021. (Dkt. 104.)

4. Defendants' experts have been working diligently to complete their reports. However, two of Defendants' experts have been delayed in their ability to finalize their reports for the June 15 deadline due to their travel schedule and other professional obligations. Additionally, Defendants' counsel Lisa Meador has a summary judgement due to be filed on Wednesday, June 16, 2021, in *Kelly v. Lemont*, et al., Case No. 17-cv-8462, currently pending in the Northern District of Illinois, and Defendants' counsel Joseph Polick is traveling to Iowa to prepare a defendant for a deposition and to take several key witnesses' depositions in *Thorington v. Scott County, Iowa*, et al. No. LACE 133201 (Iowa State District Court, Scott County), scheduled to take place on June 16 and June 18. Thus, given the complications of the schedule of Defendants' experts and the additional professional obligations of Defendants' counsel, Defendants request an additional 3 days, until Friday, June 18, 2021, to make their expert disclosures pursuant to FED.R.CIV.P. 26(a)(2).

5. The parties have been in contact regarding the request for extension of time for Defendants' expert disclosures. Plaintiff's counsel, Mariah Garcia, indicated by email on June 14, 2021, that Plaintiff has no objection to this extension of time for Defendants' Rule 26(a)(2) Expert Disclosures.

6. This motion is not made for purposes of delay but rather to afford Defendants' experts the necessary time to bring their reports to completion and generate a thorough report. Defendants are not seeking, as a part of this motion, an extension of any other deadlines set by the Court's May 20, 2021 Order.

WHEREFORE, in light of the foregoing, Defendants respectfully request this Court to extend the current Rule 26(a)(2) expert disclosure deadline three days to June 18, 2021, and for such other relief as the Court deems appropriate.

Date: June 14, 2021                     Respectfully submitted,

/s/ Carson W. Canonie
CARSON W. CANONIE Attorney No. 6332523
*One of the Attorneys for Defendants*

James G. Sotos
Joseph M. Polick
Laura M. Ranum
Lisa M. Meador
Carson W Canonie
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
Tel: (630) 735-3300
ccanonie@jsotoslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on **June 14, 2021**, I electronically filed the foregoing **Unopposed Motion for Extension of Time for Defendants' Rule 26(a)(2) Expert Disclosures** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed on the below Service List:

***Attorneys for Plaintiff:***
Jon Loevy
Mariah Garcia
Gayle Horn
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
mariah@loevy.com
gayle@loevy.com

                                           /s/ Carson W. Canonie
                                           CARSON W. CANONIE, Attorney No. 6332523
                                           *One of the Attorneys for Defendants*