# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. AMOR, | ) | |
| | ) | 18-CV-02523 |
| Plaintiff, | ) | |
| | ) | Honorable Judge John Z. Lee |
| v. | ) | |
| | ) | |
| NAPERVILLE POLICE OFFICERS | ) | |
| MICHAEL CROSS, et al. | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

TO:  See Attached Service List

Please take notice that on Thursday, June 17, 2021, at 9:00 a.m., I shall appear via teleconference before the Honorable Judge John Z. Lee in Courtroom 1225, where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **Defendants' Unopposed Motion For Extension of Time for Defendants' Rule 26(a)(2) Expert Disclosures.**

Dated: June 14, 2021

Respectfully submitted,

/s/ Carson W. Canonie
CARSON W. CANONIE, Attorney No. 6332523
*One of the Attorneys for Defendants*

James G. Sotos
Joseph M. Polick
Laura M. Ranum
Lisa M. Meador
Carson W. Canonie
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
carsoncanonie@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on Monday, June 14, 2021, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants listed on the below Service List.

***Attorneys for Plaintiff:***
Jon Loevy
Mariah Garcia
Gayle Horn
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
mariah@loevy.com
gayle@loevy.com

                                                      /s/ Carson W. Canonie
                                                      CARSON W. CANONIE, Attorney No. 6332523
                                                      *One of the Attorneys for Defendants*