IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVSION

| | |
|---|---|
| WILLIAM AMOR, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 18-CV-2523 |
| v. ) | |
| ) | Hon. John Z. Lee |
| OFFICER MICHAEL CROSS, et al., ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENTION OF TIME TO COMPLETE EXPERT DISCOVERY**

Plaintiff, William Amor, by his attorney, Loevy & Loevy, respectfully requests that this Court extend the deadline to complete expert discovery in this case. In support of their request, Plaintiff states as follows:

1.  At request of Defendant, the deadline to complete depositions of Defendants' experts was today, July 16, 2021. Dkt. 107. The deadline for rebuttal reports is currently July 23, and the deadline for all expert discovery is August 6, 2021. *Id*. Dispositive motions are currently due September 21, 2021. *Id*.

2.  On June 18, 2021, Defendants served their 26(a)(2) Experts Disclosures on Plaintiff. Those disclosures included four extensive experts reports, with numerous references to extrinsic documents the experts relied upon in drawing their conclusions.

3.  Soon thereafter, Plaintiff's counsel reached out to Defense counsel to discuss several expert related manners, including tentative dates and times for the expert depositions, and whether Plaintiff would be serving document subpoenas on the experts. No dates were set down at that time.

4. Shortly after the July Fourth Holiday, on July 9, 2021, Plaintiff served document subpoenas on all four of Defendants' experts.

5. Plaintiff's counsel and Defense counsel then conferred to discuss the amount of time it will take Defense and their experts to gather documents responsive to Plaintiffs' subpoena, as well as the scheduling conflicts facing Plaintiff's counsel, Defense counsel, and several of the experts in July and the beginning of August. Those conflicts include: several dispositive motions and briefs, for Plaintiff's counsel; out-of-state depositions which require travel, for Defense counsel; and professional obligations on behalf of the experts. One expert has indicated that they are unable to sit for a deposition until August 27, 2021.

6. With that in mind, Plaintiff requests an extension to the following dates in order to complete expert discovery:

- Deadline to Depose Defendant's Experts: August 27, 2021
- Deadline for Rebuttal Experts: September 10, 2021
- Deadline to Depose Rebuttal Experts: September 24, 2021
- Dispositive Motion Deadline: November 5, 2021

7. Parties have been diligent in scheduling the outstanding depositions, such that further extension shall not be necessary. One of Defendants' experts, Dr. David Icove, is scheduled for deposition on August 12, 2021, and another, Dr. Zoe Arvanitakis, is scheduled for deposition on August 27, 2021.

8. This requested extensions is not sought for purposes of delay, but rather to accommodate the schedules of all parties involved, and to afford the parties the necessary time to receive and review the expert's subpoena responses and properly prepare for the depositions.

9. No prejudice will be suffered by any party as a result of the requested extension.

10. Plaintiff's counsel has conferred with Defense counsel and they have indicated that they have no objection to this request.

WHEREFORE, Plaintiff William Amor respectfully requests this Court extend the deadline to complete expert discovery in this case and enter the proposed schedule set forth in Paragraph 6.

Respectfully submitted,

/s/ Mariah Garcia
*Attorney for Plaintiff*

Jon Loevy
Gayle Horn
Mariah Garcia
LOEVY & LOEVY
311 North Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900

**CERTIFICATE OF SERVICE**

  I, Mariah Garcia, an attorney, hereby certify that on July 16, 2021, I caused the foregoing Motion for Extension of Time to Complete Discovery to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                /s/ Mariah Garcia
                Attorney for Plaintiff