UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

William E. Amor
                      Plaintiff,

v.                                                   Case No.: 1:18−cv−02523
                                                    Honorable John Z. Lee

Michael Cross, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 22, 2021:

      MINUTE entry before the Honorable John Z. Lee:Motion for extension of time for expert discovery [108] is granted. The deadline to depose Defendant's Experts is August 27, 2021 ; the deadline for rebuttal experts is September 10, 2021 ; the deadline to depose rebuttal experts is September 24, 2021 ; the dispositive motion deadline is November 5, 2021; this is the final extension of expert discovery. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.