IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. AMOR, | ) | |
| | ) | 18-CV-02523 |
| Plaintiff, | ) | |
| | ) | Honorable John Z. Lee |
| v. | ) | |
| | ) | |
| MICHAEL CROSS; et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**AGREED MOTION FOR MODIFICATION OF THE CONFIDENTIALITY ORDER**

Defendants City of Naperville, Michael Cross, Brian Cunningham, Robert Guerrieri and Jon Ripsky ("Defendants") and Plaintiff William Amor (collectively hereinafter "the Parties"), through their respective counsel, respectfully request this Court find good cause to modify the previously entered Protective Order as attached hereto. In support thereof, Defendants state:

1. This is a civil rights action under 42 U.S.C. § 1983 and Illinois common law, whereupon Plaintiff claims, *inter alia*, that he was wrongfully arrested, charged, prosecuted, and convicted.

2. On September 4, 2018, this Court entered the parties proposed Agreed Confidentiality Order. (Dkt. 38.) The parties are currently engaged in expert discovery. One of Defendants' retained experts was provided sensitive medical records relating to the one of the named defendants in this case in order to render her opinion. Plaintiff has now subpoenaed those records from Defendants' expert. The parties have conferred on this issue and are in agreement that the documents should be produced pursuant to more protection than the confidentiality currently afforded by the Protective Order entered in this case. Thus, pursuant to ¶ 16 of the Agreed Confidentiality Order, the parties move to modify the current protective order to add a

provision governing the production of documents pursuant to an "Attorney's Eyes Only" designation.

  3. Good cause exists for an Attorney's Eyes Only provision because the records at issue comprise most of this defendant's medical history spanning over approximately ten years. The records discuss medical conditions and treatment which extend far beyond the limited scope which is at issue in Defendants' expert's report. *Gordon v. Countryside Nursing & Rehab. Ctr., LLC*, No. 11 C 2433, 2012 WL 2905607, at *2 (N.D. Ill. July 16, 2012) (Designating medical records as "attorney's eyes only" because "[a]s other courts in this Circuit have recognized, the discovery of medical records raises significant issues of privacy interest."); *see also Johnson & Johnson v. Advanced Inventory Mgmt., Inc.,* No. 20 CV 3471, 2020 WL 5097076, at *3 (N.D. Ill. Aug. 28, 2020) (citing *Kessel v. Cook County,* No. 00 C 3980, 2002 WL 398506, at *3 (N.D. Ill. Mar.14, 2002) (holding that designation of plaintiffs' sensitive medical records under an attorneys' eyes only provision was "sufficient to protect plaintiffs' privacy interests, while at the same time affording defendants discovery that may lead to admissible evidence to defend against plaintiffs' claims").

  4. Thus, the Parties have agreed in form and substance to the attached proposed Agreed Modified Confidentiality Order. A redlined version is attached as Exhibit A and a clean version is attached as Exhibit B.

  5. The attached Agreed Confidentiality Protective Order accounts for an "ATTORNEY'S EYES ONLY" designation for limited documents of a highly sensitive nature.

  WHEREFORE, the parties respectfully request this Court enter the Parties' Agreed Proposed Modified Confidentiality Order, attached hereto as Exhibit A, and for such further relief the Court deems just and proper.

Dated: August 5, 2021          Respectfully submitted,

| /s/ Laura M. Ranum | /s/ Mariah Garcia |
|---|---|
| LAURA M. RANUM, Atty. No. 6300636 | MARIAH GARCIA, Atty. No. 6332705 |
| *One of the Attorneys for Defendants* | *One of the Attorneys for Plaintiff* |

James G. Sotos                                      Jon Loevy
Joseph M. Polick                                  Mariah Garcia
Laura M. Ranum                                  Gayle Horn
Lisa M. Meador                                   Loevy & Loevy
Carson W. Canonie                          311 N. Aberdeen Street, 3rd Floor
THE SOTOS LAW FIRM, P.C.               Chicago, IL 60607
141 W. Jackson Blvd., #1240A             (312) 243-5900
Chicago, Illinois 60604                      mariah@loevy.com
Tel: (630) 735-3300
Fax: (630) 773-0980
lranum@jsotoslaw.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on **Thursday, August 5, 2021**, I electronically filed the foregoing **Agreed Motion for Modification of the Confidentiality Order** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants listed below:

***Attorneys for Plaintiff:***
Jon Loevy
Mariah Garcia
Gayle Horn
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
mariah@loevy.com
gayle@loevy.com

/s/ Laura M. Ranum
LAURA M. RANUM, Attorney No. 6300636
*One of the Attorneys for Defendants*