# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. AMOR, | ) | |
| | ) | 18-CV-02523 |
| Plaintiff, | ) | |
| | ) | Honorable Judge John Z. Lee |
| v. | ) | |
| | ) | |
| NAPERVILLE POLICE OFFICERS | ) | |
| MICHAEL CROSS; ROBERT GUERRERI; | ) | |
| THE ESTATE OF MARK CARLSON; | ) | |
| BRIAN CUNNINGHAM; JON RIPSKY; | ) | |
| OTHER UNIDENTIFIED NAPERVILLE POLICE | ) | |
| OFFICERS; and THE CITY OF NAPERVILLE, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## NOTICE OF MOTION

TO:    See Attached Service List

Please take notice that on Tuesday, August 10, 2021, at 9:00 a.m., I shall appear via teleconference before the Honorable Judge John Z. Lee in Courtroom 1225, where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **Agreed Motion for Modification of the Confidentiality Order**.

Dated: August 5, 2021                    Respectfully submitted,

                                         /s/ Laura M. Ranum
                                         LAURA M. RANUM, Attorney No. 6300636
                                         *One of the Attorneys for Defendants*

James G. Sotos
Joseph M. Polick
Laura M. Ranum
Lisa M. Meador
Carson W. Canonie
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
lranum@jsotoslaw.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on Thursday, August 5, 2021, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants listed on the below Service List.

***Attorneys for Plaintiff:***
Jon Loevy
Mariah Garcia
Gayle Horn
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
mariah@loevy.com
gayle@loevy.com

/s/ Laura M. Ranum
LAURA M. RANUM, Attorney No. 6300636
*One of the Attorneys for Defendants*