IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. AMOR, | ) | |
| | ) | 18-CV-02523 |
| Plaintiff, | ) | |
| | ) | Honorable John Z. Lee |
| v. | ) | |
| | ) | |
| MICHAEL CROSS; et al., | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**DEFENDANTS' LOCAL RULE 56.1(a)(2) STATEMENT OF UNCONTESTED FACTS
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

### Exhibit List

| | |
|---|---|
| Exhibit 1 | 1995-9-10 Carlson Report |
| Exhibit 2 | 1995-09-11 Consent to Search |
| Exhibit 3 | 1995-09-15 Carlson Report w Diagram |
| Exhibit 4 | 1995-10-04 Complaint |
| Exhibit 5 | 1995-10-04 Mittimus Failure to Give Bail |
| Exhibit 6 | 1995-10-04 2:11am Recording A (SDT-SAO 22798) |
| Exhibit 7 | 1995-10-04 5:10am Recording B (SDT-SAO 22799) |
| Exhibit 8 | 1995-10-25 Indictments |
| Exhibit 9 | 1996-01-08 Motion to Suppress |
| Exhibit 10 | 1996-02-27 ROP 10.00am - MTSS Nigohosian Testimony |
| Exhibit 11 | 1996-02-27 ROP AM, PM - MTSS Amor Testimony |
| Exhibit 12 | 1996-03-25 Denial of Motion To Suppress |
| Exhibit 13 | 1996-03-25 Order – Motion To Suppress Denied |
| Exhibit 14 | 1997-09-08 Motion In Limine |

| | |
|---|---|
| Exhibit 15 | 1997-09-09 ROP – Motion *In Limine* |
| Exhibit 16 | 1997-09-10 ROP 9:30am - TRIAL |
| Exhibit 17 | 1997-09-10 ROP 1:30pm - TRIAL |
| Exhibit 18 | 1997-09-11 ROP 9:30am - TRIAL |
| Exhibit 19 | 1997-09-11 ROP 1:30pm - TRIAL |
| Exhibit 20 | 1997-09-12 ROP 9:30am - TRIAL |
| Exhibit 21 | 1997-09-16 ROP 1:30pm - TRIAL |
| Exhibit 22 | 1997-09-17 ROP 1:30pm - TRIAL |
| Exhibit 23 | 2015-01-29 Amor Motion for 1st Successive Petition of Post-Conviction Relief |
| Exhibit 24 | 2015-10-15 Court Ruling Granting Motion for Leave to file Post-Conviction Petition |
| Exhibit 25 | 2016-12-14 ROP - AM Session - DeHaan Post-Conviction Testimony |
| Exhibit 26 | 2017-03-20 Amor Post-Hearing Brief in Support of Post-Conviction |
| Exhibit 27 | 2017-04-06 Order re: Post-Conviction Relief |
| Exhibit 28 | 2018-01-26 ROP - Cross Trial Testimony |
| Exhibit 29 | 2018-01-26 ROP - Nigohosian Trial Testimony |
| Exhibit 30 | 2018-02-21 Order - Not Guilty Verdict |
| Exhibit 31 | 2018-04-09 Plaintiff's Complaint |
| Exhibit 32 | 2018-04-10 Petition for Certificate of Innocence |
| Exhibit 33 | 2018-05 SAO's Motion To Dismiss Amor's Petitions for Certificate of Innocence |
| Exhibit 34 | 2019-03-20 Petitioner's Reply re: Certificate of Innocence |
| Exhibit 35 | 2019-05-06 ROP re: COI Hearing - People v Amor |

| | |
|---|---|
| Exhibit 36 | 2019-11-05 Michael Masokas Dep with Exs |
| Exhibit 37 | 2019-11-05 Michael Masokas Dep, Exs 1-7, 10 CONFIDENTIAL |
| Exhibit 38 | 2020-02-07 Robert Guerrieri Dep with Exs |
| Exhibit 39 | 2020-02-28 Brian Cunningham Dep with Exs |
| Exhibit 40 | 2020-03-05 William E. Amor Dep with Exs |
| Exhibit 41 | 2020-03-05 William E. Amor Dep, Ex. 5 CONFIDENTIAL |
| Exhibit 42 | 2020-03-13 Tina Miceli Dep with Exs. Vol 1 |
| Exhibit 43 | 2020-03-14 Tina Miceli Dep with Exs. Vol 2 |
| Exhibit 44 | 2020-03-13 Tina Miceli Dep Vol 1, pp 9-10, 53-55 CONFIDENTIAL |
| Exhibit 45 | 2020-07-15 Michael Anders Dep with Exs |
| Exhibit 46 | 2020-07-15 Michael Sullivan Dep with Exs |
| Exhibit 47 | 2020-09-11 David Ferreri Dep with Exs |
| Exhibit 48 | 2020-09-28 Mitch Kushner Dep with Exs |
| Exhibit 49 | 2020-10-16 Michael Cross Dep with Exs |
| Exhibit 50 | Cross Report, Clean Ex. 3 to Cross Dep. Tr. |
| Exhibit 51 | 2020-11-16 P's Supp Response to Individual Defendant ROGs |
| Exhibit 52 | 2021-12-17 Cross Declaration |
| Exhibit 53 | 2021-12-17 Cunningham Declaration |
| Exhibit 54 | 2021-12-17 Ferreri Declaration |