## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM AMOR, ) | |
| ) | |
| Plaintiff, ) | Case Nos. 18-CV-2523 |
| ) | |
| v. ) | |
| ) | |
| OFFICER MICHAEL CROSS, *et al.*, ) | |
| ) | Hon. John Z. Lee |
| Defendants. ) | |

## **PLAINTIFF'S EXHIBIT LIST**

| | |
|---|---|
| Exhibit 1 | Haidu Trial Testimony |
| Exhibit 2 | 911 Call Transcript |
| Exhibit 3 | 12/12/1996 Carpenter Trial Testimony |
| Exhibit 4 | 9/12/1997 Shaku Teas Trial Testimony |
| Exhibit 5 | 9/10/1997 Steven Born Trial Testimony |
| Exhibit 6 | 2/2/2018 John Golder Retrial Testimony |
| Exhibit 7 | 9/11/2020 Deposition Transcript of David Ferreri |
| Exhibit 8 | Structure Scene Checklist |
| Exhibit 9 | Carpenter Expert Report |
| Exhibit 10 | 1/25/2018 Guerrieri Retrial Testimony |
| Exhibit 11 | 2/7/2020 Deposition Transcript of Robert Guerrieri |
| Exhibit 12 | 1/26/2018 Cross Retrial Testimony |
| Exhibit 13 | 10/16/2020 Deposition Transcript of Michael Cross |
| Exhibit 14 | 3/5/2020 Deposition Transcript of William Amor |
| Exhibit 15 | 1/25/2018 Tina Miceli Retrial Testimony |

| | |
|---|---|
| Exhibit 16 | 9/10/1997 Pam Leavenworth Trial Testimony |
| Exhibit 17 | 3/13/2020 Deposition Transcript of Tina Miceli Vol I (*Confidential Portion Redacted*) |
| Exhibit 18 | Cross 8-page Supplementary Report |
| Exhibit 19 | 9/10/1997 Guerrieri Trial Testimony |
| Exhibit 20 | 3/14/2020 Deposition Transcript of Tina Miceli Vol II |
| Exhibit 21 | Cross 10-page Supplementary Report |
| Exhibit 22 | 9/10/1997 James Bedell Trial Testimony |
| Exhibit 23 | John Golder Report |
| Exhibit 24 | 2/21/2018 Order of Acquittal |
| Exhibit 25 | Guerrieri 9-page Supplementary Report |
| Exhibit 26 | Permission to Search |
| Exhibit 27 | Griffith 3-page Supplementary Report |
| Exhibit 28 | 2/28/2020 Deposition Transcript of Brian Cunningham |
| Exhibit 29 | Exhibit 15 to Plaintiff Amor's Deposition |
| Exhibit 30 | SDT Reid 9-10 |
| Exhibit 31 | Cross 7-page Supplementary Report |
| Exhibit 32 | 9/11/1997 Ferreri Trial Testimony |
| Exhibit 33 | Cunningham 4-page Supplementary Report |
| Exhibit 34 | Expert Report of Dr. Richard Leo |
| Exhibit 35 | 1/25/2018 Cunningham Retrial Testimony |
| Exhibit 37 | Exhibit 4 to Plaintiff Amor's Deposition |
| Exhibit 36 | 2/26/1996 Guerrieri Motion to Suppress Testimony |
| Exhibit 38 | William Amor 2/27/1996 a.m. Motion to Suppress Testimony |
| Exhibit 39 | 11/5/2019 Deposition Transcript of Michael Masokas |

| | |
|---|---|
| Exhibit 40 | Polygraph Case History |
| Exhibit 41 | 11/30/2021 Deposition Transcript of Daniel Sosnowski |
| Exhibit 42 | Daniel Sosnowski Rebuttal Report |
| Exhibit 43 | 8/20/2021 Deposition Transcript of Dr. Michael Welner (*Confidential Portion Redacted*) |
| Exhibit 44 | William Amor 2/27/1996 p.m. Motion to Suppress Testimony |
| Exhibit 45 | Statement of Miranda Rights |
| Exhibit 46 | 9/16/1997 Russell Wiedemann Trial Testimony |
| Exhibit 47 | Petition for Dissolution of Marriage |
| Exhibit 48 | 10/4/1995 1:14 a.m. Plaintiff Statement |
| Exhibit 49 | Field Service Record |
| Exhibit 50 | 10/4/1995 2:11 a.m. Plaintiff Statement |
| Exhibit 51 | 8/7/2019 Deposition Transcript of Brian Nigohosian |
| Exhibit 52 | 2/27/1996 Nigohosian Motion to Suppress Testimony |
| Exhibit 53 | 10/4/1995 Plaintiff 5:10 a.m. Statement |
| Exhibit 54 | Arrest Report |
| Exhibit 55 | 12/14/2016 DeHaan Evidentiary Hearing Testimony |
| Exhibit 56 | 10/18/1995 Cross Grand Jury Testimony |
| Exhibit 57 | Report on TV-VCR Test Burn |
| Exhibit 58 | Ferreri Supplementary Report |
| Exhibit 59 | 10/18/1995 Michael Manion Grand Jury Testimony |
| Exhibit 60 | 10/18/1995 Marilyn Glisson Grand Jury Testimony |
| Exhibit 61 | Indictments |
| Exhibit 62 | 9/10/1997 Opening Statements |
| Exhibit 63 | 9/17/1997 Closing Arguments |

| | |
|---|---|
| Exhibit 64 | 9/10/1997 Cross Trial Testimony |
| Exhibit 65 | Motion for Leave to File First Successive Petition for Post-Conviction Relief |
| Exhibit 66 | Order on Motion for Leave to File Petition for Post-Conviction Relief |
| Exhibit 67 | 4/16/2017 Order Vacating Conviction |
| Exhibit 68 | Plaintiff's Answers to Defendant Cross's First Set of Interrogatories |
| Exhibit 69 | Certificate Of Innocence Petition |
| Exhibit 70 | State's Memorandum of Law in Support of Motion to Dismiss Petition for Certificate of Innocence |
| Exhibit 71 | Petitioner's Reply to State's Memo in Support of Motion to Dismiss Petition for Certificate of Innocence |
| Exhibit 72 | Argument and Ruling on Motion to Dismiss Petition for Certificate of Innocence |
| Exhibit 73 | 9/11/1997 Cunningham Trial Testimony |
| Exhibit 74 | Ferreri Report on Amor Interview |
| Exhibit 75 | 2014 Carpenter Affidavit |
| Exhibit 76 | 9/28/2020 Deposition Transcript of Mitchell Kushner |
| Exhibit 77 | 9/11/1997 Kushner Trial Testimony |
| Exhibit 78 | 3/31/2021 Deposition Transcript of Douglas Carpenter |
| Exhibit 79 | Tina Miceli Statement |
| Exhibit 80 | 9/11/1997 Sgt. Mark Carlson Trial Testimony |
| Exhibit 82 | Sullivan 3-page Supplementary Report |
| Exhibit 83 | 7/15/2020 Deposition Transcript of Michael Sullivan |
| Exhibit 84 | 2/26/2018 Nigohosian Retrial Testimony |
| Exhibit 88 | Exhibit 4 to Ferreri Deposition |
| Exhibit 89 | Sentencing Documents |
| Exhibit 90 | 2/26/1996 Cross Motion to Suppress Testimony |