# JOHN E. REID AND ASSOCIATES
## POLYGRAPH CASE HISTORY

DATE FACTS TAKEN _____  MIRANDA WARNINGS Yes ___ No ___
TELEPHONE REPORT _____

| TEST DATE | TIME | CONTACT | TEL. | AFTER Y |

OFFENSE _____  REPORT   Naperville P.D.
VICTIM _____ Col/Age _____
DATE Sunny 9-10-95 TIME _____     COPIES
FEE: $ _____
PLACE _____
LOSS _____ Val. Min./Max. _____   ○ to pay $ _____ at time of test.
                                              ○ to be billed $ _____
INSURED _____                           $ _____ part payment. Bill $ _____
INV.  Mike Cross                             ○ CONTRACT
      Bob                                    ○ NO FEE       ok

| CHIEF SUSPECTS | M/F | Col/Age/Tenure | REF: Prior LD This Case (✓ only if yes) | CUE |
|---|---|---|---|---|
| 1. William Amor | | | | NEED STAT'T? |
| 2. Marianne Miceli | | | | FORMAL ☐ |
| 3. Tina daughter of $S_2$ | | | | WRITTEN ☐ |
| 4. | | | | ORAL ☐ |
| 5. | | | | NONE ☐ |
| 6. | | | | |
| 7. | | | | |

$100,000 life insurance policy on $S_2$

$S_2$ Victim = C.O.D. = Smoke inhalation

On 9-10-95 fire in $S_2$ Apt. $S_2$ calls fire dept. at 6:40 P.M. Says she can't exit apt. because 2 chairs blocking doors & both burning (1 at piano - 1 at middle of living room)

$S_2$ on phone w/ girlfriend at until 6:31

CONFRONT  Y  N          IF GUILTY: PROSECUTE ○   REST. ○   FIRE ○   OTHER ○

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER ENTERED IN 18-CV-2523

SDT-REID 21

$S_2$ mentally retarded, initially romantically involved w/ $S_3$ then $S_1$ becomes involved w/ $S_3$

$S_2$ + $S_3$ say left apt. at 6:25 to 6:30 —

$S_2$ denies any knowledge of insur. policy —
Friends of $S_2$ + $S_3$ claim that $S_2$ + $S_3$ spoke openly about the policy in their presence

WHO DISCOVERED LOSS (BODY)?

WHO LAST HANDLED MONEY (SEE VICT.)?

INVESTIGATION TO DATE:

Who's common to loss? Aft. a number of Int[erviews]

Any Prior Interview/Interog. of S.? $S_1$ says he spilled

Undeveloped Leads? vodka + may have left

ATTITUDE TOWARD LD: a burning cigarette in

Refusals: ashtray that may have

Objections: fallen out of ashtray —

Resignations:

Personality Changes:

PRIOR PROBLEMS:

Shortages:

Suspected Before:

Work Attitude: $S_1$ has history of scamming

Disgruntled: families out of $.

Temperment: Just prior $S_1$ spent 6 mohs.

P.O.T. Info.: in lock up for forgery

CONFIDENTIAL -
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 18-CV-2523

SDT-REID 22