# EXHIBIT A

## ALAN BEAMAN
sutterhawkes@gmail.com
**815 997 4287**

April 25, 2024

Locke E. Bowman
Loevy + Loevy
311 N. Aberdeen St.
Third Floor
Chicago, IL 60607

Re:  *Amor v. Cross, et al.*
     No. 18-cv-02523

Dear Mr. Bowman:

You have asked me to provide my opinions regarding the experience of being a prisoner in the Illinois Department of Corrections. As more fully set forth below, I was a prisoner in various IDOC institutions for over a decade, from 1995, when I was wrongfully convicted of murder after a trial in the McLean County Circuit Court, until, 2008, when my conviction was vacated and I was released on bail.

I am not being compensated for my time preparing this report and do not expect compensation for time I will spend testifying and preparing to testify in deposition and at trial in this matter. As an innocent former prisoner, I believe I have an obligation to make others aware of the hardships of imprisonment, particularly for those who are innocent.

I have never previously testified as an expert witness. I have no relevant publications.

### Qualifications

I was wrongfully accused of the murder of my former college girlfriend by McLean County law enforcement. I was charged, tried, and convicted, and sentenced to 50 years in the Illinois Department of Corrections. Shortly afterwards, I was put on a bus and transferred to IDOC's Northern Reception Center in Joliet, Illinois. Based on the crime for which I had been convicted, I was assigned to the Menard Correctional Center, in Menard, Illinois. I was imprisoned at Menard a little over two years. Next, I spent about six weeks at the Pontiac Correctional Center in Pontiac, Illinois. Following Pontiac, I was transferred to Stateville Correctional Center in Joliet where I spent about three and a half years. Menard, Pontiac and Stateville are maximum security prisons, where the most dangerous and violent prisoners are housed. All told, I spent approximately five and a half years living in maximum security institutions.

At that point, I was transferred to the Western Illinois Correctional Center in Mt. Sterling, Illinois, where I was housed for two and a half years. Then, I was transferred to the Dixon Correctional Center in Dixon, Illinois. I spent five years at Dixon. Western Illinois and Dixon Correctional Centers are medium security prisons. It is typical for prisoners convicted of violent offenses to be granted a transfer to a medium facility after demonstrating good behavior over a period of years.

At the time of my wrongful conviction, I had never been convicted of a crime and had never spent time in prison. Over the next thirteen years, I learned how to survive in a closed environment that is both complex and dangerous, I believe that I am fully qualified, based on my life experience, to offer opinions regarding the hardships of imprisonment.

My experiences were typical of prisoners in the Illinois prison system. However, as an innocent person in prison, I can attest that the deprivations, the boredom and the dangers of imprisonment are particularly difficult for individuals whose imprisonment is not justified as proper punishment for the commission of a crime.

## Opinions

I hold the following opinions regarding the hardships of imprisonment, based on my personal experience:

1. Existence in a maximum-security institution is **dangerous and violent.** Most prisoners in maximum security have been convicted of violent offenses. Prisoners risk being preyed upon if they appear weak or are unwilling to defend their property and their bodily integrity. Prisoners would fight and fights were frequent. Guards in the "kill boxes" were armed. They were willing to and did fire warning shots to disperse prisoners. Those confined in maximum security institutions must always remain on alert. I kept my head on a swivel. Prisoners in these institutions are constantly at risk of violence.

2. During my time at Menard and at Stateville **gangs ran the prisons**. They were the law in the midst of lawlessness. It was understood that particular gangs occupied particular tiers of cells. The gangs controlled where prisoners would sleep at night, where they would sit to eat, where prisoners would congregate in the prison yard, and all facets of life. To make a decision not to be affiliated with any gang—*i.e.,* to be a "neutron"—required assuming substantial additional risk of being a victim of violence. Gangs came to the aid of other gang members. Neutrons had no one to back them up. In addition, neutrons were at risk of getting in the middle of warfare between gangs. As a neutron, I had to be sure to go to chow or to the yard in the front or at the end of the group of gang members with whom I was housed. If I were in the middle, I was at risk of being caught up in the violence if a fight broke out between the gang I was housed with and a rival gang.

3. As a prisoner, it was essential to be **willing to fight**. If another prisoner took advantage of me in any way, I had to be ready to fight for my integrity. If I failed to do so, I would have been seen as weak and would have become a target for other prisoners. I have

personal experience of this pattern. When another prisoner took advantage of me, early in my imprisonment, I had to go to the leaders of that prisoner's gang to request permission to have a one-on-one fight with him to establish that I was able to defend myself and my rights.

4.   In this environment, where physical violence plays such a big role, it is extremely **challenging to be small of stature**. I went into prison as a slender person. I learned how lift weights to bulk myself up and appear more intimidating. I gained about 50 pounds. I did this for self-protection.

5.   Most of the approximately two years that I was a prisoner at Menard, I spent in **protective custody**. I was allowed to remain in my cell in general population only with permission of the gang that controlled my tier. Gang leaders informed me that my cell was needed for another gang member and that I therefore had to apply for protective custody. My request for PC was initially denied and then subsequently granted after I was the victim of an attack. I spent about two years in Menard's PC unit. The physical conditions described below (paragraph 7) fully applied to PC. Gang control was diminished in PC, but the danger and risk of physical violence was omnipresent. Without gang control, lawlessness reigned. Prisoners in protective custody suffer more time locked in their cells than the prisoners in general population (because PC prisoners must always be segregated from other prisoners)

6.   Over time, I found that the prison **environment changed me**. I had to struggle to hold on to the values I was raised with: kindness, turning the other cheek, friendliness to those I did not know. I had to hold these instincts in check to protect myself. I felt that survival in prison required me to hold onto the emotion of anger, above any other emotion. Sadness, loneliness, fear all had to morph into anger. If not, if I showed vulnerability, I put myself at risk of becoming a victim.

7.   The **physical environment** of a maximum-security prison cell is very uncomfortable. There is no privacy. Prisoners shared their cells, which were tiny and cramped. Prisoners often had no say as to who their cellie was. It could be a mentally ill person or an individual with extreme violence issues. Sometimes, tiers of cells or a whole prison could be locked down, requiring prisoners to remain in their cells for up to 23 hours a day. Boredom would breed irritation. Tempers could flare. Sharing a prison cell meant sharing a commode; prisoners had to urinate and to defecate in front of their cellmate. Temperatures were unbearable: in summer it was so hot that prisoners sat around in their underwear; in winter the cold was brutal and inescapable. Cells were dirty and overrun with cockroaches, spiders, snakes and rats.

8.   Programming in maximum security institutions is mostly non-existent. With time and patience, it is possible to get a **prison job**, but almost all prison jobs are menial: assisting in the kitchen or keeping a tier or cellblock swept and orderly are typical jobs. The pay is basically non-existent. I was paid $45 per month when I worked as a janitor, as a kitchen worker, in the prison library and doing floor maintenance. There are some jobs in prison industries that pay more, but those jobs are exceedingly difficult to get.

9.   After a period of years, with good behavior, it is possible to get a transfer from maximum security to a **medium security prison**. The environment is better in a medium

security prison. Gangs were not in control in the medium security prisons where I was housed. There is more time out of cell and some programming is available (technical training for example or group counseling). But the fundamental message communicated from guards to prisoners is that we were less than human. The boredom, the isolation and the despair were the same. Everyone in prison is, emotionally, just an inch from death and that is true whether they are in maximum or medium security.

10. Being in prison is **a lonely experience**. Of course, there is the sadness of being separated from family and friends. In addition, although I did find some friends in prison, the social structure and the violence of the environment makes friendship rare. It is easy to feel despair. This is particularly true at holidays. There is no joy at holiday time in a prison.

11. **As an innocent person**, the first year in prison was the worst. I was profoundly shocked that I had been convicted even though I was innocent. Over time, I came to accept that I had to find a way to live and to survive in the environment that had been dealt to me. But also, with the passage of time, I lost the ability to hope. Over time, the people prisoners thought loved them disappear from their lives. If you are guilty, you can at least accept that this is the price of just punishment. Being innocent is another story. Everything is worse if you are innocent, because of the injustice of your imprisonment.

12. Illinois prisons are mostly a substantial distance from major metropolitan centers. My family traveled from Rockford to Menard, when I was in prison there, but the trip is very long, and **visits** were infrequent. I met with my family in a prison visiting room, where we sat around a table on plastic chairs. Vending machines were available for food. The environment was stark and unfriendly. Visits were timed and always seemed too short. Saying goodbye to family, as they left for the outside world and I remained behind the bars, made the loneliness particularly acute.

13. The **death of a loved one** is particularly difficult for a person in prison. The death of a family member is typically communicated via a phone call. It is devastating not to have been present for that person's final stages, not to be able to grieve with family, to miss the funeral, and to be left with questions. I lost three family members while I was in prison, as well as my beloved dog.

14. **Medical care** in prison is atrocious. The medical staff doesn't care and has no incentive to provide appropriate treatment. I found through the years that the doctor would give me a Tylenol and send me back to my cell, no matter what my complaint. Getting treatment for a significant medical problem is next to impossible. I got a hernia while lifting weights and was never permitted to have the simple outpatient surgical procedure to effectively treat it.

15. **Prison food** is hard to eat. Usually, I was only able to stomach half the food on my tray at chow. I survived by eating ramen that I would purchase from the prison commissary.

16. Inevitably, with years in prison, you **become institutionalized**. You do not walk through doors; you wait for them to be opened. You do not make decisions; you must accept decisions that others make. The transition from the institutional environment to the free world is

traumatic. For example, faced with a menu and now over a decade out of prison, I struggle to choose what to order. After years of being vigilant against violence and attack, it remains difficult for me to let my guard down.

    Thanks for affording me the opportunity to offer these opinions.

    Sincerely,

    Alan Beaman