# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jeanne Olson

           Plaintiff,

v.

                                  Case No.: 1:18−cv−02523

                                  Honorable John J. Tharp Jr.

Robert Guerreri, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 14, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr: In−person motion hearing held. For reasons stated on the record, Plaintiff's motion [220] is denied. The trial date of 7/22/24 remains as scheduled. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.