| | | |
|---|---|---|
| 1. Page 1 of 4 | **Supplementary Report** | **Naperville Police Department** |
| 2. Offense or Incident Classification 7632--Sudden Death (Suspicious Circumstances) | | 3. I.R. # **95-42030** |
| 4. Victim or Complainant: Miceli, Marianne | Address: 218 E. Bailey, Naperville | Phone: ----- |

### Interview of William Amor at NPD Detention Facility***

**091595 1648 hrs**

    On above date and time Sgt. Carlson and myself, Inv. Cunningham, interviewed William Amor in interview room #154 of the NPD Detention Facility.

**091595 1650 hrs**

    At above time Sgt. Carlson advised Amor of his Miranda Rights. Amor indicated that he understood his Miranda Rights and he did not object to any questioning. Amor subsequently signed a waiver of rights form #50, same was entered into NPD evidence.

    We then questioned Amor regarding this investigation. Amor informed us that he has told Inv. Cross everything that he remembered. At this time we asked Amor to explain his activity on the date in question. Amor stated in summary that he woke up at approximately 12 noon and he began watching football. Amor advised that he remembered watching the Dallas Denver game. Amor advised us that Tina and Marianne were also home and they watched television with him periodically throughout the day. Amor advised that for the most part Tina was napping on the couch in the living room and Marianne was spending time in her bedroom. Amor went on to advise that at approximately 1:15 PM Marianne and Tina left the apartment to pick up a pizza at Edwardo's. Amor advised us that he remained at the apartment and he started to drink vodka. Amor advised us that he drank heavily during the course of the day and he had a "pretty good buzz going."

    At approximately 2:15 PM Marianne and Tina returned and they all ate. Amor explained that he continued to watch the football game and Tina napped on the couch in the living room. Amor informed us that at one point he was lying on the couch with Tina but she pushed him off so he laid on the floor in front of the television. Amor advised that during the half-time of the game he went into Marianne's bedroom to give her a back message. Amor explained that he usually gave Marianne a daily back message for therapeutic reasons. Amor explained that at times the daily back messages made Tina jealous but the only reason he did it was to keep the peace in the house.

    Amor went on to advise that after giving Marianne her back message he went back to the living room and continued to watch football. Amor advised that he recalled watching the end of the Indianapolis Colts game. Amor informed us that he and Tina made plans to go to the Cascade Theater to watch a movie and at the end of the game, approximately 6:20 PM, they left the apartment. Amor advised that prior to leaving the apartment he went to the bathroom and then called out to Marianne and told her that he loved her. Amor advised us that at the time he left Marianne was in her bedroom and she was planning on taking a nap prior to watching the Emmy award show that was scheduled to start at 7:00 PM. Amor then picked up a cooler and a blanket that were located near the front door and he walked out of the apartment followed by Tina. As they reached the landing

| Additional Reports | Distribution | | | | | |
|---|---|---|---|---|---|---|
| | COP ☐ | Youth ☐ | INV ☐ | Traf ☐ | Crm Prv ☐ | Forensic ☐ |
| W/C Approval | Assignments | Follow-up Date | Status Code | Data Entry | Additional Follow-up | Final Closure |
| Officers Signature | | | | | Badge Number 151 | |

DEFS 676

EXHIBIT 4

| 1. Page 2 of 4 | *Supplementary Report* | **Naperville Police Department** |
|---|---|---|
| 2. Offense or Incident Classification 7632--Sudden Death (Suspicious Circumstances) | | 3. I.R. # **95-42030** |
| 4. Victim or Complainant: Miceli, Marianne | Address: 218 E. Bailey, Naperville | Phone: ----- |

below their apartment Tina realized that she had forgot something and she returned to the apartment. Amor continued to walk out of the apartment building and by the time he reached the car Tina had rejoined him.

Amor advised that when they left the apartment they went to purchase gas at the Mobil gas station located at Ogden and Rt. 59. After leaving the gas station they picked up some ice at a White Hen Pantry and then they proceeded to the movies. Amor advised that they stayed at the movies for several hours and then they returned home. When they returned to the apartment complex they immediately noticed all the fire trucks. Amor indicated that when he was advised that Marianne was dead he became "numb."

At this time we explained various aspects of the fire to Amor and we informed him that shortly after he and Tina left the apartment the fire broke out and spread quickly. Amor advised us that when he left the apartment he did not notice anything unusual. We then questioned Amor regarding an earlier statement that Tina made indicating that she may have left a lit cigarette in the apartment. Amor advised us that he remembered Tina asking him if he had seen her cigarette but he never really paid much attention to it. At this time Amor explained that he, Tina, and Marianne were all heavy smokers and the apartment was always smoked filled from all the cigarette smoke.

We then questioned Amor regarding his knowledge of any recent spills that may have occurred in the apartment. Amor informed us that approximately one week ago Tina had spilled some charcoal starter fluid on the living room floor. Amor informed us that Tina was bringing the starter fluid into the house when she tripped and some of the fluid spilled onto the carpeting.

We then asked Amor if he ever spilled anything in the apartment. Amor thought for several minutes and then informed us that on the date in question he may have spilled some vodka. Amor thought for several more minutes and then advised us that he remembered that he was lying on the floor watching television at the time he spilled the vodka. Amor went on to explain that during the course of the day he was drinking vodka from a large tumbler. Amor placed the bottle of vodka onto the coffee table and during the course of the day he would refill his tumbler from the bottle. Amor advised that at one point he reached up to the coffee table to grab the vodka bottle and it fell over onto the floor. Amor advised that a large quantity of vodka spilled out of the bottle onto the Sunday Tribune newspaper. Amor advised us that the vodka soaked into the newspaper so he didn't bother to wipe it up. Amor added that no one had ever asked him if he had spilled anything in the apartment and he didn't realize that vodka was a flammable substance so he never mentioned anything to anyone regarding the spill.

At this time we showed Amor a drawing (NPD Evidence #2BC) of the apartment and we asked him to point out the location where the vodka spilled. Amor indicated that the vodka bottle was on the edge of the coffee

| Additional Reports | Distribution | | | | | |
|---|---|---|---|---|---|---|
| | COP ☐ | Youth ☐ | INV ☐ | Traf ☐ | Crm Prv ☐ | Forensic ☐ |
| W/C Approval | Assignments | Follow-up Date | Status Code | Data Entry | Additional Follow-up | Final Closure |
| Officers Signature Brian Cunny | | | | | Badge Number 157 | |

DEFS 677

| 1. Page 3 of 4 | *Supplementary Report* | **Naperville Police Department** |
|---|---|---|
| 2. Offense or Incident Classification 7632–Sudden Death (Suspicious Circumstances) | | 3. I.R. # **95-42030** |
| 4. Victim or Complainant: Miceli, Marianne | Address: 218 E. Bailey, Naperville | Phone: —— |

table and when he knocked it off it landed in an area between the couch and the chair. Amor added that he had already read the Sunday paper and it was spread in a loose fashion in this area.

We then questioned Amor regarding any source of ignition that may have been present in the area of the spill. Amor informed us that he was smoking heavily during the course of the day and his ashtray was located next to him on the floor. Amor advised us that it could have been possible that he knocked over his ashtray prior to leaving the apartment but he highly doubted it. Amor went on to explain it would be more likely for him to leave a lit cigarette in the ashtray and that lit cigarette could have possibly fell out of the ashtray as it burned down. Amor thought for several minutes and then advised that there was also a lit incense candle located on the coffee table in the livingroom. Amor explained that this candle was usually kept lit to cut down on the cigarette odor in the apartment. Amor informed us that he could not remember putting this candle out when he left the apartment. and he was not sure if he extinguished his cigarette.

We continued to question Amor regarding the above details and Sgt. Carlson requested Amor to provide an approximate location for the bottle of Vodka prior to the spill and also the area where the vodka spilled, the location of the lit candle on the coffee table, the location of the ashtray, and his approximate location at the time of the spill.

**091595 @1810 hrs**
At approximately 1810 hrs Sgt. Carlson left the interview room. I continued to question Amor regarding the vodka that was spilled and a possible source of ignition that would have caused the fire. At this time I questioned Amor regarding an earlier statement that he made indicating that he was not aware that vodka was a flammable substance. At this time Amor admitted that he knew that vodka was flammable because it contains alcohol. Amor went on to describe various alcoholic drinks that are served on fire. Amor advised me that when he spilled the vodka it soaked into the newspaper so he never thought it would cause a fire. Amor added that prior to leaving the apartment he put the vodka bottle in a kithcen cabinet above the stove. Amor added that there was still a small quantity of vodka left in the bottle when he put it away.

**091595 @1900 hrs**
At approximately 1900 hrs Sgt. Carlson returned to the interview room with a can of pop for Amor. It should be noted that during the course of the interview Amor was offered, on several occasions, opportunities to use the bathroom, the telephone, beverages, and food. At this time Amor was advised that DeKalb County Sheriff's police were willing to extradite him regarding a pending Failure to Appear charge if he was not able to bost the required bond money. Amor indicated that he would not be able to post bond money for the charge.

| Additional Reports | | | Distribution COP ☐ Youth ☐ INV ☐ Traf ☐ Crm Prv ☐ Forensic ☐ |
|---|---|---|---|
| W/C Approval | Assignments | Follow-up Date | Status Code | Data Entry | Additional Follow-up | Final Closure |
| Officers Signature | | | | | Badge Number | |

DEFS 678

| | | |
|---|---|---|
| 1. Page 4 of 4  **Supplementary Report** | | **Naperville Police Department** |
| 2. Offense or Incident Classification 7632–Sudden Death (Suspicious Circumstances) | | 3. I.R. # **95-42030** |
| 4. Victim or Complainant: Miceli, Marianne | Address: 218 E. Bailey, Naperville | Phone: ---- |

**091595 @1915 hrs**

At approximately 1915 hrs Inv. Cross entered the interview room and spoke with Amor at this time myself and Sgt. Carlson left the interview room.

**091595 @2005 hrs**

At approximately 2010 hrs I returned to the interview room and Inv. Cross departed. At this time I asked Amor if he needed to use the bathroom or if he wanted anything to eat or drink. Amor advised that he was fine. I continued to question Amor regarding the investigation. Amor stated the same as indicated earlier in this report.

**091595 @2105 hrs**

At approximately 2105 hrs Amor requested a drink of water. At this time I left the interview room and returned immediately with water for Amor. At this time Sgt. Carlson and Inv. Bill Davis entered the interview room and I subsequently departed. During this time Sgt. Carlson requested Amor to provide a detailed account of the areas where the bottle of vodka was located on the coffee table, where the bottle of vodka spilled, the location of the newspaper, the location of the lit candle, the location of his ashtray, and the location where he was laying on the living room floor. Amor provided this information on evidence item #2BC see same for further.

**091595 @2135 hrs**

At approximately 2135 hrs Sgt. Carlson and Inv. Bill Davis left the interview room. At this time I entered the interview room and requested Amor to provide a voluntary written statement regarding his activity on 091095. I then returned to the interview room at 2155 hrs and collected Amor's statement. For further see NPD evidence item #3BC.

**Interview concluded.**

| Additional Reports | | | Distribution  COP ☐   Youth ☐   INV ☐   Traf ☐   Crm Prv ☐   Forensic ☐ | | | |
|---|---|---|---|---|---|---|
| W/C Approval | Assignments | Follow-up Date | Status Code | Data Entry | Additional Follow-up | Final Closure |
| Officer's Signature | | | | | Badge Number 157 | |

DEFS 679