# NFPA® 921

## Guide for Fire and Explosion Investigations

2021





EXHIBIT 6

neighbors, and members of the media who attended during or after the incident. However, the number and types of witnesses who may have information relevant to the case is much broader than this. The steps outlined below will help the investigator identify witnesses and deal with them in an organized fashion.

**N 14.5.1.2.1** Timely interviews of witnesses are a consideration in terms of planning the order of pursuing non-scene data, since memories may fade and documentation can be lost with the passage of time. An early step in planning the non-scene investigation is to create a list of potential witnesses, make an outline of what types of information one might expect to obtain from each witness, and prioritize the order of witness interviews. A priority should be to interview eyewitnesses to the incident with a view to identifying the ignition sequence factors, along with other matters indicated by the circumstances of the incident. The investigator can update the list of witnesses during the course of the investigation, adding the names of new potential witnesses and planning follow-up steps.

**N 14.5.1.2.2** A list of potential witnesses can be constructed from a variety of sources, including the following:

(1) 9-1-1 recordings and transcripts
(2) Media reports such as newscasts, newspapers, and Internet news reports
(3) Incident reports and emergency response logs for names of and roles of emergency response personnel involved, as well as reference to bystanders, property owners, and other interested parties
(4) Photographs and videos of the scene during and after the incident (e.g., from police car video devices, media coverage, or eye-witness photographs or videos)
(5) Names of employers, friends, or family members of victims or persons present before or during the incident
(6) Witness leads
(7) Witnesses with knowledge of the background, history, or maintenance of the subject of inquiry
(8) Cell phone records including text messages, photographs, and call logs

**N 14.5.1.3 Interview Information.** The information the investigator may obtain from witnesses is wide-ranging. There may be witnesses to the actual incident (fire or explosion), to events leading up to the incident, or to its aftermath. Witnesses may have information respecting the history, construction, and maintenance of the damaged property; the quantum of losses and damages; the performance of products related to the incident; and the nature of the intent or possible motives of anyone criminally involved in the incident. Witnesses may have information concerning matters covered in Chapter 19 or they may have non-scene data relating to issues addressed in other chapters of this guide.

**14.5.1.3.1** It is the responsibility of the investigator to evaluate the quality of the data obtained from the witness at the time of the interview. Both in preparing for the interview and in assessing the value of data from witness statements afterwards, the investigator should consider factors that affect the accuracy and reliability of data given by witnesses, such as the following:

(1) Matters that may have affected the witness' perception of events such as physical, mental, emotional, or circumstantial attributes of the witness — for example, witnesses of a very young or old age, witnesses with poor eyesight or hearing, witnesses affected by shock or trauma, witnesses who have mental or emotional impairments, or witnesses impaired by drugs or alcohol, or whose perceptions might be affected by other factors such as when one is awakened suddenly from sleep.
(2) Environmental circumstances that may have affected the witness' perception of events such as poor lighting, bad weather conditions, distance from places or events of interest, distractions, or actions of others.
(3) Whether the witness has access to a writing or recording that might have influenced the witness' account of events. For example, did the witness record his/her perceptions during or shortly after the incident in writing, or through audio or video means such as a phone or computer, from which they can refresh the memory of events? Did someone else make a written record or audio- or video - recording that the witness relies on to refresh their memory? Did the witness access news media, social media, or other accounts of the event before being interviewed?
(4) If the witness has accessed a writing or recording of the incident, who created it? Is it accurate or reliable (when compared with other data collected about the incident)?
(5) Was the witness able to understand the language(s) being spoken by others present at the incident?
(6) Does the witness have a personal or business interest in the incident that could affect their perceptions or description of the incident? For example, does the witness have a financial interest in the property that was the subject of the incident? Is the witness related to or somehow otherwise connected to a victim or another witness in the incident? If an offense was involved, is the witness related or connected to a suspect in the incident?
(7) Is the witness biased in some manner or being intentionally deceitful?
(8) How consistent is the witness' account of perceptions or events with data gathered from other witnesses, documents, photos, recordings, and other ESI? For example, do videos or photos of the scene corroborate that the witness had the line of sight alleged?

**N 14.5.1.3.2** The witness information may be evaluated for accuracy and reliability by methods such as the following:

(1) Evaluating the internal consistency of the statement/account/data
(2) Comparing the information with that provided by other witnesses
(3) Comparing the information with the physical data from the fire scene
(4) Comparing the information with fire dynamics principles
(5) Comparing the information to a timeline
(6) Reviewing the witness' location and actual view of the scene

**14.5.1.4 Preparation for the Interview.** It may be helpful to the investigator to conduct initial interviews before the fire scene examination commences, although there are many instances when this may be impractical and subsequent interviews need to be conducted. It may be helpful for the investigator to make an initial walkthrough of the scene before conducting initial interviews, when possible, to become familiar with various general aspects of the fire scene. The fire investigator should be prepared prior to conducting any type of interview.

**N 14.5.1.4.1** The interviewer and the person being interviewed should be properly identified by collecting personal identifiers

gator should review the entire process to ensure that all credible data are accounted for and all credible alternate cause hypotheses have been considered and eliminated. When using the scientific method, the failure to consider alternate hypotheses is a serious error. A critical question to be answered by fire investigators is, "Are there any other cause hypotheses that are consistent with the data?" The investigator should document the facts that support the cause determination to the exclusion of all other reasonable causes.

Δ **19.7.1 Establishing the Cause.** Although cause is common terminology, the investigator should describe it in terms of the competent ignition source providing enough heat to ignite the first fuel and the circumstances of how they came together. The fuels involved after the first fuel should be noted; this may be especially true when the first fuel is part of the source, such as an appliance. In such a case the subsequent fuels may be the combustibles that are located near the appliance where the fire originated.

**19.7.2 Inconsistent Data.** It is unusual for all data items to be totally consistent with the selected hypothesis. Each piece of data should be analyzed for its reliability and value. Not all data in an analysis has the same value. Frequently, some analysis or witness statement will provide data that appears to be inconsistent. Contradictory data should be recognized and resolved. Incomplete data may make this difficult or impossible. If resolution is not possible, then the cause hypothesis should be re-evaluated.

**19.7.3 Safety Devices and Features.** Safety devices and features are often engineered and built to prevent fires from occurring. The cause determination will need to account for the actions of safety devices.

**19.7.4 Undetermined Fire Cause.** The final opinion is only as good as the quality of the data used in reaching that opinion. If the level of certainty of the opinion is only "possible" or "suspected," the fire cause is undetermined. This decision as to the quality of data and level of certainty of the opinions rests with the investigator.

N **19.8 Incident Classification.** Classifying a fire incident is different from cause determination or analyzing the fire incident for the purpose of assigning responsibility. Classifying a fire incident requires the application of a common language achieved through a classification system that consists of a series of definitions and labels ascribed to certain phenomena. If an incident requires classification, the investigator should refer to the appropriate classification system. Examples of national classification systems used for incident reporting of fires and explosions follow (this list is not meant to be all-inclusive):

(1) The United States National Fire Incident Reporting System (NFIRS)
(2) NFPA 901
(3) The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Bomb Arson Tracking System (BATS)
(4) The Uniform Crime Reporting (UCR) Program maintained by the FBI
(5) The Canadian Code Structure on Fire Loss Statistics developed by the Council of Canadian Fire Marshalls and Fire Commissioners
(6) National Incident-Based Reporting System (NIBRS) maintained by the FBI

•

**Chapter 20　Analyzing the Incident for Cause and Responsibility**

**20.1\* General.**

**20.1.1** The purpose of fire and explosion investigations is often much broader than just determining the cause of a fire or explosion incident. The goal of any particular fire investigation is to come to a correct conclusion about the features of a particular fire or explosion incident that resulted in death, injury, damage, or other unwanted outcome. The features can be grouped under the following four headings:

(1) *The cause of the fire or explosion.* This feature involves a consideration of the circumstances, conditions, or agencies that bring together a fuel, ignition source, and oxidizer (such as air or oxygen), resulting in a fire or a combustion explosion.
(2) *The cause of damage to property resulting from the incident.* This feature involves a consideration of those factors that were responsible for the spread of the fire and for the extent of the loss, including the adequacy of fire protection, the sufficiency of building construction, and the contribution of any products to flame spread and to smoke propagation.
(3) *The cause of bodily injury or loss of life.* This feature addresses life safety components such as the adequacy of alarm systems, sufficiency of means of egress or in-place protective confinement, the role of materials that emit toxic by-products that endanger human life, and the reason for fire fighter injuries or fatalities.
(4) *The degree to which human fault contributed to any one or more of the causal issues described in 20.1.1(1), 20.1.1(2), and 20.1.1(3).* This feature deals with the human factor in the cause or spread of fire or in bodily injury and loss of life. It encompasses acts and omissions that contribute to a loss (responsibility), such as incendiarism and negligence.

N **20.1.2** Based on the scope of the assignment, an individual investigator may not have the responsibility or be required to address all of the aspects of this chapter.

**20.1.3** The cause of a fire or the causes of damage or casualties may be grouped in broad categories for general discussion, for assignment of legal responsibility or culpability, or for reporting purposes. Local, state, or federal reporting systems or legal systems may have alternative definitions that should be applied as required.

**20.2 The Cause of the Fire or Explosion.** The determination of the cause of a fire requires the identification of those circumstances and factors that were necessary for the fire to have occurred. Those circumstances and factors include, but are not limited to, the device or equipment involved in the ignition, the presence of a competent ignition source, the type and form of the material first ignited, and the circumstances or human actions that allowed the factors to come together to allow the fire to occur. For additional information on cause determination see Chapter 19.

**20.3 The Cause of Damage to Property Resulting from the Incident.**

**20.3.1** The following are considerations that may be utilized in establishing cause of property damage. These factors are divided into two major categories: fire and smoke spread damage and other types of damage.