IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EATERN DIVISION

| | | |
|---|---|---|
| JEANNE OLSON, | ) | |
| | ) | Case No. 18 CV 2523 |
| *Plaintiff*, | ) | |
| | ) | |
| *v.* | ) | |
| | ) | The Hon. John J. Tharp, Jr. |
| REBECCA GOMEZ, Special Representative | ) | |
| of the Estate of Michael Cross, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Plaintiff, Jeanne Olson, by her undersigned attorneys LOEVY + LOEVY, pursuant to Local Rule 7.1, respectfully requests leave to file her Motion to Bar Dr. Michael Welner, which is 21 pages in length. In support, Plaintiff states:

1. On April 30, 2024, the court granted the parties' joint motion to modify the Daubert motion briefing schedule, moving Plaintiff's deadline to file her motion on May 17, 2024. [Dkt. 219].

2. Counsel for both sides have discussed the need to use more than 15 pages for their respective motions seeking to exclude expert witnesses on the subject of false confessions. Defense counsel agreed not to oppose Plaintiff's request for up to 22 pages for her motion to exclude Dr. Michael Welner. Plaintiff has no opposition to the defense using up to 20 pages for their motion to exclude Dr. Richard Leo.

3. Dr. Welner's report is 48 single-spaced pages and covers a vast amount of territory, much of which Plaintiff contends is beyond Dr. Welner's expertise. In order to present Plaintiff's arguments as to appropriate limits on Dr. Welner's testimony, 21 pages were required.

4. A copy of the proposed motion to bar Dr. Welner's testimony is attached as Ex. A

1

to this motion.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an order granting her leave to file the attached 21 page motion.

                                        Respectfully submitted,

                                        **JEANNE OLSON, Not Individually But As Trustee of the William Amor Trust**

                                        By: /s/Locke Bowman
                                                Attorney for the Trustee

Jon Loevy
Locke Bowman
Gayler Horn
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
312.243.5900

### CERTIFICATE OF SERVICE

    I, Locke Bowman, an attorney, certify that on May 17, 2024, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

                                          /s/ Locke Bowman
                                          *One of Plaintiff's Attorneys*