IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANNE OLSON, Trustee of the WILLIAM AMOR Trust, as successor plaintiff,<br><br>Plaintiff,<br><br>v.<br><br>REBECCA GOMEZ, as Special Representative for Michael Cross, deceased, et al.,<br><br>Defendants. | Case No. 18 CV 2523<br><br>Honorable John J. Tharp, Jr.<br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE EXCESS PAGES FOR THEIR MOTION *IN LIMINE*
TO BAR RICHARD LEO PURSUANT TO LOCAL RULE 7.1**

Defendants Rebecca Gomez, as Special Representative for Michael Cross, deceased, Robert Guerrieri, Brian Cunningham, and the City of Naperville, (collectively, "Defendants"), by and through their attorneys, The Sotos Law Firm, P.C., hereby move this Honorable Court for entry of an order granting them leave to file their Motion *in Limine* to Bar Testimony and Opinions of Richard Leo in excess of fifteen pages, seeking an additional five pages pursuant to Local Rule 7.1. In support of their motion, Defendants state as follows:

1. Plaintiff has filed a ten-count Complaint against the City of Naperville and three of its former police officers pursuant to 42 U.S.C. § 1983 and Illinois law, alleging that he was wrongfully convicted of the crimes of first-degree murder and aggravated arson.

2. *Daubert* motions are to be filed by the parties on May 17, 2024. (Dkt. 221.) The Defendants have prepared a Motion *in Limine* to Bar Testimony and Opinions of Richard Leo, which addresses Leo's 52-page Report plus exhibits and deposition testimony related to his ten opinions.

3. The undersigned has reviewed the Motion *in Limine* to Bar Testimony and Opinions of Richard Leo and edited the brief in an attempt to eliminate any redundant or unnecessary facts and arguments. Notwithstanding that effort, given the age and complexity of this case, the number of parties, the issues presented, and the voluminous evidentiary record, additional pages are necessary to adequately address all of Leo's opinions and testimony. Defendants' Motion *in Limine* to Bar Testimony and Opinions of Richard Leo exceeds the fifteen-page limit set by Local Rule 7.1 by five pages, for a total of 20 pages, attached hereto as Exhibit A.

4. This motion is not brought for purposes of harassment or undue burden.

5. Additionally, on May 16, 2024, the undersigned conferred with counsel for Plaintiff, who has no objection to this motion.

6. Accordingly, Defendants respectfully request that this Court grant this motion and grant them leave to file their Motion *in Limine* to Bar Testimony and Opinions of Richard Leo totaling 20 pages.

WHEREFORE, Defendants pray that this Honorable Court enter an order granting them leave to file their Motion *in Limine* to Bar Testimony and Opinions of Richard Leo with an additional five pages, pursuant to Local Rule 7.1.

Date: May 17, 2024

Respectfully submitted,

/s/ Laura M. Ranum
LAURA M. RANUM, Attorney No. 6300636
*One of the Attorneys for Defendants*

James G. Sotos
Laura M. Ranum
Joseph M. Polick
Lisa M. Meador
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
lranum@jsotoslaw.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on **May 17, 2024**, I electronically filed the foregoing **Defendants' Unopposed Motion for Leave to File Excess Pages for Their Motion *In Limine* to Bar Testimony and Opinions by Richard Leo Pursuant to Local Rule 7.1** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed on the below Service List:

***Attorneys for Plaintiff:***
Jon Loevy
Gayle Horn
Locke Bowman
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
gayle@loevy.com
locke@loevy.com

/s/ Laura M. Ranum
LAURA M. RANUM, Attorney No. 6300636
*One of the Attorneys for Defendants*