**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JEANNE OLSON, Trustee of the | ) | |
| WILLIAM AMOR Trust, as successor plaintiff, | ) | |
| Plaintiff, | ) | Case No. 18 CV 2523 |
| | ) | |
| v. | ) | |
| | ) | Judge John J. Tharp, Jr. |
| REBECCA GOMEZ, as Special Representative | ) | |
| for Michael Cross, deceased, et al., | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
THEIR MOTION TO BAR THE TESTIMONY OF
PLAINTIFF'S EXPERT DOUGLAS J. CARPENTER, *INSTANTER***

Defendants Rebecca Gomez, as Special Representative of Michael Cross, deceased, Robert Guerrieri, Brian Cunningham, and the City of Naperville, by and through their attorneys, The Sotos Law Firm, P.C., move this Court for leave to file their motion to bar the testimony of Plaintiff's expert Douglas J. Carpenter, *instanter*, and state:

1.      The parties' *Daubert* motions were due to be filed on May 17, 2024. (Dkt. 221.)

2.      While Defendants were able to file two of their *Daubert* motions, a third motion to bar the testimony of Plaintiff's expert, Douglas J. Carpenter, was unable to be filed by the May 17 deadline.

3.      Defense counsel, Laura M. Ranum, who had primary responsibility for the *Daubert* motion concerning Plaintiff's expert Douglas Carpenter, had a family emergency during the afternoon of Friday, May 17, 2024, and unexpectedly had to leave the office. Plaintiff's counsel were advised of this development, its effect on completing Defendants' motion, and the expectation  the motion would be filed over the weekend.

4.      Unfortunately, Ms. Ranum's emergency did not resolve over the weekend and she remains absent from the office as a result. Consequently, other defense counsel had to make arrangements to complete the *Daubert* motion concerning expert Carpenter.

5.      Plaintiff's counsel, Jon Loevy, was updated on Ms. Ranum's family emergency on Monday, May 20, 2024, and advised that Defendants would be filing their motion to bar expert Carpenter on today's date with leave of court. Mr. Loevy indicated that Plaintiff did not oppose the motion under the circumstances.

6.      Defendants seek leave to file their motion to bar the testimony of Plaintiff's expert Douglas J. Carpenter, *instanter*. A copy of Defendants' motion to bar expert Carpenter, along with its accompanying exhibits, is attached to this motion.

WHEREFORE, Defendants Rebecca Gomez, as Special Representative of Michael Cross, deceased, Robert Guerrieri, Brian Cunningham, and the City of Naperville, respectfully request this Court to grant their motion for leave to file their Motion to Bar the Testimony of Plaintiff's Expert Douglas J. Carpenter, *instanter*, and for such other relief as the Court deems appropriate.

Dated: May 20, 2024                                    Respectfully Submitted,

/s/ Joseph M. Polick
JOSEPH M. POLICK, Attorney No. 6203682
*One of the Attorneys for Defendants*

James G. Sotos
Laura M. Ranum
Joseph M. Polick
Lisa M. Meador
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Bld., Ste. 1240A
Chicago, IL 60604
(630) 735-3300
jpolick@jsotoslaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on May 20 2024, I electronically filed the foregoing **Defendants' Unopposed Motion for Leave to File Their Motion to Bar the Testimony of Plaintiff's Expert Douglas J. Carpenter,** *Instanter* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants listed on the below Service List.

***<u>Attorneys for Plaintiff:</u>***
Jon Loevy
Mariah Garcia
Gayle Horn
Locke Bowman
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
mariah@loevy.com
gayle@loevy.com
locke@loevy.com

/s/ Joseph M. Polick
JOSEPH M. POLICK, Attorney No. 6203682
*One of the Attorneys for Defendants*