IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEANNE OLSON, Trustee of the WILLIAM AMOR Trust, as successor plaintiff, Plaintiff, | ) ) ) ) | Case No. 18 CV 2523 |
| v. | ) ) ) | Judge John J. Tharp, Jr. |
| REBECCA GOMEZ, as Special Representative for Michael Cross, deceased, et al., Defendants. | ) ) ) ) | |

**DEFENDANTS' MOTION TO BAR THE TESTIMONY OF
<u>PLAINTIFF'S EXPERT DOUGLAS J. CARPENTER</u>**

**Exhibit List**

| | |
|---|---|
| Exhibit A | 911 Call Based on Running Time and Transcript |
| Exhibit B | Diagram of Miceli Apartment |
| Exhibit C | Autopsy and Toxicology Reports |
| Exhibit D | Carpenter Deposition |
| Exhibit E | Carpenter Testimony from December 13, 2016 |
| Exhibit F | NFPA 921, 2021 Edition |
| Exhibit G | September 15, 1995 DuPage County Sheriff Lab Report |
| Exhibit H | CFAST Model Comparison |
| Exhibit I | January 22, 2021 Carpenter Rule 26(a)(2) Report |