*Amor v. Cross, et al.*
Case No. 18-CV-2523
Our File No. 18-4078

# EXHIBIT A

**911 Call Based on Audio Produced as DEFS 5613**

| Relative Recording Time (seconds) | Speaker | Narrative |
|---|---|---|
| 00:00 | | Noise |
| 00:09 | A. Haidu | 911 |
| 00:11 | Miceli | Yes! There is smoke coming through *my bedroom. |
| 00:13 | A. Haidu | There is smoke coming through your bedroom? |
| 00:14 | Miceli | Yes, I'm in the one, two eighteen east Bailey. |
| 00:19 | A. Haidu | Okay, can you get out of the apartment? |
| 00:21 | Miceli | Ahh, No, I cannot the...the fire is in the way. |
| 00:24 | A. Haidu | The fire is in the way? |
| 00:26 | Miceli | There is a fire. |
| 00:27 | A. Haidu | Okay, I...can you try to stay to the ground? |
| 00:32 | Miceli | Okay. |
| 00:33 | A. Haidu | Okay, low to the ground, all right hold on while I get em going. Okay? |
| 00:36 | Miceli | Hold. |
| 00:36 | A. Haidu | What apartment number are you in? |
| 00:37 | Miceli | "M" |
| 00:39 | A. Haidu | Apartment "M"? |
| 00:40 | Miceli | Yes. |
| | A. Haidu | Okay. |
| 00:48 | A. Haidu | Do you know what started the fire? |
| 00:50 | Miceli | Ah, no I don't I just came out and the chair was on fire. |
| 00:54 | A. Haidu | Okay, you can't get past the chair? |
| 00:56 | Miceli | I can't get past the chair No. |
| 00:57 | A. Haidu | Do you have a balcony? |
| 00:58 | Miceli | Yes I do. |
| | A. Haidu | All right can you... |
| 01:01 | Miceli | This chair is right by the balcony, and it's also by the main entrance. |
| 01:04 | A. Haidu | Okay, hold on... |
| 01:06 | Miceli | I'm, I'm overcome with smoke. |
| 01:08 | A. Haidu | Okay open your windows. Can you open a window? |
| 01:10 | Miceli | Yes I can. |
| 01:13 | A. Haidu | Okay, go open the window. If it comes... |
| 01:15 | Miceli | (Coughing) |
| | | (Silence) |
| 01:17 | A. Haidu | Can't you leave the house? |
| 01:18 | A. Haidu | Hello. |
| 01:20 | A. Haidu | She says she is overcome with smoke, she can't get out of the apartment. |
| 01:25 | A. Haidu | It's a chair fire. |
| 01:32 | A. Haidu | Hello...Hello. |
| 01:35 | A. Haidu | Hello. |
| | Unknown | Fire. |
| 01:53 | A. Haidu | I hear somebody yelling fire |

## PEOPLE VS. WILLIAM AMOR

### 911

| | |
|---|---|
| A. Haidu: | 911 |
| Miceli: | Yes! There is smoke coming through my bedroom. |
| A. Haidu: | There is smoke coming through your bedroom? |
| Miceli: | Yes, I'm in the one, two eighteen east Bailey. |
| A. Haidu: | Okay, can you get out of the apartment? |
| Miceli: | Ahh, No, I cannot the...the fire is in the way. |
| A. Haidu: | The fire is in the way? |
| Miceli: | There is a fire. |
| A. Haidu: | Okay, I...can you try to stay to the ground? |
| Miceli: | Okay. |
| A. Haidu: | Okay, low to the ground, all right hold on while I get em going. Okay? |
| Miceli: | Hold. |
| A. Haidu: | What apartment number are you in? |
| Miceli: | "M" |
| A. Haidu: | Apartment "M"? |
| Miceli: | Yes. |
| A. Haidu: | Okay. |
| A. Haidu: | Do you know what started the fire? |
| Miceli: | Ah, no I don't I just came out and the chair was on fire. |
| A. Haidu: | Okay, you can't get past the chair? |
| Miceli: | I can't get past the chair No. |



People's Exhibit

13F

SOT-SAO 10743

A. Haidu:     Do you have a balcony?

Miceli:       Yes I do.

A. Haidu:     All right can you...

Miceli:       This chair is right by the balcony, and it's also by the main entrance.

A. Haidu:     Okay, hold on...

Miceli:       I'm, I'm overcome with smoke.

A. Haidu:     Okay open your windows.  Can you open a window?

Miceli:       Yes I can.

A. Haidu:     Okay, go open the window.  If it comes...

Miceli:       (Coughing)

              (Silence)

A. Haidu:     Can't you leave the house?

A. Haidu:     Hello.

A. Haidu:     She says she is overcome with smoke, she can't get out of the apartment.

A. Haidu:     It's a chair fire.

A. Haidu:     Hello...Hello.

A. Haidu:     Hello.

Unknown:      Fire.

A. Haidu:     I hear somebody yelling fire.

SDT-SAO 10744