*Amor v. Cross, et al.*
Case No. 18-CV-2523
Our File No. 18-4078

# EXHIBIT C



**95-42030**

Peter A. Siekmann
Chief Deputy Coroner

**Richard R. Ballinger**
DuPage County Coroner

Patti J. Mehling
Administrator

Shaku S. Teas M.D.
1451 Forest
River Forest, IL
60305
(708) 379 5733

RECEIVED

OCT 0 3 1995

RICHARD R. B...   ..ER
CORONER OF DuPAGE COUNTY

## AUTOPSY REPORT

Case # 317 - 95

Name:      Maryanne Miceli                  Date of Death: 9/10/95

Address:   218 Baily                        Date of Autopsy: 9/11/95
           Naperville, IL                   Time of Autopsy: 0900

Place of Autopsy:  DuPage County Coroner's Office, Wheaton, IL

Age: 40            Sex: Female              Race: White

**EXTERNAL EXAMINATION:**  The body is that of a 40 year old, white female weighing 188 pounds and measuring 63 inches and appearing to be older than the stated age. Rigor mortis is present throughout. Livor mortis is present in the left side of the back and also on the face. The body is received dressed in a nightgown. The entire body is covered with soot.

The hair is brown. The irides are grayish blue, the corneas are cloudy, the pupils are dilated. There is bilateral conjunctival congestion. The right upper palpebral fissure shows a few petechiae. The external ears and nose are intact. Both the ear lobules have been pierced about three times. There is a large amount of mucoid material and soot in both the nostrils. There is an intubation tube in the oral cavity. The teeth are natural.

The chest is symmetrical. The abdomen is soft. There are striae on both sides of the abdomen.

The external genitalia are that of a normal female.

The left thigh and the flank region shows a curved scar measuring 37 cm in length. The anterior aspect of the left wrist along the radial border shows a scar measuring 6 cm in length. The ulnar border of the right wrist shows a scar

1

KGC 6

**SDT-SAO 3569**

**95-42030**

measuring 4 cm in length.

The left side of the back shows pink lividity and areas of superficial burns.

There are superficial burns on the body involving the right lateral, lower chest, the right flank region, the right thigh and leg and the right foot. The right thigh and leg are involved anteriorly, laterally and partially posteriorly. The left knee and portions of the ankle and the left foot show superficial burns. There are burns on the posterior aspect of the left ankle. The left side of the back and extending from the scapular region to the gluteal region show superficial burns. There are patchy areas of burns on the dorsal aspect of the right arm and also on the dorsal aspect of the right wrist and hand. The posterior aspect of the left upper arm shows patchy areas of burns.

### EVIDENCE OF TREATMENT

1. There is an intubation tube in the oral cavity.

2. There is an intravenous catheter in the right inguinal region.

### INTERNAL EXAMINATION

Body Cavities: The usual Y shaped incision is made. All the organs are found located in their normal anatomical position. The pleural, pericardial and peritoneal cavities show the usual amount of serous fluid. The muscles are discolored pinkish.

Cardiovascular System: The heart weighs 375 grams. The epicardial surface is smooth. The left ventricle measures 1.4 cm in width. The myocardium is firm and brown. The valves are intact. The coronary arteries arise from the usual position. The left anterior descending coronary artery shows about 50 - 60% occlusion of its lumen by atherosclerosis in its proximal portion. The right coronary artery and the left circumflex coronary artery show mild atherosclerosis and the lumen are patent. The aorta and its main branches are unremarkable. The pulmonary arteries are intact.

Respiratory System: The tongue is intact and is covered with soot. The larynx shows soot extending to the upper trachea region. The mucosa of the larynx and the trachea is markedly congested. There are also patchy areas of mucoid material mixed with soot seen in the left bronchus and segmental branches. The lungs together weigh 1075 gms. The pleural surfaces are smooth and show anthracotic pigment. The cut surfaces are purplish red, markedly congested and show moderate amount of edema fluid

2

KGC 7

SDT-SAO 3570

10/12/95  14:52  ☎708 682 7565    DuPageCo Coroner                    @004/008
Case: 1:18-cv-02523 Document #: 237-5 Filed: 05/20/24 Page 4 of 8 PageID #:15198

95-42030

Hepatobiliary System: The liver weighs 3,125 gms. The capsular surface shows thickening of the capsule, mainly on the right lobe. The cut surface shows patchy areas of yellowish discoloration consistent with fatty change. The gall bladder contains about 5 ml of bile. The external bile ducts are patent.

Hemolymphatic System: The spleen weighs 325 gms. The capsule is smooth and tense. The cut surface is purplish red and markedly congested. There is no abnormal lymphadenopathy.

Genito-Urinary System: The kidneys together weigh 375 gms. The capsules strip with ease. The surfaces are slightly granular. The cut surface shows a well demarcated cortex and medulla. The caliceal system is unremarkable. The urinary bladder contains a few drops of urine. The uterus is absent. Both the ovaries and the tubes are present. The left ovary shows a corpus luteum measuring 1.5 x 1 cm. The right ovary is unremarkable.

Endocrine System: The pancreas is of normal shape and size and is firm and lobulated. The adrenal glands and thyroid gland are unremarkable.

Gastrointestinal System: The esophagus is unremarkable. The stomach contains about 150 ml of partially digested food material. A large portion of it appears to be green and yellowish cheese like material. The appendix is present. The rest of the gastrointestinal tract is unremarkable.

Musculo-Skeletal System: The skeleton appears to be intact. The muscles are unremarkable.

Central Nervous System: The scalp is opened by a biparietal incision. There is no subgaleal hemorrhage. The skull is intact. The brain weighs 1350 gms. The dura mater is smooth. The leptomeninges are translucent. The sulci and gyri are unremarkable. The vessels of the base of the brain pursue a normal anatomical course. Coronal sections of the brain do not reveal any pathological change.

## DISPOSITION OF EVIDENCE

Blood, bile and urine is drawn for toxicology. A stat carbon monoxide done at Central DuPage Hospital shows the carboxyhemoglobin saturation to be 46%. Tissues from the various organs are saved for histology if required.

KGC 8

SDT-SAO 3571

95-42030

**CAUSE OF DEATH:** **CARBON MONOXIDE INTOXICATION**
        due to    Inhalation of Smoke and Soot in a House Fire.

**DIAGNOSIS:**
1. Carbon Monoxide Intoxication.
2. Pulmonary Edema due to Inhalation of Smoke and Soot.
3. Fatty Liver.
4. Cardiomegaly with Mild Coronary Atherosclerosis.

**OPINION:** This 40 year old, white female, Maryanne Miceli, died as a result of Carbon Monoxide Intoxication due to the Inhalation of Smoke and Soot during a house fire. Post mortem carboxyhemoglobin saturation was 42.1%.

*[signature]* 10/2/95

Shaku Teas M.D., Forensic Pathologist

4

KGC 9

**SDT-SAO 3572**

95-42030

NAME: Mary anne Miceli  CASE NO. 317-95
AGE: 40  SEX: W  RACE: F
pink nightgown
9/10
9/11 9AM

63
188
OR: +
OR: left post face

petechiae upper/post fissure
Brown
pierced gray/blue long
intact soft hair

streak

374

IV  scar

scar 6cm

T.M. 325
MAIN 1350
 ...
KG 3125
188w 325
wgt 375

KGC 10

SDT-SAO 3573

95-42030

*AIT Laboratories*
*5726 Professional Circle*
*Indianapolis, Indiana 46241*
*Telephone: 317-243-3894  Facsimile: 317-243-2789*

TOXICOLOGY REPORT
September 18, 1995

Mr. Richard Ballinger          Re: Marianne Miceli
DuPage County Coroner              Autopsy #
414 North County Farm Road         Date of Death  09/10/95
Wheaton,     IL     60187          Lab #    091295-886
                                   Date Received  09/12/95

**SPECIMENS RECEIVED**

| AMOUNT | COLOR OF TOP | CONTAINER | TYPE |
|---|---|---|---|
| 1 | White | Bottle | Blood |
| 1 | Yellow | Bottle | Urine |
| 1 | White | Bottle | Bile Contents |
| 1 | White | Tube | Vitreous Fluid |

**TEST PERFORMED:**     Autopsy Panel I

**ANALYTICAL RESULTS:**

1. Blood.

    | Drug/Chemical | Concentration |
    |---|---|
    | Carbon Monoxide | 42.1% of Total Hemoglobin |
    | Alcohols | None Detected |
    | Carbamazepine | 4.9 ug/ml |

2. Vitreous Fluid

    | Drug/Chemical | Concentration |
    |---|---|
    | Alcohols | None Detected |

3. Urine

    | Drug/Chemical | |
    |---|---|
    | Carbamazepine | Positive |

RECEIVED

SEP 2? 1995

RICH...
CORONER OF DU...

K6C 11

SDT-SAO 3574

**95-42030**

Page No 2
Lab # 091295-886

**Reference Ranges :**

| Drug | Therapeutic | Toxic | Lethal |
|---|---|---|---|
| Carbon Monoxide | <12% | 15-50% | >50% |
| Carbamazepine | 4.0-12 ug/ml | >15.0 ug/ml | |

DRUGS AND CHEMICALS INCLUDED IN ANALYSIS

    The following drugs and chemicals were
included in the analyses for the specimens in this case.

    Acetone, ethanol, isopropanol, and methanol.

    Analgesics, anticonvulsants, antidepressants, antihistamines, antipsychotics, cardiovascular, drugs of abuse, narcotic analgesics, sedative hypnotics, tranquilizers, and the following miscellaneous and/or over the counter drugs including: amantadine, antipyrine, atropine, benzotropine, benzquinamide, caffeine, cimetidine, cyclobenzaprine, dextromethorphan, diethylpropion, diphenhydramine, doxylamine, emetine, ephedrine, guaifenesin, hydrocortison, isometheptene, ketamine, menthol, methocarbamol, methoxyphenamine, methylprednisolone, metoclopramide, nicotine, orphenadrine, papaverine, phendimetrazine, phenethylamine, phenolphthalein, phentermine, phenylpropanolamine, prednisolone, pyrilamine, quinine, ranitidine, spironolactone, strychnine, thymol, triamterene, and trihexyphenidyl.

*Daniel J. McCoy*
Daniel J. McCoy, Ph.D.
Director of Clinical and Forensic Operations

~~~ END OF REPORT ~~~

**ALL SPECIMENS IN THIS CASE WILL BE RETAINED FOR ONE YEAR**

KGC 12

SDT-SAO 3575