*Amor v. Cross, et al.*
Case No. 18-CV-2523
Our File No. 18-4078

# EXHIBIT G






September 19, 1995

Agency:
NAPERVILLE POLICE
1350 Aurora
Naperville, IL 60540
Attention: Bryn Bretz

Laboratory No: 0001800-1995-001
Property Control No: 000047593
Agency No: 9542030
Type Case: DEATH INVESTIGATION

VICTIM(S): MARIANNE R. MICELI

The following items were submitted to the DuPage County Sheriff's Office Crime Laboratory for flammable/combustible liquid analysis:

Item 1S: One metal can identified as containing "unstained control - chair fabric."

Item 2S: One metal can identified as containing "suspected stained chair fabric sample."

Item 3S: One metal can identified as containing "unstained control of carpet tacks."

Item 4S: One metal can identified as containing "suspected stained carpet tacks sample."

Item 12S: One metal can identified as containing "unstained control of carpet."

Item 13S: One metal can identified as containing "suspected stained carpet sample."

Item RG6: One metal can containing one Gulf Lite charcoal starter bottle.

CONCLUSIONS

Instrumental analysis of Items 2S, 4S and 13S did not reveal the presence of flammable or combustible liquids. Items 1S, 3S and 12S were submitted as controls.

---

ROBERT J. SOUCEK
DEPUTY CHIEF, CRIMINAL BUREAU

JOHN E. ZARUBA
DEPUTY CHIEF, ADMINISTRATIVE BUREAU

JOHN C. SMITH
DEPUTY CHIEF, CORRECTIONS