*Amor v. Cross, et al.*
Case No. 18-CV-2523
Our File No. 18-4078

# EXHIBIT H

## CFAST Model Comparison

Diagram of Apartment                                                CFAST Model



(a)                                                                         (b)