*Amor v. Cross, et al.*
Case No. 18-CV-2523
Our File No. 18-4078

# EXHIBIT I

# SUPPLEMENTAL ANALYSIS OF THE FIRE OF SEPTEMBER 10, 1995 AT 218 E. BAILEY ROAD, APARTMENT M NAPERVILLE, IL

*William E. Amor*
*vs.*
*Naperville Police Officers Michael Cross; Robert Guerreri; The Estate of Mark Carlson; Brian Cunningham; John Ripsky; Other Unidentified Officers; and The City of Naperville.*

United States District Court
Northern District of Illinois
Eastern Division
No. 18 CV 02523

By

_____
Douglas J. Carpenter, MScFPE, CFEI, PE, FSFPE
Principal Engineer

Combustion Science & Engineering, Inc.
8940 Old Annapolis Road, Suite L
Columbia, Maryland 21045

Submitted to:

Mariah Garcia, Esq.
Loevy & Loevy
311 North Aberdeen Street, 4th Floor
Chicago, Illinois 60607

January 22, 2021

EXHIBIT

1 Carpenter 033121

exhibitsticker.com

# **INTRODUCTION**

This analysis of the fire incident at the residence of Marianne Miceli, located at 218 E. Bailey Road, Apartment M, in Naperville, Illinois is prepared pursuant to Rule 26 of the Federal Rules of Civil Procedure. It is intended to serve as a disclosure of my expert opinions concerning this fire incident. This supplemental analysis is based on my review of documents, information, data, and evidence concerning the fire incident that occurred on the morning of September 10, 1995 and is in addition to previous affidavits, letter reports, and court testimony. A list of the material reviewed for this supplemental report is given as Appendix A.

In developing my analysis and opinions, I have relied heavily on my knowledge of the Combustion and Fire Sciences, Chemistry and Chemical Engineering, Mechanical Engineering, Fire Protection Engineering, Fire Dynamics, Explosion Dynamics, Fire Modeling, Heat Transfer, Smoke and Fire Detection and Notification, Fire Origin and Cause Investigations, Ignition, Flame Spread, and Toxicology. Additional information on my experience and training is provided in Appendix B (Resume and List of Publications).

The fee for preparation of this report and for testimony by deposition or in court is $350/hour for Mr. Carpenter. A list of my testimony by deposition or in court over the last five (5) years is given in Appendix C.

The analysis and opinions expressed in this report are based on my knowledge of facts and data reviewed to date. All opinions are held to a reasonable degree of scientific and engineering certainty. If my opinions (or the bases for them) as expressed below change or if new opinions are formulated as a result of additional information that becomes available, I will amend or supplement my opinions appropriately.



## BACKGROUND

On or about September 10, 1995, William Amor resided at 218 E. Bailey in Naperville with his wife, Tina Amor ("Ms. Amor") and his mother-in-law, Marianne Miceli (Ms. Miceli"). Ms. Miceli called 911 and reported that there was a fire in the apartment. The Naperville Fire Department arrived and began rescue efforts. Tragically, they were unable to save Ms. Miceli, who died as a result of smoke inhalation. William Amor and his wife, Tina Amor, were not at apartment at the time of the 911 call but returned home at 11:00 p.m., at which time they were informed of Ms. Miceli's death.

After may more hours of interrogation, written statements were produced by William Amor of his alleged involvement in setting a fire. Specifically, the statements suggested that William Amor intentionally started the fire by knocking a lit cigarette onto a newspaper, which he had previously spilled vodka on. On September 17, 1997, following a trial, William Amor was convicted of both aggravated arson and first-degree murder.

On January 29, 1997, William Amore was granted leave to file a petition for post-conviction relief based upon his assertion that he was actually innocent of the crimes for which he had been convicted. After a hearing on April 6, 2017, the Circuit Court of DuPage County vacated William Amor's conviction. On May 30, 2017, William Amore was released pending a retrial. On February 21, 2018, William Amor was acquitted after a bench trial.

## METHODOLOGY

The general purpose of the investigation of fire and explosion incidents is to determine the fire *origin*, *fire cause*, responsibility, and means of prevention of fire and explosion incidents. NFPA 1033, Standard for Professional Qualifications for Fire Investigator, Section 4.1.2, [1] states "*The fire investigator shall employ all elements of the scientific method as the operating analytical*



*process throughout the investigation and for drawing conclusions."* The appendix for this section references NFPA 921, Guide for Fire & Explosion Investigations, [2] for a discussion of the application of the Scientific Method to the investigation of fire and explosion incidents.

Accordingly, NFPA 921, Section 4.3, recommends the use of the Scientific Method as the basic methodology to be applied for the investigation of fire and explosion incidents. Throughout the document, there is discussion as to how to apply the Scientific Method in a scientifically reliable manner. Through court rulings associated with the application of the Frye and Daubert reliability standards to fire investigations, NFPA 921 has been identified as the *standard of care* in the fire investigation community. In order to produce valid and scientifically reliable determinations, an investigator must follow the Scientific Method as outlined in NFPA 921, *Guide for Fire and Explosion Investigations* [2].

The Scientific Method is the generally accepted methodology for conducting investigations in the physical and chemical sciences. The Scientific Method delineates a process by which a valid[1] hypothesis, once formulated with evidence, is tested against all available evidence and the accepted principles of science and mathematics to determine if the hypothesis remains valid and if it explains an observed outcome or result. Otherwise, it is an invalid hypothesis that has been disproved.

The typical steps to follow in the Scientific Method, as applied to the investigation of fire and deflagration incidents, are to define the problem being investigated, collect *all* available data, analyze the data and evidence, develop a working hypothesis, and test the hypothesis to determine if it fits with the available evidence and the accepted principles of science and mathematics. This

---

[1] An invalid hypothesis is any hypothesis formulated without evidence or has been disproved by evidence.



process must be repeated until a hypothesis is formulated that is _uniquely consistent_ with _all_ of the available evidence and there is no evidence that disproves the hypothesis.

The Scientific Method as applied to the investigation of fire and explosion incidents requires evidence (defined as data that is both relevant and reliable) in order to formulate a valid hypothesis. The Scientific Method also requires evidence in order to disprove a valid hypothesis. If, during the course of investigation, additional data and evidence relating to the incident becomes available, then the investigator may need to appropriately amend the original hypothesis to account for the new evidence. Thus, the Scientific Method may require an iterative process before one final valid hypothesis that is uniquely consistent with the available evidence can be reached.

Data collection includes information obtained from the fire scene observations, from testing physical artifacts, from witness statements, and other forms of documentation. The data and evidence are used to first formulate hypotheses concerning the origin of the fire (NFPA 921 Chapter 18). Potential areas of the building are considered as origin hypotheses and may be disproved if the origin is inconsistent with the data and evidence obtained or if the origin is not possible based upon the principles of fire science, knowledge of the dynamics of fire, and its interaction with the environment.

## ANALYSIS

This analysis is in addition to my previous analysis that was contained in my affidavits, expert report, slide show presentation, hearing testimony, and trial testimony. After a review and analysis of the new material listed in Appendix A, I still hold my analysis, determinations, and opinions to a reasonable degree of scientific and engineering certainty.

An "issue" in this case is the reliability of the _fire cause_ determination by investigators with the Naperville Police Department. A _fire cause_ is a hypothesis that can be formulated and



tested with evidence by the application of the Scientific Method as specified by NFPA 921 [2] and NFPA 1033[1]. The following sections will provide an analysis of the reliability of the *fire cause* determination associated with the application of the Scientific Method based on the available evidence.

The definition and use of *fire cause* are specific to NFPA 921. A determination of the *fire cause* requires the identification of three (3) elements; 1) the first fuel ignited, 2) the competent ignition source for the first fuel ignited, and 3) how the competent ignition source and the first fuel ignited came together to initiate the fire. For reliability, the determination of the *fire cause* by the application of the Scientific Method must be based on evidence, not the lack of evidence. In addition, any valid *fire cause* hypothesis must be tested through the application of the Scientific Method. Testing of a *fire cause* hypothesis can take many forms including physical testing by conducting experiments, analytically by applying accepted scientific principles, or by reference to the available scientific literature, as discussed in NFPA 921.

As part of their investigation, the Naperville Police Department made a *fire cause* determination that resulted in a subsequent determination of the *classification of the cause* as an *incendiary fire cause*. An *incendiary fire cause* classification requires evidence of human intervention that brought the first fuel ignited and the competent ignition source together with the intent to start a fire where one was not going to occur, otherwise. The investigators identified the first fuel ignited as vodka spilled on newspaper and the competent ignition source for the first fuel ignited as a lighted cigarette. Furthermore, how the spilled vodka on newspaper and the burning cigarette came together to initiate the fire was identified as by the actions of William Amor spilling vodka on the newspaper and introducing a burning cigarette to cause ignition with the intent to initiate a fire where one was not going to occur, otherwise.



No physical evidence of the presence of a vodka bottle was found inside the apartment. No physical evidence of the presence of cigarettes was found within the determined *area of origin*. The fire scene also produced no physical evidence of William Amor actions or intent to initiate the fire. In order to formulate a valid hypothesis using a reliable methodology, there must be evidence to support such a determination. Since no evidence was found that would reliably allow a valid *fire cause* hypothesis to be formulated and the investigators initially could not identify the three (3) elements of the *fire cause*, they initially determined the *fire cause* to be *undetermined*. Subsequently, based on statements made by William Amor, the investigators changed their *fire cause* determination. The subsequent *fire cause* hypothesis involved vodka, newspapers, and a cigarette, with the intent by William Amore to initiate an incendiary fire.

Assuming there was evidence to formulate a valid *fire cause* hypothesis, the investigators should have tested this *fire cause* hypothesis by application of the Scientific Method. NFPA 921 discusses means of hypothesis testing including the use of scientific literature, fundamental principles of science, physical experiments or testing, and time line analysis. No hypothesis testing was done by investigators as required by the application of the Scientific Method.

There are two (2) relevant means of hypothesis testing that should have been employed in this case, as discussed in NFPA 921. The first relevant means of hypothesis testing is a time line analysis. The second relevant means of hypothesis testing is through the use of fundamental science and the available scientific literature. With respect to the time line analysis, the *fire cause* hypothesis involved a lighted cigarette being introduced into vodka vapors that resulted in ignition. If the vapors from the vodka could be ignited, it would have produced a flaming fire. Since the *fire cause* hypothesis involves human activity associated with the spilling of the vodka and the introduction of a cigarette, the flaming ignition would have occurred while all three (3) occupants

were still in the apartment. A flaming fire on in or around the swivel chair in the living room would have been observed by one or more of the occupants. William Amor was the first to leave the apartment and wait in the car for his wife, Tina Amor. Mr. Amor did not report that he observed a flaming fire in the living room before exiting the apartment. Tina Amor left the apartment some minutes after William Amor and also did not report that she observed a flaming fire in the living room.

In addition, a previous time line analysis (Figure 1), which was presented in the post-conviction trial, showed that the 911 call associated with the *fire cause* hypothesis of the vodka, newspaper, and a cigarette, would have had to occur between 6:23 PM and 6:28 PM. This analysis was based, in part, on the calculated time of arrival of smoke at the bedroom door and the time of incapacitation of the fire victim during the 911 call. The documented time of the 911 call was 6:40 PM. Thus, a time line analysis disproves the *fire cause* hypothesis because it does not reproduce the observations of the occupants or the timing of the 911 call.

With respect to the testing of the *fire cause* hypothesis using fundamental science and the available scientific literature, there are two conditions that must occur for the fire to be initiated under this *fire cause* hypothesis. The first condition is related to the first fuel ignited and the second is related to the competent ignition source for the first fuel ignited. It is well-established fundamental knowledge that it is the vapors produced from liquids that burn and not the liquid itself. These vapors must be produced in a flammable concentration to support flaming combustion. The type of and the temperature of the liquid determines whether a flammable vapor concentration exists above the liquid surface. The temperature of the liquid that produces a flammable vapor concentration is called the *flashpoint*. The *flashpoint* temperature measurement is made when there is the presence of a relatively short duration flame (i.e., a "flash") without



sustained flaming combustion. The *firepoint* temperature is made when there is ignition and sustained flaming combustion. The measured *flashpoint* and *firepoint* temperatures of 80-proof vodka are above nominal room temperature. CSE conducted *flashpoint* testing of 80-proof vodka in an open-cup configuration and found the average *flashpoint* to be 88°F and the average *firepoint* to be 90°F. Thus, there would not be the presence of a flammable vapor concentration above the liquid vodka or ignition at nominal room temperature of 70°F. Thus, the vapors from vodka cannot be ignited at nominal room temperature and this *fire cause* hypothesis is disproved by the application of the Scientific Method.



**Figure 1 - Time Line Analysis of Fire.**

The second means of hypothesis testing is to assess if a lighted cigarette is a competent ignition source for the vodka vapors, if a flammable vapor concentration existed. Hollyhead [3] and Babrauskas [4] provide comprehensive reviews of the available scientific literature on this subject. While the available scientific literature does not include studies on the cigarette ignition of vodka vapors, it does present studies on ignition of gases and vapors, including ethanol vapors, by lighted cigarettes. Vodka is essentially a mixture of ethanol and water. 80-proof vodka contains 40% by volume of ethanol and 60% by volume of water. The presence of water in a miscible flammable liquid affects the flammability. As the % volume of ethanol decreases, the *flashpoint* increases. Pure, 100% by volume, ethanol has a *flashpoint* of 55°F, thus, it is ignitable at nominal room temperature. The testing results of pure ethanol vapors can be used to test the competence of a cigarette to ignite vodka vapors since the pure ethanol is flammable at nominal room temperature. Thus, the variable of the liquid ethanol temperature can be isolated so as to reliably test only the ignition competence of the cigarette since a "no ignition" result could be obtained by the lack of a flammable vapor concentration at nominal room temperature. Thus, if pure ethanol cannot be ignited by a lighted cigarette at nominal room temperature, then 80-proof vodka will also not ignite at nominal room temperature and a cigarette is not a competent ignition source. Results of laboratory experiments by Stresse [5] and Yockers and Segal [6] from the 1950s and 1970s show that ethanol was not ignited by the introduction of a lighted cigarette. Thus, the vapors from vodka cannot be ignited by a lighted cigarette at nominal room temperature and this *fire cause* hypothesis is further disproved by the application of the Scientific Method.



If the investigators had reliably tested their *fire cause* hypothesis[2], they would have found that the hypothesis testing disproved their *fire cause* hypothesis. The lack of hypothesis testing in this case results in the application of an unreliable methodology that produced unreliable determinations and opinions. Thus, their determination of the *fire cause* in this case involving vodka, newspaper, and a cigarette was an unreliable determination.

## SUMMARY OF CONCLUSIONS

Based on the available evidence, reliable application of the Scientific Method, and the preceding analysis, CSE has reached the following determinations and opinions:

- An "issue" in this case is the reliability of the *fire cause* determination by investigators with the Naperville Police Department.

- As part of their investigation, the Naperville Police Department made a *fire cause* determination that resulted in a subsequent determination of the *classification of the cause* as an *incendiary fire cause*.

- For reliability, the determination of the *fire cause* by the application of the Scientific Method must be based on evidence, not the lack of evidence. In addition, any valid *fire cause* hypothesis must be tested through the application of the Scientific Method.

- No hypothesis testing was done by investigators as required by the application of the Scientific Method.

---

[2] The first and second editions of NFPA 921were published in 1992 and 1995, respectively. These editions provided a discussion of the application of the Scientific Method to the investigation of fires and explosion incidents. All of the data and analysis used to test the *fire cause* hypothesis in this report would have been available to investigators in 1995. In the absence of such data, investigators also had the ability to perform physical testing to test their *fire cause* hypothesis.



- Hypothesis testing by an analysis of the time line disproves the *fire cause* hypothesis because it does not reproduce the observations of the occupants or the timing of the 911 call.

- The hypothesis testing also demonstrates there would not be the presence of a flammable vapor concentration above the liquid vodka or ignition at nominal room temperature of $70°$F. Thus, the vapors from vodka cannot be ignited at nominal room temperature and this *fire cause* hypothesis is disproved by the application of the Scientific Method.

- Furthermore, the hypothesis testing also demonstrates that the vapors from vodka cannot be ignited by a lighted cigarette at nominal room temperature and this *fire cause* hypothesis is further disproved by the application of the Scientific Method.

- If the investigators had reliably tested their *fire cause* hypothesis, they would have found that the hypothesis testing disproved their *fire cause* hypothesis. The lack of hypothesis testing in this case results in the application of an unreliable methodology that produced unreliable determinations and opinions. Thus, their determination of the *fire cause* in this case involving vodka, newspaper, and a cigarette was an unreliable determination.

## **REFERENCES**

1. NFPA 1033, <u>Standard for Professional Qualifications for Fire Investigator</u>, 2014 Edition, National Fire Protection Association, Quincy, MA.

2. NFPA 921, <u>Guide for Fire and Explosion Investigations</u>, 2014 Edition, National Fire Protection Association, Quincy, MA.

3. Holleyhead, R., "Ignition of Flammable Gases and Liquids by Cigarettes : A Review," Science and Justice, Vol. 36, p257-266, 1996.



4. Babrauskas, V., Ignition Handbook, Fire Science Publishers, Issaquah, Washington, pp716–717, 2003.

5. Stresse, G ., Zundmoglichkeit von brennbaren Gasen und Dampfen durch glimmenden Tabak, Sonderdruck aus Bundesarbeitsblatt—Fachteil Arbeitsschutz 3, pp 66-70, 1970.

6. Yockers, J.R., Segal, L.S., "Cigarette Fire Mechanisms," NFPA Quarterly, Vol. 49, pp213–222, January 1956.



**Appendix A**

**List of Reviewed Materials**



- William E. Amor Complaint 04/09/2018, Pgs. 1-18

- Videotaped Deposition of Investigator Robert Guerreri 02/07/2020, Pgs. 1-375

- Trial Testimony 1995 Ferreri, Amor 201392-021497

- Trial Testimony 1995 Dr. Michael Chiappetta, Amor 021599-021648

- Origin and Cause Narrative Report, Amor 018654-018659

- Investigative Report, Amor 020205-020207

- Trial Testimony 1995 Chiappetta, Amor 021599-021648

- Naperville Police Department Investigative Report 1195, DEFS 12779-12788

- Affidavit of Douglas J. Carpenter, Amor 008367-008444

- 218 E. Bailey Apartment Photos Part 1, Amor 018482-018500, Amor 018669-018688

- 218 E. Bailey Apartment Photos Part 2, Amor 018501-018615

- Naperville Fire Department Fire Investigation Closure Report, Amor 009361

- Naperville Fire Department Fire Investigation Team Supplemental Report, Amor 018714

- Report on the Television/VCR Test Burn, Amor 018729-018733

- Office of the State Fire Marshall Division of Arson Investigative Report 1995, SDT-ISFM 05-07

- Kragh Engineering, Inc. Burn Report 11/3/95, Amor 018665-018668

- Report on Interview of William Amor, 9/14/95, DEFS 5393-5394

- Naperville Fire Investigation Team General Data Sheet, 9/10/95, Amor 018706-018710

- Report of Proceedings 11/9/95, Amor 021530-021553

- Naperville Fire Department Fire Investigation Team Supplemental Report 9/10/95, Amor 018714



- Office of the State Fire Marshal Division of Arson Investigative Report, 9/19/95, SDT-ISFM 05-07

- Trial Testimony Kushner Part 1, Amor 021341-021391

- Trial Testimony Kushner Part 2, Amor 021323-021340

- Report of Proceedings 1/30/18, Pl. Amor 029275-029349

- Retrial Transcript 2018, Pl. Amor 029127-029273

- Video Discovery Deposition of Mitchell Kushner 9/28/20, Pgs. 1-256

- Videotaped Deposition of David Ferreri 9/11/20, Pgs. 1-257

- Ferreri Exhibit 1 DEFS 5323-5324, Exhibit 2 DEFS 10912, Exhibit 3 DEFS 5332-5334, Exhibit 4 Pl. Amor 001875, 001877,001878, Exhibit 5 KC4-13, Exhibit 6 Pl. Amor 017386-017387, Exhibit 7 Pl. Amor 009401, Exhibit 8 RW03-06, Exhibit 9 Pl. Amor 017378-017384, Exhibit 10 Pgs. 4-13, Exhibit 11 DEFS 5403-5408

- Amor Complaint 2/27/20, Pgs. 1-19

- Videotaped Deposition of Chief Brian Cunningham 2/28/20, Pgs. 1-339

- Transcript of Michael Cross 10/16/20, Pgs. 1-134

- Cross Exhibit 1 Pg.1, Exhibit 2 10/16/20 Pg. 1, Exhibit 3 10/16/20 DEFS 12779-12785, Exhibit 4 10/16/20 DEFS 12754-12761, Exhibit 5 10/16/20 DEFS 11273-11279

- Video-recorded Deposition of William E. Amor 3/5/20 Pgs. 1-400

- Amor Exhibit 1 3/5/20 DEFS 116, Exhibit 2 3/5/20 DEFS 5308, Exhibit 3 3/5/20 DEFS 191, Exhibit 4 3/5/20 SDT-SAO 695-697, Exhibit 5 3/5/20 SDT-REID 14-15, Exhibit 6 3/5/20 DEFS 190, Exhibit 7 3/5/20 DEFS 818, Exhibit 8 3/5/20 SDT-SAO 10648-10650, Exhibit 9 3/5/20 SDT-SAO 10517-10524, Exhibit 10 3/5/20 DEFS 5282, Exhibit 11 3/5/20 DEFS 5281, Exhibit 12 3/5/20 DEFS 14484, Exhibit 13 3/5/20, Exhibit 14 3/5/20 DEFS 14480, Exhibit 15 3/5/20 DEFS 491-557, Exhibit 16 3/5/20 DEFS 450-451.

- Cross Exhibit 6 10/16/20 PI. Amor 02895-029107.



**Appendix B**

**Resumes and Lists of Publications**



# DOUGLAS J. CARPENTER, MScFPE, CFEI, PE, FSFPE

## EDUCATION:

M.S., Fire Protection Engineering, Worcester Polytechnic Institute, Worcester, MA, 1996.
B.S., Mechanical Engineering, University of Vermont, Burlington, VT, 1992.
A.S., Mechanical Engineering, Vermont Technical College, Randolph Center, VT, 1984.

## THESIS:

Carpenter, D. J., "An Investigation into the Validity of Modeling Post-Flashover Fires and Flame Extension from Openings with the Fire Field Model JASMINE", Worcester Polytechnic Institute, August 1996.

## PROFESSIONAL EXPERIENCE:

**Research Assistant Professor, Department of Fire Protection Engineering, Worcester Polytechnic Institute, Worcester, MA, 2009 to 2016**. Appointment for research collaboration with faculty in the area of fire protection engineering.

**Adjunct Lecturer, Department of Fire Protection Engineering, University of Maryland, College Park, MD, December 2004 to 2016.** Adjunct Lecturer for graduate level distance learning course Advanced Fire Dynamics for the Department of Fire Protection Engineering at the University of Maryland.

**Vice-President and Principal Engineer, Combustion Science & Engineering, Inc., Columbia, MD, 1998 to present**. Responsibilities include fire investigations, fire reconstruction analyses, and performing fire hazard analyses utilizing computer fire modeling including both zone models and Computational Fluid Dynamics (CFD). Applied quantitative and performance-based fire hazard analysis skills to a wide range of projects including nuclear production reactors and facilities at DOE's Savannah River Site, building atria, manufacturing operations, transportation vehicles, airports, as well as United States research facilities and airport operations in Antarctica. Developed a flame-spread model for use in a CFD model of burning vehicles. Developed and taught classes and seminars in fire investigation, performance-based fire safety design, and computer fire modeling for such organizations as the Society of Fire Protection Engineers (SFPE) and the International Council of Building Officials (ICBO). Panel Member for Nuclear Regulatory Commission's PIRT (Phenomenon Identification Ranking Table) review process associated with computer fire modeling in the commercial nuclear environment.

**Staff Engineer, Hughes Associates, Inc., Baltimore, MD, 1996 to 1998**.
Conducted in-house cone calorimeter tests for code equivalency evaluations and fire litigation support. Performed fire hazard analysis for military aircraft hush houses to determine technical requirements for alternative suppression system to existing Halon 1301



systems. Performed a review of fire hazards and fire suppression system options for the Halifax Class frigates of the Canadian Navy. Developed a computer program for the military evaluating alternative systems for existing Halon 1301 systems. Performed a comprehensive evaluation of the military's current Halon 1211 replacement program. Conducted on-scene fire investigations and computer fire modeling in support of fire litigation work. Conducted experiments that mapped the heat flux of Halogen Torchiere Lamps for development of a model to determine ignition potential of adjacent combustibles.

**Fire Protection Engineer, Office of Polar Programs, National Science Foundation, Arlington, VA, 1995-1996**. Assisted engineers in examining fire protection engineering issues associated with Amundsen-Scott South Pole, McMurdo, and Palmer Stations in Antarctica. Projects emphasized equivalent levels of protection for fire hazards and life safety using a systems and performance-based engineering approach in this unique and challenging environment. Actively involved with the fire protection specification and design for the proposed new research station at the South Pole as part of the South Pole Redevelopment Project (SPRP). Conducted a fire risk assessment of buildings in McMurdo Station, which included computer fire modeling. Conducted on-site visits of McMurdo and Amundsen-Scott South Pole Station.

**Fire Protection Engineer, ABASCO Services, Inc., Augusta, GA, 1993**. Six-month graduate internship. Responsible for developing a framework for an alternative methodology to the average combustible loading method for fire barrier analysis. Reviewed and provided written critique for proposed on-site work connected with fire protection at the Department of Energy's Savannah River Site.

**Fire Protection Engineer, MBS Fire Technology, Inc., Worcester, MA, 1993**. Six-month graduate internship. Part of a team responsible for writing a revision of a fire hazard analysis for a nuclear production reactor using a performance-based approach. Provided recommendations for alternative methods to using Halon 1301 for fire protection within the reactor environment. Reviewed and provided written critique for proposed on-site work connected with fire protection at the Department of Energy's Savannah River Site.

## PROFESSIONAL REGISTRATION AND CERTIFICATION:

Certified Fire and Explosion Investigator, National Association of Fire Investigators, 2005.
Professional Engineer (P.E.), State of Maryland, License No. 32633.
Professional Engineer (P.E.), Commonwealth of Virginia, License No. 0402055826.
Fire Investigation for Fire Officers, IAAI Certification, 25 Hours, CFI Trainer, 2020.
Principles of Fire Investigation Multi-Program, IAAI Certification, 67 Hours, CFI Trainer, 2020.

## HONORS AND AWARDS:

Photography Competition, 1st Place Accidental Fire Cause, International Association of Arson Investigators (IAAI), 2020.



Fellow, Society of Fire Protection Engineers, April, 2014.
Antarctic Service Medal of the United States of America, May, 1999.
Salamander Honorary Fire Protection Engineering Society, May 1995.
Campus Safety Association Scholarship Award, May 1995.
Percy Bugbee Fire Protection Engineering Scholarship, May 1995.
M&M Protection Consultants Scholarship, May 1994.
Dean's List at University of Vermont: Fall 1988, 1991, Spring 1992.

## PATENTS:

Roby, R. J. and Carpenter, D. J., "**Use of Buoyant Gases for the Simulation of Real Fire Sources,**" U.S. Patent No. 8,413,530, Issued April 9, 2013.

## PROFESSIONAL MEMBERSHIP:

Member, International Association for Fire Safety Science (IAFSS).
Member, National Fire Protection Association (NFPA).
Fellow, Society of Fire Protection Engineers (SFPE).
Member, National Association of Fire Investigators (NAFI).
Member, International Association of Arson Investigators (IAAI).
Member, DC/MD Chapter, International Association of Arson Investigators.
Member, American Society of Mechanical Engineers (ASME).
Member, American Society of Testing and Materials (ASTM).
Member, Building Officials Code Administration (BOCA).
Member, NFPA 92B Task Group, 1998.
Member, SFPE Task Group on Computer Model Evaluation, 1998-present.
Member, SFPE Educational Committee, 1999 – present.
Member, IAAI Fire & Arson Investigator Editorial Review Board, 2006 – present.
Alternate Member, NFPA 921, *Guide for Fire and Explosion Investigations*, 2000 – 2018.
Associate Member, Engineering Sciences, American Academy of Forensic Sciences (AAFS), 2006.
Member, Arson Review Committee (ARC), The Innocence Project, NYC, 2005 – present.

## PROFESSIONAL BOARD MEMBERSHIP:

Member, Board of Advisors, Fire Protection Engineering Department, WPI, 2009 – 2016.
Member, IAAI Fire & Arson Investigator Editorial Review Board, 2006 – present.

## REVIEWS OF ARCIVAL JOURNALS AND PUBLICATONS:

Peer Reviewer, *Fire Technology*, 2009 – present.
Peer Reviewer, *Fire Safety Journal*, 2007 – present.
Peer Reviewer, *Journal of Forensic Sciences*, 2012 – present.
Peer Reviewer, *Forensic Science International*, 2015 – present.
Reviewer, *Fire & Arson Investigator*, 2006 – present.



## INSTRUCTOR:

**"Advanced Fire Dynamics"**, Adjunct Lecturer for graduate level distance learning course for the Department of Fire Protection Engineering at the University of Maryland, December 2004 – present.

**"Introduction to Fire Modeling"**, two-day course sponsored by the Society of Fire Protection Engineers (SFPE), **Atlanta, GA**, November 12 –13, 1998; **Baltimore, MD** May 13 –14, 1999, **Baltimore**, **MD** October 2 – 3, 2000, **Idaho Falls, Idaho**, May 7 - 8, 2002.

**"Introduction to Fire Modeling"**, one-day course sponsored by the International Fire Code Institute (IFCI), the International Conference of Building Officials (ICBO), and the Society of Fire Protection Engineers (SFPE), **St. Paul, MI**, November 17 & 19, 1998; **Tacoma, WA**, January 28, 1999.

**"Engineering Design Alternatives"**, one-day course sponsored by the International Fire Code Institute (IFCI), the International Conference of Building Officials (ICBO), and the Society of Fire Protection Engineers (SFPE), **Tacoma, WA**, January 29, 1999; **Dallas, TX**, April 7, 1999.

**"The Fire Safety Engineering Method"**, five-day course sponsored by Canadian Association of Building Code Officials, **Winnipeg, Canada**, May 30th - June 4th, 1999.

**"Advanced Computer Fire Modeling"**, two-day course sponsored by the Society of Fire Protection Engineers (SFPE), **New Orleans, LA**, November 11 – 12, 1999; **Baltimore**, **MD**, October 4 – 5, 2000, **Santa Fe, NM**, March 14 – 15, 2002.

**"Introduction to Fire Dynamics Simulator (FDS) and Smokeview"**, three-day course sponsored by the Society of Fire Protection Engineers (SFPE), **Baltimore/Washington**, September 16 – 18, 2002, **Las Vegas**, March 23 – 25, 2004, **Chicago**, September 21-23, 2004, **Hawaii**, February 1-3, 2005, **Chicago**, August 14 -16, 2006.

**"Advanced Fire Dynamics Simulator (FDS) and Smokeview"**, three-day course sponsored by the Society of Fire Protection Engineers (SFPE), **San Diego**, October 19 – 21, 2005, **Baltimore**, October 18 – 20, 2006, **Las Vegas**, October 16 – 19, 2007, **Charlotte, NC**, October 15-17, 2008, **Scottsdale, AZ**, October 21 – 23, 2009.

**"Use of Quantitative Tools for Analysis of Fire Dynamics"**, two-day course sponsored by the Society of Fire Protection Engineers (SFPE), **Portland**, **OR**, October, 2011.

**"Fire Patterns and Investigation,"** Module 5, four-day course for criminal technicians employed at the National Forensic Center of the Danish National Police, **Copenhagen, Denmark**, and **Revinge, Sweden**, June 11th, 12th, 15th – 18th, 2015.



## CONTINUING EDUCATION:

**FPE 580L** "**Case Studies in Fire Safety Engineering Science**", Worcester Polytechnic Institute, Advanced Distance Learning Network (ADLN), 16-week course, Instructor: Dr. Patrick J. Pagni, University of California at Berkley, Fall, 2000.

"**Smoke Management for Atria and Other Large Spaces**", one-day course sponsored by the Society of Fire Protection Engineers (SFPE), and American Society of Heating, Refrigerating, and Air-Conditioning Engineers (ASHRAE), Baltimore, MD, October 6, 2000.

"**Accreditation, Certification, and Certificates**," IAAI tested training program (CFI Trainer), completed 4/3/2020, 3 credit hours.

"**An Analysis of The Station Nightclub Fire**," IAAI tested training program (CFI Trainer), completed 9/14/2007, 4 credit hours.

"**Arc Mapping Basics**," IAAI tested training program (CFI Trainer), completed 4/3/2020, 4 credit hours.

"**Basic Electricity**," IAAI tested training program (CFI Trainer), completed 4/3/2020, 4 credit hours.

"**Charleston Sofa Super Store**," IAAI tested training program (CFI Trainer), completed 4/6/2020, 4 credit hours.

"**Charting Your Career Path in Fire Investigation**," IAAI tested training program (CFI Trainer), completed 4/10/2020, 3 credit hours.

"**Communicating the Value of Membership in the IAAI**," IAAI tested training program (CFI Trainer), completed 4/10/2020, 0 credit hours.

"**Critical Evaluation and Testing of Commonly Reported Accidental Causes**," IAAI tested training program (CFI Trainer), completed 4/8/2020, 3 credit hours.

"**Critical Thinking Solves Cases**," IAAI tested training program (CFI Trainer), completed 6/4/2008, 4 credit hours.

"**Digital Photography and the Fire Investigator**," IAAI tested training program (CFI Trainer), completed 12/18/2008, 4 credit hours.

"**Discovery in Civil Cases**," IAAI tested training program (CFI Trainer), completed 4/13/2020, 3 credit hours.

"**Discovery in Criminal Cases**," IAAI tested training program (CFI Trainer), completed 4/13/2020, 3 credit hours.



"**DNA**," IAAI tested training program (CFI Trainer),
    completed 4/13/2020, 3 credit hours.

"**Documenting the Event**," IAAI tested training program (CFI Trainer),
    completed 4/13/2020, 4 credit hours.

"**Effective Investigation and Testimony**," IAAI tested training program (CFI Trainer),
    completed 1/21/2010, 3 credit hours.

"**Electrical Safety**," IAAI tested training program (CFI Trainer),
    completed 4/9/2020, 3 credit hours.

"**Ethical Duties Beyond the Fire Scene**," IAAI tested training program (CFI Trainer),
    completed 4/28/2020, 3 credit hours.

"**Ethics & Social Media**," IAAI tested training program (CFI Trainer),
    completed 4/29/2020, 3 credit hours.

"**Ethics and the Fire Investigator**," IAAI tested training program (CFI Trainer),
    completed 2/14/2007, 3 credit hours.

"**Evidence Examination: What Happens at the Lab**," IAAI tested training program
    (CFI Trainer), completed 4/10/2020, 4 credit hours.

"**Explosion Dynamics**," IAAI tested training program (CFI Trainer),
    completed 4/3/2020, 4 credit hours.

"**Fire and Explosion Investigations: Utilizing NFPA 1033 and 921**," IAAI tested training
    program (CFI Trainer), completed 1/25/2010, 4 credit hours.

"**Fire Chemistry**," IAAI tested training program (CFI Trainer),
    completed 11/9/2017, 3 credit hours.

"**Fire Dynamics Calculations – Version 2.0**," IAAI tested training program (CFI Trainer),
    completed 2/14/2007, 4 credit hours.

"**Fire Flow Analysis**," IAAI tested training program (CFI Trainer),
    completed 4/8/2020, 3 credit hours.

"**Fire Investigation for Fire Officers**," IAAI tested training program (CFI Trainer),
    completed 4/29/2020, 3 credit hours.

"**Fire Investigator Scene Safety**," IAAI tested training program (CFI Trainer),
    completed 9/13/2007, 3 credit hours.



"**Fire Protection Systems**," IAAI tested training program (CFI Trainer), completed 4/9/2020, 3 credit hours.

"**Fundamentals of Interviewing**," IAAI tested training program (CFI Trainer), completed 4/30/2020, 4 credit hours.

"**Fundamentals of Residential Building Construction**," IAAI tested training program (CFI Trainer), completed 5/5/2020, 3 credit hours.

"**How First Responders Impact the Fire Investigation**," IAAI tested training program (CFI Trainer), completed 4/10/2020, 2 credit hours.

"**Insurance and the Fire Investigation**," IAAI tested training program (CFI Trainer), completed 5/5/2020, 4 credit hours.

"**Introduction to Appliances**," IAAI tested training program (CFI Trainer), completed 4/10/2020, 3 credit hours.

"**Introduction to Evidence**," IAAI tested training program (CFI Trainer), completed 5/1/2020, 4 credit hours.

"**Introduction to Fire Dynamics and Modeling**," IAAI tested training program (CFI Trainer), completed 2/6/2007, 4 credit hours.

"**Investigating Motor Vehicle Fires**," IAAI tested training program (CFI Trainer), completed 3/2/2007, 4 credit hours.

"**MagneTek: A Case Study in The Daubert Challenge**," IAAI tested training program (CFI Trainer), completed 1/21/2010, 2 credit hours.

"**NFPA 1033 and Your Career**," IAAI tested training program (CFI Trainer), completed 4/10/2020, 2 credit hours.

"**Physical Evidence at the Fire Scene**," IAAI tested training program (CFI Trainer), completed 4/29/2020, 4 credit hours.

"**Post-Flashover Fires**," IAAI tested training program (CFI Trainer), completed 10/30/2008, 4 credit hours.

"**Process of Elimination**," IAAI tested training program (CFI Trainer), completed 3/23/2016, 3 credit hours.

"**Residential Electrical Systems**," IAAI tested training program (CFI Trainer), completed 4/30/2020, 4 credit hours.



"**Residential Natural Gas Systems**," IAAI tested training program (CFI Trainer), completed 5/1/2020, 3 credit hours.

"**The Impact of Ventilation in Building Structures on Fire Development**," IAAI tested training program (CFI Trainer), completed 1/5/2009, 4 credit hours.

"**The Practical Application of the Relationship Between NFPA 1033 and NFPA 921**," IAAI tested training program (CFI Trainer), completed 4/8/2020, 2 credit hours.

"**The Scientific Method for Fire and Explosion Investigation**," IAAI tested training program (CFI Trainer), completed 2/8/2007, 3 credit hours.

"**Thermometry, Heat, and Heat Transfer**," IAAI tested training program (CFI Trainer), completed 4/3/2020, 3 credit hours.

"**Understanding Fire Through the Candle Experiments**," IAAI tested training program (CFI Trainer), completed 1/25/2010, 4 credit hours.

"**Understanding Undetermined**," IAAI tested training program (CFI Trainer), completed 4/29/2020, 3 credit hours.

"**Writing the Initial Origin and Cause Report**," IAAI tested training program (CFI Trainer), completed 4/29/2020, 3 credit hours.

"**Principles of Fire Investigation**," IAAI tested training program (CFI Trainer), completed 5/5/2020, 67 credit hours.

"**Fire Investigation for Fire Officers**," IAAI tested training program (CFI Trainer), completed 4/29/2020, 25 credit hours.

## SELECTED PUBLICATIONS AND PRESENTATIONS:

*Presentations (Non-Peer Reviewed):*

Carpenter, D. J., "**Fire Science and Investigations: The Use of Toxicology Evidence in Fire Investigations**," D25, 71st American Academy of Forensic Sciences, Annual Meeting, Baltimore, Maryland, February 18-22, 2019.

Felthous, A. R., Weinstock, R., Carpenter, D. J., Martell, D. A., Oxley, J. C., Shefchick, T. P., Ubelacker, D., Warnick, A. J., Lentini, J., Yang, S., and Upshaw Downs, J. C., "**Fires and Explosions: A Multidisciplinary Overview of Investigative Methods, Mental States of Perpetrators, and Psychological Trauma to Victims**," W17, American Academy of Forensic Sciences, Annual Meeting, Seattle, Washington, February 22-27, 2010.



Dubs, L. A. and Carpenter, D. J., **"Forensic Science (Arson): Talisman or Trickery?**," Seminar, North Carolina Advocates for Justice, Raleigh, NC, April 16, 2010.

Carpenter, D., Warnick, A., Ubelacker, D., and Martell, D, "**Forensic Sampler: Firesetting and Bombing**," 40th Meeting of the American Academy of Psychiatry and the Law, Baltimore, MD, October 29th – November 1, 2009.

Carpenter, D., "**Practical Application of Fundamental Knowledge in Fire and Explosion Investigations**," Canadian National Advanced Fire, Arson and Explosion Investigation Training Program, Toronto, Canada, October 29th, 2009.

Carpenter, D. J., "**The Forensic Model**," Session 4: The Real World – What Do We Actually Do with Fire Models?, Fire Modeling Workshop, National Institute of Standards and Technology (NIST), Gaithersburg, MD, Wednesday, April 29, 2009.

Carpenter, D. J., and McAllister, J. M., "**Practical Application of Engineering Principals**," International Association of Arson Investigators, 59th Annual Training Conference, Denver, Colorado, April 27 - May 2, 2008.

Stauffer, E., Byron, D. E., and Carpenter, D. J., "**Analysis of Vegetable and Animal Oil Residues from Fire Debris Samples**," W17, American Academy of Forensic Sciences, Annual Meeting, San Antonio, Texas, February 19-24, 2007.

Cummings, W. M., and Carpenter, D. J., "**Performance-Based Analysis of ARFF Requirements at USAP Airfields**," American Society of Civil Engineers (ASCE), Cold Regions Engineering Conference, Anchorage, AK, May 22, 2002.

Carpenter, D. J., Zhang, W., Roby, R. J., "**Fire Dynamics Simulator (FDS)**," National Institute of Standards and Technology, Seminar, November 19, 2002.

Carpenter, D. J., "**Fire Protection in Antarctica**," presented to the Chesapeake Chapter of the Society of Fire Protection Engineers, **College Park, Maryland**, April 30, 1998; New England Chapter of the Society of Fire Protection Engineers, **Boston, MA**, February 7, 2000.

Watts, J. M., Jr., and Carpenter, D. J., "**Fire Dynamics and Fire Modeling & Human Behavior in Fire and Performance-Based Fire Safety Evaluation**", State of Vermont, Department of Labor, **Rutland, VT**, January 31st, 2000.

West, L. E., Reiter, D. A., and Carpenter, D. J., "**Forensic Fire Investigation**", The 2000 Claims Conference, Professional Loss Research Bureau (PLRB), **Chicago, IL**, March 26 – 29, 2000.

Carpenter, D. J., "**The Use of Quantitative Tools in Fire Investigation**," presented to the Vermont Chapter of the International Association of Arson Investigators, **Randolph Center, VT**, December 3, 1998; New Jersey Chapter of the International Association of Arson Investigators, **Morristown, NJ**, June 18, 1999.



Carpenter, D. J., Beller, D., and Sapochetti, J., "**Using the "Scientific Method" in the Analysis of the Cause and Origin of the Fire at the Cococnut Grove: Development of a New Hypothesis**", NFPA World Fire Safety Congress and Exposition, **Baltimore, MD**, May 16-20, 1999.

Carpenter, D. J., and Roby, R. J., "**Advanced Investigation and Technology: Application and Presentation of Fire Modeling in Arson Investigations**," presented to the National Society of Professional Insurance Investigators 1999 Advanced Insurance Fraud Seminar, **Cincinnati, OH**, November 11, 1999.

Carpenter, D. J. and Hamer, A. J., "**The Modeling of Experimental Compartment Fires Using Computational Fluid Dynamics**," presented at the 1998 STAR-CD North America User's Conference, **Detroit, MI**, May 19-20, 1998.

### *Conference Poster Sessions (Editorially Reviewed):*

Carpenter, D. J., and DiNenno, P. J., "**Halon Alternative Selection Tool Software**", *Proceedings of the Halon Alternatives Technical Working Conference*, May 6-8, 1997, Albuquerque, NM.

Carpenter, D. J., and Barnett, J. R., "**The Modeling of Fire Tests Conducted at the National Research Council of Canada Using the Fire Field Model JASMINE**," presented at the International Conference on Fire Research and Engineering, Orlando, FL, September 10-15, 1995.

### *Conference Papers (Editorially Reviewed):*

Olenick, S.M., Roby, R.J., and Carpenter, D.J., "**Re-Visiting the Michael Ledford Fire Incident**," Proceedings of the International Symposium on Fire Investigation Science and Technology (ISFI), 2010.

Olenick, S.O., Roby, R.J., Carpenter, D.J., and Goodman, A., "**Evaluation of the NFPA 72 Spacing Requirements for Waffle Ceilings**," National Fire Protection Research Foundation Suppression and Detection Research Applications Symposium, January, 2008.

Ferrino-McAllister, J.L, Carpenter, D., Roby, R., Torero, J., "**The Extent of Evaporation of Ignitable Liquids Under Exposure to Compartment Fires, Non-Fire Thermal and Non-Thermal Environments**", *Proceedings from the 10th International Conference, Fire and Materials*, San Francisco, CA, 2007.

Carpenter, D. J., Roby, R. J., and Torero, J. L., "**The Use of Toxicity Data in the Reconstruction and Analysis of Fires**," *Proceedings of the 2nd International Symposium on Fire Investigation Science and Technology*, National Association of Fire Investigators, University of Cincinnati, June 28 – 30, 2006.



Carpenter, D. J., Roby, R. J., and Torero, J. L., "**Training vs. Education: The Case for the Development of a National Curriculum for Fire Investigators**," *Proceedings of the 2nd International Symposium on Fire Investigation Science and Technology*, National Association of Fire Investigators, University of Cincinnati, June 28 – 30, 2006.

Ferrino-McAllister, J. L., Carpenter, D. J., and Roby, R. J., "**Comparison of Gasoline Weathering on Carpet Samples Exposed to Various Thermal Environments**," *Proceedings of the 2nd International Symposium on Fire Investigation Science and Technology*, National Association of Fire Investigators, University of Cincinnati, June 28 – 30, 2006.

Sutula, J. A., Carpenter, D. J., Anderson, J., and Cometto, A., "**The Use of Animation as an Aid in the Presentation of Results of Computational Fluid Dynamics Modeling in Fire Reconstruction Analysis**," *Proceedings of the 2nd International Symposium on Fire Investigation Science and Technology*, National Association of Fire Investigators, University of Cincinnati, June 28 – 30, 2006.

Carpenter, D. J., and Cummings, W., "**Performance-Based Analysis of ARFF Requirements for Air-Fields at McMurdo and South Pole Stations, Antarctica**," NFPA World Safety Conference, Dallas, TX, May 18 - 21, 2003.

Carpenter, D. J. and Zhang, W., "**Validation of Fire Modeling by Fire Dynamic Simulator for Fire Protection Engineering**," NFPA World Safety Conference, Dallas, TX, May 18-21, 2003.

Zhang, W., N. L. Ryder, R. J. Roby, and D. J. Carpenter, "**Modeling of the Combustion in a Compartment Fire by Large Eddy Simulation Approach**," *Proceedings of the Chemical and Physical Processes in Combustion*, Eastern States Section of the Combustion Institute Fall Technical Meeting, Hilton Head, SC, December 2001.

Sutula, J. A., Carpenter, D. J., and Roby, R. J., "**Use of the FDS Model to Analyze Two Competing Scenarios in an Alleged Arson Case**," presented at 3rd Technical Symposium on Computer Applications in Fire Protection Engineering, Society of Fire Protection Engineers, Baltimore, MD, September 2001.

Zhang, W., Hamer, A. J., Klassen, M. S., Carpenter, D. J., and Roby, R. J., "**Verification of the Turbulence Statistics for Fire Dynamic Simulator in a Room Fire**," presented at 3rd Technical Symposium on Computer Applications in Fire Protection Engineering, Society of Fire Protection Engineers, Baltimore, MD, September 2001.

Zhang, W., Hamer, A., Klassen, M., Carpenter, D., and Roby, R., "**Turbulence Statistics in a Fire Room Model by Large Eddy Simulation**," presented at 2nd Joint Meeting of the U.S. Sections of the Combustion Institute, Oakland, CA, March 2001.



Carpenter, D. J., **"Development of a Waiver/Deviation Process for Determining Equivalent Fire Protection at United States Research Stations in Antarctica,"** presented at the International Conference on Performance-Based Fire Safety Codes and Design Methods, **Ottawa, Canada**, September 23-26, 1996.

### *Journal Publications (Peer Reviewed):*

McAllister, J. L., Carpenter, D. J., Roby, R. J., and Purser, D., "**The Importance of Autopsy and Injury Data in the Investigation of Fires**," *Fire Technology*, Volume 49, Number 2, 2013.

Carpenter, D. J. "**Commentary on: Chi J. H., "Metallographic Analysis and Fire Dynamics Simulation for Electrical Fire Scene Reconstruction**," *Journal of Forensic Science*, 57(1) pp. 246-9, 2012.

Carpenter, D. J., "**Commentary on: Chi J.H., Wu S.H., and Shu C.M., Using Fire Dynamics Simulator to Reconstruct a Hydroelectric Power Plant Fire Accident**," *Journal of Forensic Sciences*, 56(6), pp. 1639-44, 2011.

Zhang, W., Olenick, S. M., Klassen, M. S., Carpenter, D. J., Roby, R. J., and Torero, J. L., **"A Smoke Detector Activation Algorithm for Large Eddy Simulation Fire Modeling,"** *Fire Safety Journal*, 43, pp. 96 – 107, 2008.

Olenick, S. M., and Carpenter, D. J., "**An Updated International Survey of Computer Models for Fire and Smoke**," *Journal of Fire Protection Engineering*, Vol. 13, No. 2, 2003.

Zhang, W., Hamer, A., Klassen, M., Carpenter, D., and Roby, R., "**Turbulence Statistics in a Fire Room Model by Large Eddy Simulation**," *Fire Safety Journal*, 37, pp. 721-752, 2002.

Wade, C. A., and Carpenter, D. J., "**A Performance-Based Analysis of an Industrial Facility Containing Flammable Liquid Storage**," *Journal of Fire Protection Engineering*, Vol. 9, No. 2, 1998.

Carpenter, D. J., and Wade, C. A., "**A Performance-Based Fire Hazard Analysis of an Industrial Process Using Pressurized Hydraulic Fluids**," in preparation for submission to the *Journal of Fire Protection Engineering*.

### *Published Reports:*

Carpenter, D. J., Churchward, D. L., Lentini, J. J., McKenzie, M. A., and Smith, D. A., "**Report on the Peer Review of the Expert Testimony in the Cases of State of Texas v. Cameron Todd Willingham and State of Texas v. Ernest Ray Willis**," Arson Review Committee, Innocence Project, April, 2006.

DiNenno, P. J., Verdonik, D. P., and Carpenter, D. J., "**U.S. Navy Halon 1211 Replacement Plan Part I - Development of Halon 1211 Alternatives**," Navy Research Laboratory (NRL), NRL/MR/6180-99-8410, November 1, 1999.



Mawhinney, J. R., and Carpenter, D. J., "**A Review of Fire Hazards and Fire Suppression Options for the Halifax Class Frigates of the Canadian Navy**," Client Report A-4424.1, for Department of National Defence, National Research Council Canada, Ottawa, Canada, March 10, 1997.

Amy, J., Carpenter, D. J., and Pucci, W. E., "**Alternative Combustible Loading: Conceptual Matrix Development and Implementation (U)**", WSRC-RP-93-1445, Westinghouse Savannah River Company, Savannah River Site, Aiken, SC, October 29, 1993.

Carpenter, D. J., "**Alternative Combustible Loading: An Overview and Methodology Framework (U)**", WSRC-RP-93-1194, Westinghouse Savannah River Company, Savannah River Site, Aiken, SC, September 30, 1993.

## HANDBOOK CHAPTERS:

Walton, W. D., Carpenter, D. J., and Wood, C. B., "**Deterministic Computer Fire Models**," 19th edition, *Fire Protection Handbook*, Section 3, Chapter 5, National Fire Protection Association, Quincy, MA, 2003.

Walton, W. D., Carpenter, D. J., and Wood, C. B., "**Zone Computer Fire Models for Enclosures**," 4th edition, *The SFPE Handbook of Fire Protection Engineering*, Section 3, Chapter 7, Society of Fire Protection Engineers, Bethesda, MD, and National Fire Protection Association, Quincy, MA, 2008.

Beyler, C. L., DiNenno, P. J., Carpenter, D. J., and Watts, J. M., Jr., "**Introduction to Fire Modeling**," 20th edition, *Fire Protection Handbook*, Section 3, Chapter 5, National Fire Protection Association, Quincy, MA, 2008.

Carpenter, D. J., "**Fire Modeling and Its Application in Fire Investigation**," *Wiley Encyclopedia of Forensic Science*, John Wiley & Sons, New York, June, 2009.

## TELEVISION PROGRAMS:

CNN's "Burden of Proof with Greta Van Susteren & Roger Cossack," <u>Waco Simulation: Burning Questions of the Branch Dravidian Fire</u>, March 23, 2000.

CNN's "Anderson Cooper 360," <u>Arson Science</u>, April 10, 2007.

Abenteuer Wissen, (German Television), <u>Knowledge Adventures: Fatal Mistakes in the Blaze</u>, August 31, 2007.

Investigation Discovery's "Forensics: You Decide," <u>Episode 3: Up in Flames</u>, August 2009.

ABC's 20/20, "Burned: Fire Scientists Question Arson Findings", Episode 3018, May 7th, 2010.



## NEWSPAPER ARTICLES:

"More Arson Convictions Challenged by Science," Maurice Possley, Chicago Tribune, October 18, 2006.

"Arson Convictions, Fire Investigations Feel the Heat", Sue Russell, Miller-McCune Newsletter (http://www.miller-mccune.com/article/arson-convictions-fire-investigations-feel-the-heat-980), February 7, 2009.

"I Was Just A Junkie", Dave Mann, The Texas Observer
(http://www.texasobserver.org/features/i-was-just-a-junkie), October 2, 2009.

## PODCASTS:

"Episode 18 – Forensics in Flames," Michael May, The Life of the Law,
(http://www.lifeofthelaw.org/forensics-in-flames/), July 23rd, 2013.



**Appendix C**

**Lists of Testimony**



# Douglas J. Carpenter, MScFPE, CFEI, PE, FSFPE

## Court Testimony:

*State of Vermont vs. Dale Spooner*
State of Vermont District Court, Washington Circuit, Unit 2
Docket No. 898-7-99Wncr
August 1-2, 2000.

*State of Ohio vs. Angela Garcia*
Court of Common Pleas, Cuyahoga County, Ohio
Case No. CR 387760
May 21, 2001.

*State of Florida vs. Kazem Pourghafari*
Circuit Court of the 17th Judicial Circuit, Broward County, Florida
Case No. 98-15858 CF10A
Evidentiary Hearing
March 25, 2004.

*State of Florida vs. Kazem Pourghafari*
Circuit Court of the 17th Judicial Circuit, Broward County, Florida
Case No. 98-15858 CF10A
Trial Testimony
April 13, 2004.

*Harford Mutual Insurance, as Subrogee of Carriage Hill Apartments vs. Apria Health Care, Inc., and Mallinckrodt, Inc.*
United States District Court for the State of Maryland – Southern Division
Case No. DKC 03-180
Daubert Hearing
July 20, 2004.

*State of Louisiana vs. Amanda Gutweiler aka Amanda Hypes*
Ninth Judicial District Court, Rapides Parish, Louisiana
Criminal Docket No. 265037
Bail Hearing
June 23, 2006.

*Camp Takajo, Inc., Plaintiff v. Simplex Grinnell, LP and Pitre Painting Company, Inc.*
State of Maine Superior Court, Cumberland County, SS.
Civil Action Doc. No. CV-04-773
February 26, 2007.



*Anthony W. Smith and Theresa Smith, Plaintiffs, vs. Marilyn Nelson, doing business as "SIMPLY SOFAS," and DOES 1 To 50, Defendants.*
Superior Court of the State of California for the County of Los Angeles
No. BC 344555 SC 088250
October 30, 2007.

*State of North Carolina vs. Lisa Louise Greene*
General Court of Justice, Superior Court Division, Carrabus County, North Carolina
Case No. 06 CRS 50169-50171
January 9 -11, 2008.

*State of Alabama vs. Christi Michelle Scott*
Circuit Court of Franklin, Franklin County Courthouse, Russellville, Alabama
Case Number CC08-344
June 29, 2009.

*Eric Williams vs. State of Vermont*
Chittenden Superior Court, Burlington, Vermont
Docket Number: S1475-2001CnC
Trial Testimony
July 14, 2011.

*Eric Williams vs. State of Vermont*
Chittenden Superior Court, Burlington, Vermont
Docket Number:  S1475-2001CnC
Trial (Rebuttal) Testimony
July 22, 2011.

*State of West Virginia vs. Ronald C. Davis*
Circuit Court for Jackson County, Ripley, West Virginia
Case No. 10-F-89
Pre-Trial Hearing
June 17, 2011.

*State of West Virginia vs. Ronald C. Davis*
Circuit Court for Jackson County, Ripley, West Virginia
Case No. 10-F-89
Trial Testimony
September 8, 2011.

*State of Texas vs. Sharon Watkins*
338th District Court of Harris County, Houston, Texas
Cause Numbers 1179714 and 1181065
Pre-Trial (Daubert-Kelly) Hearing
September 16, 2011.
*State of Texas vs. Sharon Watkins*



338th District Court of Harris County, Houston, Texas
Cause Numbers 1179714 and 1181065
Trial Testimony
October 5, 2011.

*State of Indiana vs. Glenn Patrick Bradford*
Vanderburgh Circuit Court, County of Vanderburgh
Cause No. 82C01-9209-CF-512
PRC Hearing Testimony
October 12, 2011.

*State of Georgia vs. Sheree Dionne Murphy*
Magistrate Court of Clayton County, State of Georgia
Warrant No.: CW-22474 through CW-22479, CW-2281, CW-2282
Trial Testimony
December 9, 2011.

*State of Texas vs. Edward E. Graf, Jr.*
54th District Court of McLennan County, Waco, Texas
Trial Court Cause No. 1987-1041-C2A
Post-Conviction Writ of Habeas Corpus Hearing Testimony
January 11, 2013.

*KEN TEEL, individually and as representative of the ESTATE OF BRENNEN CHASE TEEL;*
*BECKY TEEL; ROSS RUSHING and MEG RUSHING, individually and as next friend of L.R., a*
*minor; STATE FARM LLOYDS INSURANCE COMPANY, as subrogee of Ross Rushing and Meg*
*Rushing; and SAFECO INSURANCE COMPANY, as subrogee of Ross Rushing and Meg Rushing,*
*Plaintiffs, vs. TITEFLEX CORPORATION, GASTITE DIVISION; TURNER & WITT PLUMBING,*
*INC.;MSC HOLDINGS,INC., f/d/a MORRISON SUPPLY COMPANY-LUBBOCK, INC.;and*
*JERROD GRIFFITH d/b/a TEXAS ELECTRIC COMPANY, Defendants, vs. THERMO DYNAMIC*
*INSULATION; STRONG CUSTOM BUILDERS, LLC; and; LENNOX HEARTH PRODUCTS,*
*LLC, Third-Party Defendants.*
DISTRICT COURT, 72nd JUDICIAL DISTRICT LUBBOCK COUNTY, TEXAS
Cause No. 2012-5044105
Pre-Trial (Daubert-Kelly) Hearing
June 5, 2014.

*State of Texas vs. Edward E. Graf, Jr.*
54th District Court of McLennan County, Waco, Texas
Trial Court Cause No. 1987-1041-C2A
Hearing Testimony
October 15, 2014.

---



*State of Texas vs. Edward E. Graf, Jr.*
54th District Court of McLennan County, Waco, Texas
Trial Court Cause No. 1987-1041-C2A
Trial Testimony
October 16, 2014.

*People of the State of Illinois vs. William E. Amor*
Circuit Court of the Eighteenth Judicial Circuit, County of Du Page, State of Illinois
Case No. 95 CF 2075
Evidentiary Hearing
December 12-13, 2016.

*M/V MSC Flaminia*
United States District Court Southern District of New York
Case No. 12 CIV 8892 (SAS)
September 18, 2017.

*Susan Rattner vs. Chubb National Insurance Company*
United States District Court for Eastern District of Virginia, Alexandria Division
Case No. 1:17-cv-00136-LBM-MSN
October 16, 2017.

*People of the State of Illinois vs. William E. Amor*
Circuit Court of the Eighteenth Judicial Circuit, County of Du Page, State of Illinois
Case No. 95 CF 2075
Trial Testimony
January 29, 2018.

*State of Oklahoma vs. Derek Don Posey*
District Court of Canadian County, State of Oklahoma
Case No. CF-2013-463
May 13-14, 2019.

*Lawrence Turcotte vs. State Farm Fire and Casualty Company*
District Court, County of Larimer, State of Colorado
Case No. 18CV030205
October 17, 2019.

*State of Oregon vs. Kenneth Ketchem*
Circuit Court of the State of Oregon in the County of Marion
No. 19CR05609
October 22, 2020.



## Deposition Testimony:

*State of Vermont vs. Dale Spooner.*
State of Vermont District Court, Washington Circuit, Unit 2
Docket No. 898-7-99Wncr
February 1, 2000.

*Natural Lifestyles, Inc., d/b/a Vermont Trading Company vs. David F. Kelly and Valerie Meggison*
State of Vermont District Court, Washington Circuit, Unit 2,
Docket No.
June 8, 2000.

*Bobbi-Jo Perreault, Administrator of the Estates of Tyler Scott Billado, Ryan Andrew Francis, troy Phillip Joseph Perreault; and Bernard A. Perreault, Administrator of the Estate of Amelia G. Perreault, vs. Stokes Corporation.*
State of Vermont District Court, Chittenden County, SS.
Docket No. S622-00 CnC
October 31, 2001.

*The Vestry of St. Andrews Church, Protestant Episcopal Church vs. Marvel Lighting Corporation and E.C. Jackson Supply Co., Inc.*
District Court, 181st Judicial District, Potter County, Texas
Docket No. 84, 524-B
July 2, 2002.

*Hardel Mutual Plywood Corporation vs. City of Olympia*
Supreme Court, Thurston County, Washington State
Case No. 00-2-00291-0
September 26-27, 2002.

*State of Florida vs. Kazem Pourghafari*
Circuit Court of the 17th Judicial Circuit, Broward County, Florida
Case No. 98-15858 CF10A
November 25, 2003.

*Harford Mutual Insurance, as Subrogee of Carriage Hill Apartments vs. Apria Health Care, Inc., and Mallinckrodt, Inc.*
United States District Court for the State of Maryland – Southern Division
Case No. DKC 03-180
December 16, 2003.



*The Travelers Indemnity Company of Illinois, as Subrogee of Fred Garmon Marketing Corp. and The Charter Oak Fire Insurance Company, as Subrogee of Computer Software Constultants, Inc. and Elizabeth Grady Face First, Inc. vs. G & K, LLC, a/k/a Goode & Kriensky, LLC and Sidney Kriensky, Keyes North Atlantic Co., Inc. CCX Construction Corp. d/b/a M&M Engineering, and Seaco Insurance Company*
Commonwealth of Massachusetts – Superior Court, Middlesex, SS.
Civil Action No. 0201478
March 30, 2004.

*Catherine Reuter vs. Washington Hospital Center Corporation*
United States District Court for the District of Columbia
Case No. 1-03CV
May 26, 2004.

*Douglas O. Kitchen v. Krohn Homes, LLC (Deposition)*
American Arbitration Association
Case No. 30-Y-11000327-04
December 2, 2004.

*Douglas O. Kitchen v. Krohn Homes, LLC (Testified at Arbitration Hearing)*
American Arbitration Association
Case No. 30-Y-11000327-04
December 28, 2004.

*Daniel F. Knise and Kathleen P. Knise v. Mitchell Fagan Painting Company*
Circuit Court for Fairfax County, Virginia
Law No. 223556
April 25, 2005.

*Mayor and City Council of Baltimore, et al., Plaintiffs v. CSX Transportation, Inc., et al., Defendants*
United States District Court for the State of Maryland – Northern Division
Civil Case No. 04-CV-2348 (RDB)
September 6, 2005.

*Camp Takajo, Inc., Plaintiff v. Simplex Grinnell, LP and Pitre Painting Company, Inc., Defendants*
State of Maine Superior Court, Cumberland County, SS.
Civil Action Doc. No. CV-04-773
February 25-26, 2006.

*Rodney and Bobby Jo Knepp, individually and as Parents and Natural Guardians of Tyler and Dakota Knepp v. Lawrence H. and Rosearie C. Baird*
Court of Common Pleas in and for the County of Montgomery, Pennsylvania
Civil Action No. 03-05546
Arbitration Hearing
March 7, 2006.



*Camp Takajo, Inc., Plaintiff v. Simplex Grinnell, LP and Pitre Painting Company, Inc., Defendants*
State of Maine Superior Court, Cumberland County, SS.
Civil Action Doc. No. CV-04-773
April 12, 2006.

*Antrunette Howard, Administrator of the Estate of Djanay Hampton, Deceased, Et Al., Plaintiffs vs. East Lake Management & Development Corporation of Chicago, Et. Al., Defendants*
 In the Circuit Court of Cook County, Illinois, County Department – Law Division
March 8, 2007.

*John Kane As Administrator Of The Estate of Jennifer Kane, Plaintiff v. David L. Krugman, In His Capacity As Finance Director For The Town Of Narragansett, And John Does I-X*
State of Rhode Island and Providence Plantations Washington, SC. Superior Court
Case No. 03L 13598
August 29, 2007.

*Anthony W. Smith and Theresa Smith, Plaintiffs, vs. Marilyn Nelson, doing business as "SIMPLY SOFAS," and DOES 1 To 50, Defendants*
Superior Court of the State of California for the County of Los Angeles
No. BC 344555 SC 088250
October 4, 2007.

*United Services Automobile Association vs. Potomac Electric Power Company and Asplundh Tree Expert Company*
Circuit Court for Montgomery County, Maryland
Case No. 298478-V
May 5, 2009.

*Federal Insurance Company, as Subrogee of Joseph Gonzalez vs. Builder Services Group, Inc., d/b/a Coastal Insulation, Inc. and Karl Owens, LLC*
United States District Court, Northern District of Florida, Pensacola Division
Case No. 3:08-CV-481-MCR-EMT
May 26, 2009.

*Arch Chemicals, Inc. vs. Radiator Specialty Company*
United States District Court, District of Oregon
Case No. 3:07-cv-1339-HU
July 16, 2010.

*George M. Muteff, Executor of the Estate of Virginia C. Miller vs. Invacare Corporation and American Mobility, LLC*
General Court of Justice, Superior Court Division, Wake County, North Carolina
Case No. 08 CVS 11624
July 20, 2010.



*Michael S. Hippert vs. Trane US Inc. et al.*
Court of Common Pleas, Hamilton County, Ohio
Case No. A0806404
August 13, 2010.

*Ralph James Puckett, III, vs. The Plastics Group, Inc.*
United States District Court for the Northern District of Georgia, Atlanta Division
Civil Action File No. 1:11-CV-1120
August 31, 2011.

*Linger Longer Development Company, and Fireman's Fund Insurance Company, as Subrogee of Linger Longer Development Company vs. Tampa Armature Works, Inc.*
United States District Court for the Northern District of Georgia, Athens Division
Civil Action No. 3:10-CV-68(CDL)
December 13, 2011.

*Philadelphia Insurance Company, as Subrogee of South Texas Affordable Properties Corporation D/B/A The Charleston Apartments and South Texas Affordable Properties Corporation D/B/A/ The Charleston Apartments vs. Dell, Inc. D/B/A Dell Computer, Inc., A Delaware Corporation, LG Chem America, Inc., and LG Chem, LTD*
District Court of Harris County, Texas, 295th Judicial District
Cause No. 2010-18442
June 26, 2012.

*Traci Armstrong Evans, as Conservator and Gardian of Klay Armstrong, et al. vs. Albany Electric Company, et al.*
State Court of Early County, State of Georgia
Civil Action No. 2008-062
December 4, 2012.

*Nationwide Insurance Company a/s/o Mark and Deborah Minck, Pliantiffs, vs. Masco Services Group Corporation d/b/a Gale Insulation; Pridgen Homes, Inc. f/k/a Orange State Builders and Developers, Inc., American Strategic Insurance Corporation, Plaintiff, vs. Masco Services Group Corporation, d/b/a Gale Insulation; Pridgen Homes, Inc. f/k/a Orange State Builders and Developers, Inc., Defendants*
Circuit Court of the 8th Judicial Circuit in and for Alachua, Florida
Case No. 2013-CA-000705 and 2012-CA-3091 K
September 10, 2013.

*KEN TEEL, individually and as representative of the ESTATE OF BRENNEN CHASE TEEL; BECKY TEEL; ROSS RUSHING and MEG RUSHING, individually and as next friend of L.R., a minor; STATE FARM LLOYDS INSURANCE COMPANY, as subrogee of Ross Rushing and Meg Rushing; and SAFECO INSURANCE COMPANY, as subrogee of Ross Rushing and Meg Rushing, Plaintiffs, vs. TITEFLEX CORPORATION, GASTITE DIVISION; TURNER & WITT PLUMBING, INC.;MSC HOLDINGS,INC., f/d/a MORRISON SUPPLY COMPANY-LUBBOCK, INC.; and JERROD GRIFFITH d/b/a TEXAS ELECTRIC COMPANY, Defendants, vs. THERMO DYNAMIC*



*INSULATION; STRONG CUSTOM BUILDERS, LLC; and; LENNOX HEARTH PRODUCTS, LLC, Third-Party Defendants*
DISTRICT COURT, 72nd JUDICIAL DISTRICT, LUBBOCK COUNTY, TEXAS
Cause No. 2012-5044105
May 5, 2014.

*Winding River Village Condominium Association, Inc. vs. City of Sandy Springs, Georgia; City of Atlanta, Georgia*
Superior Court of Fulton County, State of Georgia
Civil Action File No. 2012CV214993
January 23, 2015.

*State of Indiana vs. Mark Leonard*
St. Joseph Superior Court, County of St. Joseph, State of Indiana
Cause No. 71D02-1408-MR-000009
April 27, 2015.

*Edward J. Davis & Sons Corp. vs. Universal Underwriters Insurance Co.*
United States District Court for the District of Vermont
Civil Action No. 5:13-CV-286
July 20, 2016.

*M/V MSC Flaminia*
United States District Court Southern District of New York
Case No. 12 CIV 8892 (SAS)
November, 14, 2016.

*Heather Sutton, et al. vs. Mitchell Plumbing & Heating, Inc.*
Circuit Court for Baltimore City, Maryland
Case No. 03-C-16-006516
October 27, 2017.

*Lawrence Turcotte vs. State Farm Fire and Casualty Company*
District Court, County of Larimer, State of Colorado
Case No. 18CV030205
January 31, 2019.

*Coratrina Brent vs. Ambassador Services Inc. and Associates Plumbing, Inc. and Oaklee Village Baltimore, LLC*
Circuit Court for Baltimore City, Maryland
Case No. 24-C-18-004011 OT
August 22, 2019.



*Janet Touse vs. Jiffy Plumbing & Heating, Inc., et al.*
Circuit Court of Maryland for Prince George's County
Case No. CAL19-14285
October 8, 2020.

