## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JEANNE OLSON, Trustee of the WILLIAM AMOR Trust, as successor plaintiff, | Case No. 18 CV 2523 |
| | Honorable John J. Tharp, Jr. |
| Plaintiff, | |
| v. | |
| REBECCA GOMEZ, as Special Representative for Michael Cross, deceased, et al., | |
| Defendants. | JURY TRIAL DEMANDED |

### DEFENDANTS' MOTION *IN LIMINE* TO BAR
### EXPERT OPINIONS AND TESTIMONY OF RICHARD LEO

### Exhibit List

| | |
|---|---|
| Exhibit A | 9/15/1995 Amor Statement |
| Exhibit B | 10/4/1995 Amor Statement |
| Exhibit C | Richard Leo Expert Report |
| Exhibit D | Richard Leo Deposition |
| Exhibit E | Acquittal Order |
| Exhibit F | Chiapetta Report |