*Amor v. Cross, et al.*
Case No. 18-CV-2523
Our File No. 18-4078

# EXHIBIT A

VOLUNTARY STATEMENT    TR# 95-900 55

Page 1 of 1

I, William Amor, have been advised of my rights and do understand these: I do give this statement voluntarily and of my own free will:

On Sunday Sept. 10th watched football from 12pm to approx. 6:20pm. Marianne Mioli and Tina Amor were watching on and off with me. At about 1:15pm they both left to go pick up a pizza at Educardos and came back about 2:15pm. I had a bottle of vodka on the coffee table and a glass and ashtray on the floor in front of the T.V. There was a Chicago Tribune on the floor between the couch and coffee table. There was a scented candle lit also on the coffee table. I went to refill my drink and by accident knocked over the vodka bottle spilling it on the newspapers. I felt it would cause no harm so I didn't wipe off the paper. Upon leaving at 6:20pm I don't recall blowing out the candle and cannot remember when and where I put out my last cigarette.

NOTARY _____
DATE  9/15/95
SIGNED William Amor
WITNESS Brian Cunningham

NPD #20

KC 195

SDT-SAO 697