*Amor v. Cross, et al.*
Case No. 18-CV-2523
Our File No. 18-4078

# EXHIBIT F



**DUKANE CLINICS**
1970 Larkin Avenue
Elgin, Illinois 60123-5891
(847) 695-7512   FAX: (847) 695-1009

**EXHIBIT 9**
**Dr. Richard Leo Dep**

**CONFIDENTIAL**

# ADDENDUM
# PSYCHOLOGICAL EVALUATION
# FITNESS TO STAND TRIAL

## PEOPLE OF THE STATE OF ILLINOIS
## VS
## WILLIAM AMOR

Docket No.: 95 CF 2075                   Date of Addendum Report: April 16, 1997
DuPage County Illinois

Name:       Amor, William
d.o.b.:     5/20/56
Age:        40

**FOR PROFESSIONAL USE ONLY**

THIS REPORT CONTAINS PERSONAL AND CONFIDENTIAL INFORMATION. PURSUANT TO THE ILLINOIS MENTAL HEALTH AND DEVELOPMENTAL DISABILITIES CONFIDENTIALITY ACT, (740 ILCS 110/I ET SEQ.) YOU MAY NOT REDISCLOSE ANY OF THIS INFORMATION UNLESS THE PERSON WHO CONSENTED TO THIS DISCLOSURE SPECIFICALLY AND IN WRITING CONSENTS TO SUCH REDISCLOSURE.

UNDER THE FEDERAL ACT OF JULY 1, 1975, CONFIDENTIALITY OF ALCOHOL AND DRUG ABUSE PATIENT RECORDS, NO SUCH RECORDS, NOR INFORMATION FROM SUCH RECORDS MAY BE FURTHER DISCLOSED WITHOUT SPECIFIC WRITTEN AUTHORIZATION FOR SUCH REDISCLOSURE.

**SDT-DCPDO 2685**

## DATES OF CONTACT

4/14/97        Clinical Interview & Psychological Testing

## TESTS ADMINISTERED

Gudjonsson Suggestibility Scale

## SUMMARY:

Mr. Amor was additionally evaluated on 4/14/97 at the request of the Public Defender's office. The additional evaluation focused on his possible suggestibility during the interrogation and his consequent statement to the police due to the circumstances surrounding that interrogation. He was seen for one hour of additional interview and administered the Gudjonsson Suggestibility Scales. His fitness to stand trial evaluation (dated 11/19/96) was also reviewed.

At the time Mr. Amor was interred in the DeKalb County Jail where he was being held on a traffic warrant. He reported he awoke at 5:00 a.m. on the day of the interrogation. Later that morning he was released for time served, but was taken into custody by Naperville Police officers who transported him to Chicago to the office of Reid and Associates for a polygraph test. He does not recall being read his Miranda at that time, although he states the officers questioned him about the incident on the way to and from the polygraph examination. He also reported the officers were verbally abusive to him. He reports arriving at the polygraph facility around 11:00 a.m. or 12:00 (noon) after which he underwent three "runs" of polygraph examinations. He reports hey left that office about 10:00 p.m. and arrived at the Naperville Police Department about 11:30 p.m. He said he was hungry but declined an offer of food.

He was again questioned by Naperville officers. During the questioning, around midnight or 1:00 a.m., he was served with divorce papers. He said he was fatigued, hungry and depressed. He realized he was homeless (due to the fire), most probably had no job, was possibly penniless, and had no wife for support. He stated he told them what they wanted to hear just to "get it over with." He said he signed two statements, one written by him, without ever reading them. At this point he states he had been awake for about 22 consecutive hours and felt "depressed" and distressed.

Mr. Amor was then administered the Gudjonsson Suggestibility Scale, an assessment of an individual's response to leading questions. This consists of a Standardized Narrative paragraph, followed by free recall, after which twenty questions are asked about the narrative, fifteen

measuring the yielding to suggestions. The statement is then made that a number of errors were committed and these same questions are repeated. The yield or suggestibility is determined by comparing the answers to both sets of questions and noting the consistency or variation of the responses.

Mr. Amor's results indicate he was responsive to suggestibility in 14 out of 15 possible answers, significantly above the mean of 7. His response shift due to interpersonal pressure, yielded a scale of 3 of a possible 15. This was slightly below the accepted mean of 4 for forensic populations. His total suggestibility score was 18 or significantly above the mean of 10 for forensic patients.

*M. F. Chiappetta, Psy.D.*

---

**Michael F. Chiappetta, Psy.D.**
**Licensed Clinical Psychologist**