**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JEANNE OLSON, as Trustee of the William Amor Trust for WILLIAM E. AMOR, deceased,   )<br>)<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>REBECCA GOMEZ, as Special Representative for MICHAEL CROSS, deceased; ROBERT GUERRIERI; BRIAN CUNNINGHAM; JON RIPSKY and THE CITY OF NAPERVILLE,   )<br>)<br>)<br>)<br>)<br>)<br>Defendants.   ) | 18-CV-2523<br><br>Judge John J. Tharp, Jr. |

**DEFENDANTS' MOTION FOR LEAVE TO FILE THEIR RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO BAR THE TESTIMONY OF EXPERT WITNESSES DAVID FERRERI AND MITCHELL KUSHNER, *INSTANTER***

Defendants Rebecca Gomez, as Special Representative of Michael Cross, deceased, Robert Guerrieri, Brian Cunningham, and the City of Naperville, by and through their attorneys, The Sotos Law Firm, P.C., move this Court for leave to file their Response to Plaintiff's Motion to Bar Testimony of Expert Witness David Ferreri and Mitchell Kushner, *Instanter*, and state:

1. On May 17, 2024, the parties filed their *Daubert* motions. The parties' responses to *Daubert* motions were due to be filed on Friday, June 7, 2024. (Dkt. 221.)

2. Defendants had six motions to respond to that sought to bar testimony from a total of nine proffered experts. As was noted in a motion filed before this Court on May 20, 2024, Defense counsel, Laura M. Ranum, had a family emergency during the afternoon of Friday, May 17, 2024, and unexpectedly had to leave the office. (*See* Dkt. 237.) That emergency was that her mother had been hospitalized with a life-threatening condition that had unexpectedly worsened. Days later, her father was also hospitalized. Due to this unfortunate turn of events, Ms. Ranum—

who has no siblings—was out of the office from the afternoon of May 17, 2024 until Tuesday, May 28, 2024.

3. As a result, remaining defense counsel worked together to meet the Court's deadline despite the unplanned reduction in manpower. Under normal circumstances, these extraordinary events would have prompted a motion to extend the deadline. However, Defense counsel recognized that with the trial quickly approaching, an extension would put too much pressure on the parties and the Court to accomplish all of the pre-trial work that needs to occur between now and July 22, 2024. As a result, Defendants made every effort to meet the Court's deadline and successfully did with regard to all but one of the motions.

4. The only remaining response is the response to Plaintiff's Motion to Bar Testimony of Expert Witness David Ferreri and Mitchell Kushner, which is now prepared and ready to be filed. Defendants seek to file their Response to Plaintiff's Motion to Bar Testimony of Expert Witness David Ferreri and Mitchell Kushner, *Instanter*. A copy of Defendants' response along with its accompanying exhibits, is attached to this motion.

5. Shortly after midnight on June 8, 2024, Counsel for Defendants, Laura Ranum, reached out to Plaintiff's counsel to advise them that this response would be filed one day late, and to inquire as to whether they opposed this motion. As of the filing of this motion, Plaintiff's counsel has not responded. To alleviate any concern about Plaintiff's counsel having adequate time with Defendants' response given the 7-day deadline for reply briefs, Defendants have no objection to Plaintiff receiving until Monday, June 17 to file their reply in support of Plaintiff's Motion to Bar Testimony of Expert Witness David Ferreri and Mitchell Kushner if this Court is amenable.

WHEREFORE, Defendants Rebecca Gomez, as Special Representative of Michael Cross, deceased, Robert Guerrieri, Brian Cunningham, and the City of Naperville, respectfully request this Court to grant their motion for leave to file their Response to Plaintiff's Motion to Bar Testimony of Expert Witness David Ferreri and Mitchell Kushner, *Instanter*, and for such other relief as the Court deems appropriate.

Date: June 8, 2024                                  Respectfully submitted,

                                                    /s/ Lisa M. Meador
                                                    LISA M. MEADOR, Attorney No. 6270259
                                                    *One of the Attorneys for Defendants*

James G. Sotos
Laura Ranum
Joseph Polick
Lisa M. Meador
Jeffrey C. Grossich
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
lmeador@jsotoslaw.com

**CERTIFICATE OF SERVICE**

        I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on June 8, 2024, I electronically filed the foregoing **Defendants' Motion for Leave to File Their Response in Opposition to Plaintiff's Motion to Bar the Testimony of Expert Witnesses David Ferreri and Mitchell Kushner,** *Instanter* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants listed on the below Service List.

***Attorneys for Plaintiff:***
Jon Loevy
Gayle Horn
Locke Bowman
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900
jon@loevy.com
gayle@loevy.com
locke@loevy.com

                                        /s/ Lisa M. Meador
                                        LISA M. MEADOR, Attorney No. 6270259
                                        *One of the Attorneys for Defendants*

James G. Sotos
Laura Ranum
Joseph Polick
Lisa M. Meador
Jeffrey C. Grossich
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
lmeador@jsotoslaw.com

4