IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANNE OLSON, Trustee of the WILLIAM AMOR Trust, as successor plaintiff,<br><br>Plaintiff,<br><br>v.<br><br>REBECCA GOMEZ, as Special Representative for Michael Cross, deceased, et al.,<br><br>Defendants. | Case No. 18 CV 2523<br><br>Honorable John J. Tharp, Jr.<br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S
MOTION TO BAR OPINION TESTIMONY OF DR. MICHAEL WELNER**

**Exhibit List**

| | |
|---|---|
| Exhibit A | September 15, 1995 Amor Statement |
| Exhibit B | October 4, 1995 Amor Confession |
| Exhibit C | Dr. Richard Leo Report |
| Exhibit D | Dr. Michael Welner Report |
| Exhibit E | Dr. Michael Welner Declaration |
| Exhibit F | Dr. Michael Welner Current CV |
| Exhibit G | Dr. Michael Welner Deposition |
| Exhibit H | Paul Cassell Report |