*Amor v. Cross, et al.*
Case No. 18-CV-2523
Our File No. 18-4078

# EXHIBIT A

Case: 1:18-cv-02523 Document #: 261-2 Filed: 06/11/24 Page 2 of 2 PageID #:22431

Page 1 of 1

William Amor _____ have been advised of my rights and

do understand these: I do give this statement voluntarily and of my own free will:

On Sunday Sept. 10th watched football from 12 pm to apprex. 6:20 pm. Marianne Miceli and Tina Amor were watching on and off with me. At about 1:15 pm they both left to go pick up a pizza at Edwardo's and came back about 2:15 pm. I had a bottle of vodka on the coffee table and a glass and ashtray on the floor in front of the T.V. There was a Chicago Tribune on the floor between the couch and coffee table. There was a scented candle lit also on the coffee table. I went to refill my drink and by accident knocked over the vodka bottle spilling it on the newspapers. I felt it would cause no harm so I didn't wipe off the paper. Upon leaving at 6:20 pm I don't recall blowing out the candle and cannot remember when and where I put out my last cigarette.

NOTARY _____          SIGNED William Amor

DATE    9/15/95              WITNESS Brian Cam    #151

KC 195

NPD #20

SDT-SAO 697