*Amor v. Cross, et al.*
Case No. 18-CV-2523
Our File No. 18-4078

# EXHIBIT B

VOLUNTARY STATEMENT  AR# 95-42030

Page ___ of ___

I, William Amor, have been advised of my rights and do understand these; I do give this statement voluntarily and of my own free will:

On Sept. 10, 1995 I was watching football at 218 E. Bailey, #m with my wife and mother-in-law. I was laying on the floor in front of the television drinking vodka. When I reached up to mix a drink, I spilled the vodka on the Chicago Tribune and chair laying next to the table the vodka was on. This happened about 6:15 pm. Before getting up to use the restroom I lit a cigarette and put it in the ashtray. When I got up I bumped the ashtray knocking the cigarette onto the newspaper with the vodka spilled on it. I did not pick up the cigarette but instead continued to go use the restroom ~~[crossed out]~~ knowing a fire would probably result. After using the restroom, I then left the apartment to go downstairs as my wife and I were going out. My wife (Tina) followed a minute or so after me. The loss was meant to be minimal for personal gain. No harm was ever supposed to come to any person or persons.

NOTARY _____  SIGNED William Amor

DATE 10-4-95  WITNESS R. [illegible] #171

1:14 AM  M. Cross #131

NPD #20

DEFS 818