**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EATERN DIVISION**

| | | |
|---|---|---|
| JEANNE OLSON, | ) | |
| | ) | Case No. 18 CV 2523 |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | |
| | ) | The Hon. John J. Tharp, Jr. |
| REBECCA GOMEZ, Special Representative of | ) | |
| the Estate of Michael Cross, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

**<u>PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIITS</u>**

**JEANNE OLSON, Not Individually But
As Trustee of the William Amor Trust**

Jon Loevy
Gayle Horn
Locke E. Bowman
Alyssa Martinez
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
312-243-5900

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| Exhibit No. | Description | Bates Number | Plaintiff's Objection(s) |
|---|---|---|---|
| DX 1 | 1987-11-03 MetLife Insurance Documents | DEFS 12385-12395 | Plaintiff reserves her Rule 901 objection and her Rule 802 objection |
| DX 2 | 1993-10-21 DuPage County Jail Medical/Mental Health Screening Amor | SDT-DCJ 45-46 | Rule 802; hearsay |
| DX 3 | 1993-10-27 Amor Arrest Documents Unlawful Use of Electronic Trans. | DEFS 01-25 | Rule 608; improper character evidence. Rule 401; irrelevant. Rule 403. See Plaintiff's MIL #12. |
| DX 4 | 1993 Criminal Court Records 93 CF 2164 Unlawful Use of Elec Trans | DEFS 4835-4977; SDT-DCPDO 5021-5090 | Rule 609; unuseable prior conviction. Rule 401; irrelevant. Rule 403. Rule 802; hearsay. See Plaintiff's MIL #12 |
| DX 5 | 1993 Certified Statement of Conviction 93 CF 2164 Unlawful Use of Elec Trans | -NO STAMP- | Rule 609; unuseable prior conviction. See Plaintiff's MIL #12. |
| DX 6 | 1993 Criminal Court File 93 TR 75888 DWLR | DEFS 4978-4994 | Rule 609; unuseable prior conviction. Rule 401; irrelevant. Rule 403. Rule 802; hearsay. See Plaintiff's MIL #12 |
| DX 7 | 1993 Certified Statement of Conviction 93 TR 75888 DWLR | -NO STAMP- | Rule 609; unuseable prior conviction See Plaintiff's MIL #12. |
| DX 8 | 1993 Criminal Court File 93 TR13353 DWLR | DEFS 4995-5031 | Rule 609; unuseable prior conviction. Rule 401; irrelevant. Rule 403. Rule 802; hearsay. See Plaintiff's MIL #12 |
| DX 9 | 1993 Certified Statement of Conviction 93 TR13353 DWLR | -NO STAMP- | Rule 609; unuseable prior conviction. See Plaintiff's MIL #12. |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 10 | 1994-09-06 Amor Arrest Documents DUI | DEFS 26-65 | Rule 608; improper character evidence. Rule 401; irrelevant. Rule 403. Rule 802; hearsay. See Plaintiff's MIL #12. |
|---|---|---|---|
| DX 11 | 1994-09-07 DuPage County Jail Medical/Mental Health Screening Amor | SDT-DCJ 57-58 | Rule 401; irrelevant. Rule 403 Rule 802; hearsay. |
| DX 12 | 1994-1995 Criminal Court File 94 CM 4882 DUI | DEFS 4792-4831 | Rule 609; unuseable prior conviction. Rule 401; irrelevant. Rule 403. Rule 802; hearsay. |
| DX 13 | 1994-1995 Certified Statement of Conviction 94 CM 4882 DUI | -NO STAMP- | Rule 609; unuseable prior conviction. See Plaintiff's MIL #12. |
| DX 14 | 1995 NFPA 921 | -NO STAMP- | No objection to the identification and use of this document. It should not go to the jury. |
| DX 15 | 1995-02-19 to 1995-07-06 Fingerhut Receipts | DEFS 12409-12433 | Rule 401; irrelevant. Rule 802; hearsay |
| DX 16 | 1995-02-28 to 1995-10-26 Probation Services Report Amor | SDT-DCDPCS 07-09 | Rule 401; irrelevant. Rule 802; hearsay. See MIL #14. |
| DX 17 | 1995-03-11 DuPage County Admission Form | SDT-DCJ 348-349 | Rule 401; irrelevant. Rule 802; hearsay. |
| DX 18 | 1995-03-14 Beeper Invoice | DEFS 12427 | Rule 401; irrelevant. Rule 901; foundation. Rule 802; hearsay. |
| DX 19 | 1995-04-20 NPD Booking Photo | DEFS 14480 | Rule 401; irrelevant. |
| DX 20 | 1995 Amor Jail Letters to Tina Miceli | DEFS 11781-11849 | Rule 401; irrelevant. Rule 403. |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 21 | 1995-09-06 Amor Wallet Card re: Probation and Restitution | DEFS 12516-12517 | Rule 401; irrelevant. Rule 802; hearsay. Foundation. See MIL #14 |
|---|---|---|---|
| DX 22 | 1995-09-10 Audio of 911 Call | SDT-SAO 465 | Rule 403 (transcript is sufficient) |
| DX 23 | 1995-09-10 Transcript of 911 Call | DEFS 12165-12166 | No objection |
| DX 24 | 1995-09-10 Outside Video | SAO 466 | Rule 901; foundation. Rule 403 |
| DX 25A | NPD Reports: 1995-09-10 NPD Misc Incident Report (Guerrieri, Cross) | DEFS 771-772 | Rule 802; hearsay |
| DX 25B | NPD Reports: 1995-09-10 NPD Supp Report re: Gas Receipt (Bedell) | DEFS 658-659 | Rule 802; hearsay |
| DX 25C | NPD Reports: 1995-09-10 NPD Supplemental Report re: Victim's Medication (Carlson) | DEFS 714 | Rule 802; hearsay |
| DX 25D | NPD Reports:1995-09-10 NPD Investigation Unit Report (Goergen) | DEFS 128, 645-646 | Rule 802; hearsay |
| DX 25E | NPD Reports: 1995-09-10 NPD Supplemental Report re: Evidence Collection (Guerrero) | DEFS 700 | Rule 802; hearsay |
| DX 25F | NPD Reports: 1995-09-10 NPD Supplemental Report re: Residents (Guerrieri) | DEFS 647-648 | Rule 802; hearsay |
| DX 25G | NPD Reports: 1995-09-10 NPD Supplemental Report re: First Responder (Parcel) | DEFS 723 | Rule 802; hearsay |
| DX 25H | NPD Reports: 1995-09-10 NPD Supplemental Report re: Tina Miceli, Beverly Neske (Cross) | DEFS 667-674 | Rule 802; hearsay |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| | | | |
|---|---|---|---|
| DX  25I | NPD Reports: 1995-09-10 to 1995-09-18 NPD Supplemental Report re: Scene, Interviews (Guerrieri) | DEFS 703-711 | Rule 802; hearsay |
| DX  25J | NPD Reports: 1995-09-10 to 1995-09-28 NPD Supplemental Report re: Witnesses, Autopsy, Interviews, Timeline (Cross) | DEFS 583-592 | Rule 802; hearsay |
| DX  25K | NPD Reports: 1995-09-11 NPD Supplemental Report re: Marilyn Glisson (Griffith) | DEFS 696-698 | Rule 802; hearsay. Rule 701 as to opinions of Glisson. Rule 401; relevance of Glisson statements. Rule 403 |
| DX  25L | NPD Reports: 1995-09-11 NPD Supplemental Report re: Medications (Guerrero) | DEFS 701-702 | Rule 802; hearsay. |
| DX 25M | NPD Reports:1995-09-12 to 1995-10-04 NPD Supplemental Report re: Amor, Tina Miceli Interviews (Cross) | DEFS 716-722 | Rule 802; hearsay |
| DX  25N | NPD Reports: 1995-09-13 to 1995-09-15 NPD Supplemental Report re: Phone Records (Cunningham) | DEFS 652 | Rule 802; hearsay |
| DX  25O | NPD Reports: 1995-09-14 NPD Supplemental Report re: Residents (Davis) | DEFS 660-662 | Rule 802; hearsay |
| DX  25P | NPD Reports: 1995-09-14 NPD Supplemental Report re: Canvass (Gettemy) | DEFS 695 | Rule 802; hearsay |
| DX  25Q | NPD Reports: 1995-09-14 to 1995-10-13 NPD Supplemental Report re: Canvass, Photos (Anders) | DEFS 663-666 | Rule 802; hearsay |
| DX  25R | NPD Reports: 1995-09-15 NPD Supplemental Report re: Amor Interview (Carlson) | DEFS 715 | Rule 802; hearsay |
| DX  25S | NPD Reports: 1995-09-15 NPD Supplemental Report re: Amor Interview (Cunningham) | DEFS-676-679 | Rule 802; hearsay |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 25T | NPD Reports: 1995-09-15 NPD Supplemental Report re: Tina Miceli Interview (Cunningham) | DEFS 675 | Rule 802; hearsay |
|---|---|---|---|
| DX 25U | NPD Reports: 1995-09-22 NPD Supplemental Report re: Kuruda, Deidrich, Sipolt (Cross) | DEFS 657 | Rule 802; hearsay. Rule 401; relevance |
| DX 25V | NPD Reports:1995-09-29 ro 1995-10-23 NPD Supplemental Report re: Test Burn, Grand Jury, Insurance (Cross) | DEFS 650 | Rule 802; hearsay |
| DX 25W | NPD Reports: 1995-10-03 NPD Supplemental Report re: Tina Miceli Interview (Sullivan) | DEFS 724-726 | Rule 802; hearsay |
| DX 25X | NPD Reports: 1993-10-05 NPD Arrest Report (Guerrieri) | DEFS 643-644, Amor 8694-8697 | Rule 802; hearsay |
| DX 25Y | NPD Reports: 1995-10-06 NPD Supplemental Report re: Marilyn Glisson Statement (Griffith) | DEFS 699 | Rule 802; hearsay |
| DX 25Z | NPD Reports: 1995-10-09 NPD Supplemental Report re: Manion, Funches (Guerrieri) | DEFS 712-713 | Rule 802; hearsay |
| DX 25AA | NPD Reports: 1995-10-30 NPD Supplemental Report re: Classification Change (Cross) | DEFS 731 | Rule 802; hearsay |
| DX 25BB | NPD Reports: 1995-10-30 NPD Supplemental Report re: Volvo, Nadart (Cross) | DEFS 770 | Rule 802; hearsay |
| DX 25CC | NPD Reports: 1995-11-09 NPD Supplemental Report re: Miceli Inquest (Cross) | DEFS 651 | Rule 802; hearsay |
| DX 25DD | NPD Reports: 1995-11-16 NPD Supplemental Report re: Kragh Engineering (Cross) | DEFS 727 | Rule 802; hearsay |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 25EE | NPD Reports:1995-11-21 NPD Supplemental Report re: Nigohosian Report (Cross) | DEFS 732-737 | Rule 802; hearsay |
|---|---|---|---|
| DX 25FF | NPD Reports: 1996-11-06 to 1996-11-17 NPD Supplemental Report re: Phone Records (Guerrieri) | DEFS 728-730 | Rule 802; hearsay |
| DX 25GG | NPD Reports: 1997-07-08 to 1997-07-17 NPD Supplemental Report re: Manion (Cross) | DEFS 12112-12113 | Rule 802; hearsay |
| DX 26 | 1995-09-10 Bill Amor Gas Station Receipt | DEFS 11968 | No objection |
| DX 27 | 1995-09-10 to 1995-10-10 Marianne Phone Recs | DEFS 12215-12241 | Rule 901; foundation. Rule 802; hearsay. |
| DX 28 | 1995-09-10 Born NFD Incident Report | DEFS 12107-12109 | Rule 802; hearsay |
| DX 29 | 1995-09-10 Dispatch Records | DEFS 12770-12777 | No objection to the identification and use of this document. It should not go to the jury. |
| DX 30 | 1995-09-10 NFD Harding Report | AMOR 0237 | Rule 802; hearsay |
| DX 31 | 1995-09-10 NFD Woitovich Report | AMOR 0248 | Rule 802; hearsay |
| DX 32 | 1995-09-10 NFD Incident Notes | AMOR 0277-0297 | Rule 802; hearsay |
| DX 33 | 1995-09-10 Fire Scene Video | SDT-SAO 467 | Objection to use of the full video (Rule 403). Stills or short clips may not be objectionable. |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 34 | 1995-09-10 Ferreri Cause & Origin Report | DEFS 680-686 | Objections as stated in Plaintiff's Daubert motion re Ferreri. Rule 802; hearsay |
|---|---|---|---|
| DX 35 | 1995-09-10 Fire Investigation Team Data Sheet | DEFS 12046-12049 | Objections as stated in Plaintiff's Daubert motion re Ferreri. Rule 802; hearsay |
| DX 36 | 1995-09-10 Fire Investigation Team Structure Scene Check List | DEFS 12124-12126 | Rule 802; hearsay |
| DX 37A-B | 1995-09-10 Fire Scene Photos | DEFS 11778-11779 | Rule 901; foundation. Rule 403 |
| DX 38A-V | 1995-09-10 SAO Fire Scene Photos | SDT-SAO 22973-22995 | Rule 403 |
| DX 39A-JJJJJJ | 1995-09-10 Fire Scene Photos | DEFS 5141-5280 | Rule 403 (individual photos may be agreeable) |
| DX 40 | 1995-09-10 Marianne Death Certificate | SDT-CORONER 15 | Rule 802; hearsay |
| DX 41 | 1995-09-11 Amor-Miceli Consent to Search Bedroom | DEFS 12534 | Fule 802; hearsay. Rule 401; relevance |
| DX 42 | 1995-09-11 Amor-Miceli Consent to Search re: Storage Locker | DEFS 12796 | Rule 802; hearsay. Rule 401; relevance |
| DX 43 | 1995-09-11 Tina Miceli Consent to Search re: Car | DEFS 12538 | Rule 802; hearsay. Rule 401; relevance |
| DX 44 | 1995-09-11 NPD Lab Request Form (Cross) | Pl. Amor 1875 | Rule 802; hearsay |
| DX 45 | 1995-09-11 Crime Scene Evidence Log | DEFS 12353-12354 | Rule 802; hearsay |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 46 | 1995-09-11 NPD Photo Log | DEFS 12329-12331 | Rule 802; hearsay |
|---|---|---|---|
| DX 47 | 1995-09-12 City of Naperville Memo re Tape Request | DEFS 558-559 | Rule 802; hearsay |
| DX 48 | 1995-09-12 Timeline on Report of Radio Traffic | DEFS 12100 | Rule 802; hearsay |
| DX 49 | 1995-09-13 NFD Rhule Report | AMOR 0247 | Rule 802; hearsay |
| DX 50 | 1995-09-14 Diagram of Layout v. 2 - NFD-the Olive Trees, Units H&M | DEFS 12110 | No objection |
| DX 51 | 1995-09-14 Ferreri Report on Amor Interview | DEFS 11996-11997 | Rule 802; hearsay |
| DX 52 | 1995-09-14 Ferreri Report on Krakora Interview | DEFS 11995 | Rule 802; hearsay |
| DX 53 | 1995-09-14 NPD Neighborhood Canvass | Amor 19179-19180 | Rule 802; hearsay |
| DX 54 | 1995-09-14 O'Brien Polygraph Report re: Amor | DEFS 12510-12511 | Rule 802; hearsay |
| DX 55 | 1995-09-14 Powers Consent to Search re: Fire Marshal | DEFS 12800 | Rule 401; relevance. Rule 802; hearsay. |
| DX 56 | 1995-09-15 Additional Materials Gathered by NPD | DEFS 12407-12408 | Rule 401; relevance; Rule 901; foundation |
| DX 57 | 1995-09-15 Additional Wallet Contents | DEFS 12434-12441 | Rule 401; relevance; Rule 901; foundation |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 58 | 1995-09-15 Amor Criminal History | DEFS 12503-12509 | Rules 608 and 609; Rule 401 and 403. Plaintiff's MIL #12. |
|---|---|---|---|
| DX 59 | 1995-09-15 Amor Employment Records Gathered By NPD | DEFS 11867-11928 | Rule 802; hearsay. Foundation; Rule 901. Rule 401; relevance. |
| DX 60 | 1995-09-15 Receipts Collected by NPD | DEFS 12424 | Rule 802; hearsay. Foundation; Rule 901. Rule 401; relevance. |
| DX 61 | 1995-09-15 Amor Diagram of Condo | DEFS 11941-11942 | No objection |
| DX 62 | 1995-09-15 Amor Handwritten Statement | DEFS 11943 | No objection |
| DX 63 | 1995-09-15 Amor Miranda Waiver | DEFS 13006 | No objection |
| DX 64 | 1995-09-15 Amor Booking Photo | DEFS 12163 | Rule 802; relevance. Rule 901; foundation |
| DX 65 | 1995-09-15 NPD Property Report re Bottle of Alcohol (Cunningham) | Pl. Amor 10485 | Rule 802; hearsay |
| DX 66 | 1995-09-15 NPD Property Report re Tina Miceli Written Statement (Cross) | Pl. Amor 17264-17268 | Rule 802; hearsay |
| DX 67 | 1995-09-15 DeKalb Co Booking Photo | SDT-DEKALB 12 | Rule 401; relevance. Rule 901; foundation |
| DX 68 | 1995-09-15 Powers Consent to Search re: Burn Pattern | DEFS 12536 | Rule 802; hearsay; Rule 401; relevance |
| DX 69 | 1995-09-15 Tina Miceli Handwritten Statement | DEFS 11963-11966 | Rule 802; hearsay |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 70 | 1995-09-18 O'Brien Polygraph Report re: Tina Miceli | DEFS 12528-12529 | Rule 802; hearsay |
|---|---|---|---|
| DX 71 | 1995-09-19 DCSO Lab Report | Pl. Amor 1877-1878 | Rule 802; hearsay |
| DX 72 | 1995-09-20 Kushner Report | DEFS 12268-12270 | Rule 802; hearsay; objections as stated in Plaintiff's Daubert motion re Kushner |
| DX 73 | 1995-09-29 Diagram of Layout v.3 - from Kragh Engineering | DEFS 5571 | No objection |
| DX 74 | 1995-09-29 Diagram of Layout v.4 - from Kragh Engineering | DEFS 5576 | No objection |
| DX 75 | 1995-09-29 Ferreri Report on Test Burn | DEFS 11998-12002 | Rule 802; hearsay; objections as stated in Plaintiff's Daubert motion re Ferreri |
| DX 76 | 1995-10-02 Marianne Miceli Autopsy and Tox Reports (Teas) | DEFS 12005-12011 | Rule 802; hearsay |
| DX 77 | 1995-10-03 Amor Miranda Waiver | DEFS 12501 | No objection |
| DX 78 | 1995-10-03 Petition for Dissolution of Marriage Miceli v. Amor 95 D 2614 | SDT-DCPDO 5760-5762 | Rule 802; hearsay. Rule 403 (as to para. 5) |
| DX 79 | Illinois State Fire Marshal Adult Arrest Data (Kushner) | SDT-ISFM 08-09 | Rule 802; hearsay |
| DX 80 | 1995-10-04 Reid Polygraph Consent, Medical Data Sheet | SDT-REID 14-15 | The exhibit is compound and should be divided. Plaintiff reserves objections to hearsay and foundation. |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 81 | 1995-10-04 Masokas Polygraph Notes | SDT-REID 47, 49 | Rule 802; hearsay |
|---|---|---|---|
| DX 82 | 1995-10-04 Reid Polygraph Case History | SDT-REID 21-22 | Rule 802; hearsay |
| DX 83 | 1995-10-04 Reid Polygraph Markings Chart | SDT-REID 63-76 | Rule 802; hearsay |
| DX 84 | 1995-10-04 Reid Polygraph Test Notes | SDT-REID 46 | Rule 802; hearsay |
| DX 85 | 1995-10-04 Amor Handwritten Confession | DEFS 12502 | No objection |
| DX 86 | 1995-10-04 Amor Interview (10-4-95) Guerrieri, Cross (Audio) | SDT-SAO 22962 | Rule 403 (the transcription is sufficient) |
| DX 87 | 1995-10-04 Amor Interview Stmt, Nigohosian (Audio) | SDT-SAO 22963 | Rule 403 (the transcription is sufficient) |
| DX 88 | 1995-10-04 Amor Interview Transcript with Officers | SDT-SAO 10690-10692 | No objection |
| DX 89 | 1995-10-04 Amor Interview Transcript with Officers & Nigohosian | SDT-SAO 3413-3420 | No objection |
| DX 90 | 1995-10-04 Nigohosian Notes re Amor Interview | SDT-SAO 3411-3412 | Rule 802; hearsay |
| DX 91 | 1995-10-04 Criminal Complaint | DEFS 830-831 | Rule 403 (unnecessary and unduly prejudicial); Rule 802; hearsay |
| DX 92 | 1995-10-04 NPD Booking Photo | DEFS 5282 | Rule 901; foundation |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 93 | 1995-10-04 NPD Detention and Screening Forms | DEFS 11971-11972 | Rule 802; hearsay |
|---|---|---|---|
| DX 94 | 1995-10-04 DuPage County Jail Intake Form | DEFS 12530 | Rule 802; hearsay |
| DX 95 | 1995-10-04 DuPage County Booking Photo | DEFS 5281 | Cumulative. See DX 92; Rule 901; foundation |
| DX 96 | 1995-10-04 DuPage County Jail Booking Medical/Mental Health Screen Amor | SDT-DCJ 78-79 | Rule 802; hearsay |
| DX 97 | 1995-10-04 DuPage County Jail Suicide Prevention Screening Amor | SDT-DCJ 80 | Rule 802; hearsay |
| DX 98 | 1995-10-04 DuPage County Jail Incident Report (O'Riordan) | SDT-DCJ 85 | Rule 802; hearsay |
| DX 99 | 1995-10-04 Mittimus Failure to Give Bail | DEFS 833 | Rule 802; hearsay; Rule 403 (not necessary to establish an undisputed fact) |
| DX 100 | 1995-10-09 Glisson Handwritten Statement | DEFS 11955-11958 | Rule 802; hearsay; Rule 701; improper lay opinion; Rule 602; no personal knowledge |
| DX 101 | 1995-10-10 Diagram of Layout v. 1 - NFD Closure Report (Ferreri) | DEFS 5546 | Cumulative; see DX 50, 73, 74 |
| DX 102 | 1995-10-10 NFD Closure Report (Ferreri) | DEFS 12049 | Rule 802; hearsay; objection for the reasons in Plaintiff's Daubert motion as to Ferreri |
| DX 103 | 1995-10-18 ROP - Grand Jury Hearing Testimony of Marilyn Glisson | Pl. Amor 212-233 | Rule 802; hearsay; see Plaintiff's Motion in Limine to bar this transcript |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 104 | 1995-10-25 ROP - Grand Jury HearingTestimony of Michael Cross | DEFS 4238-4259 | Rule 802; hearsay |
|--------|---------------------------------------------------------------|----------------|-------------------|
| DX 105 | 1995-10-19 State Farm Fire Policy Status | DEFS 12361 | Rule 802; hearsay; Rule 901; foundation |
| DX 106 | 1995-10-19 State Farm Insurance Policy | DEFS 12362-12384 | Rule 802; hearsay; Rule 901; foundation |
| DX 107 | 1995-10-20 Reid Polygraph Report re: Amor | DEFS 11853-11855 | Rule 802; hearsay |
| DX 108 | 1995-10-22 Amor Letter to Shelley Williams | Pl. Amor 038498-038499 | Rule 401; relevance |
| DX 109 | 1995-10-25 Indictments 95 CF 2075 | DEFS 4260-4265 | Rule 802; hearsay; Rule 403 (not necessary to establish an undisputed fact) |
| DX 110 | 10-28-1997 Sentencing Orders 95 CF 2075 | SDT-SAO 532-533 | Rule 802; hearsay; Rule 403 (not necessary to establish an undisputed fact). Plaintiff's MIL # 18 |
| DX 111 | 1995-11-01 Nigohosian Memo re: Amor Interview | DEFS 12551-12555 | Rule 802; hearsay |
| DX 112 | 1995-11-03 Kragh Engineering, John Gust Report | DEFS 487-490 | Rule 802; hearsay |
| DX 113 | 1995-11-09 ROP - Coroner Inquest HearingTestimony of David Ferreri, Michael Cross | SDT-SAO 18460-18486 | Rule 802; hearsay |
| DX 114 | 1995-11-14 Condo Layout Diagram | DEFS 12748 | Cumulative |
| DX 115 | 1995-11-14 Diagram of Layout v. 5 - NPD | DEFS 116-117 | Cumulative |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 116 | 1995-11-14 Diagram of Layout v. 4-5 | DEFS 118-119 | Cumulative |
|---|---|---|---|
| DX 117 | 1995-12-14 Ferreri Supplemental Report | DEFS 12089 | Rule 802; hearsay. Objection for the reasons stated in Plaintiff's Daubert motion as to Ferreri |
| DX 118 | 1996 - David Ferreri CV | DEFS 5323-5324 | Rule 802; hearsay |
| DX 119 | 1996-01-08 Motion to Suppress Statements | DEFS 871-874 | Rule 802; hearsay. Not useable to impeach Mr. Amor |
| DX 120 A-J | 1996 Photos of NPD Interview Room with notes | DEFS 5283-5292 | No objection |
| DX 121 | 1996-02-26 ROP - Motion to Suppress Hearing Testimony of Michael Cross, Robert Guerrieri | DEFS 3006-3131 | Rule 802; hearsay |
| DX 122 | 1996-02-27 ROP 10.00am - MTSS Nigohosian Testimony | DEFS 2948, 2952-2978 | Rule 802; hearsay |
| DX 123 | 1996-02-27 ROP AM - Motion to Suppress Hearing Testimony of Brian Nigohosian, William Amor | DEFS 2948-3005 | Rule 802; hearsay (except for William Amor testimony ruling on appropriate designations for reading) |
| DX 124 | 1996-02-27 ROP AM, PM - MTSS Amor Testimony | DEFS 2948-2949, 2980-3003, 2862-2944 | No objection, subject to ruling on appropriate designations for reading |
| DX 125 | 1996-02-27 ROP PM - Motion to Suppress Hearing Testimony of Robert Guerrieri, Michael Masokas | DEFS 2862-2947 | No objection to William Amor's MTS testimony (after ruling on appropriate designations). Rule 802; hearsay as to other witnesses |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 126 | 1996-03-06 ROP 1.30pm - Motion to Suppress Hearing | DEFS 2759-2861 | Rule 802; hearsay |
|---|---|---|---|
| DX 127 | 1996-03-25 ROP - Motion to Suppress Hearing re: Ruling | DEFS 2750-2758 | Rule 802; hearsay; Rule 401 and Rule 403; the court's ruling pertains to an issue to be decided by the jury in this trial |
| DX 128 | 1996-03-25 Order - MTSS Denied | DEFS 854 | Rule 802; hearsay; Rule 401 and Rule 403; the court's ruling pertains to an issue to be decided by the jury in this trial |
| DX 129 | 1996-11-19 Chiapetta Report | SDT-SAO 3578-3582 | Rule 802; hearsay |
| DX 130 | 1997-04-16 Chiapetta Report | SDT-SAO 3583-3585 | Rule 802; hearsay |
| DX 131 | 1997-09-09 ROP 1.30pm - TRIAL | DEFS 2179-2473 | Rule 802; hearsay. Rule 401; relevance (as to jury selection) |
| DX 132 | 1997-09-10 ROP AM 9:30am - TRIAL Testimony of Steven Born, Christopher Brazzale, Andrew Knuth | DEFS 1896-1993 | Rule 802; hearsay |
| DX 133 | 1997-09-10 ROP 1:30pm - TRIAL Testimony of Andrea Haidu, Pamela Leavenworth, James Bedell, Michael Cross, Robert Guerrieri | DEFS 1716-1895 | Rule 802; hearsay |
| DX 134 | 1997-09-11 ROP 9:30am - TRIAL Testimony of Robert Guerrieri, Norita Condon, Brian Cunningham, Mark Carlson, Brian Nigohosian | DEFS 1587-1715 | Rule 802; hearsay |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 135 | 1997-09-11 ROP 1:30pm - TRIAL<br>Testimony of Brian Nigohosian, Elizabeth Guerrero, David Ferreri, Mitchell Kushner | DEFS 1405-1586 | Rule 802; hearsay |
|--------|-----------------------------------------|----------------|-------------------|
| DX 136 | 1997-09-12 ROP 9:30am - TRIAL<br>Testimony of Mitchell Kushner, Michael Manion, Tina Miceli, Dr. Shaku Teas | DEFS 1331-1404 | Rule 802; hearsay |
| DX 137 | 1997-09-16 ROP AM - TRIAL<br>Testimony of Dr. Michael Chiapetta,<br>Tina Miceli, Russell Wiedemann | DEFS 1134-1218 | Rule 802; hearsay except as to the testimony of Dr. Chiapetta, portions of which should be designated for reading in light of Dr. Chiapetta's death |
| DX 138 | 1997-09-16 ROP AM - TRIAL<br>Testimony of Dr. Michael Chiapetta, | DEFS 1134, 1142-1192 | Testimony of Dr. Chiapetta should be designated for reading in light of Dr. Chiapetta's death |
| DX 139 | 1997-09-16 ROP PM 1:30pm - TRIAL<br>Testimony of Elizabeth Guerrero | DEFS 1219-1233 | Rule 802; hearsay |
| DX 140 | 1997-09-17 ROP AM - TRIALTestimony of John Gust | AMOR 1216-1434 | Rule 802; hearsay |
| DX 141 | 1997-09-17 ROP PM 1:30pm - TRIAL | SDT-SAO 17107-17271 | Rule 802; hearsay |
| DX 142 | 1997-10-28 Pamela Levenworth Victim Impact Statement | DEFS 1131-1133 | Rule 802; hearsay. Rule 701; improper lay opinion. Rule 601, lack of personal knowledge. Plaintiff's MIL #18 |
| DX 143 | 1997-10-28 ROP - Sentencing Hearing<br>Testimony of Jeanne Ripsky, Tina Miceli, Pamela Leavenworth,<br>Shelly Williams | DEFS 2488-2561 | Rule 802; hearsay. Plaintiff's MIL #18 |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 144 | 1997-10-28 Tina Miceli Victim Impact Statement | DEFS 1128-1129 | Rule 802; hearsay. Rule 701; improper lay opinion. Plaintiff's MIL #18 |
|---|---|---|---|
| DX 145 | 1999-04-05 Appellate Rule 23 Order | DEFS 3965-4006 | Rule 802; hearsay. Rule 401; relevance |
| DX 146 | 2017 Innocence Project Packet of Materials to SAO | SDT-SAO 5021-5155 | Rule 802; hearsay. Rule 401; relevance |
| DX 147 | 2007-01-26 Kassin-Leo - Police Interviewing & Interrogation | -NO STAMP- | Rule 401; relevance. Rule 802; hearsay. |
| DX 148 | 2012-09-21 Cook Memo re: Tina Miceli Interview | Pl. Amor 5929-5931 | Rule 802; hearsay. Objection to the use of Tina's statement to Nichols Cook re Mr. Amor's statement to her for reasons set forth in Plaintiff's motion in limine |
| DX 149 | 2013-12-13 IDOC Call Between Cook and Amor | SDT-IDOCINTEL 22 | Rule 802; hearsay as to the statements of Nichols Cook. Rule 401; relevance |
| DX 150 | 2014-12-24 Douglas Carpenter Affidavit | Pl. Amor 21200-21277 | No objection |
| DX 151 | 2015-01-29 Amor Motion for 1st Successive Petition of Post-Conviction Relief | DEFS 3260-3590 | Rule 802; hearsay; Rule 401; relevance. Rule 403 (confusion of the issues) |
| DX 152 | 2015-10-15 Court Ruling Granting Motion for Leave to file Post-Conviction Petition | DEFS 3225-3235 | Rule 802; hearsay; Rule 401; relevance. Rule 403 (confusion of the issues) |
| DX 153 | 2015-10-30 Amor Statement to SAO | SDT-SAO 5300-5380 | Subject to appropriate designation for reading, no objection |
| DX 154 | 2016-01-08 John Golder Report | Pl. Amor 008533-008547 | Rule 802; hearsay |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 155 | 2016-05-10 Cook-Kaeseberg Letter to SAO | SDT-SAO 6867-6872 | Rule 802; hearsay; Rule 401; relevance |
|---|---|---|---|
| DX 156 | 2016-08-31 John DeHaan Report | SDT-SAO 11611-11623 | Rule 802; hearsay |
| DX 157 | 2016-12-09 DuPage County Jail Medical/Mental Health Intake Screening Amor | SDT-DCJ 93-98 | Rule 802; hearsay. Rule 401; relevance. |
| DX 158 | 2016-12-12 ROP PC Hearing - Douglas Carpenter | SDT-SAO 17361-17511 | Rule 802; hearsay |
| DX 159 | 2016-12-13 ROP PC Hearing - Douglas Carpenter | SDT-SAO 15931-16188 | Rule 802; hearsay |
| DX 160 | 2016-12-14 ROP AM - PC Hearing - John DeHaan | SDT-SAO 15753-15818 | Rule 802; hearsay |
| DX 161 | 2016-12-14 ROP PM - PC Hearing - John DeHaan | SDT-SAO 15819-15930 | Rule 802; hearsay |
| DX 162 | 2016-12-15 ROP AM - PC Hearing - John Golder | SDT-SAO 15412-15484 | Rule 802; hearsay |
| DX 163 | 2016-12-15 ROP PM - PC Hearing - John Golder | SDT-SAO 15572-15736 | Rule 802; hearsay |
| DX 164 | 2016-12-16 ROP PC Hearing - John Golder | SDT-SAO 15485-15571 | Rule 802; hearsay |
| DX 165 | 2017-03-20 Amor Post-Hearing Brief in Support of Post-Conviction | DEFS 3782-3848 | Rule 802; hearsay; Rule 401 (relevance). |
| DX 166 | 2017-04-06 Order re: Post-Conviction Relief | AMOR 2886-2897 | Rule 802; hearsay |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 167 | 2017-04-13 DuPage County Jail Medical/Mental Health Intake Screening Amor | SDT-DCJ 105-109 | Rule 802; hearsay. Rule 401; relevance |
|---|---|---|---|
| DX 168 | 2017-05-23 Tina Miceli Statement | SDT-SAO 21732-21809, 21918-21991, 21717-21731, 21810-21820, 21551-21641, 21821-21917, 21642-21716, 21992-22047 | Rule 802; hearsay |
| DX 169 | 2017-06-12 IDOC Offender Rec for Early Discharge | SDT-TCC 647-648 | Rule 802; hearsay; Rule 401; relevance |
| DX 170 | 2017-09-12 ROP re: Motions | -NO STAMP- | Rule 802; hearsay. Rule 401; relevance. Rule 403 (confusion of the issues) |
| DX 171 | 2017-09-12 Order | DEFS 3957 | Rule 802; hearsay. Rule 401; relevance. Rule 403 (confusion of the issues) |
| DX 172 | 2018-01-04 David Smith Report | AMOR 2847-2851 | Rule 802; hearsay |
| DX 173 | 2018-01-24 ROP - 2nd Trial Testimony of Steven Born, Christopher Brazzale, Norita Condon, Dr. Shaku Teas, Elizabeth Guerrero, Pamela Leavenworth | AMOR 1527-1730 | Rule 802; hearsay |
| DX 174 | 2018-01-25 ROP AM - 2nd Trial Testimony of Tina Miceli | AMOR 1731-1822 | Rule 802; hearsay |
| DX 175 | 2018-01-25 ROP PM - 2nd Trial Testimony of Brian Cunningham, Robert Guerrieri | AMOR 2963-3139 | Rule 802; hearsay |
| DX 176 | 2018-01-26 ROP - 2nd TrialTestimony of Michael Cross,Brian Nigohosian | AMOR 1823-2025 | Rule 802; hearsay |
| DX 177 | 2018-01-29 ROP - 2nd Trial Testimony of Sean Tyler, Gregory Ruhle, James Harding, Douglas Carpenter | AMOR 2026-2192 | Rule 802; hearsay |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 178 | 2018-01-30 ROP - 2nd Trial Testimony of Douglas Carpenter, Alexander Woitovich | AMOR 2193-2281 | Rule 802; hearsay |
|--------|--------------------------------------------------------------------------------|----------------|-------------------|
| DX 179 | 2018-01-31 ROP - 2nd Trial Testimony of John DeHaan, Gregory DeClue | AMOR 2282-2496 | Rule 802; hearsay |
| DX 180 | 2018-02-01 ROP - 2nd Trial Testimony of David Smith | AMOR 2497-2594 | Rule 802; hearsay |
| DX 181 | 2018-02-02 ROP - 2nd Trial Testimony of John Golder | AMOR 2595-2798 | Rule 802; hearsay |
| DX 182 | 2018-02-21 ROP - 2nd Trial re: Ruling Hearing | AMOR 2799-2820 | Rule 802; hearsay; Rule 401; relevance. Rule 403 (confusion of the issues) |
| DX 183 | 2018-02-21 Order Trial - Not Guilty Verdict | AMOR 2906-2912 | Rule 802; hearsay; Rule 401; relevance. Rule 403 (confusion of the issues) |
| DX 184 | 2018-04-09 Plaintiff's Complaint | -NO STAMP- | Rule 802; hearsay; Rule 401; relevance. Rule 403 (confusion of the issues) |
| DX 185 | 2018-04-10 Petition for Certificate of Innocence | -NO STAMP- | Rule 802; hearsay; Rule 401; relevance. Rule 403 (confusion of the issues) |
| DX 186 | 2018-05 SAO's Motion to Dismiss Amor's Petition for Certificate of Innocence | AMOR 2931-2962 | Rule 802; hearsay; Rule 401; relevance. Rule 403 (confusion of the issues) |
| DX 187 | 2018-09-19 Amor Affidavit regarding representation | Unstamped | Rule 802; hearsay; Rule 401; relevance. Rule 403 (confusion of the issues) |
| DX 188 | 2018-11-14 Douglas Carpenter Report in OK v. Posey | Pl. Amor 39270-39375 | Rule 802; hearsay. Rule 401; relevance |
| DX 189 | 2019-03-20 Petitioner's Reply re: Certificate of Innocence | -NO STAMP- | Rule 802; hearsay; Rule 401; relevance. Rule 403 (confusion of the issues) |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 190 | 2019-05-06 ROP re: Certificate of Innocence Hearing | -NO STAMP- | Rule 802; hearsay; Rule 401; relevance. Rule 403 (confusion of the issues) |
|---|---|---|---|
| DX 191 | 2019-05-06 Order - Certificate Of Innoocence Denied | -NO STAMP- | Rule 802; hearsay; Rule 401; relevance. Rule 403 (confusion of the issues) |
| DX 192 | 2019-08-07 Brian Nigohosian Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 193 | 2019-08-12 Jon Ripsky Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 194 | 2019-09-10 Dr. Michael Welner Fee Agreement | WELNER 139-142 | Rule 802; hearsay |
| DX 195 | 2019-10-14 Williams-Cook Texts re Amor Intervention | Pl. Amor 38934-38938 | Rule 802; hearsay. Rule 401; relevance. Rule 403 (confusion of the issues). See Plaintiff's MIL # 15 |
| DX 196 | 2019-11-05 Michael Masokas Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 197 | 2019-11-05 Masokas Drawing of Polygraph Room | -NO STAMP- | Rule 802; hearsay |
| DX 198 | 2019-11-19 Michael Cross Medical Records from DuPage Medical Group | DEFS 14379-14415 | Rule 802; hearsay. Rule 901 (foundation). Rule 401. |
| DX 199 | 2020-02-07 Robert Guerrieri Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 200 | 2020-02-28 Brian Cunningham Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 201 | 2020-03-05 William E. Amor Deposition Transcript | -NO STAMP- | Subject to rulings as to what is appropriate |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| | | | to designate for reading, no objection. |
|---|---|---|---|
| DX 202 | 2020-03-05 Diagram with William Amor Notes | DEFS 5308 (Amor Dep. Ex. 2) | No objection |
| DX 203 | 2020-03-05 9/15/1995 Statement with Amor Notes | SDT-SAO 695-697 (Amor Dep. Ex. 4) | No objection |
| DX 204 | 2020-03-05 10/4/1995 Statement with Amor Notes | DEFS 818 (Amor Dep. Ex. 7) | No objection |
| DX 205 | 2020-03-05 William E. Amor Depostion Video | -NO STAMP- | Subject to rulings as to what is appropriate to designate for reading, no objection. |
| DX 206 | 2020-03-13 David Bayer Depostion Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 207 | 2020-03-13 Nicholas O'Riordan Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 208 | 2020-03-13 Dr. Nicholas O'Riordan CV | -NO STAMP- | Rule 802; hearsay |
| DX 209 | 2020-03-13 Tina Miceli Deposition Transcript Vol. 1 | -NO STAMP- | Rule 802; hearsay |
| DX 210 | 2020-03-14 Tina Miceli Deposition Transcript Vol. 2 | -NO STAMP- | Rule 802; hearsay |
| DX 211 | 2020-03-25 Erica Nichols Cook Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 212 | 2020-05-20 Lauren Kaeseberg Deposition Transcript | -NO STAMP- | Rule 802; hearsay |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 213 | 2020-07-15 Michael Anders Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 214 | 2020-07-15 Michael Sullivan Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 215 | 2020-08-06 Shelley Williams Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 216 | 2020-09-11 David Ferreri Deposition Transcript | -NO STAMP- | Rule 802; hearsay. Objection for the reasons stated in Plaintiff's Daubert motion as to Ferreri |
| DX 217 | 2020-09-28 Mitchell Kushner Deposition Transcript | -NO STAMP- | Rule 802; hearsay. Objection for the reasons stated in Plaintiff's Daubert motion as to Kushner |
| DX 218 | 2020-10-16 Michael Cross Deposition Transcript | -NO STAMP- | Subject to Plaintiff's Motions in Limine and subject to rulings as to appropriate designation for reading, no objection. |
| DX 219 | 2020-10-16 Michael Cross Deposition Video | -NO STAMP- | Subject to Plaintiff's Motions in Limine and subject to rulings as to appropriate designation for reading, no objection. |
| DX 220 | 2021 NFPA 921 | -NO STAMP- | No objection to the identification and use of this document. It should not go to the jury. |
| DX 221 | 2021-01-22 Leo Excluded Instances | Leo Subpoena Response 13-15 | Rule 802; hearsay |
| DX 222 | 2021-01-22 (1996) Leo - Inside the Interrogation Room | -NO STAMP- | Rule 802; hearsay |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 223 | 2021-01-22 (1997) Leo & Ofshe - The Social Psychology of Police Interrogation | -NO STAMP- | Rule 802; hearsay |
| DX 224 | 2021-01-22 (1998) Leo - The Consequences of False Confessions | -NO STAMP- | Rule 802; hearsay |
| DX 225 | 2021-01-22 (2004) Leo & Drizin - The Problem of False Confession in The Post-DNA World | -NO STAMP- | Rule 802; hearsay |
| DX 226 | 2021-01-22 (2016) Leo & Cutler - False Confessions in the Twenty-First Century | -NO STAMP- | Rule 802; hearsay |
| DX 227 | 2021-02-23 Leo Invoice | Leo Subpoena Response 16-19 | Rule 802; hearsay |
| DX 228 | 2021-03-31 Douglas Carpenter Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 229 | 2021-04-12 Richard Leo Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 230 | 2021-04-14 Michael Cross Medical Records | ARVANITAKIS 1536-1545 | Rule 802; hearsay. Rule 901 (foundation). Rule 401. |
| DX 231 | 2021-05-19 Daniel Sosnowski Fee Agreement | Pl. Amor 39730 | Rule 802; hearsay |
| DX 232 | 2021-06-17 Dr. Zoe Arvanitakis Expert Report re: Cross | ARVANITAKIS 01-07 | Rule 802; hearsay. Rule 401; relevance. |
| DX 233 | 2021-06-17 Dr. Zoe Arvanitakis CV | ARVANITAKIS 08-54 | Rule 802; hearsay |
| DX 234 | 2021-06-17 Rick Brown Expert Report | BROWN 01-25 | Rule 802; hearsay |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 235 | 2021-06-17 Rick Brown Expert Report Amendment to Documents and Materials Reviewed | BROWN 42-43 | Rule 802; hearsay |
|---|---|---|---|
| DX 236 | 2021-06-17 Rick Brown CV | BROWN 29-41 | Rule 802; hearsay |
| DX 237 | 2021-06-17 David Icove Expert Report | ICOVE 01-116 | Rule 802; hearsay. Objection for the reasons in Plaintiff's Daubert motion as to Icove |
| DX 238 | 2021-06-18 Dr. Michael Welner Expert Report | -NO STAMP- | Rule 802; hearsay. Objection for the reasons in Plaintiff's Daubert motion as to Welner |
| DX 239 | 2021-06-18 Dr. Michael Welner CV | WELNER 51-77 | Rule 802; hearsay |
| DX 240 | 2021-06-18 Dr. Michael Welner Testimony History | WELNER 49-50 | Rule 802; hearsay |
| DX 241 | 2021-07-01 Scott Engagement Letter and Billing | Pl. Amor 39793-39797 | Rule 802; hearsay |
| DX 242A | 2021-07-02 Daniel Sosnowski Invoice | Pl. Amor 39731 | Rule 802; hearsay |
| DX 242B | 2021-07-02 Daniel Sosnowski Preliminary Expert Report | Pl. Amor 39739-39742 | Rule 802; hearsay |
| DX 243 | 2021-08-17 David Icove Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 244 | 2021-08-20 Michael Welner Deposition Transcript | -NO STAMP- | Rule 802; hearsay |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 245 | 2021-08-23 Rick Brown Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
|---|---|---|---|
| DX 246 | IACP Model Policy Interrogations and Confessions 2004 | Brown 26-28 | Rule 802; hearsay |
| DX 247 | Police Executive Research Forum "Promoting Effective Homicide Investigations" 2007 | -NO STAMP- Ex. 9 to Scott Daubert Motion | Rule 802; hearsay |
| DX 248 | 2021-08-27 Zoe Arvanitakis Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 249 | 2021-09-24 Andrew Scott Rebuttal Expert Report | -NO STAMP- | Rule 802; hearsay |
| DX 250 | 2021-09-24 Daniel Sosnowski Expert Report Updated | -NO STAMP- | Rule 802; hearsay |
| DX 251 | 2021-11-30 Daniel Sosnowski Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 252 | 2021-11-30 Daniel Sosnowski CV | -NO STAMP- | Rule 802; hearsay |
| DX 253 | 2021-11-30 Daniel Sosnowski CV Updated | Pl. Amor 39732-39238 | Rule 802; hearsay |
| DX 254 | 2021-12-02 Andrew Scott Deposition Transcript | -NO STAMP- | Rule 802; hearsay |
| DX 255 | 2021-12-02 Andrew Scott CV | -NO STAMP- | Rule 802; hearsay |
| DX 256 | 2021-12-02 Andrew Scott Notes | Pl. Amor 39743-39753 | Rule 802; hearsay |

Amor v. Cross, et al.
*18 CV 2523*
Defendants' Exhibit List

| DX 257 | 2021-12-17 Michael Cross Declaration | -NO STAMP- | Rule 802; hearsay |
| DX 258 | 2022-08-04 William Amor Will, Trust, Living Trust | -NO STAMP- | Rule 401; relevance |
| DX 259 | 2022-08-25 William Amor Deposition Transcript - Amor v. Reid | -NO STAMP- | Subject to rulings on appropriate designation for reading, no objection. |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on June 28, 2024, he caused the foregoing document to be served on all counsel of record by filing the same using the Court's CM/ECF system, which automatically effected service on all counsel of record.


       /s/     Jon Loevy