*Amor v. Cross, et al.*
Case No. 18-CV-2523
Our File No. 18-4078

# EXHIBIT A

# Corrected Exhibit A for Dkt. 239-2 Defendants' Motion to Bar Dr. Richard Leo

William Amos _____ have been advised of my rights and do understand these; I do give this statement voluntarily and of my own free will:

On Sunday Sept. 10th watched football from 12pm to approx. 6:20pm. Marianne Micali and Tina Amos were watching on and off with me. At about 1:15pm they both left to go pick up a pizza at Edwardos and came back about 2:15pm. I had a bottle of vodka on the coffee table and a glass and ashtray on the floor in front of the T.V. There was a Chicago Tribune on the floor between the couch and coffee table. There was a scented candle lit also on the coffee table. I went to refill my drink and by accident knocked over the vodka bottle spilling it on the newspapers. I felt it would cause no harm so I didn't wipe off the paper. Upon leaving at 6:20pm I don't recall blowing out the candle and cannot remember when and where I put out my last cigarette.

NOTARY _____

DATE 9/15/95

SIGNED William Amos

WITNESS Brian C_____

95-40030

FLOOR LAYOUT AT 218 E. BAILEY RD. APARTMENT M.
3 X's REPRESENT ONE CANDLE, ONE BOTTLE OF VODKA (750 ML) +
ON TABLE
+ FLOOR NEXT SUNDAY TRIBUNE NEWSPAPERS ON FLOOR.
TO TABLE
LAST X ON FLOOR REPRESENTS ASHTRAY + A GLASS WITH VODKA

NOTE CANDLE ON TABLE WAS LIGHTED



9:20 PM
9-15-95

THIS DIAGRAM REPRESENTS WHAT I RECALL AS I
WATCHED FOOTBALL ON SUNDAY 9-10-95 UP UNTIL APPROXIMATELY
6:20 PM. I DID SPILL THE BOTTLE OF VODKA OVER ON TO
THE NEWSPAPERS LAYING NEXT TO THE CHAIR AND TABLE AS SHOWN.
THIS IS TRUE AND ACCURATE AS I RECALL IT. KC 193

DET. B. Dain

SDT-SAO 695

PATIO DOOR HAD VERTICAL BLINDS MADE OF A WOVEN CLOTH
THEY WOULD OPEN TO THE LEFT

THE REAR OF THE TV HAD NOTHING ON FLOOR

VCR WAS UNDER THE TV ON THE TV STAND

VIDEO TAPES (APPROX. 15) WERE IN TV STAND

NOTHING IN BETWEEN CHAIR & TV IN FRONT OF PATIO DOORS.

TV WAS SHUT OFF
NO LIGHTNING OUTSIDE
AIR CONDITIONING NOT RUNNING
NO SMOKE OR SPARKS FROM TV

KC - 144

SDT-SAO 696