# EXHIBIT F



# Transcript of Michael Cross

**Date:** October 16, 2020
**Case:** Amor -v- Officer Cross, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF ILLINOIS

 3                    EASTERN DIVISION

 4    ----------------------------x

 5    WILLIAM AMOR,                 :

 6              Plaintiff,          :

 7       v.                         :   Case No. 18-cv-2523

 8    OFFICER MICHAEL CROSS,        :

 9    et al.,                       :

10              Defendants.    :

11    ----------------------------x

12

13       Videotaped Deposition of MICHAEL CROSS

14              Naperville, Illinois

15              Friday, October 16, 2020

16                    9:42 a.m.

17

18

19

20

21

22    Job No.:  327818

23    Pages:  1 - 320

24    Reported by:  Paula M. Quetsch, CSR, RPR
```

Transcript of Michael Cross
Conducted on October 16, 2020                              2

1      Videotaped deposition of MICHAEL CROSS, held at

2   the location of:

3

4           NAPERVILLE MUNICIPAL CENTER

5           400 South Eagle Street

6           Naperville, Illinois 60540

7           (630) 420-6111

8

9

10

11      Pursuant to notice before Paula M. Quetsch, a

12   Certified Shorthand Reporter, Registered

13   Professional Reporter, and a Notary Public in and

14   for the State of Illinois.

15

16

17

18

19

20

21

22

23

24

Transcript of Michael Cross
Conducted on October 16, 2020                                    3

```
 1              A P P E A R A N C E S

 2   ON BEHALF OF THE PLAINTIFF:

 3        MARIAH GARCIA, ESQUIRE

 4        LOEVY & LOEVY

 5        311 North Aberdeen Street

 6        Third Floor

 7        Chicago, Illinois 60607

 8        (312) 243-5900

 9

10   ON BEHALF OF THE DEFENDANTS:

11        JOSEPH POLICK, ESQUIRE

12        THE SOTOS LAW FIRM

13        550 East Devon Avenue

14        Suite 150

15        Itasca, Illinois 60143

16        (630) 735-3300

17

18   ALSO PRESENT:

19        MASON DOUGLAS, Videographer

20

21

22

23

24
```

Transcript of Michael Cross
Conducted on October 16, 2020                    4

1                    C O N T E N T S

2    EXAMINATION OF MICHAEL CROSS              PAGE

3         By Ms. Garcia                          6

4         By Mr. Polick                        302

5         By Ms. Garcia                        318

6

7                    E X H I B I T S

8              (Attached to transcript.)

9

10   CROSS DEPOSITION EXHIBITS                 PAGE

11

12    Exhibit 1  Text Message                   87

13    Exhibit 2  Text Message                   88

14    Exhibit 3  DEFS 12779 to DEFS 12788      100

15    Exhibit 4  DEFS 12754 to DEFS 12761      109

16    Exhibit 5  DEFS 11273 to DEFS 11279      141

17    Exhibit 6  2018 Testimony, 28905 to 29107   196

18

19

20

21

22

23

24

Transcript of Michael Cross
Conducted on October 16, 2020                          5

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | 09:42:28 |
| 2 | THE VIDEOGRAPHER: Here begins Tape No. 1 in | 09:42:28 |
| 3 | the videotaped deposition of Michael Cross in the | 09:42:31 |
| 4 | matter of Amor v. Officer Cross in the Northern | 09:42:34 |
| 5 | District of Illinois, Case No. 18-CV-2523. | 09:42:38 |
| 6 | Today's date is October 16th, 2020. The | 09:42:44 |
| 7 | time on the video monitor is 9:42 a.m. The | 09:42:46 |
| 8 | videographer today is Mason Douglas, representing | 09:42:52 |
| 9 | Planet Depos. This video deposition is taking | 09:42:54 |
| 10 | place at 400 South Eagle Street, Naperville, | 09:42:55 |
| 11 | Illinois. | 09:42:57 |
| 12 | Would counsel please identify themselves | 09:42:58 |
| 13 | and state whom they represent. | 09:43:00 |
| 14 | MS. GARCIA: For the plaintiff, Mariah | 09:43:02 |
| 15 | Garcia. | 09:43:05 |
| 16 | MR. POLICK: For the Defendants Joseph | 09:43:05 |
| 17 | Polick, P-o-l-i-c-k, and also for the Witness | 09:43:08 |
| 18 | Michael Cross. | 09:43:12 |
| 19 | THE VIDEOGRAPHER: The court reporter | 09:43:14 |
| 20 | today is Paula Quetsch representing Planet Depos. | 09:43:15 |
| 21 | Would you please swear in the witness. | 09:43:26 |
| 22 | (Witness sworn.) | 09:43:26 |
| 23 | MICHAEL CROSS, | 09:43:26 |
| 24 | having been duly sworn, testified as follows: | 11:40:16 |

Transcript of Michael Cross
Conducted on October 16, 2020                    6

| | | |
|---|---|---|
| 1 | EXAMINATION BY COUNSEL FOR THE PLAINTIFF | 11:40:16 |
| 2 | BY MS. GARCIA: | 09:43:28 |
| 3 | Q  Mr. Cross, will you please state your name | 09:43:28 |
| 4 | and spell it for the record. | 09:43:31 |
| 5 | A  Michael M-i-c-h-a-e-l; Cross C-r-o-s-s. | 09:43:32 |
| 6 | MS. GARCIA:  And for the record, we are | 09:43:40 |
| 7 | socially distancing from the deponent.  The | 09:43:42 |
| 8 | deponent has asked if he can take his mask off with | 09:43:47 |
| 9 | the addition of preventative barriers and social | 09:43:51 |
| 10 | distancing in this deposition, and both counsel | 09:43:54 |
| 11 | have stipulated that that's all right with us. | 09:43:57 |
| 12 | So, Mr. Cross, please feel free to take | 09:43:58 |
| 13 | your mask off. | 09:44:02 |
| 14 | THE WITNESS:  Thank you. | 09:44:04 |
| 15 | Q  Mr. Cross, my name is Mariah Garcia, and I | 09:44:05 |
| 16 | am the attorney for the Plaintiff Bill Amor.  Have | 09:44:09 |
| 17 | you ever been deposed before, sir? | 09:44:13 |
| 18 | A  Yes. | 09:44:14 |
| 19 | Q  How many times? | 09:44:15 |
| 20 | A  Once. | 09:44:15 |
| 21 | Q  Once.  And were you a party in that case | 09:44:19 |
| 22 | of that deposition, or were you just the witness? | 09:44:21 |
| 23 | A  Party. | 09:44:24 |
| 24 | Q  In the case that you were deposed in before, | 09:44:24 |

Transcript of Michael Cross
Conducted on October 16, 2020                    7

| | | |
|---|---|---|
| 1 | what was the topic of the lawsuit? | 09:44:34 |
| 2 | A  Aggravated battery to a police officer. | 09:44:37 |
| 3 | Q  And were you the one who was being sued | 09:44:43 |
| 4 | for aggravated battery? | 09:44:46 |
| 5 | A  No. | 09:44:49 |
| 6 | Q  Who was being sued for aggravated battery? | 09:44:50 |
| 7 | A  Another officer.  I don't recall his name. | 09:44:55 |
| 8 | Q  Okay. | 09:44:57 |
| 9 | A  It's been a while. | 09:45:01 |
| 10 | Q  And why were you a party to the lawsuit? | 09:45:04 |
| 11 | MR. POLICK:  Objection to the form. | 09:45:07 |
| 12 | Go ahead, Mike, you can answer. | 09:45:11 |
| 13 | A  It was part of my job in the detective | 09:45:13 |
| 14 | division. | 09:45:16 |
| 15 | Q  What was the name of that case, sir? | 09:45:18 |
| 16 | A  Furstenau versus the City of Naperville -- | 09:45:33 |
| 17 | no, Furstenau versus the officer that I can't | 09:45:43 |
| 18 | remember his name. | 09:45:47 |
| 19 | Q  Do you remember how to spell Furstenau?  I | 09:45:47 |
| 20 | didn't understand. | 09:45:51 |
| 21 | A  Pardon me? | 09:45:51 |
| 22 | Q  Do you know how to spell Furstenau? | 09:45:52 |
| 23 | A  I believe it's F-e-r-s-t-i-n-e-u [sic]. | 09:45:56 |
| 24 | Q  And, Mr. Cross, how was that lawsuit | 09:46:02 |

Transcript of Michael Cross
Conducted on October 16, 2020                    8

| | | |
|---|---|---|
| 1 | resolved, if you know? | 09:46:06 |
| 2 | A  It was dismissed. | 09:46:06 |
| 3 | Q  I know you've been deposed in the past, so | 09:46:09 |
| 4 | you have some familiarity, but because we are in a | 09:46:15 |
| 5 | more unique situation today I'm just going to go | 09:46:20 |
| 6 | over some ground rules first.  Okay? | 09:46:22 |
| 7 | A  Okay. | 09:46:24 |
| 8 | Q  First, please keep your answers verbal and | 09:46:24 |
| 9 | audible.  Because we have the court reporter, | 09:46:29 |
| 10 | nodding your head and shaking your head is not | 09:46:31 |
| 11 | going to help her understand what you're saying. | 09:46:33 |
| 12 | Okay? | 09:46:36 |
| 13 | A  Okay. | 09:46:36 |
| 14 | Q  If I ask a question that you don't | 09:46:36 |
| 15 | understand, please let me know.  Otherwise, I'm | 09:46:40 |
| 16 | going to assume you understand what I'm saying, | 09:46:42 |
| 17 | and I'm going to expect a response.  Okay? | 09:46:44 |
| 18 | A  Okay. | 09:46:46 |
| 19 | Q  Let me finish my question before you answer. | 09:46:46 |
| 20 | I promise that I will let you answer any question | 09:46:48 |
| 21 | I have to the extent that you need to, but if | 09:46:51 |
| 22 | we're interrupting each other, it's again going to | 09:46:53 |
| 23 | hard for the court reporter.  Okay? | 09:46:57 |
| 24 | A  I understand. | 09:46:58 |

Transcript of Michael Cross
Conducted on October 16, 2020                9

| | | |
|---|---|---|
| 1 | Q  And if you need a break at any time, | 09:46:59 |
| 2 | please let me know.  All I ask is that you let me | 09:47:01 |
| 3 | finish my line of questioning before we take a | 09:47:05 |
| 4 | break.  Okay? | 09:47:06 |
| 5 | A  Okay. | 09:47:07 |
| 6 | Q  Mr. Cross, you're currently retired; correct? | 09:47:07 |
| 7 | A  Yes. | 09:47:11 |
| 8 | Q  When did you retire? | 09:47:11 |
| 9 | A  I believe it was 2019. | 09:47:13 |
| 10 | Q  2019?  And where did you retire from, sir? | 09:47:21 |
| 11 | A  Naperville Police Department. | 09:47:25 |
| 12 | Q  What position did you hold when you retired | 09:47:29 |
| 13 | in 2019? | 09:47:32 |
| 14 | A  I was a detective. | 09:47:32 |
| 15 | Q  Can you please tell me everything you did | 09:47:34 |
| 16 | to prepare for today's deposition? | 09:47:40 |
| 17 | A  I met with my attorney, and I studied my | 09:47:42 |
| 18 | reports and prior testimony. | 09:47:46 |
| 19 | Q  How many times did you meet with your | 09:47:48 |
| 20 | attorney? | 09:47:57 |
| 21 | A  Three times. | 09:47:58 |
| 22 | Q  And did you meet with your attorney over | 09:47:59 |
| 23 | the phone or in person? | 09:48:02 |
| 24 | A  In person. | 09:48:03 |

Transcript of Michael Cross
Conducted on October 16, 2020                    10

| | | |
|---|---|---|
| 1 | Q  Do you recall the first time approximately | 09:48:04 |
| 2 | you met with your attorney?  And by asking that, I | 09:48:11 |
| 3 | mean what date that was. | 09:48:14 |
| 4 | A  I don't recall the exact date. | 09:48:16 |
| 5 | Q  Do you have an approximation? | 09:48:18 |
| 6 | A  No. | 09:48:22 |
| 7 | Q  Was it a year ago? | 09:48:24 |
| 8 | A  It was before -- or since that. | 09:48:26 |
| 9 | Q  Since? | 09:48:30 |
| 10 | A  Less than a year. | 09:48:31 |
| 11 | Q  Less than a year?  Was it before or after | 09:48:33 |
| 12 | the COVID-19 lockdown in March? | 09:48:36 |
| 13 | A  After. | 09:48:39 |
| 14 | Q  After.  So would it be fair to say it was | 09:48:39 |
| 15 | sometime in the last seven months? | 09:48:42 |
| 16 | A  Yes. | 09:48:45 |
| 17 | Q  Okay.  And how long did you meet with your | 09:48:46 |
| 18 | attorney when you met with him or her for the | 09:48:58 |
| 19 | first time? | 09:49:06 |
| 20 | A  Several hours.  Two to three hours. | 09:49:06 |
| 21 | Q  How many lawyers were present at this | 09:49:10 |
| 22 | meeting? | 09:49:13 |
| 23 | A  Two. | 09:49:13 |
| 24 | Q  And were those lawyers Mr. Polick and | 09:49:15 |

Transcript of Michael Cross
Conducted on October 16, 2020                    11

```
1    Ms. Ranum?                                      09:49:26

2        A  Yes.                                     09:49:28

3        Q  Was anyone else present besides your     09:49:30

4    lawyers?                                        09:49:33

5        A  No.                                      09:49:33

6        Q  And the second time you met with your    09:49:34

7    attorneys, approximately how long ago was that time?  09:49:42

8        A  I'm not sure.                            09:49:47

9        Q  Was it less than three months ago or more  09:49:49

10   than three months ago?                          09:49:55

11       A  I'm not sure.                            09:49:55

12       Q  Was it very soon after your first meeting  09:49:57

13   or a while past?                                09:50:02

14       A  I can't tell you.  I don't recall.       09:50:03

15       Q  Was it within the last month?            09:50:05

16       A  No.  Before that.                        09:50:07

17       Q  Okay.  So would it be fair to say around  09:50:12

18   two months?                                     09:50:15

19       A  I told you I don't understand -- I don't  09:50:17

20   know -- I don't remember, I mean.               09:50:21

21       Q  Okay.  Well, we know it wasn't three months  09:50:22

22   ago but less than a month ago, so we'll just go in  09:50:25

23   that date range.  Okay?                         09:50:29

24       A  Sure.                                    09:50:30
```

Transcript of Michael Cross
Conducted on October 16, 2020                    12

1       Q   Okay.  At that second meeting were both       09:50:30

2   Mr. Polick and Ms. Ranum present or just one.         09:50:34

3       A   Just Mr. Polick.                              09:50:38

4       Q   Okay.  And how long was that meeting for?     09:50:39

5       A   Several hours.                                09:50:42

6       Q   Would you say two to three hours?             09:50:45

7       A   Several hours.                                09:50:51

8       Q   Is that less than four, more than four?       09:50:53

9       A   I don't recall.                               09:50:57

10      Q   And was that meeting in person or over the    09:50:58

11  phone?                                                09:51:02

12      A   In person.                                    09:51:02

13      Q   And the last and third meeting you had        09:51:03

14  with your attorneys, do you recall when that was?     09:51:09

15      A   Just recently.  Within the last week.         09:51:11

16      Q   And by "recently" -- oh, I'm sorry; I         09:51:16

17  jumped the gun on that question.  Was it just         09:51:22

18  Mr. Polick at that meeting?                           09:51:25

19      A   Yes.                                          09:51:26

20      Q   And how long was that meeting?                09:51:27

21      A   Several hours.                                09:51:30

22      Q   By "several hours," do you mean two to        09:51:32

23  three hours?                                          09:51:40

24      A   Several hours.                                09:51:40

Transcript of Michael Cross
Conducted on October 16, 2020                          13

| | | |
|---|---|---|
| 1 | Q  Was it more than six hours? | 09:51:41 |
| 2 | A  Several hours. | 09:51:43 |
| 3 | Q  So it could have been more than six hours? | 09:51:46 |
| 4 | MR. POLICK:  Objection; misstates the | 09:51:50 |
| 5 | witness' testimony. | 09:51:53 |
| 6 | You can answer over the objection. | 09:51:55 |
| 7 | A  Several hours. | 09:51:56 |
| 8 | Q  And you mentioned that you read over your | 09:51:58 |
| 9 | police reports and your prior testimony; correct? | 09:52:08 |
| 10 | A  Yes. | 09:52:11 |
| 11 | Q  And by "police reports," you mean the | 09:52:12 |
| 12 | supplemental reports you wrote in the investigation | 09:52:22 |
| 13 | into Mr. Amor; correct? | 09:52:26 |
| 14 | A  Correct. | 09:52:27 |
| 15 | Q  Did you read any police reports outside of | 09:52:27 |
| 16 | your own? | 09:52:29 |
| 17 | A  No. | 09:52:30 |
| 18 | Q  Did you read any of the fire department | 09:52:31 |
| 19 | reports in this matter? | 09:52:41 |
| 20 | A  No. | 09:52:42 |
| 21 | Q  Did you reread any of the letters written | 09:52:43 |
| 22 | by Bill Amor? | 09:52:47 |
| 23 | A  No. | 09:52:48 |
| 24 | Q  Did you reread Bill Amor's confession, | 09:52:48 |

Transcript of Michael Cross
Conducted on October 16, 2020                    14

| | | |
|---|---|---|
| 1 | either the one he hand wrote or a transcript of | 09:52:52 |
| 2 | the one given to Mr. Nigohosian? | 09:52:54 |
| 3 |     A  Yes. | 09:53:01 |
| 4 |     Q  Which of those did you read? | 09:53:01 |
| 5 |     A  Both. | 09:53:03 |
| 6 |     Q  And then you testified that you reviewed | 09:53:16 |
| 7 | your testimony; correct? | 09:53:18 |
| 8 |     A  Yes. | 09:53:20 |
| 9 |     Q  Did you review your grand jury testimony? | 09:53:22 |
| 10 |     A  I don't recall. | 09:53:25 |
| 11 |     Q  Did you recall your testimony in the | 09:53:27 |
| 12 | 1997 criminal trial? | 09:53:36 |
| 13 |     A  Yes. | 09:53:38 |
| 14 |     Q  And did you reread your testimony in the | 09:53:39 |
| 15 | 2018 criminal retrial? | 09:53:46 |
| 16 |     A  Yes. | 09:53:48 |
| 17 |     Q  When was the last time you reviewed the | 09:53:49 |
| 18 | documents I just mentioned?  So that would be the | 09:54:07 |
| 19 | police reports, Mr. Amor's confessions, and the | 09:54:10 |
| 20 | testimony that you had given prior. | 09:54:16 |
| 21 |     A  I reviewed the police reports yesterday. | 09:54:19 |
| 22 |     Q  When did you review the confession? | 09:54:22 |
| 23 |     A  Probably when I was reviewing yesterday. | 09:54:27 |
| 24 |     Q  And when did you review last the testimony | 09:54:32 |

Transcript of Michael Cross
Conducted on October 16, 2020                    15

| | | |
|---|---|---|
| 1 | that you gave in 1997? | 09:54:45 |
| 2 | A  I don't recall. | 09:54:48 |
| 3 | Q  And when did you review last the testimony | 09:54:49 |
| 4 | you gave in 2018? | 09:54:54 |
| 5 | A  Within the last couple days. | 09:54:56 |
| 6 | Q  And when you reviewed your police reports | 09:55:00 |
| 7 | yesterday, how long did you review them for? | 09:55:14 |
| 8 | A  An hour. | 09:55:16 |
| 9 | Q  When you reviewed the -- Mr. Amor's | 09:55:17 |
| 10 | confession yesterday, how long did you review | 09:55:22 |
| 11 | that for? | 09:55:24 |
| 12 | A  Half hour. | 09:55:25 |
| 13 | Q  I know you don't recall when you last | 09:55:26 |
| 14 | reviewed your criminal -- your testimony in the | 09:55:32 |
| 15 | criminal trial in 1997, but do you remember how | 09:55:34 |
| 16 | long you reviewed it for? | 09:55:38 |
| 17 | A  No. | 09:55:39 |
| 18 | Q  And you testified that you reviewed your | 09:55:40 |
| 19 | testimony in the 2018 retrial a few days ago; | 09:55:44 |
| 20 | correct? | 09:55:48 |
| 21 | A  I believe that's what I said. | 09:55:49 |
| 22 | Q  Okay.  Do you recall how long you reviewed | 09:55:53 |
| 23 | that testimony for? | 09:55:55 |
| 24 | A  No. | 09:55:56 |

Transcript of Michael Cross
Conducted on October 16, 2020                          16

| | | |
|---|---|---|
| 1 | Q  Did you review it for more than an hour or | 09:55:58 |
| 2 | less than an hour? | 09:56:13 |
| 3 | A  More than an hour. | 09:56:14 |
| 4 | Q  More than two hours or less than two hours? | 09:56:15 |
| 5 | A  Don't recall. | 09:56:17 |
| 6 | Q  And prior to reviewing the police reports | 09:56:19 |
| 7 | and the confession yesterday, did you review them | 09:56:27 |
| 8 | before that at any point? | 09:56:29 |
| 9 | A  Could you ask me that again? | 09:56:31 |
| 10 | Q  Sure.  Prior to reviewing your police | 09:56:34 |
| 11 | reports and the confession yesterday, did you | 09:56:37 |
| 12 | review those documents any other time? | 09:56:40 |
| 13 | A  Probably, yes. | 09:56:44 |
| 14 | Q  What do you mean by "Probably, yes"? | 09:56:46 |
| 15 | A  Probably, yes. | 09:56:51 |
| 16 | Q  Do you recall specifically times prior to | 09:56:53 |
| 17 | yesterday that you reviewed either your police | 09:56:54 |
| 18 | reports or the confession that Mr. Amor gave? | 09:56:59 |
| 19 | A  Not exactly, no. | 09:57:03 |
| 20 | Q  Okay.  Did you review any deposition | 09:57:05 |
| 21 | testimony in this case? | 09:57:17 |
| 22 | A  Yes. | 09:57:17 |
| 23 | Q  Whose deposition testimony did you review? | 09:57:19 |
| 24 | A  Mine. | 09:57:22 |

Transcript of Michael Cross
Conducted on October 16, 2020                    17

| | | |
|---|---|---|
| 1 | Q  And I'm not trying to be difficult, but, | 09:57:24 |
| 2 | Mr. Cross, when were you last deposed in this case? | 09:57:36 |
| 3 | A  I don't recall the exact dates. | 09:57:40 |
| 4 | Q  Did you review any deposition testimony | 09:57:45 |
| 5 | other than your own in this case? | 09:57:57 |
| 6 | A  No. | 09:57:59 |
| 7 | Q  Did you discuss this case with anyone | 09:58:00 |
| 8 | other than your counsel? | 09:58:09 |
| 9 | A  No. | 09:58:10 |
| 10 | Q  Did you discuss this case with Brian | 09:58:12 |
| 11 | Cunningham? | 09:58:16 |
| 12 | A  No. | 09:58:17 |
| 13 | Q  Did you discuss this case with Robert | 09:58:17 |
| 14 | Guerrieri? | 09:58:25 |
| 15 | A  No. | 09:58:26 |
| 16 | Q  Did you discuss this case with any family | 09:58:26 |
| 17 | members? | 09:58:29 |
| 18 | A  No. | 09:58:30 |
| 19 | Q  When you reviewed your trial testimony | 09:58:31 |
| 20 | from 1997, did you find that testimony to be | 09:58:37 |
| 21 | truthful and accurate? | 09:58:40 |
| 22 | A  Yes. | 09:58:41 |
| 23 | Q  Did you have any reason to doubt your | 09:58:44 |
| 24 | testimony in that 1997 trial? | 09:58:47 |

Transcript of Michael Cross
Conducted on October 16, 2020                    18

| | | |
|---|---|---|
| 1 | A  I believe there was a couple of errors | 09:58:50 |
| 2 | in that. | 09:58:54 |
| 3 | Q  We'll come back to that. | 09:58:54 |
| 4 | And when you reviewed your 2018 criminal | 09:59:06 |
| 5 | trial testimony a couple days ago, did you find | 09:59:14 |
| 6 | that testimony to be truthful and accurate? | 09:59:17 |
| 7 | A  Yes. | 09:59:19 |
| 8 | Q  Did you find -- did you have any reason to | 09:59:19 |
| 9 | doubt the testimony you gave? | 09:59:21 |
| 10 | A  No. | 09:59:22 |
| 11 | Q  And outside Mr. Amor's case, have you | 09:59:23 |
| 12 | testified in other criminal cases? | 09:59:41 |
| 13 | A  Yes. | 09:59:43 |
| 14 | Q  How many times have you testified in other | 09:59:44 |
| 15 | criminal cases? | 09:59:47 |
| 16 | A  Hundreds. | 09:59:48 |
| 17 | Q  Hundreds?  And in the hundreds of times | 09:59:49 |
| 18 | you've testified, have you ever provided false | 09:59:54 |
| 19 | testimony? | 09:59:56 |
| 20 | A  No. | 09:59:56 |
| 21 | Q  Have you ever provided inaccurate | 09:59:57 |
| 22 | testimony in any of the times you testified in | 10:00:00 |
| 23 | court? | 10:00:03 |
| 24 | A  No. | 10:00:03 |

Transcript of Michael Cross
Conducted on October 16, 2020                    19

| | | |
|---|---|---|
| 1 | Q  You -- when you testified at the | 10:00:05 |
| 2 | 2018 retrial, you talked about suffering a stroke; | 10:00:32 |
| 3 | correct? | 10:00:35 |
| 4 | A  Yes, ma'am. | 10:00:35 |
| 5 | Q  And you said that that stroke in | 10:00:36 |
| 6 | 2008 affected your ability to recall certain | 10:00:39 |
| 7 | things? | 10:00:44 |
| 8 | A  Yes, it did. | 10:00:44 |
| 9 | Q  Did you lose some of your memory after | 10:00:45 |
| 10 | that stroke? | 10:00:47 |
| 11 | A  Yes. | 10:00:47 |
| 12 | Q  And some of that memory loss impacted | 10:00:47 |
| 13 | your ability to remember events from the | 10:00:51 |
| 14 | 1995 investigation; correct? | 10:00:58 |
| 15 | A  Yes. | 10:01:01 |
| 16 | Q  When you were testifying in 2018, did you | 10:01:02 |
| 17 | review documents that were related to the case? | 10:01:19 |
| 18 | A  Yes. | 10:01:23 |
| 19 | Q  Okay.  Did you review your testimony prior | 10:01:24 |
| 20 | to 2018 from the 1997 case? | 10:01:28 |
| 21 | A  Yes. | 10:01:31 |
| 22 | Q  And after reading those documents, did you | 10:01:32 |
| 23 | have your memory refreshed, or were there still | 10:01:34 |
| 24 | aspects of the 1995 investigation that you couldn't | 10:01:39 |

Transcript of Michael Cross
Conducted on October 16, 2020                    20

| | | |
|---|---|---|
| 1 | recall? | 10:01:41 |
| 2 | A  My memory has gotten better, but there are | 10:01:42 |
| 3 | some aspects that I didn't recall off the top of | 10:01:45 |
| 4 | my head. | 10:01:51 |
| 5 | Q  When you say your memory has gotten better, | 10:01:52 |
| 6 | do you mean your memory has gotten better from | 10:01:54 |
| 7 | 2008 to the 2018 retrial, or from the 2018 retrial | 10:01:57 |
| 8 | until now? | 10:02:01 |
| 9 | A  The earlier one. | 10:02:02 |
| 10 | Q  Okay.  So your memory was worse in 2008, | 10:02:05 |
| 11 | but it had gotten better by 2018? | 10:02:11 |
| 12 | A  Yes, ma'am. | 10:02:14 |
| 13 | Q  I know this might be a hard question to | 10:02:15 |
| 14 | ask, but what are some of the aspects of the case | 10:02:22 |
| 15 | you were asked about in 2018 that you weren't able | 10:02:26 |
| 16 | to recall even after reviewing the documents? | 10:02:32 |
| 17 | A  I can't name them. | 10:02:34 |
| 18 | Q  And since the 2018 retrial, have you been | 10:02:37 |
| 19 | able to recall more events from the 1995 | 10:02:53 |
| 20 | investigation than you could at the 2018 retrial? | 10:02:58 |
| 21 | A  No. | 10:03:07 |
| 22 | Q  Has your memory gotten worse, better, or | 10:03:08 |
| 23 | stayed the same? | 10:03:12 |
| 24 | A  It's gotten better.  Before I couldn't | 10:03:13 |

Transcript of Michael Cross
Conducted on October 16, 2020     21

| | | |
|---|---|---|
| 1 | remember what my wife asked me to get at the store. | 10:03:18 |
| 2 | Now at least I can do that. | 10:03:21 |
| 3 |     Q  Yeah, I guess I'll rephrase the question. | 10:03:22 |
| 4 | From the 2018 retrial has your memory gotten | 10:03:25 |
| 5 | better, or stayed the same, or gotten worse? | 10:03:28 |
| 6 |     MR. POLICK:  I'm going to object to the | 10:03:31 |
| 7 | extent that you're asking him for a medical | 10:03:33 |
| 8 | opinion. | 10:03:35 |
| 9 |     But for his understanding he can go ahead | 10:03:35 |
| 10 | and answer that question. | 10:03:38 |
| 11 |     A  It's gotten better. | 10:03:39 |
| 12 |     Q  What leads you to believe that your memory | 10:03:41 |
| 13 | has gotten better in the past two years? | 10:03:55 |
| 14 |     MR. POLICK:  Again, object to the extent | 10:03:57 |
| 15 | you're asking him for a medical opinion. | 10:03:59 |
| 16 |     He can answer over the objection. | 10:04:02 |
| 17 |     A  Could you repeat that, please? | 10:04:03 |
| 18 |     Q  Yes.  What are -- you testified that your | 10:04:05 |
| 19 | memory has gotten better in the last few years; | 10:04:09 |
| 20 | right? | 10:04:11 |
| 21 |     A  Yes. | 10:04:12 |
| 22 |     Q  What are some of the -- why are -- in what | 10:04:12 |
| 23 | ways do you believe your memory has gotten better? | 10:04:21 |
| 24 |     A  I remember more things, more current things. | 10:04:24 |

Transcript of Michael Cross
Conducted on October 16, 2020                    22

1      Q  So would it be fair to say you feel like          10:04:29

2  your short-term memory has improved?                     10:04:31

3      A  Yes.                                              10:04:34

4        MR. POLICK:  Objection to the form of the          10:04:34

5  question to the extent it's requesting a medical         10:04:36

6  opinion.                                                 10:04:39

7        MS. GARCIA:  That can just be a standing           10:04:39

8  objection.  I'm not asking for a medical opinion.        10:04:42

9  I'm just asking based on your lived experience.          10:04:45

10     Q  After you had your stroke, did you visit a        10:04:52

11  neurologist --                                          10:04:56

12     A  Yes.                                              10:04:57

13     Q  -- in consultation?                               10:04:57

14     A  Yes.                                              10:04:59

15     Q  What did the neurologist say about your           10:05:00

16  memory?                                                 10:05:06

17     A  She's given me certain tests, and I've           10:05:06

18  done a little bit better each time.                     10:05:11

19     Q  Did the neurologist say that in -- and if         10:05:14

20  you don't know, that's fine.  Did the neurologist       10:05:19

21  say that you would eventually regain all your           10:05:21

22  memory, or would there potentially be things that       10:05:25

23  you could never remember?                               10:05:29

24     A  She never said.                                   10:05:30

Transcript of Michael Cross
Conducted on October 16, 2020                     23

```
1      Q   And have you continued to see your          10:05:32

2  neurologist since your 2008 stroke?               10:05:36

3      A   Yes.                                       10:05:38

4      Q   Other than your 2008 stroke, have you been 10:05:40

5  diagnosed with any conditions that would impact   10:05:44

6  your memory?                                       10:05:47

7      A   I don't think so.                          10:05:49

8      Q   Have you been diagnosed with dementia?     10:05:54

9      A   Yes.                                       10:06:02

10     Q   And is the dementia, to the best of your   10:06:04

11 knowledge, related to the stroke you had, or is it 10:06:10

12 an independent diagnosis?                          10:06:14

13     MR. POLICK:  I'm going to object to the       10:06:18

14 form of the question and also to the extent -- and 10:06:19

15 I'll make a standing objection as to any medical   10:06:21

16 opinions you may be trying to elicit from the      10:06:24

17 witness.  He's certainly not competent to give a   10:06:26

18 medical opinion, but I will allow him to answer    10:06:30

19 what his understanding is.                         10:06:32

20     So with those objections, Mike, you can       10:06:34

21 answer the question.                               10:06:36

22     MS. GARCIA:  And for the record, again,       10:06:37

23 I'm only asking for your experiences and your      10:06:38

24 knowledge.                                         10:06:41
```

Transcript of Michael Cross
Conducted on October 16, 2020                    24

| | | |
|---|---|---|
| 1 | THE WITNESS:  Okay.  Could you ask it | 10:06:42 |
| 2 | again, please? | 10:06:44 |
| 3 | Q  Yes.  To the best of your knowledge -- I'm | 10:06:45 |
| 4 | not asking for a medical opinion -- was the dementia | 10:06:47 |
| 5 | something that would have occurred outside of the | 10:06:50 |
| 6 | stroke, or is it something that was psycho- | 10:06:53 |
| 7 | symptomatic with the stroke? | 10:06:56 |
| 8 | MR. POLICK:  Same objections. | 10:06:58 |
| 9 | A  I don't know. | 10:06:58 |
| 10 | Q  Okay.  And have you been diagnosed with | 10:07:00 |
| 11 | Alzheimer's? | 10:07:02 |
| 12 | A  I don't recall. | 10:07:08 |
| 13 | Q  Mr. Cross, if I represent to you that we | 10:07:09 |
| 14 | have been provided medical records that say you | 10:07:23 |
| 15 | have been diagnosed with Alzheimer's, would you | 10:07:27 |
| 16 | have reason to dispute that? | 10:07:29 |
| 17 | A  No. | 10:07:30 |
| 18 | Q  And since the 2018 testimony, have you | 10:07:31 |
| 19 | gone to the neurologist for any updates on your | 10:07:49 |
| 20 | condition? | 10:07:53 |
| 21 | A  Yes. | 10:07:53 |
| 22 | Q  Has the neurologist said that you've | 10:07:55 |
| 23 | improved? | 10:07:57 |
| 24 | A  Yes. | 10:07:58 |

Transcript of Michael Cross
Conducted on October 16, 2020                          25

| | | |
|---|---|---|
| 1 | Q   I want to talk very quickly about your | 10:08:00 |
| 2 | independent recollection of William Amor in the | 10:08:17 |
| 3 | investigation into the Miceli residence fire in | 10:08:19 |
| 4 | 1995.  Okay? | 10:08:24 |
| 5 | A   Sure. | 10:08:25 |
| 6 | Q   Do you understand what I mean by | 10:08:25 |
| 7 | "independent recollection"? | 10:08:27 |
| 8 | A   Yes. | 10:08:28 |
| 9 | Q   Okay.  And just so we're both clear, when | 10:08:30 |
| 10 | I'm referring to independent recollection, I mean | 10:08:34 |
| 11 | what you can independently remember as we sit here | 10:08:38 |
| 12 | without relying on documents or prior testimony or | 10:08:40 |
| 13 | what you've been told about the case.  Okay? | 10:08:42 |
| 14 | A   Okay. | 10:08:44 |
| 15 | Q   With that in mind, do you have an independent | 10:08:45 |
| 16 | recollection into the investigation into William | 10:08:48 |
| 17 | Amor and the Miceli residence fire in 1995? | 10:08:50 |
| 18 | A   Yes. | 10:09:00 |
| 19 | Q   Since 2018, have you suffered any further | 10:09:01 |
| 20 | strokes? | 10:09:11 |
| 21 | A   No. | 10:09:11 |
| 22 | Q   And other than dementia and Alzheimer's, | 10:09:15 |
| 23 | are there any other medical conditions you have | 10:09:21 |
| 24 | that may impact your memory? | 10:09:25 |

Transcript of Michael Cross
Conducted on October 16, 2020                    26

| | | |
|---|---|---|
| 1 | A  No. | 10:09:28 |
| 2 | Q  Are you taking any medications currently | 10:09:34 |
| 3 | to treat any symptoms or side-effects of your stroke? | 10:09:38 |
| 4 | A  Yes. | 10:09:42 |
| 5 | Q  What medications are those? | 10:09:43 |
| 6 | A  I'm receiving two.  Namenda and | 10:09:45 |
| 7 | rivastigmine.  I don't know if I can pronounce | 10:09:58 |
| 8 | that right. | 10:10:00 |
| 9 | Q  And I'm not asking for a medical opinion, | 10:10:01 |
| 10 | but based on your experience, does that medicine | 10:10:03 |
| 11 | affect your memory in some way? | 10:10:08 |
| 12 | A  I believe it's helpful. | 10:10:10 |
| 13 | Q  And are you taking any medications to | 10:10:12 |
| 14 | treat your dementia or Alzheimer's? | 10:10:15 |
| 15 | A  Isn't that the same question you asked me? | 10:10:18 |
| 16 | Q  No, sir, I asked if I were taking any for | 10:10:23 |
| 17 | your stroke. | 10:10:27 |
| 18 | A  I'm not clear on your -- your question, | 10:10:28 |
| 19 | how it relates.  It would probably be the same | 10:10:33 |
| 20 | answer as before. | 10:10:37 |
| 21 | Q  Okay.  Do you believe that your stroke, | 10:10:38 |
| 22 | dementia, or Alzheimer's will affect your ability to | 10:10:48 |
| 23 | provide truthful and accurate testimony today, sir? | 10:10:50 |
| 24 | A  I will -- I will testify to the best of my | 10:10:53 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Transcript of Michael Cross
Conducted on October 16, 2020                    27

| | | |
|---|---|---|
| 1 | ability. | 10:10:57 |
| 2 | Q   Okay.  And by testifying to the best of | 10:10:58 |
| 3 | your ability, do you mean that if you don't recall | 10:11:03 |
| 4 | something, you'll say you don't recall? | 10:11:07 |
| 5 | A   Yes. | 10:11:08 |
| 6 | Q   And other than the two medications you | 10:11:09 |
| 7 | listed today, are you taking any other medications | 10:11:19 |
| 8 | that might affect your ability to provide truthful | 10:11:23 |
| 9 | and accurate testimony? | 10:11:26 |
| 10 | A   No. | 10:11:27 |
| 11 | Q   And anything else besides your stroke, | 10:11:28 |
| 12 | Alzheimer's, dementia, or medication you're taking | 10:11:34 |
| 13 | that you believe will impact your ability to | 10:11:38 |
| 14 | provide truthful and accurate testimony today? | 10:11:42 |
| 15 | A   No. | 10:11:49 |
| 16 | Q   I'm going to ask you again about your | 10:11:54 |
| 17 | independent recollection because I know you've | 10:11:56 |
| 18 | testified you have independent recollection of | 10:12:00 |
| 19 | this investigation, but there are some things you | 10:12:03 |
| 20 | don't recall.  Correct? | 10:12:05 |
| 21 | A   Correct. | 10:12:06 |
| 22 | Q   I specifically wanted to ask, do you have | 10:12:08 |
| 23 | an independent recollection of going to the scene of | 10:12:15 |
| 24 | the fire, 218 East Bailey on September 10th, 1995? | 10:12:22 |

Transcript of Michael Cross
Conducted on October 16, 2020                    28

| | | |
|---|---|---|
| 1 | A   Yes. | 10:12:27 |
| 2 | Q   Do you have an independent recollection of | 10:12:27 |
| 3 | speaking with Bill Amor and Tina Miceli at the | 10:12:28 |
| 4 | Pam Leavenworth house on September 11th, 1995? | 10:12:34 |
| 5 | A   Vaguely. | 10:12:38 |
| 6 | Q   Do you remember speaking to Bill Amor and | 10:12:40 |
| 7 | Tina Miceli on September 12th, 1995, when they | 10:12:44 |
| 8 | came into Naperville Police Department for a | 10:12:51 |
| 9 | polygraph? | 10:12:54 |
| 10 | A   Not without reviewing my reports. | 10:12:54 |
| 11 | Q   Do you recall speaking with Bill Amor with | 10:13:06 |
| 12 | Detective Sullivan on September 12th, 1995? | 10:13:12 |
| 13 | A   Only from reading my reports. | 10:13:15 |
| 14 | Q   On September 14th, 1995, do you recall | 10:13:18 |
| 15 | attending the fire critique with Naperville Fire | 10:13:28 |
| 16 | Department? | 10:13:33 |
| 17 | A   Only from reading my reports. | 10:13:33 |
| 18 | Q   And on September 14th, 1995, do you recall | 10:13:35 |
| 19 | canvassing the 2000 -- rather 218 East Bailey | 10:13:46 |
| 20 | apartment with Mitch Kushner and Lieutenant | 10:13:55 |
| 21 | Guerrieri? | 10:14:00 |
| 22 | MR. POLICK:  Objection to the form of the | 10:14:00 |
| 23 | question. | 10:14:02 |
| 24 | A   I didn't do the canvassing. | 10:14:05 |

| | | |
|---|---|---|
| 1 | Q  Do you have an independent recollection of | 10:14:08 |
| 2 | going to 218 East Bailey with Kushner and Ferreri | 10:14:10 |
| 3 | on September 14th, 1995? | 10:14:21 |
| 4 | A  No. | 10:14:25 |
| 5 | Q  Do you recall speaking with Bill Amor and | 10:14:28 |
| 6 | Tina Miceli with Lieutenant Ferreri on | 10:14:34 |
| 7 | September 14th, 1995? | 10:14:38 |
| 8 | A  Not independently, no, not without reading | 10:14:41 |
| 9 | my reports. | 10:14:45 |
| 10 | Q  And do you recall speaking with Tina Miceli | 10:14:53 |
| 11 | and Bill Amor on September 15th, 1995, with | 10:14:56 |
| 12 | Detective Cunningham? | 10:15:00 |
| 13 | A  Only from reading my reports. | 10:15:02 |
| 14 | Q  Do you recall speaking with Tina Miceli | 10:15:04 |
| 15 | after she wrote a statement and took a polygraph | 10:15:17 |
| 16 | on September 15th, 1995? | 10:15:20 |
| 17 | A  Only from reading my reports. | 10:15:23 |
| 18 | Q  And do you recall speaking with Mr. Amor | 10:15:25 |
| 19 | on September 15th, 1995, after he was brought into | 10:15:35 |
| 20 | the Naperville Police Department on a traffic | 10:15:41 |
| 21 | ticket offense? | 10:15:44 |
| 22 | A  Only from reading my reports. | 10:15:46 |
| 23 | Q  Do you recall attending the test burn of a | 10:15:48 |
| 24 | VCR and tape at -- on, rather, September 29th, 1995? | 10:15:55 |

Transcript of Michael Cross
Conducted on October 16, 2020                          30

| | | |
|---|---|---|
| 1 | A  Yes, I do. | 10:16:03 |
| 2 | Q  Do you recall meeting Mr. Amor on | 10:16:04 |
| 3 | October 3rd, 1995, at DeKalb County jail? | 10:16:21 |
| 4 | A  Yes. | 10:16:29 |
| 5 | Q  Do you have an independent recollection of | 10:16:30 |
| 6 | meeting Mr. Amor on October 3rd, 1995 -- | 10:16:31 |
| 7 | A  Yes. | 10:16:35 |
| 8 | Q  -- at DeKalb County jail? | 10:16:36 |
| 9 | A  Yes. | 10:16:38 |
| 10 | Q  Do you have an independent recollection | 10:16:39 |
| 11 | of taking Mr. Amor to Reid & Associates on that | 10:16:40 |
| 12 | same day? | 10:16:44 |
| 13 | A  Yes. | 10:16:45 |
| 14 | Q  Do you have an independent recollection of | 10:16:45 |
| 15 | interacting with a process server on October 3rd, | 10:16:48 |
| 16 | 1995? | 10:16:53 |
| 17 | A  No. | 10:16:53 |
| 18 | Q  Do you recall talking to Detective Sullivan | 10:17:12 |
| 19 | on October 3rd, 1995? | 10:17:16 |
| 20 | A  No. | 10:17:18 |
| 21 | Q  Do you have an independent recollection of | 10:17:20 |
| 22 | Mr. Amor's confession to you and Detective Guerrieri? | 10:17:27 |
| 23 | A  An independent recollection? | 10:17:35 |
| 24 | Q  Yes. | 10:17:36 |

Transcript of Michael Cross
Conducted on October 16, 2020                    31

| | | |
|---|---|---|
| 1 | A   No. | 10:17:36 |
| 2 | Q   Do you have an independent recollection of | 10:17:37 |
| 3 | interacting with Mr. Nigohosian on October 4th, | 10:17:53 |
| 4 | 1995, when he came to take Mr. Amor's confessed | 10:17:56 |
| 5 | statement? | 10:18:01 |
| 6 | A   Yes. | 10:18:01 |
| 7 | Q   Do you have an independent recollection of | 10:18:03 |
| 8 | what the fire scene looked like at 218 East Bailey? | 10:18:57 |
| 9 | A   No. | 10:19:06 |
| 10 | Q   Do you have an independent recollection of | 10:19:07 |
| 11 | testifying at the grand jury hearing for | 10:19:12 |
| 12 | Mr. Amor's case? | 10:19:16 |
| 13 | A   No. | 10:19:17 |
| 14 | Q   Do you have an independent recollection of | 10:19:18 |
| 15 | testifying at Mr. Amor's criminal trial in 1997? | 10:19:20 |
| 16 | A   No. | 10:19:26 |
| 17 | Q   Do you have an independent recollection of | 10:19:27 |
| 18 | testifying at the suppression hearing for Mr. Amor's | 10:19:32 |
| 19 | criminal case? | 10:19:36 |
| 20 | A   No. | 10:19:37 |
| 21 | Q   Do you have an independent recollection of | 10:19:38 |
| 22 | testifying at the inquest related to Mr. Amor's | 10:19:40 |
| 23 | criminal case? | 10:19:44 |
| 24 | A   No. | 10:19:44 |

Transcript of Michael Cross
Conducted on October 16, 2020                              32

| 1 | Q Do you have an independent recollection of | 10:19:46 |
|---|---|---|
| 2 | the testimony you gave at the 2018 retrial? | 10:19:50 |
| 3 | A No. | 10:19:53 |
| 4 | Q So when we're talking about the aspects of | 10:19:56 |
| 5 | the case that you don't have an independent | 10:20:09 |
| 6 | recollection of, would it be fair for me to say | 10:20:11 |
| 7 | you're relying on your review of the documents | 10:20:14 |
| 8 | that we've discussed today and the testimony that | 10:20:17 |
| 9 | we discussed today? | 10:20:20 |
| 10 | A The documents, yes. | 10:20:22 |
| 11 | Q And you can't tell me any aspect of the | 10:20:42 |
| 12 | case that you don't have an independent | 10:20:46 |
| 13 | recollection of without relying on the documents; | 10:20:48 |
| 14 | correct? | 10:20:50 |
| 15 | A Correct. | 10:20:50 |
| 16 | Q Is it fair to say that your memories of | 10:20:52 |
| 17 | events in 1995 were better when you testified in | 10:20:57 |
| 18 | 1997 than they are today? | 10:21:01 |
| 19 | A I don't recall. | 10:21:03 |
| 20 | Q Okay. | 10:21:06 |
| 21 | A I don't know. | 10:21:06 |
| 22 | Q Mr. Amor, where did you graduate high | 10:21:07 |
| 23 | school from? | 10:21:21 |
| 24 | A Mr. Amor? You said Mr. Amor. | 10:21:22 |

Transcript of Michael Cross
Conducted on October 16, 2020                    33

1     Q   Sorry.  Mr. Cross, where did you graduate          10:21:24
2   from high school from?                                   10:21:28
3     A   York Community High School in Elmhurst.            10:21:29
4     Q   And when did you graduate high school?             10:21:47
5     A   1967.                                              10:21:49
6     Q   Okay.  Did you obtain any education prior          10:21:52
7   to -- strike that.                                       10:21:59
8         Did you obtain any education following             10:22:00
9   your graduation of high school?                          10:22:01
10    A   Yes.                                               10:22:02
11    Q   Where did you go?                                  10:22:02
12    A   I went to Aurora University and College of         10:22:04
13  DuPage.                                                  10:22:10
14    Q   How long were you at Aurora University?            10:22:10
15    A   A little over two years.                           10:22:13
16    Q   Did you obtain a degree or certification?          10:22:15
17    A   Yes.                                               10:22:17
18    Q   In what?                                           10:22:17
19    A   Master's degree in criminology.                    10:22:18
20    Q   And how long were you at College of DuPage?        10:22:25
21    A   Two years.                                         10:22:28
22    Q   And those are two different institutions;          10:22:29
23  correct?                                                 10:22:32
24    A   Yes.                                               10:22:32

Transcript of Michael Cross
Conducted on October 16, 2020                    34

| | | |
|---|---|---|
| 1 | Q   Okay.  Did you obtain a degree or | 10:22:34 |
| 2 | certification? | 10:22:36 |
| 3 | A   At COD? | 10:22:37 |
| 4 | Q   Yes. | 10:22:38 |
| 5 | A   Yes. | 10:22:39 |
| 6 | Q   What was your degree in? | 10:22:40 |
| 7 | A   It was in law enforcement. | 10:22:41 |
| 8 | Q   And did you go to Aurora straight after | 10:22:44 |
| 9 | high school or when did you enroll? | 10:22:50 |
| 10 | A   One year after I graduated. | 10:22:52 |
| 11 | Q   Okay.  So 1968? | 10:22:54 |
| 12 | A   Yes. | 10:22:57 |
| 13 | Q   And when did you enroll in College of | 10:22:57 |
| 14 | DuPage? | 10:23:02 |
| 15 | A   Probably -- I'm not sure. | 10:23:02 |
| 16 | Q   When did you first begin working for the | 10:23:08 |
| 17 | Naperville Police Department? | 10:23:18 |
| 18 | A   1970. | 10:23:20 |
| 19 | Q   Did you get your degree from College of | 10:23:26 |
| 20 | DuPage before you started working at Naperville or | 10:23:30 |
| 21 | after? | 10:23:32 |
| 22 | A   Before. | 10:23:33 |
| 23 | Q   So then would you have been at College of | 10:23:33 |
| 24 | DuPage from 1968 to 1970? | 10:23:36 |

Transcript of Michael Cross
Conducted on October 16, 2020                          35

| | | |
|---|---|---|
| 1 | A  Somewhere around there, yes. | 10:23:39 |
| 2 | Q  Okay.  Did you have any jobs prior to | 10:23:41 |
| 3 | applying for Naperville Police Department? | 10:23:50 |
| 4 | A  Yes. | 10:23:54 |
| 5 | Q  Can you quickly give me an overview of | 10:23:55 |
| 6 | those jobs? | 10:23:58 |
| 7 | A  I worked for a Goodyear service station in | 10:23:59 |
| 8 | Elmhurst.  I worked for a Shell service station in | 10:24:02 |
| 9 | Elmhurst. | 10:24:09 |
| 10 | Q  And why did you decide to apply for | 10:24:10 |
| 11 | Naperville Police Department? | 10:24:16 |
| 12 | A  I was referred or suggested to by another | 10:24:17 |
| 13 | guy that was a current officer. | 10:24:23 |
| 14 | Q  Do you remember his name? | 10:24:24 |
| 15 | A  George Pradel. | 10:24:25 |
| 16 | THE COURT REPORTER:  I'm sorry? | 10:24:25 |
| 17 | THE WITNESS:  George Pradel. | 10:24:25 |
| 18 | THE COURT REPORTER:  Thank you. | 10:24:25 |
| 19 | THE WITNESS:  P-r-a-d-e-l. | 10:24:29 |
| 20 | Q  And what's the application process like | 10:24:37 |
| 21 | for Naperville Police Department? | 10:24:40 |
| 22 | A  Other than filling out the application and | 10:24:41 |
| 23 | submitting it, I don't recall. | 10:24:47 |
| 24 | Q  What was the first position you held at | 10:24:49 |

Transcript of Michael Cross
Conducted on October 16, 2020                    36

| | | |
|---|---|---|
| 1 | Naperville Police Department? | 10:24:52 |
| 2 |     A  Patrol officer. | 10:24:54 |
| 3 |     Q  And was that before, after, or at the same | 10:24:56 |
| 4 | time -- strike that. | 10:25:00 |
| 5 |         Did you have to go to the police academy | 10:25:01 |
| 6 | prior to becoming a patrol officer? | 10:25:04 |
| 7 |     A  I didn't, no.  I worked at the desk for a | 10:25:06 |
| 8 | period of time before I actually went to the | 10:25:16 |
| 9 | police academy. | 10:25:20 |
| 10 |     Q  Okay.  So because you worked at the desk, | 10:25:21 |
| 11 | you didn't -- oh, I'm sorry; I got confused.  So | 10:25:25 |
| 12 | you worked on the desk for a little while and then | 10:25:31 |
| 13 | went to the police academy? | 10:25:35 |
| 14 |     A  Yes. | 10:25:36 |
| 15 |     Q  Okay.  And how long was the police academy? | 10:25:36 |
| 16 |     A  A total of four months at that time. | 10:25:39 |
| 17 |     Q  And you said that you left the Naperville | 10:25:55 |
| 18 | Police Department in 2019; correct? | 10:25:58 |
| 19 |     A  It was late 2018, early 2019. | 10:25:59 |
| 20 |     Q  From 1970 when you started as a patrol | 10:26:14 |
| 21 | officer until 2018 when you left as a detective, | 10:26:18 |
| 22 | can you give me an overview of the positions | 10:26:21 |
| 23 | you've held at Naperville Police Department? | 10:26:23 |
| 24 |     A  Patrol officer, juvenile officer, and | 10:26:24 |

Transcript of Michael Cross
Conducted on October 16, 2020                    37

| | | |
|---|---|---|
| 1 | detective. | 10:26:27 |
| 2 | Q  And how long did you hold the position of | 10:26:32 |
| 3 | patrol officer? | 10:26:36 |
| 4 | A  Seven years. | 10:26:36 |
| 5 | Q  So was that from 1970 to 1977? | 10:26:38 |
| 6 | A  No.  There was a break when I became a | 10:26:41 |
| 7 | juvenile officer.  Then I went back on the road | 10:26:44 |
| 8 | for two years before becoming a detective. | 10:26:47 |
| 9 | Q  Okay.  So from what year to what year were | 10:26:50 |
| 10 | you a patrol officer after you first started? | 10:26:53 |
| 11 | A  1970 until '74, I believe. | 10:26:56 |
| 12 | Q  And then after that you became a juvenile | 10:27:13 |
| 13 | officer? | 10:27:21 |
| 14 | A  Yes, ma'am. | 10:27:21 |
| 15 | Q  And then how long were you a juvenile | 10:27:23 |
| 16 | officer? | 10:27:27 |
| 17 | A  For about four years. | 10:27:27 |
| 18 | Q  Okay.  Was that from 1974 to 1978? | 10:27:29 |
| 19 | A  Yes. | 10:27:34 |
| 20 | Q  And then you said you took off two years; | 10:27:35 |
| 21 | correct? | 10:27:40 |
| 22 | A  I went back on the road for a couple | 10:27:41 |
| 23 | of years. | 10:27:44 |
| 24 | Q  What does "back on the road" mean? | 10:27:44 |

Transcript of Michael Cross
Conducted on October 16, 2020                    38

| | | |
|---|---|---|
| 1 | A  That means a patrol officer. | 10:27:48 |
| 2 | Q  Okay.  I didn't know. | 10:27:50 |
| 3 | A  Okay. | 10:27:52 |
| 4 | Q  So that would have been from 1978 to 1980? | 10:27:53 |
| 5 | A  Approximately. | 10:27:57 |
| 6 | Q  And then you became a detective in 1980? | 10:27:58 |
| 7 | A  '80 or '81.  I believe it was '80. | 10:28:03 |
| 8 | Q  And are there different types of detectives | 10:28:15 |
| 9 | with the Naperville Police Department? | 10:28:21 |
| 10 | A  Yes. | 10:28:22 |
| 11 | Q  What types of positions within the role of | 10:28:23 |
| 12 | detective did you hold? | 10:28:30 |
| 13 | A  Initially I was a crimes -- like burglaries, | 10:28:31 |
| 14 | thefts, I investigated those.  Burglaries and | 10:28:39 |
| 15 | thefts. | 10:28:47 |
| 16 | Q  And what would -- was there a specific | 10:28:47 |
| 17 | title for people who investigated burglaries and | 10:28:49 |
| 18 | thefts? | 10:28:53 |
| 19 | A  Just a detective. | 10:28:53 |
| 20 | Q  Okay.  And did you hold any other | 10:28:55 |
| 21 | specialized positions within the role of detective? | 10:29:00 |
| 22 | A  Yes. | 10:29:03 |
| 23 | Q  And what were those positions? | 10:29:04 |
| 24 | A  I was a homicide investigator, and I was | 10:29:05 |

Transcript of Michael Cross
Conducted on October 16, 2020                     39

| | | |
|---|---|---|
| 1 | an arson investigator.  Actually, they changed it | 10:29:12 |
| 2 | to fire investigator since then. | 10:29:15 |
| 3 | Q  And when were you a homicide investigator? | 10:29:18 |
| 4 | A  For the last several years of my working | 10:29:22 |
| 5 | there for quite a while. | 10:29:35 |
| 6 | Q  Do you recall -- how do you become a | 10:29:37 |
| 7 | homicide detective might be a better question. | 10:29:40 |
| 8 | A  Okay.  You take a number of seminars; you | 10:29:42 |
| 9 | show an interest; you show proficiency in your | 10:29:46 |
| 10 | investigation capabilities. | 10:29:51 |
| 11 | Q  Is there a test? | 10:30:00 |
| 12 | A  No, there wasn't at the time. | 10:30:01 |
| 13 | Q  Was there any specialized training other | 10:30:02 |
| 14 | than what you listed? | 10:30:12 |
| 15 | A  Not other than what I listed prior to | 10:30:13 |
| 16 | becoming a detective. | 10:30:18 |
| 17 | Q  Okay.  And so when did you transition into | 10:30:20 |
| 18 | becoming a homicide detective?  What year? | 10:30:24 |
| 19 | A  I don't recall exactly. | 10:30:29 |
| 20 | Q  Was it before 2000 or after 2000? | 10:30:33 |
| 21 | A  It was before 2000. | 10:30:37 |
| 22 | Q  Was it before 1990 or after 1990? | 10:30:39 |
| 23 | A  After 1990. | 10:30:43 |
| 24 | Q  Okay.  Was it before '95 or after 1995? | 10:30:44 |

Transcript of Michael Cross
Conducted on October 16, 2020                    40

| | | |
|---|---|---|
| 1 | A  I can't tell you. | 10:30:48 |
| 2 | Q  And you said you also were an arson | 10:30:50 |
| 3 | investigator; correct? | 10:31:05 |
| 4 | A  Yes. | 10:31:06 |
| 5 | Q  And what is the process for becoming an | 10:31:06 |
| 6 | arson investigator? | 10:31:09 |
| 7 | A  Attending several seminars.  Ultimately, I | 10:31:10 |
| 8 | went to the National Fire Academy in Emmitsburg, | 10:31:16 |
| 9 | Maryland. | 10:31:28 |
| 10 | Q  And when did you attend the National Fire | 10:31:28 |
| 11 | Academy? | 10:31:31 |
| 12 | A  I don't recall the exact dates.  I had | 10:31:31 |
| 13 | been a fire investigator for a little while. | 10:31:33 |
| 14 | Q  Do you recall approximately when you | 10:31:36 |
| 15 | became an arson investigator? | 10:31:38 |
| 16 | A  Not that I -- other than what I already | 10:31:41 |
| 17 | answered you. | 10:31:45 |
| 18 | Q  So was it before 2000 or after 2000? | 10:31:47 |
| 19 | A  That I became an arson investigator? | 10:31:51 |
| 20 | Q  Yes. | 10:31:53 |
| 21 | A  I don't recall. | 10:31:54 |
| 22 | Q  Okay.  Were you an arson investigator at | 10:31:56 |
| 23 | the time that you were investigating Bill Amor? | 10:31:58 |
| 24 | A  No -- oh, yes, I was.  Yes; I'm sorry.  I | 10:32:02 |

Transcript of Michael Cross
Conducted on October 16, 2020                                    41

| | | |
|---|---|---|
| 1 | hadn't attended the National Fire Academy. | 10:32:06 |
| 2 | Q   So you attended the National Fire Academy | 10:32:09 |
| 3 | after you investigated the Bill Amor homicide? | 10:32:12 |
| 4 | A   Yes. | 10:32:15 |
| 5 | Q   Okay.  Does the National Fire Academy give | 10:32:15 |
| 6 | any certificates? | 10:32:26 |
| 7 | A   Yes. | 10:32:28 |
| 8 | Q   Would that be something that would be | 10:32:29 |
| 9 | within your personnel file at the Naperville | 10:32:31 |
| 10 | Police Department? | 10:32:33 |
| 11 | A   Probably. | 10:32:33 |
| 12 | Q   But prior to the Bill Amor investigation, | 10:33:00 |
| 13 | you had taken seminars to become an arson | 10:33:05 |
| 14 | investigator; correct? | 10:33:09 |
| 15 | A   Yes. | 10:33:10 |
| 16 | Q   What did those seminars entail? | 10:33:10 |
| 17 | A   The study of fire behavior mostly. | 10:33:14 |
| 18 | Q   Can you expand on that? | 10:33:20 |
| 19 | A   No. | 10:33:22 |
| 20 | Q   Did the seminars cover fire dynamics? | 10:33:23 |
| 21 | A   Yes. | 10:33:40 |
| 22 | Q   Did they cover origin and cause | 10:33:41 |
| 23 | determinations? | 10:33:45 |
| 24 | A   Yes. | 10:33:45 |

Transcript of Michael Cross
Conducted on October 16, 2020                    42

| | | |
|---|---|---|
| 1 | Q  Did they cover electric fires? | 10:33:45 |
| 2 | A  Yes. | 10:33:49 |
| 3 | Q  Did they cover incendiary fires? | 10:33:50 |
| 4 | A  Yes. | 10:33:55 |
| 5 | Q  Did they cover accidental fires? | 10:33:55 |
| 6 | A  Yes. | 10:33:57 |
| 7 | Q  Did they cover natural fires? | 10:33:57 |
| 8 | A  I don't know what you would mean by | 10:34:01 |
| 9 | "natural fires." | 10:34:07 |
| 10 | Q  And how many seminars did you take in | 10:34:11 |
| 11 | order to become a fire investigator -- or arson | 10:34:14 |
| 12 | investigator, rather? | 10:34:17 |
| 13 | A  I don't recall. | 10:34:18 |
| 14 | Q  Did these seminars take place in a | 10:34:18 |
| 15 | classroom, or did they take place somewhere else? | 10:34:21 |
| 16 | A  In classrooms and at the fire department. | 10:34:24 |
| 17 | Q  Were there a certain number of hours you | 10:34:37 |
| 18 | had to spend in these seminars prior to becoming | 10:34:40 |
| 19 | an arson investigator? | 10:34:44 |
| 20 | A  No. | 10:34:44 |
| 21 | Q  Was there a certain number of seminars you | 10:34:49 |
| 22 | had to take prior to becoming an arson investigator? | 10:34:52 |
| 23 | A  No. | 10:34:53 |
| 24 | Q  Who gives you the determination within | 10:34:54 |

Transcript of Michael Cross
Conducted on October 16, 2020                    43

| | | |
|---|---|---|
| 1 | Naperville Police Department of arson investigator? | 10:34:56 |
| 2 | A  A supervisor. | 10:34:58 |
| 3 | Q  Do you recall which supervisor gave you | 10:35:01 |
| 4 | that determination? | 10:35:04 |
| 5 | A  No. | 10:35:04 |
| 6 | Q  When you became a patrol officer from | 10:35:06 |
| 7 | 1970 to 1974, what were your roles and | 10:35:29 |
| 8 | responsibilities? | 10:35:33 |
| 9 | A  My responsibility was to patrol different | 10:35:34 |
| 10 | sections of the city of Naperville. | 10:35:40 |
| 11 | Q  Okay.  And then when you became a juvenile -- | 10:35:44 |
| 12 | was it juvenile officer? | 10:35:48 |
| 13 | A  Yes. | 10:35:51 |
| 14 | Q  What were your duties and responsibilities | 10:35:51 |
| 15 | then? | 10:35:53 |
| 16 | A  To investigate juvenile crimes, to | 10:35:53 |
| 17 | interview children to determine if they should be | 10:36:00 |
| 18 | helped in any way such as going to social workers | 10:36:06 |
| 19 | or, you know, other facilities.  I worked directly | 10:36:10 |
| 20 | with a social worker at the police department for | 10:36:19 |
| 21 | a while. | 10:36:21 |
| 22 | Q  Did you choose to become a juvenile officer | 10:36:21 |
| 23 | or were you placed there? | 10:36:24 |
| 24 | A  I chose it. | 10:36:25 |

Transcript of Michael Cross
Conducted on October 16, 2020                    44

| | | |
|---|---|---|
| 1 | Q  Why did you choose it? | 10:36:26 |
| 2 | A  I thought I could do some good. | 10:36:28 |
| 3 | Q  And when you went on the road from | 10:36:33 |
| 4 | approximately 1978 to 1980, was there a reason | 10:36:38 |
| 5 | for that? | 10:36:42 |
| 6 | A  No. | 10:36:42 |
| 7 | Q  Were you instructed to go back to being a | 10:36:44 |
| 8 | patrol officer or did you choose to? | 10:36:53 |
| 9 | A  I chose it. | 10:36:54 |
| 10 | Q  And what is the process from -- for | 10:36:56 |
| 11 | becoming a detective from patrol officer? | 10:37:05 |
| 12 | A  At that time it was just an assignment. | 10:37:09 |
| 13 | Q  Did you choose the assignment, or were you | 10:37:11 |
| 14 | chosen for the assignment? | 10:37:17 |
| 15 | A  I was chosen. | 10:37:20 |
| 16 | Q  And why -- what reasons were you given for | 10:37:21 |
| 17 | being chosen? | 10:37:23 |
| 18 | A  My abilities to interview people, my | 10:37:24 |
| 19 | arrest record. | 10:37:30 |
| 20 | Q  Okay.  And do you recall who chose you to | 10:37:32 |
| 21 | become a detective? | 10:37:42 |
| 22 | A  No. | 10:37:43 |
| 23 | Q  And as a detective, what were your job and | 10:37:48 |
| 24 | responsibilities? | 10:37:57 |

Transcript of Michael Cross
Conducted on October 16, 2020                45

| | | |
|---|---|---|
| 1 | A   Like I said, initially it was -- I was | 10:37:57 |
| 2 | burglary, burglary and theft investigations.  Then | 10:38:01 |
| 3 | I moved up to crimes against people, and then they | 10:38:05 |
| 4 | changed that to like homicide and that | 10:38:10 |
| 5 | terminology. | 10:38:18 |
| 6 | Q   At the time of Marianne Miceli's death in | 10:38:27 |
| 7 | 1995, you were a detective; correct? | 10:38:33 |
| 8 | A   Yes. | 10:38:34 |
| 9 | Q   Were you both a homicide and an arson | 10:38:35 |
| 10 | investigator or just an arson investigator? | 10:38:38 |
| 11 | A   I believe I was just an arson investigator. | 10:38:39 |
| 12 | Q   So you hadn't taken seminars, courses into | 10:38:43 |
| 13 | becoming a homicide investigator? | 10:38:48 |
| 14 | A   Yes, I had. | 10:38:51 |
| 15 | Q   You had? | 10:38:52 |
| 16 | A   Yes. | 10:38:52 |
| 17 | Q   Okay. | 10:38:53 |
| 18 | A   Just hadn't been assigned to it yet. | 10:38:54 |
| 19 | Q   Okay.  In 1995 around the time of the | 10:38:57 |
| 20 | Miceli death investigation, do you recall who you | 10:39:15 |
| 21 | reported to? | 10:39:19 |
| 22 | MR. POLICK:  Objection to the form. | 10:39:20 |
| 23 | You can go ahead and answer. | 10:39:21 |
| 24 | A   Could you ask that again, please? | 10:39:23 |

Transcript of Michael Cross
Conducted on October 16, 2020                                    46

| | | |
|---|---|---|
| 1 | Q   Yes.  In September 1995 do you recall who | 10:39:25 |
| 2 | you reported to or who supervised you? | 10:39:27 |
| 3 | A  I believe it was Sergeant Mark Carlson and | 10:39:29 |
| 4 | then Captain Paul Shafer. | 10:39:35 |
| 5 | Q  And in Naperville are there certain | 10:39:47 |
| 6 | divisions you're assigned to work in? | 10:39:51 |
| 7 | A  There's patrol division and detective | 10:39:53 |
| 8 | division, traffic division.  Those are the | 10:39:56 |
| 9 | three that I recall. | 10:40:01 |
| 10 | Q  And where did the detective division | 10:40:03 |
| 11 | detectives work? | 10:40:08 |
| 12 | A  In the basement of the police department. | 10:40:08 |
| 13 | Q  Did all detectives work in the police | 10:40:11 |
| 14 | department? | 10:40:13 |
| 15 | A  No. | 10:40:13 |
| 16 | Q  Which detectives worked in the police | 10:40:14 |
| 17 | department? | 10:40:20 |
| 18 | A  Anyone that was assigned down there. | 10:40:20 |
| 19 | There were also school resource officers, and they | 10:40:24 |
| 20 | were detectives, and they did not work in the | 10:40:27 |
| 21 | police department. | 10:40:29 |
| 22 | Q  Okay.  And how many people worked in the | 10:40:31 |
| 23 | basement of the police department when you were a | 10:40:37 |
| 24 | detective? | 10:40:39 |

Transcript of Michael Cross
Conducted on October 16, 2020                    47

| | | |
|---|---|---|
| 1 | A   It depends upon when you're talking. | 10:40:39 |
| 2 | Originally, there was probably three of us. | 10:40:43 |
| 3 | Q   In 1995 do you recall how many people | 10:40:46 |
| 4 | worked in the basement of the police department? | 10:40:48 |
| 5 | A   I think -- by 1995 I think we were in the | 10:40:51 |
| 6 | new building or just moved to the new building. | 10:40:59 |
| 7 | Q   In the new building were you still in the | 10:41:02 |
| 8 | basement? | 10:41:04 |
| 9 | A   Yeah.  We had windows, though. | 10:41:04 |
| 10 | Q   That's an improvement. | 10:41:08 |
| 11 | A   Yeah. | 10:41:09 |
| 12 | Q   In that new building do you recall how | 10:41:09 |
| 13 | many people worked with you in the basement? | 10:41:12 |
| 14 | A   Not exactly, no. | 10:41:14 |
| 15 | Q   Did all homicide investigators work in the | 10:41:16 |
| 16 | basement or do you not recall? | 10:41:34 |
| 17 | A   Yes. | 10:41:36 |
| 18 | Q   Did all arson investigators work in the | 10:41:36 |
| 19 | basement? | 10:41:40 |
| 20 | A   Yes. | 10:41:40 |
| 21 | Q   And outside of SRO detectives, all | 10:41:41 |
| 22 | detectives worked in the basement? | 10:41:52 |
| 23 | A   Yes. | 10:41:54 |
| 24 | Q   Did you have offices, or was it an open | 10:41:54 |

Transcript of Michael Cross
Conducted on October 16, 2020                        48

| | | |
|---|---|---|
| 1 | layout? | 10:41:57 |
| 2 | A   There were dividers between each detective. | 10:41:58 |
| 3 | Q   Okay.  Did you work with a partner at all | 10:42:07 |
| 4 | in Naperville Police Department? | 10:42:13 |
| 5 | A   A couple of different ones. | 10:42:13 |
| 6 | Q   Okay.  Did you work with a partner prior | 10:42:17 |
| 7 | to 1995? | 10:42:20 |
| 8 | A   Not that I recall. | 10:42:22 |
| 9 | Q   Did you work with a partner in 1995? | 10:42:23 |
| 10 | A   Not that I recall.  I don't know who it | 10:42:26 |
| 11 | would have been -- | 10:42:31 |
| 12 | Q   Okay. | 10:42:33 |
| 13 | A   -- if anyone. | 10:42:34 |
| 14 | Q   And are partners at Naperville Police | 10:42:35 |
| 15 | Department assigned, or do you choose them, or are | 10:42:40 |
| 16 | they given on a case-by-case basis? | 10:42:44 |
| 17 | A   No, they're assigned. | 10:42:47 |
| 18 | Q   And who would have assigned those partners? | 10:42:50 |
| 19 | A   One of the supervisors. | 10:42:58 |
| 20 | Q   Prior to the 1995 investigation into the | 10:43:02 |
| 21 | fire at the Miceli residence, had you ever worked | 10:43:13 |
| 22 | cases with Detective Guerrieri? | 10:43:18 |
| 23 | A   No. | 10:43:20 |
| 24 | Q   Had you ever worked cases with Brian | 10:43:22 |

Transcript of Michael Cross
Conducted on October 16, 2020                    49

| | | |
|---|---|---|
| 1 | Cunningham? | 10:43:24 |
| 2 | A  Yes. | 10:43:26 |
| 3 | Q  How many? | 10:43:27 |
| 4 | A  I don't recall. | 10:43:28 |
| 5 | Q  And Mark Carlson was your supervisor; | 10:43:29 |
| 6 | correct? | 10:43:37 |
| 7 | A  Correct. | 10:43:37 |
| 8 | Q  How many years had he been your supervisor? | 10:43:38 |
| 9 | A  I think all in total was four years. | 10:43:40 |
| 10 | Q  Did he start supervising you in 1995 or -- | 10:43:45 |
| 11 | A  Did what?  Pardon me. | 10:43:48 |
| 12 | Q  Did he begin supervising you in 1995, or | 10:43:50 |
| 13 | did he begin supervising you in the years before | 10:43:53 |
| 14 | that? | 10:43:56 |
| 15 | A  It was 1995. | 10:43:56 |
| 16 | Q  Had you ever been assigned cases with | 10:43:59 |
| 17 | Lieutenant Ferreri? | 10:44:04 |
| 18 | A  Yes. | 10:44:08 |
| 19 | Q  How many? | 10:44:09 |
| 20 | A  Don't recall. | 10:44:09 |
| 21 | Q  More than 15? | 10:44:11 |
| 22 | A  Less than 15. | 10:44:13 |
| 23 | Q  More than 10? | 10:44:16 |
| 24 | A  I don't know. | 10:44:19 |

Transcript of Michael Cross
Conducted on October 16, 2020                           50

| | | |
|---|---|---|
| 1 | Q  Had you ever been assigned to work a case | 10:44:23 |
| 2 | with Mitch Kushner by 1995? | 10:44:26 |
| 3 | A  Prior to that, no. | 10:44:29 |
| 4 | Q  Did you know Robert Guerrieri before the | 10:44:32 |
| 5 | investigation into the Miceli fire? | 10:44:40 |
| 6 | A  Yes. | 10:44:42 |
| 7 | Q  Would you consider yourself friends? | 10:44:43 |
| 8 | A  Yes. | 10:44:45 |
| 9 | Q  And Detective Cunningham, would you | 10:44:46 |
| 10 | consider yourself friendly or friends with him? | 10:44:55 |
| 11 | A  Yes. | 10:44:57 |
| 12 | Q  Would you consider yourself friendly or | 10:44:57 |
| 13 | friends with Mark Carlson? | 10:45:00 |
| 14 | A  No. | 10:45:01 |
| 15 | Q  Would you consider yourself friendly or | 10:45:03 |
| 16 | friends with Lieutenant Ferreri? | 10:45:05 |
| 17 | A  Yes. | 10:45:07 |
| 18 | Q  Would you consider yourself friendly or | 10:45:08 |
| 19 | friends with Mitch Kushner? | 10:45:11 |
| 20 | A  No. | 10:45:17 |
| 21 | Q  Prior to 1995, you knew who Jon Ripsky | 10:45:17 |
| 22 | was; correct? | 10:45:22 |
| 23 | A  Uh-huh. | 10:45:23 |
| 24 | MR. POLICK:  Yes? | 10:45:23 |

Transcript of Michael Cross
Conducted on October 16, 2020                    51

```
 1          THE WITNESS:  Yes.                      10:45:24
 2      Q   He was a captain in the Naperville Police   10:45:25
 3   Department; correct?                           10:45:29
 4      A   Yes.                                     10:45:30
 5      Q   Did he have a supervisory role over you?   10:45:30
 6      A   No.                                      10:45:34
 7      Q   He was a captain over the investigations   10:45:35
 8   unit; correct?                                 10:45:44
 9      A   Yes.                                     10:45:44
10      Q   Were you part of the investigations unit?   10:45:45
11      A   Yes.                                     10:45:46
12      Q   So if you're part of the investigations   10:45:47
13   unit, and he was the captain over it, would he not   10:45:49
14   have a supervisory role over you?              10:45:53
15      A   He was not the captain of investigations.   10:45:55
16   I might have stated that earlier and that was a   10:45:57
17   mistake.                                        10:46:01
18      Q   Okay.  So what was he captain of?       10:46:01
19      A   Administration.                          10:46:05
20      Q   And as captain of administration, he still   10:46:07
21   outranked you; correct?                        10:46:15
22      A   Say that again, please.                 10:46:16
23      Q   As captain of administration, he still   10:46:17
24   outranked you; correct?                        10:46:20
```

Transcript of Michael Cross
Conducted on October 16, 2020                          52

| | | |
|---|---|---|
| 1 | A  I couldn't get that one word. | 10:46:21 |
| 2 | Q  Outranked. | 10:46:24 |
| 3 | A  Outrage? | 10:46:25 |
| 4 | Q  Outranked. | 10:46:27 |
| 5 | A  I don't know what you're talking about. | 10:46:29 |
| 6 | Q  O-u-t-r-a-n-k-e-d. | 10:46:30 |
| 7 | A  Outranked? | 10:46:35 |
| 8 | Q  Yes.  As in he had a greater rank than | 10:46:37 |
| 9 | you did. | 10:46:40 |
| 10 | A  Oh, yes. | 10:46:40 |
| 11 | Q  As a captain, if he told you to do | 10:46:41 |
| 12 | something, were you required to do so under | 10:46:44 |
| 13 | Naperville policy? | 10:46:46 |
| 14 | A  Yes. | 10:46:46 |
| 15 | Q  As a captain, did he have the ability to | 10:46:47 |
| 16 | formally discipline you? | 10:46:51 |
| 17 | A  Yes. | 10:46:52 |
| 18 | Q  And speaking of discipline, have you ever | 10:46:54 |
| 19 | been fired or suspended from any job for any reason? | 10:46:58 |
| 20 | A  No. | 10:47:05 |
| 21 | Q  Have you ever been officially disciplined | 10:47:05 |
| 22 | at any job? | 10:47:08 |
| 23 | A  Yes. | 10:47:09 |
| 24 | Q  When have you been officially disciplined? | 10:47:09 |

Transcript of Michael Cross
Conducted on October 16, 2020          53

| | | |
|---|---|---|
| 1 | A  I was disciplined for a couple of traffic | 10:47:12 |
| 2 | accidents with patrol cars. | 10:47:16 |
| 3 | Q  This was when you were a patrol officer? | 10:47:20 |
| 4 | A  Yes. | 10:47:23 |
| 5 | Q  And what level of severity were these | 10:47:23 |
| 6 | traffic accidents? | 10:47:29 |
| 7 | A  Minor. | 10:47:30 |
| 8 | Q  What was the consequence, if any, for | 10:47:31 |
| 9 | these disciplines for traffic accidents? | 10:47:35 |
| 10 | A  I believe I received a one-day suspension | 10:47:39 |
| 11 | for each one. | 10:47:43 |
| 12 | Q  Were you ever suspended without pay? | 10:47:44 |
| 13 | A  No. | 10:47:47 |
| 14 | Q  Have you ever received a negative feedback | 10:47:48 |
| 15 | or performance review with the Naperville Police | 10:47:56 |
| 16 | Department? | 10:47:59 |
| 17 | A  No. | 10:47:59 |
| 18 | Q  And other than the present case, has | 10:48:00 |
| 19 | anyone, to your knowledge, accused you of police | 10:48:07 |
| 20 | misconduct? | 10:48:12 |
| 21 | A  I don't recall. | 10:48:13 |
| 22 | Q  I want to circle back to the training you | 10:48:16 |
| 23 | recalled -- strike that. | 10:48:27 |
| 24 | I want to circle back to the training you | 10:48:29 |

Transcript of Michael Cross
Conducted on October 16, 2020                    54

| | | |
|---|---|---|
| 1 | received at the police academy.  Okay? | 10:48:32 |
| 2 |    A   Sure. | 10:48:33 |
| 3 |    Q   What topics of training did you cover at | 10:48:34 |
| 4 | the police academy? | 10:48:38 |
| 5 |    A   That was a long time ago.  Overall -- | 10:48:40 |
| 6 | overall police work.  That's the only way I can | 10:48:45 |
| 7 | answer that. | 10:48:49 |
| 8 |    Q   Did you have continuing training or cycle | 10:48:51 |
| 9 | training that happen at Naperville Police | 10:49:00 |
| 10 | Department or no? | 10:49:02 |
| 11 |    A   I attended seminars and things like that | 10:49:02 |
| 12 | for different subjects. | 10:49:04 |
| 13 |    Q   Were those seminars required? | 10:49:06 |
| 14 |    A   I think I was assigned, yes. | 10:49:09 |
| 15 |    Q   And what were the frequency of the | 10:49:18 |
| 16 | required seminars? | 10:49:20 |
| 17 |    A   Well, they were only required because at | 10:49:20 |
| 18 | the time the supervisor would assign me to that. | 10:49:23 |
| 19 | The frequency I don't know. | 10:49:26 |
| 20 |    Q   And I know you've said you went to | 10:49:29 |
| 21 | seminars on homicide investigation and arson | 10:49:35 |
| 22 | investigation.  Correct? | 10:49:40 |
| 23 |    A   Yes. | 10:49:42 |
| 24 |    Q   Did you go to seminars on any other topic? | 10:49:42 |

Transcript of Michael Cross
Conducted on October 16, 2020                          55

| | | |
|---|---|---|
| 1 | A   Probably burglary/theft.  Any type of | 10:49:45 |
| 2 | criminal investigation. | 10:49:53 |
| 3 | Q   Did you have any mentors during your time | 10:49:55 |
| 4 | at Naperville Police Department? | 10:49:59 |
| 5 | A   I don't want to say no but I'm not sure. | 10:50:00 |
| 6 | I'm sure I had people that, you know, helped | 10:50:15 |
| 7 | me out. | 10:50:17 |
| 8 | Q   Yeah.  Did you have any official mentors? | 10:50:17 |
| 9 | A   No. | 10:50:22 |
| 10 | Q   And you said at the academy you generally | 10:50:23 |
| 11 | were trained in police work; right? | 10:50:28 |
| 12 | A   Yes. | 10:50:31 |
| 13 | Q   Does that include crime scene investigation? | 10:50:31 |
| 14 | A   Yes. | 10:50:33 |
| 15 | Q   Did that include interrogation tactics? | 10:50:34 |
| 16 | A   Yes. | 10:50:44 |
| 17 | Q   Did that include crisis management? | 10:50:45 |
| 18 | A   I don't recall. | 10:50:47 |
| 19 | Q   Okay.  Did that include report writing? | 10:50:48 |
| 20 | A   Yes. | 10:50:55 |
| 21 | Q   And when you were writing reports during | 10:50:58 |
| 22 | your time at the Naperville Police Department, was | 10:51:23 |
| 23 | it your practice to write down every question you | 10:51:25 |
| 24 | asked? | 10:51:28 |

Transcript of Michael Cross
Conducted on October 16, 2020                        56

| | | |
|---|---|---|
| 1 | A  No. | 10:51:29 |
| 2 | Q  What questions would you not write down in | 10:51:30 |
| 3 | reports? | 10:51:36 |
| 4 | A  Everything was a sum and substance or a | 10:51:36 |
| 5 | summary. | 10:51:40 |
| 6 | Q  Was it your practice to write down everything | 10:51:41 |
| 7 | a witness said? | 10:51:50 |
| 8 | A  No. | 10:51:51 |
| 9 | Q  Was it your practice to only write down | 10:51:52 |
| 10 | important things that witnesses said? | 10:51:55 |
| 11 | THE VIDEOGRAPHER:  The mic fell off. | 10:52:03 |
| 12 | THE WITNESS:  Sorry about that. | 10:52:08 |
| 13 | Could you repeat that, please? | 10:52:26 |
| 14 | Q  Yeah.  You said that it wasn't your practice | 10:52:28 |
| 15 | to write down every answer a witness gave, and | 10:52:30 |
| 16 | then I asked if it was your practice to write down | 10:52:35 |
| 17 | the important things that witnesses said to you. | 10:52:37 |
| 18 | A  I wrote down a summary of what the | 10:52:40 |
| 19 | witnesses said to me. | 10:52:42 |
| 20 | Q  And how did you decide what went into that | 10:52:43 |
| 21 | summary? | 10:52:45 |
| 22 | A  On my own. | 10:52:46 |
| 23 | Q  And did you -- sorry; one second. | 10:52:49 |
| 24 | And what things did you consider when | 10:53:04 |

Transcript of Michael Cross
Conducted on October 16, 2020                    57

| | | |
|---|---|---|
| 1 | determining what to put into a summary? | 10:53:06 |
| 2 |    A  Things that I needed to remember and | 10:53:09 |
| 3 | things that I thought were important towards the | 10:53:13 |
| 4 | investigation or the interview. | 10:53:16 |
| 5 |    Q  How did you determine what was important? | 10:53:23 |
| 6 |    A  It is my own determination. | 10:53:26 |
| 7 |    Q  Did you write down things -- strike that. | 10:53:31 |
| 8 |      If you wrote down things that you wanted | 10:53:56 |
| 9 | to remember, is that because you knew that there | 10:53:59 |
| 10 | might be a possibility of a criminal trial down | 10:54:01 |
| 11 | the line? | 10:54:03 |
| 12 |    A  Yes. | 10:54:03 |
| 13 |    Q  And you knew that at a criminal trial a | 10:54:05 |
| 14 | prosecutor or defense attorney would be relying on | 10:54:09 |
| 15 | what you had written in your report? | 10:54:12 |
| 16 |    A  Yes. | 10:54:13 |
| 17 |    Q  And you knew that it was important in | 10:54:13 |
| 18 | order to enact justice and fairness within the | 10:54:16 |
| 19 | criminal process to have accurate and important | 10:54:20 |
| 20 | details written in your report? | 10:54:22 |
| 21 |    A  Yes, ma'am. | 10:54:23 |
| 22 |    Q  And you know it's important to document | 10:54:24 |
| 23 | facts because there may be times down the line | 10:54:27 |
| 24 | when you're testifying that you can't recall | 10:54:31 |

Transcript of Michael Cross
Conducted on October 16, 2020                                    58

| | | |
|---|---|---|
| 1 | exactly what occurred? | 10:54:33 |
| 2 | A  Correct. | 10:54:34 |
| 3 | Q  And then you have to rely on your reports? | 10:54:35 |
| 4 | A  Yes. | 10:54:36 |
| 5 | Q  You talked about becoming an arson | 10:54:37 |
| 6 | investigator, and you said that occurred sometime | 10:54:51 |
| 7 | between 1990 and 1995; correct? | 10:54:55 |
| 8 | A  I think around 1990. | 10:54:59 |
| 9 | Q  Okay.  And you had to take seminars in | 10:55:04 |
| 10 | order for -- in order to become an arson | 10:55:08 |
| 11 | investigator; right? | 10:55:10 |
| 12 | A  Yes.  I took them but it wasn't required | 10:55:10 |
| 13 | at the time. | 10:55:14 |
| 14 | Q  Okay.  When was the first time you took | 10:55:15 |
| 15 | seminars about arson investigation? | 10:55:24 |
| 16 | A  I don't recall. | 10:55:26 |
| 17 | Q  Was it -- it was prior to 1995, though; | 10:55:27 |
| 18 | correct? | 10:55:31 |
| 19 | A  Yes. | 10:55:31 |
| 20 | Q  And you also said that you were trained at | 10:55:32 |
| 21 | the police academy in interrogation; correct? | 10:55:44 |
| 22 | A  Some training, yes. | 10:55:48 |
| 23 | Q  And you also received some training from | 10:55:49 |
| 24 | the Reid Academy or John Reid School of Interview | 10:55:57 |

Transcript of Michael Cross
Conducted on October 16, 2020                    59

| | | |
|---|---|---|
| 1 | and Interrogation; correct? | 10:56:01 |
| 2 | A  Yes. | 10:56:04 |
| 3 | Q  When did you attend the John Reid school? | 10:56:04 |
| 4 | A  I don't recall. | 10:56:07 |
| 5 | Q  Was it before or after 1995? | 10:56:08 |
| 6 | A  I don't recall. | 10:56:10 |
| 7 | Q  Was it before or after 1990? | 10:56:12 |
| 8 | A  I don't recall. | 10:56:15 |
| 9 | Q  And the John Reid school, that is a certain | 10:56:16 |
| 10 | technique; correct? | 10:56:32 |
| 11 | A  Yes. | 10:56:32 |
| 12 | Q  And there are several steps in that | 10:56:34 |
| 13 | technique; correct? | 10:56:37 |
| 14 | A  I believe so, yes. | 10:56:38 |
| 15 | Q  And one of the steps in that technique is | 10:56:41 |
| 16 | to confront a suspect and let them understand that | 10:56:49 |
| 17 | you have evidence against them? | 10:56:55 |
| 18 | A  I don't recall. | 10:56:57 |
| 19 | Q  And one of the techniques is shifting the | 10:56:58 |
| 20 | blame away from the suspect and trying to propose | 10:57:01 |
| 21 | a sequence of events that makes them feel less | 10:57:07 |
| 22 | culpable; correct? | 10:57:10 |
| 23 | A  I don't know. | 10:57:12 |
| 24 | Q  One of the techniques is to try and | 10:57:12 |

| | | |
|---|---|---|
| 1 | discourage a suspect from persisting in something | 10:57:15 |
| 2 | that you think is false by confronting them about | 10:57:22 |
| 3 | that falsehood until they stop insisting; correct? | 10:57:25 |
| 4 | A  I'm not sure.  I'm not sure exactly. | 10:57:31 |
| 5 | Q  Another technique of the John Reid school | 10:57:40 |
| 6 | is to offer alternative -- alternatives to the | 10:57:43 |
| 7 | crime -- strike that; that's a bad question. | 10:57:52 |
| 8 | One of the techniques of the John Reid | 10:58:00 |
| 9 | school is to lead the suspect to repeat their | 10:58:02 |
| 10 | admission of guilt once they've made it; correct? | 10:58:06 |
| 11 | A  No, I don't believe so. | 10:58:09 |
| 12 | Q  What are the steps or techniques that you | 10:58:11 |
| 13 | learned from the John Reid school that you can | 10:58:23 |
| 14 | recall? | 10:58:26 |
| 15 | A  I recall vaguely some of the steps, but I | 10:58:27 |
| 16 | can't just -- I can't say exactly. | 10:58:37 |
| 17 | Q  You say you recall vaguely.  What do you | 10:58:41 |
| 18 | vaguely recall? | 10:58:48 |
| 19 | A  Well, I took what I learned at John Reid, | 10:58:48 |
| 20 | and I applied it to my own technique and developed | 10:58:52 |
| 21 | my own technique of interviewing people. | 10:58:55 |
| 22 | Q  So would it be fair to say that there were | 10:59:00 |
| 23 | aspects of the John Reid training that you used when | 10:59:03 |
| 24 | you were interviewing or interrogating suspects? | 10:59:06 |

Transcript of Michael Cross
Conducted on October 16, 2020                    61

| | | |
|---|---|---|
| 1 | A   I believe so. | 10:59:13 |
| 2 | Q   And you've used polygraph examination | 10:59:15 |
| 3 | during examinations; correct? | 10:59:28 |
| 4 | A   Yes. | 10:59:30 |
| 5 | Q   In what circumstances do you believe | 10:59:30 |
| 6 | polygraph examinations are appropriate? | 10:59:35 |
| 7 | A   Well, when you believe and have evidence | 10:59:37 |
| 8 | that the person is lying to you and they persist | 10:59:42 |
| 9 | in their lies. | 10:59:45 |
| 10 | Q   Are there times when polygraphs are | 10:59:47 |
| 11 | inappropriate to use? | 11:00:01 |
| 12 | A   There are times they're not necessary. | 11:00:04 |
| 13 | Q   Do you believe there's any times when a | 11:00:07 |
| 14 | polygraph examination may be too excessive? | 11:00:14 |
| 15 | MR. POLICK:  Objection to the form of the | 11:00:19 |
| 16 | question. | 11:00:23 |
| 17 | You can go ahead and answer. | 11:00:23 |
| 18 | A   Could you restate that? | 11:00:24 |
| 19 | Q   Yeah.  Are there ever any times when you | 11:00:26 |
| 20 | believe use of a polygraph examination would be | 11:00:29 |
| 21 | excessive? | 11:00:35 |
| 22 | MR. POLICK:  Same objection as to form. | 11:00:37 |
| 23 | Go ahead and answer. | 11:00:38 |
| 24 | A   I wouldn't say excessive.  I would say | 11:00:39 |

Transcript of Michael Cross
Conducted on October 16, 2020                    62

| | | |
|---|---|---|
| 1 | maybe inappropriate. | 11:00:42 |
| 2 | Q  And you said it would be inappropriate if | 11:00:42 |
| 3 | it was unnecessary; correct? | 11:00:45 |
| 4 | A  You're using semantics.  I can't answer that. | 11:00:47 |
| 5 | Q  Is there a limit on the number of | 11:00:53 |
| 6 | polygraphs that you would give one suspect before | 11:00:56 |
| 7 | you felt like it was inappropriate? | 11:00:58 |
| 8 | A  Normally, yes. | 11:01:00 |
| 9 | Q  And what is that normal baseline? | 11:01:01 |
| 10 | A  Well, if the person is intoxicated or | 11:01:04 |
| 11 | somehow unable to complete the polygraph.  And | 11:01:08 |
| 12 | that wouldn't be my determination; that would have | 11:01:14 |
| 13 | been the polygraphist's determination. | 11:01:17 |
| 14 | Q  You said "intoxicated."  What other states | 11:01:25 |
| 15 | of mind would you not want a person to possess if | 11:01:29 |
| 16 | they were being polygraphed? | 11:01:33 |
| 17 | A  If they're mentally incapable of doing it; | 11:01:35 |
| 18 | if they're slow in some way. | 11:01:42 |
| 19 | Q  What does "mentally incapable" mean in | 11:01:48 |
| 20 | this context? | 11:01:54 |
| 21 | A  I don't know. | 11:01:54 |
| 22 | MR. POLICK:  Objection to the form of the | 11:01:54 |
| 23 | question to the extent you're asking him for an | 11:01:56 |
| 24 | expert opinion on polygraphs. | 11:01:58 |

Transcript of Michael Cross
Conducted on October 16, 2020                    63

| | | |
|---|---|---|
| 1 | Q  I'm asking you, in your experience as a | 11:02:00 |
| 2 | police officer for many years who used polygraphs, | 11:02:03 |
| 3 | what would "mentally incapable" mean in terms of a | 11:02:07 |
| 4 | polygraph test? | 11:02:13 |
| 5 | MR. POLICK:  Same objection as to an | 11:02:15 |
| 6 | expert opinion -- giving an expert opinion on | 11:02:16 |
| 7 | polygraphs or giving an opinion on mental health. | 11:02:19 |
| 8 | You can go ahead and answer. | 11:02:22 |
| 9 | THE WITNESS:  Can you ask me again, please? | 11:02:25 |
| 10 | MS. GARCIA:  Can you repeat back? | 11:02:25 |
| 11 | (Pending question read.) | 11:03:01 |
| 12 | A  If somebody appears to not be functioning | 11:03:01 |
| 13 | at a normal physical human capacity. | 11:03:07 |
| 14 | Q  Okay.  That's fair.  Would that include | 11:03:14 |
| 15 | people who are having panic attacks? | 11:03:18 |
| 16 | MR. POLICK:  Objection to the form of the | 11:03:20 |
| 17 | question because it requires him to give a medical | 11:03:23 |
| 18 | opinion or a mental health opinion on someone's | 11:03:25 |
| 19 | mental status. | 11:03:28 |
| 20 | You can go ahead and answer the question. | 11:03:29 |
| 21 | A  I've never given anybody a polygraph test | 11:03:32 |
| 22 | that was experiencing a panic attack. | 11:03:36 |
| 23 | Q  Sorry; I couldn't -- I didn't understand | 11:03:38 |
| 24 | the last thing you said. | 11:03:41 |

Transcript of Michael Cross
Conducted on October 16, 2020                    64

| | | |
|---|---|---|
| 1 | A   I never gave a polygraph to an individual | 11:03:42 |
| 2 | who was under a panic attack or was having a panic | 11:03:45 |
| 3 | attack. | 11:03:49 |
| 4 | Q   And how do you know that? | 11:03:49 |
| 5 | A   Only my judgment. | 11:03:50 |
| 6 | Q   And how do you judge if someone is having | 11:03:52 |
| 7 | a panic attack or not? | 11:03:56 |
| 8 | A   I can't answer that. | 11:03:57 |
| 9 | Q   So it's your judgment that someone is | 11:03:59 |
| 10 | having a panic attack or not but -- | 11:04:02 |
| 11 | MR. POLICK:  Objection to the form of the | 11:04:05 |
| 12 | question. | 11:04:06 |
| 13 | You can answer over the objection. | 11:04:07 |
| 14 | MS. GARCIA:  I would like to make my | 11:04:09 |
| 15 | question first, please, Joe. | 11:04:12 |
| 16 | Q   If you have -- if you can make a judgment | 11:04:15 |
| 17 | that someone is having a panic attack or not, that | 11:04:17 |
| 18 | would mean you have some measure of understanding | 11:04:20 |
| 19 | of what a panic attack is; correct? | 11:04:23 |
| 20 | MR. POLICK:  Objection; that's | 11:04:25 |
| 21 | argumentative.  Again, I'm going to object to this | 11:04:27 |
| 22 | line of questioning to the extent you're | 11:04:30 |
| 23 | requesting the witness to give an opinion on | 11:04:32 |
| 24 | polygraphs which you have established no | 11:04:33 |

| | | |
|---|---|---|
| 1 | foundation for or to give an opinion on somebody's | 11:04:36 |
| 2 | physical or mental health, which he's not | 11:04:38 |
| 3 | competent to give.  Also, not competent to give -- | 11:04:41 |
| 4 | MS. GARCIA:  Okay.  Joe, I feel like | 11:04:44 |
| 5 | you're going into a speaking objection.  We can | 11:04:46 |
| 6 | have these standing objections as they are; I'm | 11:04:48 |
| 7 | fine with that.  I'm also not asking within the | 11:04:51 |
| 8 | terms of a polygraph examination. | 11:04:54 |
| 9 | MR. POLICK:  Well, you need to make that | 11:04:55 |
| 10 | clear in your question.  If your question is not | 11:04:58 |
| 11 | clear, I'm going to make my objections. | 11:05:00 |
| 12 | Please answer over the objections. | 11:05:02 |
| 13 | THE WITNESS:  Please ask me again. | 11:05:06 |
| 14 | Q  How would you determine whether someone | 11:05:07 |
| 15 | was having a panic attack or not? | 11:05:10 |
| 16 | A  Through observation. | 11:05:12 |
| 17 | Q  And what would you observe -- or | 11:05:13 |
| 18 | strike that. | 11:05:18 |
| 19 | What sort of observations would you have | 11:05:20 |
| 20 | to make in order to determine whether someone was | 11:05:22 |
| 21 | having a panic attack? | 11:05:24 |
| 22 | A  I can't answer that, either. | 11:05:28 |
| 23 | Q  Have you ever observed someone having a | 11:05:48 |
| 24 | panic attack? | 11:05:51 |

Transcript of Michael Cross
Conducted on October 16, 2020      66

| | | |
|---|---|---|
| 1 | A  Yes. | 11:05:52 |
| 2 | Q  And what were the -- what aspects about | 11:05:57 |
| 3 | the person having a panic attack did you observe | 11:06:02 |
| 4 | that led you to believe they were having a panic | 11:06:06 |
| 5 | attack? | 11:06:09 |
| 6 | A  It's really hard to explain.  Just what I -- | 11:06:09 |
| 7 | what I view and the way the person is acting. | 11:06:23 |
| 8 | Q  Were they breathing heavy? | 11:06:31 |
| 9 | A  That could be part of it. | 11:06:34 |
| 10 | Q  Were they nervous? | 11:06:36 |
| 11 | A  Again, that could be part of it, also. | 11:06:39 |
| 12 | Q  Were they having a hard time speaking? | 11:06:42 |
| 13 | A  I'm not sure. | 11:06:45 |
| 14 | Q  Were they quiet or were they loud? | 11:06:47 |
| 15 | A  I don't know. | 11:06:50 |
| 16 | Q  Did they appear to be lively or catatonic? | 11:06:51 |
| 17 | MR. POLICK:  Objection to the form of the | 11:07:05 |
| 18 | question, again, to the extent you're asking him | 11:07:07 |
| 19 | to give medical opinions.  Not competent to do so. | 11:07:10 |
| 20 | A  Yeah, I -- | 11:07:14 |
| 21 | MR. POLICK:  You can answer over the | 11:07:15 |
| 22 | objections. | 11:07:16 |
| 23 | A  (Continuing.)  I can't -- I can't say how | 11:07:18 |
| 24 | I would determine that.  Just by observation. | 11:07:19 |

Transcript of Michael Cross
Conducted on October 16, 2020                    67

| | | |
|---|---|---|
| 1 | Q   Okay.   And how many times have you | 11:07:23 |
| 2 | interrogated someone? | 11:07:32 |
| 3 | A   Hundreds. | 11:07:34 |
| 4 | Q   And of the times you've interrogated | 11:07:36 |
| 5 | someone, what percentage have you used a polygraph | 11:07:41 |
| 6 | examination? | 11:07:43 |
| 7 | A   Small percentage. | 11:07:44 |
| 8 | Q   10 percent? | 11:07:46 |
| 9 | A   I can't specifically tell you. | 11:07:47 |
| 10 | Q   An approximation.   20 percent? | 11:07:52 |
| 11 | A   No. | 11:07:55 |
| 12 | Q   50 percent? | 11:07:56 |
| 13 | A   No. | 11:07:57 |
| 14 | Q   5 percent? | 11:07:57 |
| 15 | A   I can't tell you. | 11:07:59 |
| 16 | Q   Okay.   Is there a point where interrogation | 11:08:00 |
| 17 | becomes too excessive? | 11:08:15 |
| 18 | MR. POLICK:   Objection to the form of the | 11:08:18 |
| 19 | question. | 11:08:20 |
| 20 | You can answer over the objection. | 11:08:20 |
| 21 | A   Not in the case of the -- cases that | 11:08:21 |
| 22 | I've had. | 11:08:24 |
| 23 | Q   Have there been cases that aren't yours | 11:08:25 |
| 24 | where you felt interrogation was too excessive? | 11:08:28 |

Transcript of Michael Cross
Conducted on October 16, 2020                    68

| | | |
|---|---|---|
| 1 | A  I don't know.  I don't believe so. | 11:08:34 |
| 2 | Q  Do you believe there can be a point where | 11:08:36 |
| 3 | interrogation becomes too excessive? | 11:08:43 |
| 4 | A  Yes. | 11:08:46 |
| 5 | Q  And what is that point? | 11:08:47 |
| 6 | A  I would have to use -- I would have to see | 11:08:48 |
| 7 | individual cases.  I would have to determine it by | 11:08:50 |
| 8 | individual cases, situations. | 11:08:54 |
| 9 | Q  Would it be predicated on physical harm? | 11:08:56 |
| 10 | A  That could be part of it, yes. | 11:09:01 |
| 11 | Q  Okay.  What level of physical harm would | 11:09:04 |
| 12 | someone have to have in order for an interrogation | 11:09:07 |
| 13 | to be excessive in your view? | 11:09:12 |
| 14 | A  I'll -- | 11:09:15 |
| 15 | MR. POLICK:  Objection to the form of the | 11:09:16 |
| 16 | question. | 11:09:19 |
| 17 | But go ahead, Mike. | 11:09:19 |
| 18 | A  Almost any kind of physical abuse. | 11:09:20 |
| 19 | Q  Okay. | 11:09:24 |
| 20 | A  In fact, I wouldn't say almost; I would | 11:09:28 |
| 21 | say there's no cases where it's acceptable. | 11:09:31 |
| 22 | Q  At what point should an interrogation cease? | 11:09:36 |
| 23 | A  Could you ask that again? | 11:09:45 |
| 24 | Q  At what point should an interrogation cease | 11:09:47 |

Transcript of Michael Cross
Conducted on October 16, 2020                    69

| | | |
|---|---|---|
| 1 | or stop? | 11:09:50 |
| 2 | A  Peak or stop? | 11:09:51 |
| 3 | Q  Cease, s -- c-e-a-s-e. | 11:09:52 |
| 4 | A  When you're done. | 11:09:59 |
| 5 | Q  Is there a time limit on interrogations, | 11:10:00 |
| 6 | in your view? | 11:10:07 |
| 7 | A  No. | 11:10:07 |
| 8 | Q  Is there a limit on the amount of sleep | 11:10:08 |
| 9 | someone could have had or not had? | 11:10:16 |
| 10 | A  Yes. | 11:10:19 |
| 11 | Q  And what is that limit? | 11:10:23 |
| 12 | A  Specifically it would depend upon the | 11:10:25 |
| 13 | individual and how they were reacting. | 11:10:29 |
| 14 | Q  And what type of reactions would you stop | 11:10:34 |
| 15 | an interrogation on someone who had not slept in | 11:10:46 |
| 16 | a while? | 11:10:50 |
| 17 | MR. POLICK:  Objection to the form of the | 11:10:51 |
| 18 | question.  You can go ahead and answer. | 11:10:53 |
| 19 | THE WITNESS:  Could you repeat that, please? | 11:10:55 |
| 20 | MS. GARCIA:  Can you read that back? | 11:10:55 |
| 21 | THE COURT REPORTER:  I'm sorry; would you | 11:10:55 |
| 22 | repeat the question. | 11:11:17 |
| 23 | Q  You testified that there's some times | 11:11:17 |
| 24 | based on how someone reacted that you would stop | 11:11:21 |

Transcript of Michael Cross
Conducted on October 16, 2020                    70

| | | |
|---|---|---|
| 1 | an interrogation if they hadn't slept in a while; | 11:11:24 |
| 2 | correct? | 11:11:27 |
| 3 | MR. POLICK:  I think that misstates the | 11:11:28 |
| 4 | witness' testimony. | 11:11:30 |
| 5 | You may go ahead and answer. | 11:11:33 |
| 6 | A  I don't think that's what I said. | 11:11:34 |
| 7 | Q  Other than an interrogation being -- | 11:11:36 |
| 8 | actually, strike that. | 11:11:56 |
| 9 | What is your -- you said you wouldn't stop | 11:11:58 |
| 10 | an interrogation until it was done; correct? | 11:12:00 |
| 11 | A  Correct. | 11:12:02 |
| 12 | Q  What does "done" mean to you? | 11:12:04 |
| 13 | A  When I'm done interviewing; when I'm done | 11:12:09 |
| 14 | asking questions. | 11:12:13 |
| 15 | Q  How do you determine when that is? | 11:12:14 |
| 16 | A  There comes a point where you just run out | 11:12:16 |
| 17 | of questions. | 11:12:19 |
| 18 | Q  And other than running out of questions, | 11:12:27 |
| 19 | under what criteria would you stop an interrogation? | 11:12:40 |
| 20 | A  I'm not sure about your question. | 11:12:44 |
| 21 | Q  So you're not sure -- | 11:12:48 |
| 22 | A  I think it's vague. | 11:12:50 |
| 23 | Q  Other than being finished with your line | 11:12:53 |
| 24 | of questioning, are there circumstances under | 11:12:57 |

Transcript of Michael Cross
Conducted on October 16, 2020                                    71

| | | |
|---|---|---|
| 1 | which you would stop an interrogation? | 11:12:59 |
| 2 |     A  Probably. | 11:13:01 |
| 3 |     Q  And what are some of those circumstances? | 11:13:02 |
| 4 |     A  If somebody passed out, that would be one | 11:13:04 |
| 5 | of them.  That's never happened to me.  I would | 11:13:12 |
| 6 | keep my interrogation going as long as it was | 11:13:17 |
| 7 | necessary. | 11:13:19 |
| 8 |     Q  What if someone was experiencing | 11:13:20 |
| 9 | psychological harm?  Would you stop then? | 11:13:23 |
| 10 |     MR. POLICK:  Objection to the form of the | 11:13:26 |
| 11 | question.  That again calls for him to give an | 11:13:27 |
| 12 | expert opinion for which no foundation has been | 11:13:30 |
| 13 | established. | 11:13:33 |
| 14 |     You can go ahead and answer over those | 11:13:33 |
| 15 | objections. | 11:13:36 |
| 16 |     THE WITNESS:  Could you ask that again, | 11:13:37 |
| 17 | please? | 11:13:38 |
| 18 |     Q  Would psychological harm be a reason that | 11:13:38 |
| 19 | you would stop an interrogation prior to being | 11:13:42 |
| 20 | done with your questioning? | 11:13:45 |
| 21 |     MR. POLICK:  Same objections. | 11:13:46 |
| 22 |     A  To me psychological harm is very vague, | 11:13:47 |
| 23 | and I don't know exactly what you're saying. | 11:13:51 |
| 24 |     Q  Well, I mean, would you stop an interrogation | 11:14:00 |

Transcript of Michael Cross
Conducted on October 16, 2020                    72

| | | |
|---|---|---|
| 1 | if someone was crying? | 11:14:03 |
| 2 | A  Probably not. | 11:14:08 |
| 3 | Q  Would you stop an interrogation if someone | 11:14:09 |
| 4 | was hyperventilating? | 11:14:11 |
| 5 | A  I might take a break, yes. | 11:14:14 |
| 6 | Q  Would you stop an interrogation if someone | 11:14:16 |
| 7 | was having a panic attack? | 11:14:19 |
| 8 | A  I don't know what a panic attack is. | 11:14:20 |
| 9 | Q  Would you stop interrogating someone if | 11:14:23 |
| 10 | they appeared intoxicated? | 11:14:32 |
| 11 | A  Yes. | 11:14:35 |
| 12 | Q  Prior to the investigation into the fire | 11:15:02 |
| 13 | at Marianne Miceli's apartment, how many fires had | 11:15:09 |
| 14 | you investigated? | 11:15:16 |
| 15 | A  A lot. | 11:15:18 |
| 16 | Q  Approximately how many? | 11:15:19 |
| 17 | A  100 or more. | 11:15:20 |
| 18 | Q  And how many fires had you investigated | 11:15:23 |
| 19 | that someone died in? | 11:15:32 |
| 20 | A  One other one. | 11:15:33 |
| 21 | Q  In your experience, what were the -- what | 11:15:35 |
| 22 | were the majority of causes of the hundreds of | 11:15:49 |
| 23 | fires you had investigated prior to 1995? | 11:15:53 |
| 24 | A  It could be accidental; it could be | 11:15:56 |

Transcript of Michael Cross
Conducted on October 16, 2020                    73

| | | |
|---|---|---|
| 1 | incendiary; it would be natural fires, combustion. | 11:16:09 |
| 2 | Q  And what portion of the fires you | 11:16:21 |
| 3 | investigated prior to the Miceli investigation | 11:16:23 |
| 4 | were determined to be incendiary? | 11:16:28 |
| 5 | A  I couldn't tell you an exact percentage. | 11:16:31 |
| 6 | Q  Were the majority of the cases you had -- | 11:16:37 |
| 7 | fire cases you had investigated? | 11:16:40 |
| 8 | A  Were incendiary? | 11:16:42 |
| 9 | Q  Yes. | 11:16:45 |
| 10 | A  No. | 11:16:45 |
| 11 | Q  Were the majority accidental? | 11:16:46 |
| 12 | A  That would be a higher number.  Not | 11:16:50 |
| 13 | majority, though. | 11:16:58 |
| 14 | Q  What were the majority? | 11:16:59 |
| 15 | A  I don't know. | 11:17:00 |
| 16 | Q  And how many homicides had you investigated | 11:17:01 |
| 17 | prior to the fire at Miceli residence? | 11:17:17 |
| 18 | A  I don't know the exact number. | 11:17:25 |
| 19 | Q  More than 50? | 11:17:26 |
| 20 | A  Maybe a little less than that.  The | 11:17:32 |
| 21 | majority of my investigations into homicides were | 11:17:41 |
| 22 | with the major crimes task force. | 11:17:45 |
| 23 | Q  And tell me about that. | 11:17:48 |
| 24 | A  It was a group of detectives that were | 11:17:50 |

Transcript of Michael Cross
Conducted on October 16, 2020                    74

| | | |
|---|---|---|
| 1 | selected throughout the county by the State's | 11:17:53 |
| 2 | Attorney to be involved in that unit. | 11:17:58 |
| 3 | Q   Okay.   And what did the major crimes task | 11:18:04 |
| 4 | force -- am I getting that right? | 11:18:08 |
| 5 | A   Major crimes task force. | 11:18:10 |
| 6 | Q   -- major crimes task force do when they met? | 11:18:13 |
| 7 | A   When we investigated or when we met? | 11:18:18 |
| 8 | Q   When you met. | 11:18:22 |
| 9 | A   Okay.   When we met, we would -- we would | 11:18:23 |
| 10 | probably have some training.   We'd talk about | 11:18:29 |
| 11 | cases that we worked. | 11:18:33 |
| 12 | Q   Okay.   And you also investigated cases, | 11:18:38 |
| 13 | you said? | 11:18:43 |
| 14 | A   With the major crimes task force, yes. | 11:18:43 |
| 15 | Q   What was the process for investigating a | 11:18:48 |
| 16 | case with the major crimes task force? | 11:18:51 |
| 17 | A   Pretty much the same as any investigation. | 11:18:52 |
| 18 | Q   Was there a specific reason a major crimes | 11:18:55 |
| 19 | task force would get involved? | 11:18:59 |
| 20 | A   The majority of them were for departments | 11:19:00 |
| 21 | within DuPage County that were too small to have a | 11:19:05 |
| 22 | full investigations unit to put forth a major | 11:19:11 |
| 23 | investigation. | 11:19:17 |
| 24 | Q   And would you say that the majority of | 11:19:18 |

Transcript of Michael Cross
Conducted on October 16, 2020                    75

| | | |
|---|---|---|
| 1 | your homicide investigations were with the major | 11:19:22 |
| 2 | crimes task force? | 11:19:28 |
| 3 | A  Yes. | 11:19:28 |
| 4 | Q  Okay.  And that was all around DeKalb, not | 11:19:29 |
| 5 | just Naperville? | 11:19:33 |
| 6 | A  All around DuPage. | 11:19:34 |
| 7 | Q  DuPage, my apologies. | 11:19:36 |
| 8 | Were you also on an arson task force? | 11:19:40 |
| 9 | A  Yes. | 11:19:42 |
| 10 | Q  When did you join the arson task force? | 11:19:43 |
| 11 | A  I don't know specifically. | 11:19:45 |
| 12 | Q  Was it before or after 1995? | 11:19:46 |
| 13 | A  Probably after. | 11:19:49 |
| 14 | Q  So it was after the fire at the Miceli | 11:19:52 |
| 15 | residence? | 11:19:59 |
| 16 | A  Yes. | 11:20:00 |
| 17 | Q  Who was on that task force with you? | 11:20:02 |
| 18 | A  Myself, Fire Investigator Ferreri -- this | 11:20:09 |
| 19 | is the fire investigation team you're talking | 11:20:20 |
| 20 | about; correct? | 11:20:23 |
| 21 | Q  Is there a difference between the fire | 11:20:23 |
| 22 | investigation team and arson task force, or are | 11:20:26 |
| 23 | they maybe the same thing? | 11:20:29 |
| 24 | A  They're probably the same thing. | 11:20:30 |

Transcript of Michael Cross
Conducted on October 16, 2020                          76

```
1        Q   So you called it -- my apologies -- the      11:20:32

2    fire --                                              11:20:36

3        A   Investigation team, FIT.                     11:20:37

4        Q   FIT.  And you joined FIT after the           11:20:40

5    1995 investigation?                                  11:20:46

6        A   I'm not sure.                                11:20:46

7        Q   What did you do with FIT?                    11:20:48

8        A   I assisted in investigating fires.           11:21:00

9        Q   How did you provide assistance?  What did    11:21:06

10   you help do?                                         11:21:13

11       A   I -- we'd respond to the scene, observe      11:21:14

12   the scene, and then I would interview either by      11:21:24

13   myself or along with another fire department         11:21:27

14   investigator, people, witnesses.  Suspects would     11:21:30

15   be interviewed by myself and another detective,      11:21:39

16   not a fireman.                                       11:21:43

17       Q   And were you asked to be a part of the       11:21:47

18   fire investigative task force?                       11:21:55

19       A   The fire investigative team, yes.            11:21:59

20       Q   Team.  I'm going to remember team, I         11:22:02

21   promise.  You were asked, you said?                  11:22:07

22       A   Yes.                                         11:22:09

23       Q   Do you recall who asked you?                 11:22:10

24       A   No.                                          11:22:11
```

Transcript of Michael Cross
Conducted on October 16, 2020                    77

| | | |
|---|---|---|
| 1 | Q   Do you recall why you were asked? | 11:22:11 |
| 2 | A   Because I was a good detective. | 11:22:13 |
| 3 | Q   Were you asked because you had training in | 11:22:17 |
| 4 | fire investigation prior? | 11:22:21 |
| 5 | A   I had some. | 11:22:22 |
| 6 | Q   You had enough for the fire investigative | 11:22:30 |
| 7 | team to want you to join with them; correct? | 11:22:33 |
| 8 | A   Yes. | 11:22:36 |
| 9 | Q   And you had enough for the fire | 11:22:37 |
| 10 | investigative team to feel like you were capable | 11:22:43 |
| 11 | of helping investigate fires; correct? | 11:22:46 |
| 12 | A   Yes.  And, also, that they didn't have the | 11:22:48 |
| 13 | arrest powers which I had, and a lot of them | 11:22:51 |
| 14 | didn't have -- or most of them didn't have the | 11:22:58 |
| 15 | training on interviewing.  Their training was in | 11:23:01 |
| 16 | fire suppression and investigation. | 11:23:07 |
| 17 | Q   Is the investigation into Marianne | 11:23:09 |
| 18 | Miceli's -- strike that. | 11:23:29 |
| 19 | What would you say the most memorable | 11:23:32 |
| 20 | cases you've ever had in your career are? | 11:23:35 |
| 21 | A   Overall? | 11:23:37 |
| 22 | Q   Yes. | 11:23:38 |
| 23 | A   The Lemak case, Marilyn Lemak killed her | 11:23:38 |
| 24 | children. | 11:23:51 |

Transcript of Michael Cross
Conducted on October 16, 2020                      78

| | | |
|---|---|---|
| 1 | Q  Was the investigation into Marianne | 11:23:53 |
| 2 | Miceli's death a case you considered to be | 11:23:58 |
| 3 | significant? | 11:24:02 |
| 4 | A  Yes. | 11:24:02 |
| 5 | Q  And why is that? | 11:24:03 |
| 6 | A  Because it involved a death. | 11:24:04 |
| 7 | Q  Before we move on, I would like to turn | 11:24:20 |
| 8 | back to the 2018 retrial.  Okay? | 11:24:22 |
| 9 | A  Okay. | 11:24:25 |
| 10 | Q  At the 2018 retrial you testified with a | 11:24:26 |
| 11 | notebook; is that correct? | 11:24:32 |
| 12 | A  I don't recall. | 11:24:33 |
| 13 | Q  Do you dispute that you testified with a | 11:24:36 |
| 14 | notebook on the stand? | 11:24:39 |
| 15 | A  I never said that. | 11:24:40 |
| 16 | Q  Well, you never said it but I'm asking, do | 11:24:43 |
| 17 | you dispute that you testified at the 2018 retrial | 11:24:47 |
| 18 | with a notebook on the stand? | 11:24:49 |
| 19 | A  I never testified anyplace with a notebook. | 11:24:52 |
| 20 | Q  So you do dispute that you testified at | 11:24:55 |
| 21 | the 2018 retrial with a notebook -- | 11:24:58 |
| 22 | A  Yes, I do. | 11:24:59 |
| 23 | Q  -- on the stand?  Okay. | 11:25:00 |
| 24 | Prior to the 2018 retrial, did you meet | 11:25:16 |

Transcript of Michael Cross
Conducted on October 16, 2020          79

| | | |
|---|---|---|
| 1 | with the prosecutors before testifying? | 11:25:18 |
| 2 | A   Yes. | 11:25:21 |
| 3 | Q   How many times? | 11:25:21 |
| 4 | A   I don't recall exactly. | 11:25:26 |
| 5 | Q   And what did you discuss with the | 11:25:34 |
| 6 | prosecutors prior to the 2018 retrial? | 11:25:44 |
| 7 | A   The case. | 11:25:49 |
| 8 | Q   What was discussed about the case? | 11:25:50 |
| 9 | A   Probably all aspects. | 11:25:58 |
| 10 | Q   Did you ever speak with John Golder during | 11:26:01 |
| 11 | postconviction proceedings? | 11:26:05 |
| 12 | A   I don't recall that name John Golder. | 11:26:06 |
| 13 | Q   Okay.  So that's a no, you didn't meet | 11:26:10 |
| 14 | with John Golder to your recollection? | 11:26:12 |
| 15 | MR. POLICK:  Objection; misstates the | 11:26:15 |
| 16 | witness' testimony. | 11:26:17 |
| 17 | A   I don't know anybody by the name of John | 11:26:18 |
| 18 | Golder.  Don't remember anybody with that name. | 11:26:21 |
| 19 | Q   So just for the record, you don't recall | 11:26:24 |
| 20 | meeting with someone named John Golder? | 11:26:27 |
| 21 | A   No -- | 11:26:29 |
| 22 | MR. POLICK:  Objection; misstates his | 11:26:30 |
| 23 | testimony. | 11:26:32 |
| 24 | Go ahead and answer. | 11:26:32 |

Transcript of Michael Cross
Conducted on October 16, 2020                          80

```
1        A   I don't remember anybody by the name of        11:26:33

2   John Golder.                                            11:26:35

3        Q   You don't remember anybody by the name of      11:26:36

4   John Golder?                                            11:26:39

5        A   No, I don't.                                   11:26:39

6        Q   And you don't recall meeting with anybody      11:26:40

7   by the name of John Golder?                             11:26:42

8        A   Nope.                                          11:26:44

9        Q   Other than talking to the prosecutors          11:26:49

10  prior to the 2018 retrial, did you speak with           11:26:51

11  anybody else?                                           11:26:54

12       A   I don't recall.                                11:26:54

13       Q   Did you speak with any of the other            11:26:56

14  defendants in this case?                                11:27:00

15       A   I don't believe so.                            11:27:01

16       MR. POLICK:  Do you mind if we take a              11:27:25

17  short break?                                            11:27:27

18       MS. GARCIA:  Sure.                                 11:27:28

19       THE VIDEOGRAPHER:  We are going off the            11:27:29

20  record.  The time is 11:27 a.m.                         11:27:32

21       (Recess taken, 11:27 a.m. to 11:37 a.m.)           11:37:19

22       THE VIDEOGRAPHER:  We are back on the              11:37:19

23  record.  The time is 11:37 a.m.                         11:37:21

24  ///
```

Transcript of Michael Cross
Conducted on October 16, 2020                                    81

```
 1   BY MS. GARCIA:                                       11:37:26
 2      Q   Mr. Cross, prior to going off the record     11:37:31
 3   we were discussing the 2018 retrial; correct?       11:37:42
 4      A   Yes.                                          11:37:47
 5      Q   A little bit earlier you testified that       11:37:49
 6   you did not have a notebook while you were          11:37:54
 7   testifying at the 2018 retrial; correct?            11:37:57
 8      A   Correct.                                      11:37:59
 9      Q   If people in the courtroom saw you with a     11:38:00
10   notebook at the 2018 retrial, would you dispute     11:38:03
11   that claim?                                         11:38:05
12      A   Yes.                                          11:38:06
13      Q   And you'd dispute it because having a         11:38:06
14   notebook while testifying would be slightly         11:38:13
15   unusual; correct?                                   11:38:16
16      A   Yes.                                          11:38:17
17      Q   Because when you're testifying, you should    11:38:17
18   be testifying to your recall; correct?             11:38:19
19      A   Correct.                                      11:38:21
20      Q   And you should only be testifying as to a     11:38:21
21   document if it's handed to you; correct?            11:38:25
22      A   Yes.                                          11:38:27
23      Q   Did you take any notes other than --          11:38:28
24   leaving aside the notebook, did you take any notes  11:38:32
```

Transcript of Michael Cross
Conducted on October 16, 2020                          82

| | | |
|---|---|---|
| 1 | in preparation for the 2018 retrial? | 11:38:35 |
| 2 | A  I don't recall. | 11:38:37 |
| 3 | Q  Have you looked for any of your notes that | 11:38:38 |
| 4 | you may have taken in the 2018 retrial? | 11:38:51 |
| 5 | A  I don't have any notes that are left. | 11:38:54 |
| 6 | Q  Where would they have gone? | 11:38:56 |
| 7 | A  Trash, shredder. | 11:38:58 |
| 8 | Q  Why would you shred your notes related to | 11:39:00 |
| 9 | a criminal trial? | 11:39:05 |
| 10 | A  Well, first of all, I didn't need them | 11:39:07 |
| 11 | anymore as far as I knew, and second of all, it | 11:39:09 |
| 12 | wasn't required at that time to keep your notes. | 11:39:12 |
| 13 | Q  And this is for the 2018 retrial; correct? | 11:39:14 |
| 14 | A  Correct. | 11:39:17 |
| 15 | Q  Okay.  And you didn't foresee that there | 11:39:17 |
| 16 | may be civil litigation that you would need to | 11:39:20 |
| 17 | have your notes in? | 11:39:22 |
| 18 | A  Yes. | 11:39:23 |
| 19 | Q  Even though someone had been acquitted of | 11:39:25 |
| 20 | a conviction after decades in prison, you didn't | 11:39:28 |
| 21 | think there was going to be civil litigation on | 11:39:33 |
| 22 | the matter? | 11:39:35 |
| 23 | A  Oh, yeah, I believe so. | 11:39:36 |
| 24 | Q  So you believed there would be civil | 11:39:37 |

Transcript of Michael Cross
Conducted on October 16, 2020                    83

| | | |
|---|---|---|
| 1 | litigation but -- | 11:39:40 |
| 2 | A  Absolutely. | 11:39:41 |
| 3 | Q  -- you threw your notes out anyway? | 11:39:42 |
| 4 | A  I don't have my notes. | 11:39:45 |
| 5 | Q  You testified that you either threw them | 11:39:46 |
| 6 | away or put them in the shredder; right? | 11:39:49 |
| 7 | A  I don't have my notes. | 11:39:52 |
| 8 | Q  So do you dispute you put them in the | 11:39:52 |
| 9 | shredder and threw them away? | 11:39:55 |
| 10 | A  I guess.  I'm not sure, ma'am. | 11:39:58 |
| 11 | Q  How do you know you don't have them?  Have | 11:39:59 |
| 12 | you looked for any notes that you may have taken | 11:40:03 |
| 13 | prior to the 2018 retrial? | 11:40:05 |
| 14 | A  No. | 11:40:07 |
| 15 | Q  And you know as part of civil litigation | 11:40:07 |
| 16 | defendants are asked to look for relevant | 11:40:11 |
| 17 | materials as to that civil litigation; correct? | 11:40:13 |
| 18 | A  I'm not sure about that. | 11:40:16 |
| 19 | Q  Well, if I represent to you that part of | 11:40:19 |
| 20 | the disclosure process in civil litigation is | 11:40:22 |
| 21 | document requests that go towards relevant | 11:40:24 |
| 22 | information a person may have on that litigation, | 11:40:29 |
| 23 | would you have reason to doubt that? | 11:40:33 |
| 24 | A  I really don't understand your question. | 11:40:36 |

Transcript of Michael Cross
Conducted on October 16, 2020                    84

1      Q   During the course of this lawsuit, have        11:40:38

2   you looked for documents or notes that may have      11:40:43

3   been relevant to the events in this lawsuit --       11:40:46

4      A   No.                                            11:40:48

5      Q   -- prior to this deposition?                   11:40:49

6      A   No.                                            11:40:51

7      Q   Did you say no or yes?                         11:40:52

8      A   No.                                            11:40:54

9      Q   And you understand that is required by the     11:40:56

10  Federal rules?                                        11:41:02

11     A   For me to look for my notes?                   11:41:03

12     Q   Yes.                                           11:41:05

13     A   No.                                            11:41:05

14     Q   And why do you think it's not required for     11:41:06

15  you to look for your notes?                           11:41:14

16     A   It never has been.                             11:41:15

17     Q   Have you in your previous civil litigation     11:41:17

18  or in your previous criminal litigation?              11:41:21

19     A   Either.                                        11:41:26

20     Q   You've never been required to look for         11:41:27

21  notes you've kept in anticipation of litigation in    11:41:30

22  any of the hundreds of cases you've testified on?     11:41:38

23     A   I would have either had my notes, I            11:41:41

24  wouldn't have to look for them, or I would have       11:41:46

Transcript of Michael Cross
Conducted on October 16, 2020                    85

| | | |
|---|---|---|
| 1 | discarded them. | 11:41:49 |
| 2 | Q  And why would you discard notes that have | 11:41:50 |
| 3 | to do with the criminal investigation? | 11:41:53 |
| 4 | A  Because I felt that it was -- I was done | 11:41:54 |
| 5 | with them or I wouldn't need them anymore. | 11:41:56 |
| 6 | Q  And you felt like you didn't need your | 11:41:59 |
| 7 | notes anymore for this litigation? | 11:42:01 |
| 8 | A  That's correct. | 11:42:02 |
| 9 | Q  Even though you had the belief that there | 11:42:04 |
| 10 | would be civil litigation after Mr. Amor was | 11:42:08 |
| 11 | acquitted? | 11:42:11 |
| 12 | A  That's correct. | 11:42:12 |
| 13 | Q  So just so we're clear, did you discard | 11:42:14 |
| 14 | your notes after the retrial, or can you just -- | 11:42:17 |
| 15 | you just don't know where they are? | 11:42:21 |
| 16 | MR. POLICK:  Objection to the form of the | 11:42:23 |
| 17 | question and as to the foundation, as well. | 11:42:25 |
| 18 | You can go ahead and answer. | 11:42:27 |
| 19 | A  Could you ask it again, please? | 11:42:28 |
| 20 | Q  Sure.  Did you discard your notes after | 11:42:31 |
| 21 | you gave testimony in the 2018 retrial, or are you | 11:42:41 |
| 22 | just not sure where your notes are? | 11:42:46 |
| 23 | A  Well, I don't have my notes anymore. | 11:42:48 |
| 24 | Q  How do you know you don't have them anymore? | 11:42:52 |

Transcript of Michael Cross
Conducted on October 16, 2020                    86

| | | |
|---|---|---|
| 1 | A  I just know it. | 11:42:55 |
| 2 | Q  Did you look for them? | 11:42:57 |
| 3 | A  No. | 11:42:58 |
| 4 | Q  So how do you know that you don't have | 11:43:01 |
| 5 | them anymore if you didn't look for them? | 11:43:04 |
| 6 | A  I just know it. | 11:43:05 |
| 7 | MS. GARCIA:  I'd like to turn to what will | 11:43:34 |
| 8 | be mark that as Exhibit 1 -- actually, strike that. | 11:43:37 |
| 9 | I actually don't have what I was looking for. | 11:44:43 |
| 10 | Q  If I represent to you that the plaintiff | 11:44:46 |
| 11 | turned over requests for production on you that | 11:44:52 |
| 12 | specifically asked you for your notes, would you | 11:44:56 |
| 13 | have reason to dispute that? | 11:44:58 |
| 14 | A  I just don't recall. | 11:44:59 |
| 15 | Q  Do you recall being served requests for | 11:45:01 |
| 16 | production by plaintiff? | 11:45:09 |
| 17 | A  No. | 11:45:10 |
| 18 | Q  You don't recall doing anything in | 11:45:12 |
| 19 | response to the requests for production that you | 11:45:19 |
| 20 | were served? | 11:45:24 |
| 21 | A  I don't recall being served with in fact. | 11:45:25 |
| 22 | Q  You don't recall or you don't know one way | 11:45:30 |
| 23 | or the other? | 11:45:33 |
| 24 | A  I don't recall. | 11:45:33 |

Transcript of Michael Cross
Conducted on October 16, 2020                    87

| 1 | Q  So it's possible that you may have been | 11:45:34 |
| 2 | served the requests for production? | 11:45:37 |
| 3 | A  Not that I recall. | 11:45:39 |
| 4 | MR. POLICK:  Objection; it's argumentative. | 11:45:39 |
| 5 | Q  Is it possible? | 11:45:42 |
| 6 | A  Not that I recall. | 11:45:43 |
| 7 | Q  Earlier you -- earlier you stated that you | 11:46:22 |
| 8 | did not recall independently the -- strike that. | 11:46:33 |
| 9 | Earlier you testified that you had not | 11:47:06 |
| 10 | spoken with any of the other defendants prior to | 11:47:08 |
| 11 | the 2018 retrial; is that correct? | 11:47:12 |
| 12 | A  Correct. | 11:47:14 |
| 13 | Q  Did you speak with any of the other | 11:47:14 |
| 14 | defendants during the 2018 retrial? | 11:47:16 |
| 15 | A  No. | 11:47:17 |
| 16 | Q  Did you text with any of the other | 11:47:18 |
| 17 | defendants during the 2018 retrial? | 11:47:20 |
| 18 | A  No. | 11:47:21 |
| 19 | (Cross Deposition Exhibit 1 marked for | 11:47:58 |
| 20 | identification and attached to the transcript.) | 11:48:25 |
| 21 | Q  Handing you what's been marked 1, which I | 11:48:25 |
| 22 | believe should be Bates-stamped which was | 11:48:29 |
| 23 | disclosed to plaintiff by Defendant Guerrieri and | 11:48:35 |
| 24 | it says "Mike" at the top.  Do you see that? | 11:48:40 |

Transcript of Michael Cross
Conducted on October 16, 2020                              88

| | | |
|---|---|---|
| 1 | A  Yes. | 11:48:46 |
| 2 | Q  Is the "Mike" at the top in reference to | 11:48:46 |
| 3 | you, Mike Cross? | 11:48:49 |
| 4 | A  I would assume so, yes. | 11:48:51 |
| 5 | Q  And is the "Bob" in the text Robert | 11:48:54 |
| 6 | Guerrieri? | 11:48:59 |
| 7 | A  Yes. | 11:48:59 |
| 8 | Q  So you were in communication with one of the | 11:49:00 |
| 9 | defendants, Mr. Guerrieri, during the 2018 retrial? | 11:49:02 |
| 10 | A  I didn't -- I didn't regard him as a | 11:49:05 |
| 11 | defendant at the time that you asked me the question. | 11:49:10 |
| 12 | Q  Okay. | 11:49:14 |
| 13 | A  I'm thinking of criminal defendants | 11:49:16 |
| 14 | like Amor. | 11:49:20 |
| 15 | MS. GARCIA:  Okay.  We can move on. | 11:49:28 |
| 16 | (Cross Deposition Exhibit 2 marked for | 11:49:28 |
| 17 | identification and attached to the transcript.) | 11:51:02 |
| 18 | MR. POLICK:  Is this the same exhibit? | 11:51:02 |
| 19 | THE WITNESS:  It's different. | 11:51:06 |
| 20 | MS. GARCIA:  Did I give you the wrong | 11:51:07 |
| 21 | first page? | 11:51:09 |
| 22 | MR. POLICK:  Mine look the same here. | 11:51:10 |
| 23 | MS. GARCIA:  This is the first one.  My | 11:51:12 |
| 24 | apologies. | 11:51:15 |

Transcript of Michael Cross
Conducted on October 16, 2020                                89

| | | |
|---|---|---|
| 1 | Q Okay. Does this exhibit display -- | 11:51:22 |
| 2 | MR. POLICK: Which one do you have? I | 11:51:26 |
| 3 | think this is already -- all right. Mine are | 11:51:28 |
| 4 | mismarked. Let me see that, please. One second. | 11:51:34 |
| 5 | Thank you. Are these Bates'd in any way? Because | 11:51:41 |
| 6 | I was handed the wrong exhibits. | 11:51:47 |
| 7 | MS. GARCIA: Yes. | 11:51:50 |
| 8 | MR. POLICK: Do you have a Bates number | 11:51:51 |
| 9 | for these? | 11:51:52 |
| 10 | MS. GARCIA: I'm not sure why it's not | 11:52:02 |
| 11 | showing up on the actual document but it's | 11:52:03 |
| 12 | DEFS 11588 and DEFS 11589. | 11:52:05 |
| 13 | MR. POLICK: Thank you. | 11:52:14 |
| 14 | Q And this is still a text thread between | 11:52:21 |
| 15 | you -- | 11:52:25 |
| 16 | MR. POLICK: I'm still sorting out. He | 11:52:25 |
| 17 | doesn't have the documents in front of him. I'll | 11:52:28 |
| 18 | give them back to him as soon as I sort it out here. | 11:52:31 |
| 19 | BY MS. GARCIA: | 11:53:10 |
| 20 | Q Mr. Cross, is this -- is the second exhibit | 11:53:11 |
| 21 | still a text between you and Mr. Guerrieri? | 11:53:14 |
| 22 | A Okay. | 11:53:18 |
| 23 | Q And you see a Chicago Tribune article; | 11:53:24 |
| 24 | correct? | 11:53:29 |

Transcript of Michael Cross
Conducted on October 16, 2020                    90

| | | |
|---|---|---|
| 1 | A   Chicago Tribune article? | 11:53:29 |
| 2 | Q   Yes. | 11:53:32 |
| 3 | A   No. | 11:53:32 |
| 4 | Q   Or a speech bubble that says "Chicago | 11:53:32 |
| 5 | Tribune" on it; correct? | 11:53:35 |
| 6 | A   No. | 11:53:37 |
| 7 | Q   On the second exhibit? | 11:53:37 |
| 8 | A   Chicago Tribune, oh, yes, I do see that. | 11:53:42 |
| 9 | Q   And then further down it says, "I'm not | 11:53:48 |
| 10 | surprised after Judge Brennan threw out the first | 11:53:50 |
| 11 | conviction."  Tom Minser said, "The Miceli family | 11:53:54 |
| 12 | understood the ruling but were disappointed"; | 11:54:01 |
| 13 | correct? | 11:54:04 |
| 14 | A   Yes. | 11:54:05 |
| 15 | Q   Is that in reference to the overturning of | 11:54:05 |
| 16 | Mr. Amor's conviction, to your understanding? | 11:54:08 |
| 17 | A   Yes. | 11:54:10 |
| 18 | Q   And then your response, though, "When is | 11:54:10 |
| 19 | he going to sue everyone"; correct? | 11:54:14 |
| 20 | A   Correct. | 11:54:15 |
| 21 | Q   Because you knew at the time he was | 11:54:16 |
| 22 | planning on suing you potentially? | 11:54:20 |
| 23 | A   I figured he would. | 11:54:21 |
| 24 | MR. POLICK:  Objection as to what someone | 11:54:22 |

Transcript of Michael Cross
Conducted on October 16, 2020                    91

| | | |
|---|---|---|
| 1 | else knew.  Answer can stand. | 11:54:24 |
| 2 |      MS. GARCIA:  Let's move on. | 11:54:27 |
| 3 |   Q  Mr. Cross, earlier we talked about | 11:54:29 |
| 4 | interrogation tactics; correct? | 11:54:32 |
| 5 |   A  Yes. | 11:54:34 |
| 6 |   Q  And you talked about having your own | 11:54:35 |
| 7 | technique; correct? | 11:54:37 |
| 8 |   A  Yes. | 11:54:38 |
| 9 |   Q  When you were conducting an interrogation, | 11:54:39 |
| 10 | is it important for the suspect to give voluntary | 11:54:44 |
| 11 | statements? | 11:54:51 |
| 12 |   A  Yes. | 11:54:51 |
| 13 |   Q  Is it important for the suspect to give | 11:54:52 |
| 14 | statements that are noncoerced? | 11:55:04 |
| 15 |   A  Yes. | 11:55:06 |
| 16 |   Q  Is it important that the statement -- that | 11:55:06 |
| 17 | the witness themselves is capable of giving a | 11:55:09 |
| 18 | statement? | 11:55:13 |
| 19 |   A  Yes. | 11:55:13 |
| 20 |      MR. POLICK:  Objection to the form. | 11:55:14 |
| 21 |   Q  How do you tell whether or not a statement | 11:55:15 |
| 22 | is voluntary? | 11:55:18 |
| 23 |   A  Just from my observations -- | 11:55:20 |
| 24 |   Q  What do you observe -- | 11:55:22 |

Transcript of Michael Cross
Conducted on October 16, 2020                    92

| | | |
|---|---|---|
| 1 | A  -- my training. | 11:55:24 |
| 2 | Q  -- as to what was voluntary? | 11:55:25 |
| 3 | A  You have to be more specific.  I don't | 11:55:29 |
| 4 | understand. | 11:55:32 |
| 5 | Q  Have there been times when you've stopped | 11:55:32 |
| 6 | an interrogation because you felt the statements | 11:55:34 |
| 7 | they were giving were involuntary? | 11:55:37 |
| 8 | A  No. | 11:55:39 |
| 9 | Q  In what situations would you believe a | 11:55:41 |
| 10 | statement to be involuntary from someone you're | 11:55:49 |
| 11 | interrogating? | 11:56:00 |
| 12 | A  I don't -- none.  I don't remember ever | 11:56:01 |
| 13 | taking an involuntary statement or confession. | 11:56:04 |
| 14 | Q  What were the signs you'd look for in | 11:56:08 |
| 15 | order to tell whether something was involuntary? | 11:56:12 |
| 16 | MR. POLICK:  Objection to the form of the | 11:56:15 |
| 17 | question. | 11:56:17 |
| 18 | You can answer over the objection. | 11:56:17 |
| 19 | A  I really don't understand what you're | 11:56:19 |
| 20 | saying. | 11:56:21 |
| 21 | Q  Well, you said confessions need to be | 11:56:23 |
| 22 | voluntary; correct? | 11:56:27 |
| 23 | A  Yes. | 11:56:28 |
| 24 | Q  How do you tell whether a confession is | 11:56:28 |

| | | |
|---|---|---|
| 1 | voluntary or not? | 11:56:32 |
| 2 | MR. POLICK: I'm going to object to the | 11:56:33 |
| 3 | form of the question to the extent you're asking | 11:56:34 |
| 4 | him for a legal opinion. | 11:56:36 |
| 5 | But you can go ahead and answer over the | 11:56:38 |
| 6 | objection. | 11:56:38 |
| 7 | THE WITNESS: Please ask me again. | 11:56:40 |
| 8 | Q How do you tell whether a confession is | 11:56:41 |
| 9 | voluntary or not? | 11:56:45 |
| 10 | A Just in the way I observe the individual | 11:56:46 |
| 11 | acting and what and what he's saying, if it | 11:56:50 |
| 12 | corroborates what I -- the information I have | 11:56:53 |
| 13 | obtained from him or other people or -- | 11:56:56 |
| 14 | Q So voluntariness -- | 11:56:58 |
| 15 | MR. POLICK: Objection. He's not finished | 11:57:00 |
| 16 | his answer. Please don't cut him off. | 11:57:02 |
| 17 | MS. GARCIA: Are you finished? | 11:57:04 |
| 18 | THE WITNESS: Yes. | 11:57:05 |
| 19 | Q So is voluntariness contingent upon what | 11:57:06 |
| 20 | someone has said prior to you? | 11:57:11 |
| 21 | A No, not specifically. That's not the only | 11:57:12 |
| 22 | reason or the only thing. | 11:57:15 |
| 23 | Q Well, what would be the other things? | 11:57:17 |
| 24 | A I believe I already answered that. | 11:57:18 |

Transcript of Michael Cross
Conducted on October 16, 2020                          94

```
1        Q   Other than their demeanor?                    11:57:23

2        A   That's one.                                   11:57:26

3        Q   Okay.  So the demeanor is one.  What you've   11:57:27

4    been told previously by them is another?              11:57:33

5        A   Yes.                                          11:57:36

6        Q   What you know of the investigation is         11:57:36

7    another?                                              11:57:38

8        A   Yes, ma'am.                                   11:57:38

9        Q   Okay.  Is there anything else that goes to    11:57:39

10   the voluntariness, in your opinion?                   11:57:42

11       A   I'm not sure.                                 11:57:48

12       Q   And you mentioned that demeanor would be      11:57:49

13   one aspect that you would observe when determining    11:57:53

14   whether a statement was voluntary; correct?           11:57:57

15       A   Yes.                                          11:57:58

16       Q   And what sort of demeanor, in your            11:57:59

17   experience, indicates that a statement is voluntary?  11:58:04

18       A   Again, it's my ability to -- to judge.        11:58:08

19   And I rely on my memory, and my training, and my      11:58:11

20   practices, and what I've learned over the years.      11:58:17

21       Q   What does your training say?                  11:58:19

22       MR. POLICK:  Objection to the form of the         11:58:22

23   question.                                             11:58:23

24       You can answer.                                   11:58:24
```

Transcript of Michael Cross
Conducted on October 16, 2020                    95

| | | |
|---|---|---|
| 1 | A  I don't understand your question. | 11:58:24 |
| 2 | Q  What does your training say about someone's | 11:58:26 |
| 3 | demeanor when conducting interrogations such that | 11:58:29 |
| 4 | you're getting a voluntary statement? | 11:58:34 |
| 5 | A  I think it would be my own observations, | 11:58:37 |
| 6 | and I'm sure there's some training in there but I | 11:58:43 |
| 7 | can't answer that. | 11:58:46 |
| 8 | Q  Well, you said that your training is part | 11:58:46 |
| 9 | of it.  So what specifically about your training? | 11:58:48 |
| 10 | A  All the interviewing classes that I've | 11:58:52 |
| 11 | took -- taken, all the investigation classes I've | 11:58:55 |
| 12 | taken, all the seminars that I've gone to, that | 11:59:00 |
| 13 | would go into it. | 11:59:04 |
| 14 | Q  Well, have -- in your training, have you | 11:59:05 |
| 15 | been taught signs through which to tell whether or | 11:59:08 |
| 16 | not a statement is voluntary? | 11:59:11 |
| 17 | A  Some, yes. | 11:59:12 |
| 18 | Q  And what are some of those signs? | 11:59:13 |
| 19 | A  Well, if they close up like this, that's | 11:59:15 |
| 20 | probably involuntary or they're not telling the | 11:59:20 |
| 21 | truth.  If they're open like this, then I would | 11:59:24 |
| 22 | believe that they're being open and honest and | 11:59:27 |
| 23 | telling me the truth. | 11:59:30 |
| 24 | MR. POLICK:  Indicating, for the record, | 11:59:31 |

Transcript of Michael Cross
Conducted on October 16, 2020                    96

| | | |
|---|---|---|
| 1 | that the witness folded his arms in front of him | 11:59:33 |
| 2 | to signify involuntary and then opened his arms | 11:59:37 |
| 3 | outward to indicate voluntary. | 11:59:42 |
| 4 | Q  So you indicated that having open arms | 12:00:06 |
| 5 | indicates that they're giving a voluntary | 12:00:11 |
| 6 | statement or is one of the signs? | 12:00:15 |
| 7 | A  Yes. | 12:00:17 |
| 8 | Q  Couldn't it be that someone was just -- | 12:00:18 |
| 9 | had just given up and was cooperating and that's | 12:00:20 |
| 10 | why they had open arms? | 12:00:23 |
| 11 | MR. POLICK:  Objection; calls for | 12:00:25 |
| 12 | speculation, lacks foundation. | 12:00:27 |
| 13 | You may answer. | 12:00:27 |
| 14 | A  I'm not sure. | 12:00:30 |
| 15 | Q  Well, what is it about having a closed or | 12:00:32 |
| 16 | open arm that signals whether a statement is | 12:00:37 |
| 17 | voluntary or not? | 12:00:39 |
| 18 | A  It's body language and we've learned it | 12:00:40 |
| 19 | over the years.  I've learned it in different | 12:00:42 |
| 20 | classes when you're folded up like that, you're | 12:00:45 |
| 21 | not telling the truth or you're not being | 12:00:48 |
| 22 | voluntary.  If you're opened up, you're being | 12:00:51 |
| 23 | truthful and wanting to continue. | 12:00:54 |
| 24 | Q  What else about body language would | 12:00:55 |

Transcript of Michael Cross
Conducted on October 16, 2020                    97

| | | |
|---|---|---|
| 1 | display voluntariness? | 12:00:58 |
| 2 | A  That's it. | 12:01:00 |
| 3 | Q  Only being open or closed, that's -- | 12:01:00 |
| 4 | A  That's all I can -- | 12:01:04 |
| 5 | Q  -- the only aspect of voluntariness? | 12:01:05 |
| 6 | A  That's all I can remember. | 12:01:08 |
| 7 | MR. POLICK:  Mike, let her finish her | 12:01:09 |
| 8 | question first -- | 12:01:12 |
| 9 | THE WITNESS:  I'm sorry. | 12:01:12 |
| 10 | MR. POLICK:  -- and then give the answer. | 12:01:12 |
| 11 | Otherwise, it's going to be very difficult for the | 12:01:14 |
| 12 | court reporter to take it down. | 12:01:17 |
| 13 | THE WITNESS:  I'm sorry. | 12:01:18 |
| 14 | Q  Other than a voluntary statement, when | 12:01:34 |
| 15 | you're taking an interrogation you want to make | 12:01:40 |
| 16 | sure that the person being interrogated is capable | 12:01:44 |
| 17 | of answering your questions; correct? | 12:01:50 |
| 18 | A  Yes. | 12:01:54 |
| 19 | Q  And what are some signs that someone is | 12:01:56 |
| 20 | capable of answering your questions in an | 12:01:58 |
| 21 | interrogation? | 12:02:01 |
| 22 | A  Their demeanor. | 12:02:02 |
| 23 | Q  What about their demeanor? | 12:02:07 |
| 24 | A  Again, same -- same thing.  If they're | 12:02:09 |

Transcript of Michael Cross
Conducted on October 16, 2020                                    98

| | | |
|---|---|---|
| 1 | open, if they appear to be answering truthfully, | 12:02:12 |
| 2 | situations like that. | 12:02:17 |
| 3 | Q  Can you think of any situations where | 12:02:20 |
| 4 | openness would not indicate that someone was | 12:02:26 |
| 5 | capable of answering your questions? | 12:02:29 |
| 6 | MR. POLICK:  Objection to the form; calls | 12:02:32 |
| 7 | for speculation, incomplete hypothetical. | 12:02:37 |
| 8 | You may answer. | 12:02:40 |
| 9 | A  Can you ask me again, please? | 12:02:41 |
| 10 | Q  Sure.  Can you think of any situations | 12:02:43 |
| 11 | where the openness of someone's body language | 12:02:45 |
| 12 | would not indicate that they were capable of | 12:02:47 |
| 13 | giving the statement that they had given? | 12:02:50 |
| 14 | A  Maybe if they're pathological liars. | 12:02:53 |
| 15 | Q  Earlier did you say you had an independent | 12:02:57 |
| 16 | recollection of going to the fire scene at | 12:03:46 |
| 17 | 218 East Bailey on September 10th, or did you say | 12:03:48 |
| 18 | you did not? | 12:03:53 |
| 19 | A  I did. | 12:03:53 |
| 20 | Q  When did you first heard -- hear about the | 12:04:15 |
| 21 | fire that led to Marianne Miceli's death? | 12:04:17 |
| 22 | A  When I was called about it. | 12:04:21 |
| 23 | Q  When you were you called? | 12:04:22 |
| 24 | A  That day, that evening. | 12:04:24 |

Transcript of Michael Cross
Conducted on October 16, 2020                     99

| | | |
|---|---|---|
| 1 | Q   Around what time? | 12:04:26 |
| 2 | A   Around 5:30 p.m. | 12:04:28 |
| 3 | Q   And you have an independent recollection | 12:04:43 |
| 4 | of going to the scene of the fire? | 12:04:45 |
| 5 | A   Yes. | 12:04:46 |
| 6 | Q   Who was at the scene when you arrived? | 12:04:47 |
| 7 | A   Lieutenant Ferreri from the fire | 12:04:53 |
| 8 | department and Lieutenant Bedell from the police | 12:04:59 |
| 9 | department -- or Sergeant Bedell from the police | 12:05:04 |
| 10 | department. | 12:05:09 |
| 11 | Q   Were Bill Amor and Tina Miceli at the | 12:05:09 |
| 12 | scene when you arrived? | 12:05:16 |
| 13 | A   No. | 12:05:18 |
| 14 | Q   What did you do when you arrived? | 12:05:19 |
| 15 | A   I went through the scene with Ferreri. | 12:05:21 |
| 16 | Q   What did going through the fire scene entail? | 12:05:23 |
| 17 | A   Viewing it.   Viewing it. | 12:05:28 |
| 18 | Q   Viewing it?   And when you got to the | 12:05:30 |
| 19 | scene, were fire suppression efforts ongoing? | 12:05:36 |
| 20 | A   Yes -- actually, overhaul was going on. | 12:05:40 |
| 21 | Q   What is overhaul? | 12:05:43 |
| 22 | A   That's when they -- they're making sure | 12:05:44 |
| 23 | there's no hot spots and checking behind walls and | 12:05:47 |
| 24 | behind -- | 12:05:53 |

Transcript of Michael Cross
Conducted on October 16, 2020                    100

1    Q  And as part of the overhaul, were the        12:05:56

2  firefighters moving debris out of the house?      12:06:02

3    A  Yes.                                          12:06:04

4    Q  Had they moved debris into the parking lot?   12:06:04

5    A  It was either the parking lot or behind       12:06:12

6  the unit and on the patio.                         12:06:15

7    Q  So it's fair to say that when you got to      12:06:22

8  the apartment, there was debris from the apartment 12:06:25

9  that had gotten moved out already?                 12:06:29

10   A  Yes.                                          12:06:31

11   Q  Had furniture been moved out?                 12:06:31

12   A  Yes.                                          12:06:33

13   Q  What pieces of furniture?                     12:06:34

14   A  Most of it.                                   12:06:35

15   Q  Do you recall there being any furniture       12:06:38

16  left?                                             12:06:42

17   A  I don't recall one way or the other.          12:06:42

18     MS. GARCIA:  Let's mark this as Exhibit 3.     12:07:09

19     (Cross Deposition Exhibit 3 marked for         12:07:09

20  identification and attached to the transcript.)   12:07:35

21     MS. GARCIA:  For the record, Exhibit 3 is      12:07:35

22  from Bates DEFS 12779 until DEFS 12788.           12:07:39

23   Q  Mr. Cross, is your signature at the bottom    12:07:57

24  of this report?                                   12:07:59

Transcript of Michael Cross
Conducted on October 16, 2020                    101

| | | |
|---|---|---|
| 1 | A  Yes. | 12:08:00 |
| 2 | Q  Is this one of the reports you wrote in | 12:08:00 |
| 3 | the Amor matter? | 12:08:04 |
| 4 | A  Yes. | 12:08:04 |
| 5 | Q  Is this one of the reports that you | 12:08:06 |
| 6 | reviewed in preparation for this deposition? | 12:08:17 |
| 7 | A  Yes. | 12:08:22 |
| 8 | Q  Will you please read the first two paragraphs | 12:08:23 |
| 9 | of the second page for me? | 12:08:26 |
| 10 | A  "Sunday, 9/10/1995" -- | 12:08:33 |
| 11 | Q  You can read it to yourself.  Just let me | 12:08:37 |
| 12 | know when you're done. | 12:08:41 |
| 13 | A  Oh, okay.  Okay. | 12:08:41 |
| 14 | Q  And the first two paragraphs describe your | 12:10:13 |
| 15 | observations of the fire scene at 10:00 on | 12:10:17 |
| 16 | September 10th, 1995; correct? | 12:10:19 |
| 17 | A  Yes. | 12:10:21 |
| 18 | Q  Is there anything in these first | 12:10:22 |
| 19 | two paragraphs that you recall that you have not | 12:10:25 |
| 20 | testified to already? | 12:10:27 |
| 21 | A  I'm not sure. | 12:10:30 |
| 22 | Q  Is there -- is there anything in here -- | 12:10:31 |
| 23 | these two paragraphs describe you going to the | 12:10:39 |
| 24 | scene of the fire and investigating the apartment; | 12:10:43 |

Transcript of Michael Cross
Conducted on October 16, 2020                    102

| | | |
|---|---|---|
| 1 | correct? | 12:10:50 |
| 2 | A  Observing the apartment. | 12:10:50 |
| 3 | Q  Observing the apartment; correct? | 12:10:52 |
| 4 | A  Yes. | 12:10:53 |
| 5 | Q  Other than the observations you made in this | 12:10:54 |
| 6 | police report in these first two paragraphs, are | 12:10:58 |
| 7 | there other recollections you have of that night? | 12:11:01 |
| 8 | A  Yes. | 12:11:03 |
| 9 | Q  What are those? | 12:11:04 |
| 10 | A  Going to the hospital. | 12:11:04 |
| 11 | Q  Okay.  But specifically within your | 12:11:06 |
| 12 | observation of the scene, do you have any further | 12:11:09 |
| 13 | recollections that you haven't put in this report | 12:11:12 |
| 14 | or testified to today? | 12:11:15 |
| 15 | A  No. | 12:11:16 |
| 16 | Q  Okay.  And you said later you went to the | 12:11:18 |
| 17 | hospital; correct? | 12:11:23 |
| 18 | A  Yes. | 12:11:23 |
| 19 | Q  Do you have an independent recollection of | 12:11:24 |
| 20 | going to the hospital? | 12:11:26 |
| 21 | A  No. | 12:11:26 |
| 22 | Q  Do you recall when you went to the hospital? | 12:11:28 |
| 23 | A  Not exactly, other than -- I would have to | 12:11:35 |
| 24 | refresh my memory by reading my reports for the | 12:11:41 |

| | | |
|---|---|---|
| 1 | exact time, but I don't recall exactly. | 12:11:44 |
| 2 | Q Okay. Do you recall meeting with Pam and | 12:11:46 |
| 3 | Bill Leavenworth? | 12:11:50 |
| 4 | A Yes. | 12:11:52 |
| 5 | MR. POLICK: Objection to the form of the | 12:11:53 |
| 6 | question. | 12:11:54 |
| 7 | A (Continuing.) Yes. | 12:11:55 |
| 8 | Q Do you recall meeting Pam and Bill | 12:11:55 |
| 9 | Leavenworth at the hospital on September 10th, 1995? | 12:11:58 |
| 10 | MR. POLICK: Same objection to the form. | 12:12:08 |
| 11 | A Yes. | 12:12:08 |
| 12 | Q You recall that independently without | 12:12:09 |
| 13 | looking at the documents? | 12:12:11 |
| 14 | A Yes. | 12:12:12 |
| 15 | Q But earlier you said you had no | 12:12:12 |
| 16 | independent recollection of going to the hospital | 12:12:15 |
| 17 | on September 10th, 1995. So how do you recall now? | 12:12:17 |
| 18 | A I don't believe I said that. I don't even | 12:12:22 |
| 19 | know if I was asked that. | 12:12:26 |
| 20 | Q I asked earlier if you had any independent | 12:12:27 |
| 21 | recollection of going to the hospital on | 12:12:30 |
| 22 | September 10th, 1995, and you said you did not. | 12:12:33 |
| 23 | A I don't recall that. | 12:12:37 |
| 24 | Q Regardless, you have a recollection of | 12:12:38 |

Transcript of Michael Cross
Conducted on October 16, 2020          104

| | | |
|---|---|---|
| 1 | going to the hospital on September 10th, 1995, now? | 12:12:42 |
| 2 | A  Yes. | 12:12:46 |
| 3 | Q  Okay.  What is that recollection without | 12:12:46 |
| 4 | looking at the documents? | 12:12:51 |
| 5 | A  That I went to the hospital.  I met with a | 12:12:52 |
| 6 | couple of family members, and I might have also | 12:12:55 |
| 7 | met with the coroner there.  I'm not positive. | 12:12:58 |
| 8 | Q  What family members did you meet with? | 12:13:03 |
| 9 | A  Pardon me? | 12:13:05 |
| 10 | Q  What family members did you meet with? | 12:13:06 |
| 11 | A  Pam and Gary Leavenworth. | 12:13:08 |
| 12 | Q  And did you know Pam and Bill Leavenworth | 12:13:12 |
| 13 | already? | 12:13:16 |
| 14 | A  No. | 12:13:16 |
| 15 | Q  When you saw Pam and Gary Leavenworth, | 12:13:16 |
| 16 | what did you say to them, and what did they say | 12:13:20 |
| 17 | to you? | 12:13:23 |
| 18 | A  I don't recall exactly. | 12:13:23 |
| 19 | Q  What do you recall? | 12:13:25 |
| 20 | A  Nothing. | 12:13:25 |
| 21 | Q  Do you recall discussing Bill Amor with | 12:13:26 |
| 22 | Pam and Gary Leavenworth? | 12:13:33 |
| 23 | A  I don't recall.  Without reviewing my | 12:13:40 |
| 24 | report I don't recall. | 12:13:43 |

Transcript of Michael Cross
Conducted on October 16, 2020                    105

1      Q  Do you have an independent recollection of      12:13:43

2  Pam and Gary Leavenworth talking to you about          12:13:46

3  Marianne Miceli?                                        12:13:55

4      A  No.                                              12:13:57

5      Q  Do you have an independent recollection of      12:13:58

6  Pam and Gary Leavenworth talking to you about Tina      12:14:00

7  Miceli?                                                 12:14:06

8      A  No.                                              12:14:06

9      Q  Do you have an independent recollection of      12:14:07

10  Pam and Gary Leavenworth telling you that they were    12:14:17

11  not happy that Bill Amor had married Tina Miceli?       12:14:24

12      A  Only from my reports.                           12:14:28

13      Q  Only from your reports.  Okay.                  12:14:29

14      I apologize if I asked this already.  Did          12:14:42

15  you know Pam and Gary Leavenworth prior to meeting      12:14:45

16  them at the hospital on September 10th, 1995?           12:14:47

17      MR. POLICK:  Asked and answered.                   12:14:51

18      You can answer again.                              12:14:52

19      A  No.                                             12:14:53

20      Q  But you knew that they were related to          12:14:53

21  your Captain Jon Ripsky; right?                         12:14:55

22      A  No.                                             12:14:59

23      Q  You didn't know that they were related to --   12:15:00

24      A  Not when I met them.                            12:15:01

Transcript of Michael Cross
Conducted on October 16, 2020

| | | |
|---|---|---|
| 1 | Q   Not -- I'm not asking if you met them. | 12:15:03 |
| 2 | I'm asking if you were aware when you met them -- | 12:15:06 |
| 3 | A   No. | 12:15:09 |
| 4 | Q   -- on 9/10/1995 whether or not they were | 12:15:10 |
| 5 | related to Captain Jon Ripsky. | 12:15:13 |
| 6 | A   I didn't know that. | 12:15:16 |
| 7 | Q   Mr. Cross, I'd like you to read the last | 12:15:33 |
| 8 | two paragraphs on page 2 and the first few | 12:15:37 |
| 9 | paragraphs on page 3. | 12:15:45 |
| 10 | A   Okay. | 12:16:22 |
| 11 | Q   Does reading this refresh your recollection | 12:16:24 |
| 12 | as to your conversation with Pam and Gary | 12:16:35 |
| 13 | Leavenworth at the hospital on September 10th, 1995? | 12:16:42 |
| 14 | A   Some of it, yes. | 12:16:45 |
| 15 | Q   What is your -- what parts of your | 12:16:47 |
| 16 | recollection have been refreshed? | 12:16:50 |
| 17 | A   Only from what I read in my reports that | 12:16:52 |
| 18 | Marianne had lived in the apartment for about | 12:17:20 |
| 19 | three years, and Bill lived there for about a year. | 12:17:23 |
| 20 | Q   Is there anything that you have not | 12:17:27 |
| 21 | mentioned today or that is not within your reports | 12:17:35 |
| 22 | that you recall about the September 10th, 1995, | 12:17:39 |
| 23 | meeting with Pam and Gary Leavenworth? | 12:17:43 |
| 24 | A   No. | 12:17:44 |

Transcript of Michael Cross
Conducted on October 16, 2020                    107

| | | |
|---|---|---|
| 1 | Q  After the hospital, do you recall what you | 12:17:46 |
| 2 | did next? | 12:17:55 |
| 3 | A  No. | 12:17:56 |
| 4 | Q  Do you recall -- do you recall when on | 12:17:58 |
| 5 | September 10th, 1995, you and Detective Guerrieri | 12:18:11 |
| 6 | met up? | 12:18:15 |
| 7 | A  No. | 12:18:16 |
| 8 | Q  Do you recall why you met up with | 12:18:17 |
| 9 | Detective Guerrieri? | 12:18:21 |
| 10 | A  I believe that he was the on-call | 12:18:22 |
| 11 | investigator, and he called me because this was a | 12:18:29 |
| 12 | fire investigation. | 12:18:33 |
| 13 | Q  Okay.  So he was the one who called you to | 12:18:34 |
| 14 | come to the scene? | 12:18:37 |
| 15 | A  I believe so. | 12:18:38 |
| 16 | Q  Okay.  Do you recall whether or not you | 12:18:39 |
| 17 | met him at the scene or not? | 12:18:41 |
| 18 | A  I don't recall that. | 12:18:43 |
| 19 | Q  Did you go to the hospital with Detective | 12:18:51 |
| 20 | Guerrieri? | 12:18:54 |
| 21 | A  I either went there with him or met him. | 12:18:55 |
| 22 | Q  Okay.  And then after, did you and Detective | 12:18:59 |
| 23 | Guerrieri go meet Bill Amor and Tina Miceli? | 12:19:02 |
| 24 | A  Say that again, please. | 12:19:11 |

Transcript of Michael Cross
Conducted on October 16, 2020                    108

| | | |
|---|---|---|
| 1 | Q  After you met with Detective Guerrieri, | 12:19:12 |
| 2 | did you two go and meet Bill Amor and Tina Miceli? | 12:19:15 |
| 3 | A  I believe we went back to the police | 12:19:21 |
| 4 | station first. | 12:19:23 |
| 5 | Q  Okay.  What did you do at the police | 12:19:24 |
| 6 | station? | 12:19:26 |
| 7 | A  We ran some records checks on the names | 12:19:26 |
| 8 | that we had to see what contacts we had with them. | 12:19:30 |
| 9 | Q  And did you find any contacts? | 12:19:33 |
| 10 | A  No. | 12:19:35 |
| 11 | Q  And then did you go to meet Bill Amor and | 12:19:36 |
| 12 | Tina Miceli? | 12:19:40 |
| 13 | A  Yes. | 12:19:40 |
| 14 | Q  And you testified earlier that you don't | 12:19:42 |
| 15 | have an independent recollection of your | 12:19:52 |
| 16 | conversation with Bill and Tina Amor on | 12:19:56 |
| 17 | October 11th, 1995; correct? | 12:20:01 |
| 18 | A  Correct. | 12:20:03 |
| 19 | Q  You don't have an independent recollection | 12:20:04 |
| 20 | of going to Pam and Gary Leavenworth's house and | 12:20:05 |
| 21 | talking to them; correct? | 12:20:14 |
| 22 | A  An independent recollection, no. | 12:20:15 |
| 23 | MS. GARCIA:  Can you mark that Exhibit 4, | 12:20:59 |
| 24 | please? | 12:21:02 |

Transcript of Michael Cross
Conducted on October 16, 2020                     109

| | | |
|---|---|---|
| 1 | And you should keep Exhibit 3 for later. | 12:21:03 |
| 2 | (Cross Deposition Exhibit 4 marked for | 12:21:03 |
| 3 | identification and attached to the transcript.) | 12:21:03 |
| 4 | MS. GARCIA:  For the record, this is | 12:21:27 |
| 5 | Bates-stamped 12754 to 12761. | 12:21:28 |
| 6 | Q  Mr. Cross, is that your signature on the | 12:21:39 |
| 7 | bottom of the report? | 12:21:41 |
| 8 | A  Yes. | 12:21:42 |
| 9 | Q  Is this a report that you authored? | 12:21:42 |
| 10 | A  Yes. | 12:21:44 |
| 11 | Q  Is this one of the reports that you | 12:21:45 |
| 12 | reviewed prior to this deposition? | 12:21:46 |
| 13 | A  Yes. | 12:21:49 |
| 14 | Q  And this report at the top says "Monday, | 12:21:51 |
| 15 | September 10th, 1995, right around midnight"; | 12:22:00 |
| 16 | correct? | 12:22:04 |
| 17 | A  Yes. | 12:22:04 |
| 18 | Q  Which is right before September 11th, 1995; | 12:22:05 |
| 19 | correct? | 12:22:08 |
| 20 | A  Yes. | 12:22:08 |
| 21 | Q  From your review of this document, did -- | 12:22:09 |
| 22 | does this contain a summary of the time that you | 12:22:14 |
| 23 | spoke to Bill Amor and Tina Miceli at Pam and Gary | 12:22:20 |
| 24 | Leavenworth's house? | 12:22:28 |

Transcript of Michael Cross
Conducted on October 16, 2020                    110

| | | |
|---|---|---|
| 1 | A   I believe so, yes. | 12:22:28 |
| 2 | Q   And when you're testifying as to the | 12:22:31 |
| 3 | meeting with Tina Miceli and Bill Amor at Pam and | 12:22:35 |
| 4 | Gary Leavenworth's house, it's based on a | 12:22:45 |
| 5 | recollection that was refreshed by this document? | 12:22:47 |
| 6 | A   Yes. | 12:22:48 |
| 7 | Q   Okay.  You talked with Ms. Miceli first; | 12:22:50 |
| 8 | correct? | 12:22:54 |
| 9 | A   Yes, I did. | 12:22:55 |
| 10 | Q   And where did you talk to her? | 12:22:56 |
| 11 | A   At the Leavenworth residence. | 12:22:58 |
| 12 | Q   Do you recall whether you were in the | 12:23:03 |
| 13 | living room or somewhere else in the house? | 12:23:05 |
| 14 | A   No. | 12:23:09 |
| 15 | Q   Were you alone? | 12:23:10 |
| 16 | A   With her, yes. | 12:23:15 |
| 17 | Q   Do you recall where Mr. Amor was? | 12:23:16 |
| 18 | A   He was with Detective Guerrieri. | 12:23:21 |
| 19 | Q   And do you recall where Ms. Leavenworth was? | 12:23:27 |
| 20 | A   No. | 12:23:35 |
| 21 | Q   What did Tina tell you -- or rather, what | 12:23:36 |
| 22 | did you ask Tina when you first met with her? | 12:23:39 |
| 23 | A   I don't recall. | 12:23:42 |
| 24 | Q   What did Tina tell you when you met with her? | 12:23:43 |

Transcript of Michael Cross
Conducted on October 16, 2020                              111

| | | |
|---|---|---|
| 1 | A  Don't recall. | 12:23:47 |
| 2 | Q  Did Tina tell you about the day prior, | 12:23:49 |
| 3 | which would be September 10th, 1995? | 12:23:58 |
| 4 | A  I don't recall. | 12:24:00 |
| 5 | Q  Did Tina tell you about the events that | 12:24:02 |
| 6 | led up to her leaving the house prior to her | 12:24:09 |
| 7 | mother's death? | 12:24:13 |
| 8 | A  No.  I don't recall. | 12:24:14 |
| 9 | Q  She didn't or you don't recall? | 12:24:17 |
| 10 | A  I don't recall. | 12:24:19 |
| 11 | Q  Okay.  Do you recall what Ms. Miceli's | 12:24:21 |
| 12 | demeanor was like when you talked to her? | 12:24:29 |
| 13 | A  No. | 12:24:31 |
| 14 | Q  Was she calm? | 12:24:31 |
| 15 | A  I don't know. | 12:24:32 |
| 16 | Q  Was she emotional? | 12:24:34 |
| 17 | A  I don't know.  Don't remember. | 12:24:37 |
| 18 | Q  Was she upset? | 12:24:39 |
| 19 | A  I don't remember. | 12:24:40 |
| 20 | Q  When you were talking with Ms. Miceli, did | 12:24:42 |
| 21 | you find what she was saying to be credible? | 12:24:53 |
| 22 | A  To what I knew, yes. | 12:24:56 |
| 23 | Q  And what do you mean by to what you knew? | 12:25:01 |
| 24 | A  To what I had learned at the fire scene | 12:25:05 |

Transcript of Michael Cross
Conducted on October 16, 2020                    112

| | | |
|---|---|---|
| 1 | and -- that, basically. | 12:25:08 |
| 2 | Q  So are you saying that what she said to | 12:25:13 |
| 3 | you seemed plausible given what you believed | 12:25:20 |
| 4 | happened at the fire scene? | 12:25:24 |
| 5 | A  I'm not -- I'm not sure. | 12:25:25 |
| 6 | Q  Okay. | 12:25:28 |
| 7 | A  I'm not really understanding your way of | 12:25:29 |
| 8 | questioning or what you're asking me to relate | 12:25:33 |
| 9 | to you. | 12:25:40 |
| 10 | Q  You said that part of what you do is look | 12:25:40 |
| 11 | at people's demeanors to determine whether or not | 12:25:43 |
| 12 | they're giving voluntary statements; right? | 12:25:49 |
| 13 | A  Yes. | 12:25:51 |
| 14 | Q  And I would assume you look at someone's | 12:25:51 |
| 15 | demeanor as to whether or not they are a | 12:25:55 |
| 16 | trustworthy person. | 12:25:56 |
| 17 | A  I can't answer that.  I wouldn't know by | 12:25:58 |
| 18 | looking at somebody initially that they're | 12:26:01 |
| 19 | trustworthy or not.  I would have to base that on | 12:26:03 |
| 20 | a number of occasions and meetings and -- you | 12:26:06 |
| 21 | know, to find out if what they're telling me is | 12:26:11 |
| 22 | the truth. | 12:26:14 |
| 23 | Q  Okay.  And when you're talking to a | 12:26:14 |
| 24 | witness or a suspect, do you make a credibility | 12:26:16 |

Transcript of Michael Cross
Conducted on October 16, 2020                    113

| | | |
|---|---|---|
| 1 | determination as to what they're saying? | 12:26:19 |
| 2 | A  At some time. | 12:26:21 |
| 3 | Q  When? | 12:26:23 |
| 4 | A  When I determine it. | 12:26:24 |
| 5 | Q  How do you determine that? | 12:26:27 |
| 6 | A  By viewing them, by observing them, by | 12:26:29 |
| 7 | talking to them. | 12:26:35 |
| 8 | Q  Okay.  And so did you make a credibility | 12:26:35 |
| 9 | determination with Ms. Miceli when you first | 12:26:39 |
| 10 | met her? | 12:26:44 |
| 11 | A  I don't recall. | 12:26:44 |
| 12 | Q  Do you recall whether you found her | 12:26:45 |
| 13 | trustworthy or not? | 12:26:47 |
| 14 | A  I don't recall. | 12:26:48 |
| 15 | Q  Do you recall whether you found her | 12:26:49 |
| 16 | credible or not? | 12:26:51 |
| 17 | A  I don't recall. | 12:26:52 |
| 18 | Q  Will you please read the first -- the | 12:26:53 |
| 19 | entire first page and the first paragraph on the | 12:27:18 |
| 20 | second page, please? | 12:27:22 |
| 21 | A  The entire first page and the -- okay. | 12:27:23 |
| 22 | Q  Yes.  And let me know when you're done. | 12:27:26 |
| 23 | A  Okay. | 12:29:30 |
| 24 | Q  Does that refresh your recollection as to | 12:29:31 |

Transcript of Michael Cross
Conducted on October 16, 2020                    114

1    your conversation with Ms. Miceli in the          12:29:33

2    Leavenworth house?                                12:29:42

3        A   Yes.                                      12:29:43

4        Q   Do you recall what Tina's demeanor was    12:29:44

5    like when you were talking to her on              12:29:46

6    September 10th to September 11th, 1995?           12:29:48

7            MR. POLICK:  Asked and answered.  You can 12:29:51

8    answer again.                                     12:29:53

9        A   I don't recall her demeanor.              12:29:54

10       Q   Do you recall whether or not you and      12:29:56

11   Ms. Miceli were alone when you were interviewing  12:30:11

12   her based on your refreshing your recollection?   12:30:14

13       A   I believe so.                             12:30:20

14       Q   Okay.  I want to point you to the first   12:30:21

15   paragraph on -- the last paragraph on the first   12:30:25

16   page where Tina said, "Tina was sitting in the    12:30:28

17   living room in her mother's chair smoking a       12:30:41

18   cigarette.  I asked Tina what she did with the    12:30:41

19   cigarette.  Tina said she thought she put it out  12:30:45

20   in an ashtray in the dining room -- on the dining 12:30:46

21   room table but wasn't sure."                      12:30:49

22       A   Yes.                                      12:30:50

23       Q   "She commented to Bill when they left that 12:30:51

24   she couldn't remember what she did with her       12:30:53

Transcript of Michael Cross
Conducted on October 16, 2020                    115

| | | |
|---|---|---|
| 1 | cigarette.  Bill told her she probably put it | 12:30:56 |
| 2 | out."  Do you recall that? | 12:31:00 |
| 3 | A   Yes.  From reading my reports, yes. | 12:31:00 |
| 4 | Q   And when she told you that she had sat in | 12:31:05 |
| 5 | her mom's chair smoking a cigarette, that she wasn't | 12:31:09 |
| 6 | sure what she did with it, did you believe her? | 12:31:12 |
| 7 | A   Yes. | 12:31:16 |
| 8 | Q   You found her statements credible, that's | 12:31:18 |
| 9 | why you put them in the report? | 12:31:27 |
| 10 | MR. POLICK:  Objection to the form of the | 12:31:28 |
| 11 | question. | 12:31:30 |
| 12 | You can answer over the objection. | 12:31:31 |
| 13 | A   Yes. | 12:31:33 |
| 14 | Q   Okay.  And at some point Pam Leavenworth | 12:31:35 |
| 15 | was -- you talked to Pam Leavenworth while you | 12:31:41 |
| 16 | were talking to Ms. Miceli; correct? | 12:31:45 |
| 17 | A   I don't know if it was at the same time. | 12:31:48 |
| 18 | I'm not sure. | 12:31:52 |
| 19 | Q   Okay.  What happened after you asked | 12:31:53 |
| 20 | Ms. Miceli what had occurred the day of the fire? | 12:31:59 |
| 21 | A   I believe she related what she knew to me. | 12:32:07 |
| 22 | Q   Okay.  And then after that, what did she | 12:32:11 |
| 23 | do?  Where did she go? | 12:32:15 |
| 24 | A   Where did I go? | 12:32:17 |

Transcript of Michael Cross
Conducted on October 16, 2020                          116

| | | |
|---|---|---|
| 1 | Q  Where did she go? | 12:32:19 |
| 2 | A  I don't know where she went. | 12:32:20 |
| 3 | Q  Where did you go? | 12:32:21 |
| 4 | A  I met with Detective Guerrieri sometime | 12:32:22 |
| 5 | after that. | 12:32:25 |
| 6 | Q  Do you recall where or when? | 12:32:25 |
| 7 | A  At the house.  I don't know where exactly. | 12:32:27 |
| 8 | And it was after he had finished interviewing | 12:32:30 |
| 9 | Bill Amor. | 12:32:34 |
| 10 | Q  Okay.  And when you met with Mr. Guerrieri, | 12:32:35 |
| 11 | what did he tell you? | 12:32:38 |
| 12 | A  I don't recall. | 12:32:39 |
| 13 | Q  Did he tell you about what Mr. Amor had said? | 12:32:41 |
| 14 | A  I don't recall. | 12:32:44 |
| 15 | Q  When Mr. Amor and Detective Guerrieri were | 12:32:47 |
| 16 | finished talking, did you ask Tina if she would go | 12:33:10 |
| 17 | downstairs with Bill? | 12:33:18 |
| 18 | A  I don't remember that. | 12:33:20 |
| 19 | Q  Did you discuss -- strike that. | 12:33:22 |
| 20 | While you were talking with Ms. Miceli, | 12:33:48 |
| 21 | did you ask her what -- if there were any issues | 12:33:51 |
| 22 | she was having with appliances? | 12:33:54 |
| 23 | A  Yes. | 12:33:57 |
| 24 | Q  Did you ask if there were any issues she | 12:33:57 |

Transcript of Michael Cross
Conducted on October 16, 2020                    117

| | | |
|---|---|---|
| 1 | was having with electricity? | 12:34:01 |
| 2 | A  Yes. | 12:34:02 |
| 3 | Q  Why did you ask her that? | 12:34:02 |
| 4 | A  To rule them out as causes of the fire. | 12:34:04 |
| 5 | Q  Okay.  And what did she say when you asked | 12:34:08 |
| 6 | her that? | 12:34:15 |
| 7 | A  She said they were blowing -- not fuses | 12:34:16 |
| 8 | but breakers when the toaster and the microwave | 12:34:18 |
| 9 | were on at the same time. | 12:34:22 |
| 10 | Q  Did she say anything else? | 12:34:23 |
| 11 | A  Not that I recall. | 12:34:26 |
| 12 | Q  Did she talk about the VCR at all? | 12:34:28 |
| 13 | A  She talked about the TV and the VCR. | 12:34:35 |
| 14 | Q  Okay.  What did she say about the TV and | 12:34:41 |
| 15 | the VCR? | 12:34:47 |
| 16 | A  She believed that they turned the TV off, | 12:34:47 |
| 17 | but she wasn't sure about the VCR. | 12:34:53 |
| 18 | Q  Did she say she was having issues with the | 12:34:55 |
| 19 | VCR at all? | 12:35:02 |
| 20 | A  No, not that I recall. | 12:35:03 |
| 21 | Q  Okay.  Mr. Amor -- I'm sorry -- Mr. Cross, | 12:35:05 |
| 22 | will you please read from the second paragraph | 12:35:29 |
| 23 | page 2 until the middle paragraph of page 3, | 12:35:35 |
| 24 | please. | 12:35:49 |

Transcript of Michael Cross
Conducted on October 16, 2020                    118

| | | |
|---|---|---|
| 1 | A   Okay. | 12:35:50 |
| 2 | Q   Mr. Cross, does this refresh your | 12:38:36 |
| 3 | recollection as to the conversation you had with | 12:38:40 |
| 4 | Tina about any issues she would have been having | 12:38:42 |
| 5 | with electronics within the house? | 12:38:47 |
| 6 | A   Yes. | 12:38:51 |
| 7 | Q   You testified before that Tina didn't say | 12:38:52 |
| 8 | that they were having issues with the TV, but in | 12:38:55 |
| 9 | your report it says that they were; correct? | 12:38:59 |
| 10 | A   Yes. | 12:39:01 |
| 11 | Q   Can you explain the discrepancy to me, | 12:39:01 |
| 12 | please? | 12:39:04 |
| 13 | A   My memory. | 12:39:05 |
| 14 | Q   And earlier you testified that you were | 12:39:07 |
| 15 | interviewing Tina by herself; correct? | 12:39:17 |
| 16 | A   Yes. | 12:39:20 |
| 17 | Q   And that Pam Leavenworth wasn't there? | 12:39:21 |
| 18 | A   No. | 12:39:27 |
| 19 | Q   And in the report it does say that Pam | 12:39:28 |
| 20 | Leavenworth was there when you were interviewing | 12:39:32 |
| 21 | her; correct? | 12:39:35 |
| 22 | A   I think she might have came in after we | 12:39:35 |
| 23 | started, but I don't -- I really don't recall her | 12:39:38 |
| 24 | being there. | 12:39:41 |

Transcript of Michael Cross
Conducted on October 16, 2020                    119

| | | |
|---|---|---|
| 1 | Q  Okay.  So you don't recall one way or the | 12:39:42 |
| 2 | other, or you don't recall her being there. | 12:39:44 |
| 3 | A  I don't recall one way or the other. | 12:39:44 |
| 4 | Q  Okay.  But it's fair to say that if it was | 12:39:47 |
| 5 | in the report, then she would have been there; | 12:39:47 |
| 6 | correct? | 12:39:50 |
| 7 | A  Yes, yes. | 12:39:50 |
| 8 | Q  Because your reports are accurate to what | 12:39:51 |
| 9 | you experienced? | 12:39:53 |
| 10 | A  Yes. | 12:39:53 |
| 11 | Q  And then at some point you sent Tina | 12:39:55 |
| 12 | downstairs with Bill; correct? | 12:40:05 |
| 13 | A  Yes. | 12:40:07 |
| 14 | Q  And you talked with Detective Guerrieri? | 12:40:07 |
| 15 | A  Yes. | 12:40:09 |
| 16 | Q  And you talked to Detective Guerrieri | 12:40:10 |
| 17 | about potential insurance on Marianne; correct? | 12:40:14 |
| 18 | A  We talked about what they had said, what | 12:40:18 |
| 19 | Tina said to me and what Bill said to her -- him. | 12:40:23 |
| 20 | Q  Okay.  So what did Tina say to you that | 12:40:28 |
| 21 | you talked about with Detective Guerrieri once you | 12:40:31 |
| 22 | sent Tina away? | 12:40:34 |
| 23 | A  I don't recall. | 12:40:35 |
| 24 | Q  Okay.  And do you recall what Detective | 12:40:37 |

Transcript of Michael Cross
Conducted on October 16, 2020                    120

| | | |
|---|---|---|
| 1 | Guerrieri told you about his conversation with | 12:40:40 |
| 2 | Mr. Amor? | 12:40:42 |
| 3 |     A  Not specifically. | 12:40:42 |
| 4 |     Q  Okay.  What, if anything, do you recall? | 12:40:44 |
| 5 | You said "not specifically." | 12:40:47 |
| 6 |     A  In regards to what? | 12:40:49 |
| 7 |     Q  What Detective Guerrieri told you about | 12:40:50 |
| 8 | his conversation with Mr. Amor. | 12:40:52 |
| 9 |     A  I'm having a hard time remembering that. | 12:40:55 |
| 10 |     Q  Okay.  And then after you spoke with | 12:41:05 |
| 11 | Mr. Guerrieri about Mr. Amor and discussed your | 12:41:08 |
| 12 | interviews, you then asked Pam Leavenworth if | 12:41:17 |
| 13 | there was any insurance on the condo or insurance | 12:41:22 |
| 14 | on Marianne; correct? | 12:41:25 |
| 15 |     A  Yes. | 12:41:26 |
| 16 |     Q  And what did Pam say? | 12:41:27 |
| 17 |     A  I believe she told me they had contents | 12:41:29 |
| 18 | insurance on the apartment and that there was a | 12:41:32 |
| 19 | $100,000 life insurance policy. | 12:41:36 |
| 20 |     Q  Did she say who the beneficiary of the | 12:41:41 |
| 21 | policy was? | 12:41:46 |
| 22 |     A  She said initially it was Tina, but Tina | 12:41:46 |
| 23 | had been taken off of it, and I believe Pam was | 12:41:49 |
| 24 | put on it. | 12:41:53 |

Transcript of Michael Cross
Conducted on October 16, 2020                              121

| | | |
|---|---|---|
| 1 | Q   Did Pam say why she was put on it? | 12:41:53 |
| 2 | A   She said that Tina was hanging around with | 12:41:56 |
| 3 | a bad crowd. | 12:42:01 |
| 4 | Q   And how did you find Pam's demeanor when | 12:42:03 |
| 5 | you were talking with her about this? | 12:42:08 |
| 6 | A   Calm, fine. | 12:42:10 |
| 7 | Q   Did you find what she was saying credible? | 12:42:12 |
| 8 | A   Yes. | 12:42:15 |
| 9 | Q   So when she told you that Marianne was not | 12:42:16 |
| 10 | supposed to tell Tina and other members of the | 12:42:19 |
| 11 | family were not supposed to tell Tina about the | 12:42:23 |
| 12 | life insurance, did you believe her? | 12:42:26 |
| 13 | MR. POLICK:  Objection to the form of the | 12:42:27 |
| 14 | question. | 12:42:29 |
| 15 | You can answer. | 12:42:29 |
| 16 | A   Yes. | 12:42:30 |
| 17 | Q   And after talking to Pam about the | 12:42:32 |
| 18 | insurance, at some point did Bill and Tina come | 12:42:45 |
| 19 | back to the kitchen? | 12:42:49 |
| 20 | A   I don't recall. | 12:42:50 |
| 21 | Q   Do you recall Bill and Tina coming back | 12:42:55 |
| 22 | after they had left at all? | 12:43:00 |
| 23 | A   No. | 12:43:01 |
| 24 | Q   After you talked to Pam Leavenworth, did | 12:43:16 |

Transcript of Michael Cross
Conducted on October 16, 2020                    122

| | | |
|---|---|---|
| 1 | you at some point ask Tina about the insurance her | 12:43:19 |
| 2 | mother might have had? | 12:43:25 |
| 3 | A  Yes. | 12:43:26 |
| 4 | Q  What did you ask her? | 12:43:27 |
| 5 | A  I asked her if she knew about the insurance. | 12:43:29 |
| 6 | Q  And what did she say? | 12:43:33 |
| 7 | A  She knew about the contents insurance of | 12:43:34 |
| 8 | the apartment, and she also believed that there | 12:43:39 |
| 9 | was a life insurance policy.  I don't remember if | 12:43:42 |
| 10 | she knew how much it was. | 12:43:45 |
| 11 | Q  So she did say that she believed there was | 12:43:46 |
| 12 | a life insurance policy? | 12:43:49 |
| 13 | A  As far as I can remember, yes. | 12:43:51 |
| 14 | Q  And did Bill say anything about the life | 12:43:53 |
| 15 | insurance policy? | 12:43:58 |
| 16 | A  Yeah, he said, "We don't know anything | 12:43:59 |
| 17 | about that" in a rather loud voice. | 12:44:00 |
| 18 | Q  And what was Bill's demeanor like when he | 12:44:06 |
| 19 | said that? | 12:44:12 |
| 20 | A  He was talking over Tina, and he seemed to | 12:44:12 |
| 21 | be not upset but over -- overreacting. | 12:44:20 |
| 22 | Q  What do you mean by "overreacting"? | 12:44:24 |
| 23 | A  Just he was overreacting. | 12:44:26 |
| 24 | Q  Was Tina upset at this point? | 12:44:28 |

Transcript of Michael Cross
Conducted on October 16, 2020                              123

| | | |
|---|---|---|
| 1 | A  I don't recall. | 12:44:31 |
| 2 | Q  Can you demonstrate how Bill said, "We | 12:44:33 |
| 3 | don't know anything about that"? | 12:44:37 |
| 4 | A  He said it in a little louder voice. | 12:44:45 |
| 5 | Wasn't screaming or shouting or anything.  He was | 12:44:48 |
| 6 | talking over Tina. | 12:44:50 |
| 7 | Q  Can you demonstrate in your voice to the | 12:44:51 |
| 8 | closest approximation? | 12:44:55 |
| 9 | A  No. | 12:44:57 |
| 10 | Q  No? | 12:44:58 |
| 11 | A  No. | 12:45:01 |
| 12 | Q  You said you felt like he was overreacting; | 12:45:04 |
| 13 | correct? | 12:45:07 |
| 14 | A  I believe so. | 12:45:08 |
| 15 | Q  Did Bill's interruption raise any alarm | 12:45:10 |
| 16 | bells for you? | 12:45:15 |
| 17 | A  His what? | 12:45:15 |
| 18 | Q  His interpretation of Tina raise any alarm | 12:45:16 |
| 19 | bells for you. | 12:45:20 |
| 20 | A  Yes. | 12:45:21 |
| 21 | Q  Why? | 12:45:21 |
| 22 | A  Because there was no reason for him to -- | 12:45:22 |
| 23 | to do that, to interrupt her. | 12:45:25 |
| 24 | Q  Well, I mean, you were talking about life | 12:45:28 |

Transcript of Michael Cross
Conducted on October 16, 2020                    124

| | | |
|---|---|---|
| 1 | insurance of her newly dead mother; correct? | 12:45:31 |
| 2 | A  Yes. | 12:45:38 |
| 3 | Q  Do you believe perhaps he could tell she | 12:45:39 |
| 4 | was upset and didn't want her to have to think | 12:45:41 |
| 5 | about the fact that her mom had life insurance now? | 12:45:43 |
| 6 | MR. POLICK:  Objection to the form of the | 12:45:46 |
| 7 | question to the extent it requires him to know | 12:45:50 |
| 8 | what someone else was thinking. | 12:45:52 |
| 9 | You can answer over the objection. | 12:45:54 |
| 10 | A  Would you ask that again, please? | 12:45:55 |
| 11 | Q  Did you think that perhaps Bill was trying | 12:45:57 |
| 12 | to protect Tina from an upsetting topic of | 12:45:59 |
| 13 | conversation? | 12:46:02 |
| 14 | A  No. | 12:46:03 |
| 15 | Q  Why not? | 12:46:03 |
| 16 | A  I believe he was trying to protect himself. | 12:46:04 |
| 17 | Q  Why? | 12:46:07 |
| 18 | A  That's my thought. | 12:46:08 |
| 19 | Q  Based on his demeanor? | 12:46:11 |
| 20 | A  Based on my experience, his demeanor, my | 12:46:13 |
| 21 | training, based on a lot of things. | 12:46:16 |
| 22 | Q  Based on what aspects of his demeanor? | 12:46:19 |
| 23 | A  Pardon me? | 12:46:23 |
| 24 | Q  What aspects of his demeanor made you | 12:46:24 |

Transcript of Michael Cross
Conducted on October 16, 2020                    125

| | | |
|---|---|---|
| 1 | think that he was trying to protect himself and | 12:46:26 |
| 2 | not -- | 12:46:29 |
| 3 | A   Because he was talking -- | 12:46:29 |
| 4 | Q   -- Tina? | 12:46:31 |
| 5 | A   Because he was talking over Tina in a | 12:46:32 |
| 6 | rather loud voice. | 12:46:38 |
| 7 | Q   And what about talking over someone in a | 12:46:40 |
| 8 | loud voice indicates that they're trying to | 12:46:43 |
| 9 | protect themselves and not their wife? | 12:46:45 |
| 10 | A   Because he had something to protect | 12:46:47 |
| 11 | himself from. | 12:46:50 |
| 12 | Q   Which was? | 12:46:52 |
| 13 | A   Knowing about the life insurance policy | 12:46:53 |
| 14 | and killing his mother-in-law. | 12:46:58 |
| 15 | Q   Did you believe at that point that he knew | 12:46:59 |
| 16 | about the life insurance policy and killed his | 12:47:01 |
| 17 | mother-in-law? | 12:47:03 |
| 18 | A   No. | 12:47:04 |
| 19 | Q   Well, then at that moment why would you | 12:47:04 |
| 20 | think that he was trying to protect himself? | 12:47:07 |
| 21 | A   Because it was just talked about. | 12:47:09 |
| 22 | Q   And you said that he was trying to protect | 12:47:13 |
| 23 | himself from talking about life insurance policy | 12:47:22 |
| 24 | and killing his mother; correct? | 12:47:29 |

Transcript of Michael Cross
Conducted on October 16, 2020                    126

| | | |
|---|---|---|
| 1 | A   Mother-in-law. | 12:47:32 |
| 2 | Q   Mother-in-law, correct. | 12:47:32 |
| 3 | A   Yes. | 12:47:34 |
| 4 | Q   But you didn't -- you didn't believe that | 12:47:35 |
| 5 | he had killed his mother-in-law at that moment, | 12:47:39 |
| 6 | did you? | 12:47:42 |
| 7 | A   Yes. | 12:47:42 |
| 8 | Q   You did on November -- sorry -- on | 12:47:44 |
| 9 | September 11th, 1995, you believed that Bill Amor | 12:47:48 |
| 10 | had killed his mother-in-law? | 12:47:52 |
| 11 | A   I was starting to -- starting to believe | 12:47:53 |
| 12 | that.  I was ruling everything out and starting to | 12:47:57 |
| 13 | believe that, yes. | 12:48:00 |
| 14 | Q   Why did you believe within hours of | 12:48:01 |
| 15 | Marianne Miceli's death that Bill Amor was the one | 12:48:05 |
| 16 | who had caused her death or even that the fire | 12:48:09 |
| 17 | wasn't accidental? | 12:48:12 |
| 18 | A   I don't recall.  I really don't. | 12:48:13 |
| 19 | Q   And had you even met Bill Amor prior to | 12:48:16 |
| 20 | him coming into the kitchen with Tina? | 12:48:19 |
| 21 | A   No. | 12:48:21 |
| 22 | Q   Had you had a conversation with him? | 12:48:22 |
| 23 | A   No. | 12:48:24 |
| 24 | Q   And yet you believed on November -- | 12:48:24 |

Transcript of Michael Cross
Conducted on October 16, 2020                    127

| | | |
|---|---|---|
| 1 | strike that. | 12:48:30 |
| 2 | And you believed on September 10th, 1995, | 12:48:31 |
| 3 | that he had likely killed his mother-in-law? | 12:48:35 |
| 4 | A  Again, my memory is bad.  I get to a point | 12:48:39 |
| 5 | where I feel overwhelmed, and that's how I'm | 12:48:46 |
| 6 | feeling right now. | 12:48:52 |
| 7 | Q  Okay.  Well, you testified as to -- do you | 12:48:53 |
| 8 | believe being overwhelmed by a deposition is | 12:49:01 |
| 9 | something that could impede you from having | 12:49:03 |
| 10 | truthful and accurate testimony? | 12:49:05 |
| 11 | A  No, it would impede me from answering | 12:49:07 |
| 12 | questions, and, you know, I'm just having trouble. | 12:49:10 |
| 13 | Q  So are you saying you are having trouble | 12:49:15 |
| 14 | giving truthful and accurate testimony? | 12:49:17 |
| 15 | MR. POLICK:  Objection; misstates the | 12:49:19 |
| 16 | witness' testimony. | 12:49:22 |
| 17 | You can answer over the objection. | 12:49:23 |
| 18 | A  I'm not trying to hide anything.  I'm not | 12:49:24 |
| 19 | trying to not be truthful.  I just don't recall | 12:49:28 |
| 20 | things. | 12:49:30 |
| 21 | Q  Okay.  Rewinding a little bit, you said | 12:49:32 |
| 22 | that you felt that Bill Amor was attempting to | 12:49:35 |
| 23 | protect himself by interrupting Tina; correct? | 12:49:39 |
| 24 | A  Yes. | 12:49:41 |

Transcript of Michael Cross
Conducted on October 16, 2020                    128

1    Q  And you said that you felt he was trying          12:49:42

2  to protect himself from -- or rather, he was           12:49:44

3  trying to protect himself based on the fact that       12:49:48

4  he knew about the life insurance and had likely        12:49:52

5  murdered his mother-in-law; correct?                   12:50:02

6    A  I'm not sure.                                      12:50:05

7    MR. POLICK:  Mike, do you need to take a             12:50:18

8  break or are you all right?                            12:50:20

9    THE WITNESS:  I'm all right.                         12:50:21

10    MR. POLICK:  Okay.                                   12:50:23

11    Q  Will you please read the last paragraph of       12:50:29

12  page 3 and the first paragraph of page 4.             12:50:31

13    A  Okay.                                             12:52:58

14    Q  Does that refresh your recollection as to        12:53:00

15  the conversation you had with Tina and Bill about     12:53:02

16  the insurance that Marianne Miceli had?               12:53:06

17    A  Yes.                                              12:53:12

18    Q  And do you recall what Tina's demeanor was       12:53:13

19  like during this conversation?                        12:53:16

20    A  I don't know how you would judge her             12:53:19

21  demeanor.  She seemed to be fine with me.             12:53:23

22    Q  Did she seem happy?                              12:53:26

23    A  No.                                               12:53:28

24    Q  Did she seem calm?                               12:53:29

Transcript of Michael Cross
Conducted on October 16, 2020                    129

| | | |
|---|---|---|
| 1 | A  Yes. | 12:53:31 |
| 2 | Q  Did she seem upset? | 12:53:33 |
| 3 | A  I don't recall. | 12:53:36 |
| 4 | Q  Did she seem sad? | 12:53:39 |
| 5 | A  I don't know. | 12:53:42 |
| 6 | Q  So you know she seemed calm, but you don't | 12:53:44 |
| 7 | know whether she was upset or sad? | 12:53:49 |
| 8 | A  Yes, correct. | 12:53:51 |
| 9 | Q  And after -- based on your recollection, | 12:53:54 |
| 10 | after Bill Amor interrupted Ms. Tina Miceli, what | 12:54:12 |
| 11 | was her reaction? | 12:54:17 |
| 12 | A  She quit talking. | 12:54:18 |
| 13 | Q  Did she seem upset? | 12:54:21 |
| 14 | A  She just quit talking. | 12:54:24 |
| 15 | Q  Was she not calm any longer? | 12:54:26 |
| 16 | A  She quit talking. | 12:54:28 |
| 17 | Q  Did she have any sort of emotional reaction? | 12:54:29 |
| 18 | A  She just quit talking. | 12:54:32 |
| 19 | Q  Did her stopping talking raise any alarm | 12:54:34 |
| 20 | bells for you? | 12:54:38 |
| 21 | A  No. | 12:54:38 |
| 22 | Q  What happened after you had a conversation | 12:54:42 |
| 23 | with Tina and Bill about the insurance? | 12:54:47 |
| 24 | A  I don't recall. | 12:54:54 |

Transcript of Michael Cross
Conducted on October 16, 2020                    130

| | |
|---|---|
| 1     Q  At some point did Tina and Bill go outside | 12:54:57 |
| 2  to have a cigarette? | 12:55:05 |
| 3     A  I believe so. | 12:55:06 |
| 4     Q  Okay.  And do you recall what happened | 12:55:08 |
| 5  after that? | 12:55:09 |
| 6     A  No. | 12:55:10 |
| 7     Q  Eventually, did Detective Guerrieri go | 12:55:12 |
| 8  outside after Tina and Bill? | 12:55:15 |
| 9     A  I know he went outside. | 12:55:18 |
| 10     Q  Okay.  And what happened after he went | 12:55:20 |
| 11  outside? | 12:55:22 |
| 12     A  You mean speaking for Guerrieri? | 12:55:23 |
| 13     Q  Well, you were inside.  So what happened | 12:55:29 |
| 14  after he went outside? | 12:55:31 |
| 15     A  Well, he told me -- he told -- should I | 12:55:33 |
| 16  relate what he told me?  Because that's hearsay. | 12:55:37 |
| 17     Q  I mean chronologically what happened after | 12:55:41 |
| 18  he went outside? | 12:55:44 |
| 19     A  After Guerrieri went outside? | 12:55:45 |
| 20     Q  Yes. | 12:55:47 |
| 21     A  He was observing Bill Amor. | 12:55:48 |
| 22     Q  Okay.  And why was he observing Bill Amor. | 12:55:50 |
| 23     A  He was just watching him. | 12:55:51 |
| 24     Q  How did you know he was observing Bill Amor? | 12:55:52 |

Transcript of Michael Cross
Conducted on October 16, 2020                    131

| | | |
|---|---|---|
| 1 | A  He told me later. | 12:55:56 |
| 2 | Q  And did he tell you why he was observing | 12:55:57 |
| 3 | Bill Amor? | 12:55:58 |
| 4 | A  No. | 12:55:58 |
| 5 | Q  Did he tell you prior that he was going to | 12:55:58 |
| 6 | observe Bill Amor, or did he just go outside? | 12:56:00 |
| 7 | A  He just went outside. | 12:56:03 |
| 8 | Q  And did you ask him why he was going | 12:56:04 |
| 9 | outside? | 12:56:06 |
| 10 | A  No. | 12:56:07 |
| 11 | Q  And after he went outside, did you | 12:56:07 |
| 12 | eventually join him? | 12:56:14 |
| 13 | A  Eventually, yes. | 12:56:15 |
| 14 | Q  How long after? | 12:56:16 |
| 15 | A  Minutes. | 12:56:21 |
| 16 | Q  After you joined him, what did you do? | 12:56:22 |
| 17 | A  We spoke about what he had done. | 12:56:24 |
| 18 | Q  And what had he done? | 12:56:27 |
| 19 | A  He saw Amor going through the trunk of | 12:56:28 |
| 20 | Tina's car. | 12:56:33 |
| 21 | Q  And did he say what he -- if he saw | 12:56:34 |
| 22 | anything from the trunk of the car? | 12:56:39 |
| 23 | A  No. | 12:56:42 |
| 24 | Q  And did he say what happened after Bill | 12:56:44 |

Transcript of Michael Cross
Conducted on October 16, 2020                                    132

| | | |
|---|---|---|
| 1 | was going through the trunk of the car? | 12:56:46 |
| 2 | A  I don't recall. | 12:56:49 |
| 3 | Q  Okay.  And what did you do next? | 12:56:51 |
| 4 | A  What did I do next? | 12:56:52 |
| 5 | Q  Yes. | 12:56:55 |
| 6 | A  I can't recall right now. | 12:56:56 |
| 7 | Q  Did you and Detective Guerrieri eventually | 12:56:58 |
| 8 | search Tina's car? | 12:57:03 |
| 9 | A  Yes. | 12:57:07 |
| 10 | Q  And when you searched, what did you find? | 12:57:07 |
| 11 | A  Some lighter fluid, a bottle of vodka. | 12:57:10 |
| 12 | Q  Okay -- sorry.  Was that all?  I don't | 12:57:21 |
| 13 | want to interrupt you. | 12:57:24 |
| 14 | A  That's all I can remember. | 12:57:25 |
| 15 | Q  And did you ask about the lighter fluid? | 12:57:28 |
| 16 | A  I don't recall -- yes, I did -- or Bob | 12:57:33 |
| 17 | did, Guerrieri. | 12:57:38 |
| 18 | Q  Okay.  And what did Tina or Bill say about | 12:57:39 |
| 19 | the lighter fluid? | 12:57:42 |
| 20 | A  I believe it was Bill, and he said that | 12:57:44 |
| 21 | they had taken it to a cookout prior to us talking | 12:57:47 |
| 22 | to them. | 12:57:51 |
| 23 | Q  Okay.  You said you found vodka in the | 12:57:53 |
| 24 | car, as well; right? | 12:57:55 |

Transcript of Michael Cross
Conducted on October 16, 2020                    133

| 1 | A  Yes. | 12:57:56 |
| 2 | Q  Did you ask Tina or Bill about the alcohol? | 12:57:57 |
| 3 | A  No. | 12:58:01 |
| 4 | Q  Do you have an independent recollection of | 12:58:04 |
| 5 | what you did next? | 12:58:21 |
| 6 | A  No. | 12:58:22 |
| 7 | Q  Mr. Cross, will you please read the second | 12:58:23 |
| 8 | paragraph of page 4. | 12:58:38 |
| 9 | A  Okay. | 13:00:11 |
| 10 | Q  Okay.  So you testified that you asked | 13:00:12 |
| 11 | Bill about the lighter fluid; correct? | 13:00:15 |
| 12 | A  I asked Tina about the lighter fluid. | 13:00:17 |
| 13 | Q  Earlier you testified that you asked Bill. | 13:00:24 |
| 14 | Do you dispute that or do you not remember? | 13:00:29 |
| 15 | A  I don't remember. | 13:00:31 |
| 16 | Q  Okay.  And in the report it says Tina; | 13:00:32 |
| 17 | correct? | 13:00:35 |
| 18 | A  Yes. | 13:00:35 |
| 19 | Q  Which version of your testimony should I | 13:00:35 |
| 20 | credit in this case? | 13:00:42 |
| 21 | A  I don't know.  Credit whatever you want to | 13:00:44 |
| 22 | credit. | 13:00:46 |
| 23 | Q  I mean, did he -- did he -- did you ask | 13:00:46 |
| 24 | Bill or did you ask Tina? | 13:00:50 |

Transcript of Michael Cross
Conducted on October 16, 2020                    134

| | | |
|---|---|---|
| 1 | A  I spoke with Bill -- or with Tina, and | 13:00:51 |
| 2 | Investigator Guerrieri spoke with Amor. | 13:00:57 |
| 3 | Q  No, about the lighter fluid, did you speak | 13:00:59 |
| 4 | with Bill, or did you speak with Tina about the | 13:01:03 |
| 5 | lighter fluid after you had searched the car? | 13:01:06 |
| 6 | A  I believe I spoke with Tina. | 13:01:08 |
| 7 | Q  Okay.  And if you testified earlier that | 13:01:11 |
| 8 | you spoke with Bill, that was incorrect? | 13:01:15 |
| 9 | A  I'm not sure.  I don't remember what I | 13:01:19 |
| 10 | testified to. | 13:01:21 |
| 11 | Q  If you testified that you had asked Bill, | 13:01:22 |
| 12 | is that incorrect, or is it correct? | 13:01:26 |
| 13 | A  I asked Tina. | 13:01:29 |
| 14 | Q  Okay. | 13:01:30 |
| 15 | A  Investigator Guerrieri asked Bill. | 13:01:32 |
| 16 | Q  About the lighter fluid? | 13:01:34 |
| 17 | A  Yes. | 13:01:36 |
| 18 | Q  Okay.  And you also testified that you | 13:01:37 |
| 19 | asked -- strike that. | 13:01:44 |
| 20 | You also testified that you found a bottle | 13:01:54 |
| 21 | of vodka in the car; correct? | 13:01:56 |
| 22 | A  Yes.  Bill -- or Guerrieri did. | 13:01:59 |
| 23 | Q  And where in your report does it say that | 13:02:03 |
| 24 | Guerrieri found vodka in the car? | 13:02:07 |

Transcript of Michael Cross
Conducted on October 16, 2020                    135

| | | |
|---|---|---|
| 1 | A   I believe I just read it.  I don't remember | 13:02:09 |
| 2 | which paragraph it was. | 13:02:12 |
| 3 | Q   Well, I don't see it in the first sentence. | 13:02:23 |
| 4 | I don't see it in the second sentence.  I don't | 13:02:32 |
| 5 | see it in the third sentence, the fourth, fifth. | 13:02:36 |
| 6 | In looking at the document I only see information | 13:02:44 |
| 7 | about the lighter fluid. | 13:02:52 |
| 8 | A   And what was the other, the vodka? | 13:02:54 |
| 9 | Q   Yeah. | 13:02:56 |
| 10 | A   I don't recall. | 13:02:58 |
| 11 | Q   So it's possible you found vodka in the | 13:03:03 |
| 12 | car, but you didn't put it in your report -- or | 13:03:17 |
| 13 | Guerrieri found vodka in the car and you didn't | 13:03:20 |
| 14 | put it in your report? | 13:03:23 |
| 15 | A   Oh, Guerrieri would have put it in his | 13:03:24 |
| 16 | report. | 13:03:28 |
| 17 | Q   You were with them when they conducted the | 13:03:28 |
| 18 | permission search; correct? | 13:03:30 |
| 19 | A   Yes. | 13:03:31 |
| 20 | Q   And you didn't put it in your report? | 13:03:32 |
| 21 | A   No.  We don't want to double up on what we | 13:03:34 |
| 22 | write.  We want to -- the individual is writing | 13:03:37 |
| 23 | one thing and I would write another.  We didn't | 13:03:42 |
| 24 | normally in any investigation double up on writing | 13:03:46 |

Transcript of Michael Cross
Conducted on October 16, 2020                    136

| | | |
|---|---|---|
| 1 | something, both of us or any two investigators | 13:03:48 |
| 2 | writing something different from the other one. | 13:03:53 |
| 3 |    Q  Okay.  So if I look at Investigator | 13:03:55 |
| 4 | Guerrieri's report, I should expect to see nothing | 13:03:59 |
| 5 | about the lighter fluid? | 13:04:02 |
| 6 |    A  I would think you would see something | 13:04:04 |
| 7 | about the lighter fluid. | 13:04:06 |
| 8 |    Q  But you've already written about the | 13:04:07 |
| 9 | lighter fluid here, and if you don't double up on | 13:04:10 |
| 10 | what you write, then why would you expect to see | 13:04:13 |
| 11 | something about the lighter fluid? | 13:04:16 |
| 12 |    A  I don't know.  You're talking semantics. | 13:04:18 |
| 13 |    Q  I'm just trying to understand.  You said -- | 13:04:20 |
| 14 |    A  Well, I don't understand. | 13:04:21 |
| 15 |    Q  You said you had found vodka, and it's not | 13:04:22 |
| 16 | in your report; correct?  And I'm just trying to | 13:04:25 |
| 17 | understand why it wouldn't be in your report. | 13:04:28 |
| 18 |    A  If I found it, it would be in my report. | 13:04:30 |
| 19 | It would be either in my report or in Detective | 13:04:30 |
| 20 | Guerrieri's report.  He's the one that searched | 13:04:34 |
| 21 | the car. | 13:04:36 |
| 22 |    Q  Okay.  But you also wrote about what he | 13:04:37 |
| 23 | found when he searched the car; correct? | 13:04:39 |
| 24 |    A  I don't recall. | 13:04:41 |

Transcript of Michael Cross
Conducted on October 16, 2020                           137

| | | |
|---|---|---|
| 1 | Q  You don't recall just reading about it -- | 13:04:42 |
| 2 | A  No. | 13:04:44 |
| 3 | Q  -- five minutes ago? | 13:04:44 |
| 4 | A  Nope. | 13:04:46 |
| 5 | Q  I thought -- | 13:04:46 |
| 6 | A  My memory is bad.  And when I'm pressured | 13:04:47 |
| 7 | and I get under stress, it gets worse, and it's | 13:04:51 |
| 8 | getting worse. | 13:04:55 |
| 9 | Q  So I'll ask you again, if your memory gets | 13:04:57 |
| 10 | worse when you're pressured and under stress, do | 13:05:01 |
| 11 | you believe you can provide truthful and accurate | 13:05:04 |
| 12 | testimony under a deposition setting? | 13:05:06 |
| 13 | A  I'm having a hard time.  It's not whether | 13:05:10 |
| 14 | I'm being truthful; it's whether I'm being | 13:05:17 |
| 15 | pressured to answer questions. | 13:05:20 |
| 16 | Q  Well, you are a defendant in this case; | 13:05:21 |
| 17 | correct? | 13:05:23 |
| 18 | A  Yes. | 13:05:23 |
| 19 | Q  And you're here because as a defendant | 13:05:24 |
| 20 | you're compelled to give testimony; correct? | 13:05:28 |
| 21 | A  I understand that.  But due to the | 13:05:30 |
| 22 | severity of my memory loss, I have a lot of | 13:05:33 |
| 23 | trouble with this, and it gets worse when I'm | 13:05:35 |
| 24 | under pressure. | 13:05:40 |

Transcript of Michael Cross
Conducted on October 16, 2020                    138

| | | |
|---|---|---|
| 1 | Q  Do you believe that you can continue to | 13:05:42 |
| 2 | give truthful and accurate testimony as to what | 13:05:44 |
| 3 | occurred in this case? | 13:05:46 |
| 4 | A  No. | 13:05:47 |
| 5 | Q  Then why did you agree to do a deposition? | 13:05:49 |
| 6 | A  Because at the time I thought I could, but | 13:05:53 |
| 7 | now under stress and pressure I'm having trouble | 13:05:56 |
| 8 | because of my memory. | 13:05:59 |
| 9 | Q  And do you believe that there -- | 13:06:01 |
| 10 | A  I'm not lying about anything. | 13:06:04 |
| 11 | Q  I'm not trying to get -- I'm not asking | 13:06:06 |
| 12 | you to lie.  I'm just trying to figure out whether | 13:06:08 |
| 13 | or not ethically I can continue to ask you | 13:06:12 |
| 14 | questions if you can't remember. | 13:06:14 |
| 15 | MR. POLICK:  Mike, do you feel that you | 13:06:15 |
| 16 | need to take a break?  Because this has not | 13:06:17 |
| 17 | occurred up until this point.  Do you think you | 13:06:19 |
| 18 | need to take a break and then you can continue? | 13:06:21 |
| 19 | THE WITNESS:  We'll see if that will help, | 13:06:23 |
| 20 | yeah. | 13:06:25 |
| 21 | MR. POLICK:  All right.  Well, why don't | 13:06:26 |
| 22 | we take a break and see if you can continue. | 13:06:27 |
| 23 | THE WITNESS:  Okay. | 13:06:31 |
| 24 | THE VIDEOGRAPHER:  We are going off the | 13:06:32 |

Transcript of Michael Cross
Conducted on October 16, 2020                        139

| | | |
|---|---|---|
| 1 | record at 1:06 p.m. | 13:06:36 |
| 2 | (Recess taken, 1:06 p.m. to 1:48 p.m.) | 13:49:00 |
| 3 | THE VIDEOGRAPHER: We are back on the | 13:49:01 |
| 4 | record. The time is 1:48 p.m. | 13:49:02 |
| 5 | BY MS. GARCIA: | 13:49:10 |
| 6 | Q Mr. Cross, when we took a break you had | 13:49:11 |
| 7 | indicated that you were having a hard time | 13:49:14 |
| 8 | recalling certain things, including testimony you | 13:49:21 |
| 9 | had given recently because you were feeling | 13:49:25 |
| 10 | overwhelmed. Is that correct? | 13:49:27 |
| 11 | A Yes. | 13:49:28 |
| 12 | Q And you said you were feeling pressured; | 13:49:29 |
| 13 | correct? | 13:49:32 |
| 14 | A Yes. | 13:49:32 |
| 15 | Q Now that you've had a break, do you feel | 13:49:33 |
| 16 | prepared to continue on with this deposition? | 13:49:36 |
| 17 | A I'd like to try. | 13:49:38 |
| 18 | MR. POLICK: I think, you know, if he | 13:49:39 |
| 19 | needs to take a break, or we need to take more | 13:49:43 |
| 20 | breaks, he's going to let us go. I think we were | 13:49:48 |
| 21 | trying to take breaks periodically, but if he | 13:49:52 |
| 22 | needs to take something more, we'll just do it. | 13:49:55 |
| 23 | But, Mike, you just let us know if you | 13:49:55 |
| 24 | need to take another break, but are you all right | 13:49:59 |

Transcript of Michael Cross
Conducted on October 16, 2020                    140

| | | |
|---|---|---|
| 1 | to go ahead? | 13:50:01 |
| 2 | THE WITNESS:  Yes. | 13:50:02 |
| 3 | MS. GARCIA:  Of course.  Like I said at | 13:50:03 |
| 4 | the beginning of the deposition, I don't want you | 13:50:04 |
| 5 | to not take breaks if you need them.  So just let | 13:50:06 |
| 6 | me know. | 13:50:10 |
| 7 | MR. POLICK:  I don't think either of us | 13:50:10 |
| 8 | knew until -- because we had gotten, you know, | 13:50:12 |
| 9 | quite far into the dep, so I just assumed | 13:50:16 |
| 10 | everything was okay.  But I think Mr. Cross is | 13:50:20 |
| 11 | going to let us know if he needs to take another | 13:50:23 |
| 12 | break and we're ready to continue. | 13:50:26 |
| 13 | MS. GARCIA:  Okay. | 13:50:28 |
| 14 | MR. POLICK:  Okay. | 13:50:28 |
| 15 | BY MS. GARCIA: | 13:50:28 |
| 16 | Q  With all that being said, Mr. Cross, now | 13:50:29 |
| 17 | that you've had a chance to take a break and | 13:50:36 |
| 18 | potentially get some air, do you feel less | 13:50:42 |
| 19 | overwhelmed? | 13:50:45 |
| 20 | A  Yes. | 13:50:46 |
| 21 | Q  Do you feel less pressured? | 13:50:48 |
| 22 | A  So far.  We haven't started. | 13:50:53 |
| 23 | Q  Okay.  Do you feel at this moment that you | 13:50:55 |
| 24 | will be able to provide truthful and accurate | 13:50:58 |

Transcript of Michael Cross
Conducted on October 16, 2020                    141

| | | |
|---|---|---|
| 1 | testimony? | 13:51:01 |
| 2 | A  Absolutely. | 13:51:02 |
| 3 | MS. GARCIA:  Okay.  I'm going to turn to a | 13:51:09 |
| 4 | different report, which I believe is Exhibit 5. | 13:51:11 |
| 5 | (Cross Deposition Exhibit 5 marked for | 13:51:11 |
| 6 | identification and attached to the transcript.) | 13:51:38 |
| 7 | Q  Before we get into the exhibit out of the | 13:51:38 |
| 8 | list I read earlier of events you had an | 13:51:41 |
| 9 | independent recollection of, you said you | 13:51:44 |
| 10 | independently recalled the test burn on | 13:51:47 |
| 11 | September 29th; correct? | 13:51:49 |
| 12 | A  Yes, yes. | 13:51:50 |
| 13 | Q  To your recollection, where did that test | 13:51:53 |
| 14 | burn take place? | 13:51:58 |
| 15 | A  At Fire Station 3. | 13:51:58 |
| 16 | Q  And who was with you? | 13:52:03 |
| 17 | A  Ferreri. | 13:52:04 |
| 18 | Q  Was anyone else with you? | 13:52:04 |
| 19 | A  I don't recall anybody else. | 13:52:05 |
| 20 | Q  Okay.  And up to that point in the | 13:52:07 |
| 21 | investigation do you recall whether or not there | 13:52:10 |
| 22 | had been a hypothesis as to the origin of the fire | 13:52:15 |
| 23 | at the Miceli residence? | 13:52:21 |
| 24 | A  Yes. | 13:52:28 |

Transcript of Michael Cross
Conducted on October 16, 2020                    142

| | | |
|---|---|---|
| 1 | Q  Do recall what that hypothesis was? | 13:52:28 |
| 2 | A  It was by the sliding glass doors near a | 13:52:32 |
| 3 | chair in the living room area. | 13:52:36 |
| 4 | Q  And so did you agree with that hypothesis? | 13:52:39 |
| 5 | A  Yes. | 13:52:46 |
| 6 | Q  Why did you agree with that hypothesis? | 13:52:47 |
| 7 | A  Well, we investigated with the fire | 13:52:54 |
| 8 | department, and it was relying a lot on the fire | 13:52:56 |
| 9 | department's assessment of the origin. | 13:52:59 |
| 10 | Q  And you had had at that point some | 13:53:02 |
| 11 | experience in arson investigation; correct? | 13:53:05 |
| 12 | A  Yes. | 13:53:08 |
| 13 | Q  And you had taken some courses about arson | 13:53:09 |
| 14 | investigation; correct? | 13:53:12 |
| 15 | A  Yes. | 13:53:13 |
| 16 | Q  And those courses included seminars on | 13:53:13 |
| 17 | the -- or at least that spoke to the origin-and- | 13:53:21 |
| 18 | cause determination of fires; correct? | 13:53:26 |
| 19 | A  Yes. | 13:53:28 |
| 20 | Q  And so, of course, you were working with | 13:53:28 |
| 21 | the fire department to investigate this matter; | 13:53:33 |
| 22 | correct? | 13:53:35 |
| 23 | A  Yes. | 13:53:35 |
| 24 | Q  But you had some experience as to | 13:53:35 |

Transcript of Michael Cross
Conducted on October 16, 2020                    143

| | | |
|---|---|---|
| 1 | investigations into origin and cause of fires | 13:53:40 |
| 2 | already; correct? | 13:53:42 |
| 3 |     A  Yes. | 13:53:43 |
| 4 |     Q  And you with that experience did not | 13:53:43 |
| 5 | disagree with their hypothesis as to the origin; | 13:53:46 |
| 6 | correct? | 13:53:52 |
| 7 |     A  No. | 13:53:52 |
| 8 |     Q  And you agreed that it would have been | 13:53:52 |
| 9 | near the sliding glass door near the chair by the | 13:53:55 |
| 10 | sliding glass door; correct? | 13:53:58 |
| 11 |     A  Correct. | 13:54:00 |
| 12 |     Q  When you went to the test burn, what | 13:54:02 |
| 13 | precisely was being burned? | 13:54:07 |
| 14 |     A  A TV and a VCR. | 13:54:08 |
| 15 |     Q  And why were the TV and VCR being burned? | 13:54:11 |
| 16 |     A  To see if they could have been -- there | 13:54:15 |
| 17 | would have been enough heat to start the fire. | 13:54:19 |
| 18 |     Q  So were you trying to determine whether | 13:54:21 |
| 19 | they would have been the cause versus the origin | 13:54:23 |
| 20 | of the fire? | 13:54:25 |
| 21 |     A  They were, yes. | 13:54:26 |
| 22 |     Q  Okay.  And what was the conclusion of the | 13:54:27 |
| 23 | test burn? | 13:54:28 |
| 24 |     A  I don't recall. | 13:54:29 |

Transcript of Michael Cross
Conducted on October 16, 2020                    144

| | | |
|---|---|---|
| 1 | Q   Do you recall if the -- during the | 13:54:35 |
| 2 | investigation it was found that the VCR could have | 13:54:56 |
| 3 | caused the fire? | 13:54:58 |
| 4 | A   Yes. | 13:54:59 |
| 5 | Q   So it's your recollection that based on | 13:55:03 |
| 6 | the investigation the TV could have been the cause | 13:55:09 |
| 7 | of the fire? | 13:55:14 |
| 8 | A   I believe the TV was turned off, and the | 13:55:14 |
| 9 | VCR was not turned off. | 13:55:19 |
| 10 | Q   Okay.  And so did you burn the VCR to see | 13:55:21 |
| 11 | whether or not it could have been the origin of | 13:55:24 |
| 12 | the fire? | 13:55:27 |
| 13 | A   The fire department conducted that. | 13:55:27 |
| 14 | Q   Okay.  And do you remember what the | 13:55:29 |
| 15 | conclusion of the VCR burn was? | 13:55:30 |
| 16 | A   No. | 13:55:32 |
| 17 | Q   During the course of the investigation, do | 13:55:33 |
| 18 | you recall whether or not the VCR was eliminated | 13:55:46 |
| 19 | as a potential hypothesis for the cause of the fire? | 13:55:49 |
| 20 | A   No, I don't recall. | 13:55:53 |
| 21 | Q   If I represent to you that it was eliminated | 13:55:57 |
| 22 | as a hypothesis that the fire department had as to | 13:56:01 |
| 23 | the cause of the fire, would you have reason to | 13:56:08 |
| 24 | not believe me? | 13:56:10 |

Transcript of Michael Cross
Conducted on October 16, 2020                    145

| | | |
|---|---|---|
| 1 | A   No, I wouldn't. | 13:56:11 |
| 2 | Q   And at that point on September 29th, 1995, | 13:56:14 |
| 3 | other than the VCR and the TV being thought to be | 13:56:40 |
| 4 | a hypothesis for the cause of the fire, were there | 13:56:46 |
| 5 | other hypotheses that you or the fire investigators | 13:56:50 |
| 6 | had as to the cause of the fire? | 13:56:56 |
| 7 | A   Yes. | 13:56:59 |
| 8 | Q   And what were those? | 13:57:00 |
| 9 | A   That accelerant had been used by the | 13:57:00 |
| 10 | sliding glass doors near the chair. | 13:57:06 |
| 11 | Q   Did you have a hypothesis as to whether | 13:57:18 |
| 12 | Tina Miceli's misplaced cigarette could have been | 13:57:25 |
| 13 | the cause of the fire? | 13:57:34 |
| 14 | A   At that time we did not believe so. | 13:57:35 |
| 15 | Q   Why did you not believe so? | 13:57:37 |
| 16 | A   Because a cigarette, if it was dropped in | 13:57:39 |
| 17 | a chair in that situation would have -- it might | 13:57:42 |
| 18 | have burned a little bit of the chair and a little | 13:57:45 |
| 19 | bit of the foam, but it would have gone out. | 13:57:47 |
| 20 | Q   Did you test that hypothesis in a test | 13:57:50 |
| 21 | burn capacity during the investigation? | 13:57:52 |
| 22 | A   I did not. | 13:57:53 |
| 23 | Q   Did, to the best of your knowledge, anyone? | 13:57:55 |
| 24 | A   I don't know. | 13:57:59 |

Transcript of Michael Cross
Conducted on October 16, 2020                                    146

1    Q   And you were the person who was running                      13:58:00

2    the investigation for Naperville Police Department;               13:58:01

3    correct?                                                          13:58:05

4    A   For the police department, yes.                              13:58:05

5    Q   And so presumably you would have been                         13:58:07

6    informed if someone was running that type of test;               13:58:09

7    correct?                                                          13:58:12

8    A   Yes.                                                          13:58:12

9    Q   And presumably you would have been invited                    13:58:12

10   to come view that type of test as you were for the               13:58:14

11   test burn itself?                                                13:58:18

12   A   Yes.                                                          13:58:19

13   Q   But you had not been informed or invited                      13:58:19

14   to a test burn or other testing of whether the                   13:58:25

15   cigarette that Tina misplaced could have started a               13:58:30

16   fire in one of the chairs in the living room,                    13:58:35

17   did you?                                                          13:58:38

18       MR. POLICK:   Objection to the form.                         13:58:38

19       But you can answer.                                          13:58:41

20   A   Could you repeat it, please?                                 13:58:42

21   Q   Sure.  You said that you would have likely                    13:58:44

22   been invited or informed if the fire department                  13:58:47

23   was conducting a test as to whether Tina's                       13:58:49

24   cigarette could have been the cause of the fire;                 13:58:53

Transcript of Michael Cross
Conducted on October 16, 2020                    147

| | | |
|---|---|---|
| 1 | correct? | 13:58:56 |
| 2 | A  Correct. | 13:58:56 |
| 3 | Q  But you never were informed or invited to | 13:58:57 |
| 4 | one of those tests if they existed? | 13:59:00 |
| 5 | A  Not that I recall. | 13:59:03 |
| 6 | Q  Okay.  Do you have any other hypotheses | 13:59:05 |
| 7 | besides whether an accelerant had been used or | 13:59:12 |
| 8 | whether the VCR and TV had an electrical issue as | 13:59:19 |
| 9 | to the cause of the fire? | 13:59:27 |
| 10 | A  No. | 13:59:30 |
| 11 | Q  At that point did you believe that -- | 13:59:31 |
| 12 | strike that. | 13:59:36 |
| 13 |     At that point you had received testimony | 13:59:37 |
| 14 | from Bill Amor as to his actions on September 10th, | 13:59:40 |
| 15 | 1995; correct? | 13:59:52 |
| 16 | A  Yes. | 13:59:53 |
| 17 | Q  And you had received -- when you had | 13:59:54 |
| 18 | interviewed him, Bill Amor had told the Naperville | 14:00:00 |
| 19 | Police Department that he had spilled a bottle of | 14:00:04 |
| 20 | vodka near the chair that you determined the | 14:00:06 |
| 21 | origin had been; correct? | 14:00:11 |
| 22 | A  Correct. | 14:00:14 |
| 23 | Q  And Bill Amor had admitted that he knew | 14:00:15 |
| 24 | that vodka was flammable within alcoholic drinks; | 14:00:29 |

Transcript of Michael Cross
Conducted on October 16, 2020                    148

| | | |
|---|---|---|
| 1 | correct? | 14:00:33 |
| 2 | A  Yes. | 14:00:33 |
| 3 | Q  He didn't -- strike that. | 14:00:34 |
| 4 | Did you believe that the vodka that Bill | 14:00:39 |
| 5 | Amor had admitted to spilling could have been an | 14:00:43 |
| 6 | accelerant within the situation which had caused | 14:00:46 |
| 7 | the fire? | 14:00:51 |
| 8 | A  At the original time? | 14:00:52 |
| 9 | Q  Yes. | 14:00:55 |
| 10 | A  No. | 14:00:55 |
| 11 | Q  So you didn't believe vodka could have | 14:00:56 |
| 12 | been an accelerant to this fire? | 14:00:59 |
| 13 | A  I don't know if that came about right then | 14:01:00 |
| 14 | or if that was determined later from testing with | 14:01:02 |
| 15 | the fire department testing. | 14:01:05 |
| 16 | Q  So do you recall doing any testing of | 14:01:08 |
| 17 | whether or not vodka could be an accelerant which | 14:01:14 |
| 18 | would have caused the type of fire which occurred | 14:01:20 |
| 19 | at Marianne Miceli's residence? | 14:01:23 |
| 20 | A  No. | 14:01:27 |
| 21 | Q  And prior to the test burn, Bill Amor had | 14:01:29 |
| 22 | also said that it was possible he had dropped a | 14:01:46 |
| 23 | cigarette onto the vodka spill which had been onto | 14:01:50 |
| 24 | a pile of newspapers; correct? | 14:01:55 |

Transcript of Michael Cross
Conducted on October 16, 2020                              149

| | | |
|---|---|---|
| 1 | A   Yes. | 14:01:58 |
| 2 | Q   And did you at any point attend a test | 14:01:59 |
| 3 | burn which attempted to light a fire by dropping a | 14:02:05 |
| 4 | cigarette on soaked newspapers that were soaked | 14:02:13 |
| 5 | with vodka? | 14:02:18 |
| 6 | MR. POLICK:  Objection to the form of the | 14:02:20 |
| 7 | question. | 14:02:22 |
| 8 | But you can answer. | 14:02:23 |
| 9 | A   I don't recall anything like that. | 14:02:25 |
| 10 | Q   Do you recall being informed Naperville | 14:02:27 |
| 11 | Fire Department was going to run a test that would | 14:02:31 |
| 12 | see whether or not a cigarette dropped on vodka- | 14:02:35 |
| 13 | soaked newspapers would actually light? | 14:02:40 |
| 14 | A   No, I wasn't. | 14:02:41 |
| 15 | Q   Do you -- strike that. | 14:02:44 |
| 16 | As lead investigator, you had a vested | 14:03:09 |
| 17 | interest in figuring out what occurred in this | 14:03:15 |
| 18 | fire; correct? | 14:03:17 |
| 19 | A   No. | 14:03:18 |
| 20 | MR. POLICK:  Objection to the form of the | 14:03:18 |
| 21 | question. | 14:03:20 |
| 22 | The answer can stand. | 14:03:21 |
| 23 | A   (Continuing.)  No. | 14:03:23 |
| 24 | Q   As a detective, was it important to you to | 14:03:23 |

Transcript of Michael Cross
Conducted on October 16, 2020                    150

1    try and solve the cause or origin of the fire?          14:03:25

2        A   To solve the case, yes.                         14:03:29

3        Q   And as a lead detective, did you give           14:03:32

4    directives to different officers in order to solve      14:03:37

5    the case?                                               14:03:41

6        A   I don't recall anything specific.               14:03:42

7        Q   Just generally, did you give --                 14:03:45

8        A   I don't recall.                                 14:03:46

9        Q   As lead detective, would you have had the       14:03:48

10   authority to assign officers to do different            14:03:57

11   things?                                                 14:04:00

12       A   Not really.  I would have been able to ask      14:04:00

13   them or ask the supervisor, but I wouldn't be able      14:04:03

14   to just assign them anything.                           14:04:06

15       Q   Okay.  So what does the role of lead            14:04:07

16   investigator mean within the context of a               14:04:11

17   Naperville investigation?                               14:04:14

18       A   The case is assigned to me, and I conduct       14:04:15

19   it as thoroughly as I can.                              14:04:22

20       Q   And was there any specific procedure that       14:04:25

21   you were instructed or trained to follow as lead        14:04:29

22   investigator?                                           14:04:33

23       A   Yes, it -- any investigative procedures         14:04:33

24   the same as you would do for a minor case to a          14:04:37

Transcript of Michael Cross
Conducted on October 16, 2020          151

1   major case, there are certain steps you follow.          14:04:40

2       Q   Okay.  And what steps are those?          14:04:42

3       A   Reviewing what happened, speaking to          14:04:44

4   witnesses, interviewing suspects, and speaking to          14:04:50

5   other officers who may be involved in the          14:04:54

6   investigation.          14:04:57

7       Q   And so who decided which officers would          14:04:59

8   talk to which suspects?          14:05:17

9       A   The supervisor.          14:05:20

10      Q   Was that at that point Mark Carlson?          14:05:21

11      A   I believe so.          14:05:25

12      Q   So was Mark Carlson directing you as to          14:05:26

13  what to do?          14:05:29

14      A   Yes.          14:05:30

15      Q   Did you have any discretion?          14:05:30

16      A   Yes.          14:05:32

17      Q   What discretion did you have?          14:05:32

18      A   I mean, I didn't have to go to him with          14:05:35

19  every question and every -- you know, I just had          14:05:38

20  to report back to him to let him know what had          14:05:40

21  occurred and what we were -- what we were doing.          14:05:43

22      Q   And so you were able to direct some of the          14:05:45

23  officers on the ground then?          14:05:47

24      MR. POLICK:  Objection; misstates the          14:05:49

Transcript of Michael Cross
Conducted on October 16, 2020                    152

| | | |
|---|---|---|
| 1 | witness' testimony. | 14:05:51 |
| 2 | You can answer over the objection. | 14:05:52 |
| 3 | A   It was not my assignment or anything to | 14:05:55 |
| 4 | really direct anybody.  We pretty much worked as a | 14:06:00 |
| 5 | team, and we knew pretty much what everybody was | 14:06:04 |
| 6 | going to do and what everybody's responsibility was. | 14:06:08 |
| 7 | Q   And so what was your responsibility within | 14:06:10 |
| 8 | that team? | 14:06:12 |
| 9 | A   Overall case preparation and investigation. | 14:06:13 |
| 10 | Q   So as overall case investigator, was it | 14:06:26 |
| 11 | important for you to be kept aware of the different | 14:06:30 |
| 12 | aspects of the case as they were ongoing? | 14:06:34 |
| 13 | A   Yes. | 14:06:36 |
| 14 | Q   Did you try to be in communication with | 14:06:36 |
| 15 | all the officers who were investigating the case? | 14:06:38 |
| 16 | A   Yes. | 14:06:42 |
| 17 | Q   Did you try to be in contact with all the | 14:06:42 |
| 18 | people from the fire department who were | 14:06:44 |
| 19 | investigating the case? | 14:06:46 |
| 20 | A   Yes. | 14:06:47 |
| 21 | Q   Did you have any input in the investigation | 14:06:49 |
| 22 | as it pertained to determining the cause and | 14:06:58 |
| 23 | origin of the fire? | 14:07:06 |
| 24 | A   No. | 14:07:06 |

Transcript of Michael Cross
Conducted on October 16, 2020                    153

| | | |
|---|---|---|
| 1 | Q  Did you have conversations with Ferreri | 14:07:07 |
| 2 | and Kushner as to the cause and origin of the fire? | 14:07:16 |
| 3 | A  Yes. | 14:07:19 |
| 4 | Q  In those conversations did they give their | 14:07:19 |
| 5 | opinions? | 14:07:23 |
| 6 | A  Yes. | 14:07:23 |
| 7 | Q  In those conversations did you give your | 14:07:24 |
| 8 | opinions? | 14:07:26 |
| 9 | A  I didn't give my opinion on the fire | 14:07:33 |
| 10 | itself because I was listening to them and relying | 14:07:35 |
| 11 | on them to tell me. | 14:07:37 |
| 12 | Q  So then if you're relying on them to tell | 14:07:39 |
| 13 | you, then why did you attend the test burn with | 14:07:47 |
| 14 | them? | 14:07:50 |
| 15 | A  To see what happens. | 14:07:52 |
| 16 | Q  And you didn't give any sort of input into | 14:07:54 |
| 17 | what you thought had happened? | 14:07:59 |
| 18 | A  No. | 14:08:01 |
| 19 | Q  You didn't talk to them about what could | 14:08:01 |
| 20 | have been the course or origin given your | 14:08:04 |
| 21 | experience with arson investigation? | 14:08:07 |
| 22 | A  Well, we spoke about the sliding glass door | 14:08:10 |
| 23 | being opened and the possibility that there was an | 14:08:17 |
| 24 | accelerant used because of the pour pattern, the | 14:08:20 |

Transcript of Michael Cross
Conducted on October 16, 2020                    154

| | | |
|---|---|---|
| 1 | spill pattern. | 14:08:23 |
| 2 | Q  And you agreed with that? | 14:08:24 |
| 3 | A  Yes. | 14:08:25 |
| 4 | Q  Had you disagreed with something that they | 14:08:26 |
| 5 | had told you or come to a conclusion with, would | 14:08:35 |
| 6 | you have asked them about it? | 14:08:38 |
| 7 | A  Yes. | 14:08:40 |
| 8 | Q  If you had disagreed with something that | 14:08:41 |
| 9 | they had come to a conclusion about, would you | 14:08:44 |
| 10 | dispute what they had said? | 14:08:47 |
| 11 | A  No, I would have -- I would have questioned | 14:08:48 |
| 12 | them.  I would have asked them why and, you know, | 14:08:51 |
| 13 | what their reasoning was behind it, but I wouldn't | 14:08:54 |
| 14 | dispute what they said. | 14:08:57 |
| 15 | Q  If they had come to a conclusion that | 14:08:58 |
| 16 | based on your experience as an arson investigator | 14:09:03 |
| 17 | you felt was outside the realm of possibility, | 14:09:08 |
| 18 | would you have relied on that conclusion in | 14:09:12 |
| 19 | making -- in going forward? | 14:09:14 |
| 20 | A  I would have questioned them.  We would | 14:09:15 |
| 21 | have discussed it. | 14:09:19 |
| 22 | Q  But you wouldn't have relied on them | 14:09:25 |
| 23 | without questioning? | 14:09:29 |
| 24 | MR. POLICK:  Objection to the form of the | 14:09:30 |

Transcript of Michael Cross
Conducted on October 16, 2020                                          155

| | | |
|---|---|---|
| 1 | question. | 14:09:32 |
| 2 | But you can answer over the objection. | 14:09:33 |
| 3 | A  Yeah, I would rely on them highly. | 14:09:34 |
| 4 | Q  Prior to Bill Amor's confession, neither | 14:09:37 |
| 5 | Ferreri nor Kushner came to a determination as to | 14:10:12 |
| 6 | the cause of the fire; correct? | 14:10:15 |
| 7 | A  I don't recall. | 14:10:16 |
| 8 | Q  If I told you that neither Kushner nor | 14:10:17 |
| 9 | Ferreri came to a determination about the cause of | 14:10:26 |
| 10 | the fire, would you have reason to dispute that? | 14:10:29 |
| 11 | A  No. | 14:10:32 |
| 12 | Q  Now we can turn to Exhibit 5, which is | 14:10:33 |
| 13 | Bates No. Defense 11273 to Defense 11279. | 14:10:54 |
| 14 | Mr. Cross, you testified that you have an | 14:11:24 |
| 15 | independent recollection of a meeting with | 14:11:27 |
| 16 | Mr. Amor on October 3rd after he was released from | 14:11:29 |
| 17 | DeKalb jail; correct? | 14:11:35 |
| 18 | A  Yes. | 14:11:38 |
| 19 | Q  When you first met Mr. Amor on October 3rd, | 14:11:38 |
| 20 | you knew he was going to be released prior to | 14:11:48 |
| 21 | going to the jail; correct? | 14:11:51 |
| 22 | A  Yes. | 14:11:52 |
| 23 | Q  And you went to DeKalb because you knew | 14:11:54 |
| 24 | that he had a court date; correct? | 14:11:58 |

Transcript of Michael Cross
Conducted on October 16, 2020                    156

| | | |
|---|---|---|
| 1 | A  Yes. | 14:11:59 |
| 2 | Q  You went to DeKalb because you knew he'd | 14:12:00 |
| 3 | be released as a result of that court date; | 14:12:03 |
| 4 | correct? | 14:12:06 |
| 5 | A  Well, that was the third time I was out | 14:12:06 |
| 6 | there seeing if he was going to be released.  So I | 14:12:08 |
| 7 | had gone out there twice prior when he wasn't | 14:12:12 |
| 8 | released and this time he was. | 14:12:15 |
| 9 | Q  So you were going more to speak with him | 14:12:16 |
| 10 | after he had been released from jail; correct? | 14:12:19 |
| 11 | A  Correct. | 14:12:22 |
| 12 | Q  Why did you go to jail to meet him? | 14:12:22 |
| 13 | A  Because I knew if he got out he wouldn't | 14:12:28 |
| 14 | have been drinking.  He would have been sober and | 14:12:31 |
| 15 | would have been able to answer my questions without | 14:12:34 |
| 16 | having alcohol in his system. | 14:12:36 |
| 17 | Q  And had alcohol been an issue prior in | 14:12:38 |
| 18 | this case? | 14:12:42 |
| 19 | A  Yes. | 14:12:42 |
| 20 | Q  In what ways? | 14:12:43 |
| 21 | A  He was always drunk, always drinking. | 14:12:44 |
| 22 | Q  And you knew that as long as he was | 14:12:50 |
| 23 | drinking it would be hard to get a reliable | 14:12:52 |
| 24 | statement from him; correct? | 14:12:55 |

Transcript of Michael Cross
Conducted on October 16, 2020                    157

| | | |
|---|---|---|
| 1 | A   Correct. | 14:12:56 |
| 2 | Q   You knew if he was drinking it would be | 14:12:56 |
| 3 | hard to get a credible statement from him; correct? | 14:12:58 |
| 4 | MR. POLICK:   Objection -- | 14:13:01 |
| 5 | A   Correct. | 14:13:01 |
| 6 | MR. POLICK:   -- to the form. | 14:13:06 |
| 7 | You can answer. | 14:13:06 |
| 8 | Q   And you knew that if he was drinking you | 14:13:07 |
| 9 | couldn't polygraph him; correct? | 14:13:11 |
| 10 | A   Correct. | 14:13:13 |
| 11 | Q   And you knew that the only way to get him | 14:13:13 |
| 12 | to answer in a credible way would be to put him in | 14:13:22 |
| 13 | a situation where he wasn't drinking; correct? | 14:13:28 |
| 14 | MR. POLICK:   Objection to the form of the | 14:13:31 |
| 15 | question. | 14:13:33 |
| 16 | You can answer. | 14:13:34 |
| 17 | A   I wouldn't be the one putting him in any | 14:13:35 |
| 18 | situation.   It's him putting himself in a | 14:13:39 |
| 19 | situation. | 14:13:42 |
| 20 | Q   Regardless, prior to Mr. Amor being taken | 14:13:43 |
| 21 | to a jail on an unrelated offense, there had been | 14:13:50 |
| 22 | several interactions with him you had had where he | 14:13:55 |
| 23 | had been drunk; correct? | 14:13:58 |
| 24 | A   Yes. | 14:13:59 |

Transcript of Michael Cross
Conducted on October 16, 2020                    158

| | | |
|---|---|---|
| 1 | Q   And because he had been drinking, you | 14:13:59 |
| 2 | hadn't been able to polygraph him; correct? | 14:14:02 |
| 3 | A   I think we tried to polygraph him once | 14:14:05 |
| 4 | when Mr. O'Brien said he couldn't -- it was | 14:14:10 |
| 5 | inconclusive because he had been drinking. | 14:14:14 |
| 6 | Q   Other than the polygraph being | 14:14:20 |
| 7 | inconclusive because he had been drinking, what | 14:14:24 |
| 8 | other ways were the investigation hindered by | 14:14:26 |
| 9 | Mr. Amor's drinking? | 14:14:30 |
| 10 | A   Could you rephrase -- restate that | 14:14:32 |
| 11 | again? | 14:14:35 |
| 12 | Q   What other -- what ways were -- in what | 14:14:35 |
| 13 | ways did Mr. Amor's drinking hinder the | 14:14:38 |
| 14 | investigation? | 14:14:45 |
| 15 | A   He wasn't able to clearly -- I believe | 14:14:51 |
| 16 | clearly understand everything that was going on. | 14:14:54 |
| 17 | Q   And what about your interactions with | 14:15:00 |
| 18 | Mr. Amor gave you that indication? | 14:15:04 |
| 19 | A   Just the way he acted, the way he responded. | 14:15:06 |
| 20 | Q   And what is the way he acted and responded? | 14:15:09 |
| 21 | A   That's the way he acted and responded, | 14:15:12 |
| 22 | that he didn't know what he was doing or saying or | 14:15:14 |
| 23 | didn't understand.  He was not clear -- clear- | 14:15:16 |
| 24 | headed or clear in what he was saying. | 14:15:20 |

Transcript of Michael Cross
Conducted on October 16, 2020                    159

1      Q  And how could you tell he wasn't clear-          14:15:23

2   headed?                                                14:15:26

3      A  From my experience.                              14:15:26

4      Q  Were there physical symptoms or ways that        14:15:27

5   you could tell he wasn't clear-headed?                 14:15:32

6      A  I can't respond to that.  I -- you know,          14:15:35

7   you're very unclear -- I don't get what you're         14:15:40

8   trying to get at.                                      14:15:44

9      Q  I just want to know, in what ways did you         14:15:49

10  come to the conclusion he wasn't clear-headed?         14:15:51

11     A  From my experience, from watching him, and       14:15:55

12  from knowing other people who had been -- viewing      14:15:58

13  other people who had been intoxicated.                 14:16:01

14     Q  And what were the physical signs that            14:16:04

15  Mr. Amor was intoxicated?                              14:16:06

16     A  Slurred speech, glassy eyes, flushed             14:16:10

17  appearance.                                            14:16:16

18     Q  When you talked to Mr. Amor when he was          14:16:16

19  intoxicated, what was his demeanor like?               14:16:20

20     A  Calm and relaxed like always.                    14:16:23

21     Q  Did Mr. Amor refuse to answer questions          14:16:27

22  when he had been drinking?                             14:16:55

23     A  No.                                              14:16:56

24     Q  Did Mr. Amor refuse to cooperate when he         14:16:57

Transcript of Michael Cross
Conducted on October 16, 2020                    160

| | | |
|---|---|---|
| 1 | had been drinking? | 14:17:02 |
| 2 | A  No. | 14:17:03 |
| 3 | Q  Was Mr. Amor cooperative when he had been | 14:17:03 |
| 4 | drinking? | 14:17:06 |
| 5 | A  Yes. | 14:17:06 |
| 6 | Q  Did he answer your questions when he had | 14:17:06 |
| 7 | been drinking? | 14:17:08 |
| 8 | A  Yes. | 14:17:09 |
| 9 | Q  And did those answers contradict what you | 14:17:10 |
| 10 | had up to the point he went to jail heard from | 14:17:19 |
| 11 | Tina Miceli? | 14:17:24 |
| 12 | MR. POLICK:  Objection to the form of the | 14:17:26 |
| 13 | question. | 14:17:28 |
| 14 | But you may answer. | 14:17:29 |
| 15 | A  I don't -- I don't recall that. | 14:17:30 |
| 16 | Q  Did Tina and Bill have different accounts | 14:17:32 |
| 17 | of what occurred on September 10th, 1995, prior to | 14:17:35 |
| 18 | Bill going to jail? | 14:17:39 |
| 19 | MR. POLICK:  Objection to the form of the | 14:17:40 |
| 20 | question. | 14:17:42 |
| 21 | But you can answer. | 14:17:43 |
| 22 | A  I don't recall. | 14:17:45 |
| 23 | Q  You don't recall or you don't know one way | 14:17:49 |
| 24 | or another? | 14:17:52 |

Transcript of Michael Cross
Conducted on October 16, 2020                              161

| | | |
|---|---|---|
| 1 | A  I don't recall. | 14:17:52 |
| 2 | Q  Is it possible that they had the -- | 14:17:53 |
| 3 | strike that. | 14:17:58 |
| 4 | Is it possible that they had extremely | 14:17:58 |
| 5 | similar versions of events prior to Bill going | 14:18:01 |
| 6 | to jail? | 14:18:07 |
| 7 | MR. POLICK:  Objection to the form of the | 14:18:07 |
| 8 | question. | 14:18:09 |
| 9 | You may answer. | 14:18:10 |
| 10 | A  I don't recall. | 14:18:14 |
| 11 | Q  But it's not impossible that prior to Bill | 14:18:15 |
| 12 | going to jail they had given the same or | 14:18:20 |
| 13 | substantially similar versions of events to the | 14:18:25 |
| 14 | police when they had been questioned; correct? | 14:18:29 |
| 15 | MR. POLICK:  Objection to the form; calls | 14:18:31 |
| 16 | for speculation. | 14:18:38 |
| 17 | But go ahead and answer. | 14:18:38 |
| 18 | A  It's possible. | 14:18:46 |
| 19 | Q  When you went to the jail to meet Bill, | 14:18:53 |
| 20 | what time of day was it? | 14:18:58 |
| 21 | A  DeKalb? | 14:18:59 |
| 22 | Q  What time of day was it? | 14:19:03 |
| 23 | A  In DeKalb? | 14:19:04 |
| 24 | Q  Yes. | 14:19:06 |

Transcript of Michael Cross
Conducted on October 16, 2020                    162

| | | |
|---|---|---|
| 1 | A In the afternoon about 2:00 or so. | 14:19:06 |
| 2 | Q And prior to leaving DeKalb, had Mr. Amor | 14:19:09 |
| 3 | been in court? | 14:19:16 |
| 4 | A Yes. | 14:19:17 |
| 5 | Q Was it an early morning call? | 14:19:18 |
| 6 | A Don't know. | 14:19:21 |
| 7 | Q Did you speak to -- you had spoken to | 14:19:22 |
| 8 | someone prior to picking up Mr. Amor in DeKalb; | 14:19:31 |
| 9 | correct? | 14:19:37 |
| 10 | A Yes. | 14:19:37 |
| 11 | Q And who was that? | 14:19:38 |
| 12 | A I don't recall. | 14:19:39 |
| 13 | Q And they didn't tell you one way or another | 14:19:39 |
| 14 | what time his court date was at? | 14:19:42 |
| 15 | A I don't recall. | 14:19:44 |
| 16 | Q But he was released from jail on that day; | 14:19:45 |
| 17 | correct? | 14:19:49 |
| 18 | A Yes. | 14:19:49 |
| 19 | Q And when someone is released from jail, | 14:19:50 |
| 20 | there's some time where they have to be processed | 14:19:53 |
| 21 | through; correct? | 14:19:55 |
| 22 | A Yes. | 14:19:56 |
| 23 | Q So it's safe to say that prior to meeting | 14:19:56 |
| 24 | you he had had to spend some time being processed | 14:20:01 |

Transcript of Michael Cross
Conducted on October 16, 2020                163

| | | |
|---|---|---|
| 1 | out of jail? | 14:20:10 |
| 2 | A Yes. | 14:20:11 |
| 3 | MR. POLICK: Objection; calls for | 14:20:11 |
| 4 | speculation. Answer can stand. | 14:20:14 |
| 5 | Q And who did you go to meet Mr. Amor with? | 14:20:21 |
| 6 | A Detective Guerrieri. | 14:20:25 |
| 7 | Q And you said you had gone to meet him at | 14:20:28 |
| 8 | the jailhouse because you knew he'd be sober, but | 14:20:35 |
| 9 | did you have any other reason for meeting him | 14:20:39 |
| 10 | that day? | 14:20:40 |
| 11 | A To talk to him when sober. | 14:20:42 |
| 12 | Q And where had you planned on talking to him? | 14:20:49 |
| 13 | A At John Reid & Associates. | 14:20:52 |
| 14 | Q Whose idea was it to go to John Reid & | 14:20:53 |
| 15 | Associates? | 14:20:57 |
| 16 | A I believe it was mine. | 14:20:57 |
| 17 | Q And why did you want to go to John Reid & | 14:20:58 |
| 18 | Associates? | 14:21:02 |
| 19 | A Because they were very good at their job. | 14:21:02 |
| 20 | They were very good interviewers. They were the | 14:21:06 |
| 21 | best in the business as far as polygraph examiners | 14:21:11 |
| 22 | are -- | 14:21:15 |
| 23 | Q When you -- | 14:21:15 |
| 24 | A -- in our area anyway. | 14:21:16 |

Transcript of Michael Cross
Conducted on October 16, 2020                    164

| | | |
|---|---|---|
| 1 | Q   Sorry.  I didn't mean to interrupt. | 14:21:17 |
| 2 | A   In our area. | 14:21:19 |
| 3 | Q   And you had used a polygraph examiner for | 14:21:20 |
| 4 | Tina earlier, correct, in the investigation? | 14:21:23 |
| 5 | A   Yes. | 14:21:25 |
| 6 | Q   Did you have reason to doubt their ability | 14:21:26 |
| 7 | to conduct a proper polygraph examination? | 14:21:33 |
| 8 | A   No. | 14:21:35 |
| 9 | Q   And John Reid & Associates was at least an | 14:21:35 |
| 10 | hour away from DeKalb; correct? | 14:21:39 |
| 11 | A   About an hour and a half. | 14:21:42 |
| 12 | Q   And at least an hour away from Naperville; | 14:21:43 |
| 13 | correct? | 14:21:46 |
| 14 | A   Yes. | 14:21:46 |
| 15 | Q   Why did you decide not to use the polygraph | 14:21:47 |
| 16 | examiner that you could use in Naperville and | 14:21:51 |
| 17 | instead go an hour and a half into the city to use | 14:21:53 |
| 18 | John Reid & Associates? | 14:21:57 |
| 19 | A   Because, like I said before, they're the | 14:21:58 |
| 20 | best; they're well known for their abilities. | 14:22:00 |
| 21 | They train other polygraphers in the job. | 14:22:05 |
| 22 | Q   And you didn't feel that going to the | 14:22:09 |
| 23 | polygrapher you had already used would give you a | 14:22:14 |
| 24 | reliable read on Mr. Amor? | 14:22:18 |

Transcript of Michael Cross
Conducted on October 16, 2020                    165

| | | |
|---|---|---|
| 1 | MR. POLICK:  Objection to the form. | 14:22:19 |
| 2 | But you may answer. | 14:22:23 |
| 3 | A  I believed they were the best in the | 14:22:25 |
| 4 | business, and I wanted him to be interviewed and | 14:22:29 |
| 5 | polygraphed by the best. | 14:22:31 |
| 6 | Q  Why didn't you have Tina interviewed and | 14:22:33 |
| 7 | polygraphed by the best? | 14:22:37 |
| 8 | A  By that time I didn't believe she was a | 14:22:38 |
| 9 | suspect. | 14:22:41 |
| 10 | Q  Why? | 14:22:41 |
| 11 | A  Just through the investigation. | 14:22:41 |
| 12 | Q  What about the investigation led you to | 14:22:43 |
| 13 | believe she wasn't a suspect? | 14:22:46 |
| 14 | A  Just the way things were moving along. | 14:22:47 |
| 15 | Q  And how were things moving along? | 14:22:52 |
| 16 | A  They were just moving along. | 14:22:55 |
| 17 | Q  What specific evidence had you gathered | 14:22:57 |
| 18 | that led you to believe Tina was not a suspect at | 14:22:59 |
| 19 | that point? | 14:23:04 |
| 20 | A  I don't recall. | 14:23:04 |
| 21 | Q  And at that point you didn't have a cause | 14:23:08 |
| 22 | as to the fire; correct? | 14:23:11 |
| 23 | A  I don't believe so. | 14:23:13 |
| 24 | Q  And if you didn't have a cause as to the | 14:23:15 |

Transcript of Michael Cross
Conducted on October 16, 2020                    166

| | | |
|---|---|---|
| 1 | fire, then you didn't know how the fire started; | 14:23:24 |
| 2 | correct? | 14:23:26 |
| 3 | A  Well, we had only speculated how it had | 14:23:27 |
| 4 | started. | 14:23:30 |
| 5 | Q  What was the speculation? | 14:23:31 |
| 6 | A  Speculation that there was some sort of a | 14:23:32 |
| 7 | flammable liquid used, and it was lit by an open | 14:23:38 |
| 8 | flame. | 14:23:43 |
| 9 | Q  And what had you done to eliminate the | 14:23:43 |
| 10 | possibility that Tina had used flammable liquid | 14:23:47 |
| 11 | and lit it with a flame? | 14:23:51 |
| 12 | MR. POLICK:  Objection to the form of the | 14:23:54 |
| 13 | question. | 14:23:56 |
| 14 | A  Originally, we did suspect Tina as a | 14:23:57 |
| 15 | possibility because she was the one who said and | 14:24:00 |
| 16 | Bill said she was the last one out of the | 14:24:03 |
| 17 | apartment about a minute after he left.  So | 14:24:05 |
| 18 | originally, we thought she could have been involved. | 14:24:10 |
| 19 | Q  And at what point did you believe that she | 14:24:12 |
| 20 | wasn't involved anymore? | 14:24:15 |
| 21 | A  At some point during the investigation she | 14:24:16 |
| 22 | took a polygraph, she passed.  She didn't seem to | 14:24:20 |
| 23 | be smart enough to be able to successfully do | 14:24:25 |
| 24 | that.  Plus, it was her mother who died. | 14:24:30 |

Transcript of Michael Cross
Conducted on October 16, 2020                    167

1    Q   And you had come to the determination that          14:24:33

2    whoever set the fire did so on purpose?                 14:24:37

3    A   Yes.                                                 14:24:39

4    Q   And out of malice?                                  14:24:40

5    A   Yes.                                                 14:24:42

6    Q   And what evidence led you to believe that           14:24:43

7    the person who had started the fire did so on           14:24:48

8    purpose and out of malice?                              14:24:53

9    A   Because they used a flammable liquid; they          14:24:54

10   knew that the mother-in-law was in the apartment,       14:24:57

11   in the bedroom; they didn't do anything to stop         14:24:59

12   the fire and left the scene with knowing that a         14:25:03

13   fire was going to start.                                14:25:07

14   Q   So they left the scene.  You said they              14:25:10

15   didn't do anything to stop the fire; correct?           14:25:13

16   A   That's one of them.                                 14:25:15

17   Q   And they left the scene knowing a fire              14:25:16

18   would start; correct?                                   14:25:19

19   A   That's what he said, Amor.                          14:25:20

20   Q   This is what Mr. Amor says later.  I'm              14:25:23

21   talking about before you -- Mr. Amor confesses.         14:25:27

22   A   It's a part of the investigation, and you          14:25:30

23   can determine or at least partially determine or        14:25:38

24   build an idea of what occurred in your own mind or      14:25:41

Transcript of Michael Cross
Conducted on October 16, 2020                          168

| | | |
|---|---|---|
| 1 | in the group -- in the team's mind what occurred. | 14:25:44 |
| 2 | Q  So prior to Mr. Amor's confession, you had | 14:25:49 |
| 3 | determined that Tina wasn't a suspect? | 14:25:53 |
| 4 | A  Pretty much, yes. | 14:25:57 |
| 5 | Q  Pretty much, yes.  And part of your reason | 14:25:58 |
| 6 | for determining that is because you determined the | 14:26:01 |
| 7 | fire was started on purpose; correct? | 14:26:09 |
| 8 | A  Yes. | 14:26:11 |
| 9 | Q  And part of the reason for determining | 14:26:11 |
| 10 | that is because you suspected the fire had been | 14:26:13 |
| 11 | started intentionally; correct? | 14:26:15 |
| 12 | A  Yes. | 14:26:18 |
| 13 | Q  And you had determined the fire had been | 14:26:18 |
| 14 | started with malice; correct? | 14:26:21 |
| 15 | A  Yes. | 14:26:23 |
| 16 | Q  And you eliminated Tina because you didn't | 14:26:24 |
| 17 | feel that she had started it on fire or had | 14:26:29 |
| 18 | malice; correct? | 14:26:33 |
| 19 | A  Correct. | 14:26:33 |
| 20 | Q  Had you -- other than the polygraph | 14:26:34 |
| 21 | examination, did you take any other steps to | 14:26:36 |
| 22 | determine whether or not Tina could have been the | 14:26:43 |
| 23 | person who started the fire? | 14:26:48 |
| 24 | A  Our interviews of her. | 14:26:49 |

Transcript of Michael Cross
Conducted on October 16, 2020                    169

```
1      Q  Did you take a sample of Ms. Miceli's      14:26:51
2   clothing from the night of the fire to test it for  14:26:57
3   accelerants?                                     14:26:59
4      A  I don't believe so.                        14:27:00
5      Q  Did you take a sample from Tina's shoes on 14:27:01
6   the night of the fire and test it for accelerants? 14:27:07
7      A  No.                                        14:27:09
8      Q  But you did take Mr. Amor's shoes and a    14:27:09
9   sample of his clothing on September 11th, 1995, to 14:27:15
10  test for accelerants; correct?                   14:27:19
11     A  We took his shoes.                         14:27:21
12     Q  Took his shoes.  And you did test them for 14:27:22
13  accelerants; correct?                            14:27:26
14     A  I didn't.                                  14:27:27
15     Q  They were tested for accelerants; correct? 14:27:27
16     A  I believe so.                              14:27:29
17     Q  And there were no accelerants found on his 14:27:30
18  shoes; correct?                                  14:27:34
19     A  That's correct.                            14:27:34
20     Q  And you hadn't taken the step to test      14:27:36
21  Ms. Miceli's shoes for accelerant; correct?      14:27:42
22     A  Correct.                                   14:27:44
23     Q  And was Tina -- was Bill still a suspect   14:27:45
24  prior to your interview of him on October 3rd on  14:28:05
```

Transcript of Michael Cross
Conducted on October 16, 2020                    170

1    October 4th?                                      14:28:09

2        A   Yes.                                      14:28:10

3        Q   But Tina wasn't?                          14:28:11

4        A   No.                                       14:28:12

5        Q   Even though Bill's shoes had been tested  14:28:12

6    for accelerant, and they found none of it, and   14:28:17

7    Tina's shoes hadn't been tested at all?           14:28:20

8        A   Correct.                                  14:28:23

9        Q   And you went into the meeting with him on 14:28:27

10   October 3rd with the belief that he was a suspect 14:28:34

11   in the fire; correct?                             14:28:39

12       A   Yes.                                      14:28:42

13           MR. POLICK:  Objection to the form.        14:28:43

14       Q   Did you have any suspects?                14:28:45

15       A   No.                                       14:28:47

16       Q   And you believed it had been intentionally 14:28:49

17   set?                                              14:28:56

18       A   Yes.                                      14:28:56

19       Q   You didn't believe there was potential for 14:28:57

20   it to be an accidental fire?                       14:28:59

21       A   No.                                       14:29:00

22       Q   And why did you believe it was intentionally 14:29:10

23   set at that point?                                14:29:12

24       A   I believe I already answered that question, 14:29:13

Transcript of Michael Cross
Conducted on October 16, 2020                    171

| | | |
|---|---|---|
| 1 | but because of the spill pattern, the pour pattern, | 14:29:19 |
| 2 | the fact that there hadn't been any gas cause or | 14:29:36 |
| 3 | electric cause or anything else.  We ruled | 14:29:40 |
| 4 | everything else out. | 14:29:45 |
| 5 | Q  Ruled everything else out? | 14:29:47 |
| 6 | A  I believe so, yeah, between us and the | 14:29:49 |
| 7 | fire department. | 14:29:54 |
| 8 | Q  But to your recollection, the only test | 14:29:54 |
| 9 | the fire department did was on the VCR and the | 14:29:57 |
| 10 | videotapes; correct? | 14:30:01 |
| 11 | A  Well, they also checked to see if the gas | 14:30:02 |
| 12 | was on; they checked the electrical, the | 14:30:05 |
| 13 | electrical box. | 14:30:10 |
| 14 | Q  They didn't -- they didn't test whether | 14:30:11 |
| 15 | the other furniture in the apartment could have | 14:30:20 |
| 16 | caused the fire if a cigarette had landed on it; | 14:30:22 |
| 17 | correct? | 14:30:27 |
| 18 | A  Say that again. | 14:30:28 |
| 19 | Q  They didn't test whether or not the other | 14:30:29 |
| 20 | furniture in the apartment could have caused the | 14:30:31 |
| 21 | fire? | 14:30:33 |
| 22 | A  There's no such thing as spontaneous | 14:30:34 |
| 23 | combustion.  Something didn't just all of a sudden | 14:30:39 |
| 24 | explode into fire. | 14:30:42 |

Transcript of Michael Cross
Conducted on October 16, 2020          172

| | |
|---|---|
| 1    Q  Well, there's testimony that Ms. Miceli | 14:30:43 |
| 2  had misplaced her cigarette; correct? | 14:30:47 |
| 3    A  Yes. | 14:30:50 |
| 4    Q  And was there testing done to see whether | 14:30:50 |
| 5  or not her misplaced cigarette on one of the | 14:30:53 |
| 6  pieces of furniture in the living room could have | 14:30:56 |
| 7  caused the fire? | 14:30:58 |
| 8    MR. POLICK:  That's been asked and | 14:30:59 |
| 9  answered. | 14:31:00 |
| 10    But go ahead and answer it again. | 14:31:00 |
| 11    A  I don't recall anything being -- of that | 14:31:02 |
| 12  being done. | 14:31:05 |
| 13    Q  So is it fair for you to then say that | 14:31:06 |
| 14  everything had been done to rule out whether it | 14:31:09 |
| 15  was an accidental cause? | 14:31:11 |
| 16    A  Yes. | 14:31:12 |
| 17    Q  When you met Bill on October 3rd, what was | 14:31:13 |
| 18  his appearance like? | 14:31:18 |
| 19    A  Same as always. | 14:31:19 |
| 20    Q  What was -- what is "same as always"? | 14:31:22 |
| 21    A  Talkative, carefree, using his arms to | 14:31:25 |
| 22  talk, I don't know what you would call that.  But | 14:31:35 |
| 23  hadn't changed much or at all. | 14:31:40 |
| 24    Q  You said before that he was calm usually. | 14:31:43 |

Transcript of Michael Cross
Conducted on October 16, 2020                    173

| | | |
|---|---|---|
| 1 | A   He was never calm.  I never said that.  He | 14:31:46 |
| 2 | was always animated. | 14:31:51 |
| 3 | Q   You testified earlier in this deposition | 14:31:52 |
| 4 | that he was calm when you talked to him prior to | 14:31:55 |
| 5 | him going to jail.  So had something changed -- | 14:31:57 |
| 6 | A   I don't recall that. | 14:32:01 |
| 7 | Q   -- or is that testimony incorrect? | 14:32:02 |
| 8 | A   I'm sorry; I don't recall that testimony. | 14:32:08 |
| 9 | Q   His demeanor wasn't substantially | 14:32:10 |
| 10 | different prior to going to jail after he was | 14:32:16 |
| 11 | released from jail? | 14:32:21 |
| 12 | A   Correct. | 14:32:21 |
| 13 | Q   And Bill was wearing the same clothes that | 14:32:26 |
| 14 | he had been arrested in, correct, when you met him? | 14:32:31 |
| 15 | A   I don't recall. | 14:32:35 |
| 16 | Q   Okay.  Do you recall whether or not he was | 14:32:36 |
| 17 | wearing shorts or pants? | 14:32:39 |
| 18 | A   I don't recall. | 14:32:40 |
| 19 | Q   Do you recall whether or not he had a car | 14:32:42 |
| 20 | with him or not? | 14:32:44 |
| 21 | A   At what point? | 14:32:48 |
| 22 | Q   When you met him on October 3rd. | 14:32:49 |
| 23 | A   In DeKalb? | 14:32:52 |
| 24 | Q   Yes. | 14:32:53 |

Transcript of Michael Cross
Conducted on October 16, 2020                    174

| | | |
|---|---|---|
| 1 | A   He didn't have a car. | 14:32:54 |
| 2 | Q   And how do you know that? | 14:32:55 |
| 3 | A   He didn't have any way home.  He went with | 14:32:56 |
| 4 | us.  He never owned a car.  He didn't own a car at | 14:32:59 |
| 5 | that time. | 14:33:07 |
| 6 | Q   So without you being there, he wouldn't | 14:33:07 |
| 7 | have had a way home? | 14:33:09 |
| 8 | MR. POLICK:  Objection; calls for | 14:33:11 |
| 9 | speculation. | 14:33:12 |
| 10 | But you may answer. | 14:33:12 |
| 11 | A   I don't know who he could have called.  I | 14:33:16 |
| 12 | really don't. | 14:33:19 |
| 13 | Q   And there was nobody there to pick him up | 14:33:23 |
| 14 | when he was released? | 14:33:26 |
| 15 | MR. POLICK:  Again, calls for speculation. | 14:33:27 |
| 16 | But you may answer. | 14:33:28 |
| 17 | A   Not that I know of. | 14:33:30 |
| 18 | Q   Did you see anybody in the vicinity when | 14:33:32 |
| 19 | you went to pick him up who was there for Mr. Amor? | 14:33:34 |
| 20 | A   No. | 14:33:37 |
| 21 | Q   Do you recall what he had on him when he | 14:33:38 |
| 22 | was released from jail? | 14:33:45 |
| 23 | MR. POLICK:  Objection to the form of the | 14:33:46 |
| 24 | question. | 14:33:48 |

Transcript of Michael Cross
Conducted on October 16, 2020                    175

| | | |
|---|---|---|
| 1 | But go ahead and answer. | 14:33:48 |
| 2 | A  As far as clothing goes? | 14:33:50 |
| 3 | Q  Yes. | 14:33:52 |
| 4 | A  I don't recall. | 14:33:53 |
| 5 | Q  Do you recall what you said to Bill after | 14:33:55 |
| 6 | he was released when you first saw him? | 14:34:07 |
| 7 | A  Not exactly. | 14:34:10 |
| 8 | Q  Did you tell him he was going to get a | 14:34:13 |
| 9 | polygraph? | 14:34:18 |
| 10 | A  I asked him if he would go to take a | 14:34:18 |
| 11 | polygraph. | 14:34:21 |
| 12 | Q  Did you tell him how far away the | 14:34:24 |
| 13 | polygraph was? | 14:34:27 |
| 14 | A  I told him it was in Chicago. | 14:34:28 |
| 15 | Q  So he knew you were going into the city; | 14:34:30 |
| 16 | correct? | 14:34:34 |
| 17 | A  Yes. | 14:34:34 |
| 18 | Q  When you were meeting with Mr. Amor, you | 14:34:39 |
| 19 | were with Detective Guerrieri; correct? | 14:34:44 |
| 20 | A  Yes. | 14:34:45 |
| 21 | Q  Did either you or Detective Guerrieri tell | 14:34:47 |
| 22 | Mr. Amor it would be in his best interests to come | 14:34:50 |
| 23 | with you to be at the polygraph exam? | 14:34:52 |
| 24 | A  No. | 14:34:56 |

Transcript of Michael Cross
Conducted on October 16, 2020                    176

1      Q   And do you recall that being a no, or do      14:34:56

2   you not know one way or another?                     14:34:59

3      A   I recall it being a no.                        14:35:01

4      Q   And when Mr. Amor talked with you about        14:35:04

5   the polygraph examination, what did he say in         14:35:18

6   response to you asking if he wanted to go?            14:35:23

7      A   He responded, "I want to get this over         14:35:27

8   with.  Let's go."                                     14:35:31

9         THE WITNESS:  Excuse me.  I'm going to          14:35:45

10   take this off for a little while.                    14:35:47

11         MS. GARCIA:  Okay.                             14:35:50

12         THE WITNESS:  Thank you.                       14:36:06

13      Q   And this was the first time you had seen      14:36:10

14   Mr. Amor since he had been arrested; correct?        14:36:14

15      A   Yes.                                          14:36:16

16      Q   And you hadn't attempted to contact him       14:36:17

17   from between September 15th to October 3rd;          14:36:20

18   correct?                                             14:36:23

19      A   No.                                           14:36:24

20      Q   You didn't go visit him in jail?             14:36:24

21      A   No.                                           14:36:26

22      Q   Why not?                                      14:36:27

23      A   I was waiting until he got out.               14:36:29

24      Q   Why?                                          14:36:33

Transcript of Michael Cross
Conducted on October 16, 2020                    177

| | | |
|---|---|---|
| 1 | A  Just was waiting. | 14:36:34 |
| 2 | Q  As a police officer, you could have gone | 14:36:37 |
| 3 | and visited him in jail; correct? | 14:36:39 |
| 4 | A  Yes. | 14:36:41 |
| 5 | Q  And he would have been sober in jail; | 14:36:42 |
| 6 | correct? | 14:36:44 |
| 7 | A  Yes. | 14:36:44 |
| 8 | Q  And at that point you had eliminated Tina | 14:36:45 |
| 9 | as a suspect; correct? | 14:36:50 |
| 10 | A  Yes. | 14:36:51 |
| 11 | Q  So why didn't you go ask him in jail -- | 14:36:51 |
| 12 | why didn't you go talk to him in jail about the | 14:36:54 |
| 13 | investigation? | 14:36:58 |
| 14 | A  I don't know. | 14:36:58 |
| 15 | Q  Was it because you wanted to take him to | 14:36:59 |
| 16 | John Reid & Associates? | 14:37:01 |
| 17 | A  That would be one of the reasons, yeah. | 14:37:02 |
| 18 | But I would have taken him there anyway if he | 14:37:05 |
| 19 | would have gone even if I would have talked to him | 14:37:08 |
| 20 | in jail. | 14:37:12 |
| 21 | Q  You didn't decide to talk to him in jail? | 14:37:13 |
| 22 | MR. POLICK:  Objection to the form; asked | 14:37:21 |
| 23 | and answered. | 14:37:24 |
| 24 | But go ahead. | 14:37:24 |

Transcript of Michael Cross
Conducted on October 16, 2020                        178

| | | |
|---|---|---|
| 1 | A  Will you repeat that, please? | 14:37:27 |
| 2 | Q  You didn't decide to visit him in jail | 14:37:28 |
| 3 | prior to October 3rd; correct? | 14:37:31 |
| 4 | MR. POLICK:  Object again; asked and | 14:37:33 |
| 5 | answered. | 14:37:33 |
| 6 | But go ahead and answer again. | 14:37:35 |
| 7 | A  I didn't decide to go speak to him in jail. | 14:37:35 |
| 8 | Q  You waited until you had plans to take him | 14:37:35 |
| 9 | to John Reid & Associates? | 14:37:37 |
| 10 | A  Yeah, but I could have done that at any | 14:37:42 |
| 11 | point, at any given point. | 14:37:45 |
| 12 | Q  But you didn't? | 14:37:47 |
| 13 | A  I didn't.  You're right. | 14:37:48 |
| 14 | Q  Do you recall the trip to Reid & Associates? | 14:37:51 |
| 15 | A  Yes. | 14:37:59 |
| 16 | Q  Who was driving? | 14:38:00 |
| 17 | A  I believe Bob Guerrieri was driving. | 14:38:02 |
| 18 | Q  And was Bill handcuffed in the backseat? | 14:38:08 |
| 19 | A  No. | 14:38:12 |
| 20 | Q  But the doors were locked; right? | 14:38:14 |
| 21 | A  The doors had automatic locks.  As soon as | 14:38:17 |
| 22 | you put it in gear, they locked. | 14:38:21 |
| 23 | Q  Is that true of all cars you had access to | 14:38:24 |
| 24 | at Naperville Police Department? | 14:38:27 |

Transcript of Michael Cross
Conducted on October 16, 2020

179

| | | |
|---|---|---|
| 1 | A  Anyone, yes. | 14:38:28 |
| 2 | Q  Did you talk about anything with Mr. Amor | 14:38:31 |
| 3 | when you went to John Reid & Associates? | 14:38:37 |
| 4 | A  Along the way, no.  Might have been some | 14:38:40 |
| 5 | small talk, but I don't recall what it was. | 14:38:44 |
| 6 | Q  And what was his demeanor on the way to | 14:38:46 |
| 7 | John Reid & Associates? | 14:38:48 |
| 8 | A  As always, quiet, somewhat animated. | 14:38:50 |
| 9 | Q  Earlier -- sorry. | 14:38:53 |
| 10 | A  Go ahead. | 14:38:56 |
| 11 | Q  Earlier you testified that he was | 14:38:57 |
| 12 | talkative? | 14:38:59 |
| 13 | A  He was always talkative.  I said that a | 14:38:59 |
| 14 | number of times. | 14:39:03 |
| 15 | Q  Is it possible for people to be both | 14:39:03 |
| 16 | talkative and quiet? | 14:39:08 |
| 17 | A  Sure, talkative one minute and quiet the | 14:39:09 |
| 18 | next. | 14:39:14 |
| 19 | Q  And you say that other than small talk, | 14:39:16 |
| 20 | you didn't discuss anything; correct? | 14:39:18 |
| 21 | A  We didn't discuss the case. | 14:39:20 |
| 22 | Q  Why not?  You were planning on going to | 14:39:22 |
| 23 | Reid to interview him; right? | 14:39:24 |
| 24 | A  I'm not used to or it wasn't my practice | 14:39:26 |

Transcript of Michael Cross
Conducted on October 16, 2020                    180

| | | |
|---|---|---|
| 1 | to interview people in a squad car. | 14:39:30 |
| 2 | Q  You had learned new material since -- | 14:39:34 |
| 3 | there had been more developments in the case since | 14:39:37 |
| 4 | he went to jail; correct? | 14:39:40 |
| 5 | A  I'm not sure. | 14:39:42 |
| 6 | Q  But you didn't talk to him about any of | 14:39:43 |
| 7 | the new developments on the case? | 14:39:46 |
| 8 | A  No, I didn't. | 14:39:47 |
| 9 | Q  Was this your first time bringing a | 14:39:48 |
| 10 | witness to John Reid & Associates? | 14:39:51 |
| 11 | A  No. | 14:39:53 |
| 12 | Q  How many previous occasions have you | 14:39:53 |
| 13 | brought a witness to John Reid & Associates? | 14:39:57 |
| 14 | A  I can't give you a number. | 14:40:00 |
| 15 | Q  I mean, was it 100 times? | 14:40:03 |
| 16 | A  No. | 14:40:03 |
| 17 | Q  50 times? | 14:40:03 |
| 18 | A  No. | 14:40:03 |
| 19 | Q  20 times? | 14:40:04 |
| 20 | A  Around there maybe.  Maybe even less. | 14:40:07 |
| 21 | Q  One of the polygraph examiners was Michael | 14:40:12 |
| 22 | Masokas; correct? | 14:40:17 |
| 23 | A  Yes. | 14:40:19 |
| 24 | Q  Did you know Mr. Masokas prior to meeting | 14:40:19 |

Transcript of Michael Cross
Conducted on October 16, 2020

181

| | | |
|---|---|---|
| 1 | him at John Reid & Associates? | 14:40:23 |
| 2 | A  No. | 14:40:25 |
| 3 | Q  And another was Arthur Newey; correct? | 14:40:26 |
| 4 | A  Yes. | 14:40:30 |
| 5 | Q  Had you met or did you know Mr. Newey prior | 14:40:30 |
| 6 | to meeting him at John Reid & Associates on | 14:40:37 |
| 7 | October 3rd? | 14:40:42 |
| 8 | A  No. | 14:40:42 |
| 9 | Q  When did you arrive at John Reid & | 14:40:43 |
| 10 | Associates? | 14:40:48 |
| 11 | A  I think it was about 4:00 in the afternoon. | 14:40:48 |
| 12 | Q  Okay.  When you go to Reid -- strike that. | 14:40:52 |
| 13 | When you got to the offices, how did you | 14:40:58 |
| 14 | get into the building? | 14:41:00 |
| 15 | A  We walked. | 14:41:03 |
| 16 | Q  And what was the layout of John Reid & | 14:41:05 |
| 17 | Associates? | 14:41:11 |
| 18 | A  I don't -- the actual floor that it was on | 14:41:11 |
| 19 | was the 12th floor.  When you walk in, there's a | 14:41:14 |
| 20 | large lobby, and then there's rooms off that lobby. | 14:41:17 |
| 21 | Q  What are the ways that you can enter and | 14:41:21 |
| 22 | exit the 12th floor? | 14:41:26 |
| 23 | A  Well, there's stairs and there's an | 14:41:28 |
| 24 | elevator and doors. | 14:41:32 |

Transcript of Michael Cross
Conducted on October 16, 2020                    182

1      Q   Other than the -- how many staircases are          14:41:35

2   there on the 12th floor?                                  14:41:41

3      A   You mean going up to the 12th floor?               14:41:44

4      Q   Entering or exiting the 12th floor?                14:41:47

5      A   I don't understand your question.  There's         14:41:51

6   a staircase that goes from the ground all the way         14:41:53

7   up.  One as far as I know.                                14:41:56

8      Q   Okay.  You said you had brought 20 or so           14:42:01

9   people to John Reid & Associates before?                  14:42:04

10     A   Yeah.                                              14:42:07

11     Q   And had you always brought them to the             14:42:08

12  Chicago office?                                           14:42:09

13     A   Yes.                                               14:42:10

14     Q   And so if you wanted to exit the 12th floor        14:42:15

15  once you got to the 12th floor, the only way you          14:42:19

16  could exit would be taking the stairs or taking an        14:42:22

17  elevator; correct?                                        14:42:26

18     A   Yes.                                               14:42:27

19     Q   And where were the stairs located relative         14:42:28

20  to the elevator?                                          14:42:31

21     A   I don't recall.                                    14:42:34

22     Q   On the 12th floor were there other                 14:42:34

23  businesses besides John Reid & Associates?                14:42:38

24     A   I don't believe so.                                14:42:41

Transcript of Michael Cross
Conducted on October 16, 2020                    183

| | | |
|---|---|---|
| 1 | Q  And when you enter the Reid & Associates | 14:42:43 |
| 2 | offices from the lobby, what is the layout of the | 14:42:53 |
| 3 | offices themselves? | 14:42:57 |
| 4 | A  Like I said, there's a larger lobby and | 14:42:58 |
| 5 | then there's offices off of that, and I -- we only | 14:43:01 |
| 6 | were in one, so I can only talk to the one.  There | 14:43:06 |
| 7 | would be a table and chairs and lighting. | 14:43:12 |
| 8 | Q  Are you describing the lobby, or are you | 14:43:15 |
| 9 | describing the actual office? | 14:43:18 |
| 10 | A  You asked about the office. | 14:43:20 |
| 11 | Q  Yes. | 14:43:22 |
| 12 | A  So I'm answering you about the office. | 14:43:22 |
| 13 | Q  And were there interview rooms that were | 14:43:26 |
| 14 | separate from the office or that were off the | 14:43:30 |
| 15 | office? | 14:43:32 |
| 16 | A  Off the office, yes. | 14:43:32 |
| 17 | Q  And how would you enter and exit the | 14:43:34 |
| 18 | interview rooms? | 14:43:43 |
| 19 | A  Through a door. | 14:43:43 |
| 20 | Q  Was there only one door you could enter | 14:43:44 |
| 21 | and exit? | 14:43:48 |
| 22 | A  I believe so. | 14:43:48 |
| 23 | Q  And were those doors locked? | 14:43:49 |
| 24 | A  I don't believe so. | 14:43:52 |

Transcript of Michael Cross
Conducted on October 16, 2020                    184

| | | |
|---|---|---|
| 1 | Q  Do you have any reason to -- strike that. | 14:43:53 |
| 2 |     What is the reason for your belief that | 14:44:01 |
| 3 | they weren't locked? | 14:44:03 |
| 4 |     MR. POLICK:  Objection to the form. | 14:44:04 |
| 5 |     But go ahead. | 14:44:07 |
| 6 | A  I walked in and walked out without going | 14:44:10 |
| 7 | through a lock. | 14:44:13 |
| 8 | Q  So you had walked into the interview rooms? | 14:44:14 |
| 9 | A  Yes. | 14:44:17 |
| 10 | Q  When? | 14:44:17 |
| 11 | A  Prior to Amor being interviewed and on | 14:44:19 |
| 12 | other occasions when I've gone down there. | 14:44:23 |
| 13 | Q  When you arrived at Reid with Mr. Amor, | 14:44:28 |
| 14 | what was the intake process? | 14:44:31 |
| 15 | A  There was no intake process. | 14:44:33 |
| 16 | Q  Was there anybody you met when you got | 14:44:36 |
| 17 | there? | 14:44:39 |
| 18 | A  I met with the examiners. | 14:44:40 |
| 19 | Q  Was there any receptionist? | 14:44:42 |
| 20 | A  Not that I recall. | 14:44:44 |
| 21 | Q  And after you arrived at Reid but prior to | 14:44:46 |
| 22 | Bill being polygraphed, did you speak to | 14:45:01 |
| 23 | Mr. Masokas? | 14:45:10 |
| 24 | A  Yes. | 14:45:11 |

Transcript of Michael Cross
Conducted on October 16, 2020                          185

| | | |
|---|---|---|
| 1 | Q  What did you speak to him about? | 14:45:11 |
| 2 | A  Giving the general overview of the case. | 14:45:13 |
| 3 | Q  What facts did you tell him? | 14:45:16 |
| 4 | A  That we had a fire, that we ruled pretty | 14:45:19 |
| 5 | much everything else out as to other than it was | 14:45:23 |
| 6 | an arson fire and that we had developed Bill Amor | 14:45:28 |
| 7 | as a suspect. | 14:45:33 |
| 8 | Q  Okay.  So did you tell him you wanted him | 14:45:36 |
| 9 | to ask questions that would determine whether or | 14:45:43 |
| 10 | not Bill Amor was the person who had set the fire? | 14:45:47 |
| 11 | A  That was up to them.  Their formatted | 14:45:47 |
| 12 | questions were totally up to them. | 14:45:51 |
| 13 | Q  You didn't tell them any questions you | 14:45:52 |
| 14 | wanted to be answered? | 14:45:54 |
| 15 | A  I might have had some questions, but I | 14:45:56 |
| 16 | don't know if I -- I don't remember if I told him | 14:45:59 |
| 17 | or not. | 14:46:03 |
| 18 | Q  So it's possible that you did tell | 14:46:03 |
| 19 | Mr. Masokas questions you wanted Bill Amor to be | 14:46:08 |
| 20 | polygraphed on? | 14:46:12 |
| 21 | A  I might have. | 14:46:13 |
| 22 | MR. POLICK:  Objection to the form of the | 14:46:14 |
| 23 | question; calls for speculation. | 14:46:17 |
| 24 | Go ahead. | 14:46:19 |

Transcript of Michael Cross
Conducted on October 16, 2020                    186

| | | |
|---|---|---|
| 1 | Q   Did you tell Mr. Masokas that Bill had | 14:46:19 |
| 2 | been incarcerated hours prior to this polygraph | 14:46:22 |
| 3 | examination? | 14:46:25 |
| 4 | A   No. | 14:46:25 |
| 5 | Q   Did you tell Mr. Masokas that Bill had | 14:46:26 |
| 6 | issues with alcohol? | 14:46:29 |
| 7 | A   Yes. | 14:46:30 |
| 8 | Q   What did you tell him? | 14:46:31 |
| 9 | A   That he drank a lot and that when we | 14:46:35 |
| 10 | picked him up from the jail we were sure that he | 14:46:42 |
| 11 | wasn't drinking, and that's why we brought him | 14:46:45 |
| 12 | there, to be sober. | 14:46:48 |
| 13 | Q   Did you tell him that Mr. Amor was an | 14:46:51 |
| 14 | alcoholic? | 14:46:56 |
| 15 | A   No. | 14:46:56 |
| 16 | Q   Did you tell him the frequency with which | 14:46:57 |
| 17 | Mr. Amor had been drinking -- | 14:47:00 |
| 18 | A   No. | 14:47:02 |
| 19 | Q   -- during your interactions with him? | 14:47:02 |
| 20 | A   No. | 14:47:05 |
| 21 | Q   Where was Bill during your conversation | 14:47:05 |
| 22 | with Mr. Masokas? | 14:47:07 |
| 23 | A   In the lobby. | 14:47:09 |
| 24 | Q   Was he by himself? | 14:47:11 |

Transcript of Michael Cross
Conducted on October 16, 2020                    187

| | | |
|---|---|---|
| 1 | A   Yes. | 14:47:15 |
| 2 | Q   Where was Detective Guerrieri? | 14:47:16 |
| 3 | A   He was with me. | 14:47:17 |
| 4 | Q   He wasn't with Mr. Amor? | 14:47:18 |
| 5 | A   No, he had -- he had parked the car and | 14:47:20 |
| 6 | then came up, but he was generally with me when he | 14:47:22 |
| 7 | got to the office. | 14:47:25 |
| 8 | Q   Could you see Mr. Amor from where you were | 14:47:26 |
| 9 | talking to Mr. Masokas? | 14:47:29 |
| 10 | A   No. | 14:47:30 |
| 11 | Q   Where were you talking to Mr. Masokas? | 14:47:30 |
| 12 | A   In an office. | 14:47:32 |
| 13 | Q   And after your conversation with | 14:47:34 |
| 14 | Mr. Masokas but before Bill took the polygraph, | 14:47:42 |
| 15 | Bill was interviewed by Mr. Masokas; correct? | 14:47:47 |
| 16 | A   Yes. | 14:47:52 |
| 17 | Q   Did Mr. Masokas tell you that the | 14:47:53 |
| 18 | prepolygraph interview had finished prior to | 14:47:58 |
| 19 | giving Bill the polygraph? | 14:48:02 |
| 20 | MR. POLICK:  Objection to the form of the | 14:48:05 |
| 21 | question. | 14:48:09 |
| 22 | But you can answer. | 14:48:11 |
| 23 | A   Yeah, please repeat that. | 14:48:12 |
| 24 | Q   Prior to Mr. Masokas starting the polygraph | 14:48:13 |

Transcript of Michael Cross
Conducted on October 16, 2020                    188

| | | |
|---|---|---|
| 1 | examination, did Mr. Masokas tell you that he was | 14:48:16 |
| 2 | finished with the interview and the polygraph was | 14:48:18 |
| 3 | going to start? | 14:48:21 |
| 4 | A  I believe he told us that they were going | 14:48:22 |
| 5 | to do the polygraph. | 14:48:24 |
| 6 | Q  And where did the prepolygraph interview | 14:48:26 |
| 7 | take place? | 14:48:34 |
| 8 | A  Of Mr. Amor? | 14:48:36 |
| 9 | Q  Yes. | 14:48:38 |
| 10 | A  I believe it was in an office at Reid. | 14:48:38 |
| 11 | Q  Okay. | 14:48:45 |
| 12 | A  Or an interview room. | 14:48:46 |
| 13 | Q  And where were you when the preinterview -- | 14:48:48 |
| 14 | the prepolygraph interview was taking place? | 14:48:52 |
| 15 | A  In the lobby. | 14:48:55 |
| 16 | Q  And how long in total did the polygraph | 14:48:57 |
| 17 | take of Mr. Amor? | 14:49:09 |
| 18 | A  I don't recall. | 14:49:10 |
| 19 | Q  Do you recall how many times Mr. Amor was | 14:49:12 |
| 20 | polygraphed? | 14:49:22 |
| 21 | A  Well, he was polygraphed once at the | 14:49:23 |
| 22 | Naperville Police Department -- or he wasn't | 14:49:33 |
| 23 | because he was intoxicated, and one time at Reid | 14:49:36 |
| 24 | as far as I can remember.  Or he was interviewed | 14:49:39 |

Transcript of Michael Cross
Conducted on October 16, 2020                    189

| | | |
|---|---|---|
| 1 | and he was polygraphed at the police department, | 14:49:46 |
| 2 | but it came back inconclusive because he was | 14:49:50 |
| 3 | intoxicated. | 14:49:54 |
| 4 | Q   Sure.  But at Reid you can only recall him | 14:49:55 |
| 5 | being polygraphed once? | 14:49:58 |
| 6 | A   Yes. | 14:49:59 |
| 7 | Q   If I represent to you that there's | 14:50:00 |
| 8 | testimony in the case that Mr. Amor was | 14:50:02 |
| 9 | polygraphed twice at Reid, would you have reason | 14:50:06 |
| 10 | to dispute that? | 14:50:08 |
| 11 | MR. POLICK:  Objection; calls for | 14:50:09 |
| 12 | speculation, no foundation. | 14:50:12 |
| 13 | You may answer over the objection. | 14:50:14 |
| 14 | A   I wouldn't believe you're telling me a lie. | 14:50:17 |
| 15 | Q   So you wouldn't have reason to dispute | 14:50:20 |
| 16 | testimony that Mr. Amor had been polygraphed twice | 14:50:22 |
| 17 | while at Reid & Associates? | 14:50:27 |
| 18 | MR. POLICK:  Same objection; no | 14:50:28 |
| 19 | foundation, calls for speculation. | 14:50:28 |
| 20 | You may answer. | 14:50:29 |
| 21 | A   I don't recall. | 14:50:31 |
| 22 | Q   I mean, it's not a "I don't recall"; it's | 14:50:32 |
| 23 | a yes-or-no question.  Do you dispute it or not? | 14:50:35 |
| 24 | A   I believe -- say the -- I'm sorry; ask me | 14:50:37 |

Transcript of Michael Cross
Conducted on October 16, 2020                    190

| | | |
|---|---|---|
| 1 | again, please. | 14:50:40 |
| 2 | MS. GARCIA: Yes. And the objections can | 14:50:41 |
| 3 | stand, Joe. | 14:50:44 |
| 4 | Q Do you dispute that -- strike that. | 14:50:47 |
| 5 | If there's testimony in the case, which | 14:50:52 |
| 6 | I'm representing there is, that Mr. Amor was | 14:50:55 |
| 7 | polygraphed twice at the Reid & Associates office, | 14:50:58 |
| 8 | would you have reason to dispute that? | 14:51:04 |
| 9 | A No, I wouldn't. | 14:51:06 |
| 10 | MR. POLICK: Same objections. | 14:51:06 |
| 11 | Q No, you wouldn't? | 14:51:09 |
| 12 | A No, I wouldn't. | 14:51:10 |
| 13 | Q But you only recall him being polygraphed | 14:51:11 |
| 14 | once? | 14:51:14 |
| 15 | A Yes. | 14:51:15 |
| 16 | MR. POLICK: Objection -- | 14:51:15 |
| 17 | Q And you don't recall? | 14:51:15 |
| 18 | MR. POLICK: -- asked and answered. | 14:51:17 |
| 19 | Q You don't recall Mr. Masokas coming out to | 14:51:18 |
| 20 | tell you he, Mr. Amor had failed the first | 14:51:21 |
| 21 | polygraph so he was going to be polygraphed again? | 14:51:24 |
| 22 | A No. | 14:51:27 |
| 23 | Q And so you arrived around 4:00 at Reid & | 14:51:38 |
| 24 | Associates; right? | 14:51:42 |

Transcript of Michael Cross
Conducted on October 16, 2020                    191

| | | |
|---|---|---|
| 1 | A   Yes. | 14:51:42 |
| 2 | Q   How long did you talk to Mr. Masokas prior | 14:51:43 |
| 3 | to Bill being polygraphed? | 14:51:49 |
| 4 | A   I think it was less -- a little less than | 14:51:52 |
| 5 | an hour. | 14:51:55 |
| 6 | Q   Okay.  So you talked to Mr. Masokas for an | 14:51:56 |
| 7 | hour about the case prior to the polygraph? | 14:51:59 |
| 8 | A   Approximately. | 14:52:02 |
| 9 | Q   Okay.  And so then Bill was -- and you | 14:52:04 |
| 10 | were talking to him in one of the interview rooms? | 14:52:08 |
| 11 | A   I believe it was in an office. | 14:52:11 |
| 12 | Q   Okay.  Where was the office located? | 14:52:14 |
| 13 | A   Reid & Associates. | 14:52:22 |
| 14 | Q   Was it located in the lobby, or was it | 14:52:23 |
| 15 | located -- | 14:52:26 |
| 16 | A   It's been too long.  I don't recall. | 14:52:26 |
| 17 | MR. POLICK:  Object to the form, as well. | 14:52:28 |
| 18 | Q   Where -- how did you -- how would you get | 14:52:32 |
| 19 | into one of the interview rooms at Reid & | 14:52:35 |
| 20 | Associates? | 14:52:38 |
| 21 | A   Through a door. | 14:52:38 |
| 22 | Q   Was there a hallway? | 14:52:39 |
| 23 | A   I don't recall. | 14:52:44 |
| 24 | Q   And you weren't talking to Mr. Masokas in | 14:52:47 |

Transcript of Michael Cross
Conducted on October 16, 2020                                192

| | | |
|---|---|---|
| 1 | the lobby; correct? | 14:52:53 |
| 2 | A  Correct. | 14:52:55 |
| 3 | Q  And while you were talking to Mr. Masokas, | 14:52:57 |
| 4 | was Detective Guerrieri with you? | 14:53:02 |
| 5 | A  I don't recall. | 14:53:05 |
| 6 | Q  So it's possible that he was in the lobby | 14:53:12 |
| 7 | with Mr. Amor; correct? | 14:53:14 |
| 8 | MR. POLICK:  Objection; calls for | 14:53:16 |
| 9 | speculation, no foundation. | 14:53:19 |
| 10 | You can answer over the objection. | 14:53:21 |
| 11 | A  Yes. | 14:53:23 |
| 12 | Q  And then Mr. Amor goes in to be | 14:53:23 |
| 13 | polygraphed at 5:00-ish; correct? | 14:53:27 |
| 14 | A  Yes. | 14:53:29 |
| 15 | Q  And at some point Mr. Masokas tells you | 14:53:30 |
| 16 | that Mr. Amor failed the polygraph exam; correct? | 14:53:40 |
| 17 | A  Correct. | 14:53:45 |
| 18 | Q  And just to be clear, during the polygraph | 14:53:46 |
| 19 | exam you were located in the lobby; correct? | 14:53:50 |
| 20 | A  Yes. | 14:53:52 |
| 21 | Q  And Mr. Amor was located in one of the | 14:53:53 |
| 22 | office spaces? | 14:53:57 |
| 23 | A  Yes. | 14:53:57 |
| 24 | Q  Around what time did Mr. Masokas come out | 14:53:59 |

Transcript of Michael Cross
Conducted on October 16, 2020                           193

1    and tell you that Bill had failed the polygraph?          14:54:02

2        A  I don't recall.                                    14:54:06

3        Q  How many hours had passed since you had            14:54:07

4    talked to Mr. Masokas before the polygraph?               14:54:10

5        A  Before the polygraph?                              14:54:15

6        Q  Yes.                                               14:54:17

7        A  I don't recall.                                    14:54:18

8        Q  From the time that Bill went into the              14:54:24

9    office to be polygraphed or presumably be                 14:54:27

10   polygraphed and the time that Mr. Masokas came out        14:54:29

11   and told you that he had failed the polygraph             14:54:33

12   examination, had you seen Bill Amor leave the             14:54:36

13   office at all?                                            14:54:40

14       A  No.                                                14:54:41

15       Q  Had you seen Bill Amor come into the lobby         14:54:41

16   at all?                                                   14:54:45

17       A  No.                                                14:54:46

18       Q  And was Detective Guerrieri with you the          14:54:47

19   entire time that Bill was being polygraphed?              14:54:50

20       A  Other than that time it took him to park          14:54:54

21   the car, yes.                                             14:54:58

22       Q  And were you in the lobby with                     14:54:59

23   Mr. Guerrieri the entire time Bill was being              14:55:02

24   polygraphed?                                              14:55:05

Transcript of Michael Cross
Conducted on October 16, 2020                    194

| | | |
|---|---|---|
| 1 | A  I don't know if one of us went to go to | 14:55:06 |
| 2 | the bathroom or something like that.  Other than | 14:55:09 |
| 3 | that, yes. | 14:55:11 |
| 4 | Q  Okay.  When Mr. Masokas told you Bill | 14:55:12 |
| 5 | failed to pass the interview, did he explain how | 14:55:18 |
| 6 | he had failed or on what questions? | 14:55:21 |
| 7 | A  Yes.  He -- I believe he gave me a list of | 14:55:23 |
| 8 | the questions that he had asked and indicated that | 14:55:26 |
| 9 | he had failed every one of them other than the | 14:55:29 |
| 10 | control questions.  They ask him control questions | 14:55:33 |
| 11 | to determine whether or not they're telling the | 14:55:37 |
| 12 | truth when they ask them the polygraph questions. | 14:55:42 |
| 13 | Q  Okay.  And did Mr. Masokas indicate to you | 14:55:47 |
| 14 | that he thought Bill was lying due to Bill's | 14:55:52 |
| 15 | failure to pass the polygraph examination? | 14:55:57 |
| 16 | A  No.  He just told me that he failed. | 14:55:59 |
| 17 | Q  Okay.  Did he indicate to you that he | 14:56:02 |
| 18 | believed Bill had lied about not starting the fire? | 14:56:04 |
| 19 | A  I don't recall. | 14:56:09 |
| 20 | Q  And Mr. Newly was also present for some of | 14:56:12 |
| 21 | the polygraph examinations; correct? | 14:56:24 |
| 22 | A  You know, I don't remember him.  I know | 14:56:25 |
| 23 | I've heard his name, but I really don't remember | 14:56:27 |
| 24 | him at all. | 14:56:29 |

Transcript of Michael Cross
Conducted on October 16, 2020                         195

```
1        Q  You don't recall meeting him at all?           14:56:29
2        A  I remember him other than through the --       14:56:32
3   you know, from the reports him being mentioned,        14:56:35
4   but I don't recall meeting him.                        14:56:36
5        Q  Prior to going back to Naperville Police       14:56:42
6   Department but after Bill was polygraphed,             14:56:49
7   Mr. Masokas interviewed Mr. Amor again; correct?       14:56:55
8        A  I believe so, yes.                             14:56:59
9        Q  Do you recall at approximately what time       14:57:01
10  that occurred?                                         14:57:07
11       A  No.                                            14:57:07
12       Q  Were you present for that interview?           14:57:09
13       A  No.                                            14:57:11
14       Q  And where did that interview take place?       14:57:13
15       A  I don't know.                                  14:57:15
16       Q  When Mr. Masokas came out to tell you that     14:57:16
17  the interview was open -- over, rather -- did he       14:57:28
18  tell you what Bill had said in the interview?          14:57:34
19       A  I don't believe so.                            14:57:35
20       Q  Did they -- strike that.                       14:57:37
21          Did Mr. Masokas tell you whether or not        14:57:43
22  Bill had admitted to starting the fire?                14:57:49
23       A  No.                                            14:57:50
24       Q  Did they tell you that Bill had denied         14:57:51
```

Transcript of Michael Cross
Conducted on October 16, 2020                    196

| | | |
|---|---|---|
| 1 | setting the fire even after he was polygraphed? | 14:57:55 |
| 2 | A  Yes. | 14:57:58 |
| 3 | Q  Okay.  And then after Mr. Amor was | 14:57:59 |
| 4 | polygraphed, before you left Reid & Associates you | 14:58:05 |
| 5 | and Detective Guerrieri interviewed Mr. Amor; | 14:58:09 |
| 6 | correct? | 14:58:12 |
| 7 | A  I don't believe so. | 14:58:12 |
| 8 | (Cross Deposition Exhibit 6 marked for | 14:58:12 |
| 9 | identification and attached to the transcript.) | 14:59:13 |
| 10 | MS. GARCIA:  For the record, this is the | 14:59:13 |
| 11 | testimony in the 2018 People v. William Amor | 14:59:14 |
| 12 | proceedings in front of Judge Brennan.  It is the | 14:59:26 |
| 13 | testimony from the 26th of January, 2018, and the | 14:59:30 |
| 14 | Bates range is 28905 to 29107. | 14:59:34 |
| 15 | Q  Mr. Cross, will you please turn to page 85? | 14:59:45 |
| 16 | And the numbers are at the top for those | 14:59:55 |
| 17 | indications, and for the record, that is | 14:59:57 |
| 18 | Bates 28989 to 28990.  Can you read from line 12 on | 15:00:02 |
| 19 | page 85 until line 12 on page 86, please? | 15:00:55 |
| 20 | A  How far did you want me to read?  I'm | 15:02:58 |
| 21 | sorry. | 15:03:02 |
| 22 | Q  Just from line 12 and 85 to line 12 on 86. | 15:03:02 |
| 23 | A  On 86? | 15:03:12 |
| 24 | Q  Yes. | 15:03:14 |

Transcript of Michael Cross
Conducted on October 16, 2020                    197

| | | |
|---|---|---|
| 1 | A  Okay. | 15:03:38 |
| 2 | Q  Okay.  And on line 12 it says:  "Question: | 15:03:39 |
| 3 | Well, you told him at the interview in Chicago | 15:03:42 |
| 4 | that you wanted him to tell the truth? | 15:03:44 |
| 5 | "Answer:  I believe that took place at | 15:03:47 |
| 6 | Naperville Police Department later when we got | 15:03:49 |
| 7 | back."  And the response to that was, "Question: | 15:03:51 |
| 8 | Well" -- | 15:03:54 |
| 9 | A  Again, I'm sorry, is this on page -- | 15:03:54 |
| 10 | Q  85. | 15:03:58 |
| 11 | A  -- 85? | 15:03:58 |
| 12 | Q  Yes. | 15:03:59 |
| 13 | A  Okay.  Line 12? | 15:04:00 |
| 14 | Q  Yes. | 15:04:03 |
| 15 | A  Okay. | 15:04:04 |
| 16 | Q  So I'll start that again.  "Question: | 15:04:04 |
| 17 | Well, you told him at the interview in Chicago | 15:04:08 |
| 18 | that you wanted him to tell the truth? | 15:04:08 |
| 19 | "Answer:  I believe that took place at the | 15:04:11 |
| 20 | Naperville Police Department later when we got back. | 15:04:12 |
| 21 | "Question:  Well, did Bill talk with you | 15:04:17 |
| 22 | in that half hour interview that you had with him | 15:04:20 |
| 23 | there, was Bill talking to you? | 15:04:20 |
| 24 | "Yes. | 15:04:20 |

Transcript of Michael Cross
Conducted on October 16, 2020                              198

1          "Question:  And he was giving you              15:04:23

2   information on the case?                               15:04:24

3          "I don't recall.                                15:04:28

4          "Question:  Okay.  Were you talking to him?     15:04:29

5          "Answer:  We were talking, yes.                 15:04:31

6          "Question:  And you were talking to him         15:04:34

7   about this case.                                       15:04:35

8          "Answer:  Nothing else to talk to him           15:04:36

9   about, yes.                                            15:04:38

10         "Question:  You told him in that interview      15:04:40

11  in Chicago that you thought he started the fire?       15:04:44

12         "Answer:  Again, I recall that happening        15:04:48

13  at the Naperville Police Department."                  15:04:51

14         So does this at all refresh your                15:04:53

15  recollection as to your testimony in 2018?             15:04:59

16     A  Yes.                                             15:05:01

17     Q  And do you still believe that you did not        15:05:02

18  interview Mr. Amor at Reid & Associates --             15:05:06

19     A  Yes.                                             15:05:12

20     Q  -- prior leaving for Naperville?                 15:05:12

21     A  Yes.                                             15:05:17

22     Q  Okay.  So after you left Reid & Associates --    15:05:18

23  actually, strike that.                                 15:05:34

24         After you were told Mr. Amor failed the         15:05:37

Transcript of Michael Cross
Conducted on October 16, 2020                          199

| | | |
|---|---|---|
| 1 | polygraph interview, what did you do next? | 15:05:42 |
| 2 |    A  After I was told by Mr. Masokas? | 15:05:48 |
| 3 |    Q  Yes. | 15:05:51 |
| 4 |    A  We went back to Naperville. | 15:05:52 |
| 5 |    Q  Okay.  And did you ask Mr. Amor if he was | 15:05:55 |
| 6 | willing to go back to Naperville? | 15:06:00 |
| 7 |    A  If he wanted to go back to Naperville? | 15:06:02 |
| 8 |    Q  If he was willing to go back to | 15:06:05 |
| 9 | Naperville, yes. | 15:06:08 |
| 10 |    A  Yes. | 15:06:09 |
| 11 |    Q  Did you ask Mr. Amor if he was willing to | 15:06:09 |
| 12 | go back to Naperville and be questioned by the | 15:06:12 |
| 13 | police? | 15:06:14 |
| 14 |    A  Yes, to -- to continue the interview. | 15:06:15 |
| 15 |    Q  And did Mr. Amor have any other way to get | 15:06:21 |
| 16 | back to Naperville besides going with you in the car? | 15:06:24 |
| 17 |    A  I don't know. | 15:06:27 |
| 18 |    Q  Did Mr. Amor have any money on him -- | 15:06:28 |
| 19 |    A  I don't know. | 15:06:32 |
| 20 |    Q  -- after leaving jail? | 15:06:33 |
| 21 |    A  I don't know. | 15:06:36 |
| 22 |    Q  Did you see a wallet on him when he left? | 15:06:36 |
| 23 |    A  I didn't look. | 15:06:39 |
| 24 |    Q  And it was late at night when you were | 15:06:40 |

Transcript of Michael Cross
Conducted on October 16, 2020                    200

| | | |
|---|---|---|
| 1 | leaving; correct? | 15:06:43 |
| 2 | A  We got back, I believe around 10:30. | 15:06:44 |
| 3 | Q  If I represent to you that you left the | 15:06:47 |
| 4 | office around -- the Reid & Associates' office | 15:06:51 |
| 5 | around 10:30, would you have reason to dispute that? | 15:06:54 |
| 6 | A  No, I wouldn't.  You're correct; I'm sorry. | 15:06:57 |
| 7 | Q  Was there public transit in Naperville | 15:07:01 |
| 8 | back to -- rather, was there public transit back | 15:07:03 |
| 9 | to Naperville at 10:30 at night? | 15:07:08 |
| 10 | A  I don't know. | 15:07:10 |
| 11 | Q  So it's possible that he had no other way | 15:07:12 |
| 12 | to get back to Naperville than to go with you in | 15:07:12 |
| 13 | the car; correct? | 15:07:14 |
| 14 | MR. POLICK:  Objection, calls for | 15:07:14 |
| 15 | speculation, no foundation. | 15:07:16 |
| 16 | You may answer. | 15:07:17 |
| 17 | A  Correct. | 15:07:18 |
| 18 | Q  And what was Mr. Amor's demeanor after | 15:07:22 |
| 19 | being polygraphed? | 15:07:25 |
| 20 | A  Same as always. | 15:07:30 |
| 21 | Q  It had been at least 5 1/2 hours of him | 15:07:31 |
| 22 | being polygraphed; right? | 15:07:41 |
| 23 | MR. POLICK:  Objection; calls for | 15:07:42 |
| 24 | speculation, no foundation. | 15:07:45 |

Transcript of Michael Cross
Conducted on October 16, 2020                        201

| | |
|---|---|
| 1 | You may answer. | 15:07:47 |
| 2 | A  I don't believe he was polygraphed for | 15:07:49 |
| 3 | 5 1/2 hours, no. | 15:07:51 |
| 4 | Q  Well, you said he started getting | 15:07:52 |
| 5 | polygraphed at 5:00; correct? | 15:07:54 |
| 6 | A  I don't know what they did exactly in | 15:07:56 |
| 7 | there, but they do interview him before.  So I'm | 15:07:58 |
| 8 | sure that, you know, a 9- or 10-question polygraph | 15:08:02 |
| 9 | doesn't take that long. | 15:08:06 |
| 10 | Q  So how long do you in your experience with | 15:08:08 |
| 11 | giving polygraph examinations -- strike that. | 15:08:15 |
| 12 | You had taken suspects to be polygraphed | 15:08:20 |
| 13 | before; correct? | 15:08:22 |
| 14 | A  Yes. | 15:08:23 |
| 15 | Q  How long did that usually take? | 15:08:24 |
| 16 | A  I would say an hour or less. | 15:08:26 |
| 17 | Q  And you left Reid & Associates after | 15:08:33 |
| 18 | Mr. Masokas told you that Bill had failed his | 15:08:39 |
| 19 | polygraph examination; correct? | 15:08:44 |
| 20 | A  Correct. | 15:08:45 |
| 21 | Q  And Mr. Masokas was with Bill the entire | 15:08:46 |
| 22 | time that he was either being interviewed or | 15:08:52 |
| 23 | polygraphed; correct? | 15:08:55 |
| 24 | MR. POLICK:  Objection; calls for | 15:08:56 |

Transcript of Michael Cross
Conducted on October 16, 2020                    202

| | | |
|---|---|---|
| 1 | speculation, no foundation. | 15:09:00 |
| 2 | You may answer. | 15:09:01 |
| 3 | A  You have to reask that question, please. | 15:09:03 |
| 4 | Q  I'll ask it a different way.  Mr. Amor | 15:09:04 |
| 5 | went into the interview room or office outside of | 15:09:07 |
| 6 | the lobby with Mr. Masokas around 5:00; correct? | 15:09:10 |
| 7 | A  I believe so. | 15:09:13 |
| 8 | Q  And then Mr. Amor did not leave the | 15:09:14 |
| 9 | interview room of the offices until it was time to | 15:09:18 |
| 10 | go back to Naperville; correct? | 15:09:20 |
| 11 | A  Correct. | 15:09:21 |
| 12 | Q  So he was in the interview room for at | 15:09:22 |
| 13 | least 5 1/2 hours; correct? | 15:09:25 |
| 14 | A  I don't -- I'm not sure. | 15:09:27 |
| 15 | Q  Well, where could he have gone if he | 15:09:32 |
| 16 | wasn't in the interview room? | 15:09:34 |
| 17 | MR. POLICK:  Objection.  That's | 15:09:35 |
| 18 | argumentative, calls for speculation, no | 15:09:37 |
| 19 | foundation. | 15:09:40 |
| 20 | You can answer over the objections, though. | 15:09:40 |
| 21 | A  I have no idea where he could have gone. | 15:09:42 |
| 22 | Q  You had been to Reid & Associates before; | 15:09:44 |
| 23 | correct? | 15:09:47 |
| 24 | A  Yes. | 15:09:47 |

Transcript of Michael Cross
Conducted on October 16, 2020                    203

| | | |
|---|---|---|
| 1 | Q   And you testified that you had gone into | 15:09:47 |
| 2 | the office space; correct? | 15:09:50 |
| 3 | A   Yes. | 15:09:51 |
| 4 | Q   You had gone into the interview room; | 15:09:52 |
| 5 | correct? | 15:09:54 |
| 6 | A   Yes. | 15:09:54 |
| 7 | Q   So you had a familiarity with the layout | 15:09:54 |
| 8 | of the offices; correct? | 15:09:58 |
| 9 | A   At that time I did, yes. | 15:09:59 |
| 10 | Q   And based on your familiarity with the | 15:10:01 |
| 11 | offices, where could Mr. Amor have gone other than | 15:10:05 |
| 12 | the interview rooms at Reid & Associates? | 15:10:08 |
| 13 | MR. POLICK:  Objection; calls for | 15:10:11 |
| 14 | speculation. | 15:10:11 |
| 15 | But go ahead and answer. | 15:10:13 |
| 16 | A   He could have walked out past us, past the | 15:10:14 |
| 17 | lobby, and walked right out of the building. | 15:10:16 |
| 18 | Q   Did he walk out past you? | 15:10:18 |
| 19 | A   No. | 15:10:20 |
| 20 | Q   During that 5 1/2 hours he never walked | 15:10:21 |
| 21 | out past you and left the building? | 15:10:24 |
| 22 | A   No. | 15:10:26 |
| 23 | Q   So he spent that 5 1/2 hours within | 15:10:26 |
| 24 | the internal office space of Reid & Associates; | 15:10:29 |

Transcript of Michael Cross
Conducted on October 16, 2020                            204

| | | |
|---|---|---|
| 1 | correct? | 15:10:32 |
| 2 | A  As far as I can remember, yes. | 15:10:33 |
| 3 | Q  And you weren't there, so you don't know | 15:10:34 |
| 4 | how long he was polygraphed for; correct? | 15:10:36 |
| 5 | A  Correct. | 15:10:37 |
| 6 | Q  But it's your testimony he was only | 15:10:38 |
| 7 | polygraphed once? | 15:10:41 |
| 8 | A  That's all -- | 15:10:42 |
| 9 | MR. POLICK:  Objection; that's been asked | 15:10:43 |
| 10 | and answered. | 15:10:43 |
| 11 | But go ahead and answer again. | 15:10:45 |
| 12 | A  That's all I recall. | 15:10:46 |
| 13 | Q  Okay.  And it's also your testimony that | 15:10:47 |
| 14 | the polygraphs you had given in the past -- or had | 15:10:50 |
| 15 | taken suspects or witnesses to get in the past had | 15:10:55 |
| 16 | only lasted for approximately an hour or so; | 15:10:58 |
| 17 | correct? | 15:11:01 |
| 18 | A  Correct. | 15:11:01 |
| 19 | Q  So then why do you believe it took | 15:11:05 |
| 20 | 5 1/2 hours for Mr. Amor's polygraph to conclude? | 15:11:12 |
| 21 | MR. POLICK:  Objection.  It calls for | 15:11:19 |
| 22 | speculation; there's no foundation. | 15:11:24 |
| 23 | Go ahead.  You can answer. | 15:11:31 |
| 24 | A  Ask me again, please. | 15:11:33 |

Transcript of Michael Cross
Conducted on October 16, 2020                    205

| | | |
|---|---|---|
| 1 | Q  Sure.  I'll ask in a slightly different way. | 15:11:34 |
| 2 | Did you believe that Mr. Amor was being | 15:11:39 |
| 3 | polygraphed the entirety of his time within the | 15:11:52 |
| 4 | internal office space at Reid? | 15:11:57 |
| 5 | MR. POLICK:  Same objections; calls for | 15:11:59 |
| 6 | speculation, there's no foundation. | 15:12:03 |
| 7 | You may answer -- and it's been asked and | 15:12:04 |
| 8 | answered.  Go ahead and answer again. | 15:12:07 |
| 9 | A  I don't believe it would take that long. | 15:12:08 |
| 10 | Normally polygraphs didn't take that long for the | 15:12:10 |
| 11 | whole entire time, no. | 15:12:17 |
| 12 | Q  And during the times when you had brought | 15:12:20 |
| 13 | other suspects to Reid & Associates, had the | 15:12:23 |
| 14 | polygraph technicians at Reid & Associates taken | 15:12:32 |
| 15 | 5 1/2 hours to complete the interview and | 15:12:39 |
| 16 | polygraph process? | 15:12:41 |
| 17 | MR. POLICK:  Objection; calls for | 15:12:44 |
| 18 | speculation, no foundation. | 15:12:46 |
| 19 | Go ahead and answer. | 15:12:47 |
| 20 | A  The people that I've taken down there have | 15:12:48 |
| 21 | not taken 5, 5 1/2 hours to complete it, no. | 15:12:52 |
| 22 | Q  Okay.  So prior to Mr. Amor's time at Reid | 15:12:55 |
| 23 | & Associates, no one you had taken to Reid & | 15:13:05 |
| 24 | Associates had been within the internal interview | 15:13:07 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Transcript of Michael Cross
Conducted on October 16, 2020                    206

| | | |
|---|---|---|
| 1 | rooms for 5 1/2 hours? | 15:13:09 |
| 2 | A  No. | 15:13:11 |
| 3 | Q  So it was unusual that Mr. Amor was in the | 15:13:12 |
| 4 | internal interview room for that long; correct? | 15:13:14 |
| 5 | MR. POLICK:  Objection to the form; calls | 15:13:17 |
| 6 | for speculation, no foundation. | 15:13:21 |
| 7 | You may answer. | 15:13:22 |
| 8 | A  You said it was unusual? | 15:13:23 |
| 9 | Q  Yeah. | 15:13:24 |
| 10 | A  It was different. | 15:13:25 |
| 11 | Q  And did that difference concern you at all? | 15:13:26 |
| 12 | A  No. | 15:13:28 |
| 13 | Q  Why not? | 15:13:28 |
| 14 | A  Just didn't concern me. | 15:13:29 |
| 15 | Q  Did you ask Mr. Masokas why it took | 15:13:32 |
| 16 | 5 1/2 hours? | 15:13:36 |
| 17 | A  I don't believe so. | 15:13:36 |
| 18 | Q  Why not? | 15:13:38 |
| 19 | A  Because I didn't. | 15:13:39 |
| 20 | Q  What -- had Mr. Amor left the offices | 15:13:41 |
| 21 | during the 5 1/2 hours he was in them to get | 15:14:30 |
| 22 | anything to eat? | 15:14:34 |
| 23 | A  I don't recall. | 15:14:36 |
| 24 | Q  Did he leave the offices during the | 15:14:36 |

Transcript of Michael Cross
Conducted on October 16, 2020                    207

| | | |
|---|---|---|
| 1 | 5 1/2 hours he was in them to get anything to | 15:14:39 |
| 2 | drink? | 15:14:42 |
| 3 | A  I don't recall. | 15:14:42 |
| 4 | Q  And at the -- between taking Mr. Amor from | 15:14:44 |
| 5 | jail and taking him to the Reid & Associates' | 15:14:56 |
| 6 | offices, had Mr. Amor slept at all? | 15:15:05 |
| 7 | A  No. | 15:15:07 |
| 8 | Q  Did he sleep at all at the Reid & | 15:15:07 |
| 9 | Associates' offices? | 15:15:12 |
| 10 | MR. POLICK:  Objection; calls for | 15:15:12 |
| 11 | speculation. | 15:15:12 |
| 12 | But go ahead. | 15:15:14 |
| 13 | A  Not when he was with me. | 15:15:15 |
| 14 | Q  And did Mr. Masokas when you spoke to him | 15:15:17 |
| 15 | after the polygraph indicate that Mr. Amor had | 15:15:19 |
| 16 | slept at all? | 15:15:21 |
| 17 | A  He didn't say one way or the other. | 15:15:22 |
| 18 | THE WITNESS:  Excuse me.  Can I take a | 15:15:25 |
| 19 | break to go to the bathroom? | 15:15:27 |
| 20 | MS. GARCIA:  Sure. | 15:15:29 |
| 21 | THE WITNESS:  Thank you. | 15:15:30 |
| 22 | THE VIDEOGRAPHER:  We are going off the | 15:15:31 |
| 23 | record at 3:15 p.m. | 15:15:33 |
| 24 | (Recess taken, 3:15 p.m. to 3:23 p.m.) | 15:23:18 |

Transcript of Michael Cross
Conducted on October 16, 2020                    208

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  We are back on the | 15:23:19 |
| 2 | record.  The time is 3:23 p.m. | 15:23:21 |
| 3 | BY MS. GARCIA: | 15:23:31 |
| 4 | Q  Mr. Cross, prior to taking the break we | 15:23:31 |
| 5 | were talking about you, and Mr. Amor, and | 15:23:35 |
| 6 | Detective Guerrieri leaving Reid & Associates to | 15:23:39 |
| 7 | go back to Naperville; correct? | 15:23:45 |
| 8 | A  Okay.  Yes. | 15:23:46 |
| 9 | Q  How long did it take you to get back to | 15:23:48 |
| 10 | Naperville Police Department after leaving | 15:23:52 |
| 11 | Reid & Associates? | 15:23:57 |
| 12 | A  Approximately an hour. | 15:23:57 |
| 13 | Q  Did you talk to Bill at all in the car? | 15:23:59 |
| 14 | A  If anything, it was small talk.  No | 15:24:00 |
| 15 | interview. | 15:24:04 |
| 16 | Q  What was Mr. Amor's demeanor like in | 15:24:04 |
| 17 | the car? | 15:24:07 |
| 18 | A  Same as always. | 15:24:07 |
| 19 | Q  How was that? | 15:24:10 |
| 20 | A  Talkative, animated.  That's about it. | 15:24:11 |
| 21 | Q  Was Mr. Amor calm? | 15:24:20 |
| 22 | A  Yes. | 15:24:23 |
| 23 | Q  And who was driving on the way back to | 15:24:24 |
| 24 | Naperville Police Department? | 15:24:30 |

Transcript of Michael Cross
Conducted on October 16, 2020                    209

| | | |
|---|---|---|
| 1 | A  I don't recall. | 15:24:31 |
| 2 | Q  Did you stop at all on your way back to | 15:24:33 |
| 3 | Naperville Police Department? | 15:24:37 |
| 4 | A  Yes. | 15:24:38 |
| 5 | Q  When did you stop? | 15:24:38 |
| 6 | A  I got a page from Detective Sullivan. | 15:24:39 |
| 7 | Q  What did the page say? | 15:24:45 |
| 8 | A  To call him.  It was his number. | 15:24:46 |
| 9 | Q  And what time did you receive that page? | 15:24:50 |
| 10 | A  I don't recall. | 15:24:54 |
| 11 | Q  And did you stop to call him back after | 15:24:55 |
| 12 | you received the page? | 15:25:01 |
| 13 | A  Yes. | 15:25:02 |
| 14 | Q  Where did you stop? | 15:25:02 |
| 15 | A  I don't know exactly.  It was a pay phone | 15:25:03 |
| 16 | somewhere in between. | 15:25:05 |
| 17 | Q  And what did Mr. Sullivan say when you | 15:25:07 |
| 18 | talked to him? | 15:25:11 |
| 19 | A  I don't recall. | 15:25:12 |
| 20 | Q  Earlier you testified that you didn't have | 15:25:13 |
| 21 | an independent recollection of talking to | 15:25:27 |
| 22 | Mr. Sullivan? | 15:25:28 |
| 23 | A  I did or I didn't? | 15:25:29 |
| 24 | Q  You did not, on October 3rd, 1995.  So do | 15:25:31 |

Transcript of Michael Cross
Conducted on October 16, 2020                                    210

| | | |
|---|---|---|
| 1 | you have an independent recollection now? | 15:25:36 |
| 2 |    A  Yes. | 15:25:38 |
| 3 |    Q  Earlier what you said was false; correct? | 15:25:40 |
| 4 |    MR. POLICK:  Objection to the form of the | 15:25:45 |
| 5 | question. | 15:25:48 |
| 6 |    Go ahead and answer. | 15:25:48 |
| 7 |    A  It was incorrect.  Again, I'm not trying | 15:25:49 |
| 8 | to lie to you or anything. | 15:25:53 |
| 9 |    Q  No, I'm just trying to see what you | 15:25:54 |
| 10 | remember and what you don't -- | 15:25:57 |
| 11 |    A  Okay. | 15:25:59 |
| 12 |    Q  -- that's really all. | 15:25:59 |
| 13 |    Other than stopping to talk to Detective | 15:26:00 |
| 14 | Sullivan, did you talk to anybody else on the pay | 15:26:03 |
| 15 | phone? | 15:26:07 |
| 16 |    A  I don't recall. | 15:26:08 |
| 17 |    Q  Did you stop and make a call to a process | 15:26:09 |
| 18 | server? | 15:26:15 |
| 19 |    A  No. | 15:26:15 |
| 20 |    Q  At the time that you left Reid & Associates, | 15:26:18 |
| 21 | you were aware that a process server was on his | 15:26:36 |
| 22 | way to Naperville Police Department to serve Bill | 15:26:41 |
| 23 | divorce papers; correct? | 15:26:45 |
| 24 |    A  No. | 15:26:47 |

Transcript of Michael Cross
Conducted on October 16, 2020                                211

| | | |
|---|---|---|
| 1 | Q  Do you not recall or do you dispute that? | 15:26:48 |
| 2 | A  I dispute that.  I didn't know. | 15:26:51 |
| 3 | Q  And you arrived at the Naperville Police | 15:26:54 |
| 4 | Department around 11:30; correct? | 15:27:06 |
| 5 | A  I'm not sure.  I don't recall. | 15:27:09 |
| 6 | Q  If you left Reid, and it was about an hour | 15:27:11 |
| 7 | drive, you would have gotten back 11:30; correct? | 15:27:16 |
| 8 | A  Approximately. | 15:27:21 |
| 9 | Q  When you arrived, you met with the process | 15:27:21 |
| 10 | server in the lobby of the Naperville Police | 15:27:24 |
| 11 | Department? | 15:27:28 |
| 12 | A  No. | 15:27:28 |
| 13 | Q  Well, when you got back to Naperville, | 15:27:29 |
| 14 | what occurred? | 15:27:31 |
| 15 | A  We went down to the investigations division. | 15:27:32 |
| 16 | Q  Who went down? | 15:27:36 |
| 17 | A  Me, Guerrieri, and Amor. | 15:27:37 |
| 18 | Q  And where did you take Mr. Amor? | 15:27:40 |
| 19 | A  To an interview room. | 15:27:44 |
| 20 | Q  There's testimony from the first trial | 15:27:46 |
| 21 | that the process server says you met him in the | 15:27:56 |
| 22 | lobby of the Naperville Police Department. | 15:27:59 |
| 23 | A  It was in the lobby of the investigations | 15:28:01 |
| 24 | division of the Naperville Police Department. | 15:28:04 |

Transcript of Michael Cross
Conducted on October 16, 2020                    212

| | | |
|---|---|---|
| 1 | Q  Okay.  Do you recall meeting him in the | 15:28:06 |
| 2 | lobby? | 15:28:09 |
| 3 | A  Of the investigations division? | 15:28:10 |
| 4 | Q  Yes. | 15:28:12 |
| 5 | A  Yes. | 15:28:13 |
| 6 | Q  And that was after you had taken Mr. Amor | 15:28:15 |
| 7 | to an investigation room; correct? | 15:28:19 |
| 8 | A  Correct. | 15:28:21 |
| 9 | Q  Around what time did you meet the process | 15:28:22 |
| 10 | server after you got back to Naperville Police | 15:28:50 |
| 11 | Department? | 15:28:52 |
| 12 | A  I don't recall. | 15:28:52 |
| 13 | Q  How long after was it from taking Bill to | 15:28:53 |
| 14 | the investigations room? | 15:28:58 |
| 15 | A  I don't recall. | 15:28:59 |
| 16 | Q  Was it more than 10 minutes, less than | 15:29:00 |
| 17 | 10 minutes? | 15:29:05 |
| 18 | A  I really don't recall. | 15:29:05 |
| 19 | Q  Was it more than 20 minutes? | 15:29:06 |
| 20 | A  I don't recall. | 15:29:08 |
| 21 | Q  When you met -- how did you know you | 15:29:09 |
| 22 | needed to meet the process server in the lobby of | 15:29:20 |
| 23 | Naperville Police Department? | 15:29:23 |
| 24 | A  Again, it was in the lobby of the | 15:29:24 |

Transcript of Michael Cross
Conducted on October 16, 2020                                213

| | | |
|---|---|---|
| 1 | investigations division downstairs at the police | 15:29:26 |
| 2 | department. | 15:29:29 |
| 3 | Q  So you met him downstairs at the police | 15:29:29 |
| 4 | department? | 15:29:31 |
| 5 | A  He came down.  Somebody brought him down. | 15:29:32 |
| 6 | I don't remember who. | 15:29:35 |
| 7 | Q  And did he walk into the investigations room? | 15:29:36 |
| 8 | A  He was -- | 15:29:44 |
| 9 | MR. POLICK:  Objection to the form of the | 15:29:45 |
| 10 | question. | 15:29:47 |
| 11 | But you can answer over the objection. | 15:29:48 |
| 12 | A  He was in the lobby. | 15:29:49 |
| 13 | Q  Well, how did you know he was in the lobby? | 15:29:50 |
| 14 | A  Somebody told me. | 15:29:54 |
| 15 | Q  Were you surprised to see the process server? | 15:29:55 |
| 16 | A  No. | 15:29:59 |
| 17 | Q  Why not? | 15:30:00 |
| 18 | A  Just wasn't surprised. | 15:30:01 |
| 19 | Q  Well, it's a little bit strange for a | 15:30:06 |
| 20 | process server to show up at a police department | 15:30:10 |
| 21 | at 11:30 at night, isn't it? | 15:30:13 |
| 22 | A  I had never had it happen before. | 15:30:15 |
| 23 | Q  So you weren't surprised? | 15:30:19 |
| 24 | A  No. | 15:30:20 |

Transcript of Michael Cross
Conducted on October 16, 2020                    214

| | | |
|---|---|---|
| 1 | Q  Even though it never happened before? | 15:30:20 |
| 2 | A  No, I wouldn't say I was surprised. | 15:30:22 |
| 3 | Q  Didn't it strike you as unusual? | 15:30:24 |
| 4 | MR. POLICK:  Objection to the form. | 15:30:27 |
| 5 | But you can go ahead. | 15:30:29 |
| 6 | A  It was unusual for me because I had never | 15:30:31 |
| 7 | had it happen to me before. | 15:30:34 |
| 8 | Q  And once you met the process server, you | 15:30:36 |
| 9 | told him that you were interviewing Bill about the | 15:30:43 |
| 10 | arson murder of Marianne Miceli; correct? | 15:30:48 |
| 11 | A  No. | 15:30:51 |
| 12 | Q  And you told him you were trying to get | 15:30:53 |
| 13 | Mr. Amor to confess; correct? | 15:30:59 |
| 14 | A  No. | 15:31:03 |
| 15 | Q  And you had actually contacted the process | 15:31:04 |
| 16 | server around 7:00 p.m. that evening to tell him | 15:31:09 |
| 17 | to serve the papers -- | 15:31:12 |
| 18 | A  No. | 15:31:13 |
| 19 | Q  -- on Mr. Amor for the divorce? | 15:31:14 |
| 20 | A  No. | 15:31:16 |
| 21 | Q  If I represented to you there's testimony | 15:31:17 |
| 22 | in the first trial from the process server that he | 15:31:27 |
| 23 | was, in fact, contacted at 7:00 p.m. to serve the | 15:31:30 |
| 24 | divorce papers on Mr. Amor by the Naperville | 15:31:35 |

Transcript of Michael Cross
Conducted on October 16, 2020                    215

| | | |
|---|---|---|
| 1 | Police Department, would you dispute that? | 15:31:38 |
| 2 | MR. POLICK:  Objection; calls for | 15:31:39 |
| 3 | speculation, no foundation. | 15:31:42 |
| 4 | Go ahead and answer. | 15:31:45 |
| 5 | THE WITNESS:  Please ask me again. | 15:31:46 |
| 6 | MS. GARCIA:  Would you read it back? | 15:32:11 |
| 7 | (Pending question read.) | 15:32:13 |
| 8 | MR. POLICK:  Same objections. | 15:32:13 |
| 9 | You can answer. | 15:32:14 |
| 10 | A  He wasn't contacted by me. | 15:32:15 |
| 11 | Q  Would you dispute that he was contacted by | 15:32:17 |
| 12 | someone in the Naperville Police Department? | 15:32:22 |
| 13 | A  I didn't say that. | 15:32:23 |
| 14 | MR. POLICK:  Object to the form of the | 15:32:24 |
| 15 | question. | 15:32:26 |
| 16 | Q  Would you or not? | 15:32:27 |
| 17 | MR. POLICK:  And speculation. | 15:32:28 |
| 18 | A  Pardon? | 15:32:31 |
| 19 | Q  So you wouldn't dispute that he was | 15:32:31 |
| 20 | contacted by the Naperville Police Department? | 15:32:33 |
| 21 | MR. POLICK:  Same -- | 15:32:35 |
| 22 | A  I don't know -- | 15:32:35 |
| 23 | MR. POLICK:  Hang on.  Let me get my | 15:32:36 |
| 24 | objection. | 15:32:37 |

Transcript of Michael Cross
Conducted on October 16, 2020                          216

| | | |
|---|---|---|
| 1 | THE WITNESS:  Sure. | 15:32:37 |
| 2 | MR. POLICK:  I'm going to object to the | 15:32:38 |
| 3 | form of the question and also lack of foundation | 15:32:39 |
| 4 | and calls for speculation. | 15:32:42 |
| 5 | But you can go ahead and answer, Mike. | 15:32:42 |
| 6 | THE WITNESS:  Please ask me again. | 15:32:46 |
| 7 | Q  You -- you wouldn't dispute that Naperville | 15:32:49 |
| 8 | Police Department contacted the process server? | 15:32:57 |
| 9 | MR. POLICK:  Objection to the form of the | 15:33:01 |
| 10 | question; misstates the witness' testimony. | 15:33:04 |
| 11 | You may go ahead and answer. | 15:33:07 |
| 12 | A  I don't know who contacted him. | 15:33:07 |
| 13 | Q  And you're aware -- strike that. | 15:33:09 |
| 14 | There's testimony in the first trial from | 15:33:22 |
| 15 | the process server that said when he met with you, | 15:33:25 |
| 16 | you told him that you were investigating Mr. Amor | 15:33:30 |
| 17 | for the arson murder of Marianne Miceli.  Do you | 15:33:35 |
| 18 | have reason to dispute that testimony? | 15:33:40 |
| 19 | A  Yes. | 15:33:43 |
| 20 | MR. POLICK:  He just did and it's been | 15:33:43 |
| 21 | asked and answered.  So -- | 15:33:45 |
| 22 | MS. GARCIA:  I was asking him about -- I | 15:33:45 |
| 23 | was asking about -- | 15:33:47 |
| 24 | MR. POLICK:  Let me finish -- | 15:33:47 |

Transcript of Michael Cross
Conducted on October 16, 2020                    217

| | | |
|---|---|---|
| 1 | MS. GARCIA:  -- being contacted -- | 15:33:47 |
| 2 | MR. POLICK:  -- my objection.  You just -- | 15:33:48 |
| 3 | you just asked him that question two minutes ago | 15:33:51 |
| 4 | and he disputed -- | 15:33:54 |
| 5 | MS. GARCIA:  I did not ask him that | 15:33:56 |
| 6 | question, for the record. | 15:33:57 |
| 7 | MR. POLICK:  He's already testified that | 15:33:57 |
| 8 | he disputed that. | 15:34:00 |
| 9 | MS. GARCIA:  He testified that he -- | 15:34:00 |
| 10 | MR. POLICK:  I'm going to -- | 15:34:02 |
| 11 | MS. GARCIA:  -- disputed being contacted. | 15:34:03 |
| 12 | MR. POLICK:  I don't think so.  But go | 15:34:05 |
| 13 | ahead and reask the question, but I'm asserting my | 15:34:05 |
| 14 | objection that it's been asked and answered, and | 15:34:07 |
| 15 | he's already disputed it. | 15:34:09 |
| 16 | But you can go ahead and answer the | 15:34:11 |
| 17 | question again. | 15:34:13 |
| 18 | THE WITNESS:  Please ask me again. | 15:34:14 |
| 19 | Q  There's testimony in the first trial from | 15:34:15 |
| 20 | the process server that when you met with him in | 15:34:19 |
| 21 | the lobby, you told him you were investigating | 15:34:22 |
| 22 | Bill Amor for the arson murder of his mother-in-law. | 15:34:26 |
| 23 | Do you dispute that? | 15:34:31 |
| 24 | A  I would -- yes, I would dispute that. | 15:34:32 |

Transcript of Michael Cross
Conducted on October 16, 2020                    218

| | | |
|---|---|---|
| 1 | Q   Okay.  And are you aware that the Judge in | 15:34:36 |
| 2 | Mr. Amor's 2018 retrial didn't believe your | 15:34:43 |
| 3 | testimony on this? | 15:34:47 |
| 4 | MR. POLICK:  Objection to the form of the | 15:34:48 |
| 5 | question.  Calls for speculation and no | 15:34:49 |
| 6 | foundation. | 15:34:52 |
| 7 | But go ahead and answer the question. | 15:34:53 |
| 8 | A   I have no idea. | 15:34:55 |
| 9 | Q   Well, do you have any thoughts about the fact | 15:34:56 |
| 10 | that the Judge didn't find that testimony believable? | 15:34:58 |
| 11 | MR. POLICK:  Objection to the form of the | 15:35:01 |
| 12 | question; misstates the record and calls for | 15:35:02 |
| 13 | speculation and lack of foundation. | 15:35:08 |
| 14 | You may answer over those objections. | 15:35:10 |
| 15 | A   I don't know that he didn't believe my | 15:35:13 |
| 16 | testimony.  I don't know that. | 15:35:15 |
| 17 | Q   And eventually, the process server served | 15:35:25 |
| 18 | divorce papers on Mr. Amor; correct? | 15:35:28 |
| 19 | A   Yes. | 15:35:30 |
| 20 | Q   And he served them in the interrogation | 15:35:30 |
| 21 | room; correct? | 15:35:33 |
| 22 | A   No. | 15:35:34 |
| 23 | Q   Well, Mr. Amor was in the interrogation | 15:35:34 |
| 24 | room when you met the process server; correct? | 15:35:36 |

Transcript of Michael Cross
Conducted on October 16, 2020                    219

| | | |
|---|---|---|
| 1 | A  No. | 15:35:39 |
| 2 | Q  You testified earlier that Mr. Amor was in | 15:35:39 |
| 3 | the interrogation room when you met the process | 15:35:43 |
| 4 | server. | 15:35:45 |
| 5 | A  I brought him out to the lobby to meet | 15:35:45 |
| 6 | with the process server.  The process server, as I | 15:35:49 |
| 7 | said before, had not gone into the interview room. | 15:35:51 |
| 8 | Nobody from the outside other than a police | 15:35:54 |
| 9 | officer would go into the interview room with me. | 15:35:56 |
| 10 | Q  Because if a process server went into an | 15:36:00 |
| 11 | interview room, that would be inappropriate; correct? | 15:36:04 |
| 12 | A  Yes. | 15:36:07 |
| 13 | Q  It would be counter to good policing | 15:36:07 |
| 14 | practices; correct? | 15:36:10 |
| 15 | A  Yes. | 15:36:10 |
| 16 | Q  It would potentially taint the | 15:36:11 |
| 17 | investigation into Mr. Amor; correct? | 15:36:13 |
| 18 | MR. POLICK:  Objection to the form of the | 15:36:14 |
| 19 | question; calls for speculation and calls for him | 15:36:16 |
| 20 | to give a legal opinion. | 15:36:20 |
| 21 | But go ahead and answer the question. | 15:36:22 |
| 22 | A  I don't understand your question. | 15:36:24 |
| 23 | Q  Would you find it appropriate if a process | 15:36:26 |
| 24 | server was brought into an interrogation or an | 15:36:31 |

Transcript of Michael Cross
Conducted on October 16, 2020                          220

| | | |
|---|---|---|
| 1 | interview with a suspect? | 15:36:33 |
| 2 | MR. POLICK:  Same objection as to the form | 15:36:34 |
| 3 | of the question; no foundation, calls for | 15:36:37 |
| 4 | speculation. | 15:36:39 |
| 5 | But go ahead and answer. | 15:36:39 |
| 6 | A  In my practice as a detective, mine and | 15:36:41 |
| 7 | mine alone, I would not let a process server come | 15:36:45 |
| 8 | into my interview room to serve papers. | 15:36:48 |
| 9 | Q  Why is that? | 15:36:51 |
| 10 | A  Because I wouldn't.  It's not proper. | 15:36:52 |
| 11 | Q  Why is it not proper? | 15:36:55 |
| 12 | A  It's just not proper. | 15:36:56 |
| 13 | Q  Is there a reason that you wouldn't do it | 15:36:59 |
| 14 | other than that's not proper? | 15:37:02 |
| 15 | A  I wouldn't do it.  I just wouldn't do it. | 15:37:03 |
| 16 | Q  How long did the process take between | 15:37:12 |
| 17 | getting to the Naperville Police Department, | 15:37:17 |
| 18 | taking Mr. Amor down into the lobby, taking him | 15:37:22 |
| 19 | into the interview room, leaving the interview | 15:37:26 |
| 20 | room to meet the process server, and having | 15:37:32 |
| 21 | Mr. Amor be served with divorce papers? | 15:37:34 |
| 22 | MR. POLICK:  Can we have that question | 15:37:34 |
| 23 | read back, please? | 15:38:00 |
| 24 | (Pending question read.) | 15:38:03 |

Transcript of Michael Cross
Conducted on October 16, 2020                    221

| | | |
|---|---|---|
| 1 | MR. POLICK:  You can answer. | 15:38:03 |
| 2 | A  I don't recall. | 15:38:05 |
| 3 | Q  Did it take more than 10 minutes? | 15:38:06 |
| 4 | A  I don't -- | 15:38:09 |
| 5 | MR. POLICK:  Calls for speculation. | 15:38:11 |
| 6 | Go ahead and answer. | 15:38:13 |
| 7 | A  (Continuing.)  I don't recall. | 15:38:14 |
| 8 | Q  Did it take less than two minutes? | 15:38:14 |
| 9 | A  I don't recall. | 15:38:16 |
| 10 | Q  Did it take more than 20 minutes? | 15:38:17 |
| 11 | A  I don't recall. | 15:38:19 |
| 12 | Q  Did it take less than one minute? | 15:38:20 |
| 13 | MR. POLICK:  Same objections; calls for | 15:38:26 |
| 14 | speculation. | 15:38:30 |
| 15 | Go ahead and answer again. | 15:38:30 |
| 16 | A  I don't recall. | 15:38:32 |
| 17 | MS. GARCIA:  I don't feel it calls for | 15:38:33 |
| 18 | speculation if I'm asking him about his recollection. | 15:38:37 |
| 19 | MR. POLICK:  Counsel, I'm just making my | 15:38:37 |
| 20 | objections for the record.  You don't need to | 15:38:39 |
| 21 | comment on my objections.  I've made my objection | 15:38:42 |
| 22 | pursuant to the rules of evidence.  You can go | 15:38:44 |
| 23 | ahead and ask your next question.  The witness has | 15:38:48 |
| 24 | answered the question; there's no debate here. | 15:38:51 |

Transcript of Michael Cross
Conducted on October 16, 2020                    222

| | | |
|---|---|---|
| 1 | Q  What was Mr. Amor's reaction after being | 15:38:53 |
| 2 | served? | 15:38:56 |
| 3 | A  He might have become a little quieter, a | 15:38:56 |
| 4 | little more reserved. | 15:39:02 |
| 5 | Q  And why do you say that? | 15:39:04 |
| 6 | A  Just as I recall. | 15:39:08 |
| 7 | Q  What about his demeanor makes you think | 15:39:13 |
| 8 | that he may have gotten quieter and more reserved? | 15:39:15 |
| 9 | A  Because he was always so talkative and | 15:39:19 |
| 10 | animated all the time, and he still remained | 15:39:21 |
| 11 | talkative, but he just was less talkative maybe. | 15:39:24 |
| 12 | Q  So it would be fair to say he was upset | 15:39:30 |
| 13 | after being served divorce papers? | 15:39:33 |
| 14 | MR. POLICK:  Objection; misstates the | 15:39:35 |
| 15 | witness' testimony. | 15:39:39 |
| 16 | You may answer over objection. | 15:39:40 |
| 17 | A  I didn't notice him being upset. | 15:39:43 |
| 18 | Q  Well, why did you think that he was less | 15:39:44 |
| 19 | talkative? | 15:39:46 |
| 20 | A  I don't know. | 15:39:48 |
| 21 | Q  Did you think it was because he had been | 15:39:48 |
| 22 | served with divorce papers? | 15:39:50 |
| 23 | A  Possibly, yes. | 15:39:52 |
| 24 | Q  What other reason would he have for being | 15:39:53 |

Transcript of Michael Cross
Conducted on October 16, 2020                           223

| | | |
|---|---|---|
| 1 | less talkative after being served the divorce | 15:39:56 |
| 2 | papers? | 15:39:58 |
| 3 |    A  Nothing.  No other reason. | 15:39:59 |
| 4 |    Q  And at some point before you continued the | 15:40:07 |
| 5 | interview with Mr. Amor, you met with Detective | 15:40:12 |
| 6 | Sullivan; correct? | 15:40:19 |
| 7 |    A  Would you repeat that, please? | 15:40:20 |
| 8 |    Q  Sure.  At some point before you continued | 15:40:23 |
| 9 | the interview with Mr. Amor, you met with | 15:40:25 |
| 10 | Detective Sullivan; correct? | 15:40:27 |
| 11 |      MR. POLICK:  Objection to the form. | 15:40:28 |
| 12 |      But go ahead and answer. | 15:40:30 |
| 13 |    A  I don't believe so. | 15:40:31 |
| 14 |    Q  You don't remember that you met with | 15:40:33 |
| 15 | Mr. Sullivan at the Naperville Police Department | 15:40:35 |
| 16 | on October 3rd, 1995? | 15:40:37 |
| 17 |    A  I don't recall. | 15:40:38 |
| 18 |    Q  And you read Mr. Amor his Miranda rights | 15:40:40 |
| 19 | prior to the process server serving him his | 15:41:07 |
| 20 | divorce papers; correct? | 15:41:10 |
| 21 |    A  Bob Guerrieri did. | 15:41:11 |
| 22 |    Q  Mr. Guerrieri read him his Miranda rights | 15:41:12 |
| 23 | prior to the process server serving him divorce | 15:41:18 |
| 24 | papers? | 15:41:22 |

Transcript of Michael Cross
Conducted on October 16, 2020                    224

| | | |
|---|---|---|
| 1 | A  I believe that's correct. | 15:41:22 |
| 2 | Q  And did Mr. Amor indicate that he understood | 15:41:25 |
| 3 | the Miranda rights? | 15:41:33 |
| 4 | A  Yes. | 15:41:35 |
| 5 | Q  What were the indications that he understood | 15:41:36 |
| 6 | his Miranda rights? | 15:41:40 |
| 7 | A  He said he did. | 15:41:42 |
| 8 | Q  If Mr. Amor had been read his Miranda | 15:41:43 |
| 9 | rights prior to being served the divorce papers, | 15:42:01 |
| 10 | wouldn't that mean that he left the interview room | 15:42:08 |
| 11 | after being read his Miranda rights? | 15:42:11 |
| 12 | A  I don't know.  I don't believe so. | 15:42:15 |
| 13 | Q  But he had to leave the interview room to | 15:42:18 |
| 14 | be served the divorce papers; correct? | 15:42:22 |
| 15 | A  Correct. | 15:42:24 |
| 16 | Q  And when Mr. Amor went back into the | 15:42:25 |
| 17 | interview room, he wasn't reread his Miranda | 15:42:34 |
| 18 | rights; correct? | 15:42:37 |
| 19 | A  Correct. | 15:42:37 |
| 20 | Q  Can you describe the interrogation room | 15:42:39 |
| 21 | you had Mr. Amor in? | 15:42:43 |
| 22 | A  I would say it's approximately 12 by 12. | 15:42:44 |
| 23 | Q  Okay. | 15:42:52 |
| 24 | A  It has ceiling lighting; it has a table | 15:42:53 |

Transcript of Michael Cross
Conducted on October 16, 2020                     225

| | | |
|---|---|---|
| 1 | and several chairs.  And that's about it. | 15:42:59 |
| 2 | Q   Okay.  Had Mr. Amor been in this interview | 15:43:09 |
| 3 | room before -- or interrogation room, rather? | 15:43:19 |
| 4 | A   No. | 15:43:21 |
| 5 | Q   And what happened after Mr. Amor had been | 15:43:24 |
| 6 | read his Miranda rights and had had papers served | 15:43:36 |
| 7 | on him? | 15:43:41 |
| 8 | A   He was questioned again. | 15:43:41 |
| 9 | Q   And what was he questioned on? | 15:43:45 |
| 10 | A   About the case. | 15:43:48 |
| 11 | Q   What specifically did you ask him? | 15:43:50 |
| 12 | A   I don't remember specifically. | 15:43:52 |
| 13 | Q   What generally did you ask him? | 15:43:54 |
| 14 | A   Questions about the case. | 15:43:56 |
| 15 | Q   What questions did you have remaining | 15:43:59 |
| 16 | about the case at that point? | 15:44:07 |
| 17 | A   It was more going over what was already said. | 15:44:08 |
| 18 | Q   And what did he say in response? | 15:44:16 |
| 19 | A   I don't remember all he said. | 15:44:18 |
| 20 | Q   Did he tell you the same story he had told | 15:44:21 |
| 21 | you before? | 15:44:29 |
| 22 | A   Yes.  Pretty much the same story. | 15:44:29 |
| 23 | Q   And what happened after that? | 15:44:35 |
| 24 | A   That was probably when I got up and yelled | 15:44:41 |

Transcript of Michael Cross
Conducted on October 16, 2020                                   226

| | | |
|---|---|---|
| 1 | at him and said he wasn't telling me the truth. | 15:44:51 |
| 2 | Q  And why did you get up and yell at him? | 15:44:54 |
| 3 | A  Because he wasn't telling me the truth, | 15:44:57 |
| 4 | and it was an attempt to see if he would start | 15:45:01 |
| 5 | telling us the truth. | 15:45:04 |
| 6 | Q  And was that a technique that you learned | 15:45:05 |
| 7 | from Reid & Associates? | 15:45:07 |
| 8 | A  Partially, yes. | 15:45:08 |
| 9 | Q  So it was a technique that was partially | 15:45:10 |
| 10 | learned from your training at Reid & Associates? | 15:45:13 |
| 11 | A  Yes.  The training was that you don't | 15:45:17 |
| 12 | allow the suspect to keep lying to you. | 15:45:20 |
| 13 | Q  Were you angry at Mr. Amor? | 15:45:24 |
| 14 | A  No. | 15:45:26 |
| 15 | Q  Were you frustrated? | 15:45:27 |
| 16 | A  No. | 15:45:28 |
| 17 | Q  And you confronted him and told him you | 15:45:30 |
| 18 | didn't believe he was telling you the truth? | 15:45:36 |
| 19 | A  Correct. | 15:45:39 |
| 20 | Q  And you yelled that? | 15:45:40 |
| 21 | A  Yes. | 15:45:41 |
| 22 | Q  How loud? | 15:45:42 |
| 23 | A  A medium loud voice.  I didn't scream at | 15:45:43 |
| 24 | him.  I just raised my voice. | 15:45:48 |

Transcript of Michael Cross
Conducted on October 16, 2020                    227

| | | |
|---|---|---|
| 1 | Q  Can you demonstrate for us? | 15:45:50 |
| 2 | A  I don't believe you're telling me the truth. | 15:45:52 |
| 3 | Q  And when you yelled at him, did you also | 15:45:56 |
| 4 | stand up at the same time? | 15:45:59 |
| 5 | A  Yes. | 15:45:59 |
| 6 | Q  Did you gesticulate in any way? | 15:46:00 |
| 7 | A  No. | 15:46:03 |
| 8 | Q  Did you slam your hands on the table? | 15:46:04 |
| 9 | A  No. | 15:46:06 |
| 10 | Q  Did you kick the chair back? | 15:46:08 |
| 11 | A  No. | 15:46:11 |
| 12 | Q  After you confronted him, what did you | 15:46:11 |
| 13 | do next? | 15:46:14 |
| 14 | A  I left the room. | 15:46:14 |
| 15 | Q  And how long were you outside of the room? | 15:46:15 |
| 16 | A  A couple minutes. | 15:46:17 |
| 17 | Q  And what were you doing outside of the room? | 15:46:19 |
| 18 | A  Got a cup of coffee. | 15:46:21 |
| 19 | Q  Did you speak with any other detective | 15:46:23 |
| 20 | when you left? | 15:46:25 |
| 21 | A  No. | 15:46:26 |
| 22 | Q  After you left the room, was Detective | 15:46:29 |
| 23 | Guerrieri still in the room? | 15:46:46 |
| 24 | A  Yes. | 15:46:48 |

Transcript of Michael Cross
Conducted on October 16, 2020                    228

| | | |
|---|---|---|
| 1 | Q   After you got your cup of coffee, what did | 15:46:49 |
| 2 | you do then? | 15:46:59 |
| 3 | A   Went back. | 15:47:00 |
| 4 | Q   And what happened once you were back? | 15:47:01 |
| 5 | A   Detective Guerrieri was speaking to | 15:47:03 |
| 6 | Mr. Amor, and Mr. Amor was making some admissions. | 15:47:08 |
| 7 | Q   What admissions was Mr. Amor making? | 15:47:19 |
| 8 | A   He was making admissions that he started | 15:47:25 |
| 9 | the fire. | 15:47:27 |
| 10 | Q   And do you have an independent recollection | 15:47:28 |
| 11 | of him making admissions? | 15:47:31 |
| 12 | A   Yes. | 15:47:32 |
| 13 | Q   Earlier you testified that you did not | 15:47:33 |
| 14 | have an independent recollection of Mr. Amor's | 15:47:37 |
| 15 | confession on October 3rd, 1995. | 15:47:40 |
| 16 | A   At that point when you asked me, no.  At | 15:47:42 |
| 17 | this particular point I remember that happening. | 15:47:46 |
| 18 | Q   And why do you remember now? | 15:47:47 |
| 19 | A   Because it was a different time frame. | 15:47:49 |
| 20 | Q   How is it a different time frame? | 15:47:52 |
| 21 | A   There was other times where he was -- was | 15:47:55 |
| 22 | not being truthful, not cooperating, and now he was. | 15:47:58 |
| 23 | Q   That wasn't quite my question.  So earlier | 15:48:02 |
| 24 | in the deposition I asked if you had an independent | 15:48:05 |

Transcript of Michael Cross
Conducted on October 16, 2020                      229

| | | |
|---|---|---|
| 1 | recollection of Mr. Amor's confession October 3rd, | 15:48:08 |
| 2 | 1995, and you answered no. | 15:48:13 |
| 3 | A  I believe that was in a different context. | 15:48:15 |
| 4 | It wasn't in the context of being back at the police | 15:48:18 |
| 5 | department in an interview room with Detective | 15:48:22 |
| 6 | Guerrieri and myself at that particular time. | 15:48:26 |
| 7 | Q  Well, was there another time on October 3rd, | 15:48:29 |
| 8 | 1995, when Mr. Amor confessed? | 15:48:32 |
| 9 | A  No. | 15:48:37 |
| 10 | Q  So there would only have been this | 15:48:38 |
| 11 | confession time; correct? | 15:48:41 |
| 12 | A  Correct. | 15:48:42 |
| 13 | Q  So I'm referring to exact same events that | 15:48:43 |
| 14 | I'm asking about now which I asked about earlier | 15:48:47 |
| 15 | in the deposition. | 15:48:50 |
| 16 | A  All right.  I didn't realize that.  I | 15:48:52 |
| 17 | thought you were talking earlier in the deposition | 15:48:55 |
| 18 | about any other occasions.  You weren't specifically | 15:48:58 |
| 19 | talking about -- at least I didn't believe you | 15:49:02 |
| 20 | were specifically talking about this part. | 15:49:05 |
| 21 | Q  Okay.  Well, I specifically asked if on | 15:49:08 |
| 22 | October 3rd, 1995, you had an independent | 15:49:10 |
| 23 | recollection of Mr. Amor's confession, and you | 15:49:15 |
| 24 | said you did not.  So are you now saying that you do? | 15:49:20 |

Transcript of Michael Cross
Conducted on October 16, 2020                    230

| | | |
|---|---|---|
| 1 | A  I'm not going to argue with you, ma'am. | 15:49:22 |
| 2 | Q  Do you or do you not?  I just need to know. | 15:49:24 |
| 3 | A  Do I remember what? | 15:49:27 |
| 4 | Q  Do you have an independent recollection of | 15:49:29 |
| 5 | Mr. Amor's confession on October 3rd, 1995? | 15:49:31 |
| 6 | A  At that point, yes. | 15:49:36 |
| 7 | Q  At what point, yes? | 15:49:38 |
| 8 | A  At the point that I came back in and | 15:49:40 |
| 9 | talked to -- and Bob Guerrieri was talking to him. | 15:49:42 |
| 10 | Q  So at what point do you not have an | 15:49:46 |
| 11 | independent recollection? | 15:49:52 |
| 12 | A  Like I said, I'm not going to argue with | 15:49:53 |
| 13 | you.  I don't know. | 15:49:55 |
| 14 | Q  I'm not arguing.  I'm just trying to | 15:49:56 |
| 15 | figure out -- | 15:49:58 |
| 16 | A  Well, you seem to be. | 15:49:59 |
| 17 | Q  -- where your independent recollection is. | 15:50:00 |
| 18 | A  I -- I don't know. | 15:50:02 |
| 19 | Q  And do you have an independent recollection | 15:50:04 |
| 20 | of Mr. Amor signing a written statement as to his | 15:50:15 |
| 21 | confession? | 15:50:23 |
| 22 | A  Yes. | 15:50:24 |
| 23 | Q  Do you have an independent recollection of | 15:50:24 |
| 24 | Mr. Amor reading that written statement into a | 15:50:26 |

Transcript of Michael Cross
Conducted on October 16, 2020                        231

| | | |
|---|---|---|
| 1 | tape recorder? | 15:50:31 |
| 2 | A  Yes. | 15:50:32 |
| 3 | Q  Do you have an independent recollection of | 15:50:33 |
| 4 | Mr. Nigohosian coming to take Mr. Amor's testimony? | 15:50:39 |
| 5 | A  Yes. | 15:50:42 |
| 6 | Q  Earlier in the deposition I asked you if you | 15:50:43 |
| 7 | had an independent recollection of Mr. Nigohosian | 15:50:46 |
| 8 | coming to take Mr. Amor's testimony, and you said no. | 15:50:49 |
| 9 | A  I don't recall that.  I -- you know, I | 15:50:53 |
| 10 | don't know. | 15:50:57 |
| 11 | MR. POLICK:  I believe that misstates the | 15:50:57 |
| 12 | witness' testimony. | 15:50:58 |
| 13 | But go ahead and answer, Mike. | 15:50:59 |
| 14 | THE WITNESS:  What did you say, Joe? | 15:51:01 |
| 15 | MR. POLICK:  I'm just objecting.  I | 15:51:02 |
| 16 | believe that question misstates your testimony. | 15:51:04 |
| 17 | But go ahead and answer. | 15:51:06 |
| 18 | THE WITNESS:  Yeah.  Could you ask me again? | 15:51:07 |
| 19 | MS. GARCIA:  We can move on, actually. | 15:51:14 |
| 20 | Q  So you do have an independent recollection | 15:51:15 |
| 21 | of Mr. Nigohosian taking Mr. Amor's statement; | 15:51:17 |
| 22 | correct? | 15:51:24 |
| 23 | A  Correct. | 15:51:24 |
| 24 | Q  And you said that one -- the reason you | 15:51:25 |

Transcript of Michael Cross
Conducted on October 16, 2020                    232

| | | |
|---|---|---|
| 1 | stood up and yelled is because you were employing | 15:51:44 |
| 2 | a technique against Mr. Amor; correct? | 15:51:48 |
| 3 | A  Yes. | 15:51:50 |
| 4 | Q  You were confronting him?  You were -- | 15:51:51 |
| 5 | sorry -- yes? | 15:51:55 |
| 6 | A  Yes. | 15:51:58 |
| 7 | Q  You were making it so that he couldn't | 15:51:58 |
| 8 | keep on telling a story you thought was not true? | 15:52:00 |
| 9 | A  Correct. | 15:52:04 |
| 10 | Q  Because you believed that Mr. Amor had set | 15:52:04 |
| 11 | the fire intentionally; correct? | 15:52:08 |
| 12 | A  Yes. | 15:52:10 |
| 13 | Q  And you believed that he had set the fire | 15:52:11 |
| 14 | by dropping a lit cigarette onto the soaked vodka; | 15:52:14 |
| 15 | correct? | 15:52:21 |
| 16 | A  No. | 15:52:21 |
| 17 | Q  Well, Mr. Amor had said that he had | 15:52:22 |
| 18 | dropped potentially a lit cigarette onto the | 15:52:30 |
| 19 | newspaper-soaked vodka; correct? | 15:52:35 |
| 20 | A  Yes. | 15:52:39 |
| 21 | MR. POLICK:  Objection to the form but the | 15:52:40 |
| 22 | answer can stand. | 15:52:41 |
| 23 | Q  And that's not how you believed he had set | 15:52:43 |
| 24 | the fire? | 15:52:45 |

Transcript of Michael Cross
Conducted on October 16, 2020                    233

| | | |
|---|---|---|
| 1 | A  No. | 15:52:45 |
| 2 | Q  Is that because you knew that a cigarette | 15:52:46 |
| 3 | dropped on a newspaper-soaked vodka couldn't | 15:52:49 |
| 4 | actually start a fire? | 15:52:52 |
| 5 | A  At the time I didn't believe it could. | 15:52:53 |
| 6 | Q  You didn't believe a cigarette falling on | 15:52:56 |
| 7 | a vodka-soaked newspaper could start a fire at | 15:52:59 |
| 8 | the time? | 15:53:02 |
| 9 | A  I did not believe that. | 15:53:02 |
| 10 | Q  Okay.  And so after Mr. Amor starts making | 15:53:05 |
| 11 | admissions, what exactly did he say? | 15:53:11 |
| 12 | A  Say that again, please. | 15:53:17 |
| 13 | Q  Yes.  You said earlier Mr. Amor began | 15:53:19 |
| 14 | making admissions to Mr. Guerrieri when you came | 15:53:22 |
| 15 | back into the room; right? | 15:53:26 |
| 16 | A  Yes. | 15:53:27 |
| 17 | Q  And what admissions did he make? | 15:53:28 |
| 18 | A  He was admitting to starting the fire and | 15:53:29 |
| 19 | intending to do it for monetary gain.  They needed | 15:53:34 |
| 20 | new furniture; they wanted a new TV; he didn't | 15:53:42 |
| 21 | believe that anybody would be harmed or he didn't | 15:53:46 |
| 22 | intend to harm anybody. | 15:53:49 |
| 23 | Q  He said he didn't intend to harm anybody; | 15:53:53 |
| 24 | correct? | 15:53:56 |

Transcript of Michael Cross
Conducted on October 16, 2020                                    234

| | | |
|---|---|---|
| 1 | A  Yes. | 15:53:56 |
| 2 | Q  What did he -- how did he explain how the | 15:54:00 |
| 3 | fire had started? | 15:54:04 |
| 4 | A  He said he spilled vodka and dropped a | 15:54:05 |
| 5 | cigarette in it. | 15:54:09 |
| 6 | Q  And you said you didn't believe that the | 15:54:10 |
| 7 | fire could have been started prior to that moment | 15:54:13 |
| 8 | by dropping a cigarette on newspaper-soaked vodka; | 15:54:16 |
| 9 | correct? | 15:54:21 |
| 10 | A  Correct. | 15:54:22 |
| 11 | MR. POLICK:  Object to the form of the | 15:54:22 |
| 12 | question -- | 15:54:24 |
| 13 | Q  Why did you believe -- | 15:54:24 |
| 14 | MR. POLICK:  -- but you may answer. | 15:54:25 |
| 15 | Q  Did you believe then Mr. Amor's statement | 15:54:26 |
| 16 | then as to how the fire started? | 15:54:28 |
| 17 | A  No.  I believed he was minimizing. | 15:54:30 |
| 18 | Q  If you believed he was minimizing, why did | 15:54:33 |
| 19 | you not confront him more? | 15:54:41 |
| 20 | A  I probably did. | 15:54:43 |
| 21 | Q  And what did he say? | 15:54:45 |
| 22 | A  He continued to tell the same story until | 15:54:46 |
| 23 | I left the room and Guerrieri stayed in the room, | 15:54:52 |
| 24 | and then he made admissions. | 15:54:59 |

Transcript of Michael Cross
Conducted on October 16, 2020                    235

| | | |
|---|---|---|
| 1 | Q  I'm asking you if you kept on confronting | 15:55:00 |
| 2 | after he had already made admissions. | 15:55:03 |
| 3 | A  I don't believe so. | 15:55:06 |
| 4 | Q  You said you felt that he was minimizing | 15:55:07 |
| 5 | the way that the fire was started; correct? | 15:55:09 |
| 6 | A  Yes. | 15:55:11 |
| 7 | Q  So why didn't you keep on confronting him | 15:55:12 |
| 8 | as had been your technique before as to what the | 15:55:16 |
| 9 | real story was if you thought he was minimizing? | 15:55:19 |
| 10 | A  I -- I don't know. | 15:55:22 |
| 11 | Q  Doesn't that go counter to the technique | 15:55:24 |
| 12 | you had been employing before? | 15:55:29 |
| 13 | MR. POLICK:  Objection to the form of the | 15:55:30 |
| 14 | question. | 15:55:32 |
| 15 | But you may answer. | 15:55:33 |
| 16 | A  I don't know. | 15:55:34 |
| 17 | Q  Doesn't it run counter to a technique of | 15:55:35 |
| 18 | confronting someone if they're giving you a story | 15:55:38 |
| 19 | you don't believe is true? | 15:55:41 |
| 20 | MR. POLICK:  Same objection to the form. | 15:55:43 |
| 21 | You may answer. | 15:55:46 |
| 22 | A  I was glad that we had an admission.  Why | 15:55:46 |
| 23 | I didn't go forward with asking further or | 15:55:49 |
| 24 | confronting him with lies again, I don't know. | 15:55:51 |

Transcript of Michael Cross
Conducted on October 16, 2020                              236

```
 1   Maybe because I didn't feel that he would ultimately        15:55:54

 2   tell me the entire truth.                                   15:55:58

 3      Q  So you were okay with him -- strike that.             15:55:59

 4         He later wrote down a written statement of            15:56:05

 5   his admissions; correct?                                    15:56:09

 6      A  Yes.                                                  15:56:10

 7      Q  He told substantially the same story?                15:56:11

 8      A  Yes.                                                  15:56:14

 9      Q  And you're okay with him writing down an             15:56:14

10   admission that you knew or believed not to                  15:56:17

11   actually be true?                                           15:56:19

12         MR. POLICK:  Objection to the form of the            15:56:20

13   question.                                                   15:56:22

14         You can answer over the objection.                   15:56:22

15      A  I wouldn't say that, no.                             15:56:23

16      Q  Then why did you let him write down a                15:56:26

17   statement that you believed not to be true?                 15:56:30

18         MR. POLICK:  Objection to the form of the            15:56:34

19   question.                                                   15:56:35

20         Again, you may answer over that objection.           15:56:35

21      A  At this point I'm totally lost at what               15:56:39

22   you're asking.  It's one of these things that my            15:56:43

23   mind is shutting down, I think.  I get to this              15:56:47

24   point where because of my medical and psychological         15:56:52
```

Transcript of Michael Cross
Conducted on October 16, 2020                    237

| | | |
|---|---|---|
| 1 | condition that I just shut down. | 15:57:00 |
| 2 | MR. POLICK:  Do you need to break, Mike? | 15:57:05 |
| 3 | THE WITNESS:  I don't know if it would do | 15:57:09 |
| 4 | any good, Joe. | 15:57:11 |
| 5 | MR. POLICK:  Do you want to take a break | 15:57:12 |
| 6 | and see if that helps? | 15:57:14 |
| 7 | THE WITNESS:  I guess I could.  I just | 15:57:15 |
| 8 | don't want to drag this on and drag it out. | 15:57:17 |
| 9 | MR. POLICK:  It's not dragging on. | 15:57:20 |
| 10 | Ms. Garcia has the amount of time that she has to | 15:57:23 |
| 11 | do that, and she's entitled to that time.  So if | 15:57:26 |
| 12 | you're feeling that you need to take a break | 15:57:29 |
| 13 | because you're becoming overwhelmed like you did | 15:57:32 |
| 14 | earlier, then I suggest we take a break and we | 15:57:35 |
| 15 | come back and do that, but she's entitled to the | 15:57:38 |
| 16 | time that she has here. | 15:57:41 |
| 17 | THE WITNESS:  Let's just keep going. | 15:57:43 |
| 18 | BY MS. GARCIA: | 15:57:46 |
| 19 | Q   Okay.  I'm going to back up a little bit. | 15:57:57 |
| 20 | So Mr. Amor makes a statement to you that | 15:57:59 |
| 21 | he started the fire by dropping a cigarette on | 15:58:04 |
| 22 | newspaper-soaked vodka; correct? | 15:58:10 |
| 23 | MR. POLICK:  Object to the form of the | 15:58:13 |
| 24 | question. | 15:58:14 |

Transcript of Michael Cross
Conducted on October 16, 2020                    238

| | | |
|---|---|---|
| 1 | But you can go ahead and answer. | 15:58:15 |
| 2 | A  Yes. | 15:58:16 |
| 3 | Q  And previously you testified you didn't | 15:58:19 |
| 4 | believe that dropping a newspaper on -- my | 15:58:24 |
| 5 | apologies -- dropping a cigarette on a newspaper | 15:58:29 |
| 6 | soaked with vodka could start a fire; correct? | 15:58:34 |
| 7 | A  Correct. | 15:58:37 |
| 8 | Q  And after he confessed, you still didn't | 15:58:37 |
| 9 | believe that dropping a cigarette on newspaper-soaked | 15:58:40 |
| 10 | vodka could start a fire; correct? | 15:58:43 |
| 11 | A  Correct. | 15:58:44 |
| 12 | MR. POLICK:  Again, objection to the form | 15:58:44 |
| 13 | but the answer can stand. | 15:58:46 |
| 14 | Q  And you testified you felt he was | 15:58:46 |
| 15 | minimizing his answer -- his answer for why the | 15:58:48 |
| 16 | fire had started; correct? | 15:58:52 |
| 17 | A  Correct. | 15:58:54 |
| 18 | Q  And yet you didn't ask him any follow-up | 15:58:54 |
| 19 | questions to try and elicit what would have been a | 15:58:57 |
| 20 | believable cause of the fire? | 15:59:02 |
| 21 | MR. POLICK:  Objection to the form of the | 15:59:05 |
| 22 | question. | 15:59:08 |
| 23 | You may answer over the objection. | 15:59:08 |
| 24 | A  I don't believe so. | 15:59:10 |

Transcript of Michael Cross
Conducted on October 16, 2020                    239

| | | |
|---|---|---|
| 1 | Q  Did you ask any questions to try and | 15:59:10 |
| 2 | elicit what would have been a believable reason | 15:59:13 |
| 3 | for the fire to have been started? | 15:59:16 |
| 4 | MR. POLICK:  Objection to the form of the | 15:59:18 |
| 5 | question. | 15:59:20 |
| 6 | You may answer over the objection. | 15:59:21 |
| 7 | A  I don't recall. | 15:59:22 |
| 8 | Q  You don't recall or you did not? | 15:59:23 |
| 9 | MR. POLICK:  That's been asked and answered. | 15:59:26 |
| 10 | A  I don't recall. | 15:59:28 |
| 11 | Q  So you might have asked more questions | 15:59:30 |
| 12 | after his admission? | 15:59:33 |
| 13 | MR. POLICK:  Objection; calls for | 15:59:34 |
| 14 | speculation. | 15:59:36 |
| 15 | But go ahead and answer. | 15:59:36 |
| 16 | A  I don't remember. | 15:59:41 |
| 17 | Q  And did you eventually ask Mr. Amor why he | 15:59:43 |
| 18 | did what he did? | 16:00:02 |
| 19 | A  You mean as far as setting the fire? | 16:00:05 |
| 20 | Q  Yes. | 16:00:08 |
| 21 | A  Yes. | 16:00:09 |
| 22 | Q  What did he say? | 16:00:09 |
| 23 | A  He said they needed new furniture, he had | 16:00:10 |
| 24 | a bill to pay, and he thought he could get some | 16:00:16 |

Transcript of Michael Cross
Conducted on October 16, 2020                    240

| | | |
|---|---|---|
| 1 | money for the bill that he had to pay and they | 16:00:20 |
| 2 | could get maybe a new place to live in. | 16:00:24 |
| 3 |    Q  Did he say there was any other reason? | 16:00:28 |
| 4 |    A  I don't recall. | 16:00:29 |
| 5 |    Q  And when the cigarette fell on the | 16:00:31 |
| 6 | newspapers soaked in vodka, did Mr. Amor indicate | 16:00:48 |
| 7 | that he saw flames? | 16:00:52 |
| 8 |    MR. POLICK:  Objection to the form of the | 16:00:54 |
| 9 | question. | 16:00:55 |
| 10 |    But you may answer. | 16:00:58 |
| 11 |    A  He said he heard sizzling and saw some | 16:01:00 |
| 12 | smoke.  I don't recall him saying that he saw | 16:01:03 |
| 13 | flames. | 16:01:07 |
| 14 |    Q  After Mr. Amor told you why he started the | 16:01:10 |
| 15 | fire, what happened next? | 16:01:34 |
| 16 |    A  I don't recall. | 16:01:38 |
| 17 |    Q  Did he -- and around what time did he make | 16:01:46 |
| 18 | the admission that he started the fire? | 16:01:56 |
| 19 |    A  I don't recall. | 16:01:57 |
| 20 |    Q  Do you recall whether or not he made a | 16:01:58 |
| 21 | written statement after he gave his verbal | 16:02:07 |
| 22 | admissions? | 16:02:13 |
| 23 |    A  Yes. | 16:02:13 |
| 24 |    Q  Do you recall what time he gave his | 16:02:14 |

Transcript of Michael Cross
Conducted on October 16, 2020                    241

| | | |
|---|---|---|
| 1 | written statement? | 16:02:16 |
| 2 | A  No. | 16:02:17 |
| 3 | Q  Do you recall how long it took him to give | 16:02:18 |
| 4 | a written statement? | 16:02:24 |
| 5 | A  It was less than an hour. | 16:02:26 |
| 6 | Q  Were you and Detective Guerrieri still | 16:02:28 |
| 7 | both in the room with him when he gave his written | 16:02:31 |
| 8 | statement? | 16:02:34 |
| 9 | A  Guerrieri was there.  I believe I went to | 16:02:34 |
| 10 | call Nigohosian, the State's Attorney. | 16:02:37 |
| 11 | Q  Around what time did you call Mr. Nigohosian? | 16:02:41 |
| 12 | A  I don't recall. | 16:02:44 |
| 13 | Q  What did you tell Mr. Nigohosian when you | 16:02:45 |
| 14 | called him? | 16:02:48 |
| 15 | A  That we had a suspect in an arson fire | 16:02:48 |
| 16 | measure -- or arson fire where somebody had died | 16:02:54 |
| 17 | and that we were questioning him. | 16:02:59 |
| 18 | Q  And prior to Mr. Nigohosian arriving at | 16:03:03 |
| 19 | Naperville Police Department, you had Mr. Amor | 16:03:07 |
| 20 | read his written confession into a tape recorder; | 16:03:11 |
| 21 | correct? | 16:03:16 |
| 22 | A  Yes. | 16:03:16 |
| 23 | Q  Why did you have him do that? | 16:03:18 |
| 24 | A  So that we would have a verbal documentation | 16:03:20 |

Transcript of Michael Cross
Conducted on October 16, 2020                    242

| | | |
|---|---|---|
| 1 | of the confession. | 16:03:24 |
| 2 | Q  And did you have access to a tape recorder | 16:03:26 |
| 3 | the entire time you were at Naperville Police | 16:03:29 |
| 4 | Department? | 16:03:31 |
| 5 | A  Yes. | 16:03:31 |
| 6 | Q  Why did you not use a tape recorder earlier | 16:03:32 |
| 7 | in the interrogation? | 16:03:35 |
| 8 | A  Just didn't. | 16:03:36 |
| 9 | Q  Was there a practice against using the | 16:03:37 |
| 10 | tape recorder? | 16:03:42 |
| 11 | A  No.  The practice that became where he | 16:03:43 |
| 12 | recorded the entire interview came later than 1995. | 16:03:45 |
| 13 | Q  You could have if you wanted to; correct? | 16:03:54 |
| 14 | A  Sure. | 16:04:00 |
| 15 | Q  And you decided not to? | 16:04:01 |
| 16 | A  What was your question? | 16:04:05 |
| 17 | Q  You decided not to use a tape recorder? | 16:04:27 |
| 18 | A  I just didn't use a tape recorder. | 16:04:31 |
| 19 | Q  And what happened after Mr. Amor gave his | 16:04:35 |
| 20 | statement into the tape recorder? | 16:04:53 |
| 21 | A  I don't recall. | 16:04:56 |
| 22 | Q  How long between giving a statement to the | 16:05:03 |
| 23 | tape recorder and Mr. Nigohosian arriving at | 16:05:08 |
| 24 | Naperville Police Department was it? | 16:05:10 |

Transcript of Michael Cross
Conducted on October 16, 2020                          243

| | |
|---|---|
| 1 | A   Between a half hour and an hour. | 16:05:14 |
| 2 | Q   And what time did Mr. Nigohosian arrive at | 16:05:18 |
| 3 | the Naperville Police Department? | 16:05:23 |
| 4 | A   I don't recall. | 16:05:23 |
| 5 | Q   What happened after Mr. Nigohosian arrived | 16:05:24 |
| 6 | at the Naperville Police Department? | 16:05:27 |
| 7 | A   I explained to him what was going on, and | 16:05:28 |
| 8 | he asked to talk to Amor. | 16:05:35 |
| 9 | Q   Okay.  Did you tell him that Mr. Amor had | 16:05:38 |
| 10 | confessed to starting -- or intending to start a | 16:05:42 |
| 11 | fire by dropping a cigarette onto vodka-soaked | 16:05:48 |
| 12 | newspapers? | 16:05:55 |
| 13 | A   I told him -- | 16:05:56 |
| 14 | MR. POLICK:  Objection to the form. | 16:05:57 |
| 15 | I'm sorry; go ahead. | 16:06:00 |
| 16 | A   I told him what Bill Amor had said to | 16:06:02 |
| 17 | me, yes. | 16:06:05 |
| 18 | Q   Did you tell him that you didn't believe | 16:06:05 |
| 19 | that a fire could start by dropping a cigarette | 16:06:08 |
| 20 | onto vodka-soaked newspaper? | 16:06:12 |
| 21 | A   I don't recall. | 16:06:15 |
| 22 | Q   How long did you talk to Mr. Nigohosian | 16:06:16 |
| 23 | once he got to Naperville Police Department? | 16:06:18 |
| 24 | A   I would say between a half hour and | 16:06:20 |

Transcript of Michael Cross
Conducted on October 16, 2020                244

| | | |
|---|---|---|
| 1 | 45 minutes. | 16:06:24 |
| 2 | Q  And where was Mr. Amor during this? | 16:06:25 |
| 3 | A  In the same interview room. | 16:06:28 |
| 4 | Q  Who was with Mr. Amor? | 16:06:30 |
| 5 | A  Guerrieri. | 16:06:32 |
| 6 | Q  And around what time did Mr. Nigohosian | 16:06:35 |
| 7 | talk to Mr. Amor in the interview room? | 16:06:44 |
| 8 | A  I don't recall. | 16:06:48 |
| 9 | Q  And how long did he speak to Mr. Amor for? | 16:06:49 |
| 10 | A  I don't recall. | 16:06:52 |
| 11 | Q  What questions did Mr. Nigohosian ask | 16:06:57 |
| 12 | Mr. Amor? | 16:07:01 |
| 13 | A  I don't know. | 16:07:01 |
| 14 | Q  And around what time did Mr. Nigohosian | 16:07:03 |
| 15 | finish interviewing Mr. Amor? | 16:07:14 |
| 16 | A  What time did he begin? | 16:07:15 |
| 17 | Q  What time did he finish? | 16:07:18 |
| 18 | A  I don't recall. | 16:07:20 |
| 19 | Q  Where did that interview take place? | 16:07:23 |
| 20 | A  It took place in Sergeant McGury's office. | 16:07:25 |
| 21 | Q  And when did you take Mr. Amor from the | 16:07:31 |
| 22 | interview room into Sergeant McGury's office? | 16:07:34 |
| 23 | A  When Mr. Nigohosian got there. | 16:07:39 |
| 24 | Q  Was it late at night when Mr. Amor gave | 16:07:42 |

Transcript of Michael Cross
Conducted on October 16, 2020                    245

| | | |
|---|---|---|
| 1 | Mr. Nigohosian the statement about his confession? | 16:07:51 |
| 2 | A   What do you consider late at night? | 16:07:57 |
| 3 | Q   Past 1:00 in the morning. | 16:08:01 |
| 4 | A   No.  I don't believe so. | 16:08:04 |
| 5 | Q   So he gave the statement prior to 1:00 in | 16:08:07 |
| 6 | the morning to Mr. Nigohosian? | 16:08:10 |
| 7 | A   I'm -- I'm not positive but I believe so. | 16:08:11 |
| 8 | Q   Mr. Cross, will you please read from page -- | 16:08:21 |
| 9 | the middle of page 3 of Exhibit 5 until the end of | 16:08:39 |
| 10 | Exhibit 5.  And that starts where it says, | 16:08:51 |
| 11 | "Tuesday, 10/03/95 2:15 p.m."  and just let me | 16:08:54 |
| 12 | know when you're done. | 16:09:02 |
| 13 | A   Okay. | 16:09:04 |
| 14 | MR. POLICK:  Which document are you asking | 16:09:04 |
| 15 | him to read? | 16:09:05 |
| 16 | MS. GARCIA:  Exhibit 5, so that's -- | 16:09:06 |
| 17 | THE WITNESS:  Yes, okay.  I have that. | 16:09:13 |
| 18 | MR. POLICK:  Do you have that in front | 16:09:15 |
| 19 | of you? | 16:09:16 |
| 20 | THE WITNESS:  Yes.  What page? | 16:09:16 |
| 21 | MS. GARCIA:  Page -- I think it's No. 4, | 16:09:20 |
| 22 | and it's Bates No. 11276. | 16:09:23 |
| 23 | THE WITNESS:  For 10/3/95 at 2:15 p.m.? | 16:09:51 |
| 24 | MS. GARCIA:  Yes.  And all the way until | 16:10:00 |

Transcript of Michael Cross
Conducted on October 16, 2020                         246

| | | |
|---|---|---|
| 1 | the end. | 16:10:02 |
| 2 | THE WITNESS:  Okay. | 16:12:20 |
| 3 | BY MS. GARCIA: | 16:12:24 |
| 4 | Q  Mr. Amor -- sorry -- Mr. Cross, does that | 16:12:25 |
| 5 | refresh your recollection at all as to the | 16:12:28 |
| 6 | interrogation of Mr. Amor on October 3rd, 1995? | 16:12:34 |
| 7 | MR. POLICK:  I'm going to object to the | 16:12:40 |
| 8 | form.  What you just had him read was about | 16:12:45 |
| 9 | Reid & Associates and the DeKalb County jail.  You | 16:12:49 |
| 10 | specified page 4, which is DEFS 11276? | 16:12:53 |
| 11 | MS. GARCIA:  Yes. | 16:13:02 |
| 12 | Q  Does reading this refresh your recollection | 16:13:03 |
| 13 | as to the interrogation or polygraph of Mr. Amor | 16:13:05 |
| 14 | at Reid & Associates? | 16:13:09 |
| 15 | MR. POLICK:  Objection to the form of that | 16:13:11 |
| 16 | question. | 16:13:16 |
| 17 | But go ahead. | 16:13:16 |
| 18 | A  I believe so.  Didn't I already answer that? | 16:13:18 |
| 19 | Q  No, you said that you did not have an | 16:13:23 |
| 20 | independent recollection of certain things that | 16:13:34 |
| 21 | occurred during the investigation at Reid & | 16:13:37 |
| 22 | Associates, which is why I'm asking you if this | 16:13:41 |
| 23 | refreshes your recollection at all. | 16:13:44 |
| 24 | A  This doesn't -- the page I'm reading doesn't | 16:13:46 |

| | | |
|---|---|---|
| 1 | have anything at all about Reid & Associates. | 16:13:51 |
| 2 | MR. POLICK:  What page are you on, Mike? | 16:13:52 |
| 3 | THE WITNESS:  11277. | 16:13:55 |
| 4 | MR. POLICK:  No, it's the page before. | 16:13:59 |
| 5 | She's directing you to the page before, 11276, | 16:14:00 |
| 6 | which is page 4 of the report. | 16:14:08 |
| 7 | THE WITNESS:  What did you want me to | 16:14:24 |
| 8 | read, ma'am? | 16:14:26 |
| 9 | MS. GARCIA:  From page 4 of the report to | 16:14:27 |
| 10 | page 7 of the report. | 16:14:28 |
| 11 | THE WITNESS:  Okay. | 16:18:28 |
| 12 | Q  So on page 4, which is Bates 11276, the | 16:18:30 |
| 13 | last two paragraphs summarize your -- you and | 16:18:36 |
| 14 | Mr. Guerrieri taking Mr. Amor to Reid & Associates; | 16:18:45 |
| 15 | correct? | 16:18:48 |
| 16 | A  Yes. | 16:18:48 |
| 17 | Q  And within these two paragraphs -- | 16:18:49 |
| 18 | strike that. | 16:18:57 |
| 19 | Besides what you've testified to today and | 16:18:58 |
| 20 | what's within these two paragraphs, do you have | 16:19:01 |
| 21 | any other independent recollections of what | 16:19:03 |
| 22 | occurred at Reid & Associates on October 3rd, 1995? | 16:19:06 |
| 23 | A  No. | 16:19:10 |
| 24 | Q  And then the first paragraph of page 5, | 16:19:12 |

Transcript of Michael Cross
Conducted on October 16, 2020                    248

| | | |
|---|---|---|
| 1 | Bates 11277 it describes your journey back to | 16:19:18 |
| 2 | Naperville Police Department from Reid & Associates; | 16:19:26 |
| 3 | correct? | 16:19:27 |
| 4 | A  Yes. | 16:19:28 |
| 5 | Q  And in this paragraph -- strike that. | 16:19:34 |
| 6 | Other than what you've testified to today | 16:19:40 |
| 7 | and what's within this paragraph, are there any | 16:19:43 |
| 8 | other details you independently recall about the | 16:19:48 |
| 9 | trip from Reid & Associates to Naperville Police | 16:19:51 |
| 10 | Department? | 16:19:54 |
| 11 | A  No. | 16:19:54 |
| 12 | Q  And on the second paragraph of page 5 it | 16:19:55 |
| 13 | talks about you advising -- or Mr. Amor being | 16:20:12 |
| 14 | advised of his Miranda warnings, signing a waiver, | 16:20:18 |
| 15 | and the process of Mr. Guerrieri asking Bill to go | 16:20:29 |
| 16 | over the story again; correct? | 16:20:33 |
| 17 | MR. POLICK:  Which section are you | 16:20:37 |
| 18 | referring to, Counsel? | 16:20:39 |
| 19 | MS. GARCIA:  The second paragraph on page 5. | 16:20:41 |
| 20 | A  What was your question, please? | 16:21:12 |
| 21 | Q  Sure.  The first half of the second | 16:21:14 |
| 22 | paragraph describes the process of Mr. Amor being | 16:21:16 |
| 23 | advised of his Miranda rights and being asked if | 16:21:25 |
| 24 | he would go over his recollection of the night of | 16:21:31 |

Transcript of Michael Cross
Conducted on October 16, 2020                                    249

| | | |
|---|---|---|
| 1 | the fire again; correct? | 16:21:33 |
| 2 | A  Well, he signed the form and then | 16:21:34 |
| 3 | Guerrieri started going over the facts. | 16:21:39 |
| 4 | Q  Okay.  And besides what you've testified | 16:21:42 |
| 5 | to here today and what's within the first 1, 2, 3, | 16:21:44 |
| 6 | 4 1/2 sentences of the second paragraph, do you | 16:21:53 |
| 7 | have any other independent recollection of what | 16:21:59 |
| 8 | occurred? | 16:22:00 |
| 9 | A  Not other than reading what this says here. | 16:22:01 |
| 10 | Q  Okay.  And then from the part that says, | 16:22:08 |
| 11 | "I then advised Bill Amor that Tina told other | 16:22:13 |
| 12 | investigators that he had intentionally started | 16:22:17 |
| 13 | the fire but she didn't think he intended to kill | 16:22:19 |
| 14 | Marianne" to the second paragraph, the end of the | 16:22:23 |
| 15 | second paragraph on page 6 you summarize the sum | 16:22:42 |
| 16 | and substance of what Mr. Amor said happened on | 16:22:54 |
| 17 | September 10th, 1995? | 16:22:58 |
| 18 | A  Seven questions? | 16:23:00 |
| 19 | Q  The sum and substance? | 16:23:02 |
| 20 | A  Oh, sum and substance. | 16:23:03 |
| 21 | MR. POLICK:  Which paragraph of what page? | 16:23:05 |
| 22 | MS. GARCIA:  From the second paragraph on | 16:23:08 |
| 23 | page 5 to the second paragraph on page 6. | 16:23:09 |
| 24 | Q  It says on the second paragraph, | 16:23:12 |

Transcript of Michael Cross
Conducted on October 16, 2020                           250

| | | |
|---|---|---|
| 1 | "Following is the sum and substance of what | 16:23:15 |
| 2 | Mr. Amor said happened"; correct? | 16:23:17 |
| 3 | A  I'm sorry; what paragraph did it summarize? | 16:23:19 |
| 4 | Q  At the bottom of the second paragraph. | 16:23:33 |
| 5 | A  On that page, on page 7? | 16:23:39 |
| 6 | Q  On page 5. | 16:23:41 |
| 7 | A  Okay.  That was like the -- the end of the | 16:23:54 |
| 8 | first paragraph -- or the second paragraph on | 16:23:57 |
| 9 | page 5, yes. | 16:23:59 |
| 10 | Q  Yes.  Up until the second paragraph on | 16:24:00 |
| 11 | page 6, Mr. Amor describes what happened the night | 16:24:03 |
| 12 | of the fire; correct? | 16:24:11 |
| 13 | A  Yes. | 16:24:12 |
| 14 | Q  And other than what you've written in | 16:24:13 |
| 15 | these paragraphs and what you've testified to here | 16:24:19 |
| 16 | today, do you have any other independent recollection | 16:24:21 |
| 17 | as to Mr. Amor's confession about how the fire | 16:24:28 |
| 18 | started on the night of September 10th, 1995? | 16:24:34 |
| 19 | A  No. | 16:24:38 |
| 20 | Q  And in the third paragraph of page 6 you | 16:24:49 |
| 21 | wrote about the reasons why Mr. Amor started the | 16:24:56 |
| 22 | fire; correct? | 16:25:04 |
| 23 | MR. POLICK:  Objection to the form of the | 16:25:05 |
| 24 | question. | 16:25:08 |

Transcript of Michael Cross
Conducted on October 16, 2020                    251

| | | |
|---|---|---|
| 1 | But you may answer. | 16:25:11 |
| 2 | A  Yes. | 16:25:13 |
| 3 | Q  You asked him if he did it to collect life | 16:25:14 |
| 4 | insurance.  He said he did it to collect content | 16:25:18 |
| 5 | insurance; correct? | 16:25:21 |
| 6 | A  Yes. | 16:25:22 |
| 7 | Q  Said he planned to use the insurance money | 16:25:22 |
| 8 | to pay for Fingerhut products and get a new TV and | 16:25:26 |
| 9 | some furniture; correct? | 16:25:30 |
| 10 | A  Yes. | 16:25:31 |
| 11 | Q  And outside of him saying he wanted the | 16:25:32 |
| 12 | contents insurance and he was planning on using | 16:25:37 |
| 13 | that money to pay for Fingerhut products and get a | 16:25:40 |
| 14 | new TV and some new furniture, is there any other | 16:25:44 |
| 15 | reason you can recall Mr. Amor giving you for the | 16:25:47 |
| 16 | reason he started the fire? | 16:25:51 |
| 17 | A  No. | 16:25:52 |
| 18 | Q  And then the -- in the fourth paragraph, | 16:25:54 |
| 19 | page 6 it says that you asked Tina -- you asked | 16:26:10 |
| 20 | Mr. Amor why Tina didn't see the fire if she | 16:26:18 |
| 21 | walked out after him; correct? | 16:26:21 |
| 22 | A  I'm sorry; I'm adjusting this thing again. | 16:26:23 |
| 23 | Q  Yeah, of course. | 16:26:26 |
| 24 | A  I'm sorry.  I thought I could keep | 16:26:27 |

Transcript of Michael Cross
Conducted on October 16, 2020                          252

| | | |
|---|---|---|
| 1 | following you but I can't.  Okay.  Go ahead. | 16:26:31 |
| 2 | Q  In paragraph 4 on page 6 -- | 16:26:35 |
| 3 | A  Okay. | 16:26:41 |
| 4 | Q  -- Mr. Amor says that Tina, according to | 16:26:42 |
| 5 | what you wrote, didn't see the fire after she | 16:26:49 |
| 6 | walked out after him? | 16:26:51 |
| 7 | A  Yes. | 16:26:53 |
| 8 | Q  And you asked why; correct? | 16:26:54 |
| 9 | A  I asked -- asked if he was trying to | 16:26:58 |
| 10 | protect Tina. | 16:27:04 |
| 11 | Q  And he said he wasn't; correct? | 16:27:04 |
| 12 | A  Correct. | 16:27:06 |
| 13 | Q  And other than what you've written here | 16:27:07 |
| 14 | and what you've testified about, do you have any | 16:27:11 |
| 15 | other independent recollection about why Mr. Amor | 16:27:13 |
| 16 | believed Tina hadn't seen the flames? | 16:27:23 |
| 17 | A  No. | 16:27:27 |
| 18 | Q  And the last -- second to last paragraph | 16:27:28 |
| 19 | of page 6 you ask -- Mr. Guerrieri, according to | 16:27:54 |
| 20 | your report, said that he did not look at the fire | 16:28:00 |
| 21 | before he walked out of the door; correct? | 16:28:07 |
| 22 | MR. POLICK:  Objection to the form of the | 16:28:10 |
| 23 | question. | 16:28:13 |
| 24 | You can go ahead and answer. | 16:28:14 |

Transcript of Michael Cross
Conducted on October 16, 2020                    253

| | | |
|---|---|---|
| 1 | A  I believe he said that -- asked Tina, not | 16:28:16 |
| 2 | Bill.  Were you asking about Tina? | 16:28:19 |
| 3 | Q  No.  I was asking about Bill. | 16:28:22 |
| 4 | A  No, this was about Tina.  I asked Tina -- | 16:28:24 |
| 5 | I asked Tina -- I asked why Tina didn't see the | 16:28:30 |
| 6 | fire if she walked out after him.  He said he | 16:28:36 |
| 7 | didn't know.  And he talked about at the movie | 16:28:39 |
| 8 | they didn't talk about it.  He kept telling me | 16:28:44 |
| 9 | that Tina knew nothing about it, and he said he | 16:28:48 |
| 10 | wasn't trying to protect Tina. | 16:28:53 |
| 11 | Q  And do you have any other independent | 16:28:55 |
| 12 | recollection of the conversation about why Tina | 16:29:00 |
| 13 | Miceli didn't see the flames? | 16:29:04 |
| 14 | A  No. | 16:29:06 |
| 15 | MR. POLICK:  Objection to the form. | 16:29:06 |
| 16 | The answer can stand. | 16:29:09 |
| 17 | A  (Continuing.)  No. | 16:29:11 |
| 18 | Q  And in paragraph -- in the last paragraph | 16:29:13 |
| 19 | of page 6 into the first paragraph of page 7, you | 16:29:23 |
| 20 | wrote about the smoke detector in the Miceli | 16:29:30 |
| 21 | residence; correct? | 16:29:41 |
| 22 | A  Yes. | 16:29:42 |
| 23 | Q  And Mr. Amor said he didn't take it down; | 16:29:42 |
| 24 | correct? | 16:29:45 |

Transcript of Michael Cross
Conducted on October 16, 2020                    254

| | | |
|---|---|---|
| 1 | A  Yes.  At first. | 16:29:45 |
| 2 | Q  And he said that he just took the cover | 16:29:47 |
| 3 | off the smoke detector; correct? | 16:29:50 |
| 4 | A  Correct. | 16:29:53 |
| 5 | Q  He said that him and Tina got a new | 16:29:53 |
| 6 | battery; correct? | 16:29:57 |
| 7 | A  They went to Kmart to get a new battery. | 16:29:58 |
| 8 | Q  And he said they got a new battery because | 16:30:01 |
| 9 | the alarm was low so it would go off -- | 16:30:04 |
| 10 | A  Okay. | 16:30:07 |
| 11 | Q  -- and start to beep; correct? | 16:30:08 |
| 12 | A  Yes. | 16:30:09 |
| 13 | Q  And he said he bought a new battery but | 16:30:10 |
| 14 | never put it in and never put the cover back on; | 16:30:12 |
| 15 | correct? | 16:30:15 |
| 16 | A  Correct. | 16:30:15 |
| 17 | Q  And you advised him that you had not | 16:30:16 |
| 18 | located the smoke detector after it had -- after | 16:30:21 |
| 19 | you had observed the scene of the fire; correct? | 16:30:27 |
| 20 | A  Correct. | 16:30:30 |
| 21 | Q  And he said he did not know where it would | 16:30:32 |
| 22 | have been if not on the shelf; correct? | 16:30:37 |
| 23 | A  Correct. | 16:30:41 |
| 24 | Q  Is all of what you wrote in your report | 16:30:41 |

Transcript of Michael Cross
Conducted on October 16, 2020                    255

| | | |
|---|---|---|
| 1 | about the smoke detector truthful and accurate? | 16:30:45 |
| 2 |    A  Yes. | 16:30:50 |
| 3 |    Q  Do you have any other independent | 16:30:50 |
| 4 | recollection as to what Mr. Amor said about the | 16:30:53 |
| 5 | smoke detector on the night of October 3rd, 1995, | 16:31:01 |
| 6 | other than what you testified to today and what's | 16:31:04 |
| 7 | in your report? | 16:31:07 |
| 8 |    A  I'm not sure I testified to the fact that | 16:31:07 |
| 9 | when we went back into the building that we could | 16:31:10 |
| 10 | tell that the entire smoke detector was taken down | 16:31:13 |
| 11 | because there was soot covering the entire wall | 16:31:16 |
| 12 | and not -- that had been protected by anything, | 16:31:21 |
| 13 | including the smoke detector. | 16:31:24 |
| 14 |    Q  You don't -- as to the conversation you | 16:31:26 |
| 15 | had with Bill on the night of the confession, you | 16:31:29 |
| 16 | have no further independent recollection or do you? | 16:31:32 |
| 17 |    A  No. | 16:31:34 |
| 18 |    Q  And then in the -- in the second paragraph | 16:31:35 |
| 19 | on page 7 you said you asked him why he didn't | 16:31:52 |
| 20 | give a shit anymore; correct? | 16:31:59 |
| 21 |    A  Yes. | 16:32:01 |
| 22 |    Q  And he said he was trying to do better; | 16:32:02 |
| 23 | correct? | 16:32:04 |
| 24 |    A  Yes. | 16:32:04 |

Transcript of Michael Cross
Conducted on October 16, 2020                    256

| | | |
|---|---|---|
| 1 | Q He got married in April and then got put | 16:32:05 |
| 2 | in jail? | 16:32:07 |
| 3 | A Yes. | 16:32:08 |
| 4 | Q He got out, he didn't have a job and was | 16:32:08 |
| 5 | drinking too much? | 16:32:11 |
| 6 | A Yes. | 16:32:12 |
| 7 | Q He went to start a small contained fire to | 16:32:12 |
| 8 | get some new things? | 16:32:16 |
| 9 | A Yes. | 16:32:18 |
| 10 | Q And you asked if Marianne knew anything | 16:32:18 |
| 11 | about his plan, and he said she did not? | 16:32:21 |
| 12 | A Correct. | 16:32:25 |
| 13 | Q And you said you asked him why he hadn't | 16:32:26 |
| 14 | done it when she was out of the apartment, and he | 16:32:28 |
| 15 | said he didn't know? | 16:32:31 |
| 16 | A Correct. | 16:32:32 |
| 17 | Q You asked him again if he had spilled the | 16:32:32 |
| 18 | vodka on purpose; he said he didn't know? | 16:32:35 |
| 19 | A He said he did. | 16:32:38 |
| 20 | Q Where does that say that on the report? | 16:32:41 |
| 21 | A He said he didn't -- he said he didn't. I | 16:32:43 |
| 22 | asked him if he spilled the vodka on purpose. He | 16:32:45 |
| 23 | said he didn't. I asked him if he knocked the | 16:32:49 |
| 24 | cigarette on the paper on purpose; he said he did. | 16:32:52 |

Transcript of Michael Cross
Conducted on October 16, 2020                    257

| | | |
|---|---|---|
| 1 | Q   Right.  And that's accurate? | 16:32:56 |
| 2 | A   Yes. | 16:32:57 |
| 3 | Q   You asked him if Tina knew anything about | 16:32:58 |
| 4 | his plan to start the fire, and he said she did | 16:33:02 |
| 5 | not.  Is that accurate? | 16:33:05 |
| 6 | A   Yes. | 16:33:06 |
| 7 | Q   "I asked him -- I asked if he would make a | 16:33:07 |
| 8 | written statement; he said he would"; is that | 16:33:10 |
| 9 | accurate? | 16:33:12 |
| 10 | A   Yes. | 16:33:12 |
| 11 | Q   "I gave him a statement form and he | 16:33:13 |
| 12 | started to write"; is that accurate? | 16:33:16 |
| 13 | A   Yes. | 16:33:16 |
| 14 | Q   And then you said you left the felony | 16:33:17 |
| 15 | screening room to speak to Assistant Attorney | 16:33:20 |
| 16 | Brian Nigohosian; is that correct? | 16:33:24 |
| 17 | A   I left the interview room to call Brian. | 16:33:25 |
| 18 | Q   Okay.  Or to contact felony screening | 16:33:27 |
| 19 | rather? | 16:33:30 |
| 20 | A   Correct. | 16:33:30 |
| 21 | Q   And Mr. Nigohosian advised you to get | 16:33:34 |
| 22 | Mr. Amor to do a tape-recorded statement; correct? | 16:33:38 |
| 23 | A   Yes. | 16:33:41 |
| 24 | Q   And then Mr. Nigohosian came to the police | 16:33:43 |

Transcript of Michael Cross
Conducted on October 16, 2020                    258

| | | |
|---|---|---|
| 1 | department and spoke to Investigator Guerrieri | 16:33:46 |
| 2 | around 3:00 in the morning; correct? | 16:33:49 |
| 3 |    A  Yes. | 16:33:50 |
| 4 |    Q  Mr. Nigohosian interviewed Mr. Amor in | 16:33:50 |
| 5 | Sergeant McGury's office; correct? | 16:33:55 |
| 6 |    A  Yes. | 16:33:58 |
| 7 |    Q  In Sergeant McGury's office he was | 16:33:58 |
| 8 | reminded of his Miranda rights and said he | 16:34:04 |
| 9 | understood them; correct? | 16:34:07 |
| 10 |    A  Yes. | 16:34:08 |
| 11 |    Q  And after that interview, Mr. Amor agreed | 16:34:08 |
| 12 | to take -- make another taped statement; correct? | 16:34:12 |
| 13 |    A  Yes. | 16:34:16 |
| 14 |    Q  And other than -- I just took you through | 16:34:17 |
| 15 | from leaving Reid & Associates all the way until | 16:34:24 |
| 16 | the taking of the statement by Mr. Nigohosian; | 16:34:31 |
| 17 | correct? | 16:34:32 |
| 18 |    A  Yes. | 16:34:33 |
| 19 |    Q  Other than what you've read in this report | 16:34:33 |
| 20 | and what you've testified to here today, do you | 16:34:38 |
| 21 | have any other independent recollection of what | 16:34:40 |
| 22 | occurred on October 3rd into October 4th, 1995? | 16:34:43 |
| 23 |    A  No. | 16:34:49 |
| 24 |    Q  And we discussed that writing reports are | 16:34:54 |

Transcript of Michael Cross
Conducted on October 16, 2020                    259

| | | |
|---|---|---|
| 1 | important for memorialization purposes; correct? | 16:35:00 |
| 2 | A  Yes. | 16:35:05 |
| 3 | Q  And they're important because they might | 16:35:05 |
| 4 | be used later on in criminal prosecution? | 16:35:07 |
| 5 | A  Yes. | 16:35:10 |
| 6 | Q  And they're important because you might | 16:35:11 |
| 7 | need them to refresh your recollection; correct? | 16:35:13 |
| 8 | A  Yes. | 16:35:15 |
| 9 | Q  So where in the report did it mention that | 16:35:15 |
| 10 | a process server came to serve Mr. Amor divorce | 16:35:20 |
| 11 | papers? | 16:35:23 |
| 12 | A  I don't recall. | 16:35:24 |
| 13 | Q  Why was it not put in the report? | 16:35:26 |
| 14 | A  Don't know. | 16:35:28 |
| 15 | Q  Wouldn't that -- | 16:35:31 |
| 16 | A  I thought it was in the report.  I've | 16:35:32 |
| 17 | looked at it.  I never found it but I thought it | 16:35:34 |
| 18 | had been reported. | 16:35:38 |
| 19 | Q  Wouldn't that be an important part of the | 16:35:38 |
| 20 | interviewing and interrogation of Mr. Amor? | 16:35:42 |
| 21 | A  No, it would only be relative to the fact | 16:35:44 |
| 22 | that he got divorce papers. | 16:35:50 |
| 23 | Q  So you don't think it's important to | 16:35:51 |
| 24 | indicate that in a report about someone's | 16:35:54 |

Transcript of Michael Cross
Conducted on October 16, 2020                    260

| | | |
|---|---|---|
| 1 | confession that they were served divorce papers | 16:36:00 |
| 2 | only a few hours prior to that confession? | 16:36:02 |
| 3 | A  I believe it is -- I should have, yes. | 16:36:07 |
| 4 | Q  And why didn't you? | 16:36:10 |
| 5 | A  I don't know.  Again, I thought I had and | 16:36:11 |
| 6 | when I went over the report, I couldn't find it, | 16:36:15 |
| 7 | so I have to assume that I didn't write it down -- | 16:36:18 |
| 8 | or in the report. | 16:36:22 |
| 9 | Q  And you feel you should have written it down | 16:36:23 |
| 10 | because it would have been an important detail? | 16:36:35 |
| 11 | A  Yes. | 16:36:36 |
| 12 | Q  And you testified earlier that you felt | 16:36:37 |
| 13 | Mr. Amor was minimizing what occurred on the night | 16:36:55 |
| 14 | of the fire; correct? | 16:37:00 |
| 15 | A  Yes. | 16:37:02 |
| 16 | Q  And you wrote -- and you testified, rather, | 16:37:03 |
| 17 | that you didn't believe that a fire could be | 16:37:06 |
| 18 | started by dropping a lit cigarette onto vodka- | 16:37:09 |
| 19 | soaked newspapers; correct? | 16:37:13 |
| 20 | A  Correct. | 16:37:14 |
| 21 | Q  And where in the report does it say that | 16:37:15 |
| 22 | you didn't believe Mr. Amor's confession? | 16:37:17 |
| 23 | A  If you didn't find it, it's not there. | 16:37:20 |
| 24 | Q  And you just reviewed the report; correct? | 16:37:22 |

Transcript of Michael Cross
Conducted on October 16, 2020                    261

| | | |
|---|---|---|
| 1 | A  Correct. | 16:37:24 |
| 2 | Q  And did you see it in the report? | 16:37:24 |
| 3 | A  No. | 16:37:25 |
| 4 | Q  So it was not in the report? | 16:37:26 |
| 5 | MR. POLICK:  Objection to the form of the | 16:37:28 |
| 6 | question unless you're going to refer to a | 16:37:30 |
| 7 | specific part of the report but you can go ahead | 16:37:33 |
| 8 | and answer. | 16:37:36 |
| 9 | A  Apparently not. | 16:37:36 |
| 10 | Q  From the part you wrote -- read just | 16:37:37 |
| 11 | minutes ago about the time in between October 3rd, | 16:37:39 |
| 12 | 1995, and Reid & Associates and Mr. Amor giving | 16:37:46 |
| 13 | the statement to Mr. Nigohosian on October 4th, | 16:37:50 |
| 14 | 1995, there was no written statement saying that | 16:37:55 |
| 15 | you did not believe his confession; correct? | 16:37:59 |
| 16 | A  No. | 16:38:02 |
| 17 | Q  And there's no written statement in your | 16:38:02 |
| 18 | report that you believed he was trying to minimize | 16:38:04 |
| 19 | his statement; correct? | 16:38:08 |
| 20 | A  Correct. | 16:38:10 |
| 21 | Q  And wouldn't you agree with me that's a | 16:38:12 |
| 22 | pretty important aspect of this investigation? | 16:38:15 |
| 23 | A  Yes. | 16:38:17 |
| 24 | Q  So why didn't you put it in your report? | 16:38:18 |

Transcript of Michael Cross
Conducted on October 16, 2020                262

| | | |
|---|---|---|
| 1 | A  I don't know.  I kept it in my mind.  I | 16:38:20 |
| 2 | don't know. | 16:38:24 |
| 3 | Q  And did you follow up on it after? | 16:38:24 |
| 4 | A  I don't recall. | 16:38:26 |
| 5 | Q  If you had followed up on it after, would | 16:38:27 |
| 6 | you have memorialized it in another report? | 16:38:29 |
| 7 | A  Yes. | 16:38:32 |
| 8 | Q  Did you memorialize it in another report? | 16:38:33 |
| 9 | A  No. | 16:38:36 |
| 10 | Q  Did you tell anyone that you felt he was | 16:38:37 |
| 11 | minimizing his confession? | 16:38:40 |
| 12 | A  Not at that time, no. | 16:38:41 |
| 13 | Q  Did you tell anyone that you felt his | 16:38:46 |
| 14 | confession was not believable? | 16:38:50 |
| 15 | A  No. | 16:38:51 |
| 16 | Q  Did you tell anyone prior to Mr. Amor's | 16:38:53 |
| 17 | criminal trial you thought his confession was not | 16:38:55 |
| 18 | believable? | 16:38:58 |
| 19 | A  I don't recall. | 16:38:59 |
| 20 | Q  Did you tell anyone prior to his retrial | 16:39:00 |
| 21 | you felt his confession was not believable? | 16:39:02 |
| 22 | A  I don't recall. | 16:39:05 |
| 23 | Q  Did you do any follow-up investigation to | 16:39:06 |
| 24 | see if, in fact, his confession was believable or | 16:39:14 |

Transcript of Michael Cross
Conducted on October 16, 2020                    263

| | | |
|---|---|---|
| 1 | reliable? | 16:39:18 |
| 2 | MR. POLICK:  Objection to the form of the | 16:39:21 |
| 3 | question. | 16:39:22 |
| 4 | A  I don't recall. | 16:39:28 |
| 5 | MS. GARCIA:  Can we take a break really | 16:39:30 |
| 6 | quickly so I can run to the bathroom? | 16:39:33 |
| 7 | MR. POLICK:  Yeah, sure. | 16:39:35 |
| 8 | THE VIDEOGRAPHER:  We are going off the | 16:39:36 |
| 9 | record at 4:39 p.m. | 16:39:38 |
| 10 | (Recess taken, 4:39 p.m. to 4:54 p.m.) | 16:54:11 |
| 11 | THE VIDEOGRAPHER:  We are back on the | 16:54:13 |
| 12 | record.  The time is 4:54 p.m. | 16:54:17 |
| 13 | BY MS. GARCIA: | 16:54:24 |
| 14 | Q  Mr. Cross, after Mr. Amor confessed, you | 16:54:25 |
| 15 | called or paged Mr. Ferreri; correct? | 16:54:32 |
| 16 | A  No. | 16:54:36 |
| 17 | Q  Do you recall calling or paging Mr. Ferreri? | 16:54:37 |
| 18 | A  No. | 16:54:41 |
| 19 | Q  If I represent to you that there's | 16:54:42 |
| 20 | testimony from Mr. Ferreri that you called him | 16:54:52 |
| 21 | after the confession, would you have reason to | 16:54:56 |
| 22 | dispute that? | 16:54:57 |
| 23 | A  At some point I spoke to him and told him | 16:54:58 |
| 24 | that Bill had confessed.  I don't know exactly | 16:55:02 |

Transcript of Michael Cross
Conducted on October 16, 2020                    264

| | | |
|---|---|---|
| 1 | when it was. | 16:55:04 |
| 2 |    Q  It could have been that night? | 16:55:05 |
| 3 |    A  It could have been that night, could have | 16:55:06 |
| 4 | been the next day.  It was pretty late -- getting | 16:55:11 |
| 5 | late that night. | 16:55:17 |
| 6 |    Q  And prior to Mr. Amor's confession, there | 16:55:19 |
| 7 | had been indications as to the origin of where the | 16:55:26 |
| 8 | fire originated from; correct? | 16:55:31 |
| 9 |    A  I believe so, yes. | 16:55:34 |
| 10 |    Q  Okay.  And those indications led to a | 16:55:35 |
| 11 | determination that the origin was somewhere near | 16:55:43 |
| 12 | the swivel chair; correct? | 16:55:48 |
| 13 |    A  And the sliding glass doors. | 16:55:50 |
| 14 |    Q  And the sliding glass doors.  But prior to | 16:55:54 |
| 15 | Mr. Amor's confession, there had been no cause | 16:55:59 |
| 16 | determination as to the fire itself; correct? | 16:56:02 |
| 17 |    A  Correct. | 16:56:05 |
| 18 |    Q  There had been no determination that it | 16:56:05 |
| 19 | was incendiary; correct? | 16:56:08 |
| 20 |    A  Say that again, please. | 16:56:11 |
| 21 |    Q  There had been no determination that the | 16:56:12 |
| 22 | cause was incendiary; correct? | 16:56:15 |
| 23 |    A  I don't think that's correct. | 16:56:16 |
| 24 |    Q  Had there been a determination by | 16:56:18 |

Transcript of Michael Cross
Conducted on October 16, 2020                    265

1    Mr. Ferreri that the fire was incendiary --          16:56:22

2        A   Yes.                                          16:56:25

3        Q   -- prior to the confession?                  16:56:25

4        A   Yes.                                          16:56:28

5        Q   And where was that written down?             16:56:29

6        A   I don't recall.  Probably in Ferreri's       16:56:36

7    report.                                              16:56:39

8        Q   If I represent to you that there is nothing  16:56:39

9    written in Mr. Ferreri's reports from prior to the   16:56:42

10   confession that the cause of the fire was            16:56:47

11   incendiary, would you have reason to dispute that?   16:56:49

12       A   I believe he told me.                        16:56:51

13       Q   When did he tell you?                         16:56:53

14       A   I don't recall.                              16:56:54

15       Q   And did you document somewhere that he       16:56:55

16   told you?                                            16:56:57

17       A   No.                                          16:56:58

18       Q   Why not?                                     16:56:58

19       A   I don't know.                                16:56:59

20       Q   Isn't that important?                        16:57:01

21       A   Yes, it's important.                         16:57:03

22       Q   Wouldn't you --                              16:57:05

23       A   Again, I believe that he -- I believe that   16:57:06

24   he would have written it down, not me.  It was his   16:57:08

Transcript of Michael Cross
Conducted on October 16, 2020                266

| | | |
|---|---|---|
| 1 | statement; it was his, you know, thoughts; it was | 16:57:12 |
| 2 | his determination. | 16:57:15 |
| 3 | Q  You wrote reports about the investigation | 16:57:16 |
| 4 | as it went along; correct? | 16:57:21 |
| 5 | A  Yes. | 16:57:23 |
| 6 | Q  And you wrote reports about the | 16:57:23 |
| 7 | determination Mr. Kushner had about the cause of | 16:57:27 |
| 8 | the fire; correct? | 16:57:30 |
| 9 | A  Yes. | 16:57:31 |
| 10 | Q  So if Mr. Ferreri had told you prior to | 16:57:32 |
| 11 | Bill's confession he believed he had a | 16:57:36 |
| 12 | determination as to the cause of the fire, | 16:57:38 |
| 13 | wouldn't you have written that down in a report? | 16:57:42 |
| 14 | A  Apparently not. | 16:57:43 |
| 15 | Q  And why did you not? | 16:57:45 |
| 16 | A  Because I believed that Ferreri would have | 16:57:46 |
| 17 | wrote it down, and I -- we never want to contradict | 16:57:49 |
| 18 | each other.  So if he's going to go write | 16:57:55 |
| 19 | something down, he would write it down; if I'm | 16:57:57 |
| 20 | going to write some portion down, I would, just | 16:58:00 |
| 21 | like I would in any investigation. | 16:58:05 |
| 22 | Q  So is it your testimony here today that | 16:58:07 |
| 23 | Mr. Ferreri told you prior to Mr. Amor's | 16:58:20 |
| 24 | confession that the fire was incendiary? | 16:58:22 |

Transcript of Michael Cross
Conducted on October 16, 2020                    267

```
1       A   I don't recall now.                          16:58:25

2       Q   When Mr. Ferreri told you that the fire      16:58:27

3   was incendiary, what reason did he give you for      16:58:36

4   that belief?                                         16:58:41

5       A   I don't recall.                              16:58:42

6       Q   Did he give you a reason for that belief?    16:58:43

7       A   I don't recall.                              16:58:45

8       Q   And would you defer to Mr. Ferreri's         16:58:46

9   determination as to the cause of the fire?           16:58:55

10      A   Yes.                                         16:58:56

11      Q   Why?                                         16:58:56

12      A   Because he's a fireman, fire investigator.   16:58:57

13      Q   And you were an arson investigator; correct? 16:59:03

14      A   Yes.                                         16:59:05

15      Q   In your scope as arson investigator, did     16:59:05

16  you find it plausible when he said that the cause    16:59:11

17  of the fire was incendiary?                          16:59:14

18      A   Yes.                                         16:59:16

19      Q   For what reasons?                            16:59:16

20      A   Because, again, there was spill patterns,    16:59:18

21  the rapidity of the fire, and by what Ferreri told   16:59:25

22  me, and the damage.                                  16:59:32

23      Q   And other than the spill pattern, rapidity   16:59:37

24  of the fire, damage of the fire, and what Ferreri    16:59:42
```

Transcript of Michael Cross
Conducted on October 16, 2020                    268

| | | |
|---|---|---|
| 1 | told you, did you -- what other reasons did you | 16:59:46 |
| 2 | have for believing that the cause of the fire was | 16:59:48 |
| 3 | incendiary prior Mr. Amor's confession? | 16:59:53 |
| 4 | A  I don't know. | 16:59:55 |
| 5 | Q  Did you have any other reasons besides | 16:59:56 |
| 6 | what I just listed? | 16:59:58 |
| 7 | A  I'm unsure of that. | 16:59:59 |
| 8 | Q  And did Mr. Kushner come to a determination | 17:00:01 |
| 9 | prior to Mr. Amor's confession as to whether the | 17:00:23 |
| 10 | cause of the fire was incendiary -- or accidental | 17:00:27 |
| 11 | or undetermined? | 17:00:34 |
| 12 | A  I don't recall. | 17:00:36 |
| 13 | Q  And if you believed that it was impossible | 17:00:39 |
| 14 | for the fire to be set by dropping a cigarette on | 17:01:07 |
| 15 | a vodka-soaked newspaper, how did you believe that | 17:01:14 |
| 16 | the fire had been started? | 17:01:25 |
| 17 | A  With some sort of an accelerant. | 17:01:27 |
| 18 | Q  Did you find any evidence that Mr. Amor | 17:01:31 |
| 19 | had used an accelerant? | 17:01:33 |
| 20 | A  Other than the -- yeah, the pour patterns | 17:01:35 |
| 21 | and the rapidity, again, of the fire spreading and | 17:01:45 |
| 22 | the same thing I answered before. | 17:01:49 |
| 23 | Q  Did you have any evidence that Mr. Amor | 17:01:50 |
| 24 | used an accelerant other than him saying that he | 17:01:54 |

Transcript of Michael Cross
Conducted on October 16, 2020                    269

| | | |
|---|---|---|
| 1 | had spilled vodka? | 17:02:02 |
| 2 | A   Did I believe so? | 17:02:03 |
| 3 | Q   Did you have any evidence other than that? | 17:02:07 |
| 4 | A   Yes. | 17:02:10 |
| 5 | Q   What was the evidence? | 17:02:10 |
| 6 | A   The same thing I said before, how fast the | 17:02:11 |
| 7 | fire went, the spill patterns. | 17:02:14 |
| 8 | Q   And what evidence physically tied Mr. Amor | 17:02:17 |
| 9 | to the accelerant that you believed was present in | 17:02:21 |
| 10 | the Miceli household on that night? | 17:02:26 |
| 11 | A   I had a very limited scope of suspects. | 17:02:28 |
| 12 | Q   So a process of elimination? | 17:02:32 |
| 13 | A   At one time I had him and Tina, and Tina | 17:02:35 |
| 14 | was determined not to have been involved in | 17:02:38 |
| 15 | starting the fire, and so he left everybody else | 17:02:41 |
| 16 | out.  It was only him. | 17:02:46 |
| 17 | Q   And you didn't think that maybe if Tina | 17:02:48 |
| 18 | didn't start the fire it was an accidental fire? | 17:02:51 |
| 19 | A   No. | 17:02:53 |
| 20 | Q   And you never found any evidence that | 17:02:54 |
| 21 | Mr. Amor had accelerants on his body after the | 17:03:09 |
| 22 | fire; correct? | 17:03:15 |
| 23 | A   Correct. | 17:03:16 |
| 24 | Q   And you tested his shoes for accelerants; | 17:03:17 |

Transcript of Michael Cross
Conducted on October 16, 2020                    270

| | | |
|---|---|---|
| 1 | correct? | 17:03:22 |
| 2 | A Yes. | 17:03:22 |
| 3 | Q And you had -- | 17:03:23 |
| 4 | A Crime lab tested. I didn't test it. | 17:03:27 |
| 5 | Q You got his shoes tested after for | 17:03:30 |
| 6 | accelerants; correct? | 17:03:33 |
| 7 | A Yes. | 17:03:34 |
| 8 | Q And you didn't smell any accelerants on him? | 17:03:34 |
| 9 | A No. | 17:03:37 |
| 10 | Q And the crime lab never came back and said | 17:03:37 |
| 11 | there was any accelerants on him? | 17:03:40 |
| 12 | A On his shoes, no. | 17:03:41 |
| 13 | Q And you still believe that he used an | 17:03:43 |
| 14 | accelerant in order to set the fire; correct? | 17:03:45 |
| 15 | A Yes. | 17:03:47 |
| 16 | Q Do you believe that vodka was that | 17:03:48 |
| 17 | accelerant? | 17:03:51 |
| 18 | A No. | 17:03:51 |
| 19 | Q Is there any evidence other than his | 17:03:52 |
| 20 | confession that he used vodka that Mr. Amor used | 17:03:57 |
| 21 | an accelerant on September 10th, 1995, to start | 17:04:04 |
| 22 | the fire? | 17:04:09 |
| 23 | MR. POLICK: Objection to the form of the | 17:04:10 |
| 24 | question. | 17:04:12 |

Transcript of Michael Cross
Conducted on October 16, 2020                    271

| | | |
|---|---|---|
| 1 | But you may answer. | 17:04:13 |
| 2 | A  I think I've already answered that several | 17:04:15 |
| 3 | times. | 17:04:17 |
| 4 | Q  Is there any physical evidence? | 17:04:18 |
| 5 | MR. POLICK:  Same objection. | 17:04:19 |
| 6 | But go ahead and answer. | 17:04:21 |
| 7 | A  Yes.  The physical evidence is the pour | 17:04:23 |
| 8 | pattern on the rug and on the chair. | 17:04:27 |
| 9 | Q  Prior to Mr. Amor's confession, you didn't | 17:04:30 |
| 10 | have probable cause for his arrest, did you? | 17:04:36 |
| 11 | A  Yes, we did. | 17:04:39 |
| 12 | Q  What was the probable cause for his arrest? | 17:04:41 |
| 13 | A  Everything else that I said before plus -- | 17:04:43 |
| 14 | I'm getting confused.  I'm -- my brain is not | 17:04:59 |
| 15 | working. | 17:05:04 |
| 16 | Q  Okay.  Just so the record is clear, I'll | 17:05:05 |
| 17 | start the question again a little bit differently. | 17:05:08 |
| 18 | Prior to Mr. Amor's confession, was there | 17:05:19 |
| 19 | probable cause for him to be arrested? | 17:05:24 |
| 20 | A  Yes. | 17:05:26 |
| 21 | Q  And why was there probable cause for him | 17:05:26 |
| 22 | to be arrested? | 17:05:30 |
| 23 | A  Again, the limited scope of suspects. | 17:05:32 |
| 24 | Everybody had been eliminated except for him, the | 17:05:37 |

Transcript of Michael Cross
Conducted on October 16, 2020                    272

| | | |
|---|---|---|
| 1 | spill patterns on the rug and the chair, and the | 17:05:41 |
| 2 | rapidity of the fire. | 17:05:47 |
| 3 |    Q  And when did you eliminate Tina Miceli as | 17:05:48 |
| 4 | a suspect? | 17:05:53 |
| 5 |    A  When it was determined that she was -- | 17:05:54 |
| 6 | left the building before Bill. | 17:06:04 |
| 7 |    Q  So it's your testimony today that you | 17:06:09 |
| 8 | determined -- or it was determined that Tina left | 17:06:13 |
| 9 | the building before Bill? | 17:06:15 |
| 10 |    A  I believe so, yes. | 17:06:17 |
| 11 |    Q  And where in the reports that you wrote is | 17:06:19 |
| 12 | that reflected? | 17:06:24 |
| 13 |    A  I would have to look at the reports.  I | 17:06:24 |
| 14 | don't know. | 17:06:27 |
| 15 |    Q  Regardless, was Tina eliminated as a suspect | 17:06:27 |
| 16 | prior to meeting Mr. Amor at DeKalb County jail? | 17:06:36 |
| 17 |    A  I believe so. | 17:06:40 |
| 18 |    Q  And if he was -- if Tina was eliminated as | 17:06:41 |
| 19 | a suspect, and you had probable cause for | 17:06:46 |
| 20 | Mr. Amor's arrest, why did you not arrest him when | 17:06:48 |
| 21 | you met him at DeKalb County jail? | 17:06:51 |
| 22 |    A  Because I wanted to have all the | 17:06:54 |
| 23 | information I could before I made an arrest, all | 17:06:56 |
| 24 | the probable cause. | 17:07:00 |

Transcript of Michael Cross
Conducted on October 16, 2020                    273

| | | |
|---|---|---|
| 1 | Q   Probable cause is a -- strike that. | 17:07:03 |
| 2 | Is it your practice as a Naperville police | 17:07:10 |
| 3 | officer not to arrest someone after you've | 17:07:14 |
| 4 | determined you have probable cause to arrest them? | 17:07:16 |
| 5 | A   No, it's not. | 17:07:17 |
| 6 | Q   Then why didn't you follow the procedure | 17:07:18 |
| 7 | of the Naperville -- | 17:07:22 |
| 8 | A   I did -- | 17:07:22 |
| 9 | Q   -- Police Department? | 17:07:23 |
| 10 | A   -- when I found out I -- | 17:07:23 |
| 11 | MR. POLICK:  Let her finish her question. | 17:07:24 |
| 12 | THE WITNESS:  Okay.  I'm sorry. | 17:07:24 |
| 13 | MR. POLICK:  You can't talk over each | 17:07:26 |
| 14 | other.  Okay?  Let her finish her question. | 17:07:29 |
| 15 | Q   Okay.  It wasn't the procedure of | 17:07:29 |
| 16 | Naperville Police Department to not arrest a | 17:07:32 |
| 17 | suspect after you determined there was probable | 17:07:34 |
| 18 | cause, then why did you not follow that procedure? | 17:07:37 |
| 19 | A   I did follow the procedure. | 17:07:39 |
| 20 | Q   What was the procedure? | 17:07:41 |
| 21 | A   If you had probable cause, arrest somebody. | 17:07:43 |
| 22 | Q   And you -- but you just testified you had | 17:07:46 |
| 23 | probable cause to arrest -- | 17:07:49 |
| 24 | A   It does -- I'm sorry. | 17:07:51 |

Transcript of Michael Cross
Conducted on October 16, 2020                    274

| | | |
|---|---|---|
| 1 | Q  -- Mr. Amor prior to meeting him at the | 17:07:54 |
| 2 | DeKalb County jail on October 3rd; correct? | 17:07:56 |
| 3 | A  Correct. | 17:08:01 |
| 4 | Q  Why did you not arrest him when you met | 17:08:02 |
| 5 | him at the DeKalb County jail on October 3rd if | 17:08:05 |
| 6 | you had probable cause? | 17:08:09 |
| 7 | A  It's -- I don't have to arrest him | 17:08:09 |
| 8 | immediately upon having probable cause.  I can | 17:08:11 |
| 9 | wait and build more information into my case | 17:08:14 |
| 10 | before I arrest somebody. | 17:08:20 |
| 11 | Q  And you believed that Mr. Amor had | 17:08:22 |
| 12 | committed arson that led to someone dying; correct? | 17:08:25 |
| 13 | A  Yes. | 17:08:28 |
| 14 | Q  And still you didn't arrest him once you | 17:08:28 |
| 15 | had probable cause to believe he had committed a | 17:08:31 |
| 16 | murder? | 17:08:33 |
| 17 | A  Yes. | 17:08:33 |
| 18 | Q  If Mr. Amor had tried to leave after you | 17:08:34 |
| 19 | met up with him at DeKalb County jail, would you | 17:08:48 |
| 20 | have let him? | 17:08:52 |
| 21 | A  Yes. | 17:08:53 |
| 22 | Q  You wouldn't have arrested him? | 17:08:53 |
| 23 | A  No. | 17:08:55 |
| 24 | Q  Even though you had probable cause to | 17:08:55 |

Transcript of Michael Cross
Conducted on October 16, 2020                    275

| | | |
|---|---|---|
| 1 | arrest him? | 17:08:57 |
| 2 | A  I wouldn't have arrested him at that | 17:08:58 |
| 3 | point, no. | 17:09:00 |
| 4 | Q  You wouldn't have arrested him even though | 17:09:01 |
| 5 | you had probable cause to arrest him? | 17:09:04 |
| 6 | A  At that point, no. | 17:09:05 |
| 7 | Q  Why not? | 17:09:07 |
| 8 | A  Because I want to have as much information | 17:09:09 |
| 9 | and as much evidence against him as I could get. | 17:09:13 |
| 10 | Q  So if Mr. Amor decided not to go with you | 17:09:16 |
| 11 | to Reid & Associates, you would have let him leave? | 17:09:22 |
| 12 | A  Yes. | 17:09:26 |
| 13 | Q  You would have let him leave even though | 17:09:27 |
| 14 | you had probable cause to believe he committed an | 17:09:30 |
| 15 | arson that led to someone's death? | 17:09:32 |
| 16 | A  Yes. | 17:09:35 |
| 17 | Q  Since the criminal trial in 1997, did you | 17:09:36 |
| 18 | stay in contact with any of the defendants on the | 17:10:07 |
| 19 | case? | 17:10:09 |
| 20 | A  I'm not sure. | 17:10:09 |
| 21 | Q  I can go through them. | 17:10:15 |
| 22 | A  Okay. | 17:10:16 |
| 23 | Q  Did you stay in contact since 1997 with | 17:10:17 |
| 24 | Brian Cunningham? | 17:10:20 |

Transcript of Michael Cross
Conducted on October 16, 2020                     276

| | | |
|---|---|---|
| 1 | A  Yes. | 17:10:21 |
| 2 | Q  Have you -- when was the last time you saw | 17:10:22 |
| 3 | Mr. Cunningham? | 17:10:28 |
| 4 | A  I believe it was at a friend's house.  We | 17:10:29 |
| 5 | went fishing. | 17:10:32 |
| 6 | Q  And how long ago was that? | 17:10:33 |
| 7 | A  At least a year, maybe more. | 17:10:35 |
| 8 | Q  Would you consider yourself to still be | 17:10:41 |
| 9 | friends with Mr. Cunningham? | 17:10:45 |
| 10 | A  Yes. | 17:10:46 |
| 11 | Q  How often do you see him? | 17:10:47 |
| 12 | A  Not very often. | 17:10:48 |
| 13 | Q  And since the criminal trial in 1997, have | 17:10:50 |
| 14 | you stayed in contact with Robert Guerrieri? | 17:10:57 |
| 15 | A  Yes. | 17:10:59 |
| 16 | Q  When was the last time you saw him? | 17:11:00 |
| 17 | A  Again, it was probably the same time I saw | 17:11:03 |
| 18 | Brian.  We went fishing at a friend's house. | 17:11:07 |
| 19 | Q  And how frequently would you say you've | 17:11:10 |
| 20 | seen Mr. Guerrieri? | 17:11:12 |
| 21 | A  A couple of times. | 17:11:13 |
| 22 | Q  Okay.  And I understand that Mark Carlson | 17:11:16 |
| 23 | is deceased, but after 1997 at the trial of | 17:11:21 |
| 24 | Mr. Amor, did you stay in contact with Mr. Carlson? | 17:11:28 |

Transcript of Michael Cross
Conducted on October 16, 2020                    277

| | | |
|---|---|---|
| 1 | A   Not very much. | 17:11:31 |
| 2 | Q   After the -- actually, what does "not very | 17:11:33 |
| 3 | much" mean? | 17:11:41 |
| 4 | A   We just never got together. | 17:11:41 |
| 5 | Q   Okay.  You weren't friendly? | 17:11:43 |
| 6 | A   No. | 17:11:45 |
| 7 | Q   When was the last time you saw Jon Ripsky? | 17:11:48 |
| 8 | A   I saw him recently at one of the -- one of | 17:11:59 |
| 9 | the hearings, saw him and his wife. | 17:12:07 |
| 10 | Q   One of the hearings in this case? | 17:12:12 |
| 11 | A   Yes. | 17:12:13 |
| 12 | Q   Prior to -- that would have been around | 17:12:14 |
| 13 | 2017 or 2018? | 17:12:18 |
| 14 | A   Yes. | 17:12:19 |
| 15 | Q   And prior to that, had you stayed in | 17:12:20 |
| 16 | contact with him? | 17:12:22 |
| 17 | A   Not very much.  But yeah, infrequently. | 17:12:24 |
| 18 | Q   Would you say that you were friends? | 17:12:32 |
| 19 | A   Yes. | 17:12:35 |
| 20 | Q   During postconviction proceedings Mike Paul | 17:12:36 |
| 21 | and Detective Guerrieri interviewed Tina.  Did you | 17:12:44 |
| 22 | know anything about that? | 17:12:48 |
| 23 | A   I don't recall that, no. | 17:12:49 |
| 24 | Q   Do you recall being involved at all in the | 17:12:51 |

Transcript of Michael Cross
Conducted on October 16, 2020                           278

| | | |
|---|---|---|
| 1 | interviewing process? | 17:12:53 |
| 2 | A  Of Tina then? | 17:12:55 |
| 3 | Q  Yes. | 17:12:56 |
| 4 | A  I don't recall. | 17:12:57 |
| 5 | Q  Were you uninvolved? | 17:12:59 |
| 6 | A  I don't recall. | 17:13:01 |
| 7 | Q  You said that you didn't arrest Mr. Amor | 17:13:02 |
| 8 | at DeKalb County jail even though you had probable | 17:14:16 |
| 9 | cause to because you wanted to get more | 17:14:21 |
| 10 | information about the arrest? | 17:14:23 |
| 11 | A  Yes. | 17:14:24 |
| 12 | Q  The fire, rather. | 17:14:24 |
| 13 | A  Correct. | 17:14:28 |
| 14 | Q  But you've also testified that you -- | 17:14:28 |
| 15 | after Mr. Amor confessed, you did not believe that | 17:14:34 |
| 16 | his confession was truthful? | 17:14:39 |
| 17 | MR. POLICK:  Objection; misstates the | 17:14:40 |
| 18 | witness' testimony. | 17:14:43 |
| 19 | A  I believe that it was minimizing what he | 17:14:45 |
| 20 | had done. | 17:14:48 |
| 21 | Q  And you didn't believe that the way he | 17:14:48 |
| 22 | described the fire was believable? | 17:14:53 |
| 23 | A  Yes.  And I believe I said that a number | 17:14:59 |
| 24 | of times. | 17:15:03 |

Transcript of Michael Cross
Conducted on October 16, 2020                                    279

1    Q  Okay.  So if you didn't think that the way
2  he started the fire was believable, and your
3  reason for not arresting him at DeKalb County jail
4  was because you wanted more information as to what
5  happened in the fire, why did you arrest Mr. Amor
6  after he confessed to setting the fire in a way
7  you didn't believe could have actually happened?
8    A  Because he had made an admission that he
9  had started the fire.  Whether he was minimizing
10  or not, he had made an admission.
11    Q  Well, didn't you want to see if he was
12  telling the truth?
13    A  Of course.
14    Q  Didn't you want to see if there was more
15  information?
16    A  I believe he was telling the truth as far
17  as starting the fire but not exactly how he did it.
18    Q  And so you said you arrested him after you
19  got the admission; correct?
20    A  Yes.
21    Q  Was the -- it was the admission that was
22  important to you in this instance; correct?
23    A  Yes.
24    Q  Okay.  I read you a list of events earlier

17:15:03
17:15:05
17:15:09
17:15:13
17:15:16
17:15:20
17:15:24
17:15:27
17:15:31
17:15:36
17:15:37
17:15:40
17:15:40
17:15:41
17:15:44
17:15:44
17:15:49
17:15:53
17:16:07
17:16:10
17:16:11
17:16:14
17:16:18
17:16:19

Transcript of Michael Cross
Conducted on October 16, 2020                    280

| | | |
|---|---|---|
| 1 | and asked you if you had independent recollections | 17:16:42 |
| 2 | of them.  Do you recall that? | 17:16:45 |
| 3 |    A  You'd have to go over it with me again. | 17:16:46 |
| 4 |    Q  Sure.  I'm going to read you a list based | 17:16:50 |
| 5 | on the testimony you gave earlier about what you | 17:17:03 |
| 6 | independently recalled just to double-check whether | 17:17:07 |
| 7 | or not you have an independent recollection. | 17:17:10 |
| 8 |    A  Yes, ma'am. | 17:17:11 |
| 9 |    Q  Okay.  You have no independent | 17:17:14 |
| 10 | recollection -- and, again, this is without | 17:17:20 |
| 11 | relying on reports -- of speaking to Bill and Tina | 17:17:22 |
| 12 | at Pam Leavenworth's house on September 11th, | 17:17:28 |
| 13 | 1995; correct? | 17:17:34 |
| 14 |    A  No.  Incorrect. | 17:17:35 |
| 15 |    Q  You do have an independent recollection? | 17:17:36 |
| 16 |    A  Yeah.  I believe that's what I testified to. | 17:17:37 |
| 17 |    Q  So you do have an independent recollection | 17:17:41 |
| 18 | of speaking with Bill and Tina at Pam Leavenworth's | 17:17:47 |
| 19 | house on September 11th, 1995? | 17:17:52 |
| 20 |    A  Yes. | 17:17:56 |
| 21 |    MR. POLICK:  Are you asking other than | 17:17:56 |
| 22 | what he testified to here today?  Because you did | 17:17:58 |
| 23 | go through that with him.  I'm just trying to | 17:18:02 |
| 24 | clarify the question. | 17:18:04 |

Transcript of Michael Cross
Conducted on October 16, 2020                    281

| | | |
|---|---|---|
| 1 | MS. GARCIA:  Well, I believe he testified | 17:18:06 |
| 2 | he didn't have an independent recollection, and | 17:18:07 |
| 3 | he's saying he did, so I'm just trying to make | 17:18:08 |
| 4 | that clear. | 17:18:11 |
| 5 | MR. POLICK:  Okay.  I mean, your question, | 17:18:12 |
| 6 | does it encompass his testimony here today?  I'm | 17:18:14 |
| 7 | just not sure what the question was.  I want to | 17:18:17 |
| 8 | pose -- maybe I'll just pose an objection to form, | 17:18:23 |
| 9 | but I just wanted to make sure before I did. | 17:18:26 |
| 10 | MS. GARCIA:  I'll ask it a different way. | 17:18:45 |
| 11 | Q  Putting aside the previous question, you | 17:19:16 |
| 12 | have no independent recollection of Bill and Tina | 17:19:22 |
| 13 | coming to Naperville Police Department for | 17:19:26 |
| 14 | polygraphic examination on September 12th, 1995; | 17:19:31 |
| 15 | correct? | 17:19:36 |
| 16 | A  Incorrect. | 17:19:36 |
| 17 | Q  You do have an independent recollection | 17:19:37 |
| 18 | of that? | 17:19:39 |
| 19 | A  Yes. | 17:19:40 |
| 20 | Q  You testified earlier you did not have an | 17:19:40 |
| 21 | independent recollection of that. | 17:19:42 |
| 22 | A  I don't believe I did. | 17:19:43 |
| 23 | Q  So if you testified earlier that you had | 17:19:44 |
| 24 | no independent recollection of that, you're | 17:19:46 |

Transcript of Michael Cross
Conducted on October 16, 2020                    282

| | | |
|---|---|---|
| 1 | testifying now that you do, which testimony should | 17:19:49 |
| 2 | I believe? | 17:19:52 |
| 3 | A  I believe I remember them coming to the | 17:19:52 |
| 4 | police department to take polygraph tests, and I | 17:19:55 |
| 5 | believe that's what I said before. | 17:19:59 |
| 6 | Q  Do you have an independent recollection of | 17:20:00 |
| 7 | that without your review of the documents? | 17:20:01 |
| 8 | A  Yes. | 17:20:05 |
| 9 | Q  So if you testified earlier that you don't | 17:20:07 |
| 10 | have an independent recollection of that, that | 17:20:15 |
| 11 | testimony earlier was false? | 17:20:17 |
| 12 | MR. POLICK:  Objection.  That's | 17:20:19 |
| 13 | argumentative and improper. | 17:20:20 |
| 14 | You can go ahead and answer the question. | 17:20:21 |
| 15 | A  I didn't lie to you.  I wouldn't give a | 17:20:24 |
| 16 | false statement in a court proceeding at all, ever. | 17:20:28 |
| 17 | Q  Okay.  So if you earlier testified that | 17:20:31 |
| 18 | you didn't have an independent recollection of | 17:20:36 |
| 19 | Tina and Bill coming in for a polygraph examination | 17:20:38 |
| 20 | on September 12th, 1995, and now you're saying | 17:20:43 |
| 21 | that you do -- | 17:20:47 |
| 22 | A  I believe that was incorrect what you're | 17:20:48 |
| 23 | saying. | 17:20:50 |
| 24 | Q  You believe that you didn't testify as | 17:20:51 |

Transcript of Michael Cross
Conducted on October 16, 2020                    283

| | | |
|---|---|---|
| 1 | to that? | 17:20:53 |
| 2 | A  Yes. | 17:20:53 |
| 3 | Q  Okay.  Moving on, you don't have an | 17:20:55 |
| 4 | independent recollection of talking to Bill Amor | 17:20:58 |
| 5 | with Investigator Sullivan on September 12th, | 17:21:09 |
| 6 | 1995; correct? | 17:21:12 |
| 7 | A  Correct. | 17:21:12 |
| 8 | Q  And you don't recall -- or you rather have | 17:21:13 |
| 9 | no independent recollection of talking to Bill Amor | 17:21:17 |
| 10 | and Tina on September 14th, 1995, with Detective | 17:21:27 |
| 11 | Guerrieri; correct? | 17:21:31 |
| 12 | A  I don't recall. | 17:21:32 |
| 13 | Q  You don't recall or you have no independent | 17:21:33 |
| 14 | recollection? | 17:21:37 |
| 15 | A  I don't recall. | 17:21:37 |
| 16 | Q  So do you have an independent recollection? | 17:21:38 |
| 17 | A  What did I say before?  What I said before | 17:21:42 |
| 18 | was what I said.  I don't -- at this point I'm done | 17:21:44 |
| 19 | with -- I can't remember anything.  I've lost it. | 17:21:48 |
| 20 | Q  Okay.  So would you say you have no ability | 17:21:53 |
| 21 | to provide answers at this time? | 17:21:55 |
| 22 | MR. POLICK:  Objection to the form of the | 17:21:59 |
| 23 | question. | 17:22:02 |
| 24 | Do you need to take a break, or are you | 17:22:03 |

Transcript of Michael Cross
Conducted on October 16, 2020                              284

| | | |
|---|---|---|
| 1 | able to go on?  If you don't recall, then that's | 17:22:06 |
| 2 | your answer. | 17:22:08 |
| 3 | THE WITNESS:  I just don't recall. | 17:22:09 |
| 4 | MR. POLICK:  Well, then just answer her | 17:22:10 |
| 5 | question to the best of your ability. | 17:22:12 |
| 6 | THE WITNESS:  Okay. | 17:22:15 |
| 7 | Q  Okay.  So I'll reask my question.  You do | 17:22:19 |
| 8 | not have an independent recollection of speaking | 17:22:23 |
| 9 | to Bill and Tina with Lieutenant Ferreri on | 17:22:26 |
| 10 | September 14th, 1995; is that correct? | 17:22:31 |
| 11 | A  Please repeat that again. | 17:22:34 |
| 12 | Q  Sure.  You have no independent recollection | 17:22:37 |
| 13 | of speaking with Bill and Tina with Mr. Ferreri on | 17:22:41 |
| 14 | September 14th, 1995? | 17:22:48 |
| 15 | A  Yes. | 17:22:52 |
| 16 | Q  Yes, you have independent recollection or | 17:22:52 |
| 17 | no -- | 17:22:55 |
| 18 | A  Yes. | 17:22:56 |
| 19 | Q  -- you don't? | 17:22:56 |
| 20 | A  Yes, I believe I do. | 17:22:58 |
| 21 | Q  And if you testified earlier that you did | 17:23:00 |
| 22 | not have independent recollection, should I | 17:23:03 |
| 23 | believe your earlier testimony, or should I | 17:23:06 |
| 24 | believe this testimony now? | 17:23:08 |

Transcript of Michael Cross
Conducted on October 16, 2020                    285

| | | |
|---|---|---|
| 1 | A   Believe what I'm saying now because that's | 17:23:09 |
| 2 | what I said before. | 17:23:12 |
| 3 | Q   So you do have independent recollection? | 17:23:12 |
| 4 | A   Yes. | 17:23:14 |
| 5 | Q   Okay. | 17:23:15 |
| 6 | A   God. | 17:23:16 |
| 7 | Q   And you do not have an independent | 17:23:20 |
| 8 | recollection of the fire critique with Naperville | 17:23:24 |
| 9 | Fire Department on September 14th, 1995? | 17:23:29 |
| 10 | A   No. | 17:23:33 |
| 11 | Q   And you don't have an independent | 17:23:35 |
| 12 | recollection of observing 218 East Bailey with | 17:23:37 |
| 13 | Kushner and Ferreri on September 14th, 1995? | 17:23:42 |
| 14 | A   I believe I do and I believe I testified | 17:23:47 |
| 15 | to the fact that I do.  I remember us being there | 17:23:51 |
| 16 | together.  I remember that Kushner had a dog, but | 17:23:55 |
| 17 | he didn't bring his dog.  I expected him to bring | 17:23:59 |
| 18 | his dog but he didn't. | 17:24:03 |
| 19 | Q   So if you testified earlier that you did | 17:24:04 |
| 20 | not have an independent recollection as to the | 17:24:06 |
| 21 | observation on September 14th, 1995, should I | 17:24:09 |
| 22 | believe that testimony or testimony now? | 17:24:10 |
| 23 | A   You know, you can believe whatever you | 17:24:11 |
| 24 | want to believe.  I believe I said the same thing | 17:24:15 |

Transcript of Michael Cross
Conducted on October 16, 2020                    286

| | | |
|---|---|---|
| 1 | both times. | 17:24:17 |
| 2 | Q Okay. And if you didn't, should I take | 17:24:18 |
| 3 | your word now? | 17:24:21 |
| 4 | A Take whatever you want. Take my word for -- | 17:24:22 |
| 5 | MR. POLICK: Don't argue. Just answer her | 17:24:25 |
| 6 | questions. | 17:24:27 |
| 7 | THE WITNESS: I'm tired of her asking me -- | 17:24:28 |
| 8 | MR. POLICK: Let's take a break. Let's | 17:24:31 |
| 9 | take a break. She's entitled to ask her | 17:24:32 |
| 10 | questions. Okay? | 17:24:34 |
| 11 | THE WITNESS: I understand but -- | 17:24:35 |
| 12 | MR. POLICK: Okay. Let's take a break. | 17:24:35 |
| 13 | THE WITNESS: -- she's asking things over | 17:24:36 |
| 14 | and over that I've already answered. | 17:24:37 |
| 15 | MR. POLICK: Let's take a break. | 17:24:40 |
| 16 | THE VIDEOGRAPHER: We're going off the | 17:24:41 |
| 17 | record at 5:24 p.m. | 17:24:43 |
| 18 | (Recess taken, 5:24 p.m. to 5:30 p.m.) | 17:30:14 |
| 19 | THE VIDEOGRAPHER: We are back on the | 17:30:15 |
| 20 | record. The time is 5:30 p.m. | 17:30:16 |
| 21 | BY MS. GARCIA: | 17:30:19 |
| 22 | Q Prior to taking the break, we were talking | 17:30:21 |
| 23 | about the observation of 218 East Bailey with | 17:30:24 |
| 24 | Kushner and Ferreri; correct? | 17:30:29 |

Transcript of Michael Cross
Conducted on October 16, 2020                        287

| | | |
|---|---|---|
| 1 | A  Yes. | 17:30:31 |
| 2 | Q  And you testified you do have an | 17:30:32 |
| 3 | independent recollection of that; correct? | 17:30:33 |
| 4 | A  Yes. | 17:30:34 |
| 5 | Q  And earlier you testified that you do not | 17:30:45 |
| 6 | have an independent recollection of speaking with | 17:30:48 |
| 7 | Tina and Bill with Detective Cunningham on | 17:30:53 |
| 8 | September 15th, 1995; correct? | 17:30:57 |
| 9 | A  I don't recall. | 17:31:01 |
| 10 | Q  You don't recall giving that testimony? | 17:31:01 |
| 11 | A  No. | 17:31:03 |
| 12 | Q  You don't have an independent recollection? | 17:31:03 |
| 13 | A  I don't recall, no. | 17:31:07 |
| 14 | Q  And by saying that, you are saying that | 17:31:08 |
| 15 | you do not have an independent recollection of | 17:31:11 |
| 16 | September 15th, 1995, when you spoke to Tina and | 17:31:12 |
| 17 | Bill with Detective Cunningham? | 17:31:19 |
| 18 | A  No, I don't. | 17:31:21 |
| 19 | Q  And you have no independent recollection | 17:31:22 |
| 20 | of talking to Tina on September 15th, 1995, after | 17:31:31 |
| 21 | she wrote a statement about the night of the fire | 17:31:36 |
| 22 | and took a polygraph? | 17:31:40 |
| 23 | A  Yes, I do. | 17:31:42 |
| 24 | Q  You have an independent recollection of that? | 17:31:43 |

Transcript of Michael Cross
Conducted on October 16, 2020                    288

| | | |
|---|---|---|
| 1 | A  Yes. | 17:31:44 |
| 2 | Q  You testified earlier that you had no | 17:31:45 |
| 3 | independent recollection of talking to Tina after | 17:31:55 |
| 4 | she took the polygraph.  Given that earlier | 17:31:57 |
| 5 | testimony, should I believe that you have an | 17:32:02 |
| 6 | independent recollection now? | 17:32:11 |
| 7 | A  I don't recall that testimony. | 17:32:11 |
| 8 | Q  Okay.  But you do have an independent | 17:32:13 |
| 9 | recollection of talking to Tina after giving that | 17:32:16 |
| 10 | statement? | 17:32:18 |
| 11 | A  Yes. | 17:32:18 |
| 12 | Q  And earlier you testified that you do not | 17:32:19 |
| 13 | have an independent recollection of talking to | 17:32:27 |
| 14 | Mr. Amor after he was brought into Naperville | 17:32:29 |
| 15 | Police Department on an unrelated traffic offense | 17:32:34 |
| 16 | on September 15th, 1995.  Is that accurate | 17:32:37 |
| 17 | testimony? | 17:32:42 |
| 18 | A  Again, I don't -- no, I don't believe so. | 17:32:43 |
| 19 | Q  So you do have an independent recollection | 17:32:47 |
| 20 | of talking -- | 17:32:49 |
| 21 | A  I remember speaking -- | 17:32:49 |
| 22 | Q  -- to Mr. Amor on September 15th, 1995, | 17:32:50 |
| 23 | after he was brought in on an unrelated traffic | 17:32:55 |
| 24 | offense? | 17:32:59 |

Transcript of Michael Cross
Conducted on October 16, 2020                    289

| | | |
|---|---|---|
| 1 | A  I believe so, yes. | 17:32:59 |
| 2 | Q  You earlier testified you do not have an | 17:33:01 |
| 3 | independent recollection of testifying at the | 17:33:20 |
| 4 | grand jury in this matter.  Is that correct? | 17:33:21 |
| 5 | A  No. | 17:33:27 |
| 6 | Q  You do have an independent recollection of | 17:33:27 |
| 7 | testifying at the grand jury in this matter? | 17:33:29 |
| 8 | A  I recalled I did, yes. | 17:33:32 |
| 9 | Q  Do you or do you not? | 17:33:34 |
| 10 | A  Yes, I do. | 17:33:35 |
| 11 | Q  Why did you say earlier you didn't have a | 17:33:36 |
| 12 | recollection of testifying at the grand jury? | 17:33:39 |
| 13 | A  I don't believe that's what I said. | 17:33:41 |
| 14 | Q  Okay.  Do you -- earlier -- strike that. | 17:33:44 |
| 15 | Earlier you testified you don't have any | 17:33:49 |
| 16 | independent recollection of testifying at the | 17:33:52 |
| 17 | inquest.  Is that earlier testimony correct? | 17:33:54 |
| 18 | A  No. | 17:33:56 |
| 19 | Q  Why did you say that you had no memory of | 17:33:57 |
| 20 | the inquest earlier if you do have memory of the | 17:34:02 |
| 21 | inquest now? | 17:34:05 |
| 22 | A  I do have -- I always had a memory of the | 17:34:05 |
| 23 | inquest. | 17:34:09 |
| 24 | Q  And why did you not testify to that earlier? | 17:34:10 |

Transcript of Michael Cross
Conducted on October 16, 2020                     290

| | | |
|---|---|---|
| 1 | A  I don't recall that not being my testimony. | 17:34:14 |
| 2 | I don't recall that I didn't testify about that. | 17:34:19 |
| 3 | Q  And earlier you testified that you have no | 17:34:21 |
| 4 | recollection of testifying -- strike that. | 17:34:26 |
| 5 | Earlier you testified you have no independent | 17:34:28 |
| 6 | recollection of testifying at the 1997 trial.  Is | 17:34:29 |
| 7 | that still your testimony? | 17:34:34 |
| 8 | A  No. | 17:34:35 |
| 9 | Q  So you do have an independent recollection | 17:34:36 |
| 10 | of testifying at the 1997 trial? | 17:34:38 |
| 11 | A  I'm not sure.  I'm getting them all mixed | 17:34:40 |
| 12 | up now. | 17:34:45 |
| 13 | Q  Well, do you have an independent | 17:34:46 |
| 14 | recollection of -- | 17:34:48 |
| 15 | A  No. | 17:34:48 |
| 16 | Q  -- testifying -- | 17:34:49 |
| 17 | MR. POLICK:  Let her finish her question, | 17:34:50 |
| 18 | Mike. | 17:34:53 |
| 19 | Q  -- at the 1997 trial? | 17:34:54 |
| 20 | A  No. | 17:35:00 |
| 21 | Q  And Mr. Amor was acquitted after the | 17:35:01 |
| 22 | 2018 retrial; correct? | 17:35:08 |
| 23 | A  Yes. | 17:35:09 |
| 24 | Q  The Judge found that -- strike that. | 17:35:09 |

Transcript of Michael Cross
Conducted on October 16, 2020                      291

| | | |
|---|---|---|
| 1 | Given his acquittal, do you have any | 17:35:17 |
| 2 | remorse about the role you played in putting him | 17:35:19 |
| 3 | in jail? | 17:35:23 |
| 4 | A No. | 17:35:24 |
| 5 | Q Why not? | 17:35:24 |
| 6 | A Because I believed he committed a crime, | 17:35:25 |
| 7 | and I still believe he committed the crime. | 17:35:29 |
| 8 | Q And you believe he committed the crime | 17:35:32 |
| 9 | even though his confession is scientifically | 17:35:36 |
| 10 | impossible? | 17:35:39 |
| 11 | MR. POLICK: Objection to the form of the | 17:35:40 |
| 12 | question. | 17:35:42 |
| 13 | But you can go ahead and answer. | 17:35:42 |
| 14 | A I don't understand your question. | 17:35:43 |
| 15 | Q You said you don't believe his confession | 17:35:45 |
| 16 | was believable; correct? | 17:35:47 |
| 17 | A Yes. | 17:35:48 |
| 18 | Q And yet you have no remorse for arresting | 17:35:49 |
| 19 | him after he gave that confession; correct? | 17:35:52 |
| 20 | A Correct. | 17:35:54 |
| 21 | Q And you have no remorse for the fact that | 17:35:55 |
| 22 | he went to prison for decades after you arrested him? | 17:35:58 |
| 23 | A No. | 17:36:02 |
| 24 | Q Why not? | 17:36:03 |

Transcript of Michael Cross
Conducted on October 16, 2020                292

| | | |
|---|---|---|
| 1 | A  Because I believe he committed the crime. | 17:36:03 |
| 2 | Q  How do you believe he committed the crime? | 17:36:06 |
| 3 | A  From my investigation. | 17:36:08 |
| 4 | Q  And what did your investigation tell you | 17:36:09 |
| 5 | about how he committed the crime? | 17:36:12 |
| 6 | A  The probable cause, his admission, other | 17:36:14 |
| 7 | people's statements. | 17:36:17 |
| 8 | Q  And other than his admission and other | 17:36:19 |
| 9 | people's statements, what other evidence in your | 17:36:23 |
| 10 | mind is there that he committed the arson? | 17:36:26 |
| 11 | A  The crime scene investigation, his | 17:36:37 |
| 12 | statements that contradicted what we found at the | 17:36:42 |
| 13 | scene.  At least that. | 17:36:45 |
| 14 | Q  What statements did he give that | 17:36:51 |
| 15 | contradicted what you found at the scene? | 17:36:53 |
| 16 | A  I can't recall that. | 17:36:54 |
| 17 | Q  Okay. | 17:36:56 |
| 18 | A  Can't answer it. | 17:36:57 |
| 19 | Q  So other than what you saw at the crime | 17:36:58 |
| 20 | scene, his statements that allegedly contradicted | 17:37:03 |
| 21 | what you found at the scene, and his admission, | 17:37:06 |
| 22 | and the probable cause, what other evidence can | 17:37:12 |
| 23 | you point me to that supports your belief he set | 17:37:15 |
| 24 | the fire? | 17:37:19 |

Transcript of Michael Cross
Conducted on October 16, 2020                    293

| | | |
|---|---|---|
| 1 | A  Nothing I can recall right now other than | 17:37:19 |
| 2 | what I've already said. | 17:37:23 |
| 3 | Q  So you can't at this moment testify to | 17:37:26 |
| 4 | anything else other than what you've already said? | 17:37:29 |
| 5 | A  I mean, yes.  And it's because of my | 17:37:32 |
| 6 | neurological problems that I've had and continue | 17:37:36 |
| 7 | to have. | 17:37:39 |
| 8 | Q  Earlier I asked you if your neurological | 17:37:51 |
| 9 | issues would impede you from giving truthful and | 17:37:56 |
| 10 | accurate testimony; correct? | 17:37:59 |
| 11 | A  Correct. | 17:38:00 |
| 12 | Q  And so you're now testifying that you're | 17:38:00 |
| 13 | unable to give any other testimony at this moment | 17:38:04 |
| 14 | due to your neurological problems; correct? | 17:38:08 |
| 15 | A  There becomes a point where I can't do it. | 17:38:10 |
| 16 | Q  And what is that point? | 17:38:16 |
| 17 | A  That point is now. | 17:38:18 |
| 18 | Q  Did you know about that point before we | 17:38:20 |
| 19 | walked into this deposition room? | 17:38:22 |
| 20 | A  Yes. | 17:38:23 |
| 21 | Q  Then why didn't you disclose it with your | 17:38:24 |
| 22 | attorneys or plaintiff's attorneys? | 17:38:26 |
| 23 | A  I told you that I had neurological | 17:38:28 |
| 24 | problems and I had problems remembering things. | 17:38:30 |

Transcript of Michael Cross
Conducted on October 16, 2020                    294

| | | |
|---|---|---|
| 1 | So as far as I'm concerned, I disclosed it to you. | 17:38:33 |
| 2 | Q   Today? | 17:38:36 |
| 3 | A   I believe so, yes. | 17:38:36 |
| 4 | Q   Did you disclose it in any interrogatories | 17:38:37 |
| 5 | you were served? | 17:38:40 |
| 6 | A   I don't recall. | 17:38:41 |
| 7 | Q   And you know that a deposition is under | 17:38:45 |
| 8 | oath; correct? | 17:38:47 |
| 9 | A   Yes. | 17:38:48 |
| 10 | Q   And you understand that it's important to | 17:38:48 |
| 11 | give truthful and accurate testimony under oath; | 17:38:53 |
| 12 | correct? | 17:38:55 |
| 13 | A   Always. | 17:38:55 |
| 14 | Q   And you felt comfortable walking into this | 17:38:55 |
| 15 | room knowing that a neurological problem might | 17:38:59 |
| 16 | keep you from giving truthful or accurate | 17:39:01 |
| 17 | testimony or fully recalling the scope of the | 17:39:03 |
| 18 | case, and you decided to give a deposition anyway? | 17:39:06 |
| 19 | MR. POLICK:  I'm going to object to that | 17:39:10 |
| 20 | question because I think it's improper.  I mean, | 17:39:11 |
| 21 | you questioned Mr. Cross at length about his | 17:39:13 |
| 22 | memory problems, and he told you about his memory | 17:39:17 |
| 23 | problems as he could describe them not as a | 17:39:21 |
| 24 | doctor, not as a neurologist, but he described how | 17:39:24 |

Transcript of Michael Cross
Conducted on October 16, 2020                                    295

| | | |
|---|---|---|
| 1 | they affect him. | 17:39:27 |
| 2 | And you have been apprised of that in | 17:39:28 |
| 3 | advance of this deposition. We produced his | 17:39:31 |
| 4 | medical records on that regard; we produced his | 17:39:33 |
| 5 | medication. He told you today he was on | 17:39:37 |
| 6 | medication. | 17:39:39 |
| 7 | And what he also told you is that he | 17:39:39 |
| 8 | believed despite his memory issues he was going to | 17:39:42 |
| 9 | do his best to try to answer your questions today, | 17:39:46 |
| 10 | and that's what he's done. So I really think it's | 17:39:48 |
| 11 | unfair and improper to continue to badger and | 17:39:52 |
| 12 | suggest that he did not disclose these things with | 17:39:55 |
| 13 | you or that you are suggesting that he somehow, | 17:39:57 |
| 14 | you know, has not tried to answer your questions | 17:40:01 |
| 15 | to the best of his ability given his limitations. | 17:40:04 |
| 16 | MS. GARCIA: I never said he didn't try to | 17:40:07 |
| 17 | answer my questions to the best of his ability. I | 17:40:09 |
| 18 | also believe that's an improper speaking objection. | 17:40:13 |
| 19 | MR. POLICK: It wasn't a -- | 17:40:16 |
| 20 | MS. GARCIA: However, I will ask it a | 17:40:18 |
| 21 | different way, Mr. Cross. | 17:40:20 |
| 22 | Q Prior to coming to this deposition, did you | 17:40:22 |
| 23 | know that sitting in a room for up to seven hours | 17:40:26 |
| 24 | might produce within you the inability to fully | 17:40:31 |

Transcript of Michael Cross
Conducted on October 16, 2020                      296

| | | |
|---|---|---|
| 1 | recall memories you had as to this investigation? | 17:40:40 |
| 2 | A  Yes. | 17:40:43 |
| 3 | Q  And you knew that and you decided to sit | 17:40:49 |
| 4 | for the deposition anyway? | 17:40:53 |
| 5 | A  I decided to do the best of my ability. | 17:40:54 |
| 6 | Q  And has counsel disclosed to you that we | 17:41:00 |
| 7 | were willing to do the deposition over more than | 17:41:04 |
| 8 | one day? | 17:41:09 |
| 9 | MR. POLICK:  Objection as to any | 17:41:10 |
| 10 | discussions between him and his counsel -- | 17:41:11 |
| 11 | MS. GARCIA:  That's fair. | 17:41:14 |
| 12 | MR. POLICK:  -- attorney-client privilege. | 17:41:15 |
| 13 | I'm going to direct him not to answer that question. | 17:41:16 |
| 14 | MS. GARCIA:  I'll ask a different question. | 17:41:18 |
| 15 | Q  I've given you plenty of breaks during | 17:41:19 |
| 16 | this deposition; correct? | 17:41:22 |
| 17 | A  Yes. | 17:41:24 |
| 18 | MR. POLICK:  I'm going to object to that | 17:41:26 |
| 19 | question.  We've taken -- you have given breaks, | 17:41:28 |
| 20 | and we have taken breaks that have been at the | 17:41:30 |
| 21 | agreement of the parties here.  So I think your | 17:41:34 |
| 22 | question is a little inaccurate. | 17:41:36 |
| 23 | Q  Over the course of this deposition we have | 17:41:38 |
| 24 | taken several breaks; correct? | 17:41:41 |

Transcript of Michael Cross
Conducted on October 16, 2020                    297

```
 1      A  Yes.                                      17:41:43

 2      Q  And during those breaks you had a time to  17:41:45

 3   not be in a situation where you felt pressured?   17:41:50

 4      A  Yes.                                      17:41:54

 5      Q  And each time you have said you felt      17:41:54

 6   comfortable to continue giving testimony as to  17:41:58

 7   your knowledge in this case; correct?           17:42:07

 8      A  Yes.                                      17:42:08

 9      Q  And we took every break that you wanted to  17:42:09

10   take; correct?                                  17:42:16

11      A  I never asked for a break.                17:42:18

12      Q  Did we prevent -- did I prevent you from  17:42:20

13   taking any breaks?                              17:42:23

14      A  No.                                       17:42:25

15      Q  And I told you you could take breaks if   17:42:25

16   you needed to?                                  17:42:27

17      A  Yes.                                      17:42:28

18      MR. POLICK:  We'll stipulate that breaks    17:42:29

19   have been taken.  Do you have any further       17:42:30

20   questions you want to ask Mr. Cross here about  17:42:32

21   this?  Because I think it's unfair to continue --  17:42:35

22      MS. GARCIA:  Do you need to take a break     17:42:37

23   now, Mr. Cross?                                 17:42:39

24      MR. POLICK:  Excuse me.  What I'd like to    17:42:40
```

Transcript of Michael Cross
Conducted on October 16, 2020                    298

| | | |
|---|---|---|
| 1 | know is if you have any further questions about | 17:42:42 |
| 2 | this case.  Because if you're going to -- | 17:42:44 |
| 3 | MS. GARCIA:  I'm sorry; is it your turn to | 17:42:46 |
| 4 | be speaking right now, Joe? | 17:42:48 |
| 5 | MR. POLICK:  No, because I'm objecting to | 17:42:49 |
| 6 | your line of questioning challenging his memory | 17:42:51 |
| 7 | here.  That's been fully disclosed. | 17:42:53 |
| 8 | MS. GARCIA:  I'm not challenging his | 17:42:55 |
| 9 | memory.  I'm asking if he's been given the chance | 17:42:56 |
| 10 | to take breaks. | 17:42:59 |
| 11 | MR. POLICK:  We stipulated that there have | 17:43:00 |
| 12 | been breaks during the course -- | 17:43:02 |
| 13 | MS. GARCIA:  You stipulated when I was | 17:43:02 |
| 14 | asking your client a question? | 17:43:04 |
| 15 | MR. POLICK:  No.  What I'm saying is we | 17:43:05 |
| 16 | stipulated that there were breaks during this | 17:43:07 |
| 17 | deposition. | 17:43:08 |
| 18 | MS. GARCIA:  You stipulated without me | 17:43:08 |
| 19 | agreeing to that stipulation. | 17:43:12 |
| 20 | MR. POLICK:  I'm not understanding what | 17:43:13 |
| 21 | you're saying.  All I'm saying is that there were | 17:43:14 |
| 22 | points in this deposition where we agreed to take | 17:43:16 |
| 23 | breaks.  Other than for Mr. Cross' sake we agreed | 17:43:20 |
| 24 | to take a break for lunch.  There's been other | 17:43:25 |

Transcript of Michael Cross
Conducted on October 16, 2020                    299

| | | |
|---|---|---|
| 1 | breaks that have been taken.  So -- | 17:43:27 |
| 2 | MS. GARCIA:  Have I contested that? | 17:43:27 |
| 3 | MR. POLICK:  It sounds like you are, and | 17:43:29 |
| 4 | it sounds like you're blaming my client for taking | 17:43:31 |
| 5 | breaks.  So if you have further questions about | 17:43:33 |
| 6 | the case, why don't you ask them instead of | 17:43:36 |
| 7 | debating with him about breaks. | 17:43:38 |
| 8 | MS. GARCIA:  How about you please stop | 17:43:40 |
| 9 | directing me how to undertake a deposition. | 17:43:42 |
| 10 | MR. POLICK:  I'm not trying to tell you | 17:43:45 |
| 11 | how to take a deposition. | 17:43:47 |
| 12 | MS. GARCIA:  So why -- | 17:43:47 |
| 13 | MR. POLICK:  I want you to continue with | 17:43:48 |
| 14 | this deposition -- | 17:43:50 |
| 15 | MS. GARCIA:  Let's go off the record. | 17:43:51 |
| 16 | MR. POLICK:  -- but I don't think it's | 17:43:52 |
| 17 | fair to allow -- | 17:43:54 |
| 18 | MS. GARCIA:  Let's go off the record.  I | 17:43:54 |
| 19 | do not want to take my time to -- if you're going | 17:43:56 |
| 20 | to continue to -- | 17:43:56 |
| 21 | MR. POLICK:  I just want my record here. | 17:43:56 |
| 22 | MS. GARCIA:  -- berate me and tell me how | 17:43:58 |
| 23 | take a deposition -- | 17:43:59 |
| 24 | MR. POLICK:  I'm not -- | 17:43:59 |

Transcript of Michael Cross
Conducted on October 16, 2020                    300

| | | |
|---|---|---|
| 1 | MS. GARCIA: -- then I want my time back. | 17:43:59 |
| 2 | MR. POLICK: -- telling you how to take a | 17:44:00 |
| 3 | deposition, but at some point I don't think you | 17:44:01 |
| 4 | get to badger Mr. Cross -- | 17:44:03 |
| 5 | MS. GARCIA: I don't believe I am | 17:44:05 |
| 6 | badgering Mr. Cross. | 17:44:06 |
| 7 | MR. POLICK: -- about his -- you may not | 17:44:08 |
| 8 | believe it, but you're continuing to challenge him | 17:44:09 |
| 9 | regarding his memory. His memory is -- | 17:44:11 |
| 10 | MS. GARCIA: Do you want to call the Judge | 17:44:12 |
| 11 | about this? Because I'm willing to do so. | 17:44:13 |
| 12 | MR. POLICK: He's not -- he's not -- there's | 17:44:15 |
| 13 | no reason to go to the Judge at this point -- | 17:44:17 |
| 14 | MS. GARCIA: Either we go off the record -- | 17:44:19 |
| 15 | MR. POLICK: -- because he's not -- you're | 17:44:21 |
| 16 | interrupting me. Do you want to go off the | 17:44:21 |
| 17 | record? Let's go off the record. | 17:44:24 |
| 18 | MS. GARCIA: Let's go off the record. | 17:44:26 |
| 19 | THE VIDEOGRAPHER: We're going off the | 17:44:28 |
| 20 | record at 5:44 p.m. | 17:44:30 |
| 21 | (Recess taken, 5:44 p.m. to 5:48 p.m.) | 17:48:31 |
| 22 | THE VIDEOGRAPHER: We're back on the | 17:48:32 |
| 23 | record. The time is 5:48 p.m. | 17:48:33 |
| 24 | /// | |

Transcript of Michael Cross
Conducted on October 16, 2020                         301

| | | |
|---|---|---|
| 1 | BY MS. GARCIA: | 17:48:38 |
| 2 | Q  Prior to going off the record we were | 17:48:41 |
| 3 | talking about breaks that were taken during this | 17:48:44 |
| 4 | deposition, and just for the record, you were not | 17:48:50 |
| 5 | prevented from taking any breaks; correct? | 17:48:55 |
| 6 | A  Correct. | 17:48:58 |
| 7 | Q  Other than the documents you reviewed | 17:48:59 |
| 8 | prior to this deposition and the testimony that | 17:49:12 |
| 9 | you reviewed prior to this deposition, as well as | 17:49:17 |
| 10 | the documents you reviewed in this deposition, are | 17:49:21 |
| 11 | there any other documents you believe you could | 17:49:26 |
| 12 | review that would further refresh your recollection? | 17:49:28 |
| 13 | A  No. | 17:49:31 |
| 14 | Q  During the course of this deposition, | 17:49:32 |
| 15 | given what we've discussed and what you've | 17:49:53 |
| 16 | reviewed, has your memory on any aspect of this | 17:49:56 |
| 17 | case been refreshed? | 17:49:58 |
| 18 | A  From this particular deposition? | 17:50:00 |
| 19 | Q  Yes. | 17:50:08 |
| 20 | A  No. | 17:50:09 |
| 21 | Q  Okay.  That's a no? | 17:50:10 |
| 22 | A  That's a no. | 17:50:20 |
| 23 | MS. GARCIA:  And then I did have a line of | 17:50:22 |
| 24 | questioning about punitive damages, but I believe | 17:50:24 |

Transcript of Michael Cross
Conducted on October 16, 2020                          302

| | | |
|---|---|---|
| 1 | we've agreed to defer that until later. | 17:50:27 |
| 2 | MR. POLICK: I believe there is a | 17:50:29 |
| 3 | stipulation with regard to that. | 17:50:30 |
| 4 | MS. GARCIA: Just for the record, we have | 17:50:32 |
| 5 | stipulated between plaintiff and defendants' | 17:50:34 |
| 6 | counsel to speak about punitive damages later in | 17:50:39 |
| 7 | the proceedings. | 17:50:44 |
| 8 | I have no further questions. | 17:50:53 |
| 9 | MR. POLICK: Mr. Cross, I have some | 17:51:01 |
| 10 | questions for you. Are you ready to continue? | 17:51:03 |
| 11 | THE WITNESS: Yes, sir. | 17:51:07 |
| 12 | EXAMINATION BY COUNSEL FOR THE DEFENDANTS | 17:51:07 |
| 13 | BY MR. POLICK: | 17:51:10 |
| 14 | Q Do you recall how many years you worked | 17:51:10 |
| 15 | for the Naperville Police Department? | 17:51:13 |
| 16 | A Approximately 38. | 17:51:15 |
| 17 | Q Okay. And you said you started with the | 17:51:18 |
| 18 | police department in 1970; correct? | 17:51:20 |
| 19 | A Yes. | 17:51:24 |
| 20 | Q Okay. So 38 years would bring us to about | 17:51:24 |
| 21 | 2008; correct? | 17:51:28 |
| 22 | A Yes. | 17:51:29 |
| 23 | Q When you testified at the beginning of the | 17:51:30 |
| 24 | deposition that you retired in 2019, was that | 17:51:32 |

Transcript of Michael Cross
Conducted on October 16, 2020                    303

| | | |
|---|---|---|
| 1 | incorrect? | 17:51:37 |
| 2 | A  Yes. | 17:51:38 |
| 3 | Q  Do your memory issues affect your ability | 17:51:39 |
| 4 | to recall certain dates? | 17:51:43 |
| 5 | A  Yes. | 17:51:43 |
| 6 | Q  And during the course of the deposition | 17:51:45 |
| 7 | you were asked to look at some of your reports to | 17:51:54 |
| 8 | refresh your memory; correct? | 17:52:00 |
| 9 | A  Yes. | 17:52:01 |
| 10 | Q  And did looking at those reports at times | 17:52:02 |
| 11 | refresh your memory of certain things during the | 17:52:05 |
| 12 | course of the deposition? | 17:52:08 |
| 13 | A  Yes. | 17:52:09 |
| 14 | Q  When you review reports, does your memory | 17:52:10 |
| 15 | condition as you experience it cause you any | 17:52:16 |
| 16 | problems in retaining what you have looked at? | 17:52:22 |
| 17 | MS. GARCIA:  Object to form. | 17:52:25 |
| 18 | A  Sometimes I don't retain it even though | 17:52:27 |
| 19 | I've just read it. | 17:52:31 |
| 20 | Q  Okay.  So in terms of reading it, how do | 17:52:34 |
| 21 | you experience the retention or what is your | 17:52:37 |
| 22 | experience with regard to your memory retention | 17:52:39 |
| 23 | when you read something? | 17:52:41 |
| 24 | A  Sometimes I recall it but it usually doesn't | 17:52:42 |

Transcript of Michael Cross
Conducted on October 16, 2020                    304

| | | |
|---|---|---|
| 1 | last long. | 17:52:52 |
| 2 | Q  Okay.  And is that part of the memory | 17:52:53 |
| 3 | issues that you spoke about today? | 17:53:00 |
| 4 | A  Yes. | 17:53:03 |
| 5 | Q  Mr. Dave Ferreri worked for the Naperville | 17:53:04 |
| 6 | Fire Department at the time of the Miceli fire | 17:53:39 |
| 7 | investigation; correct? | 17:53:41 |
| 8 | A  Yes. | 17:53:42 |
| 9 | Q  And you understood that Mr. Ferreri was a | 17:53:43 |
| 10 | certified fire investigator? | 17:53:45 |
| 11 | A  Yes. | 17:53:47 |
| 12 | Q  And you also testified about Mr. Kushner? | 17:53:48 |
| 13 | A  Yes. | 17:53:53 |
| 14 | Q  He was a State fire investigator? | 17:53:54 |
| 15 | A  Fire marshal, yes. | 17:53:57 |
| 16 | Q  Okay.  And was it your understanding that | 17:53:59 |
| 17 | Fire Marshal Kushner was also certified by the | 17:54:02 |
| 18 | State? | 17:54:06 |
| 19 | A  Yes. | 17:54:06 |
| 20 | Q  At any time did you ever take a test to be | 17:54:07 |
| 21 | certified as a fire investigator? | 17:54:10 |
| 22 | A  No. | 17:54:13 |
| 23 | Q  Did you ever take any State test to be | 17:54:14 |
| 24 | certified as a fire investigator? | 17:54:17 |

Transcript of Michael Cross
Conducted on October 16, 2020                    305

| | | |
|---|---|---|
| 1 | A   No. | 17:54:18 |
| 2 | Q   Have you ever been certified as a fire | 17:54:19 |
| 3 | investigator? | 17:54:21 |
| 4 | A   No. | 17:54:21 |
| 5 | Q   During the course of this investigation, | 17:54:22 |
| 6 | you testified that you relied upon the judgment | 17:54:26 |
| 7 | and deferred to those people in the fire | 17:54:32 |
| 8 | department and who had experience in fire | 17:54:39 |
| 9 | investigation; correct? | 17:54:40 |
| 10 | MS. GARCIA:   Object to form. | 17:54:42 |
| 11 | Q   You told us that during the course of this | 17:54:44 |
| 12 | investigation you worked within the investigations | 17:54:57 |
| 13 | division of the Naperville Police Department; | 17:55:01 |
| 14 | correct? | 17:55:05 |
| 15 | A   Correct. | 17:55:06 |
| 16 | Q   Okay.  And I think you also testified | 17:55:07 |
| 17 | there was also a patrol division. | 17:55:09 |
| 18 | A   Experience, yes. | 17:55:12 |
| 19 | Q   I'm -- just in terms of the divisions in | 17:55:13 |
| 20 | the department, was there also a patrol division? | 17:55:17 |
| 21 | A   Yes. | 17:55:19 |
| 22 | Q   And you worked in that prior to the | 17:55:19 |
| 23 | investigations division? | 17:55:21 |
| 24 | A   Yes. | 17:55:22 |

Transcript of Michael Cross
Conducted on October 16, 2020

306

| | | |
|---|---|---|
| 1 | Q  When you were working in the investigations | 17:55:22 |
| 2 | division during the time of this Miceli | 17:55:26 |
| 3 | investigation, were you a supervisor in that | 17:55:28 |
| 4 | division? | 17:55:31 |
| 5 | A  No. | 17:55:31 |
| 6 | Q  Were you ever a supervisor? | 17:55:32 |
| 7 | A  No. | 17:55:33 |
| 8 | Q  And you testified that your immediate | 17:55:34 |
| 9 | supervisor in the investigations division was | 17:55:42 |
| 10 | Sergeant Mark Carlson? | 17:55:46 |
| 11 | A  Yes. | 17:55:48 |
| 12 | Q  And that the captain of that investigations | 17:55:48 |
| 13 | division at the time of this investigation, the | 17:55:52 |
| 14 | Miceli investigation, was captain Paul Shaffer; | 17:55:55 |
| 15 | correct? | 17:55:59 |
| 16 | A  Correct. | 17:56:00 |
| 17 | Q  In your testimony at the 2018 retrial of | 17:56:01 |
| 18 | Mr. Amor, you testified that Jon Ripsky was the | 17:56:07 |
| 19 | captain in charge of the investigations division | 17:56:12 |
| 20 | at the time of this Miceli investigation.  Was | 17:56:16 |
| 21 | that testimony incorrect? | 17:56:19 |
| 22 | A  Yes, it was. | 17:56:20 |
| 23 | Q  You were asked some questions about | 17:56:21 |
| 24 | polygraph examinations.  Were you ever trained on | 17:56:43 |

Transcript of Michael Cross
Conducted on October 16, 2020                              307

| | | |
|---|---|---|
| 1 | how to do polygraph examinations? | 17:56:49 |
| 2 | A No. | 17:56:52 |
| 3 | Q Did you yourself ever conduct polygraph | 17:56:52 |
| 4 | examinations? | 17:56:56 |
| 5 | A No. | 17:56:56 |
| 6 | Q Would it be fair to say that you relied on | 17:56:57 |
| 7 | others to do polygraph examinations? | 17:57:00 |
| 8 | A Yes. | 17:57:02 |
| 9 | Q Do you have any training as a doctor? | 17:57:03 |
| 10 | A No. | 17:57:06 |
| 11 | Q Do you have any training in being a mental | 17:57:07 |
| 12 | health professional like a psychologist or a | 17:57:13 |
| 13 | psychiatrist? | 17:57:16 |
| 14 | A No. | 17:57:17 |
| 15 | Q Because you were not trained in doing | 17:57:18 |
| 16 | polygraph examinations, would it be fair to say | 17:57:36 |
| 17 | that you would rely on the polygraph examiners to | 17:57:39 |
| 18 | explain things to you about whatever their | 17:57:44 |
| 19 | interviews or tests concluded? | 17:57:46 |
| 20 | A Yes. | 17:57:47 |
| 21 | Q You testified that at the time of the | 17:57:49 |
| 22 | Miceli fire investigation you were a member of the | 17:57:56 |
| 23 | fire investigation team or FIT for short; right? | 17:58:01 |
| 24 | A Yes. | 17:58:08 |

Transcript of Michael Cross
Conducted on October 16, 2020                    308

```
1        Q   And that was comprised of both members of      17:58:09

2   the Naperville Police Department and the Naperville     17:58:13

3   Fire Department; correct?                               17:58:16

4        A   Yes.                                           17:58:16

5        Q   And in the Miceli investigation,               17:58:17

6   Dave Ferreri was the fire department member of the     17:58:20

7   FIT team; correct?                                      17:58:23

8        A   Yes.                                           17:58:25

9        Q   Do you recall any other people from the        17:58:25

10  fire department who worked on the FIT team during       17:58:27

11  this investigation?                                     17:58:31

12       A   Not specifically, no.                          17:58:31

13       Q   And you from the police department --          17:58:34

14  strike that.                                            17:58:39

15          You were the police department member on        17:58:40

16  this fire investigation team; correct?                  17:58:42

17       A   Correct.                                       17:58:44

18       Q   Do you recall anybody else from the police     17:58:45

19  department that was a member of the fire                17:58:47

20  investigation team at the time of the Miceli            17:58:49

21  investigation?                                          17:58:51

22       A   I believe that Detective Griffith was as       17:58:52

23  it relates to evidence collecting.                      17:58:57

24       Q   Okay.  Was Detective Griffith trained in       17:58:59
```

Transcript of Michael Cross
Conducted on October 16, 2020                                    309

| | | |
|---|---|---|
| 1 | evidence collection? | 17:59:04 |
| 2 | A   Yes. | 17:59:04 |
| 3 | Q   For like an evidence technician? | 17:59:04 |
| 4 | A   Yes. | 17:59:07 |
| 5 | Q   And with regard to the fire investigation | 17:59:08 |
| 6 | team, would it be fair to say that you would rely on | 17:59:13 |
| 7 | the opinions and conclusions of the fire department | 17:59:16 |
| 8 | and particularly with regard to Mr. Ferreri with | 17:59:21 |
| 9 | regard to origin and cause of fires? | 17:59:25 |
| 10 | MS. GARCIA:   Object to form. | 17:59:27 |
| 11 | A   Yes. | 17:59:29 |
| 12 | Q   During the course of the Miceli fire and | 17:59:31 |
| 13 | murder investigation, did Jon Ripsky ever direct | 18:00:20 |
| 14 | you how to conduct your investigation? | 18:00:23 |
| 15 | A   No. | 18:00:26 |
| 16 | Q   Did he ever supervise you during the course | 18:00:27 |
| 17 | of that investigation? | 18:00:32 |
| 18 | A   No. | 18:00:32 |
| 19 | Q   You testified that you recalled that | 18:00:33 |
| 20 | Mr. Amor had taken a polygraph examination early | 18:01:00 |
| 21 | in the investigation, but it was determined by | 18:01:05 |
| 22 | that polygraph examiner to be inconclusive because | 18:01:10 |
| 23 | Mr. Amor had been drinking alcohol.  Do you recall | 18:01:14 |
| 24 | that testimony? | 18:01:17 |

Transcript of Michael Cross
Conducted on October 16, 2020                    310

| | | |
|---|---|---|
| 1 | A  Yes. | 18:01:17 |
| 2 | Q  And after that period of time, you did | 18:01:18 |
| 3 | have other interviews with Mr. Amor; correct? | 18:01:23 |
| 4 | A  Yes. | 18:01:26 |
| 5 | Q  And during those interviews with Mr. Amor, | 18:01:26 |
| 6 | did he express an interest in completing or | 18:01:30 |
| 7 | retaking that polygraph examination at a time when | 18:01:33 |
| 8 | he was sober? | 18:01:38 |
| 9 | A  Yes. | 18:01:39 |
| 10 | Q  The car that you were in when Mr. Amor | 18:01:40 |
| 11 | went with you and Detective Guerrieri from the | 18:01:52 |
| 12 | DeKalb County jail to Reid & Associates in Chicago | 18:01:56 |
| 13 | and then from Reid & Associates in Chicago back to | 18:02:00 |
| 14 | the Naperville Police Department, do you recall | 18:02:04 |
| 15 | that vehicle you were in? | 18:02:06 |
| 16 | A  Yes. | 18:02:07 |
| 17 | Q  The vehicle itself, did it have a cage or | 18:02:08 |
| 18 | a -- like a Plexiglas shield like we have here | 18:02:13 |
| 19 | today between the front seats and the back seats? | 18:02:18 |
| 20 | A  No. | 18:02:20 |
| 21 | Q  When you were at Reid & Associates, did | 18:02:50 |
| 22 | you take part in the -- Mr. Masokas' pretest | 18:02:54 |
| 23 | interview of Mr. Amor, or did you remain in the | 18:03:01 |
| 24 | lobby with Detective Guerrieri? | 18:03:04 |

Transcript of Michael Cross
Conducted on October 16, 2020                    311

| | | |
|---|---|---|
| 1 | A  I remained in the lobby. | 18:03:06 |
| 2 | Q  And you were also not present when | 18:03:08 |
| 3 | Mr. Masokas gave Mr. Amor his polygraph exam; | 18:03:11 |
| 4 | correct? | 18:03:17 |
| 5 | A  Correct. | 18:03:17 |
| 6 | Q  You remained in the lobby at that point, | 18:03:18 |
| 7 | as well; correct? | 18:03:20 |
| 8 | A  Yes. | 18:03:21 |
| 9 | Q  When you got back to the Naperville Police | 18:03:22 |
| 10 | Department when Mr. Amor came back with you and | 18:03:38 |
| 11 | Detective Guerrieri from Reid & Associates in | 18:03:41 |
| 12 | Chicago, did you and Detective Guerrieri and | 18:03:45 |
| 13 | Mr. Amor all go down into the investigations | 18:03:50 |
| 14 | section together? | 18:03:55 |
| 15 | A  Yes. | 18:03:56 |
| 16 | Q  Okay. | 18:03:58 |
| 17 | A  Well, no.  I went down with Mr. Amor first, | 18:03:59 |
| 18 | and Bob parked the car and then came in. | 18:04:02 |
| 19 | Q  Okay.  And so where did Mr. -- strike that. | 18:04:05 |
| 20 | Did Detective Guerrieri drop you off at | 18:04:09 |
| 21 | some point? | 18:04:12 |
| 22 | A  Yes. | 18:04:12 |
| 23 | Q  Where did he drop you off in relation -- | 18:04:13 |
| 24 | A  The front door. | 18:04:16 |

Transcript of Michael Cross
Conducted on October 16, 2020                    312

| | | |
|---|---|---|
| 1 | Q   Okay.  And then where did he have to go | 18:04:17 |
| 2 | park the car? | 18:04:20 |
| 3 | A  In the back of the building. | 18:04:21 |
| 4 | Q   All right.  And then could Detective | 18:04:22 |
| 5 | Guerrieri get to the investigations section | 18:04:24 |
| 6 | through a rear entrance of the building? | 18:04:28 |
| 7 | A  Yes. | 18:04:30 |
| 8 | Q   So when you walk into the front door of | 18:04:31 |
| 9 | the police department there in Naperville at the | 18:04:34 |
| 10 | time of this investigation in 1995, was there like | 18:04:36 |
| 11 | a front desk area? | 18:04:38 |
| 12 | A  Yes. | 18:04:39 |
| 13 | Q   And then where was this investigations | 18:04:40 |
| 14 | section in relation to that front desk area? | 18:04:43 |
| 15 | A  On the lower level. | 18:04:44 |
| 16 | Q   Okay.  So the front desk where you walk in | 18:04:46 |
| 17 | is the main level, and then there's a lower level | 18:04:52 |
| 18 | in the building? | 18:04:55 |
| 19 | A  Yes. | 18:04:55 |
| 20 | Q   And the investigations section was in the | 18:04:55 |
| 21 | lower level? | 18:04:59 |
| 22 | A  Yes. | 18:04:59 |
| 23 | Q   And how did you get down into the lower | 18:05:00 |
| 24 | level of the building to the investigations section? | 18:05:03 |

Transcript of Michael Cross
Conducted on October 16, 2020                    313

| 1 | A   I don't recall.  There's stairs and there's | 18:05:07 |
|---|---|---|

1       A   I don't recall.  There's stairs and there's        18:05:07

2   an elevator, but I don't recall which one we used.    18:05:09

3       Q   And then when you get down in the              18:05:14

4   investigations section, you described that there's    18:05:17

5   a lobby area down there?                              18:05:20

6       A   Yes.                                           18:05:22

7       Q   Was there a reception desk at all or just      18:05:22

8   like a lobby area?                                    18:05:25

9       A   There's a reception desk.                      18:05:25

10      Q   Okay.  Do you recall if there was any          18:05:27

11  reception person there when you came down with        18:05:28

12  Mr. Amor at that point around 11:30 at night?         18:05:31

13      A   No, there wasn't.                              18:05:35

14      Q   And then you spoke of the interview room       18:05:38

15  that you were in with Mr. Amor in the                 18:05:41

16  investigations section.  Can you tell us where        18:05:43

17  that was in relation to the lobby area?               18:05:46

18      A   Right off the lobby there's a door to go       18:05:48

19  into the interview room.                              18:05:50

20      Q   And you already described the interview        18:05:51

21  room to us.  Can you describe the lobby area and      18:05:53

22  what that looked like?                                18:05:57

23      A   The lobby area is quite a bit larger than      18:05:57

24  the interview room.  It has a reception desk; it      18:06:00

Transcript of Michael Cross
Conducted on October 16, 2020                    314

| | | |
|---|---|---|
| 1 | has numerous or several couches and chairs, also. | 18:06:05 |
| 2 | Q  When you and Detective Guerrieri were in | 18:06:14 |
| 3 | the interview room with Mr. Amor, and he eventually | 18:06:27 |
| 4 | made his admissions and his confession, were there | 18:06:30 |
| 5 | any other Naperville police officers in that | 18:06:34 |
| 6 | interview room with you besides you and Detective | 18:06:37 |
| 7 | Guerrieri? | 18:06:39 |
| 8 | A  No. | 18:06:40 |
| 9 | Q  And when Assistant State's Attorney | 18:06:41 |
| 10 | Nigohosian arrived at Naperville Police Department | 18:06:50 |
| 11 | to speak with Bill as part of the felony review | 18:06:53 |
| 12 | process, were there any other officers or detectives | 18:06:56 |
| 13 | there besides you and Detective Guerrieri with | 18:07:01 |
| 14 | Mr. Nigohosian? | 18:07:06 |
| 15 | A  Not in the downstairs area, no. | 18:07:07 |
| 16 | Q  You testified that at some point you went | 18:07:10 |
| 17 | back to the apartment where the fire had occurred | 18:07:37 |
| 18 | and looked on the wall for where the smoke detector | 18:07:46 |
| 19 | was supposed to have been? | 18:07:53 |
| 20 | A  Yes. | 18:07:54 |
| 21 | Q  Do you recall where in the apartment it | 18:07:54 |
| 22 | was located? | 18:07:56 |
| 23 | A  Above the breaker box. | 18:07:56 |
| 24 | Q  Okay.  And you described that you went | 18:07:58 |

Transcript of Michael Cross
Conducted on October 16, 2020                              315

| | | |
|---|---|---|
| 1 | there, and you didn't see any pattern on the wall? | 18:08:01 |
| 2 | A  No. | 18:08:03 |
| 3 | Q  Okay.  Meaning the wall was covered | 18:08:05 |
| 4 | with soot? | 18:08:08 |
| 5 | A  Yes. | 18:08:08 |
| 6 | Q  Okay.  Did you find any anchors or screws in | 18:08:10 |
| 7 | that wall where the smoke detector should have been? | 18:08:15 |
| 8 | A  Yes.  There were two screws. | 18:08:17 |
| 9 | Q  I think you indicated earlier that you did | 18:08:20 |
| 10 | not review any fire department documents regarding | 18:08:47 |
| 11 | this case to prepare. | 18:08:51 |
| 12 | A  No, I did not. | 18:08:54 |
| 13 | Q  You didn't review Lieutenant Ferreri's | 18:08:56 |
| 14 | report at all? | 18:08:59 |
| 15 | A  No. | 18:08:59 |
| 16 | Q  If Lieutenant Ferreri's origin-and-cause | 18:09:01 |
| 17 | report did not contain any determination of a | 18:09:25 |
| 18 | cause, would you stand by his report? | 18:09:29 |
| 19 | A  Yes. | 18:09:31 |
| 20 | Q  You testified with regard to Mr. Amor's | 18:09:32 |
| 21 | admissions about the fire that it was important to | 18:10:03 |
| 22 | you that he told you that he had started it; | 18:10:07 |
| 23 | correct? | 18:10:10 |
| 24 | A  Yes. | 18:10:10 |

Transcript of Michael Cross
Conducted on October 16, 2020                    316

| | | |
|---|---|---|
| 1 | Q But you believed that he was minimizing | 18:10:11 |
| 2 | what he had told you about it? | 18:10:18 |
| 3 | A Yes. | 18:10:20 |
| 4 | Q Did you believe that he could have started | 18:10:21 |
| 5 | the fire with an open flame source as opposed to a | 18:10:25 |
| 6 | cigarette? | 18:10:29 |
| 7 | A Yes. | 18:10:29 |
| 8 | Q Did you believe that if he had thrown, or | 18:10:30 |
| 9 | dropped, or flicked the cigarette into just | 18:10:37 |
| 10 | newspaper, dry newspaper that that could cause | 18:10:41 |
| 11 | a fire? | 18:10:46 |
| 12 | A Yeah, over an amount of time it would | 18:10:47 |
| 13 | smolder and would -- could cause a fire. | 18:10:50 |
| 14 | Q So that was plausible to you? | 18:10:52 |
| 15 | A Yes. | 18:10:54 |
| 16 | Q Did you believe an accelerant was used by | 18:10:55 |
| 17 | Mr. Amor to start the fire? | 18:10:59 |
| 18 | A Yes. | 18:11:00 |
| 19 | Q What did you believe the accelerant to be | 18:11:01 |
| 20 | in this particular case? | 18:11:04 |
| 21 | A I believe it was charcoal lighter fluid. | 18:11:05 |
| 22 | THE VIDEOGRAPHER: Sorry for the bad | 18:11:11 |
| 23 | timing, but I've only got 3 minutes left. Should | 18:11:13 |
| 24 | I switch tapes? | 18:11:17 |

Transcript of Michael Cross
Conducted on October 16, 2020          317

1      MR. POLICK:  I think I can wrap it up.          18:11:18

2      Q  During the course of his confession          18:11:21

3  Mr. Amor told you he was on the floor watching          18:11:24

4  television that day?          18:11:26

5      A  Yes.          18:11:26

6      Q  And where he had spilled vodka and had the          18:11:27

7  newspapers out, that was in the area where it was          18:11:31

8  determined the origin of the fire was near the          18:11:33

9  swivel rocker chair?          18:11:36

10      A  Yes.          18:11:38

11      MS. GARCIA:  Object to form.          18:11:40

12      Q  And during the course of that confession,          18:11:42

13  Mr. Amor told you that he intended to start that          18:11:44

14  fire; correct?          18:11:46

15      A  Yes.          18:11:47

16      Q  And he knew by not doing anything about it          18:11:47

17  that he believed a fire was going to occur; he          18:11:50

18  told you that; correct?          18:11:54

19      A  Yes.          18:11:55

20      Q  And, in fact, he told you he just didn't          18:11:55

21  give a shit; right?          18:11:58

22      A  Yes.          18:12:00

23      Q  And you asked him why he started the fire;          18:12:01

24  correct?          18:12:04

Transcript of Michael Cross
Conducted on October 16, 2020                    318

| | | |
|---|---|---|
| 1 | A  Yes. | 18:12:04 |
| 2 | Q  And he gave you various reasons all that | 18:12:04 |
| 3 | amounted to financial gain; correct? | 18:12:10 |
| 4 | A  Yes. | 18:12:11 |
| 5 | Q  During the course of the deposition today, | 18:12:33 |
| 6 | Mr. Cross, have you testified to your -- to the | 18:12:35 |
| 7 | best of your ability given your memory limitations | 18:12:38 |
| 8 | that you testified to here today? | 18:12:42 |
| 9 | A  Yes. | 18:12:43 |
| 10 | MR. POLICK:  I don't have anything further. | 18:12:45 |
| 11 | Ms. Garcia may have some follow-up. | 18:12:48 |
| 12 | MS. GARCIA:  I just have one question. | 18:12:50 |
| 13 | EXAMINATION BY COUNSEL FOR THE PLAINTIFF | 18:12:50 |
| 14 | BY MS. GARCIA: | 18:12:53 |
| 15 | Q  You just testified that you believed | 18:12:53 |
| 16 | charcoal lighter fluid is how Mr. Amor started the | 18:12:56 |
| 17 | fire; correct? | 18:12:59 |
| 18 | A  Yes. | 18:13:00 |
| 19 | Q  Is there any physical evidence tying | 18:13:00 |
| 20 | Mr. Amor or any physical evidence, rather, that | 18:13:02 |
| 21 | proved Mr. Amor had interacted with any charcoal | 18:13:06 |
| 22 | lighter fluid? | 18:13:14 |
| 23 | A  No. | 18:13:16 |
| 24 | MS. GARCIA:  No further questions. | 18:13:16 |

Transcript of Michael Cross
Conducted on October 16, 2020                              319

1          MR. POLICK:  Signature is reserved.                  18:13:18

2          MS. GARCIA:  We're going to order.                   18:13:21

3          MR. POLICK:  We'll take a copy.                      18:13:23

4          THE VIDEOGRAPHER:  We're going off the               18:13:24

5   record, ending this deposition at 6:13 p.m.                 18:13:28

6          (Off the record at 6:13 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Transcript of Michael Cross
Conducted on October 16, 2020                     320

```
1        CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

2

3        I, Paula M. Quetsch, Certified Shorthand

4   Reporter No. 084-003733, CSR, RPR, and a Notary

5   Public in and for the County of Kane, State of

6   Illinois, the officer before whom the foregoing

7   deposition was taken, do hereby certify that the

8   foregoing transcript is a true and correct record

9   of the testimony given; that said testimony was

10  taken by me stenographically and thereafter reduced

11  to typewriting under my direction; that reading and

12  signing was requested; and that I am neither

13  counsel for, related to, nor employed by any of

14  the parties to this case and have no interest,

15  financial or otherwise, in its outcome.

16        IN WITNESS WHEREOF, I have hereunto set my

17  hand and affixed my notarial seal this 3rd day of

18  November, 2020.

19

20  My commission expires:  October 16, 2021

21

22  _____

23  Notary Public in and for the

24  State of Illinois
```

Transcript of Michael Cross
Conducted on October 16, 2020

321

| A |
|---|

**aberdeen**
3:5
**abilities**
44:18, 164:20
**ability**
19:6, 19:13,
26:22, 27:1,
27:3, 27:8,
27:13, 52:15,
94:18, 164:6,
283:20, 284:5,
295:15, 295:17,
296:5, 303:3,
318:7
**able**
20:15, 20:19,
140:24, 150:12,
150:13, 151:22,
156:15, 158:2,
158:15, 166:23,
284:1
**above**
314:23
**absolutely**
83:2, 141:2
**abuse**
68:18
**academy**
36:5, 36:9,
36:13, 36:15,
40:8, 40:11,
41:1, 41:2,
41:5, 54:1,
54:4, 55:10,
58:21, 58:24
**accelerant**
145:9, 147:7,
148:6, 148:12,
148:17, 153:24,
169:21, 170:6,
268:17, 268:19,
268:24, 269:9,
270:14, 270:17,
270:21, 316:16,
316:19
**accelerants**
169:3, 169:6,

169:10, 169:13,
169:15, 169:17,
269:21, 269:24,
270:6, 270:8,
270:11
**acceptable**
68:21
**access**
178:23, 242:2
**accidental**
42:5, 72:24,
73:11, 126:17,
170:20, 172:15,
268:10, 269:18
**accidents**
53:2, 53:6,
53:9
**according**
252:4, 252:19
**accounts**
160:16
**accurate**
17:21, 18:6,
26:23, 27:9,
27:14, 57:19,
119:8, 127:10,
127:14, 137:11,
138:2, 140:24,
255:1, 257:1,
257:5, 257:9,
257:12, 288:16,
293:10, 294:11,
294:16
**accused**
53:19
**acquittal**
291:1
**acquitted**
82:19, 85:11,
290:21
**acted**
158:19, 158:20,
158:21
**acting**
66:7, 93:11
**actions**
147:14
**actual**
89:11, 181:18,

183:9
**actually**
36:8, 39:1,
70:8, 86:8,
86:9, 99:20,
149:13, 198:23,
214:15, 231:19,
233:4, 236:11,
277:2, 279:7
**addition**
6:9
**adjusting**
251:22
**administration**
51:19, 51:20,
51:23
**admission**
60:10, 235:22,
236:10, 239:12,
240:18, 279:8,
279:10, 279:19,
279:21, 292:6,
292:8, 292:21
**admissions**
228:6, 228:7,
228:8, 228:11,
233:11, 233:14,
233:17, 234:24,
235:2, 236:5,
240:22, 314:4,
315:21
**admitted**
147:23, 148:5,
195:22
**admitting**
233:18
**advance**
295:3
**advised**
248:14, 248:23,
249:11, 254:17,
257:21
**advising**
248:13
**affect**
26:11, 26:22,
27:8, 295:1,
303:3

**affected**
19:6
**affixed**
320:17
**afternoon**
162:1, 181:11
**again**
8:22, 16:9,
21:14, 23:22,
24:2, 27:16,
45:24, 51:22,
63:9, 64:21,
65:13, 66:11,
66:18, 68:23,
71:11, 71:16,
85:19, 93:7,
94:18, 97:24,
98:9, 105:18,
107:24, 114:8,
124:10, 127:4,
137:9, 158:11,
171:18, 172:10,
174:15, 178:4,
178:6, 190:1,
190:21, 195:7,
197:9, 197:16,
198:12, 204:11,
204:24, 205:8,
210:7, 212:24,
215:5, 216:6,
217:17, 217:18,
221:15, 225:8,
231:18, 233:12,
235:24, 236:20,
238:12, 248:16,
249:1, 251:22,
256:17, 260:5,
264:20, 265:23,
267:20, 268:21,
271:17, 271:23,
276:17, 280:3,
280:10, 284:11,
288:18
**against**
45:3, 59:17,
232:2, 242:9,
275:9
**aggravated**
7:2, 7:4, 7:6

Transcript of Michael Cross
Conducted on October 16, 2020

322

| | | | |
|---|---|---|---|
| **ago** | **al** | **allegedly** | **always** |
| 10:7, 11:7, | 1:9 | 292:20 | 156:21, 159:20, |
| 11:9, 11:10, | **alarm** | **allow** | 172:19, 172:20, |
| 11:22, 15:19, | 123:15, 123:18, | 23:18, 226:12, | 173:2, 179:8, |
| 18:5, 54:5, | 129:19, 254:9 | 299:17 | 179:13, 182:11, |
| 137:3, 217:3, | **alcohol** | **almost** | 200:20, 208:18, |
| 261:11, 276:6 | 133:2, 156:16, | 68:18, 68:20 | 222:9, 289:22, |
| **agree** | 156:17, 186:6, | **alone** | 294:13 |
| 138:5, 142:4, | 309:23 | 110:15, 114:11, | **alzheimer's** |
| 142:6, 261:21 | **alcoholic** | 220:7 | 24:11, 24:15, |
| **agreed** | 147:24, 186:14 | **along** | 25:22, 26:14, |
| 143:8, 154:2, | **all** | 76:13, 165:14, | 26:22, 27:12 |
| 258:11, 298:22, | 6:11, 9:2, | 165:15, 165:16, | **amor's** |
| 298:23, 302:1 | 22:21, 46:13, | 179:4, 266:4 | 13:24, 14:19, |
| **agreeing** | 47:15, 47:18, | **already** | 15:9, 18:11, |
| 298:19 | 47:21, 48:3, | 40:16, 89:3, | 30:22, 31:4, |
| **agreement** | 49:9, 75:4, | 93:24, 100:9, | 31:12, 31:15, |
| 296:21 | 75:6, 79:9, | 101:20, 104:13, | 31:18, 31:22, |
| **ahead** | 82:10, 82:11, | 105:14, 136:8, | 90:16, 155:4, |
| 7:12, 21:9, | 89:3, 95:10, | 143:2, 164:23, | 158:9, 158:13, |
| 45:23, 61:17, | 95:11, 95:12, | 170:24, 217:7, | 168:2, 169:8, |
| 61:23, 63:8, | 97:4, 97:6, | 217:15, 225:17, | 200:18, 204:20, |
| 63:20, 68:17, | 117:12, 117:19, | 235:2, 246:18, | 205:22, 208:16, |
| 69:18, 70:5, | 121:22, 128:8, | 271:2, 286:14, | 218:2, 222:1, |
| 71:14, 79:24, | 128:9, 132:12, | 293:2, 293:4, | 228:14, 229:1, |
| 85:18, 93:5, | 132:14, 138:21, | 313:20 | 229:23, 230:5, |
| 140:1, 161:17, | 139:24, 140:16, | **also** | 231:4, 231:8, |
| 172:10, 175:1, | 152:15, 152:17, | 3:18, 5:17, | 231:21, 234:15, |
| 177:24, 178:6, | 170:7, 171:23, | 23:14, 40:2, | 250:17, 260:22, |
| 179:10, 184:5, | 172:23, 178:23, | 46:19, 58:20, | 262:16, 264:6, |
| 185:24, 203:15, | 182:6, 193:13, | 58:23, 65:3, | 264:15, 266:23, |
| 204:11, 204:23, | 193:16, 194:24, | 65:7, 66:11, | 268:3, 268:9, |
| 205:8, 205:19, | 195:1, 198:14, | 74:12, 75:8, | 271:9, 271:18, |
| 207:12, 210:6, | 204:8, 204:12, | 77:12, 104:6, | 272:20, 315:20 |
| 214:5, 215:4, | 206:11, 207:6, | 122:8, 134:18, | **amount** |
| 216:5, 216:11, | 207:8, 207:16, | 134:20, 136:22, | 69:8, 237:10, |
| 217:13, 217:16, | 208:13, 209:2, | 148:22, 171:11, | 316:12 |
| 218:7, 219:21, | 210:12, 222:10, | 194:20, 204:13, | **amounted** |
| 220:5, 221:6, | 225:19, 229:16, | 216:3, 227:3, | 318:3 |
| 221:15, 221:23, | 245:24, 246:5, | 278:14, 295:7, | **anchors** |
| 223:12, 231:13, | 246:23, 247:1, | 295:18, 304:12, | 315:6 |
| 231:17, 238:1, | 254:24, 258:15, | 304:17, 305:16, | **angry** |
| 239:15, 243:15, | 272:22, 272:23, | 305:17, 305:20, | 226:13 |
| 246:17, 252:1, | 277:24, 282:16, | 311:2, 314:1 | **animated** |
| 252:24, 261:7, | 290:11, 298:21, | **alternative** | 173:2, 179:8, |
| 271:6, 282:14, | 311:13, 312:4, | 60:6 | 208:20, 222:10 |
| 291:13 | 313:7, 315:14, | **alternatives** | **another** |
| **air** | 318:2 | 60:6 | 7:7, 35:12, |
| 140:18 | | | |

Transcript of Michael Cross
Conducted on October 16, 2020

323

60:5, 76:13,
76:15, 94:4,
94:7, 135:23,
139:24, 140:11,
160:24, 162:13,
176:2, 181:3,
229:7, 258:12,
262:6, 262:8
**answered**
40:17, 93:24,
105:17, 114:7,
170:24, 172:9,
177:23, 178:5,
185:14, 190:18,
204:10, 205:8,
216:21, 217:14,
221:24, 229:2,
239:9, 268:22,
271:2, 286:14
**answering**
97:17, 97:20,
98:1, 98:5,
127:11, 183:12
**answers**
8:8, 160:9,
283:21
**anticipation**
84:21
**anybody**
63:21, 79:17,
79:18, 80:1,
80:3, 80:6,
80:11, 141:19,
152:4, 174:18,
184:16, 210:14,
233:21, 233:22,
233:23, 308:18
**anymore**
82:11, 85:5,
85:7, 85:23,
85:24, 86:5,
166:20, 255:20
**anyone**
11:3, 17:7,
46:18, 48:13,
53:19, 141:18,
145:23, 179:1,
262:10, 262:13,

262:16, 262:20
**anyplace**
78:19
**anything**
27:11, 86:18,
94:9, 101:18,
101:22, 106:20,
117:10, 120:4,
122:14, 122:16,
123:3, 123:5,
127:18, 131:22,
138:10, 149:9,
150:6, 150:14,
152:3, 167:11,
167:15, 171:3,
172:11, 179:2,
179:20, 206:22,
207:1, 208:14,
210:8, 247:1,
255:12, 256:10,
257:3, 277:22,
283:19, 293:4,
317:16, 318:10
**anyway**
83:3, 163:24,
177:18, 294:18,
296:4
**apartment**
28:20, 72:13,
100:8, 101:24,
102:2, 102:3,
106:18, 120:18,
122:8, 166:17,
167:10, 171:15,
171:20, 256:14,
314:17, 314:21
**apologies**
75:7, 76:1,
88:24, 238:5
**apologize**
105:14
**apparently**
261:9, 266:14
**appear**
66:16, 98:1
**appearance**
159:17, 172:18
**appeared**
72:10

**appears**
63:12
**appliances**
116:22
**application**
35:20, 35:22
**applied**
60:20
**apply**
35:10
**applying**
35:3
**apprised**
295:2
**appropriate**
61:6, 219:23
**approximately**
10:1, 11:7,
38:5, 40:14,
44:4, 72:16,
191:8, 195:9,
204:16, 208:12,
211:8, 224:22,
302:16
**approximation**
10:5, 67:10,
123:8
**april**
256:1
**area**
142:3, 163:24,
164:2, 312:11,
312:14, 313:5,
313:8, 313:17,
313:21, 313:23,
314:15, 317:7
**aren't**
67:23
**argue**
230:1, 230:12,
286:5
**arguing**
230:14
**argumentative**
64:21, 87:4,
202:18, 282:13
**arm**
96:16

**arms**
96:1, 96:2,
96:4, 96:10,
172:21
**around**
11:17, 35:1,
45:19, 58:8,
75:4, 75:6,
99:1, 99:2,
109:15, 121:2,
180:20, 190:23,
192:24, 200:2,
200:4, 200:5,
202:6, 211:4,
212:9, 214:16,
240:17, 241:11,
244:6, 244:14,
258:2, 277:12,
313:12
**arrest**
44:19, 77:13,
271:10, 271:12,
272:20, 272:23,
273:3, 273:4,
273:16, 273:21,
273:23, 274:4,
274:7, 274:10,
274:14, 275:1,
275:5, 278:7,
278:10, 279:5
**arrested**
173:14, 176:14,
271:19, 271:22,
274:22, 275:2,
275:4, 279:18,
291:22
**arresting**
279:3, 291:18
**arrive**
181:9, 243:2
**arrived**
99:6, 99:12,
99:14, 184:13,
184:21, 190:23,
211:3, 211:9,
243:5, 314:10
**arriving**
241:18, 242:23

Transcript of Michael Cross
Conducted on October 16, 2020

324

arson
39:1, 40:2,
40:6, 40:15,
40:19, 40:22,
41:13, 42:11,
42:19, 42:22,
43:1, 45:9,
45:10, 45:11,
47:18, 54:21,
58:5, 58:10,
58:15, 75:8,
75:10, 75:22,
142:11, 142:13,
153:21, 154:16,
185:6, 214:10,
216:17, 217:22,
241:15, 241:16,
267:13, 267:15,
274:12, 275:15,
292:10
arthur
181:3
article
89:23, 90:1
ashtray
114:20
aside
81:24, 281:11
asked
6:8, 20:15,
21:1, 26:15,
26:16, 55:24,
56:16, 76:17,
76:21, 76:23,
77:1, 77:3,
83:16, 86:12,
88:11, 103:19,
103:20, 105:14,
105:17, 114:7,
114:18, 115:19,
117:5, 120:12,
122:5, 133:10,
133:12, 133:13,
134:11, 134:13,
134:15, 134:19,
154:6, 154:12,
172:8, 175:10,
177:22, 178:4,

183:10, 190:18,
194:8, 204:9,
205:7, 216:21,
217:3, 217:14,
228:16, 228:24,
229:14, 229:21,
231:6, 239:9,
239:11, 243:8,
248:23, 251:3,
251:19, 252:8,
252:9, 253:1,
253:4, 253:5,
255:19, 256:10,
256:13, 256:17,
256:22, 256:23,
257:3, 257:7,
280:1, 293:8,
297:11, 303:7,
306:23, 317:23
asking
10:2, 21:7,
21:15, 22:8,
22:9, 23:23,
24:4, 26:9,
62:23, 63:1,
65:7, 66:18,
70:14, 78:16,
93:3, 106:1,
106:2, 112:8,
138:11, 176:6,
216:22, 216:23,
221:18, 229:14,
235:1, 235:23,
236:22, 245:14,
246:22, 248:15,
253:2, 253:3,
280:21, 286:7,
286:13, 298:9,
298:14
aspect
32:11, 94:13,
97:5, 261:22,
301:16
aspects
19:24, 20:3,
20:14, 32:4,
60:23, 66:2,
79:9, 124:22,

124:24, 152:12
asserting
217:13
assessment
142:9
assign
54:18, 150:10,
150:14
assigned
45:18, 46:6,
46:18, 48:15,
48:17, 48:18,
49:16, 50:1,
54:14, 150:18
assignment
44:12, 44:13,
44:14, 152:3
assistance
76:9
assistant
257:15, 314:9
assisted
76:8
associates
30:11, 163:13,
163:15, 163:18,
164:9, 164:18,
177:16, 178:9,
178:14, 179:3,
179:7, 180:10,
180:13, 181:1,
181:6, 181:10,
181:17, 182:9,
182:23, 183:1,
189:17, 190:7,
190:24, 191:13,
191:20, 196:4,
198:18, 198:22,
200:4, 201:17,
202:22, 203:12,
203:24, 205:13,
205:14, 205:23,
205:24, 207:5,
207:9, 208:6,
208:11, 210:20,
226:7, 226:10,
246:9, 246:14,
246:22, 247:1,

247:14, 247:22,
248:2, 248:9,
258:15, 261:12,
275:11, 310:12,
310:13, 310:21,
311:11
assume
8:16, 88:4,
112:14, 260:7
assumed
140:9
attached
4:8, 87:20,
88:17, 100:20,
109:3, 141:6,
196:9
attack
63:22, 64:2,
64:3, 64:7,
64:10, 64:17,
64:19, 65:15,
65:21, 65:24,
66:3, 66:5,
72:7, 72:8
attacks
63:15
attempt
226:4
attempted
149:3, 176:16
attempting
127:22
attend
40:10, 59:3,
149:2, 153:13
attended
41:1, 41:2,
54:11
attending
28:15, 29:23,
40:7
attorney
6:16, 9:17,
9:20, 9:22,
10:2, 10:18,
57:14, 74:2,
241:10, 257:15,
314:9

Transcript of Michael Cross
Conducted on October 16, 2020                                      325

**attorney-client**
296:12
**attorneys**
11:7, 12:14,
293:22
**audible**
8:9
**aurora**
33:12, 33:14,
34:8
**authored**
109:9
**authority**
150:10
**automatic**
178:21
**avenue**
3:13
**aware**
106:2, 152:11,
210:21, 216:13,
218:1
**away**
59:20, 83:6,
83:9, 119:22,
164:10, 164:12,
175:12

**B**

**back**
18:3, 37:7,
37:22, 37:24,
44:7, 53:22,
53:24, 63:10,
69:20, 78:8,
80:22, 89:18,
108:3, 121:19,
121:21, 139:3,
151:20, 189:2,
195:5, 197:7,
197:20, 199:4,
199:6, 199:7,
199:8, 199:12,
199:16, 200:2,
200:8, 200:12,
202:10, 208:1,
208:7, 208:9,
208:23, 209:2,

209:11, 211:7,
211:13, 212:10,
215:6, 220:23,
224:16, 227:10,
228:3, 228:4,
229:4, 230:8,
233:15, 237:15,
237:19, 248:1,
254:14, 255:9,
263:11, 270:10,
286:19, 300:1,
300:22, 310:13,
310:19, 311:9,
311:10, 312:3,
314:17
**backseat**
178:18
**bad**
60:7, 121:3,
127:4, 137:6,
316:22
**badger**
295:11, 300:4
**badgering**
300:6
**bailey**
27:24, 28:19,
29:2, 31:8,
98:17, 285:12,
286:23
**barriers**
6:9
**base**
112:19
**based**
22:9, 26:10,
69:24, 110:4,
114:12, 124:19,
124:20, 124:21,
124:22, 128:3,
129:9, 144:5,
154:16, 203:10,
280:4
**baseline**
62:9
**basement**
46:12, 46:23,
47:4, 47:8,

47:13, 47:16,
47:19, 47:22
**basically**
112:1
**basis**
48:16
**bates**
89:8, 100:22,
155:13, 196:14,
196:18, 245:22,
247:12, 248:1
**bates'd**
89:5
**bates-stamped**
87:22, 109:5
**bathroom**
194:2, 207:19,
263:6
**battery**
7:2, 7:4, 7:6,
254:6, 254:7,
254:8, 254:13
**became**
37:6, 37:12,
38:6, 40:15,
40:19, 43:6,
43:11, 242:11
**because**
8:4, 8:9,
27:17, 36:10,
54:17, 57:9,
57:23, 63:17,
77:2, 77:3,
78:6, 81:13,
81:17, 85:4,
89:5, 90:21,
92:6, 107:11,
119:8, 123:22,
125:3, 125:5,
125:10, 125:21,
130:16, 137:19,
138:6, 138:8,
138:16, 139:9,
140:8, 145:16,
153:10, 153:24,
155:23, 156:2,
156:13, 158:1,
158:5, 158:7,

163:8, 163:19,
164:19, 166:15,
167:9, 168:6,
168:10, 168:16,
171:1, 177:15,
188:23, 189:2,
206:19, 214:6,
219:10, 220:10,
222:9, 222:21,
226:3, 228:19,
232:1, 232:10,
233:2, 236:1,
236:24, 237:13,
254:8, 255:11,
259:3, 259:6,
260:10, 266:16,
267:12, 267:20,
272:22, 275:8,
278:9, 279:4,
279:8, 280:22,
285:1, 291:6,
292:1, 293:5,
294:20, 297:21,
298:2, 298:5,
300:11, 300:15,
307:15, 309:22
**become**
39:6, 41:13,
42:11, 43:22,
44:21, 58:10,
222:3
**becomes**
67:17, 68:3,
293:15
**becoming**
36:6, 37:8,
39:16, 39:18,
40:5, 42:18,
42:22, 44:11,
45:13, 58:5,
237:13
**bedell**
99:8, 99:9
**bedroom**
167:11
**beep**
254:11
**before**
2:11, 6:17,

Transcript of Michael Cross
Conducted on October 16, 2020

326

6:24, 8:19, 9:3,
10:8, 10:11,
11:16, 16:8,
20:24, 26:20,
34:20, 34:22,
36:3, 36:8,
37:8, 39:20,
39:21, 39:22,
39:24, 40:18,
49:13, 50:4,
59:5, 59:7,
62:6, 75:12,
78:7, 79:1,
109:18, 118:7,
141:7, 164:19,
167:21, 172:24,
182:9, 187:14,
193:4, 193:5,
196:4, 201:7,
201:13, 202:22,
213:22, 214:1,
214:7, 219:7,
223:4, 223:8,
225:3, 225:21,
235:8, 235:12,
247:4, 247:5,
252:21, 268:22,
269:6, 271:13,
272:6, 272:9,
272:23, 274:10,
281:9, 282:5,
283:17, 285:2,
293:18, 320:6
**began**
233:13
**begin**
34:16, 49:12,
49:13, 244:16
**beginning**
140:4, 302:23
**begins**
5:2
**behalf**
3:2, 3:10
**behavior**
41:17
**behind**
99:23, 99:24,

100:5, 154:13
**being**
7:3, 7:6, 44:7,
44:17, 62:16,
70:7, 70:23,
71:19, 86:15,
86:21, 95:22,
96:21, 96:22,
97:3, 97:16,
100:15, 118:24,
119:2, 127:8,
137:14, 140:16,
143:13, 143:15,
145:3, 149:10,
153:23, 157:20,
158:6, 162:24,
172:11, 172:12,
174:6, 176:1,
176:3, 184:11,
184:22, 189:5,
190:13, 191:3,
193:19, 193:23,
195:3, 200:19,
200:22, 201:22,
205:2, 217:1,
217:11, 222:1,
222:13, 222:17,
222:24, 223:1,
224:9, 224:11,
228:22, 229:4,
248:13, 248:22,
248:23, 277:24,
285:15, 290:1,
307:11
**belief**
85:9, 170:10,
184:2, 267:4,
267:6, 292:23
**believable**
218:10, 238:20,
239:2, 262:14,
262:18, 262:21,
262:24, 278:22,
279:2, 291:16
**believed**
82:24, 112:3,
117:16, 122:8,
122:11, 126:9,

126:24, 127:2,
165:3, 170:16,
194:18, 232:10,
232:13, 232:23,
234:17, 234:18,
236:10, 236:17,
252:16, 261:18,
266:11, 266:16,
268:13, 269:9,
274:11, 291:6,
295:8, 316:1,
317:17, 318:15
**believing**
268:2
**bells**
123:16, 123:19,
129:20
**beneficiary**
120:20
**berate**
299:22
**besides**
11:3, 27:11,
147:7, 182:23,
199:16, 247:19,
249:4, 268:5,
314:6, 314:13
**best**
23:10, 24:3,
26:24, 27:2,
145:23, 163:21,
164:20, 165:3,
165:5, 165:7,
175:22, 284:5,
295:9, 295:15,
295:17, 296:5,
318:7
**better**
20:2, 20:5,
20:6, 20:11,
20:22, 20:24,
21:5, 21:11,
21:13, 21:19,
21:23, 22:18,
32:17, 39:7,
255:22
**between**
48:2, 58:7,

75:21, 89:14,
89:21, 171:6,
176:17, 207:4,
209:16, 220:16,
242:22, 243:1,
243:24, 261:11,
296:10, 302:5,
310:19
**bill's**
122:18, 123:15,
170:5, 194:14,
266:11
**bit**
22:18, 81:5,
127:21, 145:18,
145:19, 213:19,
237:19, 271:17,
313:23
**blame**
59:20
**blaming**
299:4
**blowing**
117:7
**bob**
88:5, 132:16,
178:17, 223:21,
230:9, 311:18
**body**
96:18, 96:24,
98:11, 269:21
**both**
6:10, 12:1,
14:5, 25:9,
45:9, 136:1,
179:15, 241:7,
286:1, 308:1
**bottle**
132:11, 134:20,
147:19
**bottom**
100:23, 109:7,
250:4
**bought**
254:13
**box**
171:13, 314:23
**brain**
271:14

Transcript of Michael Cross
Conducted on October 16, 2020

327

**break**
9:1, 9:4, 37:6, 72:5, 80:17, 128:8, 138:16, 138:18, 138:22, 139:6, 139:15, 139:19, 139:24, 140:12, 140:17, 207:19, 208:4, 237:2, 237:5, 237:12, 237:14, 263:5, 283:24, 286:8, 286:9, 286:12, 286:15, 286:22, 297:9, 297:11, 297:22, 298:24
**breaker**
314:23
**breakers**
117:8
**breaks**
139:20, 139:21, 140:5, 296:15, 296:19, 296:20, 296:24, 297:2, 297:13, 297:15, 297:18, 298:10, 298:12, 298:16, 298:23, 299:1, 299:5, 299:7, 301:3, 301:5
**breathing**
66:8
**brennan**
90:10, 196:12
**brian**
17:10, 48:24, 257:16, 257:17, 275:24, 276:18
**bring**
285:17, 302:20
**bringing**
180:9
**brought**
29:19, 180:13, 182:8, 182:11, 186:11, 205:12,

213:5, 219:5, 219:24, 288:14, 288:23
**bubble**
90:4
**build**
167:24, 274:9
**building**
47:6, 47:7, 47:12, 181:14, 203:17, 203:21, 255:9, 272:6, 272:9, 312:3, 312:6, 312:18, 312:24
**burglaries**
38:13, 38:14, 38:17
**burglary**
45:2, 55:1
**burn**
29:23, 141:10, 141:14, 143:12, 143:23, 144:10, 144:15, 145:21, 146:11, 146:14, 148:21, 149:3, 153:13
**burned**
143:13, 143:15, 145:18
**business**
163:21, 165:4
**businesses**
182:23

| C |
| --- |

**c-e-a-s-e**
69:3
**c-r-o-s-s**
6:5
**cage**
310:17
**call**
162:5, 172:22, 209:8, 209:11, 210:17, 241:10, 241:11, 257:17,

300:10
**called**
76:1, 98:22, 98:23, 107:11, 107:13, 174:11, 241:14, 263:15, 263:20
**calling**
263:17
**calls**
71:11, 96:11, 98:6, 161:15, 163:3, 174:8, 174:15, 185:23, 189:11, 189:19, 192:8, 200:14, 200:23, 201:24, 202:18, 203:13, 204:21, 205:5, 205:17, 206:5, 207:10, 215:2, 216:4, 218:5, 218:12, 219:19, 220:3, 221:5, 221:13, 221:17, 239:13
**calm**
111:14, 121:6, 128:24, 129:6, 129:15, 159:20, 172:24, 173:1, 173:4, 208:21
**came**
28:8, 31:4, 118:22, 148:13, 155:5, 155:9, 187:6, 189:2, 193:10, 195:16, 213:5, 230:8, 233:14, 242:12, 257:24, 259:10, 270:10, 311:10, 311:18, 313:11
**can't**
7:17, 11:14, 20:17, 32:11, 40:1, 57:24, 60:16, 62:4,

64:8, 65:22, 66:23, 67:9, 67:15, 95:7, 112:17, 132:6, 138:14, 159:6, 180:14, 252:1, 273:13, 283:19, 292:16, 292:18, 293:3, 293:15
**canvassing**
28:19, 28:24
**capabilities**
39:10
**capable**
77:10, 91:17, 97:16, 97:20, 98:5, 98:12
**capacity**
63:13, 145:21
**captain**
46:4, 51:2, 51:7, 51:13, 51:15, 51:18, 51:20, 51:23, 52:11, 52:15, 105:21, 106:5, 306:12, 306:14, 306:19
**car**
131:20, 131:22, 132:1, 132:8, 132:24, 134:5, 134:21, 134:24, 135:12, 135:13, 136:21, 136:23, 173:19, 174:1, 174:4, 180:1, 187:5, 193:21, 199:16, 200:13, 208:13, 208:17, 310:10, 311:18, 312:2
**career**
77:20
**carefree**
172:21
**carlson**
46:3, 49:5,

Transcript of Michael Cross
Conducted on October 16, 2020

328

50:13, 151:10,
151:12, 276:22,
276:24, 306:10
**cars**
53:2, 178:23
**case**
1:7, 5:5, 6:21,
6:24, 7:15,
16:21, 17:2,
17:5, 17:7,
17:10, 17:13,
17:16, 18:11,
19:17, 19:20,
20:14, 25:13,
31:12, 31:19,
31:23, 32:5,
32:12, 50:1,
53:18, 67:21,
74:16, 77:23,
78:2, 79:7,
79:8, 80:14,
133:20, 137:16,
138:3, 150:2,
150:5, 150:18,
150:24, 151:1,
152:9, 152:10,
152:12, 152:15,
152:19, 156:18,
179:21, 180:3,
180:7, 185:2,
189:8, 190:5,
191:7, 198:2,
198:7, 225:10,
225:14, 225:16,
274:9, 275:19,
277:10, 294:18,
297:7, 298:2,
299:6, 301:17,
315:11, 316:20,
320:14
**case-by-case**
48:16
**cases**
18:12, 18:15,
48:22, 48:24,
49:16, 67:21,
67:23, 68:7,
68:8, 68:21,

73:6, 73:7,
74:11, 74:12,
77:20, 84:22
**catatonic**
66:16
**cause**
41:22, 142:18,
143:1, 143:19,
144:6, 144:19,
144:23, 145:4,
145:6, 145:13,
146:24, 147:9,
150:1, 152:22,
153:2, 155:6,
155:9, 165:21,
165:24, 171:2,
171:3, 172:15,
238:20, 264:15,
264:22, 265:10,
266:7, 266:12,
267:9, 267:16,
268:2, 268:10,
271:10, 271:12,
271:19, 271:21,
272:19, 272:24,
273:1, 273:4,
273:18, 273:21,
273:23, 274:6,
274:8, 274:15,
274:24, 275:5,
275:14, 278:9,
292:6, 292:22,
303:15, 309:9,
315:18, 316:10,
316:13
**caused**
126:16, 144:3,
148:6, 148:18,
171:16, 171:20,
172:7
**causes**
72:22, 117:4
**cease**
68:22, 68:24,
69:3
**ceiling**
224:24
**center**
2:4

**certain**
19:6, 22:17,
42:17, 42:21,
46:5, 59:9,
139:8, 151:1,
246:20, 303:4,
303:11
**certainly**
23:17
**certificate**
320:1
**certificates**
41:6
**certification**
33:16, 34:2
**certified**
2:12, 304:10,
304:17, 304:21,
304:24, 305:2,
320:3
**certify**
320:7
**chair**
114:17, 115:5,
142:3, 143:9,
145:10, 145:17,
145:18, 147:20,
227:10, 264:12,
271:8, 272:1,
317:9
**chairs**
146:16, 183:7,
225:1, 314:1
**challenge**
300:8
**challenging**
298:6, 298:8
**chance**
140:17, 298:9
**changed**
39:1, 45:4,
172:23, 173:5
**charcoal**
316:21, 318:16,
318:21
**charge**
306:19
**checked**
171:11, 171:12

**checking**
99:23
**checks**
108:7
**chicago**
3:7, 89:23,
90:1, 90:4,
90:8, 175:14,
182:12, 197:3,
197:17, 198:11,
310:12, 310:13,
311:12
**children**
43:17, 77:24
**choose**
43:22, 44:1,
44:8, 44:13,
48:15
**chose**
43:24, 44:9,
44:20
**chosen**
44:14, 44:15,
44:17
**chronologically**
130:17
**cigarette**
114:18, 114:19,
115:1, 115:5,
130:2, 145:12,
145:16, 146:15,
146:24, 148:23,
149:4, 149:12,
171:16, 172:2,
172:5, 232:14,
232:18, 233:2,
233:6, 234:5,
234:8, 237:21,
238:5, 238:9,
240:5, 243:11,
243:19, 256:24,
260:18, 268:14,
316:6, 316:9
**circle**
53:22, 53:24
**circumstances**
61:5, 70:24,
71:3

Transcript of Michael Cross
Conducted on October 16, 2020

329

**city**
7:16, 43:10,
164:17, 175:15
**civil**
82:16, 82:21,
82:24, 83:15,
83:17, 83:20,
84:17, 85:10
**claim**
81:11
**clarify**
280:24
**classes**
95:10, 95:11,
96:20
**classroom**
42:15
**classrooms**
42:16
**clear**
25:9, 26:18,
65:10, 65:11,
85:13, 158:23,
158:24, 159:1,
192:18, 271:16,
281:4
**clear-headed**
159:5, 159:10
**clearly**
158:15, 158:16
**client**
298:14, 299:4
**close**
95:19
**closed**
96:15, 97:3
**closest**
123:8
**clothes**
173:13
**clothing**
169:2, 169:9,
175:2
**cod**
34:3
**coffee**
227:18, 228:1
**collect**
251:3, 251:4

**collecting**
308:23
**collection**
309:1
**college**
33:12, 33:20,
34:13, 34:19,
34:23
**combustion**
73:1, 171:23
**come**
18:3, 107:14,
121:18, 146:10,
154:5, 154:9,
154:15, 159:10,
167:1, 175:22,
192:24, 193:15,
220:7, 237:15,
268:8
**comes**
70:16
**comfortable**
294:14, 297:6
**coming**
121:21, 126:20,
190:19, 231:4,
231:8, 281:13,
282:3, 282:19,
295:22
**comment**
221:21
**commented**
114:23
**commission**
320:20
**committed**
274:12, 274:15,
275:14, 291:6,
291:7, 291:8,
292:1, 292:2,
292:5, 292:10
**communication**
88:8, 152:14
**community**
33:3
**compelled**
137:20
**competent**
23:17, 65:3,

66:19
**complete**
62:11, 205:15,
205:21
**completing**
310:6
**comprised**
308:1
**concern**
206:11, 206:14
**concerned**
294:1
**conclude**
204:20
**concluded**
307:19
**conclusion**
143:22, 144:15,
154:5, 154:9,
154:15, 154:18,
159:10
**conclusions**
309:7
**condition**
24:20, 237:1,
303:15
**conditions**
23:5, 25:23
**condo**
120:13
**conduct**
150:18, 164:7,
307:3, 309:14
**conducted**
135:17, 144:13
**conducting**
91:9, 95:3,
146:23
**confess**
214:13
**confessed**
31:4, 229:8,
238:8, 243:10,
263:14, 263:24,
278:15, 279:6
**confesses**
167:21
**confession**
13:24, 14:22,

15:10, 16:7,
16:11, 16:18,
30:22, 92:13,
92:24, 93:8,
155:4, 168:2,
228:15, 229:1,
229:11, 229:23,
230:5, 230:21,
241:20, 242:1,
245:1, 250:17,
255:15, 260:1,
260:2, 260:22,
261:15, 262:11,
262:14, 262:17,
262:21, 262:24,
263:21, 264:6,
264:15, 265:3,
265:10, 266:11,
266:24, 268:3,
268:9, 270:20,
271:9, 271:18,
278:16, 291:9,
291:15, 291:19,
314:4, 317:2,
317:12
**confessions**
14:19, 92:21
**confront**
59:16, 234:19
**confronted**
226:17, 227:12
**confronting**
60:2, 232:4,
235:1, 235:7,
235:18, 235:24
**confused**
36:11, 271:14
**consequence**
53:8
**consider**
50:7, 50:10,
50:12, 50:15,
50:18, 56:24,
245:2, 276:8
**considered**
78:2
**consultation**
22:13

Transcript of Michael Cross
Conducted on October 16, 2020

330

contact
152:17, 176:16,
257:18, 275:18,
275:23, 276:14,
276:24, 277:16
contacted
214:15, 214:23,
215:10, 215:11,
215:20, 216:8,
216:12, 217:1,
217:11
contacts
108:8, 108:9
contain
109:22, 315:17
contained
256:7
content
251:4
contents
120:17, 122:7,
251:12
contested
299:2
context
62:20, 150:16,
229:3, 229:4
contingent
93:19
continue
96:23, 138:1,
138:13, 138:18,
138:22, 139:16,
140:12, 199:14,
293:6, 295:11,
297:6, 297:21,
299:13, 299:20,
302:10
continued
23:1, 223:4,
223:8, 234:22
continuing
54:8, 66:23,
103:7, 149:23,
221:7, 253:17,
300:8
contradict
160:9, 266:17

contradicted
292:12, 292:15,
292:20
control
194:10
conversation
106:12, 108:16,
114:1, 118:3,
120:1, 120:8,
124:13, 126:22,
128:15, 128:19,
129:22, 186:21,
187:13, 253:12,
255:14
conversations
153:1, 153:4,
153:7
conviction
82:20, 90:11,
90:16
cookout
132:21
cooperate
159:24
cooperating
96:9, 228:22
cooperative
160:3
copy
319:3
coroner
104:7
corroborates
93:12
couches
314:1
could
13:3, 16:9,
20:20, 21:17,
22:23, 24:1,
44:2, 45:24,
56:13, 61:18,
66:9, 66:11,
68:10, 68:23,
69:9, 69:19,
71:16, 72:24,
85:19, 124:3,
127:9, 138:6,

143:16, 144:2,
144:6, 144:11,
145:12, 146:15,
146:20, 146:24,
148:5, 148:11,
148:17, 153:19,
158:10, 159:1,
159:5, 164:16,
166:18, 168:22,
171:15, 171:20,
172:6, 174:11,
177:2, 178:10,
182:16, 183:20,
187:8, 202:15,
202:21, 203:11,
203:16, 231:18,
233:5, 233:7,
234:7, 237:7,
238:6, 238:10,
239:24, 240:2,
242:13, 243:19,
251:24, 255:9,
260:17, 264:2,
264:3, 272:23,
275:9, 279:7,
294:23, 297:15,
301:11, 312:4,
316:4, 316:10,
316:13
couldn't
19:24, 20:24,
52:1, 63:23,
73:5, 96:8,
114:24, 157:9,
158:4, 232:7,
233:3, 260:6
counsel
5:12, 6:1,
6:10, 17:8,
221:19, 248:18,
296:6, 296:10,
302:6, 302:12,
318:13, 320:13
counter
219:13, 235:11,
235:17
county
30:3, 30:8,

74:1, 74:21,
246:9, 272:16,
272:21, 274:2,
274:5, 274:19,
278:8, 279:3,
310:12, 320:5
couple
15:5, 18:1,
18:5, 37:22,
48:5, 53:1,
104:6, 227:16,
276:21
course
84:1, 140:3,
142:20, 144:17,
153:20, 251:23,
279:13, 296:23,
298:12, 301:14,
303:6, 303:12,
305:5, 305:11,
309:12, 309:16,
317:2, 317:12,
318:5
courses
45:12, 142:13,
142:16
court
1:1, 5:19, 8:9,
8:23, 18:23,
35:16, 35:18,
69:21, 97:12,
155:24, 156:3,
162:3, 162:14,
282:16, 320:1
courtroom
81:9
cover
41:20, 41:22,
42:1, 42:3,
42:5, 42:7,
54:3, 254:2,
254:14
covered
315:3
covering
255:11
covid
10:12

Transcript of Michael Cross
Conducted on October 16, 2020

331

**credibility**
112:24, 113:8
**credible**
111:21, 113:16,
115:8, 121:7,
157:3, 157:12
**credit**
133:20, 133:21,
133:22
**crime**
55:13, 60:7,
270:4, 270:10,
291:6, 291:7,
291:8, 292:1,
292:2, 292:5,
292:11, 292:19
**crimes**
38:13, 43:16,
45:3, 73:22,
74:3, 74:5,
74:6, 74:14,
74:16, 74:18,
75:2
**criminal**
14:12, 14:15,
15:14, 15:15,
18:4, 18:12,
18:15, 31:15,
31:19, 31:23,
55:2, 57:10,
57:13, 57:19,
82:9, 84:18,
85:3, 88:13,
259:4, 262:17,
275:17, 276:13
**criminology**
33:19
**crisis**
55:17
**criteria**
70:19
**critique**
28:15, 285:8
**cross**
1:8, 1:13, 2:1,
4:2, 4:10, 5:3,
5:4, 5:18, 5:23,
6:3, 6:5, 6:12,

6:15, 7:24, 9:6,
17:2, 24:13,
33:1, 81:2,
87:19, 88:3,
88:16, 89:20,
91:3, 100:19,
100:23, 106:7,
109:2, 109:6,
117:21, 118:2,
133:7, 139:6,
140:10, 140:16,
141:5, 155:14,
196:8, 196:15,
208:4, 245:8,
246:4, 263:14,
294:21, 295:21,
297:20, 297:23,
298:23, 300:4,
300:6, 302:9,
318:6
**crowd**
121:3
**crying**
72:1
**csr**
1:24, 320:4
**culpable**
59:22
**cunningham**
17:11, 29:12,
49:1, 50:9,
275:24, 276:3,
276:9, 287:7,
287:17
**cup**
227:18, 228:1
**current**
21:24, 35:13
**currently**
9:6, 26:2
**cut**
93:16
**cv**
1:7, 5:5
**cycle**
54:8

**D**

**damage**
267:22, 267:24

**damages**
301:24, 302:6
**date**
5:6, 10:3,
10:4, 11:23,
155:24, 156:3,
162:14
**dates**
17:3, 40:12,
303:4
**dave**
304:5, 308:6
**day**
30:12, 98:24,
111:2, 115:20,
161:20, 161:22,
162:16, 163:10,
264:4, 296:8,
317:4, 320:17
**days**
15:5, 15:19,
18:5
**dead**
124:1
**death**
45:6, 45:20,
78:2, 78:6,
98:21, 111:7,
126:15, 126:16,
275:15
**debate**
221:24
**debating**
299:7
**debris**
100:2, 100:4,
100:8
**decades**
82:20, 291:22
**deceased**
276:23
**decide**
35:10, 56:20,
164:15, 177:21,
178:2, 178:7
**decided**
151:7, 242:15,
242:17, 275:10,

294:18, 296:3,
296:5
**defendant**
87:23, 88:11,
137:16, 137:19
**defendants**
1:10, 3:10,
5:16, 80:14,
83:16, 87:10,
87:14, 87:17,
88:9, 88:13,
275:18, 302:5,
302:12
**defense**
57:14, 155:13
**defer**
267:8, 302:1
**deferred**
305:7
**defs**
4:14, 4:15,
4:16, 89:12,
100:22, 246:10
**degree**
33:16, 33:19,
34:1, 34:6,
34:19
**dekalb**
30:3, 30:8,
75:4, 155:17,
155:23, 156:2,
161:21, 161:23,
162:2, 162:8,
164:10, 173:23,
246:9, 272:16,
272:21, 274:2,
274:5, 274:19,
278:8, 279:3,
310:12
**demeanor**
94:1, 94:3,
94:12, 94:16,
95:3, 97:22,
97:23, 111:12,
112:15, 114:4,
114:9, 121:4,
122:18, 124:19,
124:20, 124:22,

Transcript of Michael Cross
Conducted on October 16, 2020

332

124:24, 128:18,
128:21, 159:19,
173:9, 179:6,
200:18, 208:16,
222:7
**demeanors**
112:11
**dementia**
23:8, 23:10,
24:4, 25:22,
26:14, 26:22,
27:12
**demonstrate**
123:2, 123:7,
227:1
**denied**
195:24
**dep**
140:9
**department's**
142:9
**departments**
74:20
**depend**
69:12
**depends**
47:1
**deponent**
6:7, 6:8
**depos**
5:9, 5:20
**deposed**
6:17, 6:24,
8:3, 17:2
**deposition**
1:13, 2:1,
4:10, 5:3, 5:9,
6:10, 6:22,
9:16, 16:20,
16:23, 17:4,
84:5, 87:19,
88:16, 100:19,
101:6, 109:2,
109:12, 127:8,
137:12, 138:5,
139:16, 140:4,
141:5, 173:3,
196:8, 228:24,

229:15, 229:17,
231:6, 293:19,
294:7, 294:18,
295:3, 295:22,
296:4, 296:7,
296:16, 296:23,
298:17, 298:22,
299:9, 299:11,
299:14, 299:23,
300:3, 301:4,
301:8, 301:9,
301:10, 301:14,
301:18, 302:24,
303:6, 303:12,
318:5, 319:5,
320:7
**describe**
101:14, 101:23,
224:20, 294:23,
313:21
**described**
278:22, 294:24,
313:4, 313:20,
314:24
**describes**
248:1, 248:22,
250:11
**describing**
183:8, 183:9
**desk**
36:7, 36:10,
36:12, 312:11,
312:14, 312:16,
313:7, 313:9,
313:24
**despite**
295:8
**detail**
260:10
**details**
57:20, 248:8
**detective**
7:13, 9:14,
28:12, 29:12,
30:18, 30:22,
36:21, 37:1,
37:8, 38:6,
38:12, 38:19,

38:21, 39:7,
39:16, 39:18,
44:11, 44:21,
44:23, 45:7,
46:7, 46:10,
46:24, 48:2,
48:22, 50:9,
76:15, 77:2,
107:5, 107:9,
107:19, 107:22,
108:1, 110:18,
116:4, 116:15,
119:14, 119:16,
119:21, 119:24,
120:7, 130:7,
132:7, 136:19,
149:24, 150:3,
150:9, 163:6,
175:19, 175:21,
187:2, 192:4,
193:18, 196:5,
208:6, 209:6,
210:13, 220:6,
223:5, 223:10,
227:19, 227:22,
228:5, 229:5,
241:6, 277:21,
283:10, 287:7,
287:17, 308:22,
308:24, 310:11,
310:24, 311:11,
311:12, 311:20,
312:4, 314:2,
314:6, 314:13
**detectives**
38:8, 46:11,
46:13, 46:16,
46:20, 47:21,
47:22, 73:24,
314:12
**detector**
253:20, 254:3,
254:18, 255:1,
255:5, 255:10,
255:13, 314:18,
315:7
**determination**
42:24, 43:4,

57:6, 62:12,
62:13, 113:1,
113:9, 142:18,
155:5, 155:9,
167:1, 264:11,
264:16, 264:18,
264:21, 264:24,
266:2, 266:7,
266:12, 267:9,
268:8, 315:17
**determinations**
41:23
**determine**
43:17, 57:5,
65:14, 65:20,
66:24, 68:7,
70:15, 112:11,
113:4, 113:5,
143:18, 167:23,
168:22, 185:9,
194:11
**determined**
73:4, 147:20,
148:14, 168:3,
168:6, 168:13,
269:14, 272:5,
272:8, 273:4,
273:17, 309:21,
317:8
**determining**
57:1, 94:13,
152:22, 168:6,
168:9
**developed**
60:20, 185:6
**developments**
180:3, 180:7
**devon**
3:13
**diagnosed**
23:5, 23:8,
24:10, 24:15
**diagnosis**
23:12
**died**
72:19, 166:24,
241:16
**difference**
75:21, 206:11

Transcript of Michael Cross
Conducted on October 16, 2020

333

| | | | |
|---|---|---|---|
| **different** | **disclose** | **disputed** | 301:7, 301:10, |
| 33:22, 38:8, | 293:21, 294:4, | 217:4, 217:8, | 301:11, 315:10 |
| 43:9, 48:5, | 295:12 | 217:11, 217:15 | **dog** |
| 54:12, 88:19, | **disclosed** | **distancing** | 285:16, 285:17, |
| 96:19, 136:2, | 87:23, 294:1, | 6:7, 6:10 | 285:18 |
| 141:4, 150:4, | 296:6, 298:7 | **district** | **doing** |
| 150:10, 152:11, | **disclosure** | 1:1, 1:2, 5:5 | 62:17, 86:18, |
| 160:16, 173:10, | 83:20 | **dividers** | 148:16, 151:21, |
| 202:4, 205:1, | **discourage** | 48:2 | 158:22, 227:17, |
| 206:10, 228:19, | 60:1 | **division** | 307:15, 317:16 |
| 228:20, 229:3, | **discrepancy** | 1:3, 7:14, | **done** |
| 281:10, 295:21, | 118:11 | 46:7, 46:8, | 22:18, 69:4, |
| 296:14 | **discretion** | 46:10, 211:15, | 70:10, 70:12, |
| **differently** | 151:15, 151:17 | 211:24, 212:3, | 70:13, 71:20, |
| 271:17 | **discuss** | 213:1, 305:13, | 85:4, 101:12, |
| **difficult** | 17:7, 17:10, | 305:17, 305:20, | 113:22, 131:17, |
| 17:1, 97:11 | 17:13, 17:16, | 305:23, 306:2, | 131:18, 166:9, |
| **dining** | 79:5, 116:19, | 306:4, 306:9, | 172:4, 172:12, |
| 114:20 | 179:20, 179:21 | 306:13, 306:19 | 172:14, 178:10, |
| **direct** | **discussed** | **divisions** | 245:12, 256:14, |
| 151:22, 152:4, | 32:8, 32:9, | 46:6, 305:19 | 278:20, 283:18, |
| 296:13, 309:13 | 79:8, 120:11, | **divorce** | 295:10 |
| **directing** | 154:21, 258:24, | 210:23, 214:19, | **door** |
| 151:12, 247:5, | 301:15 | 214:24, 218:18, | 143:9, 143:10, |
| 299:9 | **discussing** | 220:21, 222:13, | 153:22, 183:19, |
| **direction** | 81:3, 104:21 | 222:22, 223:1, | 183:20, 191:21, |
| 320:11 | **discussions** | 223:20, 223:23, | 252:21, 311:24, |
| **directives** | 296:10 | 224:9, 224:14, | 312:8, 313:18 |
| 150:4 | **dismissed** | 259:10, 259:22, | **doors** |
| **directly** | 8:2 | 260:1 | 142:2, 145:10, |
| 43:19 | **display** | **doctor** | 178:20, 178:21, |
| **disagree** | 89:1, 97:1 | 294:24, 307:9 | 181:24, 183:23, |
| 143:5 | **dispute** | **document** | 264:13, 264:14 |
| **disagreed** | 24:16, 78:13, | 57:22, 81:21, | **double** |
| 154:4, 154:8 | 78:17, 78:20, | 83:21, 89:11, | 135:21, 135:24, |
| **disappointed"** | 81:10, 81:13, | 109:21, 110:5, | 136:9 |
| 90:12 | 83:8, 86:13, | 135:6, 245:14, | **double-check** |
| **discard** | 133:14, 154:10, | 265:15 | 280:6 |
| 85:2, 85:13, | 154:14, 155:10, | **documentation** | **doubt** |
| 85:20 | 189:10, 189:15, | 241:24 | 17:23, 18:9, |
| **discarded** | 189:23, 190:4, | **documents** | 83:23, 164:6 |
| 85:1 | 190:8, 200:5, | 14:18, 16:12, | **douglas** |
| **discipline** | 211:1, 211:2, | 19:17, 19:22, | 3:19, 5:8 |
| 52:16, 52:18 | 215:1, 215:11, | 20:16, 25:12, | **down** |
| **disciplined** | 215:19, 216:7, | 32:7, 32:10, | 46:18, 55:23, |
| 52:21, 52:24, | 216:18, 217:23, | 32:13, 84:2, | 56:2, 56:6, |
| 53:1 | 217:24, 263:22, | 89:17, 103:13, | 56:9, 56:15, |
| **disciplines** | 265:11 | 104:4, 282:7, | 56:16, 56:18, |
| 53:9 | | | |

Transcript of Michael Cross
Conducted on October 16, 2020

334

57:7, 57:8,
57:10, 57:23,
90:9, 97:12,
184:12, 205:20,
211:15, 211:16,
213:5, 220:18,
236:4, 236:9,
236:16, 236:23,
237:1, 253:23,
255:10, 260:7,
260:9, 265:5,
265:24, 266:13,
266:17, 266:19,
266:20, 311:13,
311:17, 312:23,
313:3, 313:5,
313:11
**downstairs**
116:17, 119:12,
213:1, 213:3,
314:15
**drag**
237:8
**dragging**
237:9
**drank**
186:9
**drink**
207:2
**drinking**
156:14, 156:21,
156:23, 157:2,
157:8, 157:13,
158:1, 158:5,
158:7, 158:9,
158:13, 159:22,
160:1, 160:4,
160:7, 186:11,
186:17, 256:5,
309:23
**drinks**
147:24
**drive**
211:7
**driving**
178:16, 178:17,
208:23
**drop**
311:20, 311:23

**dropped**
145:16, 148:22,
149:12, 232:18,
233:3, 234:4,
316:9
**dropping**
149:3, 232:14,
234:8, 237:21,
238:4, 238:5,
238:9, 243:11,
243:19, 260:18,
268:14
**drunk**
156:21, 157:23
**dry**
316:10
**due**
137:21, 194:14,
293:14
**duly**
5:24
**dupage**
33:13, 33:20,
34:14, 34:20,
34:24, 74:21,
75:6, 75:7
**during**
55:3, 55:21,
61:3, 79:10,
84:1, 87:14,
87:17, 88:9,
128:19, 144:1,
144:17, 145:21,
166:21, 186:19,
186:21, 192:18,
203:20, 205:12,
206:21, 206:24,
244:2, 246:21,
277:20, 296:15,
297:2, 298:12,
298:16, 301:3,
301:14, 303:6,
303:11, 305:5,
305:11, 306:2,
308:10, 309:12,
309:16, 310:5,
317:2, 317:12,
318:5

**duties**
43:14
**dying**
274:12
**dynamics**
41:20

**E**

**each**
8:22, 22:18,
48:2, 53:11,
266:18, 273:13,
297:5
**eagle**
2:5, 5:10
**earlier**
20:9, 51:16,
81:5, 87:7,
87:9, 91:3,
98:15, 103:15,
103:20, 108:14,
118:14, 133:13,
134:7, 141:8,
164:4, 173:3,
179:9, 179:11,
209:20, 210:3,
219:2, 228:13,
228:23, 229:14,
229:17, 231:6,
233:13, 237:14,
242:6, 260:12,
279:24, 280:5,
281:20, 281:23,
282:9, 282:11,
282:17, 284:21,
284:23, 285:19,
287:5, 288:2,
288:4, 288:12,
289:2, 289:11,
289:14, 289:15,
289:17, 289:20,
289:24, 290:3,
290:5, 293:8,
315:9
**early**
36:19, 162:5,
309:20
**east**
3:13, 27:24,

28:19, 29:2,
31:8, 98:17,
285:12, 286:23
**eastern**
1:3
**eat**
206:22
**education**
33:6, 33:8
**efforts**
99:19
**either**
14:1, 16:17,
65:22, 76:12,
83:5, 84:19,
84:23, 100:5,
107:21, 136:19,
140:7, 175:21,
201:22, 300:14
**electric**
42:1, 171:3
**electrical**
147:8, 171:12,
171:13
**electricity**
117:1
**electronics**
118:5
**elevator**
181:24, 182:17,
182:20, 313:2
**elicit**
23:16, 238:19,
239:2
**eliminate**
166:9, 272:3
**eliminated**
144:18, 144:21,
168:16, 177:8,
271:24, 272:15,
272:18
**elimination**
269:12
**elmhurst**
33:3, 35:8,
35:9
**else**
11:3, 27:11,

Transcript of Michael Cross
Conducted on October 16, 2020                    335

42:15, 80:11,
91:1, 94:9,
96:24, 110:13,
117:10, 124:8,
141:18, 141:19,
171:3, 171:4,
171:5, 185:5,
198:8, 210:14,
269:15, 271:13,
293:4, 308:18
**emmitsburg**
40:8
**emotional**
111:16, 129:17
**employed**
320:13
**employing**
232:1, 235:12
**enact**
57:18
**encompass**
281:6
**end**
245:9, 246:1,
249:14, 250:7
**ending**
319:5
**enforcement**
34:7
**enough**
77:6, 77:9,
143:17, 166:23
**enroll**
34:9, 34:13
**entail**
41:16, 99:16
**enter**
181:21, 183:1,
183:17, 183:20
**entering**
182:4
**entire**
113:19, 113:21,
193:19, 193:23,
201:21, 205:11,
236:2, 242:3,
242:12, 255:10,
255:11

**entirety**
205:3
**entitled**
237:11, 237:15,
286:9
**entrance**
312:6
**errors**
18:1
**esquire**
3:3, 3:11
**established**
64:24, 71:13
**et**
1:9
**ethically**
138:13
**even**
20:16, 82:19,
85:9, 103:18,
126:16, 126:19,
170:5, 177:19,
180:20, 196:1,
214:1, 274:24,
275:4, 275:13,
278:8, 291:9,
303:18
**evening**
98:24, 214:16
**events**
19:13, 20:19,
32:17, 59:21,
84:3, 111:5,
141:8, 161:5,
161:13, 229:13,
279:24
**eventually**
22:21, 130:7,
131:12, 131:13,
132:7, 218:17,
239:17, 314:3
**ever**
6:17, 18:18,
18:21, 48:21,
48:24, 49:16,
50:1, 52:18,
52:21, 53:12,
53:14, 61:19,

65:23, 77:20,
79:10, 92:12,
282:16, 304:20,
304:23, 305:2,
306:6, 306:24,
307:3, 309:13,
309:16
**every**
55:23, 56:15,
151:19, 194:9,
297:9
**everybody**
152:5, 269:15,
271:24
**everybody's**
152:6
**everyone"**
90:19
**everything**
9:15, 56:4,
56:6, 126:12,
140:10, 158:16,
171:4, 171:5,
172:14, 185:5,
271:13
**evidence**
59:17, 61:7,
165:17, 167:6,
221:22, 268:18,
268:23, 269:3,
269:5, 269:8,
269:20, 270:19,
271:4, 271:7,
275:9, 292:9,
292:22, 308:23,
309:1, 309:3,
318:19, 318:20
**exact**
10:4, 17:3,
40:12, 73:5,
73:18, 103:1,
229:13
**exactly**
16:19, 39:19,
47:14, 58:1,
60:4, 60:16,
71:23, 79:4,
102:23, 103:1,

104:18, 116:7,
175:7, 201:6,
209:15, 233:11,
263:24, 279:17
**exam**
175:23, 192:16,
192:19, 311:3
**examination**
4:2, 6:1, 61:2,
61:14, 61:20,
65:8, 67:6,
164:7, 168:21,
176:5, 186:3,
188:1, 193:12,
194:15, 201:19,
281:14, 282:19,
302:12, 309:20,
310:7, 318:13
**examinations**
61:3, 61:6,
194:21, 201:11,
306:24, 307:1,
307:4, 307:7,
307:16
**examiner**
164:3, 164:16,
309:22
**examiners**
163:21, 180:21,
184:18, 307:17
**except**
271:24
**excessive**
61:14, 61:21,
61:24, 67:17,
67:24, 68:3,
68:13
**excuse**
176:9, 207:18,
297:24
**exhibit**
4:12, 4:13,
4:14, 4:15,
4:16, 4:17,
86:8, 87:19,
88:16, 88:18,
89:1, 89:20,
90:7, 100:18,

Transcript of Michael Cross
Conducted on October 16, 2020

336

100:19, 100:21,
108:23, 109:1,
109:2, 141:4,
141:5, 141:7,
155:12, 196:8,
245:9, 245:10,
245:16
**exhibits**
4:10, 89:6
**existed**
147:4
**exit**
181:22, 182:14,
182:16, 183:17,
183:21
**exiting**
182:4
**expand**
41:18
**expect**
8:17, 136:4,
136:10
**expected**
285:17
**experience**
22:9, 26:10,
63:1, 72:21,
94:17, 124:20,
142:11, 142:24,
143:4, 153:21,
154:16, 159:3,
159:11, 201:10,
303:15, 303:21,
303:22, 305:8,
305:18
**experienced**
119:9
**experiences**
23:23
**experiencing**
63:22, 71:8
**expert**
62:24, 63:6,
71:12
**expires**
320:20
**explain**
66:6, 118:11,

194:5, 234:2,
307:18
**explained**
243:7
**explode**
171:24
**express**
310:6
**extent**
8:21, 21:7,
21:14, 22:5,
23:14, 62:23,
64:22, 66:18,
93:3, 124:7
**extremely**
161:4
**eyes**
159:16

---

**F**

**f-e-r-s-t-i-n-e-u**
7:23
**facilities**
43:19
**fact**
68:20, 86:21,
124:5, 128:3,
171:2, 214:23,
218:9, 255:8,
259:21, 262:24,
285:15, 291:21,
317:20
**facts**
57:23, 185:3,
249:3
**failed**
190:20, 192:16,
193:1, 193:11,
194:5, 194:6,
194:9, 194:16,
198:24, 201:18
**failure**
194:15
**fair**
10:14, 11:17,
22:1, 32:6,
32:16, 60:22,
63:14, 100:7,

119:4, 172:13,
222:12, 296:11,
299:17, 307:6,
307:16, 309:6
**fairness**
57:18
**falling**
233:6
**false**
18:18, 60:2,
210:3, 282:11,
282:16
**falsehood**
60:3
**familiarity**
8:4, 203:7,
203:10
**family**
17:16, 90:11,
104:6, 104:8,
104:10, 121:11
**far**
82:11, 122:13,
140:9, 140:22,
163:21, 175:2,
175:12, 182:7,
188:24, 196:20,
204:2, 239:19,
279:16, 294:1
**fast**
269:6
**federal**
84:10
**feedback**
53:14
**feel**
6:12, 22:1,
59:21, 65:4,
77:10, 127:5,
138:15, 139:15,
140:18, 140:21,
140:23, 164:22,
168:17, 221:17,
236:1, 260:9
**feeling**
127:6, 139:9,
139:12, 237:12
**fell**
56:11, 240:5

**felony**
257:14, 257:18,
314:11
**felt**
62:7, 67:24,
85:4, 85:6,
92:6, 123:12,
127:22, 128:1,
154:17, 235:4,
238:14, 260:12,
262:10, 262:13,
262:21, 294:14,
297:3, 297:5
**ferreri**
29:2, 29:6,
49:17, 50:16,
75:18, 99:7,
99:15, 141:17,
153:1, 155:5,
155:9, 263:15,
263:17, 263:20,
265:1, 266:10,
266:16, 266:23,
267:2, 267:21,
267:24, 284:9,
284:13, 285:13,
286:24, 304:5,
304:9, 308:6,
309:8
**ferreri's**
265:6, 265:9,
267:8, 315:13,
315:16
**few**
15:19, 21:19,
106:8, 260:2
**fifth**
135:5
**figure**
138:12, 230:15
**figured**
90:23
**figuring**
149:17
**file**
41:9
**filling**
35:22

Transcript of Michael Cross
Conducted on October 16, 2020

337

financial
318:3, 320:15
find
17:20, 18:5,
18:8, 108:9,
111:21, 112:21,
121:4, 121:7,
132:10, 218:10,
219:23, 260:6,
260:23, 267:16,
268:18, 315:6
fine
22:20, 65:7,
121:6, 128:21
fingerhut
251:8, 251:13
finish
8:19, 9:3,
97:7, 216:24,
244:15, 244:17,
273:11, 273:14,
290:17
finished
70:23, 93:15,
93:17, 116:8,
116:16, 187:18,
188:2
fired
52:19
firefighters
100:2
fireman
76:16, 267:12
fires
42:1, 42:3,
42:5, 42:7,
42:9, 72:13,
72:18, 72:23,
73:1, 73:2,
76:8, 77:11,
142:18, 143:1,
309:9
firm
3:12
first
8:6, 8:8, 10:1,
10:19, 11:12,
34:16, 35:24,

37:10, 58:14,
64:15, 82:10,
88:21, 88:23,
90:10, 97:8,
98:20, 101:8,
101:14, 101:18,
102:6, 106:8,
108:4, 110:7,
110:22, 113:9,
113:18, 113:19,
113:21, 114:14,
114:15, 128:12,
135:3, 155:19,
175:6, 176:13,
180:9, 190:20,
211:20, 214:22,
216:14, 217:19,
247:24, 248:21,
249:5, 250:8,
253:19, 254:1,
311:17
fishing
276:5, 276:18
fit
76:3, 76:4,
76:7, 307:23,
308:7, 308:10
five
137:3
flame
166:8, 166:11,
316:5
flames
240:7, 240:13,
252:16, 253:13
flammable
147:24, 166:7,
166:10, 167:9
flicked
316:9
floor
3:6, 181:18,
181:19, 181:22,
182:2, 182:3,
182:4, 182:14,
182:15, 182:22,
317:3
fluid
132:11, 132:15,

132:19, 133:11,
133:12, 134:3,
134:5, 134:16,
135:7, 136:5,
136:7, 136:9,
136:11, 316:21,
318:16, 318:22
flushed
159:16
foam
145:19
folded
96:1, 96:20
follow
150:21, 151:1,
262:3, 273:6,
273:18, 273:19
follow-up
238:18, 262:23,
318:11
followed
262:5
following
33:8, 250:1,
252:1
follows
5:24
force
73:22, 74:4,
74:5, 74:6,
74:14, 74:16,
74:19, 75:2,
75:8, 75:10,
75:17, 75:22,
76:18
foregoing
320:6, 320:8
foresee
82:15
form
7:11, 22:4,
23:14, 28:22,
45:22, 61:15,
61:22, 62:22,
63:16, 64:11,
66:17, 67:18,
68:15, 69:17,
71:10, 85:16,

91:20, 92:16,
93:3, 94:22,
98:6, 103:5,
103:10, 115:10,
121:13, 124:6,
146:18, 149:6,
149:20, 154:24,
157:6, 157:14,
160:12, 160:19,
161:7, 161:15,
165:1, 166:12,
170:13, 174:23,
177:22, 184:4,
185:22, 187:20,
191:17, 206:5,
210:4, 213:9,
214:4, 215:14,
216:3, 216:9,
218:4, 218:11,
219:18, 220:2,
223:11, 232:21,
234:11, 235:13,
235:20, 236:12,
236:18, 237:23,
238:12, 238:21,
239:4, 240:8,
243:14, 246:8,
246:15, 249:2,
250:23, 252:22,
253:15, 257:11,
261:5, 263:2,
270:23, 281:8,
283:22, 291:11,
303:17, 305:10,
309:10, 317:11
formally
52:16
formatted
185:11
forth
74:22
forward
154:19, 235:23
found
113:12, 113:15,
115:8, 132:23,
134:20, 134:24,
135:11, 135:13,

Transcript of Michael Cross
Conducted on October 16, 2020

338

136:15, 136:18,
136:23, 144:2,
169:17, 170:6,
259:17, 269:20,
273:10, 290:24,
292:12, 292:15,
292:21
**foundation**
65:1, 71:12,
85:17, 96:12,
189:12, 189:19,
192:9, 200:15,
200:24, 202:1,
202:19, 204:22,
205:6, 205:18,
206:6, 215:3,
216:3, 218:6,
218:13, 220:3
**four**
12:8, 36:16,
37:17, 49:9
**fourth**
135:5, 251:18
**frame**
228:19, 228:20
**free**
6:12
**frequency**
54:15, 54:19,
186:16
**frequently**
276:19
**friday**
1:15
**friend's**
276:4, 276:18
**friendly**
50:10, 50:12,
50:15, 50:18,
277:5
**friends**
50:7, 50:10,
50:13, 50:16,
50:19, 276:9,
277:18
**front**
89:17, 96:1,
196:12, 245:18,

310:19, 311:24,
312:8, 312:11,
312:14, 312:16
**frustrated**
226:15
**full**
74:22
**fully**
294:17, 295:24,
298:7
**functioning**
63:12
**furniture**
100:11, 100:13,
100:15, 171:15,
171:20, 172:6,
233:20, 239:23,
251:9, 251:14
**furstenau**
7:16, 7:17,
7:19, 7:22
**further**
25:19, 90:9,
102:12, 235:23,
255:16, 297:19,
298:1, 299:5,
301:12, 302:8,
318:10, 318:24
**fuses**
117:7

---

**G**

**gain**
233:19, 318:3
**garcia**
3:3, 4:3, 4:5,
5:14, 5:15, 6:2,
6:6, 6:15, 22:7,
23:22, 63:10,
64:14, 65:4,
69:20, 80:18,
81:1, 86:7,
88:15, 88:20,
88:23, 89:7,
89:10, 89:19,
91:2, 93:17,
100:18, 100:21,
108:23, 109:4,

139:5, 140:3,
140:13, 140:15,
141:3, 176:11,
190:2, 196:10,
207:20, 208:3,
215:6, 216:22,
217:1, 217:5,
217:9, 217:11,
221:17, 231:19,
237:10, 237:18,
245:16, 245:21,
245:24, 246:3,
246:11, 247:9,
248:19, 249:22,
263:5, 263:13,
281:1, 281:10,
286:21, 295:16,
295:20, 296:11,
296:14, 297:22,
298:3, 298:8,
298:13, 298:18,
299:2, 299:8,
299:12, 299:15,
299:18, 299:22,
300:1, 300:5,
300:10, 300:14,
300:18, 301:1,
301:23, 302:4,
303:17, 305:10,
309:10, 317:11,
318:11, 318:12,
318:14, 318:24,
319:2
**gary**
104:11, 104:15,
104:22, 105:2,
105:6, 105:10,
105:15, 106:12,
106:23, 108:20,
109:23, 110:4
**gas**
171:2, 171:11
**gathered**
165:17
**gave**
15:1, 15:4,
16:18, 18:9,
32:2, 43:3,

56:15, 64:1,
85:21, 158:18,
194:7, 240:21,
240:24, 241:7,
242:19, 244:24,
245:5, 257:11,
280:5, 291:19,
311:3, 318:2
**gear**
178:22
**general**
185:2
**generally**
55:10, 150:7,
187:6, 225:13
**george**
35:15, 35:17
**gesticulate**
227:6
**getting**
74:4, 95:4,
137:8, 201:4,
220:17, 264:4,
271:14, 290:11
**give**
23:17, 35:5,
36:22, 41:5,
62:6, 63:17,
64:23, 65:1,
65:3, 66:19,
71:11, 88:20,
89:18, 91:10,
91:13, 97:10,
137:20, 138:2,
150:3, 150:7,
153:4, 153:7,
153:9, 153:16,
164:23, 180:14,
219:20, 241:3,
255:20, 267:3,
267:6, 282:15,
292:14, 293:13,
294:11, 294:18,
317:21
**given**
14:2, 14:20,
22:17, 44:16,
48:16, 63:21,

Transcript of Michael Cross
Conducted on October 16, 2020

339

96:9, 98:13,
112:3, 139:9,
153:20, 161:12,
178:11, 204:14,
288:4, 291:1,
295:15, 296:15,
296:19, 298:9,
301:15, 318:7,
320:9
**gives**
42:24
**giving**
63:6, 63:7,
91:17, 92:7,
96:5, 98:13,
112:12, 127:14,
185:2, 187:19,
198:1, 201:11,
235:18, 242:22,
251:15, 261:12,
287:10, 288:9,
293:9, 294:16,
297:6
**glad**
235:22
**glass**
142:2, 143:9,
143:10, 145:10,
153:22, 264:13,
264:14
**glassy**
159:16
**god**
285:6
**goes**
94:9, 175:2,
182:6, 192:12
**going**
8:5, 8:11,
8:16, 8:17,
8:22, 21:6,
23:13, 27:16,
27:23, 29:2,
43:18, 64:21,
65:5, 65:11,
71:6, 76:20,
80:19, 81:2,
82:21, 90:19,

93:2, 97:11,
98:16, 99:4,
99:16, 99:20,
101:23, 102:10,
102:20, 103:16,
103:21, 104:1,
108:20, 131:5,
131:8, 131:19,
132:1, 138:24,
139:20, 140:11,
141:3, 149:11,
152:6, 154:19,
155:20, 155:21,
156:6, 156:9,
158:16, 160:18,
161:5, 161:12,
164:22, 167:13,
173:5, 173:10,
175:8, 175:15,
176:9, 179:22,
182:3, 184:6,
188:3, 188:4,
190:21, 195:5,
199:16, 207:22,
216:2, 217:10,
225:17, 230:1,
230:12, 237:17,
237:19, 243:7,
246:7, 249:3,
261:6, 263:8,
266:18, 266:20,
280:4, 286:16,
294:19, 295:8,
296:13, 296:18,
298:2, 299:19,
300:19, 301:2,
317:17, 319:2,
319:4
**golder**
79:10, 79:12,
79:14, 79:18,
79:20, 80:2,
80:4, 80:7
**gone**
24:19, 82:6,
95:12, 145:19,
156:7, 163:7,
177:2, 177:19,

184:12, 202:15,
202:21, 203:1,
203:4, 203:11,
219:7
**good**
44:2, 77:2,
163:19, 163:20,
219:13, 237:4
**goodyear**
35:7
**gotten**
20:2, 20:5,
20:6, 20:11,
20:22, 20:24,
21:4, 21:5,
21:11, 21:13,
21:19, 21:23,
100:9, 140:8,
211:7, 222:8
**graduate**
32:22, 33:1,
33:4
**graduated**
34:10
**graduation**
33:9
**grand**
14:9, 31:11,
289:4, 289:7,
289:12
**greater**
52:8
**griffith**
308:22, 308:24
**ground**
8:6, 151:23,
182:6
**group**
73:24, 168:1
**guerrieri**
17:14, 28:21,
30:22, 48:22,
50:4, 87:23,
88:6, 88:9,
89:21, 107:5,
107:9, 107:20,
107:23, 108:1,
110:18, 116:4,

116:10, 116:15,
119:14, 119:16,
119:21, 120:1,
120:7, 120:11,
130:7, 130:12,
130:19, 132:7,
132:17, 134:2,
134:15, 134:22,
134:24, 135:13,
135:15, 163:6,
175:19, 175:21,
178:17, 187:2,
192:4, 193:18,
193:23, 196:5,
208:6, 211:17,
223:21, 223:22,
227:23, 228:5,
229:6, 230:9,
233:14, 234:23,
241:6, 241:9,
244:5, 247:14,
248:15, 249:3,
252:19, 258:1,
276:14, 276:20,
277:21, 283:11,
310:11, 310:24,
311:11, 311:12,
311:20, 312:5,
314:2, 314:7,
314:13
**guerrieri's**
136:4, 136:20
**guess**
21:3, 83:10,
237:7
**guilt**
60:10
**gun**
12:17
**guy**
35:13

---
**H**
---

**half**
15:12, 164:11,
164:17, 197:22,
243:1, 243:24,
248:21

Transcript of Michael Cross
Conducted on October 16, 2020

340

hallway
191:22
hand
14:1, 320:17
handcuffed
178:18
handed
81:21, 89:6
handing
87:21
hands
227:8
hang
215:23
hanging
121:2
happen
54:9, 213:22,
214:7
happened
71:5, 112:4,
115:19, 129:22,
130:4, 130:10,
130:13, 130:17,
131:24, 151:3,
153:17, 214:1,
225:5, 225:23,
228:4, 240:15,
242:19, 243:5,
249:16, 250:11,
279:5, 279:7
happened"
250:2
happening
198:12, 228:17
happens
153:15
happy
105:11, 128:22
hard
8:23, 20:13,
66:6, 66:12,
120:9, 137:13,
139:7, 156:23,
157:3
harm
68:9, 68:11,
71:9, 71:18,

71:22, 233:22,
233:23
harmed
233:21
head
8:10, 20:4
headed
158:24, 159:2
health
63:7, 63:18,
65:2, 307:12
hear
98:20
heard
98:20, 160:10,
194:23, 240:11
hearing
31:11, 31:18
hearings
277:9, 277:10
hearsay
130:16
heat
143:17
heavy
66:8
held
2:1, 35:24,
36:23
help
8:11, 76:10,
138:19
helped
43:18, 55:6
helpful
26:12
helping
77:11
helps
237:6
here
5:2, 25:11,
88:22, 89:18,
101:22, 136:9,
137:19, 221:24,
237:16, 249:5,
249:9, 250:15,
252:13, 258:20,

266:22, 280:22,
281:6, 296:21,
297:20, 298:7,
299:21, 310:18,
318:8
hereby
320:7
hereunto
320:16
herself
118:15
hide
127:18
high
32:22, 33:2,
33:3, 33:4,
33:9, 34:9
higher
73:12
highly
155:3
himself
124:16, 125:1,
125:11, 125:20,
125:23, 127:23,
128:2, 128:3,
157:18, 186:24
hinder
158:13
hindered
158:8
hold
9:12, 37:2,
38:12, 38:20
home
174:3, 174:7
homicide
38:24, 39:3,
39:7, 39:18,
41:3, 45:4,
45:9, 45:13,
47:15, 54:21,
75:1
homicides
73:16, 73:21
honest
95:22
hospital
102:10, 102:17,

102:20, 102:22,
103:9, 103:16,
103:21, 104:1,
104:5, 105:16,
106:13, 107:1,
107:19
hot
99:23
hour
15:8, 15:12,
16:1, 16:2,
16:3, 164:10,
164:11, 164:12,
164:17, 191:5,
191:7, 197:22,
201:16, 204:16,
208:12, 211:6,
241:5, 243:1,
243:24
hours
10:20, 12:5,
12:6, 12:7,
12:21, 12:22,
12:23, 12:24,
13:1, 13:2,
13:3, 13:7,
16:4, 42:17,
126:14, 186:2,
193:3, 200:21,
201:3, 202:13,
203:20, 203:23,
204:20, 205:15,
205:21, 206:1,
206:16, 206:21,
207:1, 260:2,
295:23
house
28:4, 100:2,
108:20, 109:24,
110:4, 110:13,
111:6, 114:2,
116:7, 118:5,
276:4, 276:18,
280:12, 280:19
household
269:10
however
295:20

Transcript of Michael Cross
Conducted on October 16, 2020

341

human
63:13
hundreds
18:16, 18:17,
67:3, 72:22,
84:22
hyperventilating
72:4
hypotheses
145:5, 147:6
hypothesis
141:22, 142:1,
142:4, 142:6,
143:5, 144:19,
144:22, 145:4,
145:11, 145:20
hypothetical
98:7

I

idea
163:14, 167:24,
202:21, 218:8
identification
87:20, 88:17,
100:20, 109:3,
141:6, 196:9
identify
5:12
illinois
1:2, 1:14, 2:6,
2:14, 3:7, 3:15,
5:5, 5:11,
320:6, 320:24
immediate
306:8
immediately
274:8
impact
23:5, 25:24,
27:13
impacted
19:12
impede
127:9, 127:11,
293:9
important
56:10, 56:17,

57:3, 57:5,
57:17, 57:19,
57:22, 91:10,
91:13, 91:16,
149:24, 152:11,
259:1, 259:3,
259:6, 259:19,
259:23, 260:10,
261:22, 265:20,
265:21, 279:22,
294:10, 315:21
impossible
161:11, 268:13,
291:10
improper
282:13, 294:20,
295:11, 295:18
improved
22:2, 24:23
improvement
47:10
inability
295:24
inaccurate
18:21, 296:22
inappropriate
61:11, 62:1,
62:2, 62:7,
219:11
incapable
62:17, 62:19,
63:3
incarcerated
186:2
incendiary
42:3, 73:1,
73:4, 73:8,
264:19, 264:22,
265:1, 265:11,
266:24, 267:3,
267:17, 268:3,
268:10
include
55:13, 55:15,
55:17, 55:19,
63:14
included
142:16

including
139:8, 255:13
incomplete
98:7
inconclusive
158:5, 158:7,
189:2, 309:22
incorrect
134:8, 134:12,
173:7, 210:7,
280:14, 281:16,
282:22, 303:1,
306:21
independently
25:11, 29:8,
87:8, 103:12,
141:10, 248:8,
280:6
indicate
96:3, 98:4,
98:12, 194:13,
194:17, 207:15,
224:2, 240:6,
259:24
indicated
96:4, 139:7,
194:8, 315:9
indicates
94:17, 96:5,
125:8
indicating
95:24
indication
158:18
indications
196:17, 224:5,
264:7, 264:10
individual
64:1, 68:7,
68:8, 69:13,
93:10, 135:22
information
83:22, 93:12,
135:6, 198:2,
272:23, 274:9,
275:8, 278:10,
279:4, 279:15
informed
146:6, 146:13,

146:22, 147:3,
149:10
infrequently
277:17
initially
38:13, 45:1,
112:18, 120:22
input
152:21, 153:16
inquest
31:22, 289:17,
289:20, 289:21,
289:23
inside
130:13
insisting
60:3
instance
279:22
instead
164:17, 299:6
institutions
33:22
instructed
44:7, 150:21
insurance
119:17, 120:13,
120:18, 120:19,
121:12, 121:18,
122:1, 122:5,
122:7, 122:9,
122:12, 122:15,
124:1, 124:5,
125:13, 125:16,
125:23, 128:4,
128:16, 129:23,
251:4, 251:5,
251:7, 251:12
intake
184:14, 184:15
intend
233:22, 233:23
intended
249:13, 317:13
intending
233:19, 243:10
intentionally
168:11, 170:16,

Transcript of Michael Cross
Conducted on October 16, 2020

342

170:22, 232:11,
249:12
**interacted**
318:21
**interacting**
30:15, 31:3
**interactions**
157:22, 158:17,
186:19
**interest**
39:9, 149:17,
310:6, 320:14
**interests**
175:22
**internal**
203:24, 205:4,
205:24, 206:4
**interpretation**
123:18
**interrogated**
67:2, 67:4,
97:16
**interrogating**
60:24, 72:9,
92:11
**interrogation**
55:15, 58:21,
59:1, 67:16,
67:24, 68:3,
68:12, 68:22,
68:24, 69:15,
70:1, 70:7,
70:10, 70:19,
71:1, 71:6,
71:19, 71:24,
72:3, 72:6,
91:4, 91:9,
92:6, 97:15,
97:21, 218:20,
218:23, 219:3,
219:24, 224:20,
225:3, 242:7,
246:6, 246:13,
259:20
**interrogations**
69:5, 95:3
**interrogatories**
294:4

**interrupt**
123:23, 132:13,
164:1
**interrupted**
129:10
**interrupting**
8:22, 127:23,
300:16
**interruption**
123:15
**interview**
43:17, 44:18,
57:4, 58:24,
76:12, 169:24,
179:23, 180:1,
183:13, 183:18,
184:8, 187:18,
188:2, 188:6,
188:12, 188:14,
191:10, 191:19,
194:5, 195:12,
195:14, 195:17,
195:18, 197:3,
197:17, 197:22,
198:10, 198:18,
199:1, 199:14,
201:7, 202:5,
202:9, 202:12,
202:16, 203:4,
203:12, 205:15,
205:24, 206:4,
208:15, 211:19,
219:7, 219:9,
219:11, 220:1,
220:8, 220:19,
223:5, 223:9,
224:10, 224:13,
224:17, 225:2,
229:5, 242:12,
243:3, 244:7,
244:19, 244:22,
257:17, 258:11,
310:23, 313:14,
313:19, 313:20,
313:24, 314:3,
314:6
**interviewed**
76:15, 147:18,

165:4, 165:6,
184:11, 187:15,
188:24, 195:7,
196:5, 201:22,
258:4, 277:21
**interviewers**
163:20
**interviewing**
60:21, 60:24,
70:13, 77:15,
95:10, 114:11,
116:8, 118:15,
118:20, 151:4,
214:9, 244:15,
259:20, 278:1
**interviews**
120:12, 168:24,
307:19, 310:3,
310:5
**intoxicated**
62:10, 62:14,
72:10, 159:13,
159:15, 159:19,
188:23, 189:3
**investigate**
43:16, 77:11,
142:21
**investigated**
38:14, 38:17,
41:3, 72:14,
72:18, 72:23,
73:3, 73:7,
73:16, 74:7,
74:12, 142:7
**investigating**
40:23, 74:15,
76:8, 101:24,
152:15, 152:19,
216:16, 217:21
**investigation**
13:12, 19:14,
19:24, 20:20,
25:3, 25:16,
27:19, 39:10,
41:12, 45:20,
48:20, 50:5,
54:21, 54:22,
55:2, 55:13,

57:4, 58:15,
72:12, 73:3,
74:17, 74:23,
75:19, 75:22,
76:3, 76:5,
77:4, 77:16,
77:17, 78:1,
85:3, 94:6,
95:11, 107:12,
135:24, 141:21,
142:11, 142:14,
144:2, 144:6,
144:17, 145:21,
146:2, 150:17,
151:6, 152:9,
152:21, 153:21,
158:8, 158:14,
164:4, 165:11,
165:12, 166:21,
167:22, 177:13,
212:7, 219:17,
246:21, 261:22,
262:23, 266:3,
266:21, 292:3,
292:4, 292:11,
296:1, 304:7,
305:5, 305:9,
305:12, 306:3,
306:13, 306:14,
306:20, 307:22,
307:23, 308:5,
308:11, 308:16,
308:20, 308:21,
309:5, 309:13,
309:14, 309:17,
309:21, 312:10
**investigations**
45:2, 51:7,
51:10, 51:12,
51:15, 73:21,
74:22, 75:1,
143:1, 211:15,
211:23, 212:3,
212:14, 213:1,
213:7, 305:12,
305:23, 306:1,
306:9, 306:12,
306:19, 311:13,

Transcript of Michael Cross
Conducted on October 16, 2020

343

312:5, 312:13,
312:20, 312:24,
313:4, 313:16
**investigative**
76:18, 76:19,
77:6, 77:10,
150:23
**investigator**
38:24, 39:1,
39:2, 39:3,
40:3, 40:6,
40:13, 40:15,
40:19, 40:22,
41:14, 42:11,
42:12, 42:19,
42:22, 43:1,
45:10, 45:11,
45:13, 58:6,
58:11, 75:18,
76:14, 107:11,
134:2, 134:15,
136:3, 149:16,
150:16, 150:22,
152:10, 154:16,
258:1, 267:12,
267:13, 267:15,
283:5, 304:10,
304:14, 304:21,
304:24, 305:3
**investigators**
47:15, 47:18,
136:1, 145:5,
249:12
**invited**
146:9, 146:13,
146:22, 147:3
**involuntary**
92:7, 92:10,
92:13, 92:15,
95:20, 96:2
**involved**
74:2, 74:19,
78:6, 151:5,
166:18, 166:20,
269:14, 277:24
**issue**
147:8, 156:17
**issues**
116:21, 116:24,

117:18, 118:4,
118:8, 186:6,
293:9, 295:8,
303:3, 304:3
**itasca**
3:15
**itself**
146:11, 153:10,
264:16, 310:17

### J

**jail**
30:3, 30:8,
155:17, 155:21,
156:10, 156:12,
157:21, 160:10,
160:18, 161:6,
161:12, 161:19,
162:16, 162:19,
163:1, 173:5,
173:10, 173:11,
174:22, 176:20,
177:3, 177:5,
177:11, 177:12,
177:20, 177:21,
178:2, 178:7,
180:4, 186:10,
199:20, 207:5,
246:9, 256:2,
272:16, 272:21,
274:2, 274:5,
274:19, 278:8,
279:3, 291:3,
310:12
**jailhouse**
163:8
**january**
196:13
**job**
1:22, 7:13,
44:23, 52:19,
52:22, 163:19,
164:21, 256:4
**jobs**
35:2, 35:6
**joe**
64:15, 65:4,
190:3, 231:14,

237:4, 298:4
**john**
58:24, 59:3,
59:9, 60:5,
60:8, 60:13,
60:19, 60:23,
79:10, 79:12,
79:14, 79:17,
79:20, 80:2,
80:4, 80:7,
163:13, 163:14,
163:17, 164:9,
164:18, 177:16,
178:9, 179:3,
179:7, 180:10,
180:13, 181:1,
181:6, 181:9,
181:16, 182:9,
182:23
**join**
75:10, 77:7,
131:12
**joined**
76:4, 131:16
**jon**
50:21, 105:21,
106:5, 277:7,
306:18, 309:13
**joseph**
3:11, 5:16
**journey**
248:1
**judge**
64:6, 90:10,
94:18, 128:20,
196:12, 218:1,
218:10, 290:24,
300:10, 300:13
**judgment**
64:5, 64:9,
64:16, 305:6
**jumped**
12:17
**jury**
14:9, 31:11,
289:4, 289:7,
289:12
**justice**
57:18

**juvenile**
36:24, 37:7,
37:12, 37:15,
43:11, 43:12,
43:16, 43:22

### K

**kane**
320:5
**keep**
8:8, 71:6,
82:12, 109:1,
226:12, 232:8,
235:7, 237:17,
251:24, 294:16
**kept**
84:21, 152:11,
235:1, 253:8,
262:1
**kick**
227:10
**kill**
249:13
**killed**
77:23, 125:16,
126:5, 126:10,
127:3
**killing**
125:14, 125:24
**kind**
68:18
**kitchen**
121:19, 126:20
**kmart**
254:7
**knew**
50:21, 57:9,
57:13, 57:17,
82:11, 90:21,
91:1, 105:20,
111:22, 111:23,
115:21, 122:5,
122:7, 122:10,
125:15, 128:4,
140:8, 147:23,
152:5, 155:20,
155:23, 156:2,
156:13, 156:22,

Transcript of Michael Cross
Conducted on October 16, 2020

344

157:2, 157:8,
157:11, 163:8,
167:10, 175:15,
233:2, 236:10,
253:9, 256:10,
257:3, 296:3,
317:16
**knocked**
256:23
**knowing**
125:13, 159:12,
167:12, 167:17,
294:15
**knowledge**
23:11, 23:24,
24:3, 53:19,
145:23, 297:7
**known**
164:20
**kushner**
28:20, 29:2,
50:2, 50:19,
153:2, 155:5,
155:8, 266:7,
268:8, 285:13,
285:16, 286:24,
304:12, 304:17

**L**

**lab**
270:4, 270:10
**lack**
216:3, 218:13
**lacks**
96:12
**landed**
171:16
**language**
96:18, 96:24,
98:11
**large**
181:20
**larger**
183:4, 313:23
**last**
10:15, 11:15,
12:13, 12:15,
14:17, 14:24,

15:3, 15:5,
15:13, 17:2,
21:19, 39:4,
63:24, 106:7,
114:15, 128:11,
166:16, 247:13,
252:18, 253:18,
276:2, 276:16,
277:7, 304:1
**lasted**
204:16
**late**
36:19, 199:24,
244:24, 245:2,
264:4, 264:5
**later**
102:16, 109:1,
131:1, 148:14,
167:20, 197:6,
197:20, 236:4,
242:12, 259:4,
302:1, 302:6
**law**
3:12, 34:7
**lawsuit**
7:1, 7:10,
7:24, 84:1, 84:3
**lawyers**
10:21, 10:24,
11:4
**layout**
48:1, 181:16,
183:2, 203:7
**lead**
60:9, 149:16,
150:3, 150:9,
150:15, 150:21
**leads**
21:12
**learned**
60:13, 60:19,
94:20, 96:18,
96:19, 111:24,
180:2, 226:6,
226:10
**least**
21:2, 142:17,
164:9, 164:12,

167:23, 200:21,
202:13, 229:19,
276:7, 292:13
**leave**
193:12, 202:8,
206:24, 224:13,
274:18, 275:11,
275:13
**leavenworth**
28:4, 103:3,
103:9, 104:11,
104:12, 104:15,
104:22, 105:2,
105:6, 105:10,
105:15, 106:13,
106:23, 110:11,
110:19, 114:2,
115:14, 115:15,
118:17, 118:20,
120:12, 121:24
**leavenworth's**
108:20, 109:24,
110:4, 280:12,
280:18
**leaving**
81:24, 111:6,
162:2, 198:20,
199:20, 200:1,
208:6, 208:10,
220:19, 258:15
**led**
66:4, 98:21,
111:6, 165:12,
165:18, 167:6,
264:10, 274:12,
275:15
**left**
36:17, 36:21,
82:5, 100:16,
114:23, 121:22,
166:17, 167:12,
167:14, 167:17,
196:4, 198:22,
199:22, 200:3,
201:17, 203:21,
206:20, 210:20,
211:6, 224:10,
227:14, 227:20,

227:22, 234:23,
257:14, 257:17,
269:15, 272:6,
272:8, 316:23
**legal**
93:4, 219:20
**lemak**
77:23
**length**
294:21
**less**
10:10, 10:11,
11:9, 11:22,
12:8, 16:2,
16:4, 49:22,
59:21, 73:20,
140:18, 140:21,
180:20, 191:4,
201:16, 212:16,
221:8, 221:12,
222:11, 222:18,
223:1, 241:5
**let's**
91:2, 100:18,
176:8, 237:17,
286:8, 286:12,
286:15, 299:15,
299:18, 300:17,
300:18
**letters**
13:21
**level**
53:5, 68:11,
312:15, 312:17,
312:21, 312:24
**liars**
98:14
**lie**
138:12, 189:14,
210:8, 282:15
**lied**
194:18
**lies**
61:9, 235:24
**lieutenant**
28:20, 29:6,
49:17, 50:16,
99:7, 99:8,

Transcript of Michael Cross
Conducted on October 16, 2020

345

284:9, 315:13,
315:16
**life**
120:19, 121:12,
122:9, 122:12,
122:14, 123:24,
124:5, 125:13,
125:16, 125:23,
128:4, 251:3
**light**
149:3, 149:13
**lighter**
132:11, 132:15,
132:19, 133:11,
133:12, 134:3,
134:5, 134:16,
135:7, 136:5,
136:7, 136:9,
136:11, 316:21,
318:16, 318:22
**lighting**
183:7, 224:24
**likely**
127:3, 128:4,
146:21
**limit**
62:5, 69:5,
69:8, 69:11
**limitations**
295:15, 318:7
**limited**
269:11, 271:23
**line**
9:3, 57:11,
57:23, 64:22,
70:23, 196:18,
196:19, 196:22,
197:2, 197:13,
298:6, 301:23
**liquid**
166:7, 166:10,
167:9
**list**
141:8, 194:7,
279:24, 280:4
**listed**
27:7, 39:14,
39:15, 268:6

**listening**
153:10
**lit**
166:7, 166:11,
232:14, 232:18,
260:18
**litigation**
82:16, 82:21,
83:1, 83:15,
83:17, 83:20,
83:22, 84:17,
84:18, 84:21,
85:7, 85:10
**little**
22:18, 33:15,
36:12, 40:13,
73:20, 81:5,
123:4, 127:21,
145:18, 176:10,
191:4, 213:19,
222:3, 222:4,
237:19, 271:17,
296:22
**live**
240:2
**lived**
22:9, 106:18,
106:19
**lively**
66:16
**living**
110:13, 114:17,
142:3, 146:16,
172:6
**lobby**
181:20, 183:2,
183:4, 183:8,
186:23, 188:15,
191:14, 192:1,
192:6, 192:19,
193:15, 193:22,
202:6, 203:17,
211:10, 211:22,
211:23, 212:2,
212:22, 212:24,
213:12, 213:13,
217:21, 219:5,
220:18, 310:24,

311:1, 311:6,
313:5, 313:8,
313:17, 313:18,
313:21, 313:23
**located**
182:19, 191:12,
191:14, 191:15,
192:19, 192:21,
254:18, 314:22
**location**
2:2
**lock**
184:7
**lockdown**
10:12
**locked**
178:20, 178:22,
183:23, 184:3
**locks**
178:21
**loevy**
3:4
**long**
10:17, 11:7,
12:4, 12:20,
15:7, 15:10,
15:16, 15:22,
33:14, 33:20,
36:15, 37:2,
37:15, 54:5,
71:6, 131:14,
156:22, 188:16,
191:2, 191:16,
201:9, 201:10,
201:15, 204:4,
205:9, 205:10,
206:4, 208:9,
212:13, 220:16,
227:15, 241:3,
242:22, 243:22,
244:9, 276:6,
304:1
**longer**
129:15
**look**
83:16, 84:11,
84:15, 84:20,
84:24, 86:2,

86:5, 88:22,
92:14, 112:10,
112:14, 136:3,
199:23, 252:20,
272:13, 303:7
**looked**
31:8, 82:3,
83:12, 84:2,
259:17, 303:16,
313:22, 314:18
**looking**
86:9, 103:13,
104:4, 112:18,
135:6, 303:10
**lose**
19:9
**loss**
19:12, 137:22
**lost**
236:21, 283:19
**lot**
72:15, 77:13,
100:4, 100:5,
124:21, 137:22,
142:8, 186:9
**loud**
66:14, 122:17,
125:6, 125:8,
226:22, 226:23
**louder**
123:4
**low**
254:9
**lower**
312:15, 312:17,
312:21, 312:23
**lunch**
298:24
**lying**
61:8, 138:10,
194:14, 226:12

**M**

**m-i-c-h-a-e-l**
6:5
**ma'am**
19:4, 20:12,
37:14, 57:21,

Transcript of Michael Cross
Conducted on October 16, 2020

346

83:10, 94:8,
230:1, 247:8,
280:8
**made**
60:10, 102:5,
124:24, 221:21,
234:24, 235:2,
240:20, 272:23,
279:8, 279:10,
314:4
**main**
312:17
**major**
73:22, 74:3,
74:5, 74:6,
74:14, 74:16,
74:18, 74:22,
75:1, 151:1
**majority**
72:22, 73:6,
73:11, 73:13,
73:14, 73:21,
74:20, 74:24
**make**
23:15, 64:14,
64:16, 65:9,
65:11, 65:20,
97:15, 112:24,
113:8, 210:17,
233:17, 240:17,
257:7, 258:12,
281:3, 281:9
**makes**
59:21, 222:7,
237:20
**making**
99:22, 154:19,
221:19, 228:6,
228:7, 228:8,
228:11, 232:7,
233:10, 233:14
**malice**
167:4, 167:8,
168:14, 168:18
**management**
55:17
**many**
6:19, 9:19,

10:21, 18:14,
42:10, 46:22,
47:3, 47:13,
49:3, 49:8,
49:19, 63:2,
67:1, 72:13,
72:16, 72:18,
73:16, 79:3,
180:12, 182:1,
188:19, 193:3,
302:14
**march**
10:12
**mariah**
3:3, 5:14, 6:15
**marianne**
45:6, 72:13,
77:17, 78:1,
98:21, 105:3,
106:18, 119:17,
120:14, 121:9,
126:15, 128:16,
148:19, 214:10,
216:17, 249:14,
256:10
**marilyn**
77:23
**mark**
46:3, 49:5,
50:13, 86:8,
100:18, 108:23,
151:10, 151:12,
276:22, 306:10
**marked**
87:19, 87:21,
88:16, 100:19,
109:2, 141:5,
196:8
**married**
105:11, 256:1
**marshal**
304:15, 304:17
**maryland**
40:9
**mask**
6:8, 6:13
**masokas**
180:22, 180:24,

184:23, 185:19,
186:1, 186:5,
186:22, 187:9,
187:11, 187:14,
187:15, 187:17,
187:24, 188:1,
190:19, 191:2,
191:6, 191:24,
192:3, 192:15,
192:24, 193:4,
193:10, 194:4,
194:13, 195:7,
195:16, 195:21,
199:2, 201:18,
201:21, 202:6,
206:15, 207:14,
310:22, 311:3
**mason**
3:19, 5:8
**master's**
33:19
**material**
180:2
**materials**
83:17
**matter**
5:4, 13:19,
82:22, 101:3,
142:21, 289:4,
289:7
**maybe**
62:1, 73:20,
75:23, 98:14,
180:20, 222:11,
236:1, 240:2,
269:17, 276:7,
281:8
**mcgury's**
244:20, 244:22,
258:5, 258:7
**mean**
10:3, 11:20,
12:22, 13:11,
16:14, 20:6,
25:6, 25:10,
27:3, 37:24,
42:8, 62:19,
63:3, 64:18,

70:12, 71:24,
111:23, 122:22,
123:24, 130:12,
130:17, 133:23,
150:16, 151:18,
164:1, 180:15,
182:3, 189:22,
224:10, 239:19,
277:3, 281:5,
293:5, 294:20
**meaning**
315:3
**means**
38:1
**measure**
64:18, 241:16
**medical**
21:7, 21:15,
22:5, 22:8,
23:15, 23:18,
24:4, 24:14,
25:23, 26:9,
63:17, 66:19,
236:24, 295:4
**medication**
27:12, 295:5,
295:6
**medications**
26:2, 26:5,
26:13, 27:6,
27:7
**medicine**
26:10
**medium**
226:23
**meet**
9:19, 9:22,
10:17, 78:24,
79:13, 104:8,
104:10, 107:23,
108:2, 108:11,
156:12, 161:19,
163:5, 163:7,
212:9, 212:22,
219:5, 220:20
**meeting**
10:22, 11:12,
12:1, 12:4,

Transcript of Michael Cross
Conducted on October 16, 2020

12:10, 12:13,
12:18, 12:20,
30:2, 30:6,
79:20, 80:6,
103:2, 103:8,
105:15, 106:23,
110:3, 155:15,
162:23, 163:9,
170:9, 175:18,
180:24, 181:6,
195:1, 195:4,
212:1, 272:16,
274:1
**meetings**
112:20
**member**
307:22, 308:6,
308:15, 308:19
**members**
17:17, 104:6,
104:8, 104:10,
121:10, 308:1
**memorable**
77:19
**memorialization**
259:1
**memorialize**
262:8
**memorialized**
262:6
**memories**
32:16, 296:1
**memory**
19:9, 19:12,
19:23, 20:2,
20:5, 20:6,
20:10, 20:22,
21:4, 21:12,
21:19, 21:23,
22:2, 22:16,
22:22, 23:6,
25:24, 26:11,
94:19, 102:24,
118:13, 127:4,
137:6, 137:9,
137:22, 138:8,
289:19, 289:20,
289:22, 294:22,

295:8, 298:6,
298:9, 300:9,
301:16, 303:3,
303:8, 303:11,
303:14, 303:22,
304:2, 318:7
**mental**
63:7, 63:18,
63:19, 65:2,
307:11
**mentally**
62:17, 62:19,
63:3
**mention**
259:9
**mentioned**
13:8, 14:18,
94:12, 106:21,
195:3
**mentors**
55:3, 55:8
**message**
4:12, 4:13
**met**
9:17, 10:2,
10:18, 11:6,
74:6, 74:7,
74:8, 74:9,
104:5, 104:7,
105:24, 106:1,
106:2, 107:6,
107:8, 107:17,
107:21, 108:1,
110:22, 110:24,
113:10, 116:4,
116:10, 126:19,
155:19, 172:17,
173:14, 173:22,
181:5, 184:16,
184:18, 211:9,
211:21, 212:21,
213:3, 214:8,
216:15, 217:20,
218:24, 219:3,
223:5, 223:9,
223:14, 272:21,
274:4, 274:19
**mic**
56:11

**miceli**
25:3, 25:17,
28:3, 28:7,
29:6, 29:10,
29:14, 45:20,
48:21, 50:5,
73:3, 73:17,
75:14, 90:11,
99:11, 105:3,
105:7, 105:11,
107:23, 108:2,
108:12, 109:23,
110:3, 110:7,
111:20, 113:9,
114:1, 114:11,
115:16, 115:20,
116:20, 128:16,
129:10, 141:23,
160:11, 172:1,
214:10, 216:17,
253:13, 253:20,
269:10, 272:3,
304:6, 306:2,
306:14, 306:20,
307:22, 308:5,
308:20, 309:12
**miceli's**
45:6, 72:13,
77:18, 78:2,
98:21, 111:11,
126:15, 145:12,
148:19, 169:1,
169:21
**michael**
1:8, 1:13, 2:1,
4:2, 5:3, 5:18,
5:23, 6:5,
180:21
**microwave**
117:8
**middle**
117:23, 245:9
**midnight"**
109:15
**might**
20:13, 27:8,
39:7, 51:16,
57:10, 72:5,

104:6, 118:22,
122:2, 145:17,
179:4, 185:15,
185:21, 222:3,
239:11, 259:3,
259:6, 294:15,
295:24
**mike**
7:12, 23:20,
68:17, 87:24,
88:2, 88:3,
97:7, 128:7,
138:15, 139:23,
216:5, 231:13,
237:2, 247:2,
277:20, 290:18
**mind**
25:15, 62:15,
80:16, 167:24,
168:1, 236:23,
262:1, 292:10
**mine**
16:24, 88:22,
89:3, 163:16,
220:6, 220:7
**minimize**
261:18
**minimizing**
234:17, 234:18,
235:4, 235:9,
238:15, 260:13,
262:11, 278:19,
279:9, 316:1
**minor**
53:7, 150:24
**minser**
90:11
**minute**
166:17, 179:17,
221:12
**minutes**
131:15, 137:3,
212:16, 212:17,
212:19, 217:3,
221:3, 221:8,
221:10, 227:16,
244:1, 261:11,
316:23

Transcript of Michael Cross
Conducted on October 16, 2020

348

**miranda**
223:18, 223:22, 224:3, 224:6, 224:8, 224:11, 224:17, 225:6, 248:14, 248:23, 258:8
**misconduct**
53:20
**mismarked**
89:4
**misplaced**
145:12, 146:15, 172:2, 172:5
**misstates**
13:4, 70:3, 79:15, 79:22, 127:15, 151:24, 216:10, 218:12, 222:14, 231:11, 231:16, 278:17
**mistake**
51:17
**mitch**
28:20, 50:2, 50:19
**mixed**
290:11
**mom**
124:5
**mom's**
115:5
**moment**
125:19, 126:5, 140:23, 234:7, 293:3, 293:13
**monday**
109:14
**monetary**
233:19
**money**
199:18, 240:1, 251:7, 251:13
**monitor**
5:7
**month**
11:15, 11:22
**months**
10:15, 11:9,

11:10, 11:18, 11:21, 36:16
**more**
8:5, 11:9, 12:8, 13:1, 13:3, 16:1, 16:3, 16:4, 20:19, 21:24, 49:21, 49:23, 72:17, 73:19, 92:3, 139:19, 139:22, 156:9, 180:3, 212:16, 212:19, 221:3, 221:10, 222:4, 222:8, 225:17, 234:19, 239:11, 274:9, 276:7, 278:9, 279:4, 279:14, 296:7
**morning**
162:5, 245:3, 245:6, 258:2
**most**
77:14, 77:19, 100:14
**mostly**
41:17
**mother**
122:2, 124:1, 125:24, 166:24
**mother's**
111:7, 114:17
**mother-in-law**
125:14, 125:17, 126:1, 126:2, 126:5, 126:10, 127:3, 128:5, 167:10, 217:22
**move**
78:7, 88:15, 91:2, 231:19
**moved**
45:3, 47:6, 100:4, 100:9, 100:11
**movie**
253:7

**moving**
100:2, 165:14, 165:15, 165:16, 283:3
**much**
74:17, 122:10, 152:4, 152:5, 168:4, 168:5, 172:23, 185:5, 225:22, 256:5, 275:8, 275:9, 277:1, 277:3, 277:17
**municipal**
2:4
**murder**
214:10, 216:17, 217:22, 274:16, 309:13
**murdered**
128:5
**myself**
75:18, 76:13, 76:15, 229:6

**N**

**name**
6:3, 6:15, 7:7, 7:15, 7:18, 20:17, 35:14, 79:12, 79:17, 79:18, 80:1, 80:3, 80:7, 194:23
**named**
79:20
**namenda**
26:6
**names**
108:7
**naperville**
1:14, 2:4, 2:6, 5:10, 7:16, 9:11, 28:8, 28:15, 29:20, 34:17, 34:20, 35:3, 35:11, 35:21, 36:1,

36:17, 36:23, 38:9, 41:9, 43:1, 43:10, 46:5, 48:4, 48:14, 51:2, 52:13, 53:15, 54:9, 55:4, 55:22, 75:5, 146:2, 147:18, 149:10, 150:17, 164:12, 164:16, 178:24, 188:22, 195:5, 197:6, 197:20, 198:13, 198:20, 199:4, 199:6, 199:7, 199:9, 199:12, 199:16, 200:7, 200:9, 200:12, 202:10, 208:7, 208:10, 208:24, 209:3, 210:22, 211:3, 211:10, 211:13, 211:22, 211:24, 212:10, 212:23, 214:24, 215:12, 215:20, 216:7, 220:17, 223:15, 241:19, 242:3, 242:24, 243:3, 243:6, 243:23, 248:2, 248:9, 273:2, 273:7, 273:16, 281:13, 285:8, 288:14, 302:15, 304:5, 305:13, 308:2, 310:14, 311:9, 312:9, 314:5, 314:10
**national**
40:8, 40:10, 41:1, 41:2, 41:5
**natural**
42:7, 42:9, 73:1
**near**
142:2, 143:9,

Transcript of Michael Cross
Conducted on October 16, 2020

349

145:10, 147:20,
264:11, 317:8
**necessary**
61:12, 71:7
**need**
8:21, 9:1,
65:9, 82:10,
82:16, 85:5,
85:6, 92:21,
128:7, 138:16,
138:18, 139:19,
139:24, 140:5,
221:20, 230:2,
237:2, 237:12,
259:7, 283:24,
297:22
**needed**
57:2, 212:22,
233:19, 239:23,
297:16
**needs**
139:19, 139:22,
140:11
**negative**
53:14
**neither**
155:4, 155:8,
320:12
**nervous**
66:10
**neurological**
293:6, 293:8,
293:14, 293:23,
294:15
**neurologist**
22:11, 22:15,
22:19, 22:20,
23:2, 24:19,
24:22, 294:24
**never**
22:23, 22:24,
63:21, 64:1,
71:5, 78:15,
78:16, 78:19,
84:16, 84:20,
147:3, 173:1,
174:4, 203:20,
213:22, 214:1,

214:6, 254:14,
259:17, 266:17,
269:20, 270:10,
277:4, 295:16,
297:11
**new**
47:6, 47:7,
47:12, 180:2,
180:7, 233:20,
239:23, 240:2,
251:8, 251:14,
254:5, 254:7,
254:8, 254:13,
256:8
**newey**
181:3, 181:5
**newly**
124:1, 194:20
**newspaper**
233:7, 238:4,
238:5, 243:20,
268:15, 316:10
**newspaper-soaked**
232:19, 233:3,
234:8, 237:22,
238:9
**newspapers**
148:24, 149:4,
149:13, 240:6,
243:12, 260:19,
317:7
**next**
107:2, 132:3,
132:4, 133:5,
179:18, 199:1,
221:23, 227:13,
240:15, 264:4
**night**
102:7, 169:2,
169:6, 199:24,
200:9, 213:21,
244:24, 245:2,
248:24, 250:11,
250:18, 255:5,
255:15, 260:13,
264:2, 264:3,
264:5, 269:10,
287:21, 313:12

**nigohosian**
14:2, 31:3,
231:4, 231:7,
231:21, 241:10,
241:11, 241:13,
241:18, 242:23,
243:2, 243:5,
243:22, 244:6,
244:11, 244:14,
244:23, 245:1,
245:6, 257:16,
257:21, 257:24,
258:4, 258:16,
261:13, 314:10,
314:14
**nobody**
174:13, 219:8
**nodding**
8:10
**noncoerced**
91:14
**none**
92:12, 170:6
**nope**
80:8, 137:4
**normal**
62:9, 63:13
**normally**
62:8, 135:24,
205:10
**north**
3:5
**northern**
1:2, 5:4
**notarial**
320:17
**notary**
2:13, 320:1,
320:4, 320:23
**notebook**
78:11, 78:14,
78:18, 78:19,
78:21, 81:6,
81:10, 81:14,
81:24
**notes**
81:23, 81:24,
82:3, 82:5,

82:8, 82:12,
82:17, 83:3,
83:4, 83:7,
83:12, 84:2,
84:11, 84:15,
84:21, 84:23,
85:2, 85:7,
85:14, 85:20,
85:22, 85:23,
86:12
**nothing**
104:20, 136:4,
198:8, 223:3,
253:9, 265:8,
293:1
**notice**
2:11, 222:17
**november**
126:8, 126:24,
320:18
**number**
39:8, 42:17,
42:21, 62:5,
73:12, 73:18,
89:8, 112:20,
179:14, 180:14,
209:8, 278:23
**numbers**
196:16
**numerous**
314:1

---

**O**

**o'brien**
158:4
**o-u-t-r-a-n-k-e-d**
52:6
**oath**
294:8, 294:11
**object**
21:6, 21:14,
23:13, 64:21,
93:2, 178:4,
191:17, 215:14,
216:2, 234:11,
237:23, 246:7,
294:19, 296:18,
303:17, 305:10,

Transcript of Michael Cross
Conducted on October 16, 2020

309:10, 317:11
**objecting**
231:15, 298:5
**objections**
23:20, 24:8,
65:6, 65:11,
65:12, 66:22,
71:15, 71:21,
190:2, 190:10,
202:20, 205:5,
215:8, 218:14,
221:13, 221:20,
221:21
**observation**
65:16, 66:24,
102:12, 285:21,
286:23
**observations**
65:19, 91:23,
95:5, 101:15,
102:5
**observe**
65:17, 66:3,
76:11, 91:24,
93:10, 94:13,
131:6
**observed**
65:23, 254:19
**observing**
102:2, 102:3,
113:6, 130:21,
130:22, 130:24,
131:2, 285:12
**obtain**
33:6, 33:8,
33:16, 34:1
**obtained**
93:13
**occasions**
112:20, 180:12,
184:12, 229:18
**occur**
317:17
**occurred**
24:5, 58:1,
58:6, 115:20,
138:3, 138:17,
148:18, 149:17,

151:21, 160:17,
167:24, 168:1,
195:10, 211:14,
246:21, 247:22,
249:8, 258:22,
260:13, 314:17
**october**
1:15, 5:6,
30:3, 30:6,
30:15, 30:19,
31:3, 108:17,
155:16, 155:19,
169:24, 170:1,
170:10, 172:17,
173:22, 176:17,
178:3, 181:7,
209:24, 223:16,
228:15, 229:1,
229:7, 229:22,
230:5, 246:6,
247:22, 255:5,
258:22, 261:11,
261:13, 274:2,
274:5, 320:20
**offense**
29:21, 157:21,
288:15, 288:24
**offer**
60:6
**office**
182:12, 183:9,
183:10, 183:12,
183:14, 183:15,
183:16, 187:7,
187:12, 188:10,
190:7, 191:11,
191:12, 192:22,
193:9, 193:13,
200:4, 202:5,
203:2, 203:24,
205:4, 244:20,
244:22, 258:5,
258:7
**officer**
1:8, 5:4, 7:2,
7:7, 7:17,
35:13, 36:2,
36:6, 36:21,

36:24, 37:3,
37:7, 37:10,
37:13, 37:16,
38:1, 43:6,
43:12, 43:22,
44:8, 44:11,
53:3, 63:2,
177:2, 219:9,
273:3, 320:6
**officers**
46:19, 150:4,
150:10, 151:5,
151:7, 151:23,
152:15, 314:5,
314:12
**offices**
47:24, 181:13,
183:2, 183:3,
183:5, 202:9,
203:8, 203:11,
206:20, 206:24,
207:6, 207:9
**official**
55:8
**officially**
52:21, 52:24
**often**
276:11, 276:12
**oh**
12:16, 36:11,
40:24, 52:10,
82:23, 90:8,
101:13, 135:15,
249:20
**on-call**
107:10
**once**
6:20, 6:21,
60:10, 119:21,
158:3, 182:15,
188:21, 189:5,
190:14, 204:7,
214:8, 228:4,
243:23, 274:14
**one**
7:3, 12:2,
14:1, 14:2,
20:9, 34:10,

48:19, 52:1,
53:11, 56:23,
59:15, 59:19,
59:24, 60:8,
62:6, 71:4,
72:20, 86:22,
88:8, 88:23,
89:2, 89:4,
94:2, 94:3,
94:13, 96:6,
100:17, 101:2,
101:5, 107:13,
109:11, 119:1,
119:3, 126:15,
135:23, 136:2,
136:20, 146:16,
147:4, 157:17,
160:23, 162:13,
166:15, 166:16,
167:16, 172:5,
176:2, 177:17,
179:17, 180:21,
182:7, 183:6,
183:20, 188:23,
191:10, 191:19,
192:21, 194:1,
194:9, 205:23,
207:17, 221:12,
231:24, 236:22,
269:13, 277:8,
277:10, 296:8,
313:2, 318:12
**one-day**
53:10
**ones**
48:5
**ongoing**
99:19, 152:12
**only**
23:23, 28:13,
28:17, 29:13,
29:17, 29:22,
54:6, 54:17,
56:9, 64:5,
81:20, 93:21,
93:22, 97:3,
97:5, 105:12,
105:13, 106:17,

Transcript of Michael Cross
Conducted on October 16, 2020

351

135:6, 157:11,
166:3, 171:8,
182:15, 183:5,
183:6, 183:20,
189:4, 190:13,
204:6, 204:16,
229:10, 259:21,
260:2, 269:16,
316:23
**open**
47:24, 95:21,
95:22, 96:4,
96:10, 96:16,
97:3, 98:1,
166:7, 195:17,
316:5
**opened**
96:2, 96:22,
153:23
**openness**
98:4, 98:11
**opinion**
21:8, 21:15,
22:6, 22:8,
23:18, 24:4,
26:9, 62:24,
63:6, 63:7,
63:18, 64:23,
65:1, 71:12,
93:4, 94:10,
153:9, 219:20
**opinions**
23:16, 66:19,
153:5, 153:8,
309:7
**opposed**
316:5
**order**
42:11, 57:18,
58:10, 65:20,
68:12, 92:15,
150:4, 270:14,
319:2
**origin**
41:22, 141:22,
142:9, 143:1,
143:5, 143:19,
144:11, 147:21,

150:1, 152:23,
153:2, 153:20,
264:7, 264:11,
309:9, 317:8
**origin-and**
142:17
**origin-and-cause**
315:16
**original**
148:8
**originally**
47:2, 166:14,
166:18
**originated**
264:8
**others**
307:7
**otherwise**
8:15, 97:11,
320:15
**out**
35:22, 55:7,
70:16, 70:18,
71:4, 83:3,
89:16, 89:18,
90:10, 100:2,
100:9, 100:11,
112:21, 114:19,
115:2, 117:4,
126:12, 138:12,
141:7, 145:19,
149:17, 156:5,
156:7, 156:13,
163:1, 166:16,
167:4, 167:8,
171:4, 171:5,
172:14, 176:23,
184:6, 185:5,
190:19, 192:24,
193:10, 195:16,
203:16, 203:17,
203:18, 203:21,
219:5, 230:15,
237:8, 251:21,
252:6, 252:21,
253:6, 256:4,
256:14, 269:16,
273:10, 317:7

**outcome**
320:15
**outrage**
52:3
**outranked**
51:21, 51:24,
52:2, 52:4, 52:7
**outside**
13:15, 18:11,
24:5, 47:21,
130:1, 130:8,
130:9, 130:11,
130:14, 130:18,
130:19, 131:6,
131:7, 131:9,
131:11, 154:17,
202:5, 219:8,
227:15, 227:17,
251:11
**outward**
96:3
**over**
8:6, 9:22,
12:10, 13:6,
13:8, 21:16,
33:15, 51:5,
51:7, 51:13,
51:14, 64:13,
65:12, 66:21,
67:20, 71:14,
86:11, 92:18,
93:5, 94:20,
96:19, 115:12,
122:20, 122:21,
123:6, 124:9,
125:5, 125:7,
127:17, 152:2,
155:2, 176:7,
189:13, 192:10,
195:17, 202:20,
213:11, 218:14,
222:16, 225:17,
236:14, 236:20,
238:23, 239:6,
248:16, 248:24,
249:3, 260:6,
273:13, 280:3,
286:13, 286:14,

296:7, 296:23,
316:12
**overall**
54:5, 54:6,
77:21, 152:9,
152:10
**overhaul**
99:20, 99:21,
100:1
**overreacting**
122:21, 122:22,
122:23, 123:12
**overturning**
90:15
**overview**
35:5, 36:22,
185:2
**overwhelmed**
127:5, 127:8,
139:10, 140:19,
237:13
**own**
13:16, 17:5,
56:22, 57:6,
60:20, 60:21,
91:6, 95:5,
167:24, 174:4
**owned**
174:4

| **P** |
| --- |

**p-o-l-i-c-k**
5:17
**p-r-a-d-e-l**
35:19
**page**
4:2, 4:10,
88:21, 101:9,
106:8, 106:9,
113:19, 113:20,
113:21, 114:16,
117:23, 128:12,
133:8, 196:15,
196:19, 197:9,
209:6, 209:7,
209:9, 209:12,
245:8, 245:9,
245:20, 245:21,

Transcript of Michael Cross
Conducted on October 16, 2020

352

246:10, 246:24,
247:2, 247:4,
247:5, 247:6,
247:9, 247:10,
247:12, 247:24,
248:12, 248:19,
249:15, 249:21,
249:23, 250:5,
250:6, 250:9,
250:11, 250:20,
251:19, 252:2,
252:19, 253:19,
255:19
**paged**
263:15
**pages**
1:23
**paging**
263:17
**pam**
28:4, 103:2,
103:8, 104:11,
104:12, 104:15,
104:22, 105:2,
105:6, 105:10,
105:15, 106:12,
106:23, 108:20,
109:23, 110:3,
115:14, 115:15,
118:17, 118:19,
120:12, 120:16,
120:23, 121:1,
121:17, 121:24,
280:12, 280:18
**pam's**
121:4
**panic**
63:15, 63:22,
64:2, 64:7,
64:10, 64:17,
64:19, 65:15,
65:21, 65:24,
66:3, 66:4,
72:7, 72:8
**pants**
173:17
**paper**
256:24

**papers**
210:23, 214:17,
214:24, 218:18,
220:8, 220:21,
222:13, 222:22,
223:2, 223:20,
223:24, 224:9,
224:14, 225:6,
259:11, 259:22,
260:1
**paragraph**
113:19, 114:15,
117:22, 117:23,
128:11, 128:12,
133:8, 135:2,
247:24, 248:5,
248:7, 248:12,
248:19, 248:22,
249:6, 249:14,
249:15, 249:21,
249:22, 249:23,
249:24, 250:3,
250:4, 250:8,
250:10, 250:20,
251:18, 252:2,
252:18, 253:18,
253:19, 255:18
**paragraphs**
101:8, 101:14,
101:19, 101:23,
102:6, 106:8,
106:9, 247:13,
247:17, 247:20,
250:15
**pardon**
7:21, 49:11,
104:9, 124:23,
215:18
**park**
193:20, 312:2
**parked**
187:5, 311:18
**parking**
100:4, 100:5
**part**
7:13, 51:10,
51:12, 66:9,
66:11, 68:10,

76:17, 83:15,
83:19, 95:8,
100:1, 112:10,
167:22, 168:5,
168:9, 229:20,
249:10, 259:19,
261:7, 261:10,
304:2, 310:22,
314:11
**partially**
167:23, 226:8,
226:9
**particular**
228:17, 229:6,
301:18, 316:20
**particularly**
309:8
**parties**
296:21, 320:14
**partner**
48:3, 48:6,
48:9
**partners**
48:14, 48:18
**parts**
106:15
**party**
6:21, 6:23,
7:10
**pass**
194:5, 194:15
**passed**
71:4, 166:22,
193:3
**past**
8:3, 11:13,
21:13, 203:16,
203:18, 203:21,
204:14, 204:15,
245:3
**pathological**
98:14
**patio**
100:6
**patrol**
36:2, 36:6,
36:20, 36:24,
37:3, 37:10,

38:1, 43:6,
43:9, 44:8,
44:11, 46:7,
53:2, 53:3,
305:17, 305:20
**pattern**
153:24, 154:1,
171:1, 267:23,
271:8, 315:1
**patterns**
267:20, 268:20,
269:7, 272:1
**paul**
46:4, 277:20,
306:14
**paula**
1:24, 2:11,
5:20, 320:3
**pay**
53:12, 209:15,
210:14, 239:24,
240:1, 251:8,
251:13
**peak**
69:2
**pending**
63:11, 215:7,
220:24
**people**
38:17, 44:18,
45:3, 46:22,
47:3, 47:13,
55:6, 60:21,
63:15, 76:14,
81:9, 93:13,
152:18, 159:12,
159:13, 179:15,
180:1, 182:9,
196:11, 205:20,
305:7, 308:9
**people's**
112:11, 292:7,
292:9
**percent**
67:8, 67:10,
67:12, 67:14
**percentage**
67:5, 67:7,

Transcript of Michael Cross
Conducted on October 16, 2020

353

| | | | |
|---|---|---|---|
| 73:5 | pile | 108:24, 113:18, | 300:3, 300:13, |
| **performance** | 148:24 | 113:20, 117:22, | 311:6, 311:21, |
| 53:15 | **place** | 117:24, 118:12, | 313:12, 314:16 |
| **perhaps** | 5:10, 42:14, | 124:10, 128:11, | **points** |
| 124:3, 124:11 | 42:15, 141:14, | 133:7, 146:20, | 298:22 |
| **period** | 188:7, 188:14, | 178:1, 187:23, | **policing** |
| 36:8, 310:2 | 195:14, 197:5, | 190:1, 196:15, | 219:13 |
| **periodically** | 197:19, 240:2, | 196:19, 202:3, | **policy** |
| 139:21 | 244:19, 244:20 | 204:24, 215:5, | 52:13, 120:19, |
| **permission** | **placed** | 216:6, 217:18, | 120:21, 122:9, |
| 135:18 | 43:23 | 220:23, 223:7, | 122:12, 122:15, |
| **persist** | **plaintiff** | 233:12, 245:8, | 125:13, 125:16, |
| 61:8 | 1:6, 3:2, 5:14, | 248:20, 264:20, | 125:23 |
| **persisting** | 6:1, 6:16, | 284:11, 299:8 | **polygraph** |
| 60:1 | 86:10, 86:16, | **plenty** | 28:9, 29:15, |
| **person** | 87:23, 302:5, | 296:15 | 61:2, 61:6, |
| 9:23, 9:24, | 318:13 | **plexiglas** | 61:14, 61:20, |
| 12:10, 12:12, | **plaintiff's** | 310:18 | 62:11, 63:4, |
| 61:8, 62:10, | 293:22 | **plus** | 63:21, 64:1, |
| 62:15, 66:3, | **plan** | 166:24, 271:13 | 65:8, 67:5, |
| 66:7, 83:22, | 256:11, 257:4 | **point** | 157:9, 158:2, |
| 97:16, 112:16, | **planet** | 16:8, 67:16, | 158:3, 158:6, |
| 146:1, 167:7, | 5:9, 5:20 | 68:2, 68:5, | 163:21, 164:3, |
| 168:23, 185:10, | **planned** | 68:22, 68:24, | 164:7, 164:15, |
| 313:11 | 163:12, 251:7 | 70:16, 114:14, | 166:22, 168:20, |
| **personnel** | **planning** | 115:14, 119:11, | 175:9, 175:11, |
| 41:9 | 90:22, 179:22, | 121:18, 122:1, | 175:13, 175:23, |
| **pertained** | 251:12 | 122:24, 125:15, | 176:5, 180:21, |
| 152:22 | **plans** | 127:4, 130:1, | 186:2, 187:14, |
| **phone** | 178:8 | 138:17, 141:20, | 187:19, 187:24, |
| 9:23, 12:11, | **plausible** | 142:10, 145:2, | 188:2, 188:5, |
| 209:15, 210:15 | 112:3, 267:16, | 147:11, 147:13, | 188:16, 190:21, |
| **physical** | 316:14 | 149:2, 151:10, | 191:7, 192:16, |
| 63:13, 65:2, | **played** | 160:10, 165:19, | 192:18, 193:1, |
| 68:9, 68:11, | 291:2 | 165:21, 166:19, | 193:4, 193:5, |
| 68:18, 159:4, | **please** | 166:21, 170:23, | 193:11, 194:12, |
| 159:14, 271:4, | 5:12, 5:21, | 173:21, 177:8, | 194:15, 194:21, |
| 271:7, 318:19, | 6:3, 6:12, 8:8, | 178:11, 192:15, | 199:1, 201:8, |
| 318:20 | 8:15, 9:2, 9:15, | 223:4, 223:8, | 201:11, 201:19, |
| **physically** | 21:17, 24:2, | 225:16, 228:16, | 204:20, 205:14, |
| 269:8 | 45:24, 51:22, | 228:17, 230:6, | 205:16, 207:15, |
| **pick** | 56:13, 63:9, | 230:7, 230:8, | 246:13, 282:4, |
| 174:13, 174:19 | 64:15, 65:12, | 230:10, 236:21, | 282:19, 287:22, |
| **picked** | 65:13, 69:19, | 236:24, 263:23, | 288:4, 306:24, |
| 186:10 | 71:17, 85:19, | 275:3, 275:6, | 307:1, 307:3, |
| **picking** | 89:4, 93:7, | 283:18, 292:23, | 307:7, 307:16, |
| 162:8 | 93:16, 98:9, | 293:15, 293:16, | 307:17, 309:20, |
| **pieces** | 101:8, 107:24, | 293:17, 293:18, | 309:22, 310:7, |
| 100:13, 172:6 | | | |

Transcript of Michael Cross
Conducted on October 16, 2020

354

polygraphed
62:16, 165:5,
165:7, 184:22,
185:20, 188:20,
188:21, 189:1,
189:5, 189:9,
189:16, 190:7,
190:13, 190:21,
191:3, 192:13,
193:9, 193:10,
193:19, 193:24,
195:6, 196:1,
196:4, 200:19,
200:22, 201:2,
201:5, 201:12,
201:23, 204:4,
204:7, 205:3
polygrapher
164:23
polygraphers
164:21
polygraphic
281:14
polygraphist's
62:13
polygraphs
61:10, 62:6,
62:24, 63:2,
63:7, 64:24,
204:14, 205:10
portion
73:2, 266:20
pose
281:8
position
9:12, 35:24,
37:2
positions
36:22, 38:11,
38:21, 38:23
positive
104:7, 245:7
possess
62:15
possibility
57:10, 153:23,
154:17, 166:10,

166:15
possible
87:1, 87:5,
135:11, 148:22,
161:2, 161:4,
161:18, 179:15,
185:18, 192:6,
200:11
possibly
222:23
postconviction
79:11, 277:20
potential
119:17, 144:19,
170:19
potentially
22:22, 90:22,
140:18, 219:16,
232:18
pour
153:24, 171:1,
268:20, 271:7
powers
77:13
practice
55:23, 56:6,
56:9, 56:14,
56:16, 179:24,
220:6, 242:9,
242:11, 273:2
practices
94:20, 219:14
pradel
35:15, 35:17
precisely
143:13
predicated
68:9
preinterview
188:13
preparation
82:1, 101:6,
152:9
prepare
9:16, 315:11
prepared
139:16
prepolygraph
187:18, 188:6,

188:14
present
3:18, 10:21,
11:3, 12:2,
53:18, 194:20,
195:12, 269:9,
311:2
pressure
137:24, 138:7
pressured
137:6, 137:10,
137:15, 139:12,
140:21, 297:3
presumably
146:5, 146:9,
193:9
pretest
310:22
pretty
74:17, 152:4,
152:5, 168:4,
168:5, 185:4,
225:22, 261:22,
264:4
prevent
297:12
preventative
6:9
prevented
301:5
previous
84:17, 84:18,
180:12, 281:11
previously
94:4, 238:3
prior
9:18, 13:9,
14:20, 16:6,
16:10, 16:16,
19:19, 25:12,
33:6, 35:2,
36:6, 39:15,
41:12, 42:18,
42:22, 48:6,
48:20, 50:3,
50:21, 58:17,
71:19, 72:12,
72:23, 73:3,

73:17, 77:4,
78:24, 79:6,
80:10, 81:2,
83:13, 84:5,
87:10, 93:20,
105:15, 109:12,
111:2, 111:6,
126:19, 131:5,
132:21, 148:21,
155:4, 155:20,
156:7, 156:17,
157:20, 160:17,
161:5, 161:11,
162:2, 162:8,
162:23, 168:2,
169:24, 173:4,
173:10, 178:3,
180:24, 181:5,
184:11, 184:21,
186:2, 187:18,
187:24, 191:2,
191:7, 195:5,
198:20, 205:22,
208:4, 223:19,
223:23, 224:9,
234:7, 241:18,
245:5, 260:2,
262:16, 262:20,
264:6, 264:14,
265:3, 265:9,
266:10, 266:23,
268:3, 268:9,
271:9, 271:18,
272:16, 274:1,
277:12, 277:15,
286:22, 295:22,
301:2, 301:8,
301:9, 305:22
prison
82:20, 291:22
privilege
296:12
probable
271:10, 271:12,
271:19, 271:21,
272:19, 272:24,
273:1, 273:4,
273:17, 273:21,

Transcript of Michael Cross
Conducted on October 16, 2020

355

273:23, 274:6,
274:8, 274:15,
274:24, 275:5,
275:14, 278:8,
292:6, 292:22
**probably**
14:23, 16:13,
16:14, 16:15,
26:19, 34:15,
41:11, 47:2,
55:1, 71:2,
72:2, 74:10,
75:13, 75:24,
79:9, 95:20,
115:1, 225:24,
234:20, 265:6,
276:17
**problem**
294:15
**problems**
293:6, 293:14,
293:24, 294:22,
294:23, 303:16
**procedure**
150:20, 273:6,
273:15, 273:18,
273:19, 273:20
**procedures**
150:23
**proceeding**
282:16
**proceedings**
79:11, 196:12,
277:20, 302:7
**process**
30:15, 35:20,
40:5, 44:10,
57:19, 74:15,
83:20, 184:14,
184:15, 205:16,
210:17, 210:21,
211:9, 211:21,
212:9, 212:22,
213:15, 213:20,
214:8, 214:15,
214:22, 216:8,
216:15, 217:20,
218:17, 218:24,

219:3, 219:6,
219:10, 219:23,
220:7, 220:16,
220:20, 223:19,
223:23, 248:15,
248:22, 259:10,
269:12, 278:1,
314:12
**processed**
162:20, 162:24
**produce**
295:24
**produced**
295:3, 295:4
**production**
86:11, 86:16,
86:19, 87:2
**products**
251:8, 251:13
**professional**
2:13, 307:12
**proficiency**
39:9
**promise**
8:20, 76:21
**pronounce**
26:7
**proper**
164:7, 220:10,
220:11, 220:12,
220:14
**propose**
59:20
**prosecution**
259:4
**prosecutor**
57:14
**prosecutors**
79:1, 79:6,
80:9
**protect**
124:12, 124:16,
125:1, 125:9,
125:10, 125:20,
125:22, 127:23,
128:2, 128:3,
252:10, 253:10
**protected**
255:12

**proved**
318:21
**provide**
26:23, 27:8,
27:14, 76:9,
137:11, 140:24,
283:21
**provided**
18:18, 18:21,
24:14
**psychiatrist**
307:13
**psycho**
24:6
**psychological**
71:9, 71:18,
71:22, 236:24
**psychologist**
307:12
**public**
2:13, 200:7,
200:8, 320:1,
320:5, 320:23
**punitive**
301:24, 302:6
**purpose**
167:2, 167:8,
168:7, 256:18,
256:22, 256:24
**purposes**
259:1
**pursuant**
2:11, 221:22
**put**
57:1, 74:22,
83:6, 83:8,
102:13, 114:19,
115:1, 115:9,
120:24, 121:1,
135:12, 135:14,
135:15, 135:20,
157:12, 178:22,
254:14, 256:1,
259:13, 261:24
**putting**
157:17, 157:18,
281:11, 291:2

---
**Q**
---
**questioned**
154:11, 154:20,

161:14, 199:12,
225:8, 225:9,
294:21
**questioning**
9:3, 64:22,
70:24, 71:20,
112:8, 154:23,
241:17, 298:6,
301:24
**questions**
56:2, 70:14,
70:17, 70:18,
97:17, 97:20,
98:5, 127:12,
137:15, 138:14,
156:15, 159:21,
160:6, 185:9,
185:12, 185:13,
185:15, 185:19,
194:6, 194:8,
194:10, 194:12,
225:14, 225:15,
238:19, 239:1,
239:11, 244:11,
249:18, 286:6,
286:10, 295:9,
295:14, 295:17,
297:20, 298:1,
299:5, 302:8,
302:10, 306:23,
318:24
**quetsch**
1:24, 2:11,
5:20, 320:3
**quickly**
25:1, 35:5,
263:6
**quiet**
66:14, 179:8,
179:16, 179:17
**quieter**
222:3, 222:8
**quit**
129:12, 129:14,
129:16, 129:18
**quite**
39:5, 140:9,
228:23, 313:23

Transcript of Michael Cross
Conducted on October 16, 2020

356

**R**

**raise**
123:15, 123:18, 129:19
**raised**
226:24
**ran**
108:7
**range**
11:23, 196:14
**rank**
52:8
**ranum**
11:1, 12:2
**rapidity**
267:21, 267:23, 268:21, 272:2
**rather**
28:19, 29:24, 42:12, 110:21, 122:17, 125:6, 128:2, 195:17, 200:8, 225:3, 257:19, 260:16, 278:12, 283:8, 318:20
**reacted**
69:24
**reacting**
69:13
**reaction**
129:11, 129:17, 222:1
**reactions**
69:14
**read**
13:8, 13:15, 13:18, 14:4, 63:11, 69:20, 101:8, 101:11, 106:7, 106:17, 113:18, 117:22, 128:11, 133:7, 135:1, 141:8, 164:24, 196:18, 196:20, 215:6, 215:7, 220:23,

220:24, 223:18, 223:22, 224:8, 224:11, 225:6, 241:20, 245:8, 245:15, 246:8, 247:8, 258:19, 261:10, 279:24, 280:4, 303:19, 303:23
**reading**
19:22, 28:13, 28:17, 29:8, 29:13, 29:17, 29:22, 102:24, 106:11, 115:3, 137:1, 230:24, 246:12, 246:24, 249:9, 303:20, 320:11
**ready**
140:12, 302:10
**real**
235:9
**realize**
229:16
**really**
66:6, 83:24, 92:19, 112:7, 118:23, 126:18, 150:12, 152:4, 174:12, 194:23, 210:12, 212:18, 263:5, 295:10
**realm**
154:17
**rear**
312:6
**reask**
202:3, 217:13, 284:7
**reason**
17:23, 18:8, 24:16, 44:4, 52:19, 71:18, 74:18, 83:23, 86:13, 93:22, 123:22, 144:23, 155:10, 163:9,

164:6, 168:5, 168:9, 184:1, 184:2, 189:9, 189:15, 190:8, 200:5, 216:18, 220:13, 222:24, 223:3, 231:24, 239:2, 240:3, 251:15, 251:16, 263:21, 265:11, 267:3, 267:6, 279:3, 300:13
**reasoning**
154:13
**reasons**
44:16, 177:17, 250:21, 267:19, 268:1, 268:5, 318:2
**recall"**
189:22
**recalled**
53:23, 141:10, 280:6, 289:8, 309:19
**recalling**
139:8, 294:17
**receive**
209:9
**received**
53:10, 53:14, 54:1, 58:23, 147:13, 147:17, 209:12
**receiving**
26:6
**recently**
12:15, 12:16, 139:9, 277:8
**reception**
313:7, 313:9, 313:11, 313:24
**receptionist**
184:19
**recess**
80:21, 139:2, 207:24, 263:10, 286:18, 300:21

**recollections**
102:7, 102:13, 247:21, 280:1
**record**
6:4, 6:6, 23:22, 44:19, 79:19, 80:20, 80:23, 81:2, 95:24, 100:21, 109:4, 139:1, 139:4, 196:10, 196:17, 207:23, 208:2, 217:6, 218:12, 221:20, 263:9, 263:12, 271:16, 286:17, 286:20, 299:15, 299:18, 299:21, 300:14, 300:17, 300:18, 300:20, 300:23, 301:2, 301:4, 302:4, 319:5, 319:6, 320:8
**recorded**
242:12
**recorder**
231:1, 241:20, 242:2, 242:6, 242:10, 242:17, 242:18, 242:20, 242:23
**records**
24:14, 108:7, 295:4
**reduced**
320:10
**refer**
261:6
**reference**
88:2, 90:15
**referred**
35:12
**referring**
25:10, 229:13, 248:18
**reflected**
272:12

Transcript of Michael Cross
Conducted on October 16, 2020

357

**refresh**
102:24, 106:11,
113:24, 118:2,
128:14, 198:14,
246:5, 246:12,
259:7, 301:12,
303:8, 303:11
**refreshed**
19:23, 106:16,
110:5, 301:17
**refreshes**
246:23
**refreshing**
114:12
**refuse**
159:21, 159:24
**regain**
22:21
**regard**
88:10, 295:4,
302:3, 303:22,
309:5, 309:8,
309:9, 315:20
**regarding**
300:9, 315:10
**regardless**
103:24, 157:20,
272:15
**regards**
120:6
**registered**
2:12
**reid**
30:11, 58:24,
59:3, 59:9,
60:5, 60:8,
60:13, 60:19,
60:23, 163:13,
163:14, 163:17,
164:9, 164:18,
177:16, 178:9,
178:14, 179:3,
179:7, 179:23,
180:10, 180:13,
181:1, 181:6,
181:9, 181:12,
181:16, 182:9,
182:23, 183:1,

184:13, 184:21,
188:10, 188:23,
189:4, 189:9,
189:17, 190:7,
190:23, 191:13,
191:19, 196:4,
198:18, 198:22,
200:4, 201:17,
202:22, 203:12,
203:24, 205:4,
205:13, 205:14,
205:22, 205:23,
207:5, 207:8,
208:6, 208:11,
210:20, 211:6,
226:7, 226:10,
246:9, 246:14,
246:21, 247:1,
247:14, 247:22,
248:2, 248:9,
258:15, 261:12,
275:11, 310:12,
310:13, 310:21,
311:11
**relate**
112:8, 130:16
**related**
19:17, 23:11,
31:22, 82:8,
105:20, 105:23,
106:5, 115:21,
320:13
**relates**
26:19, 308:23
**relation**
311:23, 312:14,
313:17
**relative**
182:19, 259:21
**relaxed**
159:20
**released**
155:16, 155:20,
156:3, 156:6,
156:8, 156:10,
162:16, 162:19,
173:11, 174:14,
174:22, 175:6

**relevant**
83:16, 83:21,
84:3
**reliable**
156:23, 164:24,
263:1
**relied**
154:18, 154:22,
305:6, 307:6
**rely**
58:3, 94:19,
155:3, 307:17,
309:6
**relying**
25:12, 32:7,
32:13, 57:14,
142:8, 153:10,
153:12, 280:11
**remain**
310:23
**remained**
222:10, 311:1,
311:6
**remaining**
225:15
**remember**
7:18, 7:19,
11:20, 15:15,
19:13, 21:1,
21:24, 22:23,
25:11, 28:6,
35:14, 57:2,
57:9, 76:20,
79:18, 80:1,
80:3, 92:12,
97:6, 111:17,
111:19, 114:24,
116:18, 122:9,
122:13, 132:14,
133:14, 133:15,
134:9, 135:1,
138:14, 144:14,
185:16, 188:24,
194:22, 194:23,
195:2, 204:2,
210:10, 213:6,
223:14, 225:12,
225:19, 228:17,

228:18, 230:3,
239:16, 282:3,
283:19, 285:15,
285:16, 288:21
**remembering**
120:9, 293:24
**reminded**
258:8
**remorse**
291:2, 291:18,
291:21
**repeat**
21:17, 56:13,
60:9, 63:10,
69:19, 69:22,
146:20, 178:1,
187:23, 223:7,
284:11
**rephrase**
21:3, 158:10
**report**
55:19, 57:15,
57:20, 100:24,
102:6, 102:13,
104:24, 109:7,
109:9, 109:14,
115:9, 118:9,
118:19, 119:5,
133:16, 134:23,
135:12, 135:14,
135:16, 135:20,
136:4, 136:16,
136:17, 136:18,
136:19, 136:20,
141:4, 151:20,
247:6, 247:9,
247:10, 252:20,
254:24, 255:7,
256:20, 258:19,
259:9, 259:13,
259:16, 259:24,
260:6, 260:8,
260:21, 260:24,
261:2, 261:4,
261:7, 261:18,
261:24, 262:6,
262:8, 265:7,
266:13, 315:14,

Transcript of Michael Cross
Conducted on October 16, 2020

358

315:17, 315:18
**reported**
1:24, 45:21,
46:2, 259:18
**reporter**
2:12, 2:13,
5:19, 8:9, 8:23,
35:16, 35:18,
69:21, 97:12,
320:1, 320:4
**reports**
9:18, 13:9,
13:11, 13:12,
13:15, 13:19,
14:19, 14:21,
15:6, 16:6,
16:11, 16:18,
28:10, 28:13,
28:17, 29:9,
29:13, 29:17,
29:22, 55:21,
56:3, 58:3,
101:2, 101:5,
102:24, 105:12,
105:13, 106:17,
106:21, 109:11,
115:3, 119:8,
195:3, 258:24,
265:9, 266:3,
266:6, 272:11,
272:13, 280:11,
303:7, 303:10,
303:14
**represent**
5:13, 24:13,
83:19, 86:10,
144:21, 189:7,
200:3, 263:19,
265:8
**represented**
214:21
**representing**
5:8, 5:20,
190:6
**requested**
320:12
**requesting**
22:5, 64:23

**requests**
83:21, 86:11,
86:15, 86:19,
87:2
**required**
52:12, 54:13,
54:16, 54:17,
58:12, 82:12,
84:9, 84:14,
84:20
**requires**
63:17, 124:7
**reread**
13:21, 13:24,
14:14, 224:17
**reserved**
222:4, 222:8,
319:1
**residence**
25:3, 25:17,
48:21, 73:17,
75:15, 110:11,
141:23, 148:19,
253:21
**resolved**
8:1
**resource**
46:19
**respond**
76:11, 159:6
**responded**
158:19, 158:20,
158:21, 176:7
**response**
8:17, 86:19,
90:18, 176:6,
197:7, 225:18
**responsibilities**
43:8, 43:14,
44:24
**responsibility**
43:9, 152:6,
152:7
**restate**
61:18, 158:10
**result**
156:3
**retain**
303:18

**retaining**
303:16
**retaking**
310:7
**retention**
303:21, 303:22
**retire**
9:8, 9:10
**retired**
9:6, 9:12,
302:24
**retrial**
14:15, 15:19,
19:2, 20:7,
20:18, 20:20,
21:4, 32:2,
78:8, 78:10,
78:17, 78:21,
78:24, 79:6,
80:10, 81:3,
81:7, 81:10,
82:1, 82:4,
82:13, 83:13,
85:14, 85:21,
87:11, 87:14,
87:17, 88:9,
218:2, 262:20,
290:22, 306:17
**review**
14:9, 14:22,
14:24, 15:3,
15:7, 15:10,
16:1, 16:7,
16:12, 16:20,
16:23, 17:4,
19:17, 19:19,
32:7, 53:15,
109:21, 282:7,
301:12, 303:14,
314:11, 315:10,
315:13
**reviewed**
14:6, 14:17,
14:21, 15:6,
15:9, 15:14,
15:16, 15:18,
15:22, 16:17,
17:19, 18:4,

101:6, 109:12,
260:24, 301:7,
301:9, 301:10,
301:16
**reviewing**
14:23, 16:6,
16:10, 20:16,
28:10, 104:23,
151:3
**rewinding**
127:21
**right**
6:11, 21:20,
26:8, 55:11,
58:11, 74:4,
83:6, 89:3,
105:21, 109:15,
109:18, 112:12,
127:6, 128:8,
128:9, 132:6,
132:24, 138:21,
139:24, 148:13,
178:13, 178:20,
179:23, 190:24,
200:22, 203:17,
229:16, 233:15,
257:1, 293:1,
298:4, 307:23,
312:4, 313:18,
317:21
**rights**
223:18, 223:22,
224:3, 224:6,
224:9, 224:11,
224:18, 225:6,
248:23, 258:8
**ripsky**
50:21, 105:21,
106:5, 277:7,
306:18, 309:13
**rivastigmine**
26:7
**road**
37:7, 37:22,
37:24, 44:3
**robert**
17:13, 50:4,
88:5, 276:14

Transcript of Michael Cross
Conducted on October 16, 2020

359

| | | | |
|---|---|---|---|
| **rocker** | **ruled** | 169:9 | 239:22, 240:3, |
| 317:9 | 171:3, 171:5, | **sat** | 243:24, 256:20, |
| **role** | 185:4 | 115:4 | 260:21, 264:20, |
| 38:11, 38:21, | **rules** | **saw** | 276:19, 277:18, |
| 51:5, 51:14, | 8:6, 84:10, | 81:9, 104:15, | 283:17, 283:20, |
| 150:15, 291:2 | 221:22 | 131:19, 131:21, | 289:11, 289:19, |
| **roles** | **ruling** | 175:6, 240:7, | 307:6, 307:16, |
| 43:7 | 90:12, 126:12 | 240:11, 240:12, | 309:6 |
| **room** | **run** | 276:2, 276:16, | **saying** |
| 110:13, 114:17, | 70:16, 149:11, | 276:17, 277:7, | 8:11, 8:16, |
| 114:20, 114:21, | 235:17, 263:6 | 277:8, 277:9, | 71:23, 92:20, |
| 142:3, 146:16, | **running** | 292:19 | 93:11, 111:21, |
| 172:6, 188:12, | 70:18, 146:1, | **say** | 112:2, 113:1, |
| 202:5, 202:9, | 146:6 | 10:14, 11:17, | 121:7, 127:13, |
| 202:12, 202:16, | | 12:6, 20:5, | 158:22, 158:24, |
| 203:4, 206:4, | **S** | 22:1, 22:15, | 229:24, 240:12, |
| 211:19, 212:7, | | 22:19, 22:21, | 251:11, 261:14, |
| 212:14, 213:7, | **sad** | 24:14, 27:4, | 268:24, 281:3, |
| 218:21, 218:24, | 129:4, 129:7 | 32:6, 32:16, | 282:20, 282:23, |
| 219:3, 219:7, | **safe** | 51:22, 55:5, | 285:1, 287:14, |
| 219:9, 219:11, | 162:23 | 60:16, 60:17, | 298:15, 298:21 |
| 220:8, 220:19, | **sake** | 60:22, 61:24, | **says** |
| 220:20, 224:10, | 298:23 | 66:23, 68:20, | 87:24, 90:4, |
| 224:13, 224:17, | **same** | 68:21, 74:24, | 90:9, 109:14, |
| 224:20, 225:3, | 20:23, 21:5, | 77:19, 84:7, | 118:9, 133:16, |
| 227:14, 227:15, | 24:8, 26:15, | 94:21, 95:2, | 167:20, 197:2, |
| 227:17, 227:22, | 26:19, 30:12, | 98:15, 98:17, | 211:21, 245:10, |
| 227:23, 229:5, | 36:3, 61:22, | 100:7, 104:16, | 249:9, 249:10, |
| 233:15, 234:23, | 63:5, 71:21, | 107:24, 117:5, | 249:24, 251:19, |
| 241:7, 244:3, | 74:17, 75:23, | 117:10, 117:14, | 252:4 |
| 244:7, 244:22, | 75:24, 88:18, | 117:18, 118:7, | **scene** |
| 257:15, 257:17, | 88:22, 97:24, | 118:19, 119:4, | 27:23, 31:8, |
| 293:19, 294:15, | 103:10, 115:17, | 119:20, 120:16, | 55:13, 76:11, |
| 295:23, 313:14, | 117:9, 150:24, | 120:20, 121:1, | 76:12, 98:16, |
| 313:19, 313:21, | 161:12, 172:19, | 122:6, 122:11, | 99:4, 99:6, |
| 313:24, 314:3, | 172:20, 173:13, | 122:14, 131:21, | 99:12, 99:15, |
| 314:6 | 189:18, 190:10, | 131:24, 132:18, | 99:16, 99:19, |
| **rooms** | 200:20, 205:5, | 134:23, 162:23, | 101:15, 101:24, |
| 181:20, 183:13, | 208:18, 215:8, | 171:18, 172:13, | 102:12, 107:14, |
| 183:18, 184:8, | 215:21, 220:2, | 176:5, 179:19, | 107:17, 111:24, |
| 191:10, 191:19, | 221:13, 225:20, | 189:24, 201:16, | 112:4, 167:12, |
| 203:12, 206:1 | 225:22, 227:4, | 207:17, 209:7, | 167:14, 167:17, |
| **rpr** | 229:13, 234:22, | 209:17, 214:2, | 254:19, 292:11, |
| 1:24, 320:4 | 235:20, 236:7, | 215:13, 222:5, | 292:13, 292:15, |
| **rug** | 244:3, 268:22, | 222:12, 224:22, | 292:20, 292:21 |
| 271:8, 272:1 | 269:6, 271:5, | 225:18, 231:14, | **school** |
| **rule** | 276:17, 285:24 | 233:11, 233:12, | 32:23, 33:2, |
| 117:4, 172:14 | **sample** | 234:21, 236:15, | 33:3, 33:4, |
| | 169:1, 169:5, | | |

Transcript of Michael Cross
Conducted on October 16, 2020

360

33:9, 34:9,
46:19, 58:24,
59:3, 59:9,
60:5, 60:9,
60:13
**scientifically**
291:9
**scope**
267:15, 269:11,
271:23, 294:17
**scream**
226:23
**screaming**
123:5
**screening**
257:15, 257:18
**screws**
315:6, 315:8
**seal**
320:17
**search**
132:8, 135:18
**searched**
132:10, 134:5,
136:20, 136:23
**seats**
310:19
**second**
11:6, 12:1,
56:23, 82:11,
89:4, 89:20,
90:7, 101:9,
113:20, 117:22,
133:7, 135:4,
248:12, 248:19,
248:21, 249:6,
249:14, 249:15,
249:22, 249:23,
249:24, 250:4,
250:8, 250:10,
252:18, 255:18
**section**
248:17, 311:14,
312:5, 312:14,
312:20, 312:24,
313:4, 313:16
**sections**
43:10

**see**
23:1, 68:6,
87:24, 89:4,
89:23, 90:8,
108:8, 135:3,
135:4, 135:5,
135:6, 136:4,
136:6, 136:10,
138:19, 138:22,
143:16, 144:10,
149:12, 153:15,
171:11, 172:4,
174:18, 187:8,
199:22, 210:9,
213:15, 226:4,
237:6, 251:20,
252:5, 253:5,
253:13, 261:2,
262:24, 276:11,
279:11, 279:14,
315:1
**seeing**
156:6
**seem**
128:22, 128:24,
129:2, 129:4,
129:13, 166:22,
230:16
**seemed**
112:3, 122:20,
128:21, 129:6
**seen**
176:13, 193:12,
193:15, 252:16,
276:20
**selected**
74:1
**semantics**
62:4, 136:12
**seminars**
39:8, 40:7,
41:13, 41:16,
41:20, 42:10,
42:14, 42:18,
42:21, 45:12,
54:11, 54:13,
54:16, 54:21,
54:24, 58:9,

58:15, 95:12,
142:16
**sent**
119:11, 119:22
**sentence**
135:3, 135:4,
135:5
**sentences**
249:6
**separate**
183:14
**september**
27:24, 28:4,
28:7, 28:12,
28:14, 28:18,
29:3, 29:7,
29:11, 29:16,
29:19, 29:24,
46:1, 98:17,
101:16, 103:9,
103:17, 103:22,
104:1, 105:16,
106:13, 106:22,
107:5, 109:15,
109:18, 111:3,
114:6, 126:9,
127:2, 141:11,
145:2, 147:14,
160:17, 169:9,
176:17, 249:17,
250:18, 270:21,
280:12, 280:19,
281:14, 282:20,
283:5, 283:10,
284:10, 284:14,
285:9, 285:13,
285:21, 287:8,
287:16, 287:20,
288:16, 288:22
**sequence**
59:21
**sergeant**
46:3, 99:9,
244:20, 244:22,
258:5, 258:7,
306:10
**serve**
210:22, 214:17,

214:23, 220:8,
259:10
**served**
86:15, 86:20,
86:21, 87:2,
218:17, 218:20,
220:21, 222:2,
222:13, 222:22,
223:1, 224:9,
224:14, 225:6,
260:1, 294:5
**server**
30:15, 210:18,
210:21, 211:10,
211:21, 212:10,
212:22, 213:15,
213:20, 214:8,
214:16, 214:22,
216:8, 216:15,
217:20, 218:17,
218:24, 219:4,
219:6, 219:10,
219:24, 220:7,
220:20, 223:19,
223:23, 259:10
**service**
35:7, 35:8
**serving**
223:19, 223:23
**set**
167:2, 170:17,
170:23, 185:10,
232:10, 232:13,
232:23, 268:14,
270:14, 292:23,
320:16
**setting**
137:12, 196:1,
239:19, 279:6
**seven**
10:15, 37:4,
249:18, 295:23
**several**
10:20, 12:5,
12:7, 12:21,
12:22, 12:24,
13:2, 13:7,
39:4, 40:7,

Transcript of Michael Cross
Conducted on October 16, 2020

361

59:12, 157:22,
225:1, 271:2,
296:24, 314:1
**severity**
53:5, 137:22
**shafer**
46:4
**shaffer**
306:14
**shaking**
8:10
**shelf**
254:22
**shell**
35:8
**shield**
310:18
**shifting**
59:19
**shit**
255:20, 317:21
**shoes**
169:5, 169:8,
169:11, 169:12,
169:18, 169:21,
170:5, 170:7,
269:24, 270:5,
270:12
**short**
80:17, 307:23
**short-term**
22:2
**shorthand**
2:12, 320:3
**shorts**
173:17
**should**
43:17, 68:22,
68:24, 81:17,
81:20, 87:22,
109:1, 130:15,
133:19, 136:4,
260:3, 260:9,
282:1, 284:22,
284:23, 285:21,
286:2, 288:5,
315:7, 316:23
**shouting**
123:5

**show**
39:9, 213:20
**showing**
89:11
**shred**
82:8
**shredder**
82:7, 83:6,
83:9
**shut**
237:1
**shutting**
236:23
**sic**
7:23
**side-effects**
26:3
**signals**
96:16
**signature**
100:23, 109:6,
319:1
**signature-4pu1p**
320:21
**signed**
249:2
**significant**
78:3
**signify**
96:2
**signing**
230:20, 248:14,
320:12
**signs**
92:14, 95:15,
95:18, 96:6,
97:19, 159:14
**similar**
161:5, 161:13
**since**
10:8, 10:9,
20:18, 23:2,
24:18, 25:19,
39:2, 176:14,
180:2, 180:3,
193:3, 275:17,
275:23, 276:13
**sir**
6:17, 7:15,

9:10, 26:16,
26:23, 302:11
**sit**
25:11, 296:3
**sitting**
114:16, 295:23
**situation**
8:5, 145:17,
148:6, 157:13,
157:18, 157:19,
297:3
**situations**
68:8, 92:9,
98:2, 98:3,
98:10
**six**
13:1, 13:3
**sizzling**
240:11
**slam**
227:8
**sleep**
69:8, 207:8
**slept**
69:15, 70:1,
207:6, 207:16
**sliding**
142:2, 143:9,
143:10, 145:10,
153:22, 264:13,
264:14
**slightly**
81:14, 205:1
**slow**
62:18
**slurred**
159:16
**small**
67:7, 74:21,
179:5, 179:19,
208:14, 256:7
**smart**
166:23
**smell**
270:8
**smoke**
240:12, 253:20,
254:3, 254:18,

255:1, 255:5,
255:10, 255:13,
314:18, 315:7
**smoking**
114:17, 115:5
**smolder**
316:13
**soaked**
149:4, 149:13,
232:14, 238:6,
240:6, 260:19
**sober**
156:14, 163:8,
163:11, 177:5,
186:12, 310:8
**social**
6:9, 43:18,
43:20
**socially**
6:7
**solve**
150:1, 150:2,
150:4
**some**
8:4, 8:6, 19:9,
19:12, 20:3,
20:14, 21:22,
26:11, 27:19,
44:2, 58:22,
58:23, 60:15,
62:18, 64:18,
69:23, 71:3,
74:10, 77:5,
95:6, 95:17,
95:18, 97:19,
106:14, 108:7,
113:2, 115:14,
119:11, 121:18,
122:1, 130:1,
132:11, 140:18,
142:10, 142:13,
142:24, 151:22,
162:20, 162:24,
166:6, 166:21,
179:4, 185:15,
192:15, 194:20,
223:4, 223:8,
228:6, 239:24,

Transcript of Michael Cross
Conducted on October 16, 2020

362

240:11, 251:9,
251:14, 256:8,
263:23, 266:20,
268:17, 300:3,
302:9, 303:7,
306:23, 311:21,
314:16, 318:11
**somebody**
63:12, 71:4,
112:18, 213:5,
213:14, 241:16,
273:21, 274:10
**somebody's**
65:1
**somehow**
62:11, 295:13
**someone**
64:6, 64:9,
64:17, 65:14,
65:20, 65:23,
67:2, 67:5,
68:12, 69:9,
69:15, 69:24,
71:8, 72:1,
72:3, 72:6,
72:9, 72:19,
79:20, 82:19,
90:24, 92:10,
93:20, 96:8,
97:19, 98:4,
124:8, 125:7,
146:6, 162:8,
162:19, 215:12,
235:18, 273:3,
274:12
**someone's**
63:18, 95:2,
98:11, 112:14,
259:24, 275:15
**something**
24:5, 24:6,
27:4, 41:8,
52:12, 60:1,
92:15, 125:10,
127:9, 136:1,
136:2, 136:6,
136:11, 139:22,
154:4, 154:8,

171:23, 173:5,
194:2, 266:19,
303:23
**sometime**
10:15, 58:6,
116:4
**sometimes**
303:18, 303:24
**somewhat**
179:8
**somewhere**
35:1, 42:15,
110:13, 209:16,
264:11, 265:15
**soon**
11:12, 89:18,
178:21
**soot**
255:11, 315:4
**sorry**
12:16, 33:1,
35:16, 36:11,
40:24, 56:12,
56:23, 63:23,
69:21, 97:9,
97:13, 117:21,
126:8, 132:12,
164:1, 173:8,
179:9, 189:24,
196:21, 197:9,
200:6, 232:5,
243:15, 246:4,
250:3, 251:22,
251:24, 273:12,
273:24, 298:3,
316:22
**sort**
65:19, 89:18,
94:16, 129:17,
153:16, 166:6,
268:17
**sorting**
89:16
**sotos**
3:12
**sounds**
299:3, 299:4
**source**
316:5

**south**
2:5, 5:10
**space**
203:2, 203:24,
205:4
**spaces**
192:22
**speak**
79:10, 80:10,
80:13, 87:13,
134:3, 134:4,
156:9, 162:7,
178:7, 184:22,
185:1, 227:19,
244:9, 257:15,
302:6, 314:11
**speaking**
28:3, 28:6,
28:11, 29:5,
29:10, 29:14,
29:18, 52:18,
65:5, 66:12,
130:12, 151:3,
151:4, 228:5,
280:11, 280:18,
284:8, 284:13,
287:6, 288:21,
295:18, 298:4
**specialized**
38:21, 39:13
**specific**
38:16, 74:18,
92:3, 150:6,
150:20, 165:17,
261:7
**specifically**
16:16, 27:22,
67:9, 69:12,
75:11, 86:12,
93:21, 95:9,
102:11, 120:3,
120:5, 225:11,
225:12, 229:18,
229:20, 229:21,
308:12
**specified**
246:10
**speculated**
166:3

**speculation**
96:12, 98:7,
161:16, 163:4,
166:5, 166:6,
174:9, 174:15,
185:23, 189:12,
189:19, 192:9,
200:15, 200:24,
202:1, 202:18,
203:14, 204:22,
205:6, 205:18,
206:6, 207:11,
215:3, 215:17,
216:4, 218:5,
218:13, 219:19,
220:4, 221:5,
221:14, 221:18,
239:14
**speech**
90:4, 159:16
**spell**
6:4, 7:19, 7:22
**spend**
42:18, 162:24
**spent**
203:23
**spill**
148:23, 154:1,
171:1, 267:20,
267:23, 269:7,
272:1
**spilled**
147:19, 234:4,
256:17, 256:22,
269:1, 317:6
**spilling**
148:5
**spoke**
109:23, 120:10,
131:17, 134:1,
134:2, 134:6,
134:8, 142:17,
153:22, 207:14,
258:1, 263:23,
287:16, 304:3,
313:14
**spoken**
87:10, 162:7

Transcript of Michael Cross
Conducted on October 16, 2020

363

spontaneous
171:22
spots
99:23
spreading
268:21
squad
180:1
sro
47:21
staircase
182:6
staircases
182:1
stairs
181:23, 182:16,
182:19, 313:1
stand
78:14, 78:18,
78:23, 91:1,
149:22, 163:4,
190:3, 227:4,
232:22, 238:13,
253:16, 315:18
standing
22:7, 23:15,
65:6
start
49:10, 143:17,
167:13, 167:18,
188:3, 197:16,
226:4, 233:4,
233:7, 238:6,
238:10, 243:10,
243:19, 254:11,
256:7, 257:4,
269:18, 270:21,
271:17, 316:17,
317:13
started
34:20, 36:20,
37:10, 118:23,
140:22, 146:15,
166:1, 166:4,
167:7, 168:7,
168:11, 168:14,
168:17, 168:23,
198:11, 201:4,

228:8, 234:3,
234:7, 234:16,
235:5, 237:21,
238:16, 239:3,
240:14, 240:18,
249:3, 249:12,
250:18, 250:21,
251:16, 257:12,
260:18, 268:16,
279:2, 279:9,
302:17, 315:22,
316:4, 317:23,
318:16
starting
126:11, 126:12,
187:24, 194:18,
195:22, 233:18,
243:10, 269:15,
279:17
starts
233:10, 245:10
state
2:14, 5:13,
6:3, 304:14,
304:18, 304:23,
320:5, 320:24
state's
74:1, 241:10,
314:9
stated
51:16, 87:7
statement
29:15, 31:5,
91:16, 91:18,
91:21, 92:10,
92:13, 94:14,
94:17, 95:4,
95:16, 96:6,
96:16, 97:14,
98:13, 156:24,
157:3, 230:20,
230:24, 231:21,
234:15, 236:4,
236:17, 237:20,
240:21, 241:1,
241:4, 241:8,
242:20, 242:22,
245:1, 245:5,

257:8, 257:11,
257:22, 258:12,
258:16, 261:13,
261:14, 261:17,
261:19, 266:1,
282:16, 287:21,
288:10
statements
91:11, 91:14,
92:6, 112:12,
115:8, 292:7,
292:9, 292:12,
292:14, 292:20
states
1:1, 62:14
station
35:7, 35:8,
108:4, 108:6,
141:15
status
63:19
stay
275:18, 275:23,
276:24
stayed
20:23, 21:5,
234:23, 276:14,
277:15
stenographically
320:10
step
169:20
steps
59:12, 59:15,
60:12, 60:15,
151:1, 151:2,
168:21
still
19:23, 47:7,
51:20, 51:23,
89:14, 89:16,
89:21, 169:23,
198:17, 222:10,
227:23, 238:8,
241:6, 270:13,
274:14, 276:8,
290:7, 291:7
stipulate
297:18

stipulated
6:11, 298:11,
298:13, 298:16,
298:18, 302:5
stipulation
298:19, 302:3
stood
232:1
stop
60:3, 69:1,
69:2, 69:14,
69:24, 70:9,
70:19, 71:1,
71:9, 71:19,
71:24, 72:3,
72:6, 72:9,
167:11, 167:15,
209:2, 209:5,
209:11, 209:14,
210:17, 299:8
stopped
92:5
stopping
129:19, 210:13
store
21:1
story
225:20, 225:22,
232:8, 234:22,
235:9, 235:18,
236:7, 248:16
straight
34:8
strange
213:19
street
2:5, 3:5, 5:10
stress
137:7, 137:10,
138:7
strike
33:7, 36:4,
53:23, 57:7,
60:7, 65:18,
70:8, 77:18,
86:8, 87:8,
116:19, 127:1,
134:19, 147:12,

Transcript of Michael Cross
Conducted on October 16, 2020

364

148:3, 149:15,
161:3, 181:12,
184:1, 190:4,
195:20, 198:23,
201:11, 214:3,
216:13, 236:3,
247:18, 248:5,
273:1, 289:14,
290:4, 290:24,
308:14, 311:19
**stroke**
19:2, 19:5,
19:10, 22:10,
23:2, 23:4,
23:11, 24:6,
24:7, 26:3,
26:17, 26:21,
27:11
**strokes**
25:20
**studied**
9:17
**study**
41:17
**subjects**
54:12
**submitting**
35:23
**substance**
56:4, 249:16,
249:19, 249:20,
250:1
**substantially**
161:13, 173:9,
236:7
**successfully**
166:23
**sudden**
171:23
**sue**
90:19
**sued**
7:3, 7:6
**suffered**
25:19
**suffering**
19:2
**suggest**
237:14, 295:12

**suggested**
35:12
**suggesting**
295:13
**suing**
90:22
**suite**
3:14
**sullivan**
28:12, 30:18,
209:6, 209:17,
209:22, 210:14,
223:6, 223:10,
223:15, 283:5
**sum**
56:4, 249:15,
249:19, 249:20,
250:1
**summarize**
247:13, 249:15,
250:3
**summary**
56:5, 56:18,
56:21, 57:1,
109:22
**sunday**
101:10
**supervise**
309:16
**supervised**
46:2
**supervising**
49:10, 49:12,
49:13
**supervisor**
43:2, 43:3,
49:5, 49:8,
54:18, 150:13,
151:9, 306:3,
306:6, 306:9
**supervisors**
48:19
**supervisory**
51:5, 51:14
**supplemental**
13:12
**supports**
292:23

**supposed**
121:10, 121:11,
314:19
**suppression**
31:18, 77:16,
99:19
**sure**
11:8, 11:11,
11:24, 16:10,
25:5, 34:15,
54:2, 55:5,
55:6, 60:4,
66:13, 70:20,
70:21, 76:6,
80:18, 83:10,
83:18, 85:20,
85:22, 89:10,
94:11, 95:6,
96:14, 97:16,
98:10, 99:22,
101:21, 112:5,
114:21, 115:6,
115:18, 117:17,
128:6, 134:9,
146:21, 179:17,
180:5, 186:10,
189:4, 201:8,
202:14, 205:1,
207:20, 211:5,
216:1, 223:8,
242:14, 248:21,
255:8, 263:7,
275:20, 280:4,
281:7, 281:9,
284:12, 290:11
**surprised**
90:10, 213:15,
213:18, 213:23,
214:2
**suspect**
59:16, 59:20,
60:1, 60:9,
62:6, 91:10,
91:13, 112:24,
165:9, 165:13,
165:18, 166:14,
168:3, 169:23,
170:10, 177:9,

185:7, 220:1,
226:12, 241:15,
272:4, 272:15,
272:19, 273:17
**suspected**
168:10
**suspects**
60:24, 76:14,
151:4, 151:8,
170:14, 201:12,
204:15, 205:13,
269:11, 271:23
**suspended**
52:19, 53:12
**suspension**
53:10
**swear**
5:21
**switch**
316:24
**swivel**
264:12, 317:9
**sworn**
5:22, 5:24
**symptomatic**
24:7
**symptoms**
26:3, 159:4
**system**
156:16

**T**
**table**
114:21, 183:7,
224:24, 227:8
**tactics**
55:15, 91:4
**taint**
219:16
**take**
6:8, 6:12, 9:3,
31:4, 39:8,
42:10, 42:14,
42:15, 42:22,
58:9, 72:5,
80:16, 81:23,
81:24, 97:12,
128:7, 138:16,

Transcript of Michael Cross
Conducted on October 16, 2020

365

138:18, 138:22,
139:19, 139:21,
139:22, 139:24,
140:5, 140:11,
140:17, 141:14,
168:21, 169:1,
169:5, 169:8,
175:10, 176:10,
177:15, 178:8,
188:7, 188:17,
195:14, 201:9,
201:15, 205:9,
205:10, 207:18,
208:9, 211:18,
220:16, 221:3,
221:8, 221:10,
221:12, 231:4,
231:8, 237:5,
237:12, 237:14,
244:19, 244:21,
253:23, 258:12,
263:5, 282:4,
283:24, 286:2,
286:4, 286:8,
286:9, 286:12,
286:15, 297:10,
297:15, 297:22,
298:10, 298:22,
298:24, 299:11,
299:19, 299:23,
300:2, 304:20,
304:23, 310:22,
319:3
**taken**
41:13, 45:12,
80:21, 82:4,
83:12, 95:11,
95:12, 120:23,
132:21, 139:2,
142:13, 157:20,
169:20, 177:18,
201:12, 204:15,
205:14, 205:20,
205:21, 205:23,
207:24, 212:6,
255:10, 263:10,
286:18, 296:19,
296:20, 296:24,

297:19, 299:1,
300:21, 301:3,
309:20, 320:7,
320:10
**taking**
5:9, 26:2,
26:13, 26:16,
27:7, 27:12,
30:11, 92:13,
97:15, 182:16,
188:14, 207:4,
207:5, 208:4,
212:13, 220:18,
231:21, 247:14,
258:16, 286:22,
297:13, 299:4,
301:5
**talk**
25:1, 74:10,
110:10, 117:12,
151:8, 153:19,
163:11, 172:22,
177:12, 177:21,
179:2, 179:5,
179:19, 180:6,
183:6, 191:2,
197:21, 198:8,
208:13, 208:14,
210:13, 210:14,
243:8, 243:22,
244:7, 253:8,
273:13
**talkative**
172:21, 179:12,
179:13, 179:16,
179:17, 208:20,
222:9, 222:11,
222:19, 223:1
**talked**
19:2, 58:5,
91:3, 91:6,
110:7, 111:12,
115:15, 117:13,
119:14, 119:16,
119:18, 119:21,
121:24, 125:21,
159:18, 173:4,
176:4, 177:19,

191:6, 193:4,
209:18, 230:9,
253:7
**talking**
30:18, 32:4,
47:1, 52:5,
75:19, 80:9,
105:2, 105:6,
108:21, 111:20,
112:23, 113:7,
114:5, 115:16,
116:16, 116:20,
121:5, 121:17,
122:20, 123:6,
123:24, 125:3,
125:5, 125:7,
125:23, 129:12,
129:14, 129:16,
129:18, 129:19,
132:21, 136:12,
163:12, 167:21,
187:9, 187:11,
191:10, 191:24,
192:3, 197:23,
198:4, 198:5,
198:6, 208:5,
209:21, 229:17,
229:19, 229:20,
230:9, 283:4,
283:9, 286:22,
287:20, 288:3,
288:9, 288:13,
288:20, 301:3
**talks**
248:13
**tape**
5:2, 29:24,
231:1, 241:20,
242:2, 242:6,
242:10, 242:17,
242:18, 242:20,
242:23
**tape-recorded**
257:22
**taped**
258:12
**tapes**
316:24

**task**
73:22, 74:3,
74:5, 74:6,
74:14, 74:16,
74:19, 75:2,
75:8, 75:10,
75:17, 75:22,
76:18
**taught**
95:15
**team**
75:19, 75:22,
76:3, 76:19,
76:20, 77:7,
77:10, 152:5,
152:8, 307:23,
308:7, 308:10,
308:16, 308:20,
309:6
**team's**
168:1
**technician**
309:3
**technicians**
205:14
**technique**
59:10, 59:13,
59:15, 60:5,
60:20, 60:21,
91:7, 226:6,
226:9, 232:2,
235:8, 235:11,
235:17
**techniques**
59:19, 59:24,
60:8, 60:12
**television**
317:4
**tell**
9:15, 11:14,
32:11, 40:1,
67:9, 67:15,
73:5, 73:23,
91:21, 92:15,
92:24, 93:8,
95:15, 110:21,
110:24, 111:2,
111:5, 116:11,

Transcript of Michael Cross
Conducted on October 16, 2020

116:13, 121:10,
121:11, 124:3,
131:2, 131:5,
153:11, 153:12,
159:1, 159:5,
162:13, 175:8,
175:12, 175:21,
185:3, 185:8,
185:13, 185:18,
186:1, 186:5,
186:8, 186:13,
186:16, 187:17,
188:1, 190:20,
193:1, 195:16,
195:18, 195:21,
195:24, 197:4,
197:18, 214:16,
225:20, 234:22,
236:2, 241:13,
243:9, 243:18,
255:10, 262:10,
262:13, 262:16,
262:20, 265:13,
292:4, 299:10,
299:22, 313:16
**telling**
95:20, 95:23,
96:21, 105:10,
112:21, 189:14,
194:11, 226:1,
226:3, 226:5,
226:18, 227:2,
232:8, 253:8,
279:12, 279:16,
300:2
**tells**
192:15
**terminology**
45:5
**terms**
63:3, 65:8,
303:20, 305:19
**test**
29:23, 39:11,
63:4, 63:21,
141:10, 141:13,
143:12, 143:23,
145:20, 146:6,

146:10, 146:11,
146:14, 146:23,
148:21, 149:2,
149:11, 153:13,
169:2, 169:6,
169:10, 169:12,
169:20, 171:8,
171:14, 171:19,
270:4, 304:20,
304:23
**tested**
169:15, 170:5,
170:7, 269:24,
270:4, 270:5
**testified**
5:24, 14:6,
15:18, 18:12,
18:14, 18:18,
18:22, 19:1,
21:18, 27:18,
32:17, 69:23,
78:10, 78:13,
78:17, 78:19,
78:20, 81:5,
83:5, 84:22,
87:9, 101:20,
102:14, 108:14,
118:7, 118:14,
127:7, 133:10,
133:13, 134:7,
134:10, 134:11,
134:18, 134:20,
155:14, 173:3,
179:11, 203:1,
209:20, 217:7,
217:9, 219:2,
228:13, 238:3,
238:14, 247:19,
248:6, 249:4,
250:15, 252:14,
255:6, 255:8,
258:20, 260:12,
260:16, 273:22,
278:14, 280:16,
280:22, 281:1,
281:20, 281:23,
282:9, 282:17,
284:21, 285:14,

285:19, 287:2,
287:5, 288:2,
288:12, 289:2,
289:15, 290:3,
290:5, 302:23,
304:12, 305:6,
305:16, 306:8,
306:18, 307:21,
309:19, 314:16,
315:20, 318:6,
318:8, 318:15
**testify**
26:24, 282:24,
289:24, 290:2,
293:3
**testifying**
19:16, 27:2,
31:11, 31:15,
31:18, 31:22,
57:24, 79:1,
81:7, 81:14,
81:17, 81:18,
81:20, 110:2,
282:1, 289:3,
289:7, 289:12,
289:16, 290:4,
290:6, 290:10,
290:16, 293:12
**testing**
146:14, 148:14,
148:15, 148:16,
172:4
**tests**
22:17, 147:4,
282:4, 307:19
**text**
4:12, 4:13,
87:16, 88:5,
89:14, 89:21
**th**
5:6, 27:24,
28:4, 28:7,
28:12, 28:14,
28:18, 29:3,
29:7, 29:11,
29:16, 29:19,
29:24, 98:17,
101:16, 103:9,

103:17, 103:22,
104:1, 105:16,
106:13, 106:22,
107:5, 108:17,
109:15, 109:18,
111:3, 114:6,
126:9, 127:2,
141:11, 145:2,
147:14, 160:17,
169:9, 176:17,
181:19, 181:22,
182:2, 182:3,
182:4, 182:14,
182:15, 182:22,
196:13, 249:17,
250:18, 270:21,
280:12, 280:19,
281:14, 282:20,
283:5, 283:10,
284:10, 284:14,
285:9, 285:13,
285:21, 287:8,
287:16, 287:20,
288:16, 288:22
**thank**
6:14, 35:18,
89:5, 89:13,
176:12, 207:21
**theft**
45:2, 55:1
**thefts**
38:14, 38:15,
38:18
**themselves**
5:12, 91:17,
125:9, 183:3
**thereafter**
320:10
**thing**
63:24, 75:23,
75:24, 93:22,
97:24, 135:23,
171:22, 251:22,
268:22, 269:6,
285:24
**things**
19:7, 21:24,
22:22, 27:19,

Transcript of Michael Cross
Conducted on October 16, 2020

367

54:11, 56:10,
56:17, 56:24,
57:2, 57:3,
57:7, 57:8,
93:23, 124:21,
127:20, 139:8,
150:11, 165:14,
165:15, 236:22,
246:20, 256:8,
286:13, 293:24,
295:12, 303:11,
307:18
**think**
23:7, 47:5,
49:9, 54:14,
58:8, 60:2,
70:3, 70:6,
70:22, 82:21,
84:14, 89:3,
95:5, 98:3,
98:10, 118:22,
124:4, 124:11,
125:1, 125:20,
136:6, 138:17,
139:18, 139:20,
140:7, 140:10,
158:3, 181:11,
191:4, 217:12,
222:7, 222:18,
222:21, 236:23,
245:21, 249:13,
259:23, 264:23,
269:17, 271:2,
279:1, 294:20,
295:10, 296:21,
297:21, 299:16,
300:3, 305:16,
315:9, 317:1
**thinking**
88:13, 124:8
**third**
3:6, 12:13,
135:5, 156:5,
250:20
**thoroughly**
150:19
**thought**
44:2, 57:3,

114:19, 124:18,
137:5, 138:6,
145:3, 153:17,
166:18, 194:14,
198:11, 229:17,
232:8, 235:9,
239:24, 251:24,
259:16, 259:17,
260:5, 262:17
**thoughts**
218:9, 266:1
**thread**
89:14
**three**
9:21, 10:20,
11:9, 11:10,
11:21, 12:6,
12:23, 46:9,
47:2, 106:19
**threw**
83:3, 83:5,
83:9, 90:10
**through**
65:16, 95:15,
99:15, 99:16,
131:19, 132:1,
162:21, 165:11,
183:19, 184:7,
191:21, 195:2,
258:14, 275:21,
280:23, 312:6
**throughout**
74:1
**thrown**
316:8
**ticket**
29:21
**tied**
269:8
**times**
6:19, 9:19,
9:21, 16:16,
18:14, 18:17,
18:22, 57:23,
61:10, 61:12,
61:13, 61:19,
67:1, 67:4,
69:23, 79:3,

92:5, 179:14,
180:15, 180:17,
180:19, 188:19,
205:12, 228:21,
271:3, 276:21,
278:24, 286:1,
303:10
**timing**
316:23
**tina's**
114:4, 128:18,
131:20, 132:8,
146:23, 169:5,
170:7
**tired**
286:7
**title**
38:17
**toaster**
117:8
**today**
5:8, 5:20, 8:5,
26:23, 27:7,
27:14, 32:8,
32:9, 32:18,
102:14, 106:21,
247:19, 248:6,
249:5, 250:16,
255:6, 258:20,
266:22, 272:7,
280:22, 281:6,
294:2, 295:5,
295:9, 304:3,
310:19, 318:5,
318:8
**today's**
5:6, 9:16
**together**
277:4, 285:16,
311:14
**told**
11:19, 25:13,
52:11, 94:4,
115:1, 115:4,
120:1, 120:7,
120:17, 121:9,
130:15, 130:16,
131:1, 147:18,

154:5, 155:8,
175:14, 185:16,
188:4, 193:11,
194:4, 194:16,
197:3, 197:17,
198:10, 198:24,
199:2, 201:18,
213:14, 214:9,
214:12, 216:16,
217:21, 225:20,
226:17, 236:7,
240:14, 243:13,
243:16, 249:11,
263:23, 265:12,
265:16, 266:10,
266:23, 267:2,
267:21, 268:1,
293:23, 294:22,
295:5, 295:7,
297:15, 305:11,
315:22, 316:2,
317:3, 317:13,
317:18, 317:20
**tom**
90:11
**took**
29:15, 37:20,
58:12, 58:14,
60:19, 95:11,
139:6, 166:22,
169:11, 169:12,
187:14, 193:20,
197:5, 197:19,
204:19, 206:15,
241:3, 244:20,
254:2, 258:14,
287:22, 288:4,
297:9
**top**
20:3, 87:24,
88:2, 109:14,
196:16
**topic**
7:1, 54:24,
124:12
**topics**
54:3
**total**
36:16, 49:9,

Transcript of Michael Cross
Conducted on October 16, 2020

368

188:16
**totally**
185:12, 236:21
**towards**
57:3, 83:21
**traffic**
29:20, 46:8,
53:1, 53:6,
53:9, 288:15,
288:23
**train**
164:21
**trained**
55:11, 58:20,
150:21, 306:24,
307:15, 308:24
**training**
39:13, 53:22,
53:24, 54:3,
54:8, 54:9,
58:22, 58:23,
60:23, 74:10,
77:3, 77:15,
92:1, 94:19,
94:21, 95:2,
95:6, 95:8,
95:9, 95:14,
124:21, 226:10,
226:11, 307:9,
307:11
**transcript**
4:8, 14:1,
87:20, 88:17,
100:20, 109:3,
141:6, 196:9,
320:8
**transit**
200:7, 200:8
**transition**
39:17
**trash**
82:7
**treat**
26:3, 26:14
**trial**
14:12, 15:15,
17:19, 17:24,
18:5, 31:15,

57:10, 57:13,
82:9, 211:20,
214:22, 216:14,
217:19, 262:17,
275:17, 276:13,
276:23, 290:6,
290:10, 290:19
**tribune**
89:23, 90:1,
90:5, 90:8
**tried**
158:3, 274:18,
295:14
**trip**
178:14, 248:9
**trouble**
127:12, 127:13,
137:23, 138:7
**true**
178:23, 232:8,
235:19, 236:11,
236:17, 320:8
**trunk**
131:19, 131:22,
132:1
**trustworthy**
112:16, 112:19,
113:13
**truth**
95:21, 95:23,
96:21, 112:22,
194:12, 197:4,
197:18, 226:1,
226:3, 226:5,
226:18, 227:2,
236:2, 279:12,
279:16
**truthful**
17:21, 18:6,
26:23, 27:8,
27:14, 96:23,
127:10, 127:14,
127:19, 137:11,
137:14, 138:2,
140:24, 228:22,
255:1, 278:16,
293:9, 294:11,
294:16

**truthfully**
98:1
**try**
59:24, 139:17,
150:1, 152:14,
152:17, 238:19,
239:1, 295:9,
295:16
**trying**
17:1, 23:16,
59:20, 124:11,
124:16, 125:1,
125:8, 125:20,
125:22, 127:18,
127:19, 128:1,
128:3, 136:13,
136:16, 138:11,
138:12, 139:21,
143:18, 159:8,
210:7, 210:9,
214:12, 230:14,
252:9, 253:10,
255:22, 261:18,
280:23, 281:3,
299:10
**tuesday**
245:11
**turn**
78:7, 86:7,
141:3, 155:12,
196:15, 298:3
**turned**
86:11, 117:16,
144:8, 144:9
**tv**
117:13, 117:14,
117:16, 118:8,
143:14, 143:15,
144:6, 144:8,
145:3, 147:8,
233:20, 251:8,
251:14
**twice**
156:7, 189:9,
189:16, 190:7
**two**
10:20, 10:23,
11:18, 12:6,

12:22, 16:4,
21:13, 26:6,
27:6, 33:15,
33:21, 33:22,
37:8, 37:20,
101:8, 101:14,
101:19, 101:23,
102:6, 106:8,
108:2, 136:1,
217:3, 221:8,
247:13, 247:17,
247:20, 315:8
**tying**
318:19
**type**
55:1, 69:14,
146:6, 146:10,
148:18
**types**
38:8, 38:11
**typewriting**
320:11

U

**uh-huh**
50:23
**ultimately**
40:7, 236:1
**unable**
62:11, 293:13
**unclear**
159:7
**under**
52:12, 64:2,
70:19, 70:24,
137:7, 137:10,
137:12, 137:24,
138:7, 294:7,
294:11, 320:11
**understand**
7:20, 8:11,
8:15, 8:16,
8:24, 11:19,
25:6, 59:16,
63:23, 83:24,
84:9, 92:4,
92:19, 95:1,
136:13, 136:14,

Transcript of Michael Cross
Conducted on October 16, 2020

369

136:17, 137:21,
158:16, 158:23,
182:5, 219:22,
276:22, 286:11,
291:14, 294:10
**understanding**
21:9, 23:19,
64:18, 90:16,
112:7, 298:20,
304:16
**understood**
90:12, 224:2,
224:5, 258:9,
304:9
**undertake**
299:9
**undetermined**
268:11
**unfair**
295:11, 297:21
**uninvolved**
278:5
**unique**
8:5
**unit**
51:8, 51:10,
51:13, 74:2,
74:22, 100:6
**united**
1:1
**university**
33:12, 33:14
**unless**
261:6
**unnecessary**
62:3
**unrelated**
157:21, 288:15,
288:23
**unsure**
268:7
**until**
20:8, 36:21,
37:11, 60:3,
70:10, 100:22,
117:23, 138:17,
140:8, 176:23,
178:8, 196:19,

202:9, 234:22,
245:9, 245:24,
250:10, 258:15,
302:1
**unusual**
81:15, 206:3,
206:8, 214:3,
214:6
**updates**
24:19
**upset**
111:18, 122:21,
122:24, 124:4,
129:2, 129:7,
129:13, 222:12,
222:17
**upsetting**
124:12
**use**
61:11, 61:20,
68:6, 164:15,
164:16, 164:17,
242:6, 242:17,
242:18, 251:7
**using**
62:4, 172:21,
242:9, 251:12
**usually**
172:24, 201:15,
303:24

---
**V**
---

**vague**
70:22, 71:22
**vaguely**
28:5, 60:15,
60:17, 60:18
**various**
318:2
**vcr**
29:24, 117:12,
117:13, 117:15,
117:17, 117:19,
143:14, 143:15,
144:2, 144:9,
144:10, 144:15,
144:18, 145:3,
147:8, 171:9

**vehicle**
310:15, 310:17
**verbal**
8:8, 240:21,
241:24
**version**
133:19
**versions**
161:5, 161:13
**versus**
7:16, 7:17,
143:19
**vested**
149:16
**vicinity**
174:18
**video**
5:7, 5:9
**videographer**
3:19, 5:2, 5:8,
5:19, 56:11,
80:19, 80:22,
138:24, 139:3,
207:22, 208:1,
263:8, 263:11,
286:16, 286:19,
300:19, 300:22,
316:22, 319:4
**videotaped**
1:13, 2:1, 5:3
**videotapes**
171:10
**view**
66:7, 68:13,
69:6, 146:10
**viewing**
99:17, 99:18,
113:6, 159:12
**visit**
22:10, 176:20,
178:2
**visited**
177:3
**vodka**
132:11, 132:23,
134:21, 134:24,
135:8, 135:11,
135:13, 136:15,

147:20, 147:24,
148:4, 148:11,
148:17, 148:23,
149:5, 149:12,
232:14, 232:19,
233:3, 234:4,
234:8, 237:22,
238:6, 238:10,
240:6, 256:16,
256:22, 260:18,
269:1, 270:16,
270:20, 317:6
**vodka-soaked**
233:7, 243:11,
243:20, 268:15
**voice**
122:17, 123:4,
123:7, 125:6,
125:8, 226:23,
226:24
**voluntariness**
93:14, 93:19,
94:10, 97:1,
97:5
**voluntary**
91:10, 91:22,
92:2, 92:22,
93:1, 93:9,
94:14, 94:17,
95:4, 95:16,
96:3, 96:5,
96:17, 96:22,
97:14, 112:12

---
**W**
---

**wait**
274:9
**waited**
178:8
**waiting**
176:23, 177:1
**waiver**
248:14
**walk**
181:19, 203:18,
213:7, 312:8,
312:16
**walked**
181:15, 184:6,

Transcript of Michael Cross
Conducted on October 16, 2020

184:8, 203:16,
203:17, 203:20,
251:21, 252:6,
252:21, 253:6,
293:19
**walking**
294:14
**wall**
255:11, 314:18,
315:1, 315:3,
315:7
**wallet**
199:22
**walls**
99:23
**want**
25:1, 53:22,
53:24, 55:5,
62:15, 77:7,
97:15, 114:14,
124:4, 132:13,
133:21, 135:21,
135:22, 140:4,
159:9, 163:17,
176:7, 196:20,
237:5, 237:8,
247:7, 266:17,
275:8, 279:11,
279:14, 281:7,
285:24, 286:4,
297:20, 299:13,
299:19, 299:21,
300:1, 300:10,
300:16
**wanted**
27:22, 57:8,
165:4, 176:6,
177:15, 182:14,
185:8, 185:14,
185:19, 197:4,
197:18, 199:7,
233:20, 242:13,
251:11, 272:22,
278:9, 279:4,
281:9, 297:9
**wanting**
96:23
**warnings**
248:14

**watching**
130:23, 159:11,
317:3
**way**
26:11, 43:18,
54:6, 62:18,
66:7, 86:22,
89:5, 93:10,
100:17, 112:7,
119:1, 119:3,
157:11, 157:12,
158:19, 158:20,
158:21, 160:23,
162:13, 165:14,
174:3, 174:7,
176:2, 179:4,
179:6, 182:6,
182:15, 199:15,
200:11, 202:4,
205:1, 207:17,
208:23, 209:2,
210:22, 227:6,
235:5, 245:24,
258:15, 278:21,
279:1, 279:6,
281:10, 295:21
**ways**
21:23, 156:20,
158:8, 158:12,
158:13, 159:4,
159:9, 181:21
**we'll**
11:22, 18:3,
138:19, 139:22,
297:18, 319:3
**we're**
8:22, 25:9,
32:4, 85:13,
140:12, 286:16,
300:19, 300:22,
319:2, 319:4
**we've**
32:8, 96:18,
296:19, 301:15,
302:1
**wearing**
173:13, 173:17
**week**
12:15

**went**
33:12, 36:8,
36:13, 37:7,
37:22, 40:8,
44:3, 54:20,
56:20, 99:15,
102:16, 102:22,
104:5, 107:21,
108:3, 116:2,
130:9, 130:10,
130:14, 130:18,
130:19, 131:7,
131:11, 143:12,
155:23, 156:2,
160:10, 161:19,
170:9, 174:3,
174:19, 179:3,
180:4, 193:8,
194:1, 199:4,
202:5, 211:15,
211:16, 219:10,
224:16, 228:3,
241:9, 254:7,
255:9, 256:7,
260:6, 266:4,
269:7, 276:5,
276:18, 291:22,
310:11, 311:17,
314:16, 314:24
**weren't**
20:15, 184:3,
191:24, 204:3,
213:23, 229:18,
277:5
**whatever**
133:21, 285:23,
286:4, 307:18
**whereof**
320:16
**whether**
65:14, 65:20,
91:21, 92:15,
92:24, 93:8,
94:14, 95:15,
96:16, 106:4,
107:16, 110:12,
112:11, 112:15,
113:12, 113:15,

114:10, 129:7,
137:13, 137:14,
138:12, 141:21,
143:18, 144:11,
144:18, 145:11,
146:14, 146:23,
147:7, 147:8,
148:17, 149:12,
168:22, 171:14,
171:19, 172:4,
172:14, 173:16,
173:19, 185:9,
194:11, 195:21,
240:20, 268:9,
279:9, 280:6
**whoever**
167:2
**whole**
205:11
**wife**
21:1, 125:9,
277:9
**william**
1:5, 25:2,
25:16, 196:11
**willing**
199:6, 199:8,
199:11, 296:7,
300:11
**windows**
47:9
**within**
11:15, 12:15,
15:5, 38:11,
38:21, 41:9,
42:24, 57:18,
65:7, 74:21,
102:11, 106:21,
118:5, 126:14,
147:24, 148:6,
150:16, 152:7,
203:23, 205:3,
205:24, 247:17,
247:20, 248:7,
249:5, 295:24,
305:12
**without**
25:12, 28:10,

Transcript of Michael Cross
Conducted on October 16, 2020

371

29:8, 32:13,
53:12, 103:12,
104:3, 104:23,
154:23, 156:15,
174:6, 184:6,
280:10, 282:7,
298:18
**witness**
5:17, 5:21,
5:22, 6:14,
6:22, 13:5,
23:17, 24:1,
35:17, 35:19,
51:1, 56:7,
56:12, 56:15,
63:9, 64:23,
65:13, 69:19,
70:4, 71:16,
79:16, 88:19,
91:17, 93:7,
93:18, 96:1,
97:9, 97:13,
112:24, 127:16,
128:9, 138:19,
138:23, 140:2,
152:1, 176:9,
176:12, 180:10,
180:13, 207:18,
207:21, 215:5,
216:1, 216:6,
216:10, 217:18,
221:23, 222:15,
231:12, 231:14,
231:18, 237:3,
237:7, 237:17,
245:17, 245:20,
245:23, 246:2,
247:3, 247:7,
247:11, 273:12,
278:18, 284:3,
284:6, 286:7,
286:11, 286:13,
302:11, 320:16
**witnesses**
56:10, 56:17,
56:19, 76:14,
151:4, 204:15
**word**
52:1, 286:3,

286:4
**work**
46:6, 46:11,
46:13, 46:20,
47:15, 47:18,
48:3, 48:6,
48:9, 50:1,
54:6, 55:11
**worked**
35:7, 35:8,
36:7, 36:10,
36:12, 43:19,
46:16, 46:22,
47:4, 47:13,
47:22, 48:21,
48:24, 74:11,
152:4, 302:14,
304:5, 305:12,
305:22, 308:10
**worker**
43:20
**workers**
43:18
**working**
34:16, 34:20,
39:4, 142:20,
271:15, 306:1
**worse**
20:10, 20:22,
21:5, 137:7,
137:8, 137:10,
137:23
**would"**
257:8
**wouldn't**
61:24, 62:12,
68:20, 70:9,
84:24, 85:5,
112:17, 136:17,
145:1, 150:13,
154:13, 154:22,
156:13, 157:17,
174:6, 189:14,
189:15, 190:9,
190:11, 190:12,
200:6, 214:2,
215:19, 216:7,
220:10, 220:13,

220:15, 224:10,
236:15, 259:15,
259:19, 261:21,
265:22, 266:13,
274:22, 275:2,
275:4, 282:15
**wrap**
317:1
**write**
55:23, 56:2,
56:6, 56:9,
56:15, 56:16,
57:7, 135:22,
135:23, 136:10,
236:16, 260:7,
266:18, 266:19,
266:20
**write"**
257:12
**writing**
55:19, 55:21,
135:22, 135:24,
136:2, 236:9,
258:24
**written**
13:21, 57:15,
57:20, 136:8,
230:20, 230:24,
236:4, 240:21,
241:1, 241:4,
241:7, 241:20,
250:14, 252:13,
257:8, 260:9,
261:14, 261:17,
265:5, 265:9,
265:24, 266:13
**wrong**
88:20, 89:6
**wrote**
13:12, 14:1,
29:15, 56:18,
57:8, 101:2,
136:22, 236:4,
250:21, 252:5,
253:20, 254:24,
260:16, 261:10,
266:3, 266:6,
266:17, 272:11,

287:21

**Y**

**yeah**
21:3, 47:9,
47:11, 55:8,
56:14, 61:19,
66:20, 82:23,
122:16, 135:9,
138:20, 155:3,
171:6, 177:17,
178:10, 182:10,
187:23, 206:9,
231:18, 251:23,
263:7, 268:20,
277:17, 280:16,
316:12
**year**
10:7, 10:10,
10:11, 34:10,
37:9, 39:18,
106:19, 276:7
**years**
21:13, 21:19,
33:15, 33:21,
37:4, 37:8,
37:17, 37:20,
37:23, 39:4,
49:8, 49:9,
49:13, 63:2,
94:20, 96:19,
106:19, 302:14,
302:20
**yell**
226:2
**yelled**
225:24, 226:20,
227:3, 232:1
**yes-or-no**
189:23
**yesterday**
14:21, 14:23,
15:7, 15:10,
16:7, 16:11,
16:17
**york**
33:3
**yourself**
50:7, 50:10,

Transcript of Michael Cross
Conducted on October 16, 2020

372

50:12, 50:15,
50:18, 101:11,
276:8, 307:3

**$**

**$100,000**
120:19

**0**

**0/3/95**
245:23
**00**
101:15, 162:1,
181:11, 190:23,
192:13, 201:5,
202:6, 214:16,
214:23, 245:3,
245:5, 258:2
**003733**
320:4
**03**
245:11
**06**
139:1, 139:2
**084**
320:4

**1**

**1**
139:1, 139:2,
139:4, 245:3,
245:5
**10**
27:24, 49:23,
67:8, 98:17,
101:10, 101:15,
101:16, 103:9,
103:17, 103:22,
104:1, 105:16,
106:4, 106:13,
106:22, 107:5,
109:15, 111:3,
114:6, 127:2,
147:14, 160:17,
200:2, 200:5,
200:9, 201:8,
212:16, 212:17,
221:3, 245:11,

249:17, 250:18,
270:21
**100**
4:14, 72:17,
180:15
**109**
4:15
**11**
28:4, 80:20,
80:21, 80:23,
108:17, 109:18,
114:6, 126:9,
169:9, 211:4,
211:7, 213:21,
280:12, 280:19,
313:12
**11273**
4:16, 155:13
**11276**
245:22, 246:10,
247:5, 247:12
**11277**
247:3, 248:1
**11279**
4:16, 155:13
**11588**
89:12
**11589**
89:12
**12**
28:7, 28:12,
181:19, 181:22,
182:2, 182:3,
182:4, 182:14,
182:15, 182:22,
196:18, 196:19,
196:22, 197:2,
197:13, 224:22,
281:14, 282:20,
283:5
**12754**
4:15, 109:5
**12761**
4:15, 109:5
**12779**
4:14, 100:22
**12788**
4:14, 100:22

**13**
319:5, 319:6
**14**
28:14, 28:18,
29:3, 29:7,
283:10, 284:10,
284:14, 285:9,
285:13, 285:21
**141**
4:16
**15**
29:11, 29:16,
29:19, 49:21,
49:22, 176:17,
207:23, 207:24,
245:11, 245:23,
287:8, 287:16,
287:20, 288:16,
288:22
**150**
3:14
**16**
1:15, 5:6,
320:20
**18**
1:7, 5:5
**19**
10:12, 39:24
**196**
4:17
**1967**
33:5
**1968**
34:11, 34:24
**1970**
34:18, 34:24,
36:20, 37:5,
37:11, 43:7,
302:18
**1974**
37:18, 43:7
**1977**
37:5
**1978**
37:18, 38:4,
44:4
**1980**
38:4, 38:6,

44:4
**1990**
39:22, 39:23,
58:7, 58:8, 59:7
**1995**
19:14, 19:24,
20:19, 25:4,
25:17, 27:24,
28:4, 28:7,
28:12, 28:14,
28:18, 29:3,
29:7, 29:11,
29:16, 29:19,
29:24, 30:3,
30:6, 30:16,
30:19, 31:4,
32:17, 39:24,
45:7, 45:19,
46:1, 47:3,
47:5, 48:7,
48:9, 48:20,
49:10, 49:12,
49:15, 50:2,
50:21, 58:7,
58:17, 59:5,
72:23, 75:12,
76:5, 101:10,
101:16, 103:9,
103:17, 103:22,
104:1, 105:16,
106:4, 106:13,
106:22, 107:5,
108:17, 109:15,
109:18, 111:3,
114:6, 126:9,
127:2, 145:2,
147:15, 160:17,
169:9, 209:24,
223:16, 228:15,
229:2, 229:8,
229:22, 230:5,
242:12, 246:6,
247:22, 249:17,
250:18, 255:5,
258:22, 261:12,
261:14, 270:21,
280:13, 280:19,
281:14, 282:20,

Transcript of Michael Cross
Conducted on October 16, 2020

373

| | | | |
|---|---|---|---|
| 283:6, 283:10, 284:10, 284:14, 285:9, 285:13, 285:21, 287:8, 287:16, 287:20, 288:16, 288:22, 312:10 | 81:3, 81:7, 81:10, 82:1, 82:4, 82:13, 83:13, 85:21, 87:11, 87:14, 87:17, 88:9, 196:11, 196:13, 198:15, 218:2, 277:13, 290:22, 306:17 | 208:2, 258:2 | **400** 2:5, 5:10 |
| **1997** 14:12, 15:1, 15:15, 17:20, 17:24, 19:20, 31:15, 32:18, 275:17, 275:23, 276:13, 276:23, 290:6, 290:10, 290:19 | | **30** 99:2, 200:2, 200:5, 200:9, 211:4, 211:7, 213:21, 286:18, 286:20, 313:12 | **42** 1:16, 5:7 |
| | | **302** 4:4 | **420** 2:7 |
| | | **311** 3:5 | **44** 300:20, 300:21 |
| | **2019** 9:9, 9:10, 9:13, 36:18, 36:19, 302:24 | **312** 3:8 | **45** 244:1 |
| **2** | | **318** 4:5 | **48** 139:2, 139:4, 300:21, 300:23 |
| **2** 162:1, 245:11, 245:23 | **2020** 1:15, 5:6, 320:18 | **320** 1:23 | **4th** 31:3, 170:1, 258:22, 261:13 |
| **20** 67:10, 180:19, 182:8, 212:19, 221:10 | **2021** 320:20 | **327818** 1:22 | **5** |
| **2000** 28:19, 39:20, 39:21, 40:18 | **218** 27:24, 28:19, 29:2, 31:8, 98:17, 285:12, 286:23 | **3300** 3:16 | **5** 99:2, 286:17, 286:18, 286:20, 300:20, 300:21, 300:23 |
| **2008** 19:6, 20:7, 20:10, 23:2, 23:4, 302:21 | **23** 207:24, 208:2 | **37** 80:21, 80:23 | **50** 67:12, 73:19, 180:17 |
| | **24** 286:17, 286:18 | **38** 302:16, 302:20 | **54** 263:10, 263:12 |
| **2017** 277:13 | **243** 3:8 | **39** 263:9, 263:10 | **550** 3:13 |
| **2018** 4:17, 14:15, 15:4, 15:19, 18:4, 19:2, 19:16, 19:20, 20:7, 20:11, 20:15, 20:18, 20:20, 21:4, 24:18, 25:19, 32:2, 36:19, 36:21, 78:8, 78:10, 78:17, 78:21, 78:24, 79:6, 80:10, | **2523** 1:7, 5:5 | **3rd** 30:3, 30:6, 30:15, 30:19, 155:16, 155:19, 169:24, 170:10, 172:17, 173:22, 176:17, 178:3, 181:7, 209:24, 223:16, 228:15, 229:1, 229:7, 229:22, 230:5, 246:6, 247:22, 255:5, 258:22, 261:11, 274:2, 274:5, 320:17 | **5900** 3:8 |
| | **26** 196:13 | | **5:** 201:5, 202:6 |
| | **27** 80:20, 80:21 | | **5:-ish** 192:13 |
| | **28905** 4:17, 196:14 | | **6** |
| | **28989** 196:18 | | **6** 319:5, 319:6 |
| | **28990** 196:18 | | **60143** 3:15 |
| | **29** 29:24, 141:11, 145:2 | **4** | **60540** 2:6 |
| | **29107** 4:17, 196:14 | **4** 181:11, 190:23, 263:9, 263:10, 263:12 | **60607** 3:7 |
| | **3** | | **6111** 2:7 |
| | **3** 207:23, 207:24, | | |

Transcript of Michael Cross
Conducted on October 16, 2020

374

| 630 |
|-----|
| 2:7, 3:16 |

### 7

| 7 |
|---|
| 214:16, 214:23 |
| **735** |
| 3:16 |
| **74** |
| 37:11 |

### 8

| 80 |
|----|
| 38:7 |
| **81** |
| 38:7 |
| **85** |
| 196:15, 196:19, 196:22, 197:10, 197:11 |
| **86** |
| 196:19, 196:22, 196:23 |
| **87** |
| 4:12 |
| **88** |
| 4:13 |

### 9

| 9 |
|---|
| 1:16, 5:7, 201:8 |
| **95** |
| 39:24, 245:11 |