# EXHIBIT J

NAPERVILLE POLICE DEPARTMENT
INVESTIGATIVE SUPPLEMENTARY REPORT
[✓] Original    [ ] Copy

Page 1 of 7                                                                I.R. # 95-42030

7632 Sudden Death, Suspicious Circumstances

Name: Miceli. Marianne R.

---

Other: Amor, William E. M/W, REDACTED  218 E. Bailey Rd. Naperville, Il.
527-1720.

Tues. 09/12/95, 1000 Hrs.

William Amor was given a polygraph test by Richard T. O'Brian. The test results were inconclusive however, due possibly to Mr. Amor drinking a quantity of an alcoholic beverage prior to taking the test.

Tues. 09/12/95, 1120 Hrs.

Inv. Sullivan and I interviewed Bill Amor in an Investigations Division interview room. We received the following background information.

Mr. Amor was born and raised in South Bend Indiana. He left his family when he was 16 years old due to an abusive father. Between the ages of 16 and 18 he lived in South bend with a friend by the name of Randy Anderson. He could not remember the address but thinks that Anderson still lives in South Bend. While living in South Bend he worked for Roseland Shell gas station.

At the age of 18 he moved to Mesa Arizona and lived with a friend by the name of Rick Wallace. He couldn't remember Wallaces address and doesn't know how to contact him. While living in Mesa he worked at Bush 66 gas station.

In 1980 Mr. Amor moved to Indianapolis Indiana where he worked for Fleenor Auto Parts which is now Giant Auto Parts. He worked his way up to parts manager. He lived with several people in Indianapolis and by himself for awhile. I asked him who he lived with. He could only remember one name, David Rouille, (Unk. Spelling). I asked him why he moved to the Indianapolis area. Mr. Amor said that his sister Sherry lived there. He told me that Sherry was killed in an automobile in the Chicago area in 1980. Her husband, David Kalan lives in a Northern Chicago Suburb.

In 1983 he was transferred to Elkhart Indiana where he worked at Fleenor for six months. In 1984 he was transferred to the Schererville Indiana store. While in Schererville he lived in the Pine Island Apartments on Pine Island drive. He did not have a room mate at the time. Mr. Amor said he could not remember where he lived in Elkhart but thought he lived by himself.

---

| Additional Reports | | | | Distribution: | ☐ COP  ☐ JUV  ☐ INV  ☐ TR  ☐ CP |
| --- | --- | --- | --- | --- | --- |
| | | | | | ☐ B OF I  ☐ OTHER: |
| W/C Approval 10/16/95 | Assignments | F/U Date | Status Code | Pims Entry | Additional F/U | Final Closure |
| Officers Signature: M. Cross | | | | | Badge Number: 131 |

DEFS 716

NAPERVILLE POLICE DEPARTMENT
INVESTIGATIVE SUPPLEMENTARY REPORT
[ ✓ ] Original     [ ] Copy

Page 2 of 7

I.R. # 95-42030

7632 Sudden Death, Suspicious Circumstances

Name: Miceli. Marianne R.

In 1986 he went to work for Honda of Lisle. He again worked his way up to parts manager. In 1989 he quit Honda of Lisle and went to work for Pauly Acura. Mr. Amor said he was only hired for six months to start up the parts department. When the six months were over he became unemployed. I asked him why he left a three year position at Honda of Lisle for a six month position. Mr. Amor said it was because he had a falling out with the owner who wouldn't let him manage the parts department the way he wanted. When he worked for Honda of Lisle he lived in a two unit apartment building on Yender road in Lisle.

In 1990 he met and started to date a woman by the name of Donna Reed who lived in Highland Indiana. He moved to Highland and worked at Coral Honda for a year. He broke up with Donna in 1991 and moved back to Illinois. He tried to get a job at Honda of Lisle but was not re-hired. He lived in Pads in part of 1991 and 1992.

In 1993 he got an apartment at 1014 N. Burlington in Lisle through contacts at Elizabeth Seaton Church. The last name of the people was Hallauer. He worked at the church to make money to pay his rent.

In 1994 he met Marianne at Elizabeth Seaton Church and moved into 218 E. Bailey. He and Tina worked at McDonalds on 75th street in Naperville. They quit because they were working different shifts, the low pay and the cost of driving to work. He continued to work at the church however.

Mr. Amor said that he and Tina plan to live at Pam and Gary Leavenworth's house for two or three months then get an apartment in Naperville. Mr. Amor agreed to take another polygraph test when he is sober.

Fri. 09/15/95, 0800 Hrs.

Bill and Tina Amor were scheduled to come to the police department for polygraph tests. Mr. Amor called me and advised that Tina woke up at 4:00 A.M. having nightmare's about her mothers death. They were not able to go back to sleep. He had a couple of drinks to calm his nerves. They did not feel up to taking the tests.

| Additional Reports | | | | Distribution: | ☐ COP ☐ JUV ☐ INV ☐ TR ☐ CP ☐ B OF I ☐ OTHER: | |
|---|---|---|---|---|---|---|
| W/C Approval | Assignments | F/U Date | Status Code | Pims Entry | Additional F/U | Final Closure |
| Officers Signature: M. Cross | | | | | Badge Number: 131 | |

DEFS 717

NAPERVILLE POLICE DEPARTMENT
INVESTIGATIVE SUPPLEMENTARY REPORT
[✓] Original     [ ] Copy

Page 3 of 7                                         I.R. # 95-42030

7632 Sudden Death, Suspicious Circumstances

Name: Miceli. Marianne R.

---

Fri. 09/15/95, 0900 Hrs.

Inv. Cunningham and I went to room 217 of the Excel Inn to interview Tina and Bill Amor. Inv. Cunningham interviewed Tina and I interviewed Bill outside the building by the front entrance. Following is the sum and substance of my interview with Mr. Amor. I advised Mr. Amor that we have been conducting an extensive investigation into Marianne's death. I advised him that there were several indications that the fire may not have been accidental. I advised Mr. Amor that the fire spread so fast that within 10 to 15 minutes after they left the apartment Marianne was not able to get out. I advised Mr. Amor that we interviewed Marilyn Glisson and she told us she overheard he and Tina talking about Marianne's life insurance policy on several occasion's. She heard him say that things would be easier if Marianne was out of the picture. She also head him say that they had to keep Marianne happy so she did not write Tina off the policy. I told Mr. Amor that I read his letters to Tina from Jail. I asked him what he meant by having a plan of attack for some capital gain for the late summer. Mr. Amor did not answer.

During the questioning Mr. Amor continued to deny knowing anything about the life insurance policy and finally said he has no recollection of any conversations with Tina about any life insurance. He denied any involvement in setting the fire and denied knowing who set it. I advised him that we were aware of his past schemes to take money from people who trusted him and that this appeared to be another one. He again denied starting the fire. I advised him that if it was just a scheme to get new furnishings for the condo that got out of hand to tell me. Mr. Amor said that he did not know about any plan to start a fire.

I asked Mr. Amor if there was anything else that happened that day that might help us understand how the fire started and spread so fast. Mr. Amor said he could not think of anything that he had not already told us. He again agreed to take another polygraph test when he was sober.

Fri. 09/15/95, 1915 Hrs.

I interviewed Mr. Amor in the Naperville Police Dept. Detention Center. Mr. Amor had been arrested earlier on a failure to appear warrant out of DeKalb County. He was interviewed by Sgt. Carlson and Investigator Cunningham. He told them that he spilled a bottle of vodka on some news papers that were laying on the floor between the couch, the swivel rocker and the coffee

| Additional Reports | | | | Distribution: | ☐ COP  ☐ JUV  ☐ INV  ☐ TR  ☐ CP |
| --- | --- | --- | --- | --- | --- |
| | | | | | ☐ B OF I  ☐ OTHER: |
| W/C Approval | Assignments | F/U Date | Status Code | Pims Entry | Additional F/U | Final Closure |
| Officers' Signature: | | | | | Badge Number: 131 |

DEFS 718

NAPERVILLE POLICE DEPARTMENT
INVESTIGATIVE SUPPLEMENTARY REPORT
[✓] Original      [ ] Copy

Page 4 of 7                                                            I.R. # 95-42030

7632 Sudden Death, Suspicious Circumstances

Name: Miceli, Marianne R.

---

table. Mr. Amor said he had been smoking and left a cigarette in an ash tray on the coffee table. They also had a candle burning on the coffee table that he did not blow out when he left. He suggested that the cigarette could have burned down, fell into the papers and started the fire. I advised Mr. Amor that the fire appeared to have started in the swivel rocking chair, not on the floor in front of the chair. I advised him that we could tell that from the burn patterns. I asked him why he had not told us about this in the prior interviews. Mr. Amor said he just remembered it. I told Mr. Amor that I didn't think the fire could not have started that way and again asked him if he had anything to do with starting the fire. He continued to deny having anything to do with starting the fire. He advised me that he would take the polygraph test when he was released from DeKalb Co. jail because at that time he would be sober.


Tues. 10/03/95, 2:15 P.M.

Inv. Guerrieri and I went to the DeKalb County Jail and met with Bill Amor when he was released. Mr. Amor was asked if he was still willing to take the polygraph test as he previously indicated he would take. Mr. Amor said he was willing to do so and said he wanted to get it over with. Mr. Amor was advised that an appointment was set up for the polygraph test today. He agreed to voluntarily accompany us to John E. Reid and Associates in Chicago where the test would be conducted. We asked him if he had eaten lunch. He said he had. We asked if he wanted anything else. He asked if he could smoke. We said he could. He smoked several cigarettes while on the way to Chicago to take the test. Mr. Amor asked why we were going to Chicago for the test. I advised him that we wanted to used the best examiners in the area and that we were going to John Reid and Associates, the ones who teach other examiners.

We arrived at John E. Reid and Associates, 250 S. Wacker Dr. at 3:55 P.M. and met with polygraph examiners Arthur Newey and Mike Masokas. Mr. Amor was interviewed and given a polygraph test. We were advised that he failed. Masokas and Newey interviewed Amor regarding the test. He did not make any admissions. While at Reid Mr. Amor was allowed to go to the bathroom when he asked. He was left alone several times in the lobby and during the interviews.

| Additional Reports | | | | | Distribution: | ☐ COP  ☐ JUV  ☐ INV  ☐ TR  ☐ CP |
|---|---|---|---|---|---|---|
| | | | | | | ☐ B OF I  ☐ OTHER: |
| W/C Approval | Assignments | F/U Date | Status Code | Pims Entry | Additional F/U | Final Closure |
| Officer's Signature: | | | | | Badge Number: 131 | |

DEFS 719

Case: 1:18-cv-02523 Document #: 355-10 Filed: 07/15/24 Page 6 of 9 PageID #:35091

NAPERVILLE POLICE DEPARTMENT
INVESTIGATIVE SUPPLEMENTARY REPORT
[✓] Original   [ ] Copy

Page 5 of 7                                     I.R. # 95-42030

7632 Sudden Death, Suspicious Circumstances

Name: Miceli, Marianne R.

___

Tues. 10/03/95, 2230 Hrs.

We left Reid and returned to the Naperville Police Department. Mr. Amor agreed to accompany us and continue the interview. He smoked several cigarettes while on the way to Naperville. He was never handcuffed or restrained in any way. We asked him if he was hungry or wanted anything to drink. He requested and received several cans of pop. I met with Inv. Sullivan who had been talking to Tina Amor. He advised me that Tina said she knew Bill intentionally started the fire but didn't think he meant to kill her mother.

Tues. 10/03/95, 2337 Hrs.

Bill Amor was advised of his Miranda Rights in writing by Inv. Guerrieri who also read them to him. Mr. Amor was given the waiver, told to also read the rights himself and sign the waiver if he wished to continue to talk to us. He read and signed the form. Inv. Guerrieri started to go over Mr. Amor's story again. I then advised Bill Amor that Tina told other investigators that he had intentionally started the fire but she didn't think he intended to kill Marianne. Bill then said he had started the fire. Following is the sum and substance of what Mr. Amor said happened.

Mr. Amor said he was at home all day on Sunday watching football games. He had two or three drinks of Vodka mixed with ice and 7-Up. The glasses were 8 to 12 ounces. The bottle he was drinking from was on the living room table in front of the couch. He was watching the end of the Colts game and accidentally spilled the vodka from the bottle onto a pile of newspaper that was laying on the floor between the swivel rocking chair, the couch and the table. Marianne had left the room about 20 minutes prior to that. Tina was in the bathroom or bedroom getting ready to go out with him to the drive in theater. Mr. Amor finished one cigarette, lit another one and put it in the ash tray. He knocked the new cigarette off the ash tray when he got up to give Marianne a back rub. He saw it fall onto the pile of news papers and catch fire. Mr. Amor said he saw it sizzling and smoldering and knew it would start a fire but he didn't give a shit. He went to the bathroom urinated and then gave Marianne a short back rub, about two minutes. Tina saw him giving her the back rub and yelled at him that they would be late for

| Additional Reports | | | | Distribution: | ☐ COP ☐ JUV ☐ INV ☐ TR ☐ CP |
|---|---|---|---|---|---|
| | | | | | ☐ B OF I ☐ OTHER: |
| W/C Approval | Assignments | F/U Date | Status Code | Pims Entry | Additional F/U | Final Closure |
| Officers Signature: | | | | | Badge Number: 131 |

DEFS 720

NAPERVILLE POLICE DEPARTMENT
INVESTIGATIVE SUPPLEMENTARY REPORT
[✓] Original    [ ] Copy

Page 6 of 7

I.R. # 95-42030

7632 Sudden Death, Suspicious Circumstances

Name: Miceli, Marianne R.

---

the show. Mr. Amor walked quickly out to the dinning room area, grabbed the cooler, his jacket and a blanket. He walked out the door and down to the car. He was putting the cooler in the back seat when Tina came down. He said that Tina was about a minute behind him.

I asked Mr. Amor what time he got up to go to the bathroom. He said it was about 6:15 P.M.. I asked if that was when he knocked the cigarette off the ash tray. He said it was. Inv. Guerrieri asked if he knocked the cigarette off the ash tray on purpose. Mr. Amor said he did. I asked him why. He said, "I just didn't give a shit any more". Inv. Guerrieri asked him why he didn't give a shit. Mr. Amor said that he has no job, drinks to much and didn't like living with Tina and Marianne because they always argued about him. I asked him if he hadn't poured the vodka on the chair and floor then lit the cigarette and dropped it onto the papers. He said that he did not pour it, he accidentally spilled it. I asked how the vodka got on the chair. He said it splashed up on the chair. He then knocked the cigarette off the ash tray knowing it would start a fire.

I asked Mr. Amor if he did it to collect Marianne's life insurance. He said he did it to collect money from the insurance company for the contents of the apartment. He planned to use the insurance money to pay for the "Fingerhut" products he and Tina owed $200.00 on, get a new TV and some new furniture. I asked him how much he spilled. He said he spilled about 1/2 of a one liter bottle.

I asked why Tina didn't see the fire if she walked out after him. He said he didn't know. I asked if they talked about it at the movie. He said they never talked about it and he never told Tina. We went over this point several times during the interview. Bill continued to say that Tina knew nothing about it and that he never told her what he did. I asked if he was trying to protect Tina and he said he was not.

Inv. Guerrieri asked Mr. Amor if he looked at the fire before he walked out the door. Mr. Amor said he did not look because he didn't want to see what was happening. He said, "I didn't care at that point. I knew something was going to happen, I obviously knew a fire would start."

I asked him when he took the smoke detector down. Mr. Amor said he didn't take it down. He said the Friday before the fire he took the cover off the smoke detector and put in on the book shelf. He and Tina went to K-Mart to

---

| Additional Reports | | | | Distribution: | ☐ COP  ☐ JUV  ☐ INV  ☐ TR  ☐ CP |
| --- | --- | --- | --- | --- | --- |
| | | | | | ☐ B OF I ☐ OTHER: |
| W/C Approval | Assignments | F/U Date | Status Code  Pims Entry | Additional F/U | Final Closure |
| Officers Signature: | | | | Badge Number: 131 | |

DEFS 721

Case: 1:18-cv-02523 Document #: 355-10 Filed: 07/15/24 Page 8 of 9 PageID #:35093

NAPERVILLE POLICE DEPARTMENT
INVESTIGATIVE SUPPLEMENTARY REPORT
[✓] Original      [ ] Copy

Page 7 of 7                                              I.R. # 95-42030

7632 Sudden Death, Suspicious Circumstances

Name: Miceli. Marianne R.

buy a new battery. He said the alarm would go off from the steam in the bathroom and then started to beep because the battery was low. Tina and he bought the battery but he never put it in and never put the cover back on. I advised Mr. Amor that the entire smoke detector had been removed from the wall and was not located in the apartment after the fire. I advised him that it was not on the book shelves and had not burned or melted. He then said he may have taken the entire unit down. He did not know where it was if it wasn't on the shelf.

I asked him why he didn't give a shit anymore. Mr. Amor said he was trying to do better. He got married in April then got put in jail. When he got out he didn't have a job and was drinking to much. The more he touched the more went wrong. He just wanted to start a small, "Contained" fire to get some new things. I asked if Marianne knew anything about his plan to start the fire. He said she did not. I asked him why he hadn't done it when she was out of the apartment. Mr. Amor said that he didn't know. I again asked him if he spilled the vodka on purpose. He said he didn't I asked him if he knocked the cigarette onto the paper on purpose. He said he did. I asked if Tina knew anything about his plan to start the fire. He said she did not. I asked if he would make a written statement. He said he would. I gave him a statement form and he began to write. I left the room to contact Felony Screening.

I spoke to Assistant State's Attorney Brian Nigohosian and advised him of the facts in the case thus far. He advised me to ask Mr. Amor to do a tape recorded statement and said he would come to the Police Department.

Wed. 10/04/95, 0300 Hrs.

Mr. Nigohosian came to the P.D. and spoke to Inv. Guerrieri while I sat with Mr. Amor.

Wed. 10/04/95, 0345 Hrs.

Mr. Nigohosian interviewed Mr. Amor in Sgt. McGury office. He was reminded of his Miranda rights and said he understood them. See Mr. Negohosian's report on that interview. Subsequent to that interview Mr. Amor agreed to make an additional taped statement.

| Additional Reports | | | | | Distribution: | ☐ COP  ☐ JUV  ☐ INV  ☐ TR  ☐ CP |
|---|---|---|---|---|---|---|
| | | | | | | ☐ B OF I ☐ OTHER: |
| W/C Approval 10/6/95 | Assignments | F/U Date | Status Code | Pims Entry | Additional F/U | Final Closure |
| Officers' Signature: M. Cross | | | | | Badge Number: 131 | |

DEFS 722

| 1. Page 1 of 1 | *Supplementary Report* | **Naperville Police Department** |
|---|---|---|

| 2. Offense or Incident Classification | 7632 Sudden Death - Suspicious Circumstances | 3. I.R. # 95-42030 |
|---|---|---|

| 4. Victim or Complainant: MICELI, Marianne R. | Address: 218 E. Bailey, Apt. M, Naperville | Phone: 527-1720 |
|---|---|---|

On September 10, 1995, at approximately 1840 hours, several Naperville Police Department units were dispatched, including me, Officer K. Parcel #165, to 218 E. Bailey, #M, for a reported apartment fire. PSAP advised that the caller was the resident in apartment M, where the caller was located. PSAP also advised that the female caller lost contact with PSAP.

Officer S. Woodham #215 was the first Naperville Police Department unit to arrive on the scene. Officer Woodham took a position in the north end of the parking lot to assist with crowd control and Naperville Fire Department movement.

Officer A. Kuchar #212 and I arrived and began to the rear of the building (west) and observed flames coming from a third floor apartment. We entered the building's lower level to make sure no other apartments were occupied. Shortly after, the Naperville Fire Department began a check of all apartments. Officer Kuchar and I took a position to the west of the building to keep the public away from the building.

We were approached by a female who identified herself as the sister to the resident of the burning apartment. She related she did not know where her sister (Marianne Miceli) was. She also advised that her sister was handicapped and her mobility was limited. I immediately related this information to PSAP to forward to the Naperville Fire Department personnel.

Officer C. Lane #121 was also on the scene and given an assignment of traffic control on Coach Lane. Officer R. Goergen #117 also responded to the scene and assisted with crowd control throughout the incident, prior to being assigned to assist with evidence collection. After the fire was struck and the investigation began, Sergeant J. Bedell reassigned Officer Kuchar to outside the apartment and detail a crime scene log.

As the Naperville Fire Department removed equipment from the scene and the area clear, Officer Lane cleared. Officer Woodham cleared the scene at approximately 2345 hours. Officer Kuchar and I cleared the scene at approximately 0030 hours. Officer M. Son #110 was dispatched and arrived at approximately 0030 hours to replace Kuchar and me.

I have no further information at this time.

| Additional Reports | Distribution COP ☐ Youth ☐ INV ☐ Traf ☐ Crm Prv ☐ Forensic ☐ | | | | |
|---|---|---|---|---|---|
| W/C Approval | Assignments | Follow-up Date | Status Code | Data Entry | Additional Follow-up | Final Closure |
| Officer's Signature K. [signature] #165 | | | | Badge Number | | |

DEFS 723