**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JEANNE OLSON as successor plaintiff for WILLIAM E. AMOR, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 18 C 02523 |
| v. | ) ) ) | Judge John J. Tharp, Jr. |
| REBECCA GOMEZ as Special Representative for the Estate of MICHAEL CROSS; ROBERT GUERRIERI; and the CITY OF NAPERVILLE, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

The Court rules on the parties' objections to the deposition designations of Dr. Michael Chiapetta, Rusell S.E. Wiedemann, David Bayer, William Amor, and Michael Cross as outlined below.

**I.    Dr. Michael Chiapetta**

The defendants' following objections to the plaintiff's designations of Dr. Michael Chiapetta's prior testimony are **OVERRULED**:

- 13:1-2
- 13:22-14:4
- 17:18-20
- 18:3-19:5
- 20:10-21:2
- 36:3-38:6, 38:15
- 50:8-10
- 50:19-20

The defendants' following objections to the plaintiff's designations of Dr. Michael Chiapetta's prior testimony are **OVERRULED in part and SUSTAINED in part**, subject to the noted changes:

- 12:20-21: Lines 12:22-24 must also be included.
    - Amended designation: 12:20-24.
- 42:11-43:14, 43:20-44:17: Lines 44:10-17 may not be included.
    - Amended designation: 42:11-43:14, 43:20-44:9.

The defendants' following objection to the plaintiff's designations of Dr. Michael Chiapetta's prior testimony is **SUSTAINED**:

- 23:7-12.

The plaintiff's following objection to the defendants' counter designation of Dr. Michael Chiapetta's prior testimony is **OVERRULED**:

- 48:2-9.

**II.     Russell S.E. Wiedemann**

The defendants' following objections to the plaintiff's designations of Russell S.E. Widemann's prior testimony are **OVERRULED**:

- 72:24-73:2
- 73:15-74:7, 74:17-21
- 76:11-20
- 76:21-77:7
- 84:21-85:13
- 81:23-82:1, 82:4: The objection recorded at lines 82:2-3 may not be included.

**III.    David Bayer**

The plaintiff's following objection to the defendants' designations of David Bayer's deposition testimony is **OVERRULED**:

- 84:13-17

The plaintiff's following objections to the defendants' designations of David Bayer's deposition testimony are **SUSTAINED**:

- 27:19-28:11
- 29:5-9
- 32:1-33:1
- 37:11-40:17
- 41:6-42:1
- 47:14-23
- 80:4-16
- 81:12-82:22
- 84:13-17
- 85:11-86:1

IV. **William Amor**

   A. *Deposition in Olson v. Gomez et al*

The defendants' following objections to the plaintiff's designations of William Amor's deposition testimony in *Olson v. Gomez et al* are **OVERRULED**:

- 148:14-20
- 184:19-24
- 267:13-270:11, 270:24-271:4
- 279:3-8
- 370:15-21

The defendants' following objections to the plaintiff's designations of William Amor's deposition testimony in *Olson v. Gomez et al* are **OVERRULED in part and SUSTAINED in part**, subject to the noted changes:

- 28:15-20, 29:7-30:2, 30:18-31:7: Lines 28:20, 29:7-9, and 29:17-30:2 may not be included.
    - Amended designation: 28:15-19, 29:10-16, 30:18-31:7.
- 184:19-187:12: Lines 187:2-12 may not be included.
    - Amended designation: 184:19-187:1.
- 374:2-9, 374:10-375:1: The lines beginning with the second sentence of 374:15 through 375:1 may not be included.
    - Amended designation: 374:2-9, 374:10-374:15 (through "1972.").

The defendants' following objections to the plaintiff's designations of William Amor's deposition testimony in *Olson v. Gomez et al* are **SUSTAINED**:

- 113:21-23, 114:20-24; 115:1-12
- 120:13-21
- 198:18-20

The plaintiff's following objection to the defendants' counter designation of William Amor's deposition testimony in *Olson v. Gomez et al* is **OVERRULED**:

- 259:10-13

   B. *Deposition in Reid*

The defendants' following objections to the plaintiff's designations of William Amor's deposition testimony in *Reid* are **OVERRULED**:

- 21:22-22:4
- 91:8-16
- 100:14-101:2
- 101:10-21
- 113:16-24

3

- 118:17-119:5, 119:12-120:5

The defendants' following objection to the plaintiff's designations of William Amor's deposition testimony in *Reid* are **OVERRULED in part and SUSTAINED in part**:

- 77:3-4, 77:8-13: Overruled, except that the defendants may propose a limiting instruction for the introduction of this testimony.

### C. Motion to Suppress Testimony

The defendants' following objection to the plaintiff's designations of William Amor's prior testimony on the 1996 motion to suppress is **OVERRULED**:

- 20:21-24

The plaintiff's following objection to the defendants' counter designations of William Amor's prior testimony on the 1996 motion to suppress is **OVERRULED**:

- 81:6-20

### D. Bill Amor's October 2015 Statement[1]

The plaintiff may make counter designations consistent with Rule 106. The statement will not be admitted in its entirety.

## V. Michael Cross

### A. Deposition in *Olson v. Gomez et al*

The defendants' following objections to the plaintiff's designations of Michael Cross's deposition testimony in *Olson v. Gomez et al* are **OVERRULED**:

- 9:19-24
- 10:17-13:7
- 14:6-7
- 78:7-22
- 105:13-18
- 138:24-139:4
- 162:23-163:4
- 172:4-12
- 209:12-210:12

The defendants' following objections to the plaintiff's designations of Michael Cross's deposition testimony in *Olson v. Gomez et al* are **SUSTAINED**:

---

[1] This statement is misidentified as having been taken in October 2016.

- 35:20-23
- 50:21-51:19, 52:8-17
- 89:20-90:23
- 105:20-24
- 161:2-18
- 190:5-15
- 200:11-15
- 202:15-21
- 214:21-216:19
- 217:19-24
- 234:12-17
- 271:9-275:16
- 277:7-14, 277:18-19
- 277:24-278:6
- 306:17-22

The defendants' following objections to the plaintiff's designations of Michael Cross's deposition testimony in *Olson v. Gomez et al* are **OVERRULED in part and SUSTAINED in part**:

- 71:21, 71:24: Line 71:21 may not be included.
    - Amended designation: 71:24.
- 81:1-85:12, 85:24-86:24: Lines 83:19-24 may not be included.
    - Amended designation: 81:1-83:18, 84:1-85:12, 85:24-86:24.
- 138:9-20: Lines 138:9-14 may not be included.
    - Amended designation: 138:15-20.
- 139:18-140:16: Lines 139:18-140:15 may not be included.
    - Amended designation: 140:16.
- 204:19-205:11, 205:12-16, 205:22-206:2: Lines 204:19-205:1, 205:5-8 may not be included.
    - Amended designation: 205:2-4, 205:9-16, 205:20-206:2.
- 291:1-7, 291:18-23: Lines 291:18-23 may not be included.
    - Amended designation: 291:1-7.

The plaintiff's following objections to the defendants' counter designations of Michael Cross's deposition testimony in *Olson v. Gomez et al* are **OVERRULED**:

- 6:6-14
- 17:7-18
- 22:10-24
- 42:7-9
- 46:5-47:9
- 47:12-48:5
- 97:14-98:2, 98:10-19
- 121:16-124:2

5

- 124:11-126:3
- 129:13-21
- 293:18-294:3
- 295:22-296:5
- 310:21-311:8
- 315:20-316:21
- 317:2-10
- 317:12-318:11

The plaintiff's following objections to the defendants' counter designations of Michael Cross's deposition testimony in *Olson v. Gomez et al* are **SUSTAINED**:

- 34:19-35:15
- 73:2-75:7
- 127:21-128:10
- 130:10-131:7
- 131:16-132:6
- 245:8-246:23

The plaintiff's following objections to the defendants' counter designations of Michael Cross's deposition testimony in *Olson v. Gomez et al* are **OVERRULED in part and SUSTAINED in part**:

- 75:17-77:2, 77:6-16: Lines 77:1-2 may not be read.
    - Amended designation: 75:17-76:24, 77:6-16.
- 231:11-19: All of lines 231:6-23 must be read.
    - Amended designation: 231:6-23.

### B. Motion to Suppress Testimony

The plaintiff's following objections to the defendants' designations of Michael Cross's prior testimony on the 1996 motion to suppress are **OVERRULED**:

- 20:15-22
- 38:24-39:14
- 42:16-43:9
- 45:13-16
- 48:23-51:20
- 60:13-23
- 89:11-21

The plaintiff's following objections to the defendants' designations of Michael Cross's prior testimony on the 1996 motion to suppress are **SUSTAINED**:

- 28:4-12
- 38:6-16

### C.     1997 Trial Testimony

The defendants' following objections to the plaintiff's designations of Michael Cross's prior testimony in the 1997 trial are **OVERRULED**:

- 138:16-139:15
- 156:19-158:2

The plaintiff's following objection to the defendants' designations of Michael Cross's prior testimony in the 1997 trial is **OVERRULED**:

- 104:9-12

The plaintiff's following objection to the defendants' designations of Michael Cross's prior testimony in the 1997 trial is **SUSTAINED**:

- 134:5-6

Date: June 22, 2024

*John J. Tharp*

John J. Tharp, Jr.
United States District Judge

7