IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEANNE OLSON, as Trustee of the William Amor Trust for WILLIAM E. AMOR, deceased, <br><br> Plaintiff, <br><br> v. <br><br> REBECCA GOMEZ, as Special Representative for MICHAEL CROSS, deceased; ROBERT GUERRERI; and THE CITY OF NAPERVILLE, <br><br> Defendants. | 18-CV-02523 <br><br> Judge John J. Tharp, Jr. |

**DEFENDANTS' MOTION TO GIVE ALTERNATIVE JURY INSTRUCTION
ON CONSPIRACY TO VIOLATE CONSTITUTIONAL RIGHT**

Defendants, by their undersigned attorneys, hereby move this Honorable Court to give Defendants' alternative jury instruction regarding conspiracy to violate a constitutional right (Claim Two), and state:

1. The Court's current proposed jury instruction on "Claim Two: Conspiracy to Violate Constitutional Right" states the second element of the claim as follows: "The Defendant entered into an agreement *with at least one other person* to coercively obtain a false confession from Amor." (Emphasis added).

2. It is anticipated that Plaintiff will argue that Defendants Cross and Guerrieri entered into a conspiracy with former-Assistant State's Attorney Brian Nigohosian and polygraph examiner Micheal Masokas. These individuals are not parties to this action.

3. Controlling Seventh Circuit case law clearly states that, in order to be liable for a conspiracy to violate civil rights, a defendant must have entered into an agreement *with another defendant*, not simply another person.

1

4. In *Green v. Howser*, 942 F.3d 772 (7th Cir. 2019), the Seventh Circuit stated, "A § 1983 conspiracy claim requires both (1) an underlying constitutional violation and (2) an agreement **among defendants** to inflict the unconstitutional harm." *Id*. at 778 (emphasis added) (citing *Daugherty v. Page*, 906 F.3d 606, 612 (7th Cir. 2018) (Plaintiff must "demonstrate that the defendants agreed to inflict the constitutional harm")).

5. Many courts in this District have similarly held that the agreement must be among defendants. See *Hayes v. Board of Education of City of Chicago*, 629 F. Supp. 3d 816, 823 (N.D. Ill. 2022) (Kness, J.) ("Plaintiff must allege…an express or implied agreement among defendants to deprive plaintiff of his or her constitutional rights"); *Brown v. City of Chicago*, 633 F. Supp. 3d 1122, 1172 (N.D. Ill. 2022) (Pallmeyer, J.) ("To prove a conspiracy under § 1983, a plaintiff must prove that the defendants reached an agreement to deprive him of his constitutional rights"); *Fulton v. Bartik*, 547 F. Supp. 3d 799, 817 (N.D. Ill. 2021) (Lefkow, J.) ("A § 1983 conspiracy claim requires allegations that the defendants reached an agreement to deprive the plaintiff of his constitutional rights"); *Baker v. City of Chicago*, 483 F. Supp. 3d 543, 559 (N.D. Ill. 2020) (Wood, J.) ("To state § 1983 conspiracy claims, Plaintiffs must allege facts sufficient to show Defendants reached an agreement to deprive Plaintiffs of their constitutional rights"); *Wheeler v. Piazza*, 364 F. Supp. 3d 870, 880 (N.D. Ill. 2019) (Dow, J.) ("To state claim under § 1983 for civil conspiracy, a plaintiff must allege…an express or implied agreement among defendants to deprive plaintiff of his or her constitutional rights").

6. In light of the controlling case law, Defendants propose their alternative jury instruction regarding conspiracy to violate civil rights. (**Exhibit A**.) Notably, Defendants' alternative proposed instruction makes clear that the alleged agreement must have been between

Defendants Cross and Guerrieri and not between a single Defendant and some other person who is a non-party.

WHEREFORE, Defendants respectfully request that this Honorable Court give their alternative proposed jury instruction regarding conspiracy to violate civil rights (claim 2).

Date: August 2, 2024  Respectfully submitted,

/s/ Jeffrey C. Grossich
JEFFREY C. GROSSICH, Attorney No. 6316511
*One of the Attorneys for Defendants*

James G. Sotos
Laura M. Ranum
Joseph M. Polick
Lisa M. Meador
Jeffrey C. Grossich
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
jgrossich@jsotoslaw.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 2, 2024, he caused the foregoing document to be served on all counsel of record by filing the same using the Court's CM/ECF system, which automatically effected service on all counsel of record.

/s/Jeffrey C. Grossich_____