# EXHIBIT A

**Claim Two: Conspiracy to Violate Constitutional Right**

Plaintiff Amor claims that Defendants Cross and Guerrieri conspired with each other to violate Mr. Amor's Fifth Amendment right against self-incrimination.

To succeed on this claim, Mr. Amor must prove each of the following things by a preponderance of the evidence:

1. Mr. Amor's constitutional right against self-incrimination was violated as explained in the Claim One Instruction, above;

2. Defendants Cross and Guerrieri entered into an agreement to coercively obtain a false confession from Mr. Amor;

3. The Defendants knowingly entered the agreement with the intention to carry it out; and

4. One or both of the Defendants committed an action in furtherance of the agreement.

If you find that Mr. Amor has proved each of these things by a preponderance of the evidence, then you must decide for Mr. Amor on this claim, and go on to consider the question of damages.

If, on the other hand, you find that Mr. Amor has failed to prove any one of these things by a preponderance of the evidence, then you must decide for the Defendants as to this claim, and you will not consider the question of damages.

Mr. Amor does not have to prove there was a formal agreement or plan in which the Defendants met together and worked out the details. He also does not have to prove that each Defendant knew all the details of the agreement.