# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jeanne Olson

                 Plaintiff,

v.                                                Case No.: 1:18−cv−02523

                                                         Honorable John J. Tharp Jr.

Robert Guerreri, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 5, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr: Jury deliberations conclude. The jury unanimously finds as follows: For Plaintiff and against defendant Cross on Claims One and Three; for defendant Cross and against Plaintiff as to Claims Two and Four; for defendant Guerrieri and against Plaintiff on all Claims. Plaintiff is awarded compensatory damages of $22,500,000. No Punitive Damages awarded. Trial concluded. Post trial motions due 9/3/24; responses due by 10/1/24; replies due by October 22, 2024. Enter Judgment. Case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.