**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JEANNE OLSON, as successor plaintiff for
WILLIAM E. AMOR,

Plaintiff(s),

v.

REBECCA GOMEZ as Special
Representative for the Estate of MICHAEL
CROSS; ROBERT GUERRIERI; and the
CITY OF NAPERVILLE,

Defendant(s).

Case No. 1:18-cv-02523
Judge John J. Tharp, Jr.

## ORDER

This action having been tried by a jury with Judge John J. Tharp, Jr., presiding, and the jury having rendered a verdict, it is hereby ORDERED:

Judgment is entered in favor of Plaintiff and against defendants Gomez, as Special Representative for the Estate of Michael Cross, and the City of Naperville, in the amount of $22,500,000 in compensatory damages.

Date:  8/5/2024

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge